# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERISURE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:23-cv-04098 |
| v. | ) ) | Judge Sara L. Ellis |
| PREMIER DESIGN & BUILD GROUP, LLC, PREMIER DESIGN & BUILD NATIONAL, LLC, and DUKE REALTY EPORT URBAN RENEWAL, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW ABRAM I. MOORE AS COUNSEL OF RECORD FOR DUKE REALTY EPORT URBAN RENEWAL LLC**

Pursuant to Local Rule 83.17, Abram I. Moore of Venable LLP herby moves to withdraw his appearance as counsel for Defendant, DUKE REALTY ePORT URBAN RENEWAL, LLC ("Duke"), in the above-captioned case. Duke was dismissed without prejudice in this case on November 11, 2023, and Marvis A. Barnes of K&L Gates LLP remains counsel of record for Duke.

WHEREFORE, Abram I. Moore respectfully requests that this Court grant his motion to withdraw his appearance.

2

Dated: April 11, 2024     Respectfully submitted,

*/s/ Abram I. Moore*
Abram I. Moore
AMoore@Venable.com
**VENABLE LLP**
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Telephone: (312) 820-3400
Facsimile: (312) 820-3401

*Counsel for Defendant Duke Realty ePort Urban Renewal, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2024, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF System, which will send an electronic copy of the foregoing to counsel of record and constitutes service pursuant to Local Rule 5.9 of the Northern District of Illinois.

*/s/ Abram I. Moore*
Abram I. Moore