# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Amerisure Insurance Company, et al.

                                Plaintiff,

v.                                                  Case No.: 1:23–cv–04098
                                                  Honorable Sara L. Ellis

Premier Design & Build Group LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants Premier Design + Build National, LLC and Premier Design + Build Group, LLC's motion for extension of time to answer or otherwise plead [129]. Defendants' responsive pleadings are due by 11/18/2024. The Court strikes the status date set for 11/19/2024 and resets it to 8/19/2025 at 9:30 AM for ruling on motions for summary judgment. The Court sets the following briefing schedule: any motions for summary judgment are due by 2/28/2025; responses are due by 3/28/2025; and replies are due by 4/18/2025. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (650) 479–3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll–free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.