**IN THE UNTED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No.: 1:23-cv-04098 |
| | ) | Honorable Sara L. Ellis |
| PREMIER DESIGN & BUILD GROUP, LLC, PREMIER DESIGN & BUILD NATIONAL, LLC, ALLIED WORLD NATIONAL ASSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, AMERICAN CASUALTY CO. OF READING, PA, GEMINI INSURANCE COMPANY, HARLEYSVILLE PREFERRED INSURANCE COMPANY, OLD REPUBLIC GENERAL INSURANCE CORPORATION, SELECTIVE INSURANCE COMPANY OF AMERICA, and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Young B. Kim |
| *Defendants.* | ) ) | |
| PREMIER DESIGN+ BUILD GROUP, LLC, and PREMIER DESIGN + BUILD NATIONAL, LLC, | ) ) ) ) ) | |
| *Defendants/Counter-Plaintiffs.* | ) ) ) | |
| v. | ) ) | |
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| *Plaintiffs/Counter-Defendants.* | ) ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

NOW COMES one of the counsel of record, Cassandra J. Neal, for Defendant / Counter-Plaintiff / Cross-Plaintiff, Harleysville Preferred Insurance Company, Harleysville Insurance Company of New Jersey, and Harleysville Insurance Company (collectively "Harleysville"), and moves to withdraw as counsel of record pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois. This Motion is made for the following reasons:

(1)     Attorney Cassandra J. Neal is no longer associated with Weber Gallagher Simpson Stapleton Fires & Newby, LLP and is currently associated with another law firm.

(2)     Attorneys Neal R. Novak and Colleen M. Costello of Weber Gallagher Simpson Stapleton Fires & Newby, LLP will continue to represent Harleysville in this action and, therefore, the withdrawal will not cause delay.

WHEREFORE, Attorney Cassandra J. Neal respectfully requests leave of Court to withdraw as counsel for Harleysville in this action and, to the extent necessary, directing the Clerk of Court to remove her from the ECF notification list for this case.

DATED:  November 19, 2024             Respectfully Submitted,

HARLEYSVILLE PREFERRED INSURANCE
COMPANY, HARLEYSVILLE INSURANCE
COMPANY OF NEW JERSEY AND
HARLEYSVILLE INSURANCE COMPANY

By: ___/s/ Cassandra J. Neal_____
One of Their Attorneys

Cassandra Neal, Attorney No.: 6324407
Kaufman Dolowich
30 North LaSalle Street, Suite 1700
Chicago, IL 60602
(312) 759-1400