# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Amerisure Insurance Company, et al.

                                    Plaintiff,

v.                                                                         Case No.: 1:23−cv−04098

                                                                         Honorable Sara L. Ellis

Premier Design & Build Group LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for leave to file a second amended complaint [139]. Plaintiffs should file their second amended complaint as a separate entry on the docket. No appearance required on 1/28/2025. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.