# EXHIBIT H




# CNA PARAMOUNT

Renewal            **Effective Date:**    12/23/2023

**Insured Name:**
SESI CONSULTING ENGINEERS


959 RT 46E

PARSIPPANY, NJ 07054-3409

**Policy Number:** 6056872807       **Policy Period:** 12/23/2023 – 12/23/2024

**Producer's Information:**
USI INSURANCE SERVICES, LLC
180 PARK AVE 1ST FL        **Producer Code:** 070108

FLORHAM PARK, NJ 07932
(973)965-3100

**CNA Branch Number:** 190

**CNA Branch Name and Address:**
NEW JERSEY BRANCH.
184 LIBERTY CORNER RD STE 402

WARREN, NJ 07059
(908)991-4500

## Thank you for choosing CNA!

With your CNA Paramount package policy, you have insurance coverage tailored to meet the needs of your modern business. The international network of insurance professionals and the financial strength of CNA, rated "A" by A.M. Best, provide the resources to help you manage the daily risks of your organization so that you may focus on what's most important to you.

## Claim Services — There When You Need Us

Claims are reported through a single point of entry available 24/7, connecting you to the individuals and information to help you resume your business when you need it most.

To report a claim, please call 877-CNA-ASAP, fax (800) 953-7389, email lossreport@cnaasap.com , or visit www.cna.com/claim.

## Risk Control Services — Help Avoid A Claim Before It Occurs

As a CNA policyholder, you have access to certified risk control professionals, risk mitigation programs and online resources to help identify and manage exposures that may disrupt your operation. We collaborate with business leaders to develop customized programs to assist you in safeguarding your assets and improving the bottom line.

To learn how our award-winning Risk Control services can help your business, please call (866) 262-0540, email us at riskcontrolwebinfo@cna.com or visit www.cna.com/riskcontrol.

When it comes to providing the coverage, service and resources paramount to your business success … **we can show you more.**

INSURED
Copyright CNA All Rights Reserved.

**SESI (Amerisure)001754**

000016 - 0003 of 0251 - NNNNNN - 01837 JOBID 386DA004741



SESI (Amerisure)001755



# CNA PARAMOUNT

## Policy Declarations

| | | Policy Number: | 6056872807 |
|---|---|---|---|
| | | Renewal of: | 6056872807 |

**Policy Issued by:**
Name: AMERICAN CASUALTY CO OF READING, PA
Address: 151 N Franklin
CHICAGO, IL 60606

Producer Code: 070108

**Producer's Information:**
Name: USI INSURANCE SERVICES, LLC
Address: 180 PARK AVE 1ST FL

FLORHAM PARK, NJ 07932

**1. Named Insured and mailing address:**
Name: SESI CONSULTING ENGINEERS

Address: 959 RT 46E

PARSIPPANY, NJ 07054-3409

**2. Coverage Parts:**
The coverage parts attached to and forming part of this Policy

Business Property

General Liability

Employee Benefits Liability

**3. Policy Period:**
Effective date
from: 12/23/2023    to 12/23/2024

At 12:01 A.M. Standard Time at your mailing address shown above

**4. Limits of Insurance and Deductibles:**

See **Coverage Part Declarations**

**5. Premium, Surcharges, Taxes and Fees at Issuance:**

See **Coverage Part Declarations for Coverage Part** Premium, surcharges, taxes and fees

Total Premium and applicable taxes, surcharges and fees

---

CNA62639XX 09-12

Copyright CNA All Rights Reserved.

SESI (Amerisure)001756

000016 - 0015 of 0251 - NNNNNN - 01849 JOBID 386DA004741





## CNA PARAMOUNT

### Policy Declarations

| 6. Forms and Endorsements Attached to this Policy at Issuance: | See Schedule of Forms and Endorsements |
|---|---|

These Declarations, along with any attached forms and endorsements shall constitute the contract between the **Insureds** and the Insurer.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001757



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

Policy Number: 6056872807

### I. CNA PARAMOUNT

#### A. Policyholder Notices

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| | PHN NJ Comml Property Busn Incm Busn Interrptn Cov | CNA101407NJ | 11-21 |
| | Policyholder Notice - Fraud Notification | CNA104750XX | 06-23 |
| | PHN OFFER OF TERRORISM COVERAGE-DISCLOSUR OF PREM | CNA62820XX | 01-21 |
| | Policyholder Notice - New Jersey PLIGA Surcharge | CNA62848NJ | 02-23 |
| | Policy Holder Notice - Countrywide | CNA74722XX | 01-15 |
| | Policy Holder Notice - Countrywide - Premium Basis Used on Liability Schedules | CNA75144XX | 04-15 |
| | Policy Holder Notice - Countrywide | CNA89319XX | 06-17 |

#### B. Policy Terms & Conditions

| | | | |
|---|---|---|---|
| | Policy Declarations | CNA62639XX | 09-12 |
| | Schedule of Forms and Endorsements | CNA62640XX | 09-12 |
| | Common Terms and Conditions | CNA62642XX | 10-15 |

### II. POLICY COVERAGE PARTS

#### A. First Party Terms & Conditions

| | | | |
|---|---|---|---|
| | First Party Glossary of Defined Terms | CNA62641XX | 10-15 |
| | First Party Terms and Conditions | CNA62647XX | 10-15 |

#### B. Business Property

| | | | |
|---|---|---|---|
| | Business Property Coverage Part Declarations | CNA62643XX | 09-12 |
| | Business Property Schedule of Coverages and Limits | CNA62645XX | 10-15 |
| | Business Property Schedule of Locations | CNA62644XX | 10-15 |
| 1 | Loss Payee or Mortgagee Schedule | CNA62728XX | 10-15 |
| | Business Property Coverage Part | CNA62648XX | 10-15 |
| 2 | Additional Property Not Covered Endorsement | CNA62684XX | 10-15 |

000016 - 0016 or 0251 - NNNNNN - 01850 JOBID 386DA004741

CNA62640XX 09-12

Copyright CNA All Rights Reserved.

SESI (Amerisure)001758



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 3 | Equipment Breakdown Exclusion Endorsement | CNA81067XX | 10-15 |
| 4 | Flood Redefinition Endorsement | CNA81069XX | 10-15 |
| 5 | Communicable Disease Exclusion Endorsement | CNA98526XX | 05-20 |

| | | | |
|---|---|---|---|
| F. General Liability | | | |
| | General Liability Coverage Part Declarations | CNA74694XX | 01-15 |
| | Additional Declarations - General Liability Schedule of Locations and Coverages | CNA75126XX | 01-15 |
| | Commercial General Liability Coverage Part | CG0001 | 04-13 |
| 6 | Architects, Engineers and Surveyors General Liability Extension Endorsement | CNA74858XX | 01-15 |
| 7 | General Aggregate Limit - Designated Projects Endorsement | CNA74826XX | 01-15 |
| 8 | Coverage for Liability for Hazards of Lead without Sublimit Endorsement - New Jersey | CNA74942NJ | 01-15 |
| 9 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 10 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 11 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 12 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 14 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 15 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | CG 20 10 | 12-19 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001759

 **CNA**

**CNA PARAMOUNT**

**Schedule of Forms and Endorsements**

| | Policy Number: 6056872807 |
|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 16 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 17 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 18 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 19 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 20 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization | CG 20 10 | 12-19 |
| 21 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 22 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 23 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 24 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 25 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 26 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001760



**CNA PARAMOUNT**

**Schedule of Forms and Endorsements**

Policy Number: 6056872807

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 27 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 28 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 29 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 30 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 31 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 32 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 33 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 34 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 35 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 36 | Additional Insured – Owners, Lessees or Contractors – Scheduled Person or Organization | CG 20 10 | 07-04 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001761



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| | Endorsement | | |
| 37 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 38 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 39 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 40 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 41 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 42 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 43 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 44 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 45 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement | CG 20 10 | 07-04 |
| 46 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization | CG 20 10 | 07-04 |

000016 - 0018 of 0251 - NNNNNN - 01852 JOBID 386DA004741

Copyright CNA All Rights Reserved.

SESI (Amerisure)001762



**CNA PARAMOUNT**

**Schedule of Forms and Endorsements**

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| | Endorsement | | |
| 47 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 48 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 49 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 50 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 51 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 52 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 53 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 54 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 55 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 56 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 57 | Additional Insured - Owners, Lessees or Contractors -Completed Operations | CG 20 37 | 12-19 |
| 58 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 59 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 60 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001763**



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

| | Policy Number: 6056872807 |
|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 61 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 62 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 63 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 64 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 65 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 66 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 67 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 68 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 69 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 70 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 71 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 72 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 73 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 74 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |

000016 - 0019 of 0251 - NNNNNN - 01853 JOBID 386DA004741

Copyright CNA All Rights Reserved.

SESI (Amerisure)001764



**CNA PARAMOUNT**

**Schedule of Forms and Endorsements**

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 75 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 76 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 77 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 78 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 79 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 80 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 81 | Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement | CG 20 37 | 07-04 |
| 82 | Additional Insured - Charitable Institutions Endorsement | CNA74691XX | 01-15 |
| 83 | Additional Insured - Designated Person or Organization Endorsement | CNA74745XX | 01-15 |
| 84 | Additional Insured Mortgagee, Assignee or Receiver Endorsement | CNA74969XX | 01-15 |
| 85 | Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement | CNA75079XX | 03-22 |
| 86 | Pollution Exclusion Amendatory Endorsement | CNA74843XX | 01-15 |
| 87 | Primary and Noncontributory - Other Insurance Condition Endorsement | CNA74987XX | 01-15 |
| 88 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001765**



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 89 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |
| 90 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |
| 91 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |
| 92 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |
| 93 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |
| 94 | Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement | CNA75008XX | 10-16 |
| 95 | Fungi / Mold / Mildew / Yeast / Microbe Exclusion Endorsement | CNA74708XX | 01-15 |
| 96 | Designated Professional Services Exclusion Endorsement | CNA74754XX | 01-15 |
| 97 | Employment-Related Practices Exclusion Endorsement | CNA74761XX | 01-15 |
| 98 | Testing or Consulting Errors and Omissions Exclusion Endorsement | CNA74775XX | 01-15 |
| 99 | Construction Wrap-Up Program Exclusion Endorsement | CNA74863XX | 01-15 |
| 100 | Engineers, Architects or Surveyors Professional Liability Exclusion Endorsement | CNA74980XX | 01-15 |
| 101 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - with Limited Bodily Injury Exception Endorsement | CNA75089XX | 01-15 |
| 102 | Amendment - Infringement of Copyright, Patent, Trademark Trade Secret or Other Intellectual Property Rights or Laws Endorsement | CNA75116XX | 01-15 |

| G. Employee Benefits Liability |
|---|

Copyright CNA All Rights Reserved.

SESI (Amerisure)001766

000016 - 0020 or 0251 - NNNNNN - 01854 JOBID 386DA004741



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| | Employee Benefits Liability Coverage Part Declarations | CNA74693XX | 01-15 |
| | Additional Declarations - Employee Benefits Liability Schedule of Locations and Coverages | CNA75133XX | 01-15 |
| | Employee Benefits Liability Coverage Part - Occurrence | CNA74721XX | 01-15 |
| 103 | Employee Benefits Liability - Amended Definition of Executive Officer Endorsement | CNA86269XX | 10-16 |

| III. POLICY ENDORSEMENTS | | | |
|---|---|---|---|
| 104 | Amendment to Policy Declarations- Named Insured Endorsement | CNA62700XX | 09-12 |
| 105 | Broad Named Insured Endorsement | CNA75108XX | 01-15 |
| 106 | Bridge Endorsement | CNA62646XX | 01-15 |
| 107 | Cancellation / Non-Renewal - New Jersey | CNA62814NJ | 09-12 |
| 108 | Amendatory Endorsement - New Jersey | CNA62815NJ | 10-15 |
| 109 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 110 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 111 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 112 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 113 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 114 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 115 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001767



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

Policy Number: 6056872807

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 116 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 117 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 118 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 119 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 120 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 121 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 122 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 123 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 124 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 125 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 126 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 127 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 128 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 129 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001768

000016 - 0021 of 0251 - NNNNNN - 01855 JOBID 386DA004741



**CNA PARAMOUNT**

**Schedule of Forms and Endorsements**

| | Policy Number: | 6056872807 |
|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 130 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 131 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 132 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 133 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 134 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 135 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 136 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 137 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 138 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 139 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 140 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 141 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 142 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 143 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001769



# CNA PARAMOUNT

## Schedule of Forms and Endorsements

| | | Policy Number: | 6056872807 |
|---|---|---|---|

| Endm't Number | Form Title | Form Number | Form Edition |
|---|---|---|---|
| 144 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 145 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 146 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 147 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 148 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 149 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 150 | Changes - Notice of Cancellation or Material Restriction Endorsement | CNA74702XX | 01-15 |
| 151 | Calculation of Premium Endorsement | CNA74726XX | 01-15 |
| 152 | Asbestos Exclusion Endorsement | CNA74719XX | 01-15 |
| 153 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | CNA74727XX | 01-15 |
| 154 | Cap on Losses from Certified Acts of Terrorism Endorsement | CNA81503XX | 02-15 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001770

000016 - 0022 of 0251 - NNNNNN - 01856 JOBID 386DA004741



SESI (Amerisure)001771



# CNA PARAMOUNT
## Common Terms and Conditions

The Insurer and the **Named Insured**, in consideration of the payment of the premium and in reliance upon all statements made in the application furnished to the Insurer designated in the **Policy Declarations**, a stock insurance corporation, hereafter called the "Insurer," agree as follows. Terms in bold face type have special meaning as set forth in any applicable **First Party Glossary of Defined Terms** or the applicable **coverage parts** of this Policy. All headings are also in bold, whether or not they contain defined terms. See **Section XVI, HEADINGS** below.

## I. ASSIGNMENT OF INTEREST

Assignment of interest under this Policy shall not bind the Insurer unless its consent is endorsed to this Policy except in the case of death of a natural person **Named Insured**.

## II. BANKRUPTCY

Bankruptcy or insolvency of any **Named Insured** or of the **Named Insured's** estate shall not relieve the Insurer of any of its obligations hereunder.

## III. CANCELLATION/NONRENEWAL

### A. Insurer's Right to Cancel

The Insurer may cancel this policy by providing to the **First Named Insured** written notice of such cancellation stating when, not less than 10 days thereafter, such cancellation shall be effective if such cancellation is due to non-payment of premium. If cancellation is due to any other reason, such notice shall be provided not less than 60 days thereafter.

### B. Named Insured's Right to Cancel

The **First Named Insured** may cancel this Policy by providing the Insurer written notice stating when thereafter such cancellation shall be effective. The mailing or delivery of such notice shall be sufficient.

### C. Premium Refund

If this policy is cancelled, the Insurer will send the **First Named Insured** any premium refund due. If the Insurer cancels, the refund will be pro rata. If the **First Named Insured** cancels, the refund may be less than pro rata. The cancellation will be effective even if the Insurer has not made or offered a refund.

### D. Nonrenewal

If the Insurer decides not to offer any renewal terms for this Policy, the Insurer shall provide written notice to the **Named Insured** at least 60 days prior to the Policy expiration date. The notice shall include the reason for such non-renewal.

### E. Notices

If any notice required under this Section is mailed, proof of mailing will be sufficient proof of notice.

## IV. CHANGES

Notice to or knowledge possessed by any agent or other person acting on behalf of the Insurer shall not effect a waiver or a change in any part of this Policy or stop the Insurer from asserting any right under the provisions of this Policy, nor shall the provisions be waived or changed except by written endorsement issued to form a part of this Policy.

## V. CONFORMITY TO STATUTE

Terms of these conditions or any **coverage part** that are in conflict with the statutes of the state in which this policy is issued are hereby amended to conform to such statutes.

---

CNA62642XX 10-15

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001772**

000016 - 0023 of 0251 - NNNNNN - 01857 JOBID 386DA004741



**CNA PARAMOUNT**

**Common Terms and Conditions**

---

### VI. COORDINATION AMONG COVERAGE PARTS

Subject always to the applicable Limit of Liability, should two or more **coverage parts** apply to the same loss, the Insurer will not pay more than the **Named Insured's** actual loss.

---

### VII. COVERAGE PART TERMS AND CONDITIONS

The terms and conditions of each **coverage part** apply only to that **coverage part** and shall not apply to any other **coverage part**. If any provision in the **Common Terms and Conditions** is inconsistent or in conflict with the terms and conditions of any **coverage part**, the terms and conditions of such **coverage part** shall control for purposes of that **coverage part**.

---

### VIII. CURRENCY

All premiums, limits, deductibles and other amounts stated or payable under this Policy are expressed and payable in the currency of the United States of America. If any payments due under this Policy are stated or incurred in a currency other than United States of America dollars, payment under this Policy will be made in United States of America dollars, at the rate of exchange published in The Wall Street Journal on the date the Insurer's obligation to pay such amount is established (or, if not published on such date, the next publication date of The Wall Street Journal).

---

### IX. ENTIRE AGREEMENT

The **Named Insureds** agree that this Policy constitutes the entire contract existing between them and the Insurer or any of its agents relating to this insurance.

---

### X. EXAMINATION OF THE INSURED'S BOOKS AND RECORDS

The Insurer may examine and audit any **Named Insured's** books and records as they relate to this Policy at any time during the **policy period** and up to 3 years afterward.

---

### XI. INSPECTIONS AND SURVEYS

The Insurer has the right but not the obligation to:

**A.** make inspections and surveys at any time;

**B.** provide reports on the conditions it finds;

**C.** recommend changes; or

**D.** conduct loss control and prevention activity.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

The Insurer does not:

**1.** make safety inspections;

**2.** undertake to perform the duty of any entity to provide for the health or safety of workers or the public;

**3.** warrant that conditions are safe or healthful or comply with laws, regulations, codes or standards.

---

### XII. LIBERALIZATION

If the Insurer adopts any revision that would broaden the coverage under this Policy without additional premium within 60 days prior to or during the **policy period**, the broadened coverage will immediately apply to this Policy.

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001773



| | CNA PARAMOUNT |
| --- | --- |
| | **Common Terms and Conditions** |

## XIII. NAMED INSURED AUTHORIZATION AND NOTICES

The **First Named Insured** agrees that it will act on behalf of all **Named Insureds** with respect to the giving of all notices to the Insurer, the receipt of notices from the Insurer, the payment of the premiums, the receipt of any return premiums that may become due under this Policy, and the acceptance of endorsements.

Any notices required under the **CANCELLATION / NON-RENEWAL** sections of this Policy shall be provided to the **First Named Insured** at the last known address and to its insurance agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

## XIV. NO SUIT AGAINST INSURER

A.  No suit shall be brought under this Policy by anyone other than the **Named Insured**. The **Named Insured** may not bring any such suit, action or legal proceeding unless, as a condition precedent, there shall have been full compliance with all the provisions of this Policy and:

1.  with respect to any property **coverage part**, the action is brought within 3 years after the date on which the loss or damage occurred or, with respect to any crime coverage, the date the loss was **discovered**;

2.  with respect to any third party **coverage part**, the amount of the **Named Insured's** obligation to pay shall have been finally determined either by final and nonappealable judgment against the **Named Insured** after trial or by written agreement of the **Named Insured**, the claimant and the Insurer.

However, if any law prohibits such time limitation then the limitation is amended to equal the minimum time limitation required by such law.

B.  No person or organization shall have any right under this Policy to join the Insurer as a party to any suit against the **Named Insured** to determine the **Named Insured's** liability, nor shall the Insurer be impleaded by the **Named Insured** or their legal representatives in any such suit.

## XV. TRADE AND ECONOMIC SANCTIONS

This Policy does not provide coverage for any **Named Insured**, transactions, or any loss that is uninsurable under the laws or regulations of the United States concerning trade or economic sanctions.

## XVI. HEADINGS

The descriptions in the headings of this Policy are solely for convenience, and form no part of the terms and conditions of coverage.

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its Chairman and Secretary at Chicago, Illinois, but the same shall not be binding upon the Insurer unless countersigned by a duly authorized representative of the Insurer.

| Chairman | Secretary |
| --- | --- |
| | |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001774



SESI (Amerisure)001775





**First Party Terms and Conditions**

000016 - 0025 of 0251 - NNNNNN - 01859 JOBID 386DA004741

**SESI (Amerisure)001776**



SESI (Amerisure)001777



# CNA PARAMOUNT
## First Party Glossary of Defined Terms

This **First Party Glossary of Defined Terms** applies to the **Business Property Coverage Part** and the **Business Crime Coverage Part,** as applicable, and their associated forms and endorsements. For purposes of this Policy, words in **bold,** whether expressed in the singular or the plural, have the meaning shown below.

### Act or Decision

**Act or decision** means any act or decision, whether intentional or negligent, including the failure to act or decide, of any person, group, organization or governmental body which creates or allows a result which is unexpected, inadequate, defective, faulty or otherwise unsuitable for the intended purpose.

### Actual Cash Value

**Actual cash value** means the **replacement cost** with deduction for depreciation, deterioration and obsolescence which amount is computed as the time and at the place of loss or damage.

### Alteration

**Alteration** means the material modification of an **original document** by a person acting without authority and with the intent to deceive. **Alteration** does not include the electronic or manual insertion of any personal identification code, including personal identification numbers or password or a **counterfeit.**

### Banking Premises

**Banking premises** means the interior of that portion of any **building** occupied by a **financial institution.**

### Bonus Payment

**Bonus payment** means the unamortized amount, other than rent or security, which the **Named Insured** paid to acquire the **Named Insured's** lease and that will not be refunded to the **Named Insured.**

### Building

**Building** means a building or structure, including completed additions, additions under construction and alterations and repairs to such building or structure that the **Named Insured** owns, occupies or is legally or contractually required to insure.

### Business Income

**Business income** means **net income,** including **rental value,** plus **continuing operating expenses. Business income** does not include **research and development business income.**

### Client

**Client** means a third party for whom the **Named Insured** performs specified professional services for a fee.

### Computer Fraud

**Computer fraud** means **theft** of **money, securities** and **other property** following and directly related to the use of any computer to fraudulently cause a transfer of that property to a person who is not an **employee** or to an account of any **financial institution** not controlled by the **Named Insured.**

Copyright CNA All Rights Reserved.

SESI (Amerisure)001778

000016 - 0026 of 0251 - NNNNNN - 01860 JOBID 386DA004741



# CNA PARAMOUNT
## First Party Glossary of Defined Terms

---

### Contaminants or Pollutants

**Contaminants or pollutants** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

### Continuing Operating Expenses

**Continuing operating expenses** means:

**A.** the **Named Insured's** normal operating expenses including any reasonable and necessary payroll; plus

**B.** charges that are the unsatisfied legal obligation of the **Named Insured's** tenants and for which the **Named Insured** is now obligated.

**Continuing operating expenses** does not include **extra expense,** expediting expense or **research and development project continuing expenses**.

### Counterfeit

**Counterfeit** means a **written** imitation of an actual valid **original document** that is intended to deceive and to be taken as the **original document**.

### Coverage Part

**Coverage part** means the **Business Property Coverage Part** and **Business Crime Coverage Part**, as applicable.

### Coverage Territory

**Coverage territory** means the United States of America, its territories or possessions, Canada, or Puerto Rico. **Coverage territory** does not include any waterborne shipment to or from Alaska, Puerto Rico, Hawaii or territories or possessions of the United States of America.

### Covered Equipment

**Covered equipment** means any boiler, fired or unfired vessel, refrigerating or air conditioning system, piping and its accessory equipment, and any mechanical or electrical machine or apparatus used for the generation, transmission, or utilization of mechanical or electrical power.

### Covered Instruments

**Covered instruments** means **written** checks, drafts, promissory notes or similar **written** promises, orders or directions to pay a sum certain in **money**, and also includes **written** instruments required in conjunction with any credit, debit or charge card issued to the **Named Insured** or to any **employee** for business purposes, or issued to any proprietor, partner, **member** or officer of the **Named Insured** for personal use.

### Covered Peril

**Covered peril** means a fortuitous cause or event, not otherwise excluded, which occurs during this **policy period**.

**Covered peril** does not include:

**1.** a fortuitous cause or event, whether or not excluded, which actually occurred prior to the **policy period**, regardless of the date on which it first becomes manifest or is first discovered; or

**2.** damage from unknown causes or events.

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001779



| | **CNA PARAMOUNT** |
| --- | --- |
| | **First Party Glossary of Defined Terms** |

## Covered Property

**Covered property** means the property that is insured for loss or damage under the **Business Property Coverage Part** or endorsements.

## Denial of Service Attack

**Denial of service attack** means an attack executed over one or more networks or the internet, which attack is designed and intended to disrupt the operation of one or more networks and render the networks inaccessible to authorized users.

## Dependent Property

**Dependent property** means a premises that is operated by others on whom the **Named Insured** depends to:

A. deliver materials or services to the **Named Insured** or to others for the **Named Insured's** account;

B. accept the **Named Insured's** products or services;

C. manufacture products for delivery to the **Named Insured's** customers under contract of sale; or

D. attract customers to the **Named Insured's** business.

The **dependent property** includes the area associated with that address in which the occupant of the above premises is legally entitled to conduct business activities and includes the area extending 1,000 feet beyond that address.

**Dependent property** does not include:

1. any premises operated by others on whom the **Named Insured** depends to deliver any:

   a. power, communications or other utility services;

   b. internet access or internet services; or

   c. data management, network management, software management or cloud computing and storage services; or

2. any premises within any country in which the United States government has imposed sanctions, embargoes or similar prohibitions.

## Discover or Discovered

**Discover** or **discovered** means the earlier of the time when the **Named Insured** first:

A. becomes aware of facts which would cause a reasonable person to assume that a covered loss did or will happen, regardless of when the act that may cause or contribute to such loss occurred, even though the exact amount or details of loss may not be known; or

B. receives notice of an actual or potential claim in which it is alleged that the **Named Insured** is liable to a third party under circumstances that, if true, would constitute a covered loss.

## Earth Movement

**Earth movement** means earthquake or other seismic activity (including but not limited to underground magma activity), the abrupt rising, sinking or shifting of earth (naturally occurring or man-made) or mine subsidence. However, **earth movement** does not include landslide, avalanche, tsunami, **sinkhole collapse** or **volcanic eruption**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001780

000016 - 0027 of 0251 - NNNNNN - 01861 JOBID 386DA004741



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

**Electronic Data Processing Equipment**

**Electronic data processing equipment** means:

**A.** a network of electronic components capable of accepting information and processing it according to a plan and which exists primarily to generate information in tangible form or on electronic media, including climate control and fire protective equipment used solely in connection with data processing operations;

**B.** telephone equipment; and

**C.** facsimile equipment.

**Electronic data processing equipment** does not include any equipment which:

**1.** are **stock**; or

**2.** exist primarily to control or operate machinery or equipment to produce **goods in process** or **finished stock**.

---

**Electronic Data Processing Equipment Leasehold Values**

**Electronic data processing equipment leasehold values** means the present value of the difference between the:

**A.** actual periodic lease payments for **electronic data processing equipment** that has incurred direct physical loss or damage and for which the **Named Insured** remains liable during the unexpired term of the lease; and

**B.** periodic payment for the replacement of **electronic data processing equipment** due under the new lease, for each remaining month of the term of the lease.

---

**Electronic Infection**

**Electronic infection** means the transmission of a computer virus.

---

**Electronic Vandalism**

**Electronic vandalism** means the willful or malicious alteration, manipulation or destruction of **media**, **electronic data processing equipment**, **research and development project property** and **records of accounts receivable** due to **system penetration**, **electronic infection** or a **denial of service attack**, including such acts committed by an employee (including leased and temporary employees).

---

**Employee**

**Employee** means:

**A.** any natural person:

**1.** while in the **Named Insured's** service (and for 60 days after termination of service);

**2.** whom the **Named Insured** compensates directly by salary, wages, or commissions; and

**3.** whom the **Named Insured** has the right to direct and control while performing services for the **Named Insured**;

**B.** any natural person who is furnished to the **Named Insured**:

**1.** to substitute for a permanent employee on leave; or

**2.** to meet seasonal or short-term workload conditions,

while that person is subject to the **Named Insured's** direction and control and performing services for the **Named Insured**, excluding, however, any such person while having care and custody of the **Named Insured's** property outside the **premises**;

---

CNA62641XX 10-15

Copyright CNA All Rights Reserved.



SESI (Amerisure)001781



# CNA PARAMOUNT

## First Party Glossary of Defined Terms

**C.** any natural person leased to the **Named Insured**, under an agreement between the **Named Insured** and a labor leasing firm, while that person is subject to the **Named Insured's** direction and control and performing services for the **Named Insured**;

**D.** any non-compensated natural person:

    **1.** other than one who is a fund solicitor, while performing services for the **Named Insured** that are usual to the duties of an employee or officer; or

    **2.** while acting as a fund solicitor during fund raising campaigns; or

**E.** solely with respect to an **employee benefit plan**, any natural person who is required to be bonded by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

Other than with respect to an **employee benefit plan**, **employee** does not include any:

**1.** agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**2.** **manager, member,** partner, proprietor, director or trustee, but solely to the extent he or she is acting in his or her capacity as such.

## Employee Benefit Plan

**Employee benefit plan** means an employee welfare benefit plan or an employee pension benefit plan as more fully set forth in Title 1, Section 3 of the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto and which is solely sponsored by the **Named Insured**.

## Employee Theft

**Employee theft** means **theft** committed by an **employee** to the deprivation of the **Named Insured** or an **employee benefit plan**, whether identified or not, acting alone or in collusion with others. Solely with respect to an **employee benefit plan**, **employee theft** means all acts of fraud or dishonesty required to be bonded against by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

**Employee theft** also includes **forgery** of such property by an **employee**.

## Equipment Breakdown Peril

**Equipment breakdown peril** means:

**A.** Artificially generated electrical current, including electrical arcing, that injures or disturbs electrical devices wiring or equipment.

**B.** Explosion, rupture or bursting of steam boilers, steam pipes, steam engines, stream turbines, gas turbines or apparatus attached to and forming a part thereof, when owned, operated or controlled by the **Named Insured**, except for the explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the products of combustion pass.

**C.** Any condition or event inside steam boilers, steam pipes, steam engines, steam turbines, gas turbines or apparatus attached to and forming a part thereof, when owned, operated or controlled by the **Named Insured**; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the gases of combustion pass.

**D.** Any condition or event, other than an explosion, inside hot water boilers, other water heating equipment, engines other than steam engines or pressure vessels when owned, operated or controlled by the **Named Insured**.

**E.** Mechanical or machinery breakdown, including rupture or bursting caused by centrifugal force, of property owned, operated or controlled by the **Named Insured**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001782



|  | **CNA PARAMOUNT** |
|---|---|
| | **First Party Glossary of Defined Terms** |

---

**Executive Officer**

**Executive officer** means any natural person partner, member, officer, manager (of a limited liability company), director or trustee of the **Named Insured**.

---

**Extra Expense**

**Extra expense** means actual reasonable and necessary operating expenses the **Named Insured** incurs during the **period of restoration** that would not have been necessary to incur if there had been no direct physical loss of or damage to property, provided such expenses are incurred:

**A.** to avoid or minimize the suspension or delay of **operations** and to continue such **operations** which have been affected by the direct physical loss or damage to the property; or

**B.** in an attempt to minimize the **period of restoration**.

**Extra expense** does not include:

**1.** **research and development project continuing expenses** or **continuing operating expenses**;

**2.** costs incurred to purchase **merchandise** as a replacement for the **Named Insured's finished stock**;

**3.** costs to repair or replace any property, or research or restore **media** or **records of accounts receivable**; or

**4.** amounts incurred on financing or investment activity conducted for the **Named Insured's** account.

---

**Financial Institution**

**Financial institution** means:

**A.** a banking, savings or thrift institution, credit union or similar depository institution; or

**B.** a stock brokerage firm, mutual fund, liquid assets fund or similar investment institution where the **Named Insured** maintains an account.

However, **financial institution** does not include check cashers, currency exchangers or money remittance firms.

---

**Fine Arts**

**Fine arts** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antiques, porcelains, rare books, manuscripts, and similar property of rarity, historical value or artistic merit.

---

**Finished Stock**

**Finished stock** means **manufactured goods** that are in a completed state and ready for packing, shipment, installation or sale. However, **finished stock** does not include **manufactured goods** that are held for sale at a **location** of any retail outlet.

---

**First Named Insured**

**First Named Insured** means the person or entity first named in Item 1 of the Policy Declarations.

---

**Fixtures**

**Fixtures** means:

**A.** indoor or outdoor property fixed or attached to a **building**, including permanently installed machinery and equipment; or

**B.** glass (including all lettering and ornamentation) forming part of the **building**.

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001783



# CNA PARAMOUNT
## First Party Glossary of Defined Terms

### Flood

**Flood** means a general and temporary condition of partial or complete inundation of normally dry land areas from:

**A.** the overflow, or the expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or watercourse;

**B.** waves, tides or tidal waves including tsunami;

or their spray, all whether driven by wind or not, including storm surge.

### Forgery

**Forgery** means the signing of the name of another person or organization with intent to deceive. **Forgery** does not include:

**A.** a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity for any purpose;

**B.** the electronic or manual insertion of any personal identification code, including personal identification numbers or passwords; or

**C.** counterfeit.

### Funds Transfer Fraud

**Funds transfer fraud** means **theft** of **money** and **securities** following and directly related to the use of fraudulent **written** or verbal instructions which are purported to have been made by the **Named Insured**, which causes an electronic transfer of **money** or **securities** from a **financial institution** to:

**A.** an account at a **financial institution** not controlled by the **Named Insured**; or

**B.** a person other than an **employee**.

### Fungi

**Fungi** means any form of fungus, including but not limited to, yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. **Fungi** does not include any fungi intended by the **Named Insured** for consumption.

### Goods In Process

**Goods in process** mean **raw stock** which has undergone any aging, seasoning, mechanical or other process of manufacture but which has not become **finished stock**.

### Green Insured Property

**Green insured property** means **insured property** created, built or constructed following the practice of creating **buildings** or materials or using processes that incorporate one or more of the following practices and are certified as such by a government organization or a nationally or internationally recognized building industry organization or governmental agency, such as the U.S. Green Building Council (LEED certification), ECD Energy, Environment Canada (Green Globes) or the U.S. Department of Energy:

**A.** Energy Efficiency, including steps implemented to obtain an ENERGY STAR label for a **building** at a **location** or **reported unspecified location**, as well as use of ENERGY STAR or equivalently rated materials, lighting systems, HVAC equipment, appliances or electronic products (if current like kind and quality replacement is not ENERGY STAR rated).

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001784



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

**B.** Water Efficiency, including use of water efficient processes and wastewater technologies, as well as use of alternative water or indoor plumbing systems that reduce water usage from any plumbing fixture.

**C.** Materials Efficiency, including use of sustainable and environmentally preferable construction materials, materials management and re-cycling programs.

**D.** Environmental Quality, including reduction of the quantity of indoor air contaminants by use of low-emitting products or materials.

**Green insured property** does not include **stock,** processing water, molds and dies, property in the open, **personal property of others** or **personal property of executive officers or employees**.

---

**Gross Leasehold Interest**

**Gross leasehold interest** means the difference between the:

**A.** the current monthly rental value at the market rate of the **location** or the **reported unspecified location** the **Named Insured** has leased on the date the direct physical loss or damage occurred; and

**B.** the actual monthly rent the **Named Insured** currently pays, including taxes, insurance, janitorial or other services or fees that the **Named Insured** pays as part of the rent and other monthly assessments.

---

**Installation Location**

**Installation location** means a premises that is not owned, leased or operated by the **Named Insured** at which **installation property** is or will be installed, constructed or serviced.

---

**Installation Property**

**Installation property** means **personal property** that has or will become a permanent part of an installation, construction, or service project being performed for others by the **Named Insured**, or on the **Named Insured's** behalf.

---

**Insured Property**

**Insured property** means **real property** and **personal property**.

---

**Location**

**Location** means each of the locations specified in the **Business Property Schedule of Locations** or scheduled in any endorsement to this Policy and includes:

**A.** the area associated with that address in which the **Named Insured** is legally entitled to conduct business activities; and

**B.** the area extending 1,000 feet beyond that address.

---

**Manager**

**Manager** means any natural person manager or **member**.

---

**Manufactured Goods**

**Manufactured goods** means goods manufactured at a premises:

**A.** the **Named Insured** owns or operates; or

**B.** that the **Named Insured** does not own or operate, provided the **Named Insured**:

    **1.** contracted for the goods to be manufactured exclusively for the **Named Insured**; and

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001785





**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

2.  the **Named Insured** is the owner or licensee of the design, patent, trademark or copyright for the goods.

### Market Value

**Market value** means the price that property might be expected to realize if offered for sale in a fair market.

### Media

**Media** means recorded information in any format which is an existing original or which can be duplicated or replaced by purchasing an existing duplicate that is for sale, and including any material upon which it is inscribed, printed, written or recorded, owned by the **Named Insured** or owned by others in the **Named Insured's** care, custody or control.

**Media** does not include **money, securities, stock, fine arts, records of accounts receivable** or **research and development project property**.

### Member

**Member** means any person serving on the Board of Managers or equivalent executive of a **Named Insured** that is a limited liability company.

### Merchandise

**Merchandise** means:

A.  goods held for sale or installation by the **Named Insured** which are not **manufactured goods**; or

B.  **manufactured goods** which are completed and ready for packing, shipment, installation or sale at a **location** of any retail outlet.

### Messenger

**Messenger** means any of the **Named Insured's** natural person **members,** proprietors, partners, **executive officers** or **employees** who are duly authorized by the **Named Insured** to have care and custody of the property outside the **premises**.

### Microbes

**Microbes** means any:

A.  non-fungal microorganism;

B.  non-fungal, colony-form organism;

C.  virus; or

D.  bacteria.

**Microbe** includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of **microbes**.

### Mobile Computing Device

**Mobile computing device** means cellular phones, laptop computers and other personal hand-held electronic devices, including accessories for such portable computing devices used in the **Named Insured's** business that are owned by the **Named Insured, executive officers** or employees (including leased or temporary employees).

**Mobile computing device** does not include any of these devices while rented or leased to others or **stock**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001786



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

### Money

**Money** means:

**A.** currency, coins and bank notes in current use and having a face value; and

**B.** travelers checks, register checks and money orders held for sale to the public.

---

### Monthly Leasehold Interest

**Monthly leasehold interest** means the original costs the **Named Insured** paid for **bonus payments** and **prepaid rent**, divided by the number of months left in the **Named Insured's** lease at the time of the expenditure.

---

### Mudslide or Mudflow

**Mudslide or mudflow** means a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

---

### Named Insured

**Named Insured** means the persons or entities named as such on the **Business Crime Coverage Part**, **Business Property Coverage Part** or Policy Declarations.

For **insured property** that is the subject of a Contract of Sale, **Named Insured** includes the Contract of Sale Loss Payee.

---

### Named Storm

**Named storm** means a tropical storm system that is declared to be named by the National Hurricane Center, World Meteorological Organization or any similar organization, agency or body responsible for naming such weather systems, including tropical storm spawned tornados or microbursts.

The named tropical storm begins when such organization, agency or body officially declares the storm system as a named tropical storm and ends when that organization, agency or body officially declares the named tropical storm:

**A.** permanently downgraded to a tropical depression;

**B.** reclassified as a Post Tropical Cyclone and the maximum sustained surface wind speed (using U.S. 1-minute average) is 33 kt (38 mph or 62 km/hr) or less; or

**C.** reclassified as an Extra Tropical Cyclone and the maximum sustained surface wind speed (using U.S. 1-minute average) is 33 kt (38 mph or 62 km/hr) or less.

---

### Net Income

**Net Income** means net profit or loss that would likely have been earned or incurred before taxes. **Net income** does not include any profit that would likely have been earned as a result of an increase in the business transactions due to favorable business conditions caused by the impact of the **covered peril** in the vicinity of such **covered peril**.

---

### Net Leasehold Interest

**Net leasehold interest** means the net present value of the **gross leasehold interest** for each remaining month of the term of the lease, discounted at the Prime Rate on the date the direct physical loss or damage occurs, rounded to the nearest dollar.

---

CNA62641XX 10-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)001787



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

**Newly Acquired Location**

**Newly acquired location** means a fixed premises the **Named Insured** owns, leases, rents or controls. The premises becomes a **newly acquired location** on the later of:

**A.** the date the **Named Insured** obtains possession or control of the premises; or

**B.** the date the **real property, personal property, fine arts, records of accounts receivable** or **media** for which the **Named Insured** has an insurable interest is placed at the premises.

**Newly acquired location** does not include:

**1.** a **location**;

**2.** an **unspecified location**;

**3.** a **reported unspecified location**;

**4.** an **installation location**; or

**5.** a fair, trade show or exhibition.

---

**Occurrence**

**Occurrence** means one event or a series of related events that contribute concurrently to or contribute in any sequence to physical loss of or damage to property. However, with respect to:

**A.** the **equipment breakdown peril, occurrence** means all equipment breakdowns that manifest themselves at the same time and are the result of the same cause, regardless of the number of **locations** or **reported unspecified locations** or other premises involved.

**B.** a **named storm, occurrence** means each **named storm**. If a **named storm** is downgraded to a tropical depression, such tropical depression shall be considered a separate **occurrence**.

**C.** **theft, occurrence** means all loss sustained by the **Named Insured** caused by:

**1.** any single act or series of related acts;

**2.** any act or acts involving one person, or a group of persons acting together; or

**3.** an act or event, or a series of related acts or events, not involving any identifiable person.

**D.** **volcanic eruption, occurrence** means all volcanic eruptions, explosions or effusions that occur within any 168 hour period.

**E.** **Employee Theft Coverage** or **Employee Theft of Client Property Coverage, occurrence** means:

**1.** any single act;

**2.** the combined total of all separate acts whether or not related; or

**3.** a series of acts whether or not related,

committed by an **employee**, acting alone or in collusion with other persons, or any group of **employees** acting together, even if in collusion with other persons, during the **policy period**, before the **policy period** or both, subject to the **Loss Sustained During Prior Policy** Condition under the **BUSINESS CRIME COVERAGE CONDITIONS** in the **First Party Terms and Conditions**.

**F.** **Forgery or Alteration Coverage, occurrence** means:

**1.** any single act;

**2.** the combined total of all separate acts whether or not related; or

**3.** a series of acts whether or not related,

---

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001788**





**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

committed by any one person acting alone or in collusion with others, or in which any such person is implicated, involving one or more instruments, during this **policy period**, before this **policy period** or both, subject to the **Loss Sustained During Prior Policy** condition under the **BUSINESS CRIME COVERAGE CONDITIONS** in the **First Party Terms and Conditions**.

G. **Money and Securities Coverage** or any other coverage provided under the **Business Crime Coverage Part**, **occurrence** means:

1. any single act, or series of related acts;

2. the combined total of all separate acts whether or not related; or

3. a series of acts whether or not related,

committed by any one person acting alone or in collusion with others, or not committed by any identifiable person, during the **policy period**, before the **policy period** or both, subject to the **Loss Sustained During Prior Policy** Condition under the **BUSINESS CRIME COVERAGE CONDITIONS** in the **First Party Terms and Conditions**.

H. **Utility Supply Failure Coverage, occurrence** means one event or a series of related events that contribute concurrently to or contribute in any sequence to physical loss of or damage to property, regardless of the number of **locations** or **reported unspecified locations** or the number of utility service providers or utility service properties involved in the same event.

---

**Operations**

**Operations** means the **Named Insured's** business activities occurring at the covered premises prior to the time and date of the loss or damage, including the **Named Insured's** activities as a lessor.

**Operations** does not include business activities as part of research and development projects.

---

**Original Document**

**Original document** means:

A. the first rendering or archetype and does not include photocopies or electronic transmissions even if received and printed; or

B. for the purposes of Forgery or Alteration Coverage only, a "substitute check", as defined in the Check Clearing for 21st Century Act.

---

**Other Property**

**Other property** means any tangible property other than **money** and **securities** that has intrinsic value.

**Other property** does not include any property listed in the **Business Crime Coverage Part** as specifically not covered.

---

**Outdoor Trees, Shrubs, Plants or Lawns**

**Outdoor trees, shrubs, plants or lawns** mean trees, shrubs, plants or lawns the **Named Insured** owns that are located outside.

**Outdoor trees, shrubs, plants or lawns** does not include growing crops, standing timber, **stock** or trees, shrubs, plants, grass or lawns that are part of a vegetated roof.

---

**Period of Restoration**

A. **Period of restoration** means the period of time that begins with:

1. the time and date that the physical loss or damage that causes **suspension** of **operations** occurs; or

---

CNA62641XX 10-15

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001789**



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

    **2.** the date **operations** would have begun if such loss or damage delays the start of **operations** and such loss or damage is to any of the following:

        **a.** **buildings** whether complete or under construction;

        **b.** alterations or additions to existing **buildings**;

        **c.** machinery, equipment, supplies or materials that are:

            **(1)** used in such construction, alterations or additions;

            **(2)** incidental to the occupancy of the area intended for construction, alteration or addition; or

            **(3)** incidental to the alteration of the occupancy of an existing **building**.

**B.** If the **Named Insured** resumes **operations**, with reasonable speed, the **period of restoration** ends on the earlier of:

    **1.** the date when the premises where the loss or damage occurred could have been physically capable of resuming the level of **operations** which existed prior to the loss or damage; or

    **2.** the date when a new permanent premises is physically capable of resuming the level of **operations** which existed prior to the loss or damage, if business is resumed at a new permanent premises.

**C.** If the **Named Insured** does not resume **operations**, or does not resume **operations** with reasonable speed, whether at a **location**, **reported unspecified location** or elsewhere, the **period of restoration** will end on the date when the premises where the loss or damage occurred could have been restored to the physical size, construction, configuration and material specifications which existed at the time of loss or damage, with no consideration for any increased period of time:

    **1.** which would have been required to make changes in order to repair or reconstruct the property or tear down undamaged parts of the property, to meet the minimum requirements of an ordinance or law; or

    **2.** which would have been necessary to make the premises physically capable of resuming the level of **operation** which existed prior to the loss or damage after the completion of repairs or replacement.

**D.** With respect to **Dependent Property Time Element Coverage** under the **OFF-SITE COVERAGE** section in the **Business Property Coverage Part**, **period of restoration** means the period of time that:

    **1.** begins on the date the physical loss of or damage to property at a **dependent property** occurs; and

    **2.** ends on the date when the property at that **dependent property** should be repaired or replaced with reasonable speed and similar quality.

**E.** With respect to **research and development business income**, the **period of restoration** means the period of time that begins with the time and date of the physical loss of or damage to **research and development project property** that causes **suspension** of the **Named Insured's** research and development project and ends on the earlier of:

    **1.** the date such **research and development project property** could be recreated or restored with reasonable speed and similar quality to the condition that existed at the time of loss or damage; or

    **2.** 365 days immediately following the date the physical loss of or damage to such **research and development project property** occurred.

**F.** No **period of restoration** will be cut short by the expiration of the Policy.

---

**Personal Property**

**Personal property** means:

**A.** all property, other than **real property**, owned by the **Named Insured** and used in the **Named Insured's** business, including furniture, fixtures, machinery, **electronic data processing equipment** and **stock**;

**B.** glass in **buildings** which, as a tenant, the **Named Insured** has a contractual responsibility to insure;

**C.** the **Named Insured's** outdoor signs, antennas and towers and fences;

**D.** **personal property of others**;

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001790

000016 - 0032 ct 0251 - NNNNNN - 01866 JOBID 386DA004741



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

E.  **personal property of executive officers or employees**;

F.  property, other than **real property**, the **Named Insured** leases for use in its business and for which the **Named Insured** has a contractual responsibility to insure, unless otherwise provided for under **personal property of others**;

G.  the value of labor, materials or services furnished or arranged by the **Named Insured** on **personal property of others**;

H.  the **Named Insured's** interest in **tenant's improvements and betterments**;

I.  power or communication generation or transmission equipment, including transmission and distribution lines of any type, owned, operated, controlled by or leased by the **Named Insured**; or

J.  vehicles or self-propelled machines (including autos, aircraft or watercraft) that:

   1.  the **Named Insured** manufactures, processes or warehouses or holds for sale that are licensed for use on public roads while at a **location** or **reported unspecified location**;

   2.  the **Named Insured** manufactures, processes or warehouses or holds for sale that are not licensed for use on public roads while at a **location** or **reported unspecified location**;

   3.  are unpowered watercraft owned by the **Named Insured** while out of the water at a **location** or **reported unspecified location**; or

   4.  are trailers owned by the **Named Insured** that are not licensed for use on public roads while at a **location** or **reported unspecified location**.

**Personal property** does not include **property not covered**.

**Personal Property of Executive Officers or Employees**

**Personal property of executive officers or employees** means personal property that is owned by **executive officers** or the **Named Insured's** employees (including leased or temporary employees) and that is usual to the occupancy of the **building**.

**Personal Property of Others**

**Personal property of others** means personal property that is not owned by the **Named Insured** but is in the **Named Insured's** care, custody or control.

**Personal property of others** does not include **personal property of executive officers or employees**.

**Policy Period**

**Policy period** means the period of time shown on the Policy Declarations, beginning on the effective date and time and ending on the expiration date and time, or the Policy's earlier cancellation date.

**Policy Premium**

**Policy premium** means the original premium and the fully annualized amount of any additional premiums, charged by the Insurer for coverage provided during the **policy period**.

**Prearranged Transfer**

**Prearranged transfer** means an electronic transfer of **money** or **securities** which is part of a regular or scheduled series of electronic transfers, authorized by **written** agreement, to a designated **financial institution** specifying:

A.  the amount of **money** or **securities** to be transferred; and

B.  account number to be credited.

CNA62641XX 10-15

Page 14 of 21

Copyright CNA All Rights Reserved.



**SESI (Amerisure)001791**



| | **CNA PARAMOUNT** |
|---|---|
| | **First Party Glossary of Defined Terms** |

## Premises

**Premises** means:

A. the interior of that portion of any building the **Named Insured** occupies in conducting the **Named Insured's** business;

B. with respect only to damage to **other property**, the exterior of that portion of any building the **Named Insured** occupies in conducting the **Named Insured's** business; or

C. with respect only to the **Employee Theft of Client Property While on Client Premises Coverage** under the **Business Crime Coverage Part**, the interior of that portion of any building a **client** occupies in conducting the **client's** business or the interior of a **client's** owned, leased or rented residence.

## Prepaid Rent

**Prepaid rent** means that unamortized portion of any amount of advance rent the **Named Insured** paid based on the percentage of the unexpired portion of the lease that remains at the time of physical loss or damage.

**Prepaid rent** does not include the customary rent for a rental period or any amount refunded to the **Named Insured**.

## Property Not Covered

**Property not covered** means:

A. animals unless:

   1. owned by others and boarded by the **Named Insured**, or

   2. owned by the **Named Insured** as **stock**, other than **research animals**, while inside of a **building** at a **location** or **reported unspecified location**;

B. bulkheads, pilings, piers, wharves or docks;

C. contraband, or property in the course of illegal transportation or trade;

D. **fine arts, money, securities, records of accounts receivable, media** or **research and development project property**;

E. vehicles or self-propelled machines (including autos, aircraft or watercraft) that are:

   1. licensed for use on public roads; or

   2. operated principally away from the **location** or **reported unspecified location**,

   except to the extent included in Paragraph **J.** of the **personal property** definition;

F. land, naturally occurring water, air, growing crops and standing timber;

G. **outdoor trees, shrubs, plants or lawns**;

H. dams, dikes or retaining walls;

I. underground mines, mine shafts, caverns, open pits or quarries; or

J. any property which the **Named Insured** has covered under any other Policy in which such property is more specifically described, except for the excess of the amount due under such other coverage, whether collectible or not.

## Qualifying Period

**Qualifying period** means the continuous period of time which must pass before the applicable coverage begins.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001792

000016 - 0033 of 0251 - NNNNNN - 01867 JOBID 386DA004741



| | **CNA PARAMOUNT** |
|---|---|
| | **First Party Glossary of Defined Terms** |

---

**Raw Stock**

**Raw stock** means material in the state in which the **Named Insured** acquired it for conversion into **finished stock**.

---

**Real Property**

**Real property** means:

A.  **buildings** and temporary or appurtenant structures of such **buildings**;

B.  **fixtures**;

C.  **personal property** that is used to maintain or service the **buildings, locations** or **reported unspecified locations**;

D.  the **Named Insured's** indoor and outdoor signs;

E.  materials, equipment, supplies and temporary **buildings** used for making additions, alterations or repairs to any such **building**;

F.  paved or concrete surfaces owned by the **Named Insured**;

G.  **building** foundations; or

F.  underground pipes, flues and drains owned by the **Named Insured**.

**Real property** does not include **property not covered**.

---

**Records of Accounts Receivable**

**Records of accounts receivable** means accounting records used by the **Named Insured** to document the billing and collection of **money** due from the **Named Insured's** customers, regardless of what medium those records are inscribed, printed, written or recorded upon.

**Records of accounts receivable** includes:

A.  **money** due the **Named Insured** from its customers that the **Named Insured** is unable to collect after exerting all reasonable effort to do so;

B.  interest charges on any loan required to offset amounts the **Named Insured** is unable to collect pending the Insurer's payment of these amounts; and

C.  collection expenses in excess of the **Named Insured's** normal collection expenses that are made necessary by such loss or damage,

resulting from the direct physical loss of or damage to **records of accounts receivable**.

---

**Rental Value**

**Rental value** means that portion of **net income** that would have been earned or incurred as rental income from tenant occupancy of a **location** or **reported unspecified location** as furnished and equipped by the **Named Insured**, including fair rental value of any portion of the **location** or **reported unspecified location** which is occupied by the **Named Insured**.

---

**Replacement Cost**

**Replacement cost** means the cost to repair or replace **covered property** at the time of direct physical loss or damage with property of comparable material and quality on the same or another site, and used for the same purpose, without deduction for depreciation, deterioration, and obsolescence which amount is computed as of the time and at the place of such loss or damage. If property of the same kind and quality is no longer available, the Insurer will pay to replace it with other property of similar quality and function, including property of greater processing capacity.

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001793



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

**Replacement cost** valuation for **insured property** includes the cost the **Named Insured** paid for non-refundable or non-transferable extended warranties, maintenance contracts or service contracts which are still in force at the time of loss or damage and are no longer valid as a result of loss of or damage to such **insured property**.

## Reported Unspecified Location

**Reported unspecified location** means fixed premises that has been identified on a schedule submitted by the **Named Insured** and on file with the Insurer, including:

A.   the address of the premises and includes that area extending 1000 feet beyond that address;

B.   an identification of the **insured property**, **business income** or **extra expense**; and

C.   the value of such identified **insured property**, **business income** or **extra expense**.

If the **Named Insured** is a tenant, for purposes of **time element coverage**, **reported unspecified locations** includes that portion of the premises not rented, or intended to be rented, to others.

**Reported unspecified location** does not include:

1.   a **location**;

2.   an **unspecified location**;

3.   a fair, trade show or exhibition;

4.   an **installation location**; or

5.   a **dependent property** with respect to loss or damage covered by any **time element coverage**.

## Research Animals

**Research animals** means laboratory animals used in the **Named Insured's** research and development project or bred for sale to other medical technology or life science entities.

## Research and Development Business Income

**Research and development business income** means:

A.   **net income** that would have been earned or incurred had no loss or damage resulting in an interruption in the **Named Insured's** research and development project occurred, including **net income** resulting from:

1.   lost or delayed pre-sale orders from new or current customers for a new product or an improved current product, whose entry into the marketplace is delayed because these products were the subject of lost or damaged **research and development project property**; or

2.   grants, endowments and any other contract revenues, licensing fees, consulting fees, funding grants and progress payments, including milestone contracts; plus

B.   **research and development project continuing expenses**.

However, **research and development business income** does not include any amount that is otherwise payable under this **Business Property Coverage Part** or that does not necessarily continue during the interruption in the research and development project.

## Research and Development Project Continuing Expenses

**Research and development project continuing expenses** means the **Named Insured's** normal **continuing operating expenses** that are directly attributable to research and development projects, including any reasonable and necessary payroll expenses, rental payments as a tenant and factory overhead.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001794



**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

---

### Research and Development Project Property

**Research and development project property** means the **Named Insured's**:

**A.** written, printed, electronic or inscribed documents, plans, records, formulas or other information, including any material upon which it is inscribed, printed, written or recorded;

**B.** original or experimental property;

**C.** existing prototypes used as the model for the final version of a new product or design; or

**D.** undamaged property that needs to be recreated, restored or replaced due to covered loss of or damage to property in Paragraphs **A.**, **B.** or **C.**,

developed or used in conjunction with any ongoing and active research and development project.

**Research and development project property** does not include **research animals, media**, plants or crops or **fine arts**.

---

### Robbery

**Robbery** means the unlawful taking of specified property from the care and custody of any person by one who has:

**A.** caused or threatened to cause that person bodily harm; or

**B.** committed an unlawful act witnessed by that person.

---

### Safe Burglary

**Safe burglary** means the unlawful taking of:

**A.** property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

**B.** a safe or vault from inside the **premises**.

---

### Securities

**Securities** means negotiable and non-negotiable instruments or contracts representing either **money** or representing other tangible property that has intrinsic value, including:

**A.** tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; or

**B.** evidences of debt issued in connection with credit, debit or charge cards, which cards are not issued by the **Named Insured**.

**Securities** does not include **money**.

---

### Sinkhole Collapse

**Sinkhole collapse** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite provided such cavities were not man made or did not result from **flood**.

---

### Specified Peril

**Specified peril** means:

**A.** aircraft or vehicles;

**B.** explosion, fire or leakage from fire extinguishing equipment;

**C.** lightning, smoke, **volcanic eruption, water damage**, weight of snow, ice or sleet;

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001795



| | **CNA PARAMOUNT** |
|---|---|
| | **First Party Glossary of Defined Terms** |

**D.** windstorm or hail;

**E.** riot, civil commotion or vandalism or **theft**;

**F.** falling objects, excluding loss or damage to:

    **1.** **personal property** in the open; or

    **2.** the interior of a **building**, or property inside a **building**, unless the roof or an outside wall of the **building** is first damaged by a falling object;

**G.** **sinkhole collapse**;

**H.** solely with respect to **personal property** in the course of transit, **specified peril** also includes:

    **1.** vehicle collision upset or overturn; or

    **2.** sinking or stranding of a vessel, or collapse of a bridge, culvert, dock or wharf; or

**I.** **equipment breakdown peril**, excluding loss of or damage to **insured property** caused by the discharge, dispersal, release or escape of refrigerants, including ammonia.

---

**Stock**

**Stock** means **raw stock**, **goods in process**, **finished stock** or **merchandise**, including packing or shipping materials and including software incorporated into such **finished stock** or **merchandise**.

---

**Sublease Profit**

**Sublease profit** means the net profit the **Named Insured** earns through subleasing the **building** or portion of the **building** that the **Named Insured** rents for the unexpired term of the cancelled lease or sublease, whichever would expire first. This amount is discounted based on the Prime Rate on the date the direct physical loss or damage occurs, rounded to the nearest whole number.

---

**Suspended Equipment**

**Suspended equipment** means **covered equipment,** provided the Insurer has complied with the requirements described in the **SUSPENDED EQUIPMENT** Condition in the **First Party Terms and Conditions**.

---

**Suspension**

**Suspension** means:

**A.** the slowdown or cessation of the **Named Insured's** business activities; or

**B.** that a part or all of the covered premises is rendered untenantable.

---

**System Penetration**

**System penetration** means the intentional and malicious use of a computer to obtain unauthorized access to information and resources stored on **electronic data processing equipment**.

---

**Tenant's Improvements and Betterments**

**Tenant's improvements and betterments** means **fixtures**, glass, signs, alterations, installations or additions:

**A.** made a part of a **building** the **Named Insured** occupies as a tenant but does not own;

**B.** made or acquired at the **Named Insured's** expense exclusive of rent paid by the **Named Insured** or for which the **Named Insured** is legally required by written contract to insure; and

**C.** that the **Named Insured** cannot legally remove.

---

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001796**



# CNA PARAMOUNT
## First Party Glossary of Defined Terms

---

### Tenant's Lease Interest

**Tenant's lease interest** means the difference between:

**A.** the actual rent due for the unexpired portion of the cancelled lease at the time of covered loss or damage; and

**B.** the rent due under the new lease for the same time period.

---

### Theft

**Theft** means the unlawful taking of property.

---

### Time Element Coverage

**Time element coverage** means **business income, research and development business income** or **extra expense** to the extent these apply under this **Business Property Coverage Part**.

---

### Transfer Agreement

**Transfer agreement** means a **written** agreement with any **financial institution** authorized to transfer **money** and **securities** at the **Named Insured's** request.

---

### Unspecified Location

**Unspecified location** means:

**A.** a premises not listed in the **Business Property Schedule of Locations**; or

**B.** a fair, trade show or exhibition.

An **unspecified location** does not include:

**1.** a **location**;

**2.** a **newly acquired location**;

**3.** a **reported unspecified location**;

**4.** an **installation location**; or

**5.** a **dependent property** with respect to loss or damage covered by any **time element coverage**.

---

### Volcanic Eruption

**Volcanic eruption** means the eruption, explosion or effusion of a volcano that gives rise to physical loss or damage when such loss or damage is caused by:

**A.** airborne volcanic blast or airborne shock waves;

**B.** ash, dust or particulate matter; or

**C.** lava flow.

---

### Water Damage

**Water damage** means:

**A.** the discharge or leakage of domestic or process water or steam from:

    **1.** water pipes and any other apparatus meant to carry or distribute water including, but not limited to, hoses and tubes and fire protection sprinkler system piping;

---

CNA62641XX 10-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)001797





**CNA PARAMOUNT**

**First Party Glossary of Defined Terms**

   **2.** appliances; or

   **3.** mechanical systems; or

**B.** the overflow, discharge or leakage of water from bathroom, kitchen and laundry fixtures and faucets,

within a **building**.

---

**Written**

**Written** means expressed through letters or marks placed upon paper and visible to the naked eye.

000016 - 0036 to 0251 - NNNNNN - 01870 JOBID 386DA004741

---

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001798**



SESI (Amerisure)001799



# CNA PARAMOUNT
## First Party Terms and Conditions

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| I. | ABANDONMENT | Page 2 |
| II. | APPRAISAL | Page 2 |
| III. | COMPLIANCE | Page 3 |
| IV. | CONCEALMENT, MISREPRESENTATION AND FRAUD | Page 3 |
| V. | CONTROL OF PROPERTY | Page 3 |
| VI. | DUTIES AFTER LOSS OR DAMAGE | Page 3 |
| VII. | LOSS PAYMENT | Page 4 |
| VIII. | LOSS PAYEES AND MORTGAGEES | Page 5 |
| IX. | NO BENEFIT TO BAILEE | Page 6 |
| X. | OTHER INSURANCE | Page 7 |
| XI. | POLICY PERIOD / COVERAGE TERRITORY | Page 7 |
| XII. | RECOVERED PROPERTY | Page 7 |
| XIII. | RESUMPTION OF OPERATIONS | Page 7 |
| XIV. | SALVAGE AND RECOVERIES | Page 8 |
| XV. | SUSPENDED EQUIPMENT | Page 8 |
| XVI. | TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO THE INSURER | Page 8 |
| XVII. | VACANCY | Page 8 |
| XVIII. | VALUATION | Page 9 |
| XIX. | BUSINESS CRIME COVERAGE CONDITIONS | Page 11 |

000016 - 0037 of 0251 - NNNNNN - 01871 JOBID 386DA004741

Copyright CNA All Rights Reserved.

SESI (Amerisure)001800



| | **CNA PARAMOUNT** |
|---|---|
| | **First Party Terms and Conditions** |

These **First Party Terms and Conditions** apply to the **Business Property Coverage Part**, the **Business Crime Coverage Part**, as applicable, and their associated forms and endorsements.

| **I.** | **ABANDONMENT** |
|---|---|

There can be no abandonment of any **covered property** to the Insurer unless the Insurer specifically agrees to such abandonment in writing.

| **II.** | **APPRAISAL** |
|---|---|

If the **Named Insured** and the Insurer fail to agree on the amount of loss for physical damage or **business income** or **extra expense**, either may make a written demand for appraisal in which case within 30 days of that written demand each shall select an appraiser and shall notify the other of its chosen appraiser. This **APPRAISAL** Condition is not available to the **Named Insured** or the Insurer if there is a dispute as to whether the loss or damage was caused in whole or in part by a **covered peril**. This **APPRAISAL** Condition is not available if there is a dispute as to whether or not the loss is covered in whole or in part under this **coverage part**.

An individual may be chosen as an appraiser for a claim only if such individual is a competent, independent and disinterested person and who has no direct or indirect financial interest in the loss or the adjustment of the claim. That appraiser cannot be:

**A.** the **Named Insured** or any of the **Named Insured's** employees or agents (including any public adjuster or public adjusting company hired by the **Named Insured**);

**B.** employed by the Insurer; or

**C.** an independent adjuster hired by the Insurer for such claim.

The appraisers will first select a competent, independent and disinterested umpire. If the appraisers fail to agree upon an umpire within 30 days then, only on the joint request of the **Named Insured** and the Insurer to a court of competent jurisdiction where the loss occurred, the **Named Insured** and the Insurer may request that the court select or appoint a competent, independent and disinterested umpire.

If the **Named Insured** and the Insurer fail to agree to submit a joint request to a court of competent authority, either may file the necessary documents in a court of competent jurisdiction where the loss occurred to compel the other to comply with the terms of this **APPRAISAL** provision.

The appraisers will then appraise, within a reasonable amount of time, the amount of loss, stating separately, as applicable:

**1.** the **actual cash value** or **replacement cost** as of the date of loss and the amount of loss, for each item of physical loss or damage; and

**2.** the amount of loss for each **time element coverage**.

If the appraisers fail to agree, they will submit their differences to the umpire. An award agreed to in writing by any two will determine the amount of loss and that award will be binding on both parties but such appraisal award will not determine whether the loss is covered. Any appraisal award addressing whether or not a loss is or is not covered is void and is not binding on either party to the appraisal.

The **Named Insured** and the Insurer will each:

**a.** pay its chosen appraiser; and

**b.** bear equally the other expenses of the appraisal and umpire.

A demand for appraisal shall not relieve the **Named Insured** of its continuing obligation to comply with all of the terms and conditions of this Policy.

---

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001801**



# CNA PARAMOUNT

## First Party Terms and Conditions

The Insurer will not be held to have waived any of its rights by any act relating to an appraisal. If there is an appraisal, the Insurer will still retain its right to deny the claim or challenge whether the damages from any loss are covered or otherwise excluded.

The **Named Insured** may only make a written demand for appraisal if the **Named Insured** has fully complied with all provisions of this Policy.

### III. COMPLIANCE

No one may make a claim under the **Business Property Coverage Part** unless:

**A.** there has been full compliance with all of the provisions of the **Business Property Coverage Part**; and

**B.** the claim for coverage is brought within 2 years and 1 day after the date on which the direct physical loss or damage occurred.

### IV. CONCEALMENT, MISREPRESENTATION AND FRAUD

This entire Policy shall be void if, whether before or after a loss, the **Named Insured** or designated representative:

**A.** has concealed or misrepresented any material fact or circumstance concerning:

    **1.** this insurance or the subject thereof;

    **2.** the interest of the **Named Insured** therein; or

    **3.** any claim; or

**B.** has falsely sworn to any such material fact or circumstance.

### V. CONTROL OF PROPERTY

Any act or neglect by any person, other than a **Named Insured** designated representative, of any provision of these conditions or the **Business Property Coverage Part**, will not affect coverage. Breach of any condition of coverage at one or more **locations** or **reported unspecified locations** will not affect coverage at any other **building** where, at the time of loss or damage, the breach of condition did not exist.

### VI. DUTIES AFTER LOSS OR DAMAGE

In the event of loss or damage, the **Named Insured** shall do the following:

**A.** Take all necessary steps to protect the property from further loss or damage.

**B.** Set aside the damaged **insured property** for examination by the Insurer as often as may be required and keep a record of its expenses necessary to protect **insured property**.

**C.** As soon as practical, give written notice to the Insurer, or its designated representative, of the event giving rise to the loss or damage, including the date and time of such event, what occurred and the names and addresses of witnesses.

**D.** Within 60 days after being requested by the Insurer, render to the Insurer a detailed, sworn proof of loss on a form provided by the Insurer;

**E.** As often as may be reasonably required, exhibit to any person designated by the Insurer all that remains of any damaged or undamaged property and permit the Insurer to take samples of such property for inspection and analysis.

**F.** Submit individually to examinations under oath at the Insurer's request and, if requested and identified by the Insurer, make its designated representatives, including, but not limited to, public adjusters, claims consultants,

Copyright CNA All Rights Reserved.

SESI (Amerisure)001802



**CNA PARAMOUNT**

**First Party Terms and Conditions**

forensic accountants or other third parties providing claims related services, submit to examinations under oath, and give the Insurer a signed statement of each individual's answers.

**G.** As may be reasonably required, produce for examination at the request of the Insurer all books of account, business records, bills, invoices and other vouchers, or certified copies thereof if originals have been lost, at such reasonable time and place as may be designated by the Insurer or its authorized representative, and permit extracts and copies thereof to be made.

**H.** Cooperate with the Insurer in the investigation of any claim.

**I.** Notify law enforcement authorities, if the **Named Insured** has reason to believe that any loss or damage involves a violation of law.

| **VII.** | **LOSS PAYMENT** |
|---|---|

**A.** Unless otherwise specified in this Policy, in the event of covered loss or damage to **covered property**, at the Insurer's option, the Insurer will either:

    **1.** pay the amount of loss or damage;

    **2.** pay the cost of repairing or replacing such **covered property**;

    **3.** take all or any part of the **covered property** at an agreed or appraised value; or

    **4.** repair or replace the **covered property** with other property of like kind and quality.

**B.** If the Insurer elects to exercise option **A.3.** above with respect to any branded or labeled **merchandise** or **finished stock**, the **Named Insured** may:

    **1.** Stamp salvage on their **merchandise** or **finished stock**, or its containers, if the stamp will not physically damage the **merchandise** or **finished stock**; or

    **2.** Remove the brands or labels, if doing so will not physically damage the **merchandise** or **finished stock**. The **Named Insured** must re-label the **merchandise** or **finished stock** or its containers, to comply with the law.

**C.** The Insurer will determine the value of such **covered property**, or the cost of its repair or replacement, in accordance with the **VALUATION** Condition.

**D.** The Insurer will not pay more than the **Named Insured's** financial interest in the **covered property**.

**E.** The Insurer, at the Insurer's expense, may elect to defend the **Named Insured** against suits arising from claims of owners of **covered property**.

**F.** If the **Named Insured** has complied with all of the terms and conditions of this Policy, the Insurer will pay amounts due hereunder within 60 days after it receives an acceptable sworn proof of loss provided that the Insurer and **Named Insured** have reached agreement on the amount of loss or damage or an appraisal award has been made. Such payments will be made to the **First Named Insured**, subject to the **LOSS PAYEES AND MORTGAGEES** Condition below. However, the payment for loss or damage to **personal property of others** may be to the account of the owner of the property.

Covered **Debris Removal Costs and Expenses** and **Debris Removal – Additional Costs and Expenses** in the **Fees, Costs and Expenses Coverages** provision under the **LOCATION COVERAGES** section of the **Business Property Coverage Part** will be paid by the Insurer provided all such costs are reported to the Insurer in writing within 180 days of the **occurrence**.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001803**



**CNA PARAMOUNT**

**First Party Terms and Conditions**

## VIII. LOSS PAYEES AND MORTGAGEES

### A. Loss Payees

If there is loss of or damage to **insured property**, in which the **Named Insured** and any Loss Payee, whether or not named in the **Schedule of Loss Payees or Mortgagees**, have an insurable interest:

1. the Insurer will adjust losses with the **Named Insured**, and

2. make payments jointly to the **Named Insured** and such Loss Payee, in their order of precedence, in accordance with the Loss Payee's financial interest in the applicable property.

If the Insurer pays such Loss Payee, such payments will satisfy the **Named Insured's** claims against the Insurer for that Loss Payee's property. The Insurer will not pay such owners more than their financial interest in the **insured property**.

### B. Lender Loss Payees and Mortgagees

1. As used in this Section:

    a. a Lender Loss Payee is any creditor who is shown on the **Schedule of Loss Payees or Mortgagees** as a Lender Loss Payee and whose interest in **insured property** is established by a written instrument including warehouse receipts, bills of lading, financing statements or security agreements;

    b. a Mortgagee is any mortgagee or trustee who is shown on the **Schedule of Loss Payees or Mortgagees** as a Mortgagee with respect to the **real property** for which the mortgagee or trustee is named.

2. The Insurer will pay for covered loss or damage to each specified Lender Loss Payee or Mortgagee, in order of precedence, in accordance with the Lender Loss Payee's or Mortgagee's financial interest in the applicable property.

3. Each Lender Loss Payee and Mortgagee has the right to receive loss payment, even though:

    a. the Insurer denied the **Named Insured's** claim because the **Named Insured** failed to comply with the terms of this Policy; or

    b. such Lender Loss Payee or Mortgagee has started foreclosure or similar action on the **insured property**,

    provided such loss payee:

    i. pays any premium due under this **Business Property Coverage Part** at the Insurer's request if the **Named Insured** has failed to do so;

    ii. submits a signed, sworn proof of loss in accordance with the requirements of this Policy; and

    iii. has notified us of any change in ownership, or substantial change in risk known to such Lender Loss Payee or Mortgagee.

    If these requirements are met, all of the terms of this **Business Property Coverage Part** will then apply directly to such Lender Loss Payee or Mortgagee.

4. With respect to any Lender Loss Payees or Mortgagees:

    a. The Insurer may cancel this Policy, including the interest of any Lender Loss Payee or Mortgagee, by giving such Lender Loss Payee or Mortgagee, or its agent, written notice:

    i. 10 days prior to the effective date of cancellation, if cancellation is for nonpayment of premium; or

    ii. 60 days prior to effective date of cancellation, if cancellation is for any other reason.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001804

000016 - 0039 of 0251 - NNNNNN - 01873 JOBID 386DA004741



**CNA PARAMOUNT**

**First Party Terms and Conditions**

**b.** If a loss hereunder is made payable, in whole or in part, to a designated Lender Loss Payee or Mortgagee not named in this Policy, that interest may be cancelled by giving to such loss payee 10 days written notice of cancellation.

**c.** If the Insurer pays the Lender Loss Payee or Mortgagee for loss under this **Business Property Coverage Part**, and denies payment to the **Named Insured**, the Insurer will, to the extent of the payment made to such Lender Loss Payee or Mortgagee, be subrogated to all the rights of the Lender Loss Payee or Mortgagee. However, any subrogation by the Insurer will not impair the right of such Lender Loss Payee or Mortgagee to recover the full amount of its claim. At the Insurer's option, the Insurer may pay the whole principal of the **Named Insured's** debt plus accrued interests. In this event, the **Named Insured** will pay its remaining debt to the Insurer.

**d.** If the **Named Insured** fails to provide proof of loss, the Lender Loss Payee or Mortgagee, upon notice, will render proof of loss within 60 days of notice and will be subject to the provisions contained in this **First Party Terms and Conditions** and **Common Terms and Conditions** relating to **APPRAISAL, LOSS PAYMENT** and **NO SUIT AGAINST INSURER**.

**C. Mortgagee Loss Payee**

With respect to any Mortgagee as defined above, the interest of the Mortgagee in **real property** will not be invalidated by:

**1.** any act or neglect of the mortgagor or owner of the **real property**;

**2.** foreclosures, notice of sale, or similar proceeding with respect to the **real property**;

**3.** change in the title or ownership of the **real property**; or

**4.** change to an occupancy more hazardous than was represented by the **Named Insured**.

**D. Contract of Sale Loss Payee**

A Contract of Sale Loss Payee is a person or entity who is shown on the **Schedule of Loss Payees or Mortgagees** and with whom the **Named Insured** has entered a contract for the sale of **insured property**; provided that for such **insured property** in which both the **Named Insured** and such Contract of Sale Loss Payee have an insurable interest, the Insurer will:

**1.** adjust losses with the **Named Insured**; and

**2.** pay any claim for loss or damage jointly to the **Named Insured** and such Contract of Sale Loss Payee, as interests may appear.

**E. Building Owner Loss Payee**

**1.** A Building Owner Loss Payee is the person or entity who is shown on the **Schedule of Loss Payees or Mortgagees** and is the owner of the described **building** in which the **Named Insured** is a tenant.

**2.** Loss or damage to such **building** will be adjusted with such Building Owner Loss Payee. Any loss payment made to such Building Owner Loss Payee will satisfy the **Named Insured's** claims against the Insurer for such Building Owner Loss Payee property.

**3.** Loss or damage to **tenant's improvements and betterments** will be adjusted with the **Named Insured** unless the written lease agreement provides otherwise.

---

**IX.    NO BENEFIT TO BAILEE**

---

This insurance shall in no way inure directly or indirectly to the benefit of any transportation carrier or bailee.

---

CNA62647XX 10-15                                           

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001805**



**CNA PARAMOUNT**

**First Party Terms and Conditions**

## X. OTHER INSURANCE

**A.** If the **Named Insured** has other insurance covering the same loss or damage, the Insurer will pay on the least of the following amounts:

   **1.** any Limit of Insurance applicable to the **covered property** that has sustained such loss or damage;

   **2.** the amount of covered loss or damage in excess of the amount due from that other insurance, whether the **Named Insured** can collect on it or not, without application of deductible amounts contained elsewhere in this **coverage part**; or

   **3.** the amount the Insurer would have paid had such other insurance not existed.

**B.** Paragraph **A.** above does not apply to other insurance that is purchased as insurance in excess of the Limit of Insurance under this **coverage part**.

## XI. POLICY PERIOD/COVERAGE TERRITORY

The Insurer will cover loss or damage commencing during the **policy period** of this Policy and within the **coverage territory** unless otherwise specified.

## XII. RECOVERED PROPERTY

If either the **Named Insured** or Insurer recover any property after loss settlement, that party must give the other prompt notice. At the **Named Insured's** option, the property (other than **money** or **securities**) will be returned to the **Named Insured**. The **Named Insured** must then return to the Insurer the amount it paid to the **Named Insured** for the **covered property**. The Insurer will pay recovery expenses and the expenses to repair the recovered **covered property**, subject to the Limit of Insurance.

With respect to **money** or **securities**, any recoveries, less the cost of obtaining them, made after settlement of loss or damage covered by this **coverage part** will be distributed:

**A.** first to the **Named Insured**, until the **Named Insured** is fully reimbursed for any loss or damage that the **Named Insured** sustains that exceeds the Limit of Insurance and the Deductible amount, if any;

**B.** then to the Insurer, until the Insurer is reimbursed for the settlement made; and

**C.** then to the **Named Insured**, until the **Named Insured** is reimbursed for that part of the loss or damage equal to the Deductible amount, if any.

Recoveries do not include any recovery:

**1.** from insurance, suretyship, reinsurance, security or indemnity taken for the Insurer's benefit; or

**2.** of original **securities** after duplicates of them have been issued.

## XIII. RESUMPTION OF OPERATIONS

The Insurer will reduce the amount of **business income** and **research and development business income** loss payments to the extent that the **Named Insured** could resume **operations** or research and development projects in whole or in part:

**A.** by using damaged or undamaged property, including **stock**; or

**B.** by using any other premises.

Solely with respect to **suspension** of **operations** caused by direct physical loss of or damage to a **dependent property**, the Insurer will reduce the amount of **business income** loss payment to the extent the **Named Insured** could resume the **Named Insured's operation**, in whole or in part, by using any other available sources of materials or outlets for the **Named Insured's** products or services available to the **Named Insured**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001806

000016 - 0040 to 0251 - NNNNNN - 01874 JOBID 386DA004741





| | **CNA PARAMOUNT** |
|---|---|
| | **First Party Terms and Conditions** |

## XIV.  SALVAGE AND RECOVERIES

All salvages, recoveries, and payments, excluding proceeds from subrogation and other insurance, recovered or received prior to a loss settlement under this Policy, shall reduce the loss accordingly. If recovered or received subsequent to a loss settlement under this Policy, such net amounts received shall be divided between the interests concerned in the proportion of such respective interests.

## XV.  SUSPENDED EQUIPMENT

The Insurer, or any of the Insurer's representatives, has the right to suspend the insurance provided for **covered equipment** from an **equipment breakdown peril** when the equipment is found to be in, or exposed to, a dangerous condition, provided that the Insurer, or any representative, has:

**A.** told the **Named Insured** of the dangerous condition immediately upon discovering it and informed the **Named Insured** of the suspension of coverage; and

**B.** mailed or delivered a notice of the suspension to the **First Named Insured's** last known address or the address where the **covered equipment** is located.

The **Named Insured** will get a pro-rata refund of premium for the suspended insurance. However, the suspension will be effective even if the Insurer has not yet made or offered a refund. Reinstatement can only be effected by a written endorsement issued by the Insurer.

## XVI.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO THE INSURER

If the Insurer pays a claim under this Policy, it will be subrogated, to the extent of such payment, to all the **Named Insured's** rights of recovery from other persons, organizations and entities. The **Named Insured** will execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **Named Insured** shall do nothing to prejudice such rights.

The Insurer will have no rights of subrogation against:

**A.** any person or entity who or which is a **Named Insured**;

**B.** any subsidiary or any entity associated with the **Named Insured** through ownership or management;

**C.** any other person or entity that the **Named Insured** waived its rights of subrogation against in writing before the time of loss.

## XVII.  VACANCY

If a **building** where loss or damage occurs has not been used by the **Named Insured** to conduct its normal business for more than 60 consecutive days before such loss or damage occurs, the Insurer will not pay for any loss or damage caused by any of the following even if they are **covered perils**:

**A.** vandalism;

**B.** sprinkler leakage, unless the **Named Insured** has protected the system against freezing;

**C.** **building** glass breakage;

**D.** **water damage**;

**E.** **theft** or attempted **theft**.

With respect to all other **covered perils**, the Insurer will reduce the amount that would otherwise be paid for the loss or damage by 15%.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001807



| | **CNA PARAMOUNT** |
|---|---|
| | **First Party Terms and Conditions** |

If the **Named Insured's** normal **operation** is leasing property to others, a vacant **building** will be subject to this condition if the **Named Insured** has ceased actively leasing the **building** or has cut-off power, heat and water utility services to the **building**.

**Buildings** under active construction or active renovation are not considered vacant.

---

## XVIII. VALUATION

**A.** Except as provided in Paragraph **B.** below, and subject to all applicable Limits of Insurance, the Insurer will not pay more than the lesser of the following:

   **1.** the **replacement cost**; or

   **2.** the actual cost to repair or replace **covered property**.

If the **Named Insured** does not repair or replace the **covered property**, or the repair or replacement exceeds 24 months from the date of loss or damage unless a longer time frame is agreed to by the Insurer, the Insurer will pay the **actual cash value** of such property.

If the **Named Insured** commences repair or replacement of such **covered property** and completes it within 24 months from the date of loss or damage, or such agreed to longer period, the Insurer will pay the difference between the **actual cash value** previously paid and the lesser of Paragraphs **1.** or **2.** above.

**B.** With respect to the following **covered property**, the Insurer will not pay more than the following amounts:

   **1.** **Accounts receivable**: for **records of account receivable** for which duplicates do not exist, the full cost to research and reproduce such records plus the cost of the blank materials on which they resides. For **records of accounts receivable** for which duplicates do exist, the cost of the labor to transcribe or copy such records, plus the cost of the blank materials on which they reside.

   If the **Named Insured** cannot accurately establish the amount of accounts receivable outstanding at the time of loss of or damage to the **records of accounts receivable**, the following method will be used:

   **a.** determine the average monthly amount of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

   **b.** adjust that average monthly amount for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the monthly average.

   The following will be deducted from the total amount of accounts receivable, however that amount is established:

   **i.** the amount of the accounts receivable for which there is no loss or damage;

   **ii.** the amount of the accounts receivable that the **Named Insured** is able to re-establish or collect;

   **iii.** an amount to allow for probable bad debts that the **Named Insured** is normally unable to collect; and

   **iv.** all unearned interest and service charges.

   **2.** **Personal property** that is leased or rented from others, **personal property of others** and nonowned trailers: the lesser of the following:

   **a.** the amount for which the **Named Insured** is liable under the written contract for such property;

   **b.** the actual cost to repair such property; or

   **c.** the **replacement cost**.

---

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001808**



**CNA PARAMOUNT**

**First Party Terms and Conditions**

3. **Fine arts**: the appraised **market value** as of the time, and at the place, of loss or damage. In case of loss to any part of a pair or set, the Insurer may:

   a. repair or replace any part to restore the pair or set to its value before the loss; or

   b. pay the difference between the value of the pair or set before and after the loss.

4. **Glass**: **replacement cost**, including the costs and expenses incurred to put up temporary plates or board up openings and to remove or replace obstructions when repairing or replacing glass that is part of a **building**, but not including the removal or replacement of window displays.

5. **Goods in process**: the value of **raw stock**, the **Named Insured's** labor expended and other materials incorporated and the cost to repurchase proprietary property licenses, plus the proper proportion of overhead charges.

6. **Media**: for media for which duplicates do not exist, the full cost incurred to research and reproduce a master copy of such **media** plus the cost of the blank materials on which it resides. For **media** for which duplicates do exist, the cost incurred for the labor to transcribe or copy such **media**, plus the cost of the blank materials on which it resides.

   If the **media** is not reproduced or replaced, the loss will be valued at the cost to replace the blank material on which the **media** resides with substantially identical type of such blank materials.

7. **Merchandise** which has been sold and not delivered and **finished stock**: the regular cash selling price, less all costs to complete the sale and discounts and charges to which such **finished stock** or **merchandise** would have been subject had no loss or damage occurred.

8. **Money** or **securities**:

   **Money**: only up to and including its face value.

   **Securities**: only up to and including their value at the close of business on the day the loss was **discovered**.

9. **Outdoor trees, shrubs, plants or lawns**: the reasonable and necessary costs of a qualified contractor to remove the damaged tree, shrub, plant or lawn from the **location** or **reported unspecified location** and the replacement of such property with similar type, size and quality as the damaged property including reasonable repairing and replanting costs. No payment will be made for the replacement, repairing or replanting of such property until the repairing, replacement and replanting is completed. Damaged **outdoor trees, shrubs, plants or lawns** not replaced within 12 months from the date of the loss have no value.

10. Property for sale, other than **stock** or **merchandise**, the lesser of the:

    a. **replacement cost**;

    b. the selling price; or

    c. **actual cash value**.

11. Property in transit:

    a. Property under invoice, at the actual invoice cost, including prepaid freight, together with such cost and charges since shipment as may have accrued and become legally due thereon.

    b. Property not under invoice, in accordance with the valuation provisions of this Policy, less any charges saved which would have become due and payable upon delivery at destination.

12. **Research and development project property**: the actual cost necessary to:

    a. research, recreate, repair or replace the **research and development project property**, including the cost of materials and supplies; and

Copyright CNA All Rights Reserved.

SESI (Amerisure)001809



**CNA PARAMOUNT**

**First Party Terms and Conditions**

      **b.**  research, recreate or reproduce information, on any format, documenting that lost or damaged **research and development project property** as of the date of such loss or damage.

However, the Insurer will only pay for these costs if the **Named Insured** repairs, replaces or recreates the **research and development project property**. Any **research and development project property** not repaired, replaced or recreated has no value. When production of a new product begins by anyone, the **research and development project property** for that product and all associated research and recreation costs have no value.

**13. Tenant's improvements and betterments:**

      **a.**  **Replacement cost** if the **Named Insured** repairs or replaces with reasonable speed.

      **b.**  A proportion of the **Named Insured's** original cost if the **Named Insured** does not repair or replace with reasonable speed. The Insurer will determine the proportionate value as follows:

           **i.**  multiply the original cost by the number of days from the date of the loss or damage to the expiration date of the lease; and

           **ii.**  divide that amount determined in Paragraph **i.** above by the number of days from the installation of the **tenant's improvements and betterments** to the expiration of the lease.

           If the lease contains a renewal option, the expiration date of the renewal option period will be used as the expiration date of the lease.

      **c.**  If others pay for the repairs or replacement, then the Insurer will only pay for that portion which has not been paid for by others.

**14.** Vehicles or self-propelled machines (other than nonowned trailers), railroad rolling stock and contractor's equipment: at the lesser of the following for that lost or damaged property:

      **a.**  applicable scheduled Limit of Insurance;

      **b.**  **actual cash value;**

      **c.**  cost to reasonably restore that property to its condition immediately before loss or damage; or

      **d.**  cost of replacing that property with used, but substantially identical property.

---

| **XIX.** | **BUSINESS CRIME COVERAGE CONDITIONS** |
|---|---|

Solely with respect to crime coverage provided under the **Business Crime Coverage Part** and the **Employee Theft, Forgery or Alteration** and **Money and Securities Additional Coverages** under the **Business Property Coverage Part**, the following conditions apply:

**A. Joint Named Insured**

    **1.**  If the **Named Insured** or partner, proprietor, **member** or officer of that **Named Insured** has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every **Named Insured**.

    **2.**  An **employee** of any **Named Insured** is considered to be an **employee** of every **Named Insured**.

    **3.**  If any crime coverage is cancelled or terminated as to any **Named Insured**, a loss with respect to that **Named Insured** is covered only if the loss was **discovered** during the period of time in the **When Loss Must be Sustained and Discovered Condition** below. However, this extended period to **discover** loss terminates as to that **Named Insured** immediately upon the effective date of any other insurance obtained by that **Named Insured** replacing in whole or in part the insurance afforded hereunder, whether or not such other insurance provides coverage for loss or damage sustained prior to its effective date.

    **4.**  In the event loss or damage is sustained by more than one **Named Insured**, the Insurer will not pay more than if the loss or damage was sustained by one **Named Insured**.

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001810



**CNA PARAMOUNT**

**First Party Terms and Conditions**

**B. Named Insured Sponsored Employee Benefit Plans**

Any **employee benefit plan** shown under the **Business Property Coverage Part** Declarations or the **Business Crime Coverage Part** Declarations as included as an additional **Named Insured** are so included only with respect to **Employee Theft Coverage**.

In compliance with certain provisions of the Employee Retirement Income Security Act of 1974 (ERISA):

1. If the **First Named Insured** is an entity other than an **employee benefit plan**, any payment made by the Insurer will be made jointly to the **First Named Insured** and to the **employee benefit plan** that sustained loss.

2. If two or more **employee benefit plans** are insured under this **coverage part**, any payment the Insurer makes for covered loss:

   a. sustained by two or more **employee benefit plans**; or

   b. of commingled funds or other property of two or more **employee benefit plans**,

   is to be shared by each **employee benefit plan** sustaining loss in the proportion that the amount of insurance required for each such **employee benefit plan** under the Employee Retirement Income Security Act of 1974 (ERISA) bears to the total of such payments.

3. The **First Named Insured** must purchase a Limit of Insurance applicable to **Employee Theft Coverage** that is at least equal to the minimum amount required by ERISA for any **employee benefit plans**. If **employee benefit plans** are insured jointly with any other entity under this **coverage part** the limit must be at least equal to the minimum amount required by ERISA as if each **employee benefit plan** were insured independently. If, during this **policy period**, it is determined that the applicable Limit of Insurance as shown in the **Business Property Schedule of Coverages and Limits** or **Business Crime Schedule of Coverages, Limits and Deductibles** was less than the amounts required by ERISA on the effective date of this Policy, then, at the request of the **First Named Insured** during this **policy period**, and subject to the payment of any additional premium, the applicable Limit of Insurance may be amended to equal the minimum amount required by ERISA.

4. The deductible otherwise applicable to **Employee Theft Coverage** does not apply to loss sustained by any **employee benefit plan**.

**C. New Employees/New Employee Benefit Plans**

1. **New Employees or Premises**

   If, during this **policy period** the **Named Insured** establishes any additional **premises** or hires additional **employees**, any insurance afforded for **employees** and **premises** shall also apply to those additional **employees** and **premises**.

2. **New Employee Benefit Plans**

   If any **employee benefit plan** is acquired by the **Named Insured** during the **policy period** that is:

   a. sponsored and approved by the **Named Insured**; and

   b. required to be bonded under the provisions of ERISA,

   that **employee benefit plan** shall be included as a **Named Insured** under this **coverage part**.

**D. Loss Covered Under This Insurance and Prior Insurance Issued by the Insurer or Any Affiliate of the Insurer**

If the **Named Insured discovers** covered loss during the **policy period** resulting directly from an act or series of acts that took place partly during the **policy period** and partly during a **policy period** of any prior cancelled or

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001811**



**CNA PARAMOUNT**

**First Party Terms and Conditions**

terminated Policy that the Insurer or any affiliate issued to the **Named Insured** or any predecessor in interest, the most the Insurer will pay is the larger of the amount recoverable under this Policy or the prior Policy.

**E. Loss Sustained During Prior Policy**

1. If the **Named Insured**, or a predecessor in interest, sustained a loss that could have been recovered under a prior policy except that the time within which to **discover** the loss under such prior policy had expired, then the Insurer will pay for it under this Policy, provided:

   a. this Policy became effective at the time of cancellation or termination of such prior Policy; and

   b. the loss would have been covered by this Policy had it been in effect at the time of such loss.

2. The Limit of Insurance available under this Loss Sustained During Prior Policy Condition is part of, and not in addition to, the applicable Crime Coverage Limits of Insurance and is limited to the following:

   a. when the prior policy was issued by the Insurer or any affiliate of the Insurer, the highest single Limit of Insurance of the amount recoverable under:

      i. this Policy as of its effective date; or

      ii. the prior policy had it remained in effect.

   b. when the prior policy was not issued by the Insurer or any of its affiliates, the lesser of the single Limit of Insurance of the amount recoverable under:

      i. this Policy as of its effective date; or

      ii. the prior policy had it remained in effect.

**F. Non-Cumulation of Limit of Insurance**

Regardless of the number of years this Policy or similar insurance (whether issued on a "Loss Sustained" or "Loss Discovered" basis) issued by the Insurer remains in force or the number of premiums paid, the Limit of Insurance does not cumulate from one **policy period** to another **policy period**.

**G. Ownership of Property; Interests Covered**

The **money**, **securities** and **other property** covered under this **coverage part** is limited to such property:

1. that the **Named Insured** owns or leases;

2. that the **Named Insured** holds for others; or

3. owned and held by someone other than the **Named Insured** under circumstances which make the **Named Insured** responsible for the property prior to the time of loss.

Solely with respect to an **employee benefit plan**, the **money**, **securities** and **other property** covered under any crime coverage is limited to all funds or property that the **employee benefit plan** uses or may use as a source for the payment of benefits to plan participants or beneficiaries, as described by the Employee Retirement Income Security Act of 1974 (ERISA), any amendments thereto and any regulations promulgated thereunder.

However, this insurance is for the **Named Insured's** benefit only. It provides no rights or benefits to any **clients** or to any other person or organization.

**H. Termination of Coverage as Respects Acts of Any Employee**

Coverage is terminated with respect to any **employee**:

1. immediately upon discovery of a dishonest act:

Copyright CNA All Rights Reserved.

SESI (Amerisure)001812

000016 - 0043 of 0251 - NNNNNN - 01877 JOBID 386DA004741



**CNA PARAMOUNT**

**First Party Terms and Conditions**

    **a.**  committed by that **employee** while employed by the **Named Insured**, or

    **b.**  committed by that **employee** prior to becoming employed by the **Named Insured**, provided dishonest acts committed prior to becoming employed by the **Named Insured** resulted in a loss equal to or exceeding $10,000,

provided that such discovery was made by the **Named Insured** or any of the **Named Insured's employees**, partners, proprietors, **members, managers,** officers, directors or trustees, not in collusion with the **employee** who committed such act, whether before or after becoming employed by the **Named Insured**.

    **2.**  on the date specified in the notice mailed to the **Named Insured**. That date will be at least 60 days after the date of mailing.

The Insurer will mail or deliver the notice to the **First Named Insured's** last mailing address known to the Insurer. If notice is mailed, proof of mailing will be sufficient proof of notice.

**I.**  **When Loss Must be Sustained and Discovered**

Except as provided in the Loss Sustained During Prior Policy Condition, loss is covered only if sustained during the **policy period** and **discovered** no later than one year from the date of cancellation or expiration of the Policy. However, with respect to any **Named Insured** who obtains any other insurance replacing in whole or in part the insurance afforded by such crime coverages, regardless of whether such insurance is obtained during or after the **policy period**, this extended period to **discover** loss terminates immediately upon the effective date of such other insurance, whether or not such other insurance provides coverage for such crime loss sustained prior to its effective date.

**J.**  **Worldwide Coverage and Other Territory Changes**

With respect to **Employee Theft Coverage**, coverage applies anywhere in the world for **employees** while temporarily outside the **coverage territory** for a period of 90 days or less.

With respect to **Forgery or Alteration Coverage** and **Computer Fraud Coverage**, coverage applies anywhere in the world.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001813**



# Business Property Coverage

SESI (Amerisure)001814



SESI (Amerisure)001815



# CNA PARAMOUNT
## Professional Services
### Business Property Coverage Part Declarations



Policy Number: 6056872807

**1. Named Insured and mailing address**

Name: SESI CONSULTING ENGINEERS

Address: 959 RT 46E

PARSIPPANY, NJ 07054-3409

**2. Limits of Insurance, Deductibles Waiting periods**

See Business Property Schedule of Coverages and Limits and Business Property Schedule of Locations

**3. Premium, Surcharges Taxes and Fees at Issuance**

Total Premium for this **Coverage Part**

New Jersey PLIGA Surcharge

Total Premium, Surcharges Taxes and Fees for this **Coverage Part**

Terrorism Risk Insurance Extension Act Premium

Your Premium includes the following amount to cover a fire loss that follows from a certified act of terrorism, even if certified acts of terrorism are otherwise excluded under this policy (statutorily required for locations in the Standard Fire Policy states of CA,GA,HI,IA,IL,MA,ME,MO,NC,NJ,NY,OR,RI,WA,WI and WV):

CNA62643XX 09-12

Copyright CNA All Rights Reserved.

Page 1 of 1

SESI (Amerisure)001816



SESI (Amerisure)001817



# CNA PARAMOUNT

## Business Property Schedule of Coverages and Limits

Policy Number: 6056872807

### COVERAGES AND LIMITS

Coverages under the **Business Property Coverage Part** apply as shown below.

Limits of Insurance shown as Each Location apply separately for any one **occurrence** at each **location** identified in the **Business Property Schedule of Locations**, and at each **reported unspecified location**, if applicable. Limits of Insurance shown as Each Occurrence represent the total the Insurer will pay for any one **occurrence** for that coverage. However, if a particular coverage is shown as "Not Covered", then such coverage is not provided under this **Business Property Coverage Part**. If a different Limit of Insurance is shown for a particular coverage at a specific **location**, that Limit replaces, and is not in addition to, the Limit of Insurance shown for that coverage in the **Business Property Schedule of Coverages and Limits**, for that **location**.

#### SPECIFIED LOCATION COVERAGE AGREEMENT

| LOCATION BASE COVERAGE: | |
|---|---|
|    Real Property Coverage | SEE THE SCHEDULE OF LOCATIONS |
|    Personal Property Coverage | |
| TIME ELEMENT COVERAGE: | |
|    Business Income Coverage | SEE THE SCHEDULE OF LOCATIONS |
|    Extra Expense Coverage | |

#### FEES COSTS AND EXPENSES COVERAGES

| | |
|---|---|
| Architects & Engineers and Other Professional Fees | Included within the applicable Real Property or Personal Property Limit |
| Brands & Labels Costs and Expenses | Not Covered |
| Debris Removal Costs and Expenses | Included within the applicable Real Property or Personal Property Limit |
| Debris Removal: | |
|    Additional Costs and Expenses | $25,000        Each Location |
|    Uncovered Property | Not Covered |
| Expediting Costs and Expenses | Not Covered |
| Green Insured Property: | |
|    Costs and Expenses | Not Covered |
|    Time Element | Not Covered |

#### OFF-SITE COVERAGES

| | |
|---|---|
| Deferred Payments Coverage | Not Covered |
| Dependent Property Time Element Coverage | Not Covered |
| Installation Coverage | Not Covered |
| Mobile Computing Devices - Worldwide Coverage | Not Covered |
| Property at Unspecified Locations Coverage – Property Damage and Time Element Combined | Not Covered |
| Property in Transit Coverage – Property Damage and Time Element Combined | Not Covered |
| Worldwide Media and Accounts Receivable Coverage | Not Covered |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001818



**CNA PARAMOUNT**

## Business Property Schedule of Coverages and Limits

| | Policy Number: 6056872807 |
|---|---|

| ADDITIONAL COVERAGES | | |
|---|---|---|
| Contaminants or Pollutants Clean Up and Removal Coverage – Property Damage and Time Element Combined | $10,000 | Each Location |
| Contamination by a Refrigerant Coverage | $25,000 | Each Location |
| Contractual Penalties Coverage | Not Covered | |
| Denial of Access Coverage: | | |
|    Civil Authority | Included within the applicable Time Element Coverage Limit | Number of Days: 28 |
|    Ingress/Egress | Not Covered | |
| Electronic Vandalism Coverage – Property Damage and Time Element Combined | Not Covered | |
| Employee Theft Coverage | Not Covered | |
| Equipment Breakdown – Spoilage Coverage | Not Covered | |
| Expense to Reduce Loss – Business Income | Not Covered | |
| Extended Indemnity Period – Business Income Property | Not Covered | |
| Forgery or Alteration Coverage | Not Covered | |
| Fungi, Wet Rot, Dry Rot and Microbe Coverage – Property Damage and Time Element Combined | $25,000 | Aggregate |
| Loss Adjustment Expense Coverage | $25,000 | Each Occurrence |
| Money and Securities Coverage | Not Covered | |
| Newly Acquired Locations and Property Coverage: | | |
|    Newly Acquired or Constructed Real Property | $250,000<br>Number of Days: | Each Occurrence<br>30 |
|    Newly Acquired – Other Property | $100,000<br>Number of Days: | Each Occurrence<br>30 |
|    Newly Acquired Location – Time Element | $100,000<br>Number of Days: | Each Occurrence<br>30 |
| Ordinance or Law Coverage: | | |
|    Undamaged Insured Property | Not Covered | |
|    Demolition and Repair Cost | $10,000 | Each Location |
|    Increased Period of Restoration | Not Covered | |
| Pair or Set Coverage | Included within the applicable Personal Property Limit | |
| Protection of Property Coverage: | | |
|    Removal of Insured Property | Included within the applicable Real Property or Personal Property Limit | Number of Days: 30 |
|    Preservation of Insured Property | Not Covered | |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001819



# CNA PARAMOUNT

## Business Property Schedule of Coverages and Limits

| | Policy Number: 6056872807 |
|---|---|
| **ADDITIONAL COVERAGES** | |
| **Reported Unspecified Locations**<br>**Real Property**<br>**Personal Property**<br>**Business Income**<br>**Extra Expense** | Not Covered |
| **Research and Development Coverage:** | |
| Research and Development Project Property | Not Covered |
| Research and Development Business Income | Not Covered |
| **Theft Damage to Non Owned Building Coverage** | Included within the applicable Personal Property Limit |
| **Trees, Shrubs, Plants and Lawns Coverage** | $1,000       Each Item<br>$25,000     Each Location |
| **Unintentional Errors or Omissions Coverage** | Not Covered |
| **Utility Supply Failure Coverage:** | |
| Property Damage | Not Covered |
| Time Element | Not Covered |
| **ADDITIONAL COVERAGE BASKET** | |

All coverages shown in the **SCHEDULE** below are part of the **Additional Coverage Basket** and subject to a combined single Each Location Limit of Insurance shown in the **SCHEDULE** below. Such Limit of Insurance applies separately for any one **occurrence** at each **location** identified in the **Business Property Schedule of Locations**, and at each **reported unspecified location**, if applicable, unless the **Additional Coverage Basket** is shown as "Not Covered" for any specific **location**. If a different Limit of Insurance is shown for **Additional Coverage Basket** at a specific **location**, that Limit replaces, and is not in addition to, the Limit of Insurance shown for **Additional Coverage Basket** below, for that **location**.

### SCHEDULE

| | |
|---|---|
| **Accounts Receivable Coverage** | |
| **Fine Arts Coverage (subject to Per Item Limit of $100,000)** | |
| **Fire Department Service Charge Coverage** | |
| **Lessee Leasehold Interest Coverage** | $25,000     Each Location |
| **Lost Key Replacement Coverage** | |
| **Non Owned Detached Trailers Coverage** | |
| **Recharge of Fire Protection Equipment Coverage** | |
| **Restoration of Media Coverage** | |
| **Reward Payments Coverage** | |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001820

000016 - 0047 of 0251 - NNNNNN - 01881 JOBID 386DA004741



SESI (Amerisure)001821



# CNA PARAMOUNT

## Business Property Schedule of Locations

Policy Number: 6056872807

### Blanket Limits of Insurance

The Limit of Insurance shown below for that **Blanket Coverage Type** represents the sum total the Insurer will pay for any one **occurrence** for such blanket coverage. That Blanket Limit applies only at **locations** for which the Limit of Insurance is shown as Included in Blanket for that blanket coverage type under the **Location and Coverage Schedule**. If a particular coverage type does not apply at a specific **location**, the Limit of Insurance will be shown as Not Covered for that **location**. If a specific dollar amount Limit of Insurance is shown for that coverage type at a **location**, that Limit replaces, and is not in addition to, the Blanket Limit of Insurance for that coverage type, for that **location.**

| | |
|---|---|
| Blanket Personal Property | $2,500,000 |

### Deductibles/Periods of Indemnity/ Percentages

The Property Deductible shown below applies to all loss, damage, cost or expense covered by the **Business Property Coverage Part,** unless a more specific deductible is shown in the SCHEDULE below or at a **location** shown in the **Location and Coverage Schedule.** If a Qualifying Period is shown below, then the **qualifying period** will apply to all **Business Income and Research and Development Business Income** Coverages.

| Monetary Deductibles | | Deductible Amount or Percentage |
|---|---|---|
| Property Deductible | | $1,000 |

### Location and Coverage Schedule

**Real Property, Personal Property, Business Income** or **Extra Expense** Coverage apply only to the extent shown for the **locations** described below.

**Additional Coverages** and **Fees, Costs and Expenses Coverage** that show an Each Location Limit of Insurance in the **Business Property Schedule of Coverages and Limits,** and the **Additional Coverage Basket,** apply at each **location** described below. If a different Limit of Insurance is shown for a particular coverage at a specific **location,** that Limit replaces, and is not in addition to, the Limit of Insurance shown for that coverage in the **Business Property Schedule of Coverages and Limits,** for that **location.** If a particular coverage does not apply at a specific **location,** that coverage will be shown as "Not Covered" at that **location.**

| Location Number 1 | Location Address: 949 RT 46 E |
|---|---|
| | PARSIPPANY                                NJ   07054 |

### Location Base Coverages

| | |
|---|---|
| Personal Property | Included in Blanket Personal Property |
| Extra Expense | $100,000 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001822

000016 - 0048 of 0251 - NNNNNN - 01882 JOBID 386DA004741



SESI (Amerisure)001823



# CNA PARAMOUNT

## Schedule of Loss Payees or Mortgagees Endorsement

It is understood and agreed that the following are added as Loss Payees (Clause A), Lender Loss Payees (Clause B), Mortgagees (including Trustees) (Clause B/C), Contract Sale Loss Payees (Clause D) Building Owner Loss Payees (Clause E) as described under the Section **LOSS PAYEES OR MORTGAGEES** of the **First Party Terms and Conditions.**

| Location Number | Name and Address of Loss Payee, Lender Loss Payee, Mortgagee, Building Owner Loss Payee, or Contract Sale Loss Payee |
|---|---|
| 1 | ███████████████████████████ |

**Loss Payee & Mortgagee Clause Applicable:** A
**Description of Insured Property:**
**Loan Number (if applicable):** 2644920

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated insurers, takes effect on the effective date of said policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

000016 - 0049 of 0251 - NNNNNN - 01883 JOBID 386DA004741

CNA62728XX 10-15
Page   1 of   1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:      1
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)001824



SESI (Amerisure)001825



# CNA PARAMOUNT
## Business Property Coverage Part

| TABLE OF CONTENTS |
|---|

**I.  LOCATIONS COVERAGES**

    **A.  Location Base Coverages**

        1.  Real Property Coverage .......................................................... Page 3

        2.  Personal Property Coverage ................................................... Page 3

        3.  Time Element Coverage ........................................................ Page 3

    **B.  Fees, Costs and Expenses Coverages**

        1.  Architects & Engineers and Other Professional Fees ............... Page 4

        2.  Brands & Labels Costs and Expenses ..................................... Page 4

        3.  Debris Removal Costs and Expenses ...................................... Page 4

        4.  Debris Removal .................................................................... Page 4

        5.  Expediting Costs and Expenses ............................................. Page 5

        6.  Green Insured Property ......................................................... Page 5

**II.  OFF-SITE COVERAGES**

    A.  Deferred Payments Coverage ........................................................ Page 6

    B.  Dependent Property Time Element Coverages ................................. Page 6

    C.  Installation Coverage ................................................................... Page 6

    D.  Mobile Computing Devices – Worldwide Coverage ........................... Page 7

    E.  Property at Unspecified Locations Coverage – Property Damage and
       Time Element Combined ............................................................... Page 7

    F.  Property in Transit – Property Damage and Time Element Combined .... Page 7

    G.  Worldwide Media and Accounts Receivable Coverage ...................... Page 9

**III.  ADDITIONAL COVERAGES**

    A.  Contaminants or Pollutants Clean Up and Removal Coverage –
       Property Damage and Time Element Combined ............................... Page 9

    B.  Contamination by a Refrigerant Coverage ...................................... Page 10

    C.  Contractual Penalties Coverage .................................................... Page 10

    D.  Denial of Access Coverage .......................................................... Page 10

    E.  Electronic Vandalism Coverage – Property Damage and Time Element Combined .... Page 11

    F.  Employee Theft Coverage ............................................................ Page 12

    G.  Equipment Breakdown – Spoilage Coverage ................................... Page 12

    H.  Expense to Reduce Loss – Business Income Coverage .................... Page 13

    I.  Extended Indemnity Period – Business Income Coverage ................. Page 13

    J.  Forgery or Alteration Coverage .................................................... Page 13

    K.  Fungi, Wet Rot, Dry Rot or Microbe Coverage – Property Damage
       and Time Element Combined ......................................................... Page 13

Copyright CNA All Rights Reserved.

SESI (Amerisure)001826



| | **CNA PARAMOUNT** |
| --- | --- |
| | **Business Property Coverage Part** |

| | | |
| --- | --- | --- |
| L. | Loss Adjustment Expense Coverage | Page 14 |
| M. | Money and Securities Coverage | Page 14 |
| N. | Newly Acquired Locations and Property Coverage | Page 15 |
| O. | Ordinance or Law Coverage | Page 16 |
| P. | Pair or Set Coverage | Page 17 |
| Q. | Protection of Property Coverage | Page 18 |
| R. | Reported Unspecified Locations | Page 18 |
| S. | Research and Development Coverage | Page 19 |
| T. | Theft Damage to Non Owned Building Coverage | Page 19 |
| U. | Trees, Shrubs, Plants or Lawns Coverage | Page 19 |
| V. | Unintentional Errors or Omissions Coverage | Page 20 |
| W. | Utility Supply Failure Coverage | Page 21 |
| **IV.** | **ADDITIONAL COVERAGE BASKET** | |
| A. | Accounts Receivable Coverage | Page 22 |
| B. | Fine Arts Coverage | Page 22 |
| C. | Fire Department Service Charge Coverage | Page 22 |
| D. | Lessee Leasehold Interest Coverage | Page 23 |
| E. | Lost Key Replacement Coverage | Page 23 |
| F. | Non Owned Detached Trailers Coverage | Page 23 |
| G. | Recharge of Fire Protection Equipment Coverage | Page 23 |
| H. | Restoration of Media Coverage | Page 23 |
| I. | Reward Payments Coverage | Page 24 |
| **V.** | **EXCLUSIONS** | |
| A. | Excluded Perils Subject to Concurrent Causation Provisions | Page 24 |
| B. | Other Excluded Perils | Page 25 |
| C. | Limitations | Page 28 |
| D. | Excluded Fees, Costs and Expenses | Page 29 |
| **VI.** | **LIMITS OF INSURANCE / INDEMNITY PERIOD / DEDUCTIBLE / QUALIFYING PERIOD** | |
| A. | Limits of Insurance | Page 29 |
| B. | Special Limits | Page 29 |
| C. | Maximum Period of Indemnity | Page 29 |
| D. | Monthly Limit of Indemnity | Page 29 |
| E. | Inflation Guard | Page 30 |
| F. | Deductibles and Qualifying Periods | Page 30 |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001827



**CNA PARAMOUNT**

**Business Property Coverage Part**

The following coverages apply to the extent shown in the **Business Property Schedule of Coverages and Limits** or the **Business Property Schedule of Locations**.

## I. LOCATION COVERAGES

### A. Location Base Coverage

**1. Real Property Coverage**

The Insurer will pay for direct physical loss of or damage to **real property** at a **location** directly caused by a **covered peril**.

The most the Insurer will pay for any one **occurrence** for such loss or damage is the applicable **Real Property Coverage** Limit of Insurance shown in the **Business Property Schedule of Locations** at that **location**.

**2. Personal Property Coverage**

The Insurer will pay for direct physical loss of or damage to **personal property** at a **location** directly caused by a **covered peril**.

The most the Insurer will pay for any one **occurrence** for such loss or damage is the applicable **Personal Property Coverage** Limit of Insurance shown in the **Business Property Schedule of Locations** at that **location**.

**3. Time Element Coverage**

**a. Business Income Coverage**

The Insurer will pay for the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations** caused by direct physical loss of or damage to property at a **location** directly caused by a **covered peril**.

The most the Insurer will pay for any one **occurrence** for such loss of **business income** is the applicable **Business Income Coverage** Limit of Insurance shown in the **Business Property Schedule of Locations** at that **location**.

**b. Extra Expense Coverage**

The Insurer will pay for **extra expense** caused by direct physical loss of or damage to property at a **location** directly caused by a **covered peril**.

The most the Insurer will for pay for any one **occurrence** for such **extra expense** is the applicable **Extra Expense Coverage** Limit of Insurance shown in the **Business Property Schedule of Locations** at that **location**.

**c. Business Income and Extra Expense Coverage**

If a **Business Income and Extra Expense Coverage** Limit of Insurance is shown in the **Business Property Schedule of Locations** at a **location**, the Insurer will pay for the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**, and **extra expense**, caused by direct physical loss of or damage to property at that **location** directly caused by a **covered peril**.

The most the Insurer will pay for any one **occurrence** for all such loss of **business income** and **extra expense** is the applicable **Business Income and Extra Expense Coverage** Limit of Insurance.

### B. Fees, Costs and Expenses Coverages

If the Insurer pays for loss or damage to any **insured property** pursuant to any **Location Base Coverage** shown in Paragraph **A.** above, or at **reported unspecified locations**, the Insurer will also pay for the following reasonable and necessary fees, costs and expenses incurred by the **Named Insured** in connection with such

Copyright CNA All Rights Reserved.

SESI (Amerisure)001828



| | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

covered loss or damage. The most the Insurer will pay for any of the following **Fees, Costs and Expenses Coverages** are the Limits of Insurance shown in the **Business Property Schedule of Coverages and Limits**. Limits for these coverages apply in addition to any other applicable Limits of Insurance, unless otherwise stated. Limits of Insurance applicable at a **location** that differ for a specific **location** will be shown in the **Business Property Schedule of Locations** for that **location**. Those Limits replace, and are not in addition to, the Limits of Insurance shown in the **Business Property Schedule of Coverages and Limits** for those specific coverages and **locations**. If any of these coverages do not apply at any specific **location**, the Limit of Insurance will show as Not Covered for those **locations**.

**1. Architects & Engineers and Other Professional Fees**

The Insurer will pay the fees incurred for the services of architects, engineers or construction consultants approved by the Insurer and resulting directly from the repair or replacement of such **insured property**.

The amount the Insurer will pay for such fees is included within the applicable **Real Property Coverage** or **Personal Property Coverage** Limits of Insurance.

**2. Brands & Labels Costs and Expenses**

In accordance with the **LOSS PAYMENT** Condition in the **First Party Terms and Conditions**, the Insurer will pay the costs and expenses incurred to remove the brands and labels from **merchandise** or **finished stock** and to stamp "salvage" on such **merchandise** or **finished stock** or its containers.

The amount the Insurer will pay for all such costs and expenses is included within the applicable **Personal Property Coverage** Limit of Insurance.

**3. Debris Removal Costs and Expenses**

The Insurer will pay the costs and expenses incurred to remove debris of **covered property** remaining after such loss or damage.

**Debris Removal Costs and Expenses** does not include the costs or expenses of removing, extracting or disposing of **contaminants or pollutants** from land or water.

The amount the Insurer will pay for all such costs and expenses is included within the remaining Limit of Insurance for the applicable **covered property** after payment of the covered physical loss or damage.

**4. Debris Removal**

**a. Additional Costs and Expenses**

If the amount incurred for the covered loss or damage to **covered property**, including **Debris Removal Costs and Expenses**, exceeds the applicable Limit of Insurance for such **covered property**, the Insurer will pay the remaining debris removal costs and expenses incurred.

The most the Insurer will pay for such remaining debris removal costs and expenses at any one **location** or **reported unspecified location** for any one **occurrence** is the **Debris Removal – Additional Costs and Expenses** Limit of Insurance.

**b. Uncovered Property**

If wind causes direct physical loss of or damage to **covered property**, the Insurer will also pay for the expense the **Named Insured** incurs to remove debris of uncovered property that is blown onto a **location** or **reported unspecified location** by wind and to remove debris of **outdoor trees, shrubs, plants or lawns** damaged by wind.

The most the Insurer will pay for uncovered property at any one **location** or **reported unspecified location** for any one **occurrence** is the **Debris Removal – Uncovered Property** Limit of Insurance.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001829**



**CNA PARAMOUNT**

**Business Property Coverage Part**

5. **Expediting Costs and Expenses**

The Insurer will pay the additional costs and expenses incurred for temporary repair of damage to **covered property** and the additional expenses incurred for expediting the permanent repair or replacement of such damaged **covered property**. However, the Insurer will not pay such costs and expenses if they are covered elsewhere in this **coverage part**.

The most the Insurer will pay for all such costs and expenses at any one **location** or **reported unspecified location** for any one **occurrence** is the **Expediting Costs and Expenses** Limit of Insurance.

6. **Green Insured Property**

a. **Costs and Expenses**

With respect to **green insured property**, the Insurer will pay the costs and expenses incurred:

i. to reuse or salvage **building** materials and products;

ii. to extract recyclable construction waste and transport it to recycling facilities instead of landfills but only to the extent they are not offset by any income derived from the recycling;

iii. for the services of accredited architects or engineers approved by the Insurer in planning and designing the applicable **green insured property** qualifying repairs or rebuild;

iv. to re-certify the repaired or replaced **insured property** through the applicable **green insured property** accreditation organization; and

v. to flush-out the air in the repaired or rebuilt **green insured property** and replace it with outside air ventilated through an air filtration system included as part of the repaired or replaced **green insured property**.

The amount the Insurer will pay for all such costs and expenses is included within the applicable **Real Property Coverage** or **Personal Property Coverage** Limits of Insurance.

b. **Time Element**

To the extent **time element coverage** is applicable at that **location** or **reported unspecified location**, the Insurer will pay, as provided, for loss of **business income** or **extra expense** arising out of extra time required to re-qualify, repair or rebuild the **green insured property**, including:

i. additional costs to obtain power from a public utility for **covered equipment** that uses solar, wind, geo-thermal or other renewable resources to generate power. These additional costs will be paid until such time as such **green insured property** is repaired and operating; and

ii. the monetary loss of rebates and credits the **Named Insured** receives from the public utility company for surplus power the **Named Insured's** renewable resources provide into the utility's power grid.

The amount the Insurer will pay for such all such loss and expense is included within the applicable **time element coverage** Limit of Insurance.

c. This **Green Insured Property Coverage** does not apply to:

i. **green insured property** for which the basis of valuation is other than **replacement cost**; or

ii. costs or expenses to upgrade the damaged **green insured property** to green standards beyond those that existed in the damaged **green insured property** at the time of loss or damage.

---

| II. | **OFF-SITE COVERAGES** |
|---|---|

The following **OFF-SITE COVERAGES** apply as shown in the **Business Property Schedule of Coverages and Limits**, up to the applicable Limit of Insurance shown. If a specific **Location Base Coverage** is not provided elsewhere in this **Business Property Coverage Part**, there is no coverage under its corresponding **OFF-SITE**

CNA62648XX 10-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)001830

000016 - 0052 or 0251 - NNNNNN - 01886 JOBID 386DA004741



# CNA PARAMOUNT

## Business Property Coverage Part

**COVERAGE**. For example, if the **Named Insured** does not have coverage for **business income** under the **Location Base Coverages**, then there is no such coverage related to **business income** under any of the **OFF-SITE COVERAGES**. Limits for these **OFF-SITE COVERAGES** apply in addition to any other applicable Limits of Insurance, unless otherwise stated.

### A. Deferred Payments Coverage

1. The Insurer will pay the **Named Insured's** financial interest in **personal property** sold on an installment, conditional sale or other deferred payment basis. The Insurer will make such payments only if such **personal property** suffers direct physical loss or damage due to a **covered peril** after delivery to the purchaser, and only if the **Named Insured** is unable to collect after making all reasonable efforts to do so.

2. The most the Insurer will pay for such payments under this **OFF-SITE COVERAGE** for any one **occurrence** is the lesser of the **Named Insured's** financial interest in such **personal property** or the **Deferred Payments Coverage** Limit of Insurance.

   The Limit for this **OFF-SITE COVERAGE** is included in, and not in addition to, any other applicable Limits of Insurance.

### B. Dependent Property Time Element Coverage

1. To the extent **time element coverage** is applicable at that **location** or **reported unspecified location**, the Insurer will pay, as provided, for:

   a. the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

   b. the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

   c. **extra expense**,

   caused by direct physical loss of or damage to property at a **dependent property** located anywhere in the world. The loss or damage must be directly caused by a **covered peril**.

2. The most the Insurer will pay for all loss and expense under this **OFF-SITE COVERAGE** for any one **occurrence** is the **Dependent Property Time Element Coverage** Limit of Insurance.

3. The Insurer will not pay for loss of **business income** or **extra expense** caused by or resulting from earthquake or **flood** under this **OFF-SITE COVERAGE**, even if they are otherwise **covered perils**.

### C. Installation Coverage

1. The Insurer will pay for direct physical loss of or damage to **installation property** directly caused by a **covered peril** while such **installation property** is at an **installation location** or a temporary warehousing premises:

   a. awaiting and during installation, fabrication, erection, certifying, servicing or testing; or

   b. awaiting acceptance by the purchaser.

2. The most the Insurer will pay for all loss or damage under this **OFF-SITE COVERAGE** for any one **occurrence** is the **Installation Coverage** Limit of Insurance.

3. This **Installation Coverage** does not apply to loss or damage at any premises, **location** or **reported unspecified location** owned by the **Named Insured**, or to property in the due course of transit.

4. This **Installation Coverage** will end on the date when any of the following first occurs:

   a. the Policy expires;

   b. the **Named Insured's** insurable interest in the property ceases;

CNA62648XX 10-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)001831



| | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

    **c.**  the installation, fabrication or erection project is accepted by the purchaser as complete; or

    **d.**  the **Named Insured** abandons the installation, fabrication or erection project with no intention to complete it.

**D. Mobile Computing Devices – Worldwide Coverage**

    **1.**  The Insurer will pay for direct physical loss of or damage to **mobile computing devices** while outside the **coverage territory**, except within any country upon which the United States government has imposed sanctions, embargoes or similar prohibitions. The loss or damage must be directly caused by a **covered peril**.

    **2.**  The most the Insurer will pay for loss or damage under this **OFF-SITE COVERAGE** for any one **occurrence** is the **Mobile Computing Devices – Worldwide Coverage** Limit of Insurance.

**E. Property at Unspecified Locations Coverage – Property Damage and Time Element Combined**

    **1.**  The Insurer will pay for direct physical loss of or damage to **insured property, research and development project property** and **fine arts** at an **unspecified location**, or while in the custody of a salesperson, directly caused by a **covered peril**.

       The coverage provided for **fine arts** under this **OFF-SITE COVERAGE** is subject to the provisions of the **Fine Arts Coverage** in the **ADDITIONAL COVERAGE BASKET** section, except the requirement that such property be at a **location** or **reported unspecified location**.

    **2.**  To the extent **time element coverage** is applicable under this **Business Property Coverage Part**, the Insurer will pay, as provided, for:

       **a.**  the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

       **b.**  the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

       **c.**  **extra expense,**

       caused by loss of or damage to **insured property, research and development project property** and **fine arts** at an **unspecified location** or while in the custody of a salesperson directly caused by a **covered peril**.

    **3.**  The most the Insurer will pay for all loss, damage or expense combined under this **OFF-SITE COVERAGE**:

       **a.**  at any one **unspecified location** for any one **occurrence** is the **Property at Unspecified Locations Coverage – Property Damage and Time Element Unspecified Location** Limit of Insurance.

       **b.**  for all **unspecified locations** for any one **occurrence**, regardless of the number of **unspecified locations** involved, is the **Property at Unspecified Locations Coverage – Property Damage and Time Element Unspecified Locations Combined** Limit of Insurance.

    **4.**  This **Property at Unspecified Locations Coverage** does not apply to:

       **a.**  property in transit, other than while in the custody of salespersons as described in Paragraph **E.1.** above;

       **b.**  property that is covered under the **Protection of Property Coverage** of the **ADDITIONAL COVERAGES** section.

    **5.**  The **Earth Movement** and **Flood** Excluded Perils under the **EXCLUSIONS** section do not apply only with respect to **unspecified locations** that the **Named Insured** does not own, operate or lease.

**F. Property in Transit Coverage – Property Damage and Time Element Combined**

    **1.**  The Insurer will pay for direct physical loss of or damage to **insured property, research and development project property, fine arts, media** and **records of accounts receivable** directly caused by a **covered peril**

Copyright CNA All Rights Reserved.

SESI (Amerisure)001832

000016 - 0053 of 0251 - NNNNNN - 01887 JOBID 386DA004741



**CNA PARAMOUNT**

**Business Property Coverage Part**

while in the course of transit from the time such property is being loaded at the initial point of shipment and continuously thereafter, until unloaded at the final destination, or if undeliverable, the time it is returned to the **location** or **reported unspecified location**, including:

   **a.**  general average or salvage charges that are assessed; and

   **b.**  reasonable and necessary expense the **Named Insured** incurs to inspect, repackage and reship such property.

The coverage provided for **fine arts, records of accounts receivable** and **media** under this **OFF-SITE COVERAGE** are subject to the provisions of the **Fine Arts Coverage**, **Accounts Receivable Coverage** and **Restoration of Media Coverage**, respectively, in the **ADDITIONAL COVERAGE BASKET** section, except the requirement that such property be at a **location** or **reported unspecified location**.

**2.** To the extent **time element coverage** is applicable under this **Business Property Coverage Part**, the Insurer will also pay, as provided, for:

   **a.**  actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

   **b.**  the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

   **c.**  **extra expense**,

caused by loss of or damage to **insured property**, **research and development project property**, **fine arts** and **media** while in the course of transit directly caused by a **covered peril**.

**3.** The most the Insurer will pay for all loss, damage or expense combined under this **OFF-SITE COVERAGE** for any one **occurrence** is the **Property in Transit Coverage – Property Damage and Time Element** Limit of Insurance.

**4.** When neither the origin nor the destination is in any country upon which the United States government imposes sanction, embargos or similar provisions, the following applies:

   **a.**  If the property is transported by an aircraft, the **coverage territory** is extended to be anywhere in the world for that property while in transit; or

   **b.**  If the property is transported by an oceangoing vessel, transit coverage ends when the property has been loaded on the oceangoing vessel and only commences when the property has been fully discharged from such vessel onto a point within the **coverage territory**.

**5.** This **Property in Transit Coverage** does not apply to:

   **a.**  import shipments until marine insurance coverage ceases;

   **b.**  **personal property of others** hauled on vehicles owned, leased or operated by the **Named Insured** when acting as a common or contract carrier, regardless of the **Named Insured's** liability for such property;

   **c.**  property sold by the **Named Insured** under conditional sale, trust agreement or installment payment after delivery to customers;

   **d.**  property shipped by common carrier or postal service unless such shipment is electronically tracked by such carrier or service; or

   **e.**  property while in the custody of salespersons.

**6.** In the event of any loss of or damage to **personal property** in transit, the **Named Insured** must immediately make a claim in writing against the carrier, bailee or others involved.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001833



**CNA PARAMOUNT**

**Business Property Coverage Part**

7. The **Earth Movement** and **Flood** Excluded Perils under the **EXCLUSIONS** section do not apply with respect to this **OFF-SITE COVERAGE**.

**G. Worldwide Media and Accounts Receivable Coverage**

1. The Insurer will pay for direct physical loss of or damage to **media** and **records of accounts receivable** directly caused by a **covered peril** while such property is at a premises other than a **location** or **reported unspecified location**.

2. With respect to coverage provided under this **OFF-SITE COVERAGE**, the **coverage territory** is extended to be anywhere in the world, except within any country upon which the United States government has imposed sanctions, embargoes or similar prohibitions.

3. The most the Insurer will pay for all loss or damage under this **OFF-SITE COVERAGE** for any one **occurrence** is the **Worldwide Media and Accounts Receivable Coverage** Limit of Insurance.

4. The **Earth Movement** and **Flood** Excluded Perils under the **EXCLUSIONS** section do not apply under this **OFF-SITE COVERAGE**, but only when such property is at premises that the **Named Insured** does not own, operate or lease.

---

| **III. ADDITIONAL COVERAGES** |
|---|

The following **ADDITIONAL COVERAGES** apply up to the applicable Limit of Insurance shown under the **Business Property Schedule of Coverages and Limits**. If a particular coverage is shown as Not Covered then such coverage is not provided under this **Business Property Coverage Part**.

Limits of Insurance for an **ADDITIONAL COVERAGE** that differ at any specific **location** will be shown under the **Business Property Schedule of Locations** for that **location**. Those Limits of Insurance replace, and are not in addition to, the Limit of Insurance shown for that **ADDITIONAL COVERAGE** in the **Business Property Schedule of Coverages and Limits**. If any **ADDITIONAL COVERAGE** does not apply at a specific **location**, that **ADDITIONAL COVERAGE** will be shown as Not Covered at that **location**.

If a specific **Location Base Coverage** is not provided at a **location** or at **reported unspecified locations** in this **Business Property Coverage Part**, there is no coverage under its corresponding **ADDITIONAL COVERAGE**. For example, if the **Named Insured** does not have a **Location Base Coverage** for **business income** for one or more **locations** or **reported unspecified location**, then there is no coverage related to **business income** under any of the **ADDITIONAL COVERAGES** for **business income**.

Limits for these **ADDITIONAL COVERAGES** apply in addition to any other applicable Limits of Insurance, unless otherwise stated.

**A. Contaminants or Pollutants Clean Up and Removal Coverage – Property Damage and Time Element Combined**

1. The Insurer will pay for the reasonable costs and expenses to extract or remove **contaminants or pollutants** from land or water at a **location** or **reported unspecified location**, provided such **contaminants or pollutants** are in the land or water as a direct result of a **covered peril**. These costs and expenses include the costs and expenses to test for, monitor or assess the existence, concentration or effects of **contaminants or pollutants**.

   The Insurer will pay these costs and expenses only if reported to the Insurer within 180 consecutive days of the date on which the **covered peril** occurs.

2. To the extent **time element coverage** is applicable at that **location** or **reported unspecified location**, the Insurer will also pay, as provided, for:

   a. the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

---

Copyright CNA All Rights Reserved.

SESI (Amerisure)001834

000016 - 0054 or 0251 - NNNNNN - 01888 JORID 386DA004741



| | CNA PARAMOUNT |
| --- | --- |
| | **Business Property Coverage Part** |

    **b.** the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

    **c.** **extra expense**,

as a result of compliance with an ordinance or law that requires the clean up or removal of **contaminants or pollutants** from land or water at a **location** or **reported unspecified location** as a direct result of a **covered peril**.

    **3.** The most the Insurer will pay for all loss, cost or expense combined under this **ADDITIONAL COVERAGE** at any one **location** or **reported unspecified location** for any one **occurrence** is the **Contaminants or Pollutant Clean Up and Removal Coverage – Property Damage and Time Element Combined** Limit of Insurance.

**B. Contamination by a Refrigerant Coverage**

    **1.** The Insurer will pay for direct physical loss of or damage to **personal property** caused by the release or escape of refrigerants from any refrigeration equipment at a **location** or **reported unspecified location** provided the release or escape was not caused by or resulting from earthquake or **flood,** even if those are otherwise **covered perils**.

    **2.** The most the Insurer will pay for loss or damage under this **ADDITIONAL COVERAGE** at any one **location** or **reported unspecified location** for any one **occurrence** is the **Contamination by a Refrigerant Coverage** Limit of Insurance.

    The Limit for this **ADDITIONAL COVERAGE** is included in, and not in addition to, any other applicable **Personal Property Coverage** Limit of Insurance.

    **3.** The **Contaminants or Pollutants** Excluded Peril under the **EXCLUSIONS** section does not apply, but only to the extent of the coverage provided under this **ADDITIONAL COVERAGE**.

**C. Contractual Penalties Coverage**

    **1.** The Insurer will pay for contractual penalties specified in a written contract that the **Named Insured** incurs for material breach of the terms of such contract where such breach is the result of direct physical loss of or damage to **covered property** directly caused by a **covered peril**.

    **2.** The most the Insurer will pay for such contractual penalties under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Contractual Penalties Coverage** Limit of Insurance.

**D. Denial of Access Coverage**

To the extent **time element coverage** is applicable at that **location** or **reported unspecified location**, the following coverages apply at the **location** or **reported unspecified location** where the **suspension** or delay of **operations** occurs:

**1. Civil Authority**

    **a.** For up to the number of days shown on the **Business Property Schedule of Coverages and Limits**, the Insurer will pay, as provided, for:

        **i.** The actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

        **ii.** the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of the research and development projects; and

        **iii.** **extra expense**,

Copyright CNA All Rights Reserved.

SESI (Amerisure)001835



**CNA PARAMOUNT**

**Business Property Coverage Part**

caused by action of civil authority that prohibits access to the **location** or **reported unspecified location**. Such action must result from a civil authority's response to direct physical loss of or damage to property located away from a **location** or **reported unspecified location**. That lost or damaged property must be within five miles of that **location** or **reported unspecified location** which sustains a **business income** or **research and development business income** loss or where **extra expense** is incurred. The loss or damage must be directly caused by a **covered peril**.

    **b.** The amount the Insurer will pay for all loss or expense under this **Civil Authority Coverage** is included within the applicable **time element coverage** Limit of Insurance.

    **c.** However, to the extent the covered **Civil Authority Coverage** loss or expense is caused by or resulting from:

        **i.** **flood**, the amount payable under this **Civil Authority Coverage** is included within, and not in addition to, the applicable Flood Limit of Insurance.

        **ii.** **earthquake**, the amount payable under this **Civil Authority Coverage** is included within, and not in addition to, the applicable Earthquake Limit of Insurance.

  **2.** **Ingress/Egress**

    **a.** The Insurer will pay, as provided, for:

        **i.** the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

        **ii.** the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of the research and development projects; and

        **iii.** **extra expense,**

    when ingress or egress by the **Named Insured's** suppliers, customers or employees to or from the **location** or **reported unspecified location** is physically obstructed due to direct physical loss or damage. The actual loss of **business income** or **research and development business income** sustained, or **extra expense** incurred, by the **Named Insured** must be caused by direct physical loss of or damage to property not owned, occupied, leased or rented by the **Named Insured** or insured under this **Business Property Coverage Part**. That property must be located within five miles of such **location** or **reported unspecified location**. The obstruction cannot be the result of an action of civil authority that prohibits access to that **location** or **reported unspecified location**. The loss or damage must be directly caused by a **covered peril**.

    **b.** The most the Insurer will pay for all loss or expense under this **Ingress/Egress Coverage** at any one **location** or **reported unspecified location** for any one **occurrence** is the **Ingress/ Egress Coverage** Limit of Insurance.

    **c.** However, to the extent the covered **Ingress/Egress Coverage** loss or expense is caused by or resulting from:

        **i.** **flood**, the amount payable under this **Ingress/Egress Coverage** is included within, and not in addition to, the applicable Flood Limit of Insurance.

        **ii.** **earthquake**, the amount payable under this **Ingress/Egress Coverage** is included within, and not in addition to, the applicable Earthquake Limit of Insurance.

**E.** **Electronic Vandalism Coverage – Property Damage and Time Element Combined**

  **1.** The Insurer will pay for loss of or damage to **media, electronic data processing equipment, research and development project property** and **records of accounts receivable** caused by or resulting from **electronic vandalism** originating anywhere in the world.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001836

000016 - 0055 of 0251 - NNNNNN - 01889 JOBID 386DA004741



**CNA PARAMOUNT**

**Business Property Coverage Part**

2. To the extent **time element coverage** is applicable, the Insurer will also pay, as provided, for:

   a. the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay in **operations**;

   b. the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

   c. **extra expense**,

   directly caused by **electronic vandalism**.

3. The Insurer will not pay for **electronic vandalism** loss caused by or resulting from any deliberate, dishonest, fraudulent or criminal acts committed by or on behalf of, or at the direction of, any **executive officer**.

4. The most the Insurer will pay for all loss, damage or expense combined under this **ADDITONAL COVERAGE** in the **policy period** is the **Electronic Vandalism Coverage – Property Damage and Time Element Combined** Aggregate Limit of Insurance.

5. The **Electronic Vandalism** and **Dishonest Acts** Excluded Perils under the **EXCLUSIONS** section do not apply, but only to the extent of the coverage provided under this **ADDITIONAL COVERAGE**.

**F. Employee Theft Coverage**

1. The Insurer will pay for loss of or damage to **personal property, money, securities** and **fine arts** as a direct result of **employee theft**.

2. The Insurer will not pay for such loss:

   a. caused by any **employee** of the **Named Insured**, or predecessor in interest of the **Named Insured**, for whom similar prior insurance was cancelled and not reinstated since the last such cancellation.

   b. if the proof of existence or amount is dependent upon an inventory computation or a profit and loss computation. However, where the **Named Insured** establishes wholly apart from such computations that it has sustained such loss or damage, then it may offer its inventory records and actual physical count of inventory in support of the amount claimed.

   c. resulting directly or indirectly from trading, whether in the **Named Insured's** name or in a genuine or fictitious account.

   d. resulting from fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or bill of lading or any papers connected with either.

3. The most the Insurer will pay for all loss or damage under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Employee Theft Coverage** Limit of Insurance.

4. The **Dishonest Acts** Excluded Peril under the **EXCLUSIONS** section does not apply, but only to the extent of the coverage provided under this **ADDITIONAL COVERAGE**.

**G. Equipment Breakdown - Spoilage Coverage**

1. The Insurer will pay for direct physical loss of or damage to **personal property** directly caused by the loss of or changes in any artificially maintained or generated temperature, humidity or internal atmosphere resulting from an **equipment breakdown peril** to **covered equipment** at the **location** or **reported unspecified location**.

2. The most the Insurer will pay for loss or damage under this **ADDITIONAL COVERAGE** at any one **location** or **reported unspecified location** for any one **occurrence** is the **Equipment Breakdown – Spoilage Coverage** Limit of Insurance.

   The Limit for this **ADDITIONAL COVERAGE** is included in, and not in addition to, any other applicable Limits of Insurance.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001837



| | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

3. The **Adulteration or Contamination** and the **Temperature or Humidity Conditions** Excluded Perils under the **EXCLUSIONS** section do not apply, but only to the extent of the coverage provided under this **ADDITIONAL COVERAGE**.

**H. Expense to Reduce Loss – Business Income Coverage**

The Insurer will pay reasonable and necessary expenses incurred by the **Named Insured**, except the cost of extinguishing a fire, to reduce the amount of **business income** or **research and development business income loss**. The Insurer will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under the **Business Income Coverage**.

The amount the Insurer will pay for such expenses under this **ADDITIONAL COVERAGE** is included within the applicable **Business Income Coverage** Limit of Insurance.

**I. Extended Indemnity Period – Business Income Coverage**

1. If loss of **business income** is payable under this **Business Property Coverage Part**, the Insurer will also pay for the actual loss of **business income** the **Named Insured** sustains during the extended indemnity period.

   This extended indemnity period begins on the date the **period of restoration** ends and it terminates on the earlier of:

   a. the date the **Named Insured's** gross sales, including rental income, are restored to the amount that would have existed if no direct physical loss or damage occurred; or

   b. the date on which the specified number of days shown in the **Business Property Schedule of Coverages and Limits** have elapsed after the end of the **period of restoration**.

2. The amount the Insurer will pay for loss of **business income** under this **ADDITIONAL COVERAGE** is included within the applicable **Business Income Coverage** or **Business Income and Extra Expense Coverage** Limit of Insurance.

3. This **Extended Indemnity Period - Business Income Coverage** does not apply to loss of **business income** resulting from unfavorable business conditions as a result of the impact of a **covered peril** in the area of the affected **location** or **reported unspecified location**.

4. This **Extended Indemnity Period - Business Income Coverage** does not apply to any other **ADDITIONAL COVERAGE** or the **ADDITIONAL COVERAGE BASKET**.

**J. Forgery or Alteration Coverage**

1. The Insurer will pay for loss sustained by the **Named Insured** resulting from **forgery** or **alteration** of or on **covered instruments** that are made or drawn by, or drawn upon:

   a. the **Named Insured**; or

   b. one acting as the **Named Insured's** agent,

   or that are purported to have been so made or so drawn, by any person, acting alone or together with others. Mechanically reproduced facsimile signatures are the same as handwritten signatures.

2. The most the Insurer will pay for all loss under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Forgery or Alteration Coverage** Limit of Insurance.

**K. Fungi, Wet Rot, Dry Rot and Microbe Coverage – Property Damage and Time Element Combined**

1. The Insurer will pay the following provided **fungi**, wet rot, dry rot or **microbes** are the direct result of a **covered peril**, other than fire or lightning:

   a. direct physical loss of or damage to **covered property** caused by **fungi**, wet rot, dry rot or **microbes**, including the cost of removing the **fungi**, wet rot, dry rot or **microbes**;

CNA62648XX 10-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)001838

000016 - 0056 of 0251 - NNNNNN - 01890 JOBID 386DA004741



**CNA PARAMOUNT**

**Business Property Coverage Part**

    **b.** the reasonable cost to tear out and replace any part of the covered **building** or other property as needed to gain access to the **fungi**, wet rot, dry rot or **microbes**; and

    **c.** the cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is reason to believe that **fungi**, wet rot, dry rot or **microbes** are still present.

  **2.** To the extent **time element coverage** is applicable at that **location** or **reported unspecified location**, the Insurer will also pay, as provided, for:

    **a.** the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay in **operations**;

    **b.** the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

    **c.** **extra expense**,

  due to the:

    **i.** direct physical loss of or damage to **covered property** caused by **fungi**, wet rot, dry rot or **microbes** that are the result of a **covered peril**, other than fire or lightning; or

    **ii.** prolonged **period of restoration** due to the remediation of **fungi**, wet rot, dry rot or **microbes** from a covered loss.

  **3.** The most the Insurer will pay under this **ADDITIONAL COVERAGE** for all loss, damage, cost or expense combined in the **policy period** is the **Fungi, Wet Rot, Dry Rot and Microbe Coverage – Property Damage and Time Element Combined** Aggregate Limit of Insurance. This Limit is the most the Insurer will pay, even if the **fungi**, wet rot, dry rot or **microbes** continue to be present or active or recur in a later **policy period**.

  **4.** The **Fungi, Wet Rot, Dry Rot and Microbes** Excluded Peril under the **EXCLUSIONS** section does not apply, but only to the extent of the coverage provided under this **ADDITIONAL COVERAGE**.

**L. Loss Adjustment Expense Coverage**

  **1.** The Insurer will pay for reasonable and necessary expenses incurred by the **Named Insured** in preparing claim data when required by the Insurer, including the cost of taking inventories, obtaining appraisals and preparing other documentation, to determine the extent of covered loss or damage.

  **2.** The Insurer will not pay for any fees, costs or expenses incurred, directed or billed by, or payable to attorneys, public adjusters, loss adjusters, loss consultants, insurance brokers or agents or their associates or subsidiaries, or any costs as described in the **APPRAISAL** Condition of the **First Party Terms and Conditions**.

  **3.** The most the Insurer will pay for all expenses incurred under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Loss Adjustment Expense Coverage** Limit of Insurance.

**M. Money and Securities Coverage**

  **1.** The Insurer will pay for loss sustained by the **Named Insured** as a direct result of the actual destruction, disappearance or **theft** of **money** and **securities**:

    **a.** at a **location**, **reported unspecified location** or the premises of a bank or savings institution; or

    **b.** away from:

      **i.** a **location**;

      **ii.** a **reported unspecified location**; or

      **iii.** the premises of a bank or savings institution,

    while in the care and custody of a **messenger** or an armored motor vehicle company.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001839



**CNA PARAMOUNT**

**Business Property Coverage Part**

2. The most the Insurer will pay for all loss under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Money and Securities Coverage** Limit of Insurance.

3. The Insurer will not pay any loss or damage sustained by the **Named Insured** caused by or resulting from:

   a. accounting or arithmetical errors or omissions;

   b. dishonest or criminal acts by the **Named Insured, executive officers, employees**, authorized representatives or anyone else to whom **money** or **securities** have been entrusted, other than an armored motor vehicle company:

      i. acting alone or in collusion with others; or

      ii. whether or not occurring during the hours of employment;

   c. giving or surrendering of the property in any exchange or purchase;

   d. voluntary parting with **money** or **securities** by the **Named Insured** or anyone else to whom it has entrusted such property if induced to do so by any fraudulent scheme, trick, device or false pretense;

   e. transfer or surrender of **money** or **securities** on the basis of unauthorized instructions, to a person or place outside:

      i. a **location**;

      ii. a **reported unspecified location**; or

      iii. the premises of a banking or savings institution; or

   f. transactions involving any automated teller machine unless recorded by a continuous recording instrument in such machine.

4. The only Excluded Perils under the **EXCLUSIONS** section that apply to this **ADDITIONAL COVERAGE** are **Biological or Chemical Material, Governmental Action, Nuclear Hazard** and **War and Military Action**.

**N. Newly Acquired Locations and Property Coverage**

   1. **Newly Acquired or Constructed Real Property**

      a. The Insurer will pay for direct physical loss of or damage to **real property**, including new **buildings** while being built:

         i. at a **newly acquired location**; or

         ii. at a **location** or **reported unspecified location**, if coverage is not currently shown for **real property** at that **location** on the **Business Property Schedule of Locations** or for **reported unspecified locations,**

      directly caused by a **covered peril**.

      b. The most the Insurer will pay for all loss or damage under this **Newly Acquired or Constructed Real Property** coverage for any one **occurrence** is the **Newly Acquired or Constructed Real Property** Limit of Insurance.

   2. **Newly Acquired – Other Property**

      a. The Insurer will pay for direct physical loss of or damage:

         i. to **personal property, fine arts, media** and **records of accounts receivable** at a **newly acquired location;** and

         ii. to **personal property** if coverage is not currently shown for **personal property** at that **location** on the **Business Property Schedule of Locations** or for **reported unspecified locations,**

      directly caused by a **covered peril**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001840



**CNA PARAMOUNT**

**Business Property Coverage Part**

   **b.**  The most the Insurer will pay for all loss or damage under this **Newly Acquired Property – Other Property** coverage for any one **occurrence** is the **Newly Acquired – Other Property** Limit of Insurance.

   **c.**  The coverage provided under this **ADDITIONAL COVERAGE** for **fine arts, records of accounts receivable** and **media** is subject to the provisions of the **Fine Arts Coverage, Accounts Receivable Coverage** and **Restoration of Media Coverage**, respectively, under the **ADDITIONAL BASKET COVERAGE** section except the requirement that such property be at a **location** or **reported unspecified location**.

**3.** **Newly Acquired Location – Time Element**

   **a.**  To the extent **time element coverage** is applicable on the **Business Property Coverage Part**, the Insurer will pay, as provided, for:

      **i.**  the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay in **operations**;

      **ii.**  the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

      **iii.**  **extra expense**,

      caused by loss or damage to property at a **newly acquired location** directly caused by a **covered peril**.

   **b.**  The most the Insurer will pay for all loss or expense under **Newly Acquired Location – Time Element** coverage for any one **occurrence** is the **Newly Acquired Location – Time Element** Limit of Insurance.

**4.** This **Newly Acquired Locations and Property Coverage** expires on the date when any of the following first occurs:

   **a.**  the Policy expires or is cancelled;

   **b.**  the number of consecutive days shown on the **Business Property Schedule of Coverages and Limits** has passed from the date:

      **i.**  the premises becomes a **newly acquired location**;

      **ii.**  the **Named Insured** acquires such property at a **location** or **reported unspecified location**; or

      **iii.**  construction begins on new **buildings**; or

   **c.**  the **Named Insured** reports values to the Insurer.

**5.** The Insurer will charge the **Named Insured** additional premium for values reported from the date the premises becomes a **newly acquired location**, the **Named Insured** acquires such property or the construction begins on new **buildings**.

**O.** **Ordinance or Law Coverage**

If at the time of direct physical loss of or damage to **insured property** directly caused by a **covered peril** there is an ordinance or law in effect regulating the construction, zoning, repair or land use of such **insured property** and, as a result of such covered loss or damage, such ordinance or law requires code compliance in the repair or replacement of such **insured property**, the following coverages apply:

**1.** **Undamaged Insured Property**

The Insurer will pay for the amount equal to the value of the undamaged portion of such **insured property** that must be demolished in accordance with such ordinance or law.

The amount the Insurer will pay for all loss or damage under this **Undamaged Insured Property** coverage is included within the applicable **Real Property Coverage** or **Personal Property Coverage** Limit of Insurance.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001841



**CNA PARAMOUNT**

**Business Property Coverage Part**

**2. Demolition and Repair Cost**

The Insurer will pay for:

**a.** the cost of demolishing and removing the undamaged portion of the damaged **insured property** required to be demolished because of such ordinance or law, including the cost of clearing the site; and

**b.** the increased cost of repair or reconstruction of such **insured property** on the same site or another site because of such ordinance or law. If the **Named Insured** elects to do such repair or reconstruction at another site, such costs are limited to the costs that would have been incurred in order to comply with the minimum requirements of such ordinance or law regulating the repair or reconstruction of such **insured property** on the same site.

The amount the Insurer will pay for all loss or damage under this **Demolition and Repair Cost** coverage is included within the applicable **Real Property Coverage** or **Personal Property Coverage** Limit of Insurance unless a separate **Demolition and Repair Cost** Limit of Insurance is shown.

If a separate Limit is shown, then the most the Insurer will pay under this **Demolition and Repair Cost** coverage at any one **location** or **reported unspecified location** for any one **occurrence** is the **Demolition and Repair Cost** Limit of Insurance.

**3. Increased Period of Restoration**

To the extent **Business Income Coverage** or **Business Income and Extra Expense Coverage** is applicable at that **location** or **reported unspecified location**, the **period of restoration** includes any increased period of time that results from the enforcement of an ordinance or law that requires the **Named Insured** to repair or reconstruct the property or tear down undamaged portions of the property to meet the minimum requirements of the ordinance or law in force at the time of loss or damage.

The amount the Insurer will pay under this **Increased Period of Restoration** coverage is included in the applicable **Business Income Coverage** or **Business Income and Extra Expense Coverage** Limit of Insurance.

**4.** The Insurer will not pay for any:

**a.** additional costs incurred if the damaged **insured property** is not repaired or reconstructed as soon as reasonably possible;

**b.** increased **period of restoration** if the **Named Insured** does not resume **operations** with reasonable speed;

**c.** costs attributable to any ordinance or law that the **Named Insured** was required to comply with before the loss or damage; or

**d.** increase in costs or increased **period of restoration** required due to the enforcement of any ordinance or law that requires the **Named Insured** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, demolish, repair, replace or in any way respond to or assess the effects of **contaminants or pollutants** or the presence, growth, proliferation, spread or any activity of **fungi**, wet rot, dry rot or **microbes**, except to the extent the **Contaminants or Pollutant Clean Up and Removal Coverage** or the **Fungi, Wet Rot, Dry Rot and Microbe Coverage – Property Damage and Time Element Combined** of the **ADDITIONAL COVERAGES** section applies.

**5.** The **Governmental Action** Excluded Peril under the **EXCLUSIONS** section does not apply, but only to the extent of the coverage provided under this **Ordinance or Law Coverage**.

**P. Pair or Set Coverage**

**1.** The Insurer will pay an amount equal to the reduction in value of undamaged **personal property** that is part of a pair or set that becomes unmarketable as a pair or set because of direct physical loss of or damage to the other part of such **personal property** directly caused by a **covered peril**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001842

000016 - 0058 of 0251 - NNNNNN - 01892 JOBID 386DA004741



**CNA PARAMOUNT**

**Business Property Coverage Part**

    **2.** The amount the Insurer will pay for such reduction in value under this **ADDITIONAL COVERAGE** is included within the applicable **Personal Property Coverage** Limit of Insurance.

**Q. Protection of Property Coverage**

    **1. Removal of Insured Property**

        **a.** If it is necessary to move **insured property** from the **location** or **reported unspecified location** to protect it from actual or imminent direct physical loss or damage caused by a **covered peril**, the Insurer will pay for:

            **i.** any loss of or damage to that **insured property** while it is being moved from, or returned to, the **location** or **reported unspecified location**, or while temporarily stored at another premises for up to the Number of Days shown in the **Business Property Schedule of Coverages and Limits**; and

            **ii.** the reasonable cost to remove the **insured property** from the **location** or **reported unspecified location** and the cost to move the **insured property** back.

        **b.** The amount the Insurer will pay for all loss, damage or cost under this **Removal of Insured Property** coverage is included within, and not in addition to, the applicable **Real Property Coverage** or **Personal Property Coverage** Limit of Insurance.

    **2. Preservation of Insured Property**

        **a.** If it is necessary to protect **insured property** at the **location** or **reported unspecified location** from imminent direct physical loss or damage by a **covered peril**, the Insurer will pay reasonable and necessary costs the **Named Insured** incurs to protect such **insured property** from such imminent loss or damage while at such **location** or **reported unspecified location**.

        **b.** The most the Insurer will pay for all costs under this **Preservation of Insured Property** coverage for any one **occurrence** is the **Protection of Property Coverage Preservation of Insured Property** Limit of Insurance, subject to a $1,000 each **occurrence** deductible. No other deductible applies to this **Preservation of Insured Property Coverage**.

**R. Reported Unspecified Locations**

    **1. Real Property Coverage and Personal Property Coverage**

    The Insurer will pay for direct physical loss of or damage to **insured property** at a **reported unspecified location** directly caused by a **covered peril**.

    The most the Insurer will pay for such loss or damage to **real property** at any one **reported unspecified location** for any one **occurrence** is the applicable **Reported Unspecified Locations Real Property** Limit of Insurance.

    The most the Insurer will pay for such loss or damage to **personal property** at any one **reported unspecified location** for any one **occurrence** is the applicable **Reported Unspecified Location Personal Property** Limit of Insurance.

    **2. Business Income Coverage**

    The Insurer will pay for the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations** caused by direct physical loss of or damage to property at a **reported unspecified location** directly caused by a **covered peril**.

    The most the Insurer will pay for such loss of **business income** at any one **reported unspecified location** for any one **occurrence** is the **Reported Unspecified Locations Business Income** Limit of Insurance.

    **3. Extra Expense Coverage**

    The Insurer will pay **extra expense** caused by direct physical loss of or damage to property at a **reported unspecified location** directly caused by a **covered peril**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001843



**CNA PARAMOUNT**

**Business Property Coverage Part**

The most the Insurer will pay for such **extra expense** at any one **reported unspecified location** for any one **occurrence** is the **Reported Unspecified Locations Extra Expense** Limit of Insurance.

**S. Research and Development Coverage**

**1. Research and Development Project Property**

The Insurer will pay for:

**a.** direct physical loss of or damage to **research and development project property** while at a **location** or **reported unspecified location** directly caused by a **covered peril**; and

**b.** reasonable and necessary additional expenses the **Named Insured** incurs to minimize direct physical loss of or damage to **research and development project property**, but only to the extent the loss of or damage to **research and development project property** is reduced by such additional expenses.

The most the Insurer will pay for **research and development project property** under this **ADDITIONAL COVERAGE** at any one **location** or **reported unspecified location** for any one **occurrence** is the **Research and Development Coverage Research and Development Project Property** Limit of Insurance.

**2. Research and Development Business Income**

To the extent that **Business Income Coverage** or **Business Income and Extra Expense Coverage** is applicable at that **location** or **reported unspecified location**, the Insurer will also pay, as provided, for the loss of **research and development business income** that the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of the **Named Insured's** research and development projects in process caused by direct physical loss of or damage to property at a **location** or **reported unspecified location**. The loss or damage must be directly caused by a **covered peril**.

The amount the Insurer will pay for **research and development business income** under this **ADDITIONAL COVERAGE** at any one **location** or **reported unspecified location** for any one **occurrence** is included within, and not in addition to, the applicable **Business Income Coverage** or **Business Income and Extra Expense Coverage** Limit of Insurance unless a separate **Research and Development Business Income** Limit of Insurance is shown.

If a separate Limit is shown, then the most the Insurer will pay under this **Research and Development Business Income** coverage at any one **location** or **reported unspecified location** for any one **occurrence** is the **Research and Development Business Income** Limit of Insurance.

**T. Theft Damage to Non Owned Building Coverage**

**1.** The Insurer will pay for direct physical loss of or damage to **buildings** at a **location** or **reported unspecified location** in which the **Named Insured** is a tenant and does not own the building, caused directly by **theft**, robbery or burglary, provided the **Named Insured** is obligated by the written lease in effect at the time of loss or damage to pay for such loss or damage.

**2.** The amount the Insurer will pay for all loss or damage under this **ADDITIONAL COVERAGE** is included within the applicable **Personal Property Coverage** Limit of Insurance.

**3.** This **ADDITIONAL COVERAGE** does not apply to **theft** that occurs after fire or explosion.

**U. Trees, Shrubs, Plants or Lawns Coverage**

**1.** The Insurer will pay for direct physical loss of or damage to **outdoor trees, shrubs, plants or lawns**, including the expense to remove debris of **outdoor trees, shrubs, plants or lawns**, at a **location** or **reported unspecified location** directly caused by:

**a.** fire;

**b.** lightning;

**c.** explosion;

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001844**



|  | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

    **d.**  riot or civil commotion;

    **e.**  vehicles; or

    **f.**  aircraft.

  **2.**  The most the Insurer will pay for all loss or damage under this **ADDITIONAL COVERAGE** at any one **location** or **reported unspecified location** for any one **occurrence** is the **Trees, Shrubs, Plants or Lawns Coverage Each Location** Limit. Subject to this Each Location Limit, the most the Insurer will pay for any one tree, shrub, plant or lawn is the **Trees, Shrubs, Plants or Lawns Coverage Each Item** Limit of Insurance.

**V.**  **Unintentional Errors or Omissions Coverage**

  **1.**  The Insurer will pay for direct physical loss of or damage to **covered property** from a **covered peril** that is not otherwise payable under this **Business Property Coverage Part** solely as a result of:

    **a.**  an unintentional error or omission by the **Named Insured**:

       **i.**  in the description or address of any **insured property**; or

       **ii.**  the inadvertent deletion of a **location** or **reported unspecified location** under the Policy; or

    **b.**  any unintentional failure by the **Named Insured** to include any premises owned or occupied by the **Named Insured** at the inception date of the Policy.

  **2.**  To the extent **time element coverage** is applicable, the Insurer will also pay, as provided, for:

    **a.**  the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay in **operations**;

    **b.**  the actual loss of **research and development business income** the Named Insured sustains during the **period of restoration** due to the necessary **suspension** or delay of research and development projects; and

    **c.**  **extra expense**,

    caused by loss of or damage to property from a **covered peril** that is not otherwise payable under this **Business Property Coverage Part** solely as a result of:

       **i.**  an unintentional error or omission by the **Named Insured**:

          **(1)**  in the description or address of any **insured property**; or

          **(2)**  the inadvertent deletion of a **location** or **reported unspecified location** under the Policy; or

       **ii.**  any unintentional failure by the **Named Insured** to include any premises owned or occupied by the **Named Insured** at the inception date of the Policy.

  **2.**  The most the Insurer will pay for all loss, damage, cost or expense combined under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Unintentional Errors or Omissions Coverage** Limit of Insurance.

  **3.**  There is no coverage for any unintentional error or unintentional omission in the reporting of values or the coverage requested. It is a condition of this coverage that such unintentional error or omission be reported and corrected when discovered. The **Named Insured's** premium will be adjusted accordingly to reflect the date the premises should have been added had no error or omission occurred.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001845**



**CNA PARAMOUNT**

**Business Property Coverage Part**

**W. Utility Supply Failure Coverage**

**1. Property Damage**

The Insurer will pay for direct physical loss of or damage to **covered property** at a **location** or **reported unspecified location** where such loss or damage is caused by the necessary suspension, interruption or reduction of:

**a.** communication services, including internet access; or

**b.** power supply, fuel services or water services,

at that **location** or **reported unspecified location**.

Such suspension, interruption or reduction must be the result of a **covered peril** that causes or results in direct physical loss of or damage to such utility service provider's property, including overhead transmission or distribution lines, used to provide the **location** or **reported unspecified location** with such services, provided such property is not at a **location** or **reported unspecified location**.

The most the Insurer will pay for all such loss or damage to **covered property** under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Utility Supply Failure Coverage – Property Damage** Limit of Insurance.

**2. Time Element**

To the extent **time element coverage** is applicable at that **location** or **reported unspecified location**, the Insurer will pay, as provided, for:

**a.** the actual loss of **business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of **operations**;

**b.** the actual loss of **research and development business income** the **Named Insured** sustains during the **period of restoration** due to the necessary **suspension** or delay of the research and development projects; and

**c.** **extra expense**,

caused by loss of or damage to a utility service provider's property that is located away from a **location** or **reported unspecified location** and that property is used to provide internet, communication, power supply, fuel services or water services to such **location** or **reported unspecified location**. The loss or damage must be directly caused by a **covered peril.**

The most the Insurer will pay for all such loss or expense under this **ADDITIONAL COVERAGE** for any one **occurrence** is the **Utility Supply Failure Coverage – Time Element** Limit of Insurance.

If a **Deductible or Qualifying Period** is shown on the **Business Property Schedule of Locations** for **Utility Supply Failure Coverage – Time Element Coverage**, then the following replaces the **Deductible and Qualifying Periods** provision of the **LIMITS OF INSURANCE/INDEMNITY PERIOD/DEDUCTIBLE/QUALIFYING PERIOD** section for the **Utility Supply Failure Coverage – Time Element Coverage**:

The Insurer will not pay for any loss of **business income** or **research and development business income** or **extra expense** incurred for any one **occurrence** until the amount of loss or expense incurred exceeds the applicable Deductible or until the length of the **suspension** or delay of **operations** exceeds the applicable **Qualifying Period** shown in the **Business Property Schedule of Locations**.

If a Deductible applies, then the Insurer will pay the amount of actual **business income** or **research and development business income** loss or **extra expense** incurred in excess of the applicable Deductible, up to the applicable Limits of Insurance.

If a **qualifying period** applies and the **qualifying period** is exceeded, then the Insurer will pay for covered loss and expense, calculated as of the time of such **suspension** or delay in **operations**, in excess of the

Copyright CNA All Rights Reserved.

SESI (Amerisure)001846



**CNA PARAMOUNT**

**Business Property Coverage Part**

applicable Property Deductible shown in the **Business Property Schedule of Locations**, unless a more specific **time element coverage** deductible is shown.

3. However, to the extent the covered Utility Supply Failure loss, damage or expense is caused by or resulting from covered:

   i. **flood**, the total amount payable for all loss, damage or expense under this **ADDITIONAL COVERAGE** is included within, and not in addition to, the applicable Flood Limit of Insurance.

   ii. earthquake, the total amount payable for all loss, damage or expense under this **ADDITIONAL COVERAGE** is included within, and not in addition to, the applicable Earthquake Limit of Insurance.

4. This **ADDITIONAL COVERAGE** does not apply to loss, damage or expense caused by physical loss of or damage to satellites or any other orbiting equipment.

5. The **Utility Services** Excluded Peril under the **EXCLUSIONS** section does not apply, but only to the extent of the coverage provided under this **ADDITIONAL COVERAGE**.

## IV. ADDITIONAL COVERAGE BASKET

The following coverages are part of the **ADDITIONAL COVERAGE BASKET**. At the time of loss or damage, the **Named Insured** may elect to apportion the Limit of Insurance to one or any combination of the coverages included in this **ADDITIONAL COVERAGE BASKET**. However, the most the Insurer will pay at any one **location** or **reported unscheduled location** for any one **occurrence** for the total of all loss or damage from the coverages included in this **ADDITIONAL COVERAGE BASKET** is the Limit of Insurance as shown in the **Business Property Schedule of Coverages and Limits**. If a different **ADDITIONAL COVERAGE BASKET** Limit of Insurance is shown at a **location** in the **Business Property Schedule of Locations**, that Limit replaces, and is not in addition to, the **ADDITIONAL COVERAGE BASKET** Limit of Insurance shown in the **Business Property Schedule of Coverages and Limits** for that **location**. If the **ADDITIONAL COVERAGE BASKET** does not apply at a specific **location**, the **ADDITIONAL COVERAGE BASKET** will show as Not Covered for that **location**.

### A. Accounts Receivable Coverage

1. The Insurer will pay for direct physical loss of or damage to **records of accounts receivable** at a **location** or **reported unspecified location** directly caused by a **covered peril**.

2. This **Accounts Receivable Coverage** does not apply with respect to any claim for loss, damage, cost or expense that requires any audit of any records or inventory computation to prove its factual existence.

3. The **Contaminants or Pollutants, Temperature or Humidity Conditions** and **Utility Services** Excluded Perils under the **EXCLUSIONS** section do not apply with respect to **Accounts Receivable Coverage**.

### B. Fine Arts Coverage

1. The Insurer will pay for direct physical loss of or damage to **fine arts** at a **location** or **reported unspecified location** directly caused by a **covered peril**.

2. Subject to the **ADDITIONAL COVERAGE BASKET** Limit of Insurance, the most the Insurer will pay for any one item for any one **occurrence** under this **Fine Arts Coverage** is $100,000.

3. The **Contaminants or Pollutants** and the **Utility Services** Excluded Perils under the **EXCLUSIONS** section do not apply with respect to **Fine Arts Coverage**.

### C. Fire Department Service Charge Coverage

The Insurer will pay for the **Named Insured's** liability for the following fire department service charges if incurred to save or protect **covered property** at a **location** or **reported unspecified location** from a **covered peril**:

1. charges assumed by written contract or written agreement prior to loss; or

2. charges required by local ordinance.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001847



| | **CNA PARAMOUNT** |
| --- | --- |
| | **Business Property Coverage Part** |

No deductible applies to this **Fire Department Service Charge Coverage**.

**D. Lessee Leasehold Interest Coverage**

When the **Named Insured's** written lease is cancelled by the lessor in accordance with a valid condition of that lease and such cancellation is due to direct physical loss of or damage to property at a **location** or **reported unspecified location** directly caused by a **covered peril**, the Insurer will pay for the loss of:

1. the value of the **Named Insured's** leasehold interest in the unamortized portion of payments made by the **Named Insured** for the undamaged portion of the **tenant's improvements and betterments**;

2. **monthly leasehold interest** of the **bonus payment** or **prepaid rent**;

3. **sublease profit**;

4. **equipment data processing equipment leasehold values**; and

5. **net leasehold interest** of tenant's lease interest.

**E. Lost Key Replacement Coverage**

The Insurer will pay for the reasonable and necessary cost of:

1. replacing the master key and individual lock keys, including the cost to program the new locks if keys to that **location** or **reported unspecified location** are stolen; or

2. entry lock repair or replacement, including the cost to rekey or reprogram locks, made necessary by theft or attempted theft at that **location** or **reported unspecified location**.

**F. Non Owned Detached Trailers Coverage**

The Insurer will pay for direct physical loss of or damage to trailers that the **Named Insured** does not own at a **location** or **reported unspecified location** directly caused by a **covered peril**, provided that:

1. the trailer is used in the **Named Insured's** business;

2. the trailer is in the **Named Insured's** care, custody or control; and

3. the **Named Insured** is obligated by a written contract in effect at the time of loss or damage to pay for such loss or damage to that trailer.

The Insurer will not pay for any loss or damage that occurs:

a. while the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

b. during hitching or unhitching operations; or

c. when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**G. Recharge of Fire Protection Equipment Coverage**

The Insurer will pay expenses the **Named Insured** incurs to recharge automatic fire protection equipment due to the leakage or discharge of the fire suppressant within the automatic fire protection equipment. The insurance provided under this coverage applies regardless of how the discharge or leakage is caused. However, if the leakage or discharge is caused by or results from covered loss or damage, no deductible applies.

**H. Restoration of Media Coverage**

1. The Insurer will pay for the direct physical loss of or damage to **media** at a **location** or **reported unspecified location** directly caused by a **covered peril**.

2. The **Contaminants or Pollutants, Temperature or Humidity Conditions** and **Utility Services** Excluded Perils under the **EXCLUSIONS** section do not apply with respect to this **Restoration of Media Coverage**.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001848



**CNA PARAMOUNT**

**Business Property Coverage Part**

I. **Reward Payments Coverage**

In the event of direct physical loss of or damage to **insured property** caused by arson, **theft** or vandalism, the Insurer will reimburse the **Named Insured** for amounts it pays for information leading to the conviction of any persons responsible for such arson, **theft** or vandalism. The reward payments must be documented.

However, there is no coverage for a reward payment made to the **Named Insured** or **executive officers**.

No deductible applies to this **Reward Payments Coverage**.

## V. EXCLUSIONS

The Excluded Perils shown in Paragraphs **A. B. C.** and **D.** below apply to all **LOCATION COVERAGES**, **OFF-SITE COVERAGES**, **ADDITIONAL COVERAGES** and **ADDITIONAL COVERAGE BASKET** coverages under the **coverage part** unless otherwise stated.

A. **Excluded Perils Subject to Concurrent Causation Provisions**

With respect to the excluded perils below, the Insurer will not pay for loss of or damage to property directly or indirectly caused by or resulting from the following causes of loss or events: **Biological or Chemical Materials**; **Earth Movement**; **Electronic Vandalism**; **Flood**; **Fungi, Wet Rot, Dry Rot and Microbes**; **Governmental Action**; **Nuclear Hazard**; **Utility Services**; and **War and Military Action**, regardless of: the causes of such excluded causes or events; other causes of such loss; any other cause or event, whether or not insured under the **coverage part**, which may have contributed concurrently, or in any sequence, to produce such loss even if such other cause or event would otherwise be covered; and whether the event occurred suddenly or gradually, involved isolated or widespread damage, arose from natural or external sources or acts or omissions, or occurred as a result of any combination of any such causes or events.

1. **Biological or Chemical Materials**

    The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from the actual or threatened discharge, dispersal, seepage, migration, release, escape or application of any pathogenic or poisonous biological or chemical materials.

2. **Earth Movement**

    The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from **earth movement**. However, if **earth movement** results in fire, explosion or **theft**, the Insurer will pay for that portion of the loss which was solely caused by such fire, explosion or **theft**.

3. **Electronic Vandalism**

    The Insurer will not pay for loss or damage caused by or resulting from **electronic vandalism**.

4. **Flood**

    The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from **flood**. However, if **flood** results in fire, explosion, sprinkler leakage or **theft**, the Insurer will pay for that portion of the loss which was solely caused by such fire, explosion, sprinkler leakage or **theft**.

5. **Fungi, Wet Rot, Dry Rot and Microbes**

    The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of **fungi**, wet or dry rot, or **microbes**. However, this exclusion does not apply when **fungi**, wet or dry rot, or **microbes** results from fire or lightning.

6. **Governmental Action**

    The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from seizure, destruction, demolition, expropriation, condemnation, confiscation or nationalization of property by, on behalf of or at the direction of any governmental authority.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001849**



# CNA PARAMOUNT
## Business Property Coverage Part

However, this exclusion does not apply to seizure or acts of destruction ordered by governmental or military authority and taken at the time of a fire to prevent its spread.

**7. Nuclear Hazard**

The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from nuclear reaction or radiation, or radioactive contamination, however caused. However, if nuclear reaction or radiation, or radioactive contamination results in fire, the Insurer will pay for that portion of the loss which was solely caused by such fire.

**8. Utility Services**

The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from the failure (including lack of sufficient capacity and reduction in supply) of power, fuel, sewage treatment, internet or other communication service, or any other utility service supplied to a covered premises, if the failure occurs away from the premises.

However, if such failure results in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

This exclusion does not apply to **electronic data processing equipment**.

**9. War and Military Action**

The Insurer will not pay for loss or damage caused directly or indirectly by or resulting from:

**a.** war (whether declared or undeclared); civil war or warlike action by a military force; or

**b.** insurrection, rebellion, revolution, military or usurped power by governmental or military personnel.

## B. Other Excluded Perils

**1. Adulteration or Contamination**

The Insurer will not pay for loss or damage caused by or resulting from adulteration or contamination to **stock** which causes the **stock** to become diminished in value or use, including but not limited to diminished value or use due to change in color, finish, flavor, size or texture. This exclusion applies unless the adulteration or contamination is itself caused by a **specified peril**, other than the **equipment breakdown peril**.

However, if the adulteration or contamination to **stock** results in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

**2. Alteration, Falsification, Concealment or Destruction**

The Insurer will not pay for loss or damage caused by or resulting from alteration, falsification, concealment or destruction of **records of accounts receivable** or **media** done to conceal the wrongful giving, taking or withholding of **money**, **securities** or other property.

**3. Bookkeeping, Accounting or Billing Errors or Omissions**

The Insurer will not pay for loss of or damage to **media** or **records of accounts receivable** caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**4. Collective Activities**

The Insurer will not pay for loss of **business income** or **research and development business income** caused by or resulting from delay in rebuilding, repairing or replacing property or resuming **operations** due to strikes, boycotts, picketing, lockouts or other such collective activities.

**5. Contaminants or Pollutants**

The Insurer will not pay for loss or damage caused by or resulting from discharge, dispersal, seepage, migration, release or escape of **contaminants or pollutants**. This exclusion applies unless the discharge,

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001850**



| | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

dispersal, seepage, migration, release or escape of **contaminants or pollutants** is itself caused by a **specified peril**.

However, if the discharge, dispersal, seepage, migration, release or escape of **contaminants or pollutants** results in a **specified peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **specified peril**.

This exclusion does not apply:

**a.** to damage to glass caused by chemicals applied to the glass; or

**b.** to **electronic data processing equipment**.

**6. Delay, Loss of Use or Loss of Market**

The Insurer will not pay for loss or damage caused by or resulting from delay, loss of use or loss of market.

**7. Dishonest or Criminal Acts**

The Insurer will not pay for loss or damage caused by or resulting from any dishonest, fraudulent or criminal acts committed alone or in collusion with others by the **Named Insured**, **executive officers**, the **Named Insured's** employees (including leased or temporary employees) or authorized representatives or anyone to whom the **Named Insured** entrusts the property for any purpose, regardless of whether or not such activity takes place during hours of operation.

This exclusion does not apply to:

**a.** acts of destruction by an employee (including leased or temporary employee) of the **Named Insured**; or

**b.** acts committed by a carrier or other bailee for hire.

**8. Errors, Defects or Failures**

The Insurer will not pay for any:

**a.** loss or damage, including the costs of correcting or making good, caused by or resulting from:

    **i)** an **act or decision** or error or omission in or faulty or defective:

        **(1)** design, specification, workmanship, repair, construction, renovation, remodeling, grading or compaction of;

        **(2)** processing of, manufacturing of or materials used in;

        **(3)** planning, zoning, development surveying or siting; or

        **(4)** materials used in repair, construction, renovation or remodeling of; or

    **ii)** insufficient maintenance or servicing, or the failure to maintain or service,

    any part, or all, of the property on or off a premises.

**b.** loss or damage caused by or resulting from the misalignment, miscalibration, operation of any safety device or going off-line or any condition which can be corrected by resetting, tightening, adjusting, cleaning or performing maintenance on property.

However, if any of these Excluded Perils results in a **covered peril**, the Insurer will pay for that loss or damage solely caused by such **covered peril**.

**9. Finished Stock or Merchandise**

The Insurer will not pay for loss of **business income** or **research and development business income** caused by or resulting from:

**a.** loss or damage to **finished stock** or to **merchandise** which has been sold but not delivered; or

**b.** the time required to reproduce **finished stock** or replace **merchandise**.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)001851**



# CNA PARAMOUNT
## Business Property Coverage Part

**10. Inherent Vice/Latent Defect**

The Insurer will not pay for loss or damage caused by or resulting from:

**a.** wear and tear;

**b.** rust or other corrosion or decay;

**c.** gradual deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**d.** nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**f.** smog;

**g.** marring or scratching; or

**h.** inherent vice.

This exclusion applies unless one of these Excluded Perils is itself caused by a **specified peril**.

However, if any of these Excluded Perils results in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

**11. Mysterious Disappearance**

The Insurer will not pay for loss or damage caused by or resulting from disappearance of property or shortage of property disclosed on taking inventory, where there is no physical evidence to show what happened to the property.

However, if such disappearance or shortage results in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

This exclusion does not apply to property in the custody of carriers or other bailees for hire.

**12. Precipitation**

The Insurer will not pay for loss or damage caused by or resulting from hail, ice, rain, sleet or snow to **personal property** in the open, other than property in the custody of carriers for hire.

**13. Pressure or Electrical Testing**

The Insurer will not pay for loss of or damage to machinery or equipment while undergoing electrical or pressure testing.

However, if such testing results in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

**14. Programming Errors or Defects**

The Insurer will not pay for loss of or damage to **electronic data processing equipment**, **media** or **records of accounts receivable** caused by or resulting from:

**a.** programming errors or faulty instructions to a machine; or

**b.** other errors or omissions in processing or copying.

However, if such errors, omissions or faulty instructions result in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

**15. Repair, Restoration or Retouching**

The Insurer will not pay for loss of or damage to **fine arts** caused by or resulting from any repairing, restoration or retouching process.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001852

000016 - 0063 of 0251 - NNNNNN - 01897 JOBID 386DA004741



| | **CNA PARAMOUNT** |
|---|---|
| | **Business Property Coverage Part** |

**16. Settling and Cracking**

The Insurer will not pay for loss or damage caused by or resulting from naturally occurring or man-made bulging, cracking, expansion, shrinkage or settling of land, paved or concrete surfaces, foundations, pools or **buildings,** including soil or fill adjacent to such property. This exclusion applies unless the bulging, cracking, expansion, shrinkage or settling is itself caused by a **specified peril.**

However, if such bulging, cracking, expansion, shrinkage or settling results in a **covered peril,** the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril.**

**17. Suspended Equipment**

The Insurer will not pay for loss or damage caused by or resulting from an **equipment breakdown peril** to **suspended equipment.**

However, if such Excluded Peril results in a **covered peril,** the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril.**

**18. Suspension, Lapse or Cancellation**

The Insurer will not pay for any:

a. loss of **business income** or **extra expense** caused by or resulting from suspension, lapse or cancellation of any license, lease or contract unless:

    i. such suspension, lapse or cancellation is directly caused by the actual **suspension** or delay in **operations;**

    ii. the loss of **business income** is sustained during the **period of restoration** or extended indemnity period; and

    iii. the **extra expense** is incurred during the **period of restoration.**

b. loss of **research and development business income** caused by or resulting from suspension, lapse or cancellation of any license, lease or contract unless:

    i. such suspension, lapse or cancellation is directly caused by the actual **suspension** or delay of the **Named Insured's** research and development projects in process; and

    ii. the loss of **research and development business income** is sustained during the **period of restoration.**

**19. Temperature or Humidity Conditions**

The Insurer will not pay for loss of or damage to **personal property** caused by or resulting from the loss of or change in temperature, humidity or atmosphere, whether inside or outside of a building and whether or not artificially maintained or generated. This exclusion applies unless such change in temperature, humidity or atmosphere is itself caused by a **specified peril,** other than an **equipment breakdown peril.**

However, if such loss of or change in temperature, humidity or atmosphere results in a **covered peril,** the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril.**

This exclusion does not apply to **electronic data processing hardware.**

**C. Limitations**

**1. Trees, Shrubs, Plants or Lawns**

The Insurer will not pay for loss of **business income** or **research and development business income** caused by or resulting from loss of or damage to **outdoor trees, shrubs, plants or lawns** unless such loss or damage is directly caused by fire, lightning, explosion, riot or civil commotion, vehicles or aircraft.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001853



**CNA PARAMOUNT**

**Business Property Coverage Part**

2.  **Vegetated Roofs**

    The Insurer will not pay for loss of or damage to trees, shrubs, plants, grass, lawns or other landscaping materials which are part of a vegetated roof caused by or resulting from:

    **a.**  dampness or dryness of atmosphere or soil supporting the vegetation;

    **b.**  changes in or extremes of temperature;

    **c.**  disease; or

    **d.**  frost, hail, rain, snow, ice or sleet.

**D.  Excluded Fees, Costs and Expenses**

1.  **Excavation, Grading or Filling Costs**

    The Insurer will not pay fees, costs or expenses for:

    **a.**  excavations, grading, backfilling or filling, unless such cost is necessarily incurred to investigate, repair or replace **insured property** below the surface of the ground; or

    **b.**  filling sinkholes.

2.  **Volcanic Eruption**

    The Insurer will not pay fees, costs or expenses to remove ash, dust or particulate matter, following a **volcanic eruption** that does not cause loss of or damage to **covered property**.

## VI.  LIMITS OF INSURANCE / INDEMNITY PERIOD / DEDUCTIBLE / QUALIFYING PERIOD

**A.  Limits of Insurance**

The Limits of Insurance applicable to each coverage agreement are shown in the **Business Property Schedule of Coverages and Limits** or the **Business Property Schedule of Locations**.

**B.  Special Limits**

The Limit of Insurance applicable for any one **occurrence** for loss or damage due to **theft** is $10,000 for:

1.  furs, fur garments and garments trimmed with fur;

2.  jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones; and

3.  bullion, gold, silver, platinum and other precious alloys or metals.

This Limit is included within, and not in addition to, the applicable **Personal Property Coverage** Limit of Insurance.

**C.  Maximum Period of Indemnity**

If the **Business Property Schedule of Locations** displays a **Maximum Period of Indemnity**, the most the Insurer will pay for loss of **business income** is the lesser of:

1.  the amount of covered **business income** during the 120 consecutive days immediately following the beginning of the **period of restoration**; or

2.  the applicable **Business Income Coverage** Limit of Insurance shown in the **Business Property Schedule of Locations**.

**D.  Monthly Limit of Indemnity**

If the **Business Property Schedule of Locations** displays a Monthly Limit of Indemnity fraction, the most the Insurer will pay for loss of **business income** in any one period of 30 consecutive days after the beginning of the **period of restoration** is:

Copyright CNA All Rights Reserved.

SESI (Amerisure)001854

000016 - 0064 of 0251 - NNNNNN - 01898 JOBID 386DA004741



**CNA PARAMOUNT**

**Business Property Coverage Part**

1. the Limit of Insurance, multiplied by

2. the Monthly Limit of Indemnity fraction shown in the **Business Property Schedule of Locations** for **Monthly Limit of Indemnity**.

**E. Inflation Guard**

If the **Business Property Schedule of Locations** displays an inflation guard percentage, the Limit of Insurance for **insured property** will automatically increase as follows:

1. the applicable Limit of Insurance; multiplied by

2. the Inflation Guard percentage shown on the **Business Property Schedule of Locations**; multiplied by

3. the number of consecutive days since the beginning of the annual **policy period**, or the effective date of the most recent Policy change amending the Limit of Insurance, divided by 365.

**F. Deductibles and Qualifying Periods**

1. The Insurer will not pay any amounts due under the terms and conditions of the **coverage part** until the amount of covered loss, damage, cost or expense for any one **occurrence** exceeds the Property Deductible shown in the **Business Property Schedule of Locations**, unless specific coverage deductibles are shown in the **Business Property Schedule of Locations** or an endorsement. The Insurer will then pay the amount of loss, damage, cost or expense in excess of the Deductible, up to the applicable Limits of Insurance.

2. If a **Qualifying Period** is shown in the **Business Property Schedule of Locations**, then the **qualifying period** will apply to all **business income** and **research and development business income** coverages. The Insurer will not pay for any loss of **business income** or **research and development business income** for any one **occurrence** until the **suspension** or delay of **operations** exceeds the **qualifying period**. If the **qualifying period** is exceeded, then the Insurer will pay the amount of covered **business income** or **research and development business income** loss, calculated as of the time and date of such loss, in excess of the applicable Property Deductible shown in the **Business Property Schedule of Locations**, unless a more specific **time element coverage** deductible is shown. If **Business Income and Extra Expense Coverage** applies, then **extra expense** is subject to the deductible or **qualifying period** applicable to **business income**.

3. A covered loss occurring at **unspecified locations**, **reported unspecified locations** or other premises not shown on the **Business Property Schedule of Locations** will be subject to the **Deductibles and Qualifying Periods** applicable for the first **location** shown in the **Business Property Schedule of Locations**, unless specific coverage deductibles are shown in the **Business Property Schedule of Locations** or an endorsement.

4. Unless otherwise stated in the **coverage part** or endorsement, if more than one monetary deductible applies, the Insurer will apply each deductible separately, but the total of all deductibles applied for any one **occurrence** will not exceed the highest applicable monetary deductible for loss or damage to **covered property** plus the highest applicable monetary deductible for loss under **time element coverage**.

5. Loss or damage caused by earthquake, earthquake sprinkler leakage, **flood, named storm** and windstorm or hail may be subject to separate deductible amounts. The **Business Property Schedule of Locations**, or applicable endorsement, will identify the **locations** or **reported unspecified locations** subject to such deductibles and the applicable deductible amount. That Deductible will apply to all coverages that respond to that covered loss, including covered **time element coverage** loss. **Qualifying periods** do not apply to covered loss or expense from earthquake, earthquake sprinkler leakage, **flood, named storm** or windstorm or hail when there is a separate monetary deductible amount applicable.

For purposes of calculating the deductible for those perils, the Insurer will use the applicable Limit of Insurance shown in the **Business Property Schedule of Coverages and Limits**, the **Business Property Schedule of Location** or any endorsement attached to this Policy for that specific coverage, or the actual

Copyright CNA All Rights Reserved.

SESI (Amerisure)001855



# CNA PARAMOUNT
## Business Property Coverage Part

amount of loss, damage, cost or expense for that coverage, whichever is less, towards satisfying that Deductible.

With respect to earthquake, earthquake sprinkler leakage, **flood**, **named storm** and windstorm or hail deductibles, if there are two or more deductibles that are applicable from other **covered perils** in the same **occurrence**, the Insurer will apply each deductible separately. When those Deductibles are shown in the **Business Property Schedule of Coverages and Limits**, the **Business Property Schedule of Locations** or any endorsement:

a. at that specific **location** or **reported unspecified location**, the total of all monetary deductible amounts applied for any one **occurrence** will not exceed the single highest applicable Deductible shown for that **location** or **reported unspecified location**. If more than one **location** or **reported unspecified location** is involved in the same **occurrence**, the Insurer will apply those Deductibles for each **location** and **reported unspecified location** separately, subject to the single highest applicable Deductible for each **location** and each **reported unspecified location**.

b. on a per **occurrence** basis for multiple **locations** or **reported unspecified locations**, the total of all monetary deductible amounts applied for any one **occurrence** will not exceed the single highest applicable Deductible.

Copyright CNA All Rights Reserved.

SESI (Amerisure)001856



SESI (Amerisure)001857



# CNA PARAMOUNT
## Additional Property Not Covered Endorsement

It is understood and agreed as follows:

| SCHEDULE | |
|---|---|
| **Location Number** | **Description of Property** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| **Description of Property for Reported Unspecified Locations** |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |

Copyright CNA All Rights Reserved.

CNA62684XX (10-15)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:     2
Effective Date:  12/23/2023

SESI (Amerisure)001858

000016 - 0066 of 0251 - NNNNNN - 01900 JOBID 386DA004741



# CNA PARAMOUNT

## Additional Property Not Covered Endorsement

The property described at the **locations**, or for property described for **reported unspecified locations**, as shown in the above **SCHEDULE** is added to the definition of **Property Not Covered** in the **First Party Glossary of Defined Terms**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA62684XX (10-15)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 2
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)001859



# CNA PARAMOUNT

## Equipment Breakdown Exclusion Endorsement

It is understood and agreed as follows:

**I.** The following are added to **Other Excluded Perils**, in the **EXCLUSIONS** section of the **Business Property Coverage Part:**

- **Electrical Injury**

  The Insurer will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electrical arcing, that damages or disturbs electrical devices, wiring or equipment. But, if such artificially generated electrical current or electrical arcing results in a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

  This exclusion does not apply to **electronic data processing equipment**, **media** or **records of accounts receivable**.

- **Explosion or Rupture**

  The Insurer will not pay for:

  **a.** Loss or damage caused by or resulting from an explosion, rupture, or bursting of steam boilers, steam pipes, steam engines, steam turbines, gas turbines, or apparatus attached to and forming a part thereof, when owned, operated, or controlled by the **Named Insured**; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the gases of combustion pass.

  But if a result of one of these excluded perils is fire or a combustion explosion, the Insurer will pay that portion of the loss or damage solely caused by that fire or combustion explosion.

  **b.** Loss or damage caused by or resulting from any condition or event inside steam boilers, steam pipes, steam engines, steam turbines, gas turbines, or apparatus attached to and forming a part thereof, when owned, operated, or controlled by the **Named Insured**; except for explosion of accumulated gases or fuel within the furnace of any fired vessel, other than gas turbines, or within the flues or passages through which the gases of combustion pass.

  **c.** Loss or damage caused by or resulting from any condition or event, other than an explosion, inside hot water boilers, other water heating equipment other than steam engines, or pressure vessels when owned, operated, or controlled by the **Named Insured**.

  This exclusion does not apply to **electronic data processing equipment**, **media** or **records of accounts receivable**.

- **Mechanical Breakdown**

  The Insurer will not pay for loss or damage caused by or resulting from mechanical or machinery breakdown, including rupture or bursting caused by or resulting from centrifugal force, of property owned, operated, or controlled by the **Named Insured**. But if a result of the mechanical or machinery breakdown is a **covered peril**, the Insurer will pay for that portion of the loss or damage solely caused by such **covered peril**.

CNA81067XX (10-15)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 3
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)001860

000016 - 0067 of 0251 - NNNNNN - 01901 JOBID 386DA00474I



| | **CNA PARAMOUNT** |
|---|---|
| | **Equipment Breakdown Exclusion Endorsement** |

This exclusion does not apply to **electronic data processing equipment, media** or **records of accounts receivable**.

II.    The following change applies to the **ADDITIONAL COVERAGES** section of the **Business Property Coverage Part**:

The **Equipment Breakdown – Spoilage Coverage** is deleted.

III.    Paragraph I. of the **specified peril** definition in the **First Party Glossary of Defined Terms** is deleted.

All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CNA81067XX (10-15)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 3
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)001861



# CNA PARAMOUNT
## Flood Redefinition Endorsement

It is understood and agreed as follows:

I.    The definition of **flood** in the **First Party Glossary of Defined Terms** is replaced by the following:

**Flood** means:

A.    a general and temporary condition of partial or complete inundation of normally dry land areas from:

1.    the overflow, or the expansion beyond normal boundaries, of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, creeks, rivers, streams, harbors, oceans or any other body of water or watercourse;

2.    waves, tides or tidal waves including tsunami;

3.    surface water; or

4.    the spray from items **1.**, **2.** and **3.** above, all whether driven by wind or not, including storm surge.

B.    a general and temporary condition of partial or complete inundation of normally dry land areas or the accumulation of water on or underground that causes:

1.    water under the ground surface pressing on, or flowing or seeping through:

    i.    foundations, walls, floors or paved surfaces;

    ii.    basements, whether paved or not; or

    iii.    doors, windows or other openings;

2.    water to back up or overflow from a sewer, drain or sump; or

3.    **mudslide or mudflow**.

All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CNA81069XX (10-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 4
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved..

SESI (Amerisure)001862

000016 - 0068 to 0251 - NNNNNN - 01902 JOBID 386DA004741



SESI (Amerisure)001863



# CNA PARAMOUNT

## Communicable Disease Exclusion Endorsement

It is understood and agreed as follows:

**I.** The following is added to the **Excluded Perils Subject to Concurrent Causation Provisions** under the **EXCLUSIONS** section of the **Business Property Coverage Part**:

**Communicable Disease**

The Insurer will not pay any loss, damage, cost, or expense caused directly or indirectly by, resulting from, arising out of, attributable to, or in any way associated with, a **Communicable Disease**. This exclusion includes, but is not limited to, any loss, damage, cost, or expense incurred:

**a.** to mitigate, remediate, repair, replace, prevent, suppress, control, clean-up, detoxify, remove, monitor, or test for any **Communicable Disease**;

**b.** due to the actual or perceived threat or fear of a **Communicable Disease**, including, without limitation, with respect to its incidence, spread, transmission, actual or perceived presence, or effect;

**c.** in response to the actions of governmental, military, or civil authority to mitigate, remediate, repair, replace, prevent, suppress, control, clean-up, detoxify, remove, monitor, or test for any **Communicable Disease**, including, without limitation, actions with respect to the incidence, spread, transmission, actual or perceived presence, or effect of a **Communicable Disease**; or

**d.** as a result of the **suspension** of or change in **operations**, including the operations of businesses other than the **Named Insured**, caused by, arising out of, or attributable to a **Communicable Disease**, including, without limitation, with respect to its incidence, spread, transmission, actual or perceived presence, or effect.

For purposes of this exclusion, **Communicable Disease** means:

**i.** any disease which can be transmitted by means of any substance or agent from any organism to another organism; or

**ii.** any infectious agent or its byproducts, whether man-made or naturally occurring (including any viruses, bacteria, parasites, microorganisms, or any mutations thereof), whether deemed living or not;

**iii.** where

    **a.** the disease, substance, agent, or byproducts could result in infection, illness, or death, threaten human health or human welfare, or could result in damage, deterioration, loss of value, loss of use or marketability of property; and

    **b.** the disease occurs through the direct or indirect transmission of the infectious agent or its byproducts from an infected individual or via air, bodily fluids, an animal, vector, the inanimate environment, or any other source, to a susceptible animal or human host.

**II.** This exclusion does not apply only to the extent of coverage that is provided under the following endorsements, if either such endorsement is attached to this Policy:

**1.** CNA62711XX, Disease Contamination Coverage – Property Damage and Time Element Combined; or

**2.** Disease Contamination Coverage under CNA62667XX, Aging Services Property Extension Endorsement.

However, this exclusion applies to all other coverages, coverage extensions, additional coverages, exceptions to any exclusion and other coverage grant(s).

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA98526XX (05-20)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 5
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)001864

000016 - 0069 of 0251 - NNNNNN - 01903 JOBID 386DA004741

SESI (Amerisure)001865



# General Liability Coverage

SESI (Amerisure)001866



SESI (Amerisure)001867





# CNA PARAMOUNT
## Professional Services
### General Liability Coverage Part Declarations

|  |  | Policy Number: 6056872807 |
|--|--|--|

| 1. Named Insured and mailing address | Name: SESI CONSULTING ENGINEERS<br><br>Address: 959 RT 46E<br><br>PARSIPPANY, NJ 07054-3409 |
|--|--|

| 2. Type of Organization | Corporation |
|--|--|

| 3. Limits of Insurance, Deductible | | |
|--|--|--|
|  | General Aggregate Limit | $2,000,000 |
|  | Products/Completed Operations Aggregate Limit | $2,000,000 |
|  | Personal And Advertising Injury Limit | $1,000,000 |
|  | Each Occurrence Limit | $1,000,000 |
|  | Damage To Premises Rented To You Limit | $100,000 |
|  | Medical Expense Limit – Any One Person | $15,000 |

| 4. Premium, Surcharges Taxes and Fees at Issuance | | |
|--|--|--|
|  | Total Premium for this **Coverage Part** | |
|  | New Jersey PLIGA Surcharge | |
|  | Total Premium, Surcharges Taxes and Fees for this **Coverage Part** | |
|  | Your Premium includes the following amount for Certified Acts of Terrorism | |

| 5. Audit Period: | Annual |
|--|--|

CNA74694XX 01-15

Page 1 of 1

Copyright CNA All Rights Reserved.

SESI (Amerisure)001868

000016 - 0071 of 0251 - NNNNNN - 01905 JOBID 386DA004741



SESI (Amerisure)001869



# CNA PARAMOUNT

## Additional Declarations -
## General Liability Schedule of Locations and Coverages

Policy Number: 6056872807

| Policy Level | | | | | |
|---|---|---|---|---|---|
| **Coverage/Hazard Description** | | **Exposure** | **Premium Basis** | **Rate** | **Estimated Premium** |
| Architects, Engineers, and Surveyors Extension: < 26% field work | | | (SL) | 3% | |
| Subcontractor's Blanket Additional | | | (SL) | 15% | |

| Location Level | | | | | |
|---|---|---|---|---|---|
| **Location Number** 1 | **Location Address:** 949 RT 46 E  PARSIPPANY, NJ  07054 | | | | |
| **Coverage/Hazard Description** | | **Exposure** | **Premium Basis** | **Rate** | **Estimated Premium** |
| **Class Code** 92663 Engineers or Architects - consulting - not engaged in actual construction. Products-completed operations are subject to the General Aggregate Limit.  Premises & Operations | | | | | |
| | | **Location Sub-Total** | | | |

Copyright CNA All Rights Reserved.

SESI (Amerisure)001870

000016 - 0072 of 0251 - NNNNNN - 01906 JOBID 386DA004741



SESI (Amerisure)001871



| **CNA PARAMOUNT** |
| **Commercial General Liability Coverage Part** |

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the **Named Insured** shown in the Declarations, and any other person or organization qualifying as a **Named Insured** under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word **Insured** means any person or organization qualifying as such under Section **II – Who Is An Insured**.

Other words and phrases that appear in bold have special meaning. Refer to Section **V – Definitions**.

---

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

    **a.** We will pay those sums that the **Insured** becomes legally obligated to pay as **damages** because of **bodily injury** or **property damage** to which this insurance applies. We will have the right and duty to defend the **Insured** against any **suit** seeking those **damages**. However, we will have no duty to defend the **Insured** against any **suit** seeking **damages** for **bodily injury** or **property damage** to which this insurance does not apply. We may, at our discretion, investigate any **occurrence** and settle any claim or **suit** that may result. But:

        **(1)** The amount we will pay for **damages** is limited as described in Section **III – Limits Of Insurance**; and

        **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

    **b.** This insurance applies to **bodily injury** and **property damage** only if:

        **(1)** The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

        **(2)** The **bodily injury** or **property damage** occurs during the **policy period**; and

        **(3)** Prior to the **policy period**, no **Insured** listed under Paragraph **1.** of Section **II – Who Is An Insured** and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed **Insured** or authorized **employee** knew, prior to the **policy period**, that the **bodily injury** or **property damage** occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the **policy period** will be deemed to have been known prior to the **policy period**.

    **c.** **Bodily injury** or **property damage** which occurs during the **policy period** and was not, prior to the **policy period**, known to have occurred by any **Insured** listed under Paragraph **1.** of Section **II – Who Is An Insured** or any **employee** authorized by you to give or receive notice of an **occurrence** or claim, includes any continuation, change or resumption of that **bodily injury** or **property damage** after the end of the **policy period**.

    **d.** **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any **Insured** listed under Paragraph **1.** of Section **II – Who Is An Insured** or any **employee** authorized by you to give or receive notice of an **occurrence** or claim:

        **(1)** Reports all, or any part, of the **bodily injury** or **property damage** to us or any other insurer;

        **(2)** Receives a written or verbal demand or claim for **damages** because of the **bodily injury** or **property damage**; or

        **(3)** Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

Copyright Insurance Services Office, Inc., 2012

**SESI (Amerisure)001872**

000016 - 0073 ot 0251 - NNNNNN - 01907 JOBID 386DA004741



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

e. **Damages** because of **bodily injury** include **damages** claimed by any person or organization for care, loss of services or death resulting at any time from the **bodily injury**.

## 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the **Insured**. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

**Bodily injury** or **property damage** for which the **Insured** is obligated to pay **damages** by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for **damages**:

(1) That the **Insured** would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **Insured contract**, reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an **Insured** are deemed to be **damages** because of **bodily injury** or **property damage**, provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **Insured contract**; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which **damages** to which this insurance applies are alleged.

c. **Liquor Liability**

**Bodily injury** or **property damage** for which any **Insured** may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any **Insured** allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that **Insured**; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the **occurrence** which caused the **bodily injury** or **property damage**, involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the **Insured** under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001873



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

**e. Employer's Liability**

**Bodily injury** to:

**(1)** An **employee** of the **Insured** arising out of and in the course of:

    **(a)** Employment by the **Insured**; or

    **(b)** Performing duties related to the conduct of the **Insured's** business; or

**(2)** The **spouse**, child, parent, brother or sister of that **employee** as a consequence of Paragraph **(1)** above.

This exclusion applies whether the **Insured** may be liable as an employer or in any other capacity and to any obligation to share **damages** with or repay someone else who must pay **damages** because of the injury.

This exclusion does not apply to liability assumed by the **Insured** under an **Insured contract**.

**f. Pollution**

**(1) Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any **Insured**. However, this subparagraph does not apply to:

        **(i) Bodily injury** if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

        **(ii) Bodily injury** or **property damage** for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional **Insured** with respect to your ongoing operations performed for that additional **Insured** at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any **Insured**, other than that additional **Insured**; or

        **(iii) Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire**;

    **(b)** At or from any premises, site or location which is or was at any time used by or for any **Insured** or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

        **(i)** Any **Insured**; or

        **(ii)** Any person or organization for whom you may be legally responsible; or

    **(d)** At or from any premises, site or location on which any **Insured** or any contractors or subcontractors working directly or indirectly on any **Insured's** behalf are performing operations if the **pollutants** are brought on or to the premises, site or location in connection with such operations by such **Insured**, contractor or subcontractor. However, this subparagraph does not apply to:

        **(i) Bodily injury** or **property damage** arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of **mobile equipment** or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the **bodily injury** or **property damage** arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such **Insured**, contractor or subcontractor;

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001874



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

    **(ii)** **Bodily injury** or **property damage** sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    **(iii)** **Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire**.

  **(e)** At or from any premises, site or location on which any **Insured** or any contractors or subcontractors working directly or indirectly on any **Insured's** behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**.

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any **Insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

  **(b)** Claim or suit by or on behalf of a governmental authority for **damages** because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

However, this paragraph does not apply to liability for **damages** because of **property damage** that the **Insured** would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or **suit** by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any **Insured**. Use includes operation and **loading or unloading**.

This exclusion applies even if the claims against any **Insured** allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that **Insured**, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft that is owned or operated by or rented or loaned to any **Insured**.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an **auto** on, or on the ways next to, premises you own or rent, provided the **auto** is not owned by or rented or loaned to you or the **Insured**;

**(4)** Liability assumed under any **Insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** **Bodily injury** or **property damage** arising out of:

  **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

  **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of **mobile equipment**.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001875



| | CNA PARAMOUNT |
|---|---|
| | **Commercial General Liability Coverage Part** |

**h. Mobile Equipment**

**Bodily injury** or **property damage** arising out of:

**(1)** The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any **insured**; or

**(2)** The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

**Bodily injury** or **property damage**, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

**Property damage** to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the **insured**;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III – Limits Of Insurance**.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

**k. Damage To Your Product**

**Property damage** to **your product** arising out of it or any part of it.

**l. Damage To Your Work**

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard**.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001876



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

**Property damage** to **impaired property** or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

**Damages** claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1) Your product**;

**(2) Your work**; or

**(3) Impaired property**;

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

**Bodily injury** arising out of **personal and advertising injury**.

**p. Electronic Data**

**Damages** arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for **damages** because of **bodily injury**.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

**Bodily injury** or **property damage** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III – Limits Of Insurance**.

CG0001 04-13

Page 6 of 20

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001877



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the **Insured** becomes legally obligated to pay as **damages** because of **personal and advertising injury** to which this insurance applies. We will have the right and duty to defend the **Insured** against any **suit** seeking those **damages**. However, we will have no duty to defend the **Insured** against any **suit** seeking **damages** for **personal and advertising injury** to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or **suit** that may result. But:

   **(1)** The amount we will pay for **damages** is limited as described in Section **III – Limits Of Insurance**; and

   **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to **personal and advertising injury** caused by an offense arising out of your business but only if the offense was committed in the **coverage territory** during the **policy period**.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

**Personal and advertising injury** caused by or at the direction of the **Insured** with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury**.

**b. Material Published With Knowledge Of Falsity**

**Personal and advertising injury** arising out of oral or written publication, in any manner, of material, if done by or at the direction of the **Insured** with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

**Personal and advertising injury** arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the **policy period**.

**d. Criminal Acts**

**Personal and advertising injury** arising out of a criminal act committed by or at the direction of the **Insured**.

**e. Contractual Liability**

**Personal and advertising injury** for which the **Insured** has assumed liability in a contract or agreement. This exclusion does not apply to liability for **damages** that the **Insured** would have in the absence of the contract or agreement.

**f. Breach Of Contract**

**Personal and advertising injury** arising out of a breach of contract, except an implied contract to use another's advertising idea in your **advertisement**.

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

**Personal and advertising injury** arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your **advertisement**.

**h. Wrong Description Of Prices**

**Personal and advertising injury** arising out of the wrong description of the price of goods, products or services stated in your **advertisement**.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001878

000016 - 0076 of 0251 - NNNNNN - 01910 JOBID 386DA004741



| | **CNA PARAMOUNT** |
|---|---|
| | **Commercial General Liability Coverage Part** |

**i.   Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**Personal and advertising injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your **advertisement**.

However, this exclusion does not apply to infringement, in your **advertisement**, of copyright, trade dress or slogan.

**j.   Insureds In Media And Internet Type Businesses**

**Personal and advertising injury** committed by an **insured** whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of **personal and advertising injury** under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.   Electronic Chatrooms Or Bulletin Boards**

**Personal and advertising injury** arising out of an electronic chatroom or bulletin board the **insured** hosts, owns, or over which the **insured** exercises control.

**l.   Unauthorized Use Of Another's Name Or Product**

**Personal and advertising injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

**Personal and advertising injury** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

**n.   Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

**(2)** Claim or suit by or on behalf of a governmental authority for **damages** because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**o.   War**

**Personal and advertising injury**, however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001879



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

p. **Recording And Distribution Of Material Or Information In Violation Of Law**

**Personal and advertising injury** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for **bodily injury** caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

         (a) The accident takes place in the **coverage territory** and during the **policy period**;

         (b) The expenses are incurred and reported to us within one year of the date of the accident; and

         (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

   We will not pay expenses for **bodily injury**:

   a. **Any Insured**

      To any **Insured**, except **volunteer workers**.

   b. **Hired Person**

      To a person hired to do work for or on behalf of any **Insured** or a tenant of any **Insured**.

   c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. **Workers' Compensation And Similar Laws**

      To a person, whether or not an **employee** of any **Insured**, if benefits for the **bodily injury** are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001880

000016 - 0077 of 0251 - NNNNNN - 01911 JOBID 386DA004741





**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

**e.** **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f.** **Products-Completed Operations Hazard**

Included within the **products-completed operations hazard**.

**g.** **Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any **suit** against an **Insured** we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the **Insured** at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the **Insured** in the **suit**. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the **Insured**.

**f.** Prejudgment interest awarded against the **Insured** on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an **Insured** against a **suit** and an indemnitee of the **Insured** is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

**a.** The **suit** against the indemnitee seeks **damages** for which the **Insured** has assumed the liability of the indemnitee in a contract or agreement that is an **Insured contract**;

**b.** This insurance applies to such liability assumed by the **Insured**;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the **Insured** in the same **Insured contract**;

**d.** The allegations in the **suit** and the information we know about the **occurrence** are such that no conflict appears to exist between the interests of the **Insured** and the interests of the indemnitee;

**e.** The indemnitee and the **Insured** ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the **Insured** and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the **suit**;

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit**;

Copyright Insurance Services Office, Inc., 2012

**SESI (Amerisure)001881**



# CNA PARAMOUNT

## Commercial General Liability Coverage Part

    **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

    **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(2)** Provides us with written authorization to:

    **(a)** Obtain records and other information related to the **suit**; and

    **(b)** Conduct and control the defense of the indemnitee in such **suit**.

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I – Coverage A – Bodily Injury And Property Damage Liability**, such payments will not be deemed to be **damages** for **bodily injury** and **property damage** and will not reduce the limits of insurance.

Our obligation to defend an **insured's** indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

---

### SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

  **a.** An individual, you and your **spouse** are **insureds**, but only with respect to the conduct of a business of which you are the sole owner.

  **b.** A partnership or joint venture, you are an **insured**. Your members, your partners, and their **spouses** are also **insureds**, but only with respect to the conduct of your business.

  **c.** A limited liability company, you are an **insured**. Your members are also **insureds**, but only with respect to the conduct of your business. Your managers are **insureds**, but only with respect to their duties as your managers.

  **d.** An organization other than a partnership, joint venture or limited liability company, you are an **insured**. Your **executive officers** and directors are **insureds**, but only with respect to their duties as your officers or directors. Your stockholders are also **insureds**, but only with respect to their liability as stockholders.

  **e.** A trust, you are an **insured**. Your trustees are also **insureds**, but only with respect to their duties as trustees.

**2.** Each of the following is also an **insured**:

  **a.** Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are **insureds** for:

    **(1)** **Bodily injury** or **personal and advertising injury**:

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

      **(b)** To the **spouse**, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph **(1)(a)** above;

      **(c)** For which there is any obligation to share **damages** with or repay someone else who must pay **damages** because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care services.

CG0001 04-13                                                                      Page 11 of 20

Copyright Insurance Services Office, Inc., 2012

**SESI (Amerisure)001882**



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

    **(2)** **Property damage** to property:

        **(a)** Owned, occupied or used by;

        **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

  **b.** Any person (other than your **employee** or **volunteer worker**), or any organization while acting as your real estate manager.

  **c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

  **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this **Coverage Part**.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a **Named Insured** if there is no other similar insurance available to that organization. However:

  **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the **policy period**, whichever is earlier;

  **b.** Coverage **A** does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

  **c.** Coverage **B** does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

No person or organization is an **Insured** with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a **Named Insured** in the Declarations.

---

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  **a.** **Insureds**;

  **b.** Claims made or **suits** brought; or

  **c.** Persons or organizations making claims or bringing **suits**.

**2.** The General Aggregate Limit is the most we will pay for the sum of:

  **a.** Medical expenses under Coverage **C**;

  **b.** **Damages** under Coverage **A**, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

  **c.** **Damages** under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for **damages** because of **bodily injury** and **property damage** included in the **products-completed operations hazard**.

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all **damages** because of all **personal and advertising injury** sustained by any one person or organization.

Copyright Insurance Services Office, Inc., 2012

**SESI (Amerisure)001883**



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** **Damages** under Coverage **A;** and

    **b.** Medical expenses under Coverage **C**

    because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for **damages** because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of **bodily injury** sustained by any one person.

The Limits of Insurance of this **Coverage Part** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the **policy period** shown in the Declarations, unless the **policy period** is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

---

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

    Bankruptcy or insolvency of the **Insured** or of the **Insured**'s estate will not relieve us of our obligations under this **Coverage Part**.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    **a.** You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim. To the extent possible, notice should include:

    **(1)** How, when and where the **occurrence** or offense took place;

    **(2)** The names and addresses of any injured persons and witnesses; and

    **(3)** The nature and location of any injury or damage arising out of the **occurrence** or offense.

    **b.** If a claim is made or **suit** is brought against any **Insured**, you must:

    **(1)** Immediately record the specifics of the claim or **suit** and the date received; and

    **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

    **c.** You and any other involved **Insured** must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the **Insured** because of injury or damage to which this insurance may also apply.

    **d.** No **Insured** will, except at that **Insured's** own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

    No person or organization has a right under this **Coverage Part**:

CG0001 04-13                                                                 Page 13 of 20

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001884

000016 - 0079 of 0251 - NNNNNN - 01913 JOBID 386DA004741



| | CNA PARAMOUNT |
|---|---|
| | **Commercial General Liability Coverage Part** |

**a.** To join us as a party or otherwise bring us into a **suit** asking for **damages** from an **insured**; or

**b.** To sue us on this **Coverage Part** unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an **insured**; but we will not be liable for **damages** that are not payable under the terms of this **Coverage Part** or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the **insured** for a loss we cover under Coverages **A** or **B** of this **Coverage Part**, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

    **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

        **(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work**;

        **(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

        **(iii)** That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

        **(iv)** If the loss arises out of the maintenance or use of aircraft, **autos** or watercraft to the extent not subject to Exclusion **g.** of Section **I – Coverage A – Bodily Injury And Property Damage Liability**.

    **(b)** Any other primary insurance available to you covering liability for **damages** arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional **insured**.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the **insured** against any **suit** if any other insurer has a duty to defend the **insured** against that **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the **insured's** rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(b)** The total of all deductible and self-**insured** amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this **Coverage Part**.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001885





| | **CNA PARAMOUNT** |
|---|---|
| | **Commercial General Liability Coverage Part** |

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

    **a.** We will compute all premiums for this **Coverage Part** in accordance with our rules and rates.

    **b.** Premium shown in this **Coverage Part** as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the **First Named Insured**. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the **policy period** is greater than the earned premium, we will return the excess to the **First Named Insured**.

    **c.** The **First Named Insured** must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

    **a.** The statements in the Declarations are accurate and complete;

    **b.** Those statements are based upon representations you made to us; and

    **c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this **Coverage Part** to the **First Named Insured**, this insurance applies:

    **a.** As if each **Named Insured** were the only **Named Insured**; and

    **b.** Separately to each **Insured** against whom claim is made or **suit** is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the **Insured** has rights to recover all or part of any payment we have made under this **Coverage Part**, those rights are transferred to us. The **Insured** must do nothing after loss to impair them. At our request, the **Insured** will bring **suit** or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this **Coverage Part**, we will mail or deliver to the **First Named Insured** shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1. Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    **b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2. Auto** means:

    **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

CG0001 04-13

Copyright Insurance Services Office, Inc., 2012

**SESI (Amerisure)001886**



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

3. **Bodily injury** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **Coverage territory** means:

    a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    c. All other parts of the world if the injury or damage arises out of:

        (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

        (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

        (3) **Personal and advertising injury** offenses that take place through the Internet or similar electronic means of communication;

        provided the **insured's** responsibility to pay **damages** is determined in a **suit** on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

6. **Executive officer** means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. **Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

8. **Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

    a. It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

    b. You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by the repair, replacement, adjustment or removal of **your product** or **your work** or your fulfilling the terms of the contract or agreement.

9. **Insured contract** means:

    a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

    b. A sidetrack agreement;

    c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e. An elevator maintenance agreement;

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001887



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the **insured**, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the **insured's** rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10. Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

**11. Loading or unloading** means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

**b.** While it is in or on an aircraft, watercraft or **auto**; or

**c.** While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or **auto**.

**12. Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

Copyright Insurance Services Office, Inc., 2012

**SESI (Amerisure)001888**

000016 - 0080 of 0251 - NNNNNN - 01915 JOBID 386DA004741



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

**13. Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14. Personal and advertising injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your **advertisement**; or

**g.** Infringing upon another's copyright, trade dress or slogan in your **advertisement**.

**15. Pollutants** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16. Products-completed operations hazard:**

**a.** Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001889



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

   **b.** Does not include **bodily injury** or **property damage** arising out of:

     **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any **insured**;

     **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

     **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17. Property damage** means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18. Suit** means a civil proceeding in which **damages** because of **bodily injury**, **property damage** or **personal and advertising injury** to which this insurance applies are alleged. **suit** includes:

   **a.** An arbitration proceeding in which such **damages** are claimed and to which the **insured** must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such **damages** are claimed and to which the **insured** submits with our consent.

**19. Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**20. Volunteer worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21. Your product**:

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001890



**CNA PARAMOUNT**

**Commercial General Liability Coverage Part**

**22. Your work:**

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**; and

        **(2)** The providing of or failure to provide warnings or instructions.

Copyright Insurance Services Office, Inc., 2012

SESI (Amerisure)001891



# CNA PARAMOUNT

## Architects, Engineers and Surveyors General Liability Extension Endorsement

It is understood and agreed that this endorsement amends the **COMMERCIAL GENERAL LIABILITY COVERAGE PART** as follows. If any other endorsement attached to this policy amends any provision also amended by this endorsement, then that other endorsement controls with respect to such provision, and the changes made by this endorsement with respect to such provision do not apply.

| TABLE OF CONTENTS |
|---|
| 1.  Additional Insureds |
| 2.  Additional Insured - Primary And Non-Contributory To Additional Insured's Insurance |
| 3.  Additional Insured – Extended Coverage |
| 4.  Boats |
| 5.  Bodily Injury – Expanded Definition |
| 6.  Broad Knowledge of Occurrence/ Notice of Occurrence |
| 7.  Broad Named Insured |
| 8.  Contractual Liability – Railroads |
| 9.  Estates, Legal Representatives and Spouses |
| 10. Expected Or Intended Injury – Exception for Reasonable Force |
| 11. General Aggregate Limits of Insurance – Per Location |
| 12. In Rem Actions |
| 13. Incidental Health Care Malpractice Coverage |
| 14. Joint Ventures/Partnership/Limited Liability Companies |
| 15. Legal Liability – Damage To Premises |
| 16. Liquor Liability |
| 17. Medical Payments |
| 18. Non-owned Aircraft Coverage |
| 19. Non-owned Watercraft |
| 20. Personal And Advertising Injury – Discrimination or Humiliation |
| 21. Personal And Advertising Injury - Contractual Liability |
| 22. Property Damage – Elevators |
| 23. Retired Partners, Members, Directors And Employees |
| 24. Supplementary Payments |
| 25. Unintentional Failure To Disclose Hazards |
| 26. Waiver of Subrogation – Blanket |
| 27. Wrap-Up Extension: OCIP, CCIP or Consolidated (Wrap-Up) Insurance Programs |

CNA74858XX (1-15)
Page 1 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001892



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

## 1. ADDITIONAL INSUREDS

**a.** **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization described in paragraphs **A.** through **I.** below whom a **Named Insured** is required to add as an additional insured on this **Coverage Part** under a written contract or written agreement, provided such contract or agreement:

**(1)** is currently in effect or becomes effective during the term of this **Coverage Part**; and

**(2)** was executed prior to:

**(a)** the **bodily injury** or **property damage**; or

**(b)** the offense that caused the **personal and advertising injury**,

for which such additional insured seeks coverage.

**b.** However, subject always to the terms and conditions of this policy, including the limits of insurance, the Insurer will not provide such additional insured with:

**(1)** a higher limit of insurance than required by such contract or agreement; or

**(2)** coverage broader than required by such contract or agreement, and in no event broader than that described by the applicable paragraph **A.** through **I.** below.

Any coverage granted by this endorsement shall apply only to the extent permissible by law.

### A. Controlling Interest

Any person or organization with a controlling interest in a **Named Insured**, but only with respect to such person or organization's liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of:

**1.** such person or organization's financial control of a **Named Insured**; or

**2.** premises such person or organization owns, maintains or controls while a **Named Insured** leases or occupies such premises;

provided that the coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

### B. Co-owner of Insured Premises

A co-owner of a premises co-owned by a **Named Insured** and covered under this insurance but only with respect to such co-owner's liability for **bodily injury**, **property damage** or **personal and advertising injury** as co-owner of such premises.

### C. Engineers, Architects or Surveyors Engaged By You

An architect, engineer or surveyor engaged by the **Named Insured**, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused in whole or in part by the **Named Insured's** acts or omissions, or the acts or omissions of those acting on the **Named Insured's** behalf:

**a.** in connection with the **Named Insured's** premises; or

**b.** in the performance of the **Named Insured's** ongoing operations.

But the coverage hereby granted to such additional insureds does not apply to **bodily injury**, **property damage** or **personal and advertising injury** arising out of the rendering of or failure to render any professional services by, on behalf of, or for the **Named Insured**, including but not limited to:

CNA74858XX (1-15)
Page 2 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001893



# CNA PARAMOUNT

## Architects, Engineers and Surveyors General Liability Extension Endorsement

1. the preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

2. supervisory, inspection, architectural or engineering activities.

**D. Lessor of Equipment**

Any person or organization from whom a **Named Insured** leases equipment, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused, in whole or in part, by the **Named Insured's** maintenance, operation or use of such equipment, provided that the **occurrence** giving rise to such **bodily injury, property damage** or the offense giving rise to such **personal and advertising injury** takes place prior to the termination of such lease.

**E. Lessor of Land**

Any person or organization from whom a **Named Insured** leases land but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** arising out of the ownership, maintenance or use of such land, provided that the **occurrence** giving rise to such **bodily injury, property damage** or the offense giving rise to such **personal and advertising injury** takes place prior to the termination of such lease. The coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

**F. Lessor of Premises**

An owner or lessor of premises leased to the **Named Insured**, or such owner or lessor's real estate manager, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** arising out of the ownership, maintenance or use of such part of the premises leased to the **Named Insured**, and provided that the **occurrence** giving rise to such **bodily injury** or **property damage**, or the offense giving rise to such **personal and advertising injury**, takes place prior to the termination of such lease. The coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

**G. Mortgagee, Assignee or Receiver**

A mortgagee, assignee or receiver of premises but only with respect to such mortgagee, assignee or receiver's liability for **bodily injury, property damage** or **personal and advertising injury** arising out of the **Named Insured's** ownership, maintenance, or use of a premises by a **Named Insured**.

The coverage granted by this paragraph does not apply to structural alterations, new construction or demolition operations performed by, on behalf of, or for such additional insured.

**H. State or Governmental Agency or Subdivision or Political Subdivisions – Permits**

A state or governmental agency or subdivision or political subdivision that has issued a permit or authorization but only with respect to such state or governmental agency or subdivision or political subdivision's liability for **bodily injury, property damage** or **personal and advertising injury** arising out of:

1. the following hazards in connection with premises a **Named Insured** owns, rents, or controls and to which this insurance applies:

   a. the existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decorations and similar exposures; or

   b. the construction, erection, or removal of elevators; or

   c. the ownership, maintenance or use of any elevators covered by this insurance; or

---

CNA74858XX (1-15)
Page 3 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)001894**



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

2.   the permitted or authorized operations performed by a **Named Insured** or on a **Named Insured's** behalf.

The coverage granted by this paragraph does not apply to:

a.   **Bodily injury, property damage** or **personal and advertising injury** arising out of operations performed for the state or governmental agency or subdivision or political subdivision; or

b.   **Bodily injury** or **property damage** included within the **products-completed operations hazard**.

With respect to this provision's requirement that additional insured status must be requested under a written contract or agreement, the Insurer will treat as a written contract any governmental permit that requires the **Named Insured** to add the governmental entity as an additional insured.

I.   **Trade Show Event Lessor**

1.   With respect to a **Named Insured's** participation in a trade show event as an exhibitor, presenter or displayer, any person or organization whom the **Named Insured** is required to include as an additional insured, but only with respect to such person or organization's liability for **bodily injury**, **property damage** or **personal and advertising injury** caused by:

a.   the **Named Insured's** acts or omissions; or

b.   the acts or omissions of those acting on the **Named Insured's** behalf,

in the performance of the **Named Insured's** ongoing operations at the trade show event premises during the trade show event.

2.   The coverage granted by this paragraph does not apply to **bodily injury** or **property damage** included within the **products-completed operations hazard**.

**2.   ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY TO ADDITIONAL INSURED'S INSURANCE**

The **Other Insurance** Condition in the **COMMERCIAL GENERAL LIABILITY CONDITIONS** Section is amended to add the following paragraph:

If the **Named Insured** has agreed in writing in a contract or agreement that this insurance is primary and non-contributory relative to an additional insured's own insurance, then this insurance is primary, and the Insurer will not seek contribution from that other insurance. For the purpose of this Provision **2.**, the additional insured's own insurance means insurance on which the additional insured is a named insured. Otherwise, and notwithstanding anything to the contrary elsewhere in this Condition, the insurance provided to such person or organization is excess of any other insurance available to such person or organization.

**3.   ADDITIONAL INSURED – EXTENDED COVERAGE**

When an additional insured is added by this or any other endorsement attached to this **Coverage Part, WHO IS AN INSURED** is amended to make the following natural persons **Insureds**.

If the additional insured is:

a.   An individual, then his or her **spouse** is an **Insured**;

b.   A partnership or joint venture, then its partners, members and their **spouses** are **Insureds**;

c.   A limited liability company, then its members and managers are **Insureds**; or

d.   An organization other than a partnership, joint venture or limited liability company, then its executive officers, directors and shareholders are **Insureds**;

---

CNA74858XX (1-15)
Page 4 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:   6056872807
Endorsement No:      6
Effective Date:   12/23/2023

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001895



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

but only with respect to locations and operations covered by the additional insured endorsement's provisions, and only with respect to their respective roles within their organizations.

Please see the **ESTATES, LEGAL REPRESENTATIVES, AND SPOUSES** provision of this endorsement for additional coverage and restrictions applicable to **spouses** of natural person **Insureds**.

**4. BOATS**

Under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the paragraph entitled **Exclusions** is amended to add the following additional exception to the exclusion entitled **Aircraft, Auto or Watercraft**:

This exclusion does not apply to:

Any watercraft owned by the **Named Insured** that is less than 30 feet long while being used in the course of the **Named Insured's** inspection or surveying work.

**5. BODILY INJURY – EXPANDED DEFINITION**

Under **DEFINITIONS**, the definition of **bodily injury** is deleted and replaced by the following:

**Bodily injury** means physical injury, sickness or disease sustained by a person, including death, humiliation, shock, mental anguish or mental injury sustained by that person at any time which results as a consequence of the physical injury, sickness or disease.

**6. BROAD KNOWLEDGE OF OCCURRENCE/ NOTICE OF OCCURRENCE**

Under **CONDITIONS**, the condition entitled **Duties in The Event of Occurrence, Offense, Claim or Suit** is amended to add the following provisions:

**A. BROAD KNOWLEDGE OF OCCURRENCE**

The **Named Insured** must give the Insurer or the Insurer's authorized representative notice of an **occurrence**, offense or **claim** only when the **occurrence**, offense or **claim** is known to a natural person **Named Insured**, to a partner, executive officer, manager or member of a **Named Insured**, or to an **employee** designated by any of the above to give such notice.

**B. NOTICE OF OCCURRENCE**

The **Named Insured's** rights under this **Coverage Part** will not be prejudiced if the **Named Insured** fails to give the Insurer notice of an **occurrence**, offense or **claim** and that failure is solely due to the **Named Insured's** reasonable belief that the **bodily injury** or **property damage** is not covered under this **Coverage Part**. However, the **Named Insured** shall give written notice of such **occurrence**, offense or **claim** to the Insurer as soon as the **Named Insured** is aware that this insurance may apply to such **occurrence**, offense or **claim**.

**7. BROAD NAMED INSURED**

**WHO IS AN INSURED** is amended to delete its Paragraph **3.** in its entirety and replace it with the following:

**3.** Pursuant to the limitations described in Paragraph **4.** below, any organization in which a **Named Insured** has management control:

**a.** on the effective date of this **Coverage Part**; or

**b.** by reason of a **Named Insured** creating or acquiring the organization during the **policy period**,

qualifies as a **Named Insured**, provided that there is no other similar liability insurance, whether primary, contributory, excess, contingent or otherwise, which provides coverage to such organization, or which would have

CNA74858XX (1-15)
Page 5 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001896



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

provided coverage but for the exhaustion of its limit, and without regard to whether its coverage is broader or narrower than that provided by this insurance.

But this **BROAD NAMED INSURED** provision does not apply to:

**(a)** any partnership, limited liability company or joint venture; or

**(b)** any organization for which coverage is excluded by another endorsement attached to this **Coverage Part**.

For the purpose of this provision, management control means:

**A.** owning interests representing more than 50% of the voting, appointment or designation power for the selection of a majority of the Board of Directors of a corporation; or

**B.** having the right, pursuant to a written trust agreement, to protect, control the use of, encumber or transfer or sell property held by a trust.

**4.** With respect to organizations which qualify as **Named Insureds** by virtue of Paragraph **3.** above, this insurance does not apply to:

**a.** **bodily injury** or **property damage** that first occurred prior to the date of management control, or that first occurs after management control ceases; nor

**b.** **personal or advertising injury** caused by an offense that first occurred prior to the date of management control or that first occurs after management control ceases.

**5.** The insurance provided by this **Coverage Part** applies to **Named Insureds** when trading under their own names or under such other trading names or doing-business-as names (dba) as any **Named Insured** should choose to employ.

**8. CONTRACTUAL LIABILITY – RAILROADS**

With respect to operations performed within 50 feet of railroad property, the definition of **insured contract** is replaced by the following:

**Insured Contract** means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to a **Named Insured** or temporarily occupied by a **Named Insured** you with permission of the owner is not an **insured contract**;

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to the **Named Insured's** business (including an indemnification of a municipality in connection with work performed for a municipality) under which the **Named Insured** assumes the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)001897**



# CNA PARAMOUNT

## Architects, Engineers and Surveyors General Liability Extension Endorsement

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(2)** Under which the **Insured**, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(1)** above and supervisory, inspection, architectural or engineering activities.

## 9. ESTATES, LEGAL REPRESENTATIVES, AND SPOUSES

The estates, executors, heirs, legal representatives, administrators, trustees, beneficiaries and **spouses** of any natural person **Insured** or living trust shall also be insured under this policy; provided, however, coverage is afforded to such estates, executors, heirs, legal representatives, administrators, trustees, beneficiaries and **spouses** only for **claims** arising solely out of their capacity or status as such and, in the case of a **spouse**, where such **claim** seeks **damages** from marital community property, jointly held property or property transferred from such natural person **Insured** to such **spouse**. No coverage is provided for any act, error or omission of an estate, heir, legal representative, or **spouse** outside the scope of such person's capacity or status as such, provided, however, that the **spouse** of a natural person **Named Insured**, and the **spouses** of members or partners of joint venture or partnership **Named Insureds** are **Insureds** with respect to such **spouses'** acts, errors or omissions in the conduct of the **Named Insured's** business.

## 10. EXPECTED OR INTENDED INJURY – EXCEPTION FOR REASONABLE FORCE

Under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete the exclusion entitled **Expected or Intended Injury** and replace it with the following:

This insurance does not apply to:

**Expected or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the **Insured**. This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or property.

## 11. GENERAL AGGREGATE LIMITS OF INSURANCE - PER LOCATION

**A.** A separate Location General Aggregate Limit, equal to the amount of the General Aggregate Limit, is the most the Insurer will pay for the sum of:

    **1.** All **damages** under **Coverage A**, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

    **2.** All medical expenses under **Coverage C**,

that arise from **occurrences** or accidents which can be attributed solely to ongoing operations at that location. Such payments shall not reduce the General Aggregate Limit shown in the Declarations, nor the Location General Aggregate Limit of any other location.

**B.** All:

    **1.** **Damages** under **Coverage B**, regardless of the number of locations involved;

---

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001898

000016 - 0086 of 0251 - NNNNNN - 01920 JOBID 386DA004741



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

2. **Damages** under **Coverage A**, caused by **occurrences** which cannot be attributed solely to ongoing operations at a single location, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

3. Medical expenses under **Coverage C** caused by accidents which cannot be attributed solely to ongoing operations at a single location,

will reduce the General Aggregate Limit shown in the Declarations.

C. For the purpose of this **GENERAL AGGREGATE LIMITS OF INSURANCE - PER LOCATION** Provision, "location" means:

1. a premises the **Named Insured** owns or rents; or

2. a premises not owned or rented by any **Named Insured** at which the **Named Insured** is performing operations pursuant to a contract or written agreement. If operations at such a location have been discontinued and then restarted, or if the authorized parties deviate from plans, blueprints, designs, specifications or timetables, the location will still be deemed to be the same location.

For the purpose of determining the applicable aggregate limit of insurance, premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad shall be considered a single location.

D. The limits shown in the Declarations for Each Occurrence, for Damage To Premises Rented To You and for Medical Expense continue to apply, but will be subject to either the Location General Aggregate Limit or the General Aggregate Limit, depending on whether the **occurrence** can be attributed solely to ongoing operations at a particular location.

E. When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**, regardless of the number of locations involved, will reduce the Products-Completed Operations Aggregate Limit shown in the Declarations.

F. The provisions of **LIMITS OF INSURANCE** not otherwise modified by this **GENERAL AGGREGATE LIMITS OF INSURANCE - PER LOCATION** Provision shall continue to apply as stipulated.

**12. IN REM ACTIONS**

A quasi in rem action against any vessel owned or operated by or for the **Named Insured**, or chartered by or for the **Named Insured**, will be treated in the same manner as though the action were in personam against the **Named Insured**.

**13. INCIDENTAL HEALTH CARE MALPRACTICE COVERAGE**

Solely with respect to **bodily injury** that arises out of a **health care incident**:

A. Under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the **Insuring Agreement** is amended to replace Paragraphs **1.b.(1)** and **1.b.(2)** with the following:

b. This insurance applies to **bodily injury** provided that the professional health care services are incidental to the **Named Insured's** primary business purpose, and only if:

(1) such **bodily injury** is caused by an **occurrence** that takes place in the **coverage territory**.

(2) the **bodily injury** first occurs during the **policy period**. All **bodily injury** arising from an **occurrence** will be deemed to have occurred at the time of the first act, error, or omission that is part of the **occurrence**; and

---

Policy No:  6056872807
Endorsement No:     6
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)001899**



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

**B.** Under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the paragraph entitled **Exclusions** is amended to:

**i.** add the following to the **Employers Liability** exclusion:

This exclusion applies only if the **bodily injury** arising from a **health care incident** is covered by other liability insurance available to the **Insured** (or which would have been available but for exhaustion of its limits).

**ii.** delete the exclusion entitled **Contractual Liability** and replace it with the following:

This insurance does not apply to:

**Contractual Liability**

the **Insured's** actual or alleged liability under any oral or written contract or agreement, including but not limited to express warranties or guarantees.

**iii.** to add the following additional exclusions:

This insurance does not apply to:

**Discrimination**

any actual or alleged discrimination, humiliation or harassment, including but not be limited to **claims** based on an individual's race, creed, color, age, gender, national origin, religion, disability, marital status or sexual orientation.

**Dishonesty or Crime**

Any actual or alleged dishonest, criminal or malicious act, error or omission.

**Medicare/Medicaid Fraud**

any actual or alleged violation of law with respect to Medicare, Medicaid, Tricare or any similar federal, state or local governmental program.

**Services Excluded by Endorsement**

Any **health care incident** for which coverage is excluded by endorsement.

**C. DEFINITIONS** is amended to:

**i.** add the following definitions:

**Health care incident** means an act, error or omission by the **Named Insured's employees** or **volunteer workers** in the rendering of:

**a. professional health care services** on behalf of the **Named Insured** or

**b.** Good Samaritan services rendered in an emergency and for which no payment is demanded or received.

**Professional health care services** means any health care services or the related furnishing of food, beverages, medical supplies or appliances by the following providers in their capacity as such but solely to the extent they are duly licensed as required:

**a.** Physician;

---

CNA74858XX (1-15)
Page 9 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001900

000016 - 0087 of 0251 - NNNNNN - 01921 JOBID 386DA004741



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

    **b.** Nurse;

    **c.** Nurse practitioner;

    **d.** Emergency medical technician;

    **e.** Paramedic;

    **f.** Dentist;

    **g.** Physical therapist;

    **h.** Psychologist;

    **i.** Speech therapist;

    **j.** Other allied health professional; or

    **Professional health care services** does not include any services rendered in connection with human clinical trials or product testing.

  **ii.** delete the definition of **occurrence** and replace it with the following:

    **Occurrence** means a **health care incident**. All acts, errors or omissions that are logically connected by any common fact, circumstance, situation, transaction, event, advice or decision will be considered to constitute a single **occurrence**;

  **iii.** amend the definition of **Insured** to:

    **a.** add the following:

      the **Named Insured's employees** are **Insureds** with respect to:

      **(1)** **bodily injury** to a co-**employee** while in the course of the co-**employee's** employment by the **Named Insured** or while performing duties related to the conduct of the **Named Insured's** business; and

      **(2)** **bodily injury** to a **volunteer worker** while performing duties related to the conduct of the **Named Insured's** business;

      when such **bodily injury** arises out of a **health care incident**.

      the **Named Insured's volunteer workers** are **Insureds** with respect to:

      **(1)** **bodily injury** to a co-**volunteer worker** while performing duties related to the conduct of the **Named Insured's** business; and

      **(2)** **bodily injury** to an **employee** while in the course of the **employee's** employment by the **Named Insured** or while performing duties related to the conduct of the **Named Insured's** business;

      when such **bodily injury** arises out of a **health care incident**.

    **b.** delete Subparagraphs **(a), (b), (c) and (d)** of Paragraph **2.a.(1)** of **WHO IS AN INSURED**.

**D.** The **Other Insurance** condition is amended to delete Paragraph **b.(1)** in its entirety and replace it with the following:

**Other Insurance**

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001901



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

**b. Excess Insurance**

**(1)** To the extent this insurance applies, it is excess over any other insurance, self insurance or risk transfer instrument, whether primary, excess, contingent or on any other basis, except for insurance purchased specifically by the **Named Insured** to be excess of this coverage.

## 14. JOINT VENTURES / PARTNERSHIP / LIMITED LIABILITY COMPANIES

**A. Past Joint Ventures, Partnerships, Limited Liability Companies**

The following is added to **WHO IS AN INSURED:**

If the **Named Insured** was a joint venturer, partner, or member of a limited liability company and such joint venture, partnership or limited liability company terminated prior to or during the **policy period**, such **Named Insured** is an **Insured** with respect to its interest in such joint venture, partnership or limited liability company but only to the extent that:

**a.** any offense giving rise to **personal and advertising injury** occurred prior to such termination date, and the **personal and advertising injury** arising out of such offense, first occurred after such termination date;

**b.** the **bodily injury** or **property damage** first occurred after such termination date; and

**c.** there is no other valid and collectible insurance purchased specifically to insure the partnership, joint venture or limited liability company.

If the joint venture, partnership or limited liability company is or was insured under a **consolidated (wrap-up) insurance program**, then such insurance will always be considered valid and collectible for the purpose of paragraph **c.** above. But this provision will not serve to exclude **bodily injury, property damage** or **personal and advertising injury** that would otherwise be covered under the **Architects, Engineers And Surveyors General Liability Extension Endorsement** provision entitled **WRAP-UP EXTENSION: OCIP, CCIP, OR CONSOLIDATED (WRAP-UP) INSURANCE PROGRAMS**. Please see that provision for the definition of **consolidated (wrap-up) insurance program**.

**B. Participation In Current Professional Joint Ventures**

The following is added to **WHO IS AN INSURED:**

The **Named Insured** is also an **Insured** for participation in a current joint venture that is not named on the Declarations, but only if such joint venture meets all of the following criteria:

**a.** Each and every one of the **Named Insured's** co-venturers are architectural, engineering or surveying firms only; and

**b.** There is no other valid and collectible insurance purchased specifically to insure the joint venture.

However, the **Named Insured** is an **Insured** only for the conduct of such **Named Insured's** business within such a joint venture. The **Named Insured** is not insured for liability arising out of the acts or omissions of other co-venturers, nor of their partners, members or employees.

**C. WHO IS AN INSURED** is amended to delete its last paragraph and replace it with the following:

Except as provided under this **Architects, Engineers And Surveyors General Liability Extension Endorsement** or by the attachment of another endorsement (if any), no person or organization is an **Insured** with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a **Named Insured** in the Declarations.

---

CNA74858XX (1-15)
Page 11 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001902

000016 - 0088 of 0251 - NNNNNN - 01922 JOBID 386DA004741



| | **CNA PARAMOUNT** |
|---|---|
| | **Architects, Engineers and Surveyors General Liability Extension Endorsement** |

**15. LEGAL LIABILITY – DAMAGE TO PREMISES / ALIENATED PREMISES / PROPERTY IN THE NAMED INSURED'S CARE, CUSTODY OR CONTROL**

A. Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete exclusion **j. Damage to Property** in its entirety and replace it with the following:

This insurance does not apply to:

**j. Damage to Property**

**Property damage** to:

**(1)** Property the **Named Insured** owns, rents, or occupies, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises the **Named Insured** sells, gives away or abandons, if the **property damage** arises out of any part of those premises;

**(3)** Property loaned to the **Named Insured**;

**(4)** Personal property in the care, custody or control of the **Insured**;

**(5)** That particular part of real property on which the **Named Insured** or any contractors or subcontractors working directly or indirectly on the **Named Insured's** behalf are performing operations, if the **property damage** arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises rented to the **Named Insured** or temporarily occupied by the **Named Insured** with the permission of the owner, nor to the contents of premises rented to the **Named Insured** for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **LIMITS OF INSURANCE**.

Paragraph **(2)** of this exclusion does not apply if the premises are **your work**.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to **property damage** included in the **products-completed operations hazard**.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to **property damage** to:

**i.** tools, or equipment the **Named Insured** borrows from others, nor

**ii.** other personal property of others in the **Named Insured's** care, custody or control while being used in the **Named Insured's** operations away from any **Named Insured's** premises.

However, the coverage granted by this exception to Paragraphs **(3)** and **(4)** does not apply to:

**a.** property at a job site awaiting or during such property's installation, fabrication, or erection;

**b.** property that is **mobile equipment** leased by an **Insured**;

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001903



# CNA PARAMOUNT

## Architects, Engineers and Surveyors General Liability Extension Endorsement

   **c.** property that is an **auto**, aircraft or watercraft;

   **d.** property in transit; or

   **e.** any portion of **property damage** for which the **Insured** has available other valid and collectible insurance, or would have such insurance but for exhaustion of its limits, or but for application of one of its exclusions.

   A separate limit of insurance and deductible apply to such property of others. See **LIMITS OF INSURANCE** as amended below.

**B.** Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete its last paragraph and replace it with the following:

   Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to a **Named Insured** or temporarily occupied by a **Named Insured** with permission of the owner, nor to damage to the contents of premises rented to a **Named Insured** for a period of 7 or fewer consecutive days.

   A separate limit of insurance applies to this coverage as described in **LIMITS OF INSURANCE**.

**C.** The following paragraph is added to **LIMITS OF INSURANCE**:

   Subject to **5.** above, $25,000 is the most the Insurer will pay under **Coverage A** for **damages** arising out of any one **occurrence** because of the sum of all **property damage** to borrowed tools or equipment, and to other personal property of others in the **Named Insured's** care, custody or control, while being used in the **Named Insured's** operations away from any **Named Insured's** premises. The Insurer's obligation to pay such **property damage** does not apply until the amount of such **property damage** exceeds $1,000. The Insurer has the right but not the duty to pay any portion of this $1,000 in order to effect settlement. If the Insurer exercises that right, the **Named Insured** will promptly reimburse the Insurer for any such amount.

**D.** Paragraph **6.**, Damage To Premises Rented To You Limit, of **LIMITS OF INSURANCE** is deleted and replaced by the following:

   **6.** Subject to Paragraph **5.** above, (the Each Occurrence Limit), the Damage To Premises Rented To You Limit is the most the Insurer will pay under **Coverage A** for **damages** because of **property damage** to any one premises while rented to the **Named Insured** or temporarily occupied by the **Named Insured** with the permission of the owner, including contents of such premises rented to the **Named Insured** for a period of 7 or fewer consecutive days. The Damage To Premises Rented To You Limit is the greater of:

      **a.** $500,000; or

      **b.** The Damage To Premises Rented To You Limit shown in the Declarations.

**E.** Paragraph **4.b.(1)(a)(ii)** of the **Other Insurance** Condition is deleted and replaced by the following:

   **(ii)** That is property insurance for premises rented to the **Named Insured**, for premises temporarily occupied by the **Named Insured** with the permission of the owner; or for personal property of others in the **Named Insured's** care, custody or control;

## 16. LIQUOR LIABILITY

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete the exclusion entitled **Liquor Liability**.

This **LIQUOR LIABILITY** Provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

CNA74858XX (1-15)  
Page 13 of 18  
AMERICAN CASUALTY CO OF READING,PA  
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807  
Endorsement No: 6  
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001904



| | **CNA PARAMOUNT** |
|---|---|
| | **Architects, Engineers and Surveyors General Liability Extension Endorsement** |

**17. MEDICAL PAYMENTS**

**A. LIMITS OF INSURANCE** is amended to delete Paragraph **7.** (the Medical Expense Limit) and replace it with the following:

    **7.** Subject to Paragraph **5.** above (the Each Occurrence Limit), the Medical Expense Limit is the most the Insurer will pay under **Coverage C** for all medical expenses because of **bodily injury** sustained by any one person. The Medical Expense Limit is the greater of:

        **(1)** $15,000 unless a different amount is shown here:    $N,NNN,NNN,NNN;    or

        **(2)** the amount shown in the Declarations for Medical Expense Limit.

**B.** Under **COVERAGES**, the **Insuring Agreement** of **Coverage C – Medical Payments** is amended to replace Paragraph **1.a.(3)(b)** with the following:

    **(b)** The expenses are incurred and reported to the Insurer within three years of the date of the accident; and

**18. NON-OWNED AIRCRAFT**

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended as follows:

The exclusion entitled **Aircraft, Auto or Watercraft** is amended to add the following:

This exclusion does not apply to an aircraft not owned by any **Named Insured**, provided that:

    **1.** the pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

    **2.** the aircraft is rented with a trained, paid crew to the **Named Insured**; and

    **3.** the aircraft is not being used to carry persons or property for a charge.

**19. NON-OWNED WATERCRAFT**

Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete subparagraph **(2)** of the exclusion entitled **Aircraft, Auto or Watercraft**, and replace it with the following.

This exclusion does not apply to:

    **(2)** a watercraft that is not owned by any **Named Insured**, provided the watercraft is:

        **(a)** less than 75 feet long; and

        **(b)** not being used to carry persons or property for a charge.

**20. PERSONAL AND ADVERTISING INJURY –DISCRIMINATION OR HUMILIATION**

**A.** Under **DEFINITIONS**, the definition of **personal and advertising injury** is amended to add the following tort:

    Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.

**B.** Under **COVERAGES, Coverage B – Personal and Advertising Injury Liability**, the paragraph entitled **Exclusions** is amended to:

    **1.** delete the Exclusion entitled **Knowing Violation Of Rights Of Another** and replace it with the following:

CNA74858XX (1-15)
Page 14 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001905



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability
Extension Endorsement**

This insurance does not apply to:

**Knowing Violation of Rights of Another**

**Personal and advertising injury** caused by or at the direction of the **Insured** with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury**. This exclusion shall not apply to discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is not done intentionally by or at the direction of:

**(a)** the **Named Insured**; or

**(b)** any **executive officer**, director, stockholder, partner, member or manager (if the **Named Insured** is a limited liability company) of the **Named Insured**.

2. add the following exclusions:

   This insurance does not apply to:

   **Employment Related Discrimination**

   discrimination or humiliation directly or indirectly related to the employment, prospective employment, past employment or termination of employment of any person by any **Insured**.

   **Premises Related Discrimination**

   discrimination or humiliation arising out of the sale, rental, lease or sub-lease or prospective sale, rental, lease or sub-lease of any room, dwelling or premises by or at the direction of any **Insured**.

Notwithstanding the above, there is no coverage for fines or penalties levied or imposed by a governmental entity because of discrimination.

The coverage provided by this **PERSONAL AND ADVERTISING INJURY –DISCRIMINATION OR HUMILIATION** Provision does not apply to any person or organization whose status as an **Insured** derives solely from

   Provision **1. ADDITIONAL INSURED** of this endorsement; or

   attachment of an additional insured endorsement to this **Coverage Part**.

**21. PERSONAL AND ADVERTISING INJURY - CONTRACTUAL LIABILITY**

**A.** Under **COVERAGES, Coverage B –Personal and Advertising Injury Liability**, the paragraph entitled **Exclusions** is amended to delete the exclusion entitled **Contractual Liability**.

**B.** Solely for the purpose of the coverage provided by this **PERSONAL AND ADVERTISING INJURY - LIMITED CONTRACTUAL LIABILITY** provision, the following changes are made to the section entitled **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B:**

1. Paragraph **2.d.** is replaced by the following:

   **d.** The allegations in the **suit** and the information the Insurer knows about the offense alleged in such **suit** are such that no conflict appears to exist between the interests of the **Insured** and the interests of the indemnitee;

2. The first unnumbered paragraph beneath Paragraph **2.f.(2)(b)** is deleted and replaced by the following:

   So long as the above conditions are met, attorney's fees incurred by the Insurer in the defense of that indemnitee, necessary litigation expenses incurred by the Insurer, and necessary litigation expenses incurred

CNA74858XX (1-15)
Page 15 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001906

000016 - 0090 of 0251 - NNNNNN - 01924 JOBID 386DA004741



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

by the indemnitee at the Insurer's request will be paid as **defense costs**. Such payments will not be deemed to be **damages** for **personal and advertising injury** and will not reduce the limits of insurance.

**C.** This **PERSONAL AND ADVERTISING INJURY - LIMITED CONTRACTUAL LIABILITY** Provision does not apply if **Coverage B –Personal and Advertising Injury Liability** is excluded by another endorsement attached to this **Coverage Part**.

This **PERSONAL AND ADVERTISING INJURY - CONTRACTUAL LIABILITY** Provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

**22. PROPERTY DAMAGE – ELEVATORS**

**A.** Under **COVERAGES, Coverage A – Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended such that the **Damage to Your Product** Exclusion and subparagraphs **(3), (4)** and **(6)** of the **Damage to Property** Exclusion do not apply to **property damage** that results from the use of elevators.

**B.** Solely for the purpose of the coverage provided by this **PROPERTY DAMAGE – ELEVATORS** Provision, the **Other Insurance** conditions is amended to add the following paragraph:

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is Property insurance covering property of others damaged from the use of elevators.

**23. RETIRED PARTNERS, MEMBERS, DIRECTORS AND EMPLOYEES**

**WHO IS INSURED** is amended to include as **Insureds** natural persons who are retired partners, members, directors or employees, but only for **bodily injury**, **property damage** or **personal and advertising injury** that results from services performed for the **Named Insured** under the **Named Insured's** direct supervision. All limitations that apply to **employees** and **volunteer workers** also apply to anyone qualifying as an **Insured** under this Provision.

**24. SUPPLEMENTARY PAYMENTS**

The section entitled **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is amended as follows:

**A.** Paragraph **1.b.** is amended to delete the $250 limit shown for the cost of bail bonds and replace it with a $5,000. limit; and

**B.** Paragraph **1.d.** is amended to delete the limit of $250 shown for daily loss of earnings and replace it with a $1,000. limit.

**25. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

If the **Named Insured** unintentionally fails to disclose all existing hazards at the inception date of the **Named Insured's Coverage Part**, the Insurer will not deny coverage under this **Coverage Part** because of such failure.

**26. WAIVER OF SUBROGATION - BLANKET**

Under **CONDITIONS**, the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended to add the following:

The Insurer waives any right of recovery the Insurer may have against any person or organization because of payments the Insurer makes for injury or damage arising out of:

**1.** the **Named Insured's** ongoing operations; or

**2.** **your work** included in the **products-completed operations hazard**.

However, this waiver applies only when the **Named Insured** has agreed in writing to waive such rights of recovery in a written contract or written agreement, and only if such contract or agreement:

CNA74858XX (1-15)
Page 16 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001907



**CNA PARAMOUNT**

**Architects, Engineers and Surveyors General Liability Extension Endorsement**

1. is in effect or becomes effective during the term of this **Coverage Part**; and

2. was executed prior to the **bodily injury**, **property damage** or **personal and advertising injury** giving rise to the **claim**.

**27. WRAP-UP EXTENSION: OCIP, CCIP, OR CONSOLIDATED (WRAP-UP) INSURANCE PROGRAMS**

**Note:** The following provision does not apply to any public construction project in the state of Oklahoma, nor to any construction project in the state of Alaska, that is not permitted to be insured under a **consolidated (wrap-up) insurance program** by applicable state statute or regulation.

If the endorsement **EXCLUSION – CONSTRUCTION WRAP-UP** is attached to this policy, or another exclusionary endorsement pertaining to Owner Controlled Insurance Programs (O.C.I.P.) or Contractor Controlled Insurance Programs (C.C.I.P.) is attached, then the following changes apply:

**A.** The following wording is added to the above-referenced endorsement:

With respect to a **consolidated (wrap-up) insurance program** project in which the **Named Insured** is or was involved, this exclusion does not apply to those sums the **Named Insured** become legally obligated to pay as **damages** because of:

1. **Bodily injury, property damage**, or **personal or advertising injury** that occurs during the **Named Insured's** ongoing operations at the project, or during such operations of anyone acting on the **Named Insured's** behalf; nor

2. **Bodily injury** or **property damage** included within the **products-completed operations hazard** that arises out of those portions of the project that are not **residential structures**.

**B.** Condition **4. Other Insurance** is amended to add the following subparagraph **4.b.(1)(c)**:

This insurance is excess over:

**(c)** Any of the other insurance whether primary, excess, contingent or any other basis that is insurance available to the **Named Insured** as a result of the **Named Insured** being a participant in a **consolidated (wrap-up) insurance program**, but only as respects the **Named Insured's** involvement in that **consolidated (wrap-up) insurance program**.

**C.** **DEFINITIONS** is amended to add the following definitions:

**Consolidated (wrap-up) insurance program** means a construction, erection or demolition project for which the prime contractor/project manager or owner of the construction project has secured general liability insurance covering some or all of the contractors or subcontractors involved in the project, such as an Owner Controlled Insurance Program (O.C.I.P.) or Contractor Controlled Insurance Program (C.C.I.P.).

**Residential structure** means any structure where 30% or more of the square foot area is used or is intended to be used for human residency, including but not limited to:

1. single or multifamily housing, apartments, condominiums, townhouses, co-operatives or planned unit developments; and

2. the common areas and structures appurtenant to the structures in paragraph **1.** (including pools, hot tubs, detached garages, guest houses or any similar structures).

However, when there is no individual ownership of units, **residential structure** does not include military housing, college/university housing or dormitories, long term care facilities, hotels or motels. **Residential structure** also does not include hospitals or prisons.

---

CNA74858XX (1-15)
Page 17 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001908



# CNA PARAMOUNT

## Architects, Engineers and Surveyors General Liability Extension Endorsement

This **WRAP-UP EXTENSION: OCIP, CCIP, OR CONSOLIDATED (WRAP-UP) INSURANCE PROGRAMS** Provision does not apply to any person or organization who otherwise qualifies as an additional insured on this **Coverage Part**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74858XX (1-15)
Page 18 of 18
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 6
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001909



**CNA PARAMOUNT**

**General Aggregate Limit - Designated Projects Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Designated Construction or Service Projects:** |
| EACH OF YOUR CONSTRUCTION PROJECTS LOCATED AWAY FROM PREMISES OWNED BY OR RENTED TO YOU |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

It is understood and agreed as follows:

**I.** For each single designated construction or service project shown in the Schedule above, a separate Designated Project General Aggregate Limit, equal to the amount of the General Aggregate Limit shown in the Declarations, is the most the Insurer will pay for the sum of:

    **A.** all **damages** under **Coverage A**, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

    **B.** all medical expenses under **Coverage C**;

    that arise from **occurrences** or accidents which can be attributed solely to ongoing operations at that designated project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations, nor the Designated Project General Aggregate Limit applicable to any other project.

**II.** All:

    **A.** **damages** under **Coverage B**, regardless of the number of locations or projects involved;

    **B.** **damages** under **Coverage A**, caused by **occurrences** which cannot be attributed solely to ongoing operations at a single designated project, except **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

    **C.** medical expenses under **Coverage C**, caused by accidents which cannot be attributed solely to ongoing operations at a single designated project,

    will reduce the General Aggregate Limit shown in the Declarations.

**III.** The limits shown in the Declarations for Each Occurrence, for Damage To Premises Rented To You and for Medical Expense continue to apply, but will be subject to either the Project General Aggregate Limit or the General Aggregate Limit shown in the Declarations, depending on whether the **occurrence** can be attributed solely to ongoing operations at a particular designated project.

**IV.** When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for **damages** because of **bodily injury** or **property damage** included in the **products-completed operations hazard** will

---

CNA74826XX (1-15)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 7
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001910

000016 - 0092 of 0251 - NNNNNN - 01926 JOBID 386DA004741



**CNA PARAMOUNT**

**General Aggregate Limit - Designated Projects Endorsement**

reduce the Products-Completed Operations Aggregate Limit shown in the Declarations, regardless of the number of projects involved.

**V.** If the applicable scheduled construction or service project has been abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, such project will still be deemed to be the same project.

**VI.** The provisions of **LIMITS OF INSURANCE** not otherwise modified by this endorsement shall continue to apply as stipulated.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74826XX (1-15)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 7
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001911



# CNA PARAMOUNT

## Coverage for Liability for Hazards of Lead without Sublimit Endorsement - New Jersey

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the paragraph entitled **Exclusions**, is amended to add the following to the exclusion entitled **Pollution**:

For premises constructed on or after 1978, or premises constructed prior to 1978 which have been certified, prior to the **policy period**, as being free of existing lead hazards pursuant to standards established by the Department of Community Affairs, this exclusion does not apply to **bodily injury** arising out of lead contamination, or out of the inhalation, ingestion, use, handling or contact with lead paint at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any **Insured**.

This provision will also apply to any premises constructed prior to 1978 which receives such certification during the **policy period**, but only for **bodily injury** which occurs after such certification.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CNA74942NJ (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 8
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)001912



SESI (Amerisure)001913



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –**
**Scheduled Person Or Organization**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 9
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001914



| CNA PARAMOUNT |
| --- |
| **Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization** |

| Location(s) Of Covered Operations |
| --- |
|  |
|  |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  9
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001915



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████████ |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 10
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001916**



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
| --- |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C. With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:    10
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001917**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 11
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001918

000016 - 0096 of 0251 - NNNNNN - 01930 JOBID 386DA004741



| | CNA PARAMOUNT |
|---|---|
| | **Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization** |

| **Location(s) Of Covered Operations** |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 11
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001919





**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |

01931 JOBID 386DA04741 · NNNNNN – 0251 ot 0097 – 000016

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 12
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001920



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

| Location(s) Of Covered Operations |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 12
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001921



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
| --- |
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 13
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001922



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

   1. Your acts or omissions; or

   2. The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

   However:

   1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

   2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to **bodily injury** or **property damage** occurring after:

   1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C. With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

   If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   1. Required by the contract or agreement; or

   2. Available under the applicable limits of insurance;

   whichever is less.

   This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  13
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001923**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:      14
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018



SESI (Amerisure)001924



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

   However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

   If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable limits of insurance;

   whichever is less.

   This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 14
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001925**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:   15
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001926



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused, in whole or in part, by:

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

    **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

Policy No: 6056872807
Endorsement No: 15
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001927**



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:     16
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001928**

000016 - 0101 of 0251 - NNNNNN - 01935 JOBID 386DA004741



| | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization** |

| **Location(s) Of Covered Operations** |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

  **1.** Your acts or omissions; or

  **2.** The acts or omissions of those acting on your behalf;

  in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

  However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

  This insurance does not apply to **bodily injury** or **property damage** occurring after:

  **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

  **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

  If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable limits of insurance;

  whichever is less.

  This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:   16
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001929**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
| --- |
| Name Of Additional Insured Person(s) Or Organization(s) |
| ████████████████████ |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 17
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001930



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
| --- |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 17
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001931**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ██████████████████████████████ |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 18
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001932

000016 - 0103 of 0251 - NNNNNN - 01937 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 18
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001933



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
| --- |
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:  19
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001934

000016 - 0104 of 0251 - NNNNNN - 01938 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
| --- |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  19
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001935



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Scheduled Person Or Organization**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 10 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 20
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001936**

000016 - 0105 of 0251 - NNNNNN - 01939 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization**

| Location(s) Of Covered Operations |
|---|
| ALL PROJECTS AND ALL LOCATIONS |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to **bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 10 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 20
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001937



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 21
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001938

000016 - 0106 of 0251 - NNNNNN - 01940 JOBID 386DA004741



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 21
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001939



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 22
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001940

000016 · 0107 Ot 0251 · NNNNNN - 01941 JOBID 386DA004741



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 22
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001941



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:    23
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001942

000016 - 0108 ot 0251 - NNNNNN - 01942 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 23
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001943**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:     24
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001944

000016 - 0109 or 0251 - NNNNNN - 01943 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Policy No: 6056872807
Endorsement No: 24
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001945



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 25
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001946



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 25
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001947



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 26
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001948



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

A. **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001949



## CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 27
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001950

01946 JOBID 386DA004741 - NNNNNN - 0251 of 0112 - 000016



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:    27
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001951



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:    28
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001952

000016 - 0113 of 0251 - NNNNN - 01947 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 28
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001953**





# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |
| Location(s) Of Covered Operations |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 29
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001954

000016 - 0114 of 0251 - NNNNNN - 01948 JOBID 386DA004741

undefined

undefined

undefined

undefined

undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined



undefined

undefined

undefined

---

undefined



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 29
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001955



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 30
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001956



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 30
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001957**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:    31
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

000016 - 0116 ot 0251 - NNNNNN - 01950 JOBID 386DA004741



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 31
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001959



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 32
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001960



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)  
Page 2 of 2  
AMERICAN CASUALTY CO OF READING,PA  
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807  
Endorsement No: 32  
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001961



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors -
## Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 33
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001962

000016 - 0118 of 0251 - NNNNNN - 01952 JOBID 386DA004741



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 33
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001963



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:  34
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001964

000016 * 0119 of 0251 - NNNNN - 01953 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 34
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001965**



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 35
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001966

000016 - 0120 of 0251 - NNNNN - 01954 JOBID 366DA004741 .





**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

    **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 35
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001967**



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 36
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001968**

000016 - 0121 ot 0251 - NNNNNN - 01955 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 36
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001969



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:  37
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001970

000016 - 0122 of 0251 - NNNNNN - 01956 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS
Copyright, ISO Properties, Inc., 2004

Policy No: 6056872807
Endorsement No: 37
Effective Date: 12/23/2023

**SESI (Amerisure)001971**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 38
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001972

000016 - 0123 of 0251 - NNNNNN - 01957 JOBID 386DA004741



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 38
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001973**

 **CNA**

**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 39
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001974



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 39
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001975



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 40
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

000016 - 0125 of 0251 - NNNNNN - 01959 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:    40
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001977



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 41
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001978

000016 - 0126 of 0251 - NNNNNN - 01960 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)                                          Policy No:  6056872807
Page 2 of 2                                           Endorsement No:   41
AMERICAN CASUALTY CO OF READING,PA         Effective Date:  12/23/2023
Insured Name: SESI CONSULTING ENGINEERS

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001979**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 42
Effective Date: 12/23/2023

 Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001980

000016 - 0127 Of 0251 - NNNNNN - 01961 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf;

   in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

   This insurance does not apply to:

   **bodily injury** or **property damage** occurring after:

   **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

   **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 42
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001981**



## CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 43
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001982

000016 - 0128 of 0251 - NNNNNN - 01962 JOBID 386DA004741





**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

    **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 43
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001983**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 44
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001984



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 44
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)001985**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |
| Location(s) Of Covered Operations |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 45
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001986



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

---

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 45
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001987

 **CNA**

# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location(s) Of Covered Operations** |
| RE: SESI PROJECT #10296,VALLEY BROOK AVENUE, RUTHERFORD NJ. 200 VALLEY BROOK AVENUE LYNDHURST, NEW JERSEY 07071 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 10 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 46
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001988

(Left margin, vertical text: 000016 - 0131 Of 0251 - NNNNNN - 01965 JOBID 386DA004741)



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization Endorsement**

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury**, property **damage** or **personal and advertising injury** caused, in whole or in part, by:

    **1.** Your acts or omissions; or

    **2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**bodily injury** or **property damage** occurring after:

    **1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **2.** That portion of **your work** out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:    46
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)001989



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors –
## Completed Operations

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 47
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001990



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

| Location And Description Of Completed Operations |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 47
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001991



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 48
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001992



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

| Location And Description Of Completed Operations |
| --- |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

Policy No:  6056872807
Endorsement No:   48
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001993**



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

000016 , 0134 ot D251 , NNNNNN - 01968 JOBID 386DA004741

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 49
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001994**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

| Location And Description Of Completed Operations |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:  49
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001995



**CNA**

**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –**
**Completed Operations**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 50
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001996



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Completed Operations**

| Location And Description Of Completed Operations |
| --- |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

Policy No: 6056872807
Endorsement No: 50
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)001997**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
| --- |
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 51
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

000016 - 0136 of 0251 - NNNNNN - 01970 JOBID 386DA004741

**SESI (Amerisure)001998**



| | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured – Owners, Lessees Or Contractors –** |
| | **Completed Operations** |

---

| Location And Description Of Completed Operations |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, **by your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:   51
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)001999

Case: 1:23-cv-04098 Document #: 142-8 Filed: 01/28/25 Page 248 of 475 PageID #:18006



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| Name Of Additional Insured Person(s) Or Organization(s) |
| |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:  52
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002000



| | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured – Owners, Lessees Or Contractors –**<br>**Completed Operations** |

---

**Location And Description Of Completed Operations**

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

---

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 52
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)002001**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  53
Effective Date:  12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)002002**

000016 - 0138 ok 0251 - NNNNNN - 01972 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

| Location And Description Of Completed Operations |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, **by your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 53
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)002003**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
| --- |
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 54
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002004

000016 - 0139 of 0251 - NNNNNN - 01973 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors –
Completed Operations**

| Location And Description Of Completed Operations |
| --- |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 54
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)002005**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 55
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002006

000016 - 0140 of 0251 - NNNNNN - 01974 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

| Location And Description Of Completed Operations | |
|---|---|
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 55
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

**SESI (Amerisure)002007**



# CNA PARAMOUNT

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 56
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002008

000016 - 0141 of 0251 - NNNNNN - 01975 JOBID 386DA004741





**CNA PARAMOUNT**

## Additional Insured – Owners, Lessees Or Contractors – Completed Operations

| Location And Description Of Completed Operations |
| --- |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 56
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002009



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████████████████████████████████████ |
| |
| |
| |
| |
| |
| |

CG 20 37 12 19
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 57
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002010

000016 - 0142 of 0251 - NNNNNN - 01976 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured – Owners, Lessees Or Contractors – Completed Operations**

| Location And Description Of Completed Operations |
|---|
| ALL PROJECTS AND ALL LOCATIONS |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

CG 20 37 12 19
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 57
Effective Date: 12/23/2023

Copyright Insurance Services Office, Inc., 2018

SESI (Amerisure)002011



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 58
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002012

000016 - 0143 of 0251 - NNNNNN - 01977 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 58
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002013



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors -
## Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ████████████████ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 59
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)002014**





**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 59
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002015



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████████ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 60
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002016

000016 - 0145 OF 0251 - NNNNNN - 01979 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 60
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002017



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 61
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002018



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 61
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002019



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 62
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)002020**



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 62
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002021



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:   63
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002022



000016 - 0148 of 0251 - NRNNNN - 01982 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:     63
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002023



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 64
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002024



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

Copyright, ISO Properties, Inc., 2004

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:   64
Effective Date: 12/23/2023

SESI (Amerisure)002025



## CNA PARAMOUNT

### Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 65
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002026

000016 - 0150 of 0251 - NNNNNN - 01984 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 65
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002027



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 66
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002028

000016 - 0151 to 0251 - NNNNNN - 01985 JOBID 386DA004741



## CNA PARAMOUNT

### Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 66
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002029



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 67
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002030

000016 - 0152 of 0251 - NNNNNN - 01986 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 67
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)002031**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 68
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002032

000016 - 0153 of 0251 - NNNNNN - 01987 JOBID 386DA004741



| | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured - Owners, Lessees or Contractors -** |
| | **Completed Operations Endorsement** |

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)

Page 2 of 2

AMERICAN CASUALTY CO OF READING,PA

Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807

Endorsement No: 68

Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002033



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 69
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002034

000016 - 0154 of 0251 - NNNNNN - 01988 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 69
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002035



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 70
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002036

000016 - 0155 ot 0251 - NNNNNN - 01989 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 70
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)002037**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 71
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

DD0016 - 0156 ct 0251 , NNNNNN - 01990 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:     71
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

**SESI (Amerisure)002039**



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  72
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002040

000016 - 0157 of 0251 - NNNNNN - 01991 JOBID 386DA004741



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

Policy No:  6056872807
Endorsement No:   72
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002041



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ███████████ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 73
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002042

DO00016 - 0158 of 0251 * NNNNNN - 01992 JOBID 386DA004741



CNA

CNA PARAMOUNT

# Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 73
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002043

**CNA PARAMOUNT**

# Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| [redacted] |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.



Copyright, ISO Properties, Inc., 2004



000016 - 0159 of 0251 - NNNNNN - 01993 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured**  is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:   6056872807
Endorsement No:     74
Effective Date:  12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002045



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| ██████████████████████ |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 75
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002046

000016 - 0160 of 0251 - NNNNNN - 01994 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 75
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002047



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:     76
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002048

000016 - 0161 of 0251 - NNNNNN - 01995 JOBID 386DA004741



|  | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement** |

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

Policy No: 6056872807
Endorsement No: 76
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002049



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Policy No: 6056872807
Endorsement No: 77
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002050





| | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement** |

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 77
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002051



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 78
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002052

000016 - 0163 of 0251 - NNNNNN - 01997 JOBID 386DA004741



## CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 78
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002053



# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 79
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002054



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 79
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002055

 **CNA**

# CNA PARAMOUNT

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 80
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002056

000016 - 0165 to 0251 - NNNNNN - 01999 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 80
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002057



**CNA PARAMOUNT**

## Additional Insured - Owners, Lessees or Contractors - Completed Operations Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s)** |
| |
| |
| |
| |
| |
| |
| |
| **Location And Description Of Completed Operations** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 20 37 (07-04)
Page 1 of 2
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 81
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002058

000016 - 0166 of 0251 - NNNNNN - 02000 JOBID 386DA004741



**CNA PARAMOUNT**

**Additional Insured - Owners, Lessees or Contractors -
Completed Operations Endorsement**

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for **bodily injury** or **property damage** caused, in whole or in part, by **your work** at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the **products-completed operations hazard**.

CG 20 37 (07-04)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 81
Effective Date: 12/23/2023

Copyright, ISO Properties, Inc., 2004

SESI (Amerisure)002059



| | **CNA PARAMOUNT** |
|---|---|
| | **Additional Insured – Charitable Institutions Endorsement** |

This endorsement modifies insurance provided under the following:

  COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that the **WHO IS AN INSURED** section is amended to include as an **Insured**:

**A.**  the **Named Insured's** members but only with respect to such member's liability for the **Named Insured's** activities or activities such members perform on the **Named Insured's** behalf;

**B.**  the **Named Insured's** trustees or members of the board of governors, but only while acting within the scope of their duties as such on behalf of the **Named Insured**.

All other terms and conditions of the Policy remain unchanged.

> This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

000016 - 0167 to 0251 - NNNNNN - 02001 JOBID 386DA004741

CNA74691XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 82
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002060



SESI (Amerisure)002061



**CNA PARAMOUNT**

**Additional Insured - Designated Person or Organization Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Additional Insured Person Or Organization:** |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

It is understood and agreed that the section entitled **WHO IS AN INSURED** is amended with the addition of the following:

**A.** The person or organization shown in the Schedule is an **insured**, but only with respect to such person or organization's liability for **bodily injury, property damage** or **personal and advertising injury** caused in whole or in part, by: the **Named Insured's** acts or omissions, or the acts or omissions of those acting on the **Named Insured's** behalf:

   **1.** in the performance of the **Named Insured's** ongoing operations; or

   **2.** in connection with premises owned by or rented to the **Named Insured**.

**B.** However, if coverage for the additional **insured** is required by written contract or written agreement, subject always to the terms and conditions of this policy, including the limits of insurance, the insurer will not provide such additional **insured** with:

   **1.** coverage broader than required by such contract or agreement; or

   **2.** a higher limit of insurance than required by such contract or agreement.

**C.** The coverage granted by this endorsement does not apply to **bodily injury** or **property damage** included within the **products-completed operations hazard**.

Any coverage granted by this endorsement shall apply solely to the extent permissible by law.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74745XX (1-15)                                                      Policy No: 6056872807
Page 1 of 1                                                           Endorsement No:     83
AMERICAN CASUALTY CO OF READING,PA                          Effective Date: 12/23/2023
Insured Name: SESI CONSULTING ENGINEERS

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)002062**

000016 - 0168 of 0251 - NNNNN - 02002 JOBID 386DA004741



SESI (Amerisure)002063



# CNA PARAMOUNT

## Additional Insured Mortgagee, Assignee or Receiver Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE | |
|---|---|
| **Name Of Person Or Organization** | **Designation Of Premises** |
| ▉▉▉▉▉▉▉▉▉▉ | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

It is understood and agreed that the section entitled **WHO IS AN INSURED** is amended with the addition of the following:

**A.** The person or organization shown in the Schedule is an **Insured**, but only with respect to such person or organization's liability for **bodily injury, property damage** or **personal and advertising injury** as mortgagee, assignee, or receiver and arising out of the **Named Insured's** ownership, maintenance, or use of the premises shown in the Schedule.

The coverage granted by this endorsement does not apply to structural alterations, new construction or demolition operations performed by, for or on behalf of the person or organization shown in the Schedule.

**B.** Further, if coverage for the additional **Insured** is required by written contract or written agreement, subject always to the terms and conditions of this policy, including the limits of insurance, the Insurer will not provide such additional **Insured** with:

**1.** coverage broader than required by such contract or agreement; or

**2.** a higher limit of insurance than required by such contract or agreement.

Any coverage granted by this endorsement shall apply solely to the extent permissible by law.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74969XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS
Policy No: 6056872807
Endorsement No: 84
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)002064**



SESI (Amerisure)002065



**CNA PARAMOUNT**

**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed as follows:

**I.** **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization whom you are required by **written contract** to add as an additional insured on this **Coverage Part**, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused in whole or in part by your acts or omissions, or the acts or omissions of those acting on your behalf:

   **A.** In the performance of your ongoing operations subject to such **written contract**; or

   **B.** In the performance of **your work** subject to such **written contract**, but only with respect to **bodily injury** or **property damage** included in the **products-completed operations hazard**, and only if:

      **1.** The **written contract** requires you to provide the additional insured such coverage; and

      **2.** This **Coverage Part** provides such coverage; and

   **C.** Subject always to the terms and conditions of this policy, including the limits of insurance, the Insurer will not provide such additional insured with:

      **1.** Coverage broader than what you are required to provide by the **written contract**; or

      **2.** A higher limit of insurance than what you are required to provide by the **written contract**.

   Any coverage granted by this Paragraph **I.** shall apply solely to the extent permissible by law.

**II.** If the **written contract** requires additional insured coverage under the 07-04 edition of CG2010 or CG2037, then paragraph **I.** above is deleted in its entirety and replaced by the following:

   **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization whom you are required by **written contract** to add as an additional insured on this **Coverage Part**, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused in whole or in part by your acts or omissions, or the acts or omissions of those acting on your behalf:

   **A.** In the performance of your ongoing operations subject to such **written contract**; or

   **B.** In the performance of **your work** subject to such **written contract**, but only with respect to **bodily injury** or **property damage** included in the **products-completed operations hazard**, and only if:

      **1.** The **written contract** requires you to provide the additional insured such coverage; and

      **2.** This **Coverage Part** provides such coverage.

**III.** But if the **written contract** requires:

   **A.** Additional insured coverage under the 11-85 edition, 10-93 edition, or 10-01 edition of CG2010, or under the 10-01 edition of CG2037; or

   **B.** Additional insured coverage with "arising out of" language;

   then paragraph **I.** above is deleted in its entirety and replaced by the following:

   **WHO IS AN INSURED** is amended to include as an **Insured** any person or organization whom you are required by **written contract** to add as an additional insured on this **Coverage Part**, but only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** arising out of **your work** that is subject to such **written contract**.

---

CNA75079XX (3-22)
Page 1 of 3
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 85
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002066



**CNA PARAMOUNT**

**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

**IV.** But if the **written contract** requires additional insured coverage to the greatest extent permissible by law, then paragraph **I.** above is deleted in its entirety and replaced by the following:

**WHO IS AN INSURED** is amended to include as an **Insured** any person or organization whom you are required by **written contract** to add as an additional insured on this **Coverage Part**, but only with respect to liability for **bodily injury**, **property damage** or **personal and advertising injury** arising out of **your work** that is subject to such **written contract**.

**V.** The insurance granted by this endorsement to the additional insured does not apply to **bodily injury**, **property damage**, or **personal and advertising injury** arising out of:

    **A.** The rendering of, or the failure to render, any professional architectural, engineering, or surveying services, including:

        **1.** The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

        **2.** Supervisory, inspection, architectural or engineering activities; or

    **B.** Any premises or work for which the additional insured is specifically listed as an additional insured on another endorsement attached to this **Coverage Part**.

**VI.** Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, the Condition entitled **Other Insurance** is amended to add the following, which supersedes any provision to the contrary in this Condition or elsewhere in this **Coverage Part**:

**Primary and Noncontributory Insurance**

With respect to other insurance available to the additional insured under which the additional insured is a named insured, this insurance is primary to and will not seek contribution from such other insurance, provided that a **written contract** requires the insurance provided by this policy to be:

    **1.** Primary and non-contributing with other insurance available to the additional insured; or

    **2.** Primary and to not seek contribution from any other insurance available to the additional insured.

But except as specified above, this insurance will be excess of all other insurance available to the additional insured.

**VII.** Solely with respect to the insurance granted by this endorsement, the section entitled **COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

The Condition entitled **Duties In The Event of Occurrence, Offense, Claim or Suit** is amended with the addition of the following:

Any additional insured pursuant to this endorsement will as soon as practicable:

    **1.** Give the Insurer written notice of any **claim**, or any **occurrence** or offense which may result in a **claim**;

    **2.** Send the Insurer copies of all legal papers received, and otherwise cooperate with the Insurer in the investigation, defense, or settlement of the **claim**; and

    **3.** Make available any other insurance, and endeavor to tender the defense and indemnity of any **claim** to any other insurer or self-insurer, whose policy or program applies to a loss that the Insurer covers under this **coverage part**. However, if the **written contract** requires this insurance to be primary and non-contributory, this paragraph **3.** does not apply to other insurance under which the additional insured is a named insured.

The Insurer has no duty to defend or indemnify an additional insured under this endorsement until the Insurer receives written notice of a **claim** from the additional insured.

---

CNA75079XX (3-22)
Page 2 of 3
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 85
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002067

CNA

CNA PARAMOUNT

**Blanket Additional Insured - Owners, Lessees or Contractors - with Products-Completed Operations Coverage Endorsement**

000016 - 0171 of 0251 - NNNNNN - 02005 JOBID 386DA004741

**VIII.** Solely with respect to the insurance granted by this endorsement, the section entitled **DEFINITIONS** is amended to add the following definition:

**Written contract** means a written contract or written agreement that requires you to make a person or organization an additional insured on this **Coverage Part**, provided the contract or agreement:

**A.** Was executed prior to:

**1.** The **bodily injury** or **property damage**; or

**2.** The offense that caused the **personal and advertising injury**;

for which the additional insured seeks coverage; and

**B.** Is still in effect at the time of the **bodily injury** or **property damage occurrence** or **personal and advertising injury** offense.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

Copyright CNA All Rights Reserved.

SESI (Amerisure)002069



# CNA PARAMOUNT

## Pollution Exclusion Amendatory Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that under **COVERAGES, Coverage A, Bodily Injury and Property Damage Liability**, the paragraph entitled **Exclusions** is amended to delete paragraph **(2)** of exclusion **f. Pollution**, in its entirety, and replace it with the following:

This insurance does not apply to:

**(2)** Any loss, cost or expense arising out of any:

   **(a)** request, demand, order or statutory or regulatory requirement that any **Insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of, **pollutants**; or

   **(b) Claim** by or on behalf of a governmental authority for **damages** because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of, **pollutants**.

   However, if liability for **damages** because of **property damage** is not excluded by paragraph **(1)** of this exclusion, then neither will paragraph **(2)(a)** above serve to exclude such **damages**.

All other terms and conditions of the Policy remain unchanged.

> This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74843XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 86
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002070



SESI (Amerisure)002071



**CNA PARAMOUNT**

**Primary and Noncontributory - Other Insurance Condition Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

It is understood and agreed that the condition entitled **Other Insurance** is amended to add the following:

**Primary And Noncontributory Insurance**

Notwithstanding anything to the contrary, this insurance is primary to and will not seek contribution from any other insurance available to an additional insured under this policy provided that:

**a.** the additional insured is a named insured under such other insurance; and

**b.** the **Named Insured** has agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74987XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 87
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002072



SESI (Amerisure)002073



# CNA PARAMOUNT

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Person Or Organization:** |
|  |
|  |
|  |
|  |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 88
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)002074**



SESI (Amerisure)002075



**CNA PARAMOUNT**

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Person Or Organization:** |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard.**

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 89
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)002076**



SESI (Amerisure)002077



# CNA PARAMOUNT

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Person Or Organization:** |
| |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 90
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002078



SESI (Amerisure)002079



**CNA PARAMOUNT**

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Person Or Organization:** |
| |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 91
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)002080**



SESI (Amerisure)002081





# CNA PARAMOUNT

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|----------|
| Name Of Person Or Organization: ███████████████ |
| |
| |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 92
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002082

000016 - 0178 of 0251 - NNNNNN - 02012 JOBID 386DA004741



SESI (Amerisure)002083



# CNA PARAMOUNT

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Person Or Organization:** |
| |
| |
| |
| |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 93
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002084

SESI (Amerisure)002085



## CNA PARAMOUNT

## Waiver of Transfer of Rights of Recovery Against Others to the Insurer Endorsement

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Name Of Person Or Organization:** |
| |
| |
| |

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

Under **COMMERCIAL GENERAL LIABILITY CONDITIONS**, it is understood and agreed that the condition entitled **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

With respect to the person or organization shown in the Schedule above, the Insurer waives any right of recovery the Insurer may have against such person or organization because of payments the Insurer makes for injury or damage arising out of the **Named Insured's** ongoing operations or **your work** included in the **products-completed operations hazard**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75008XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 94
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SESI (Amerisure)002086**



SESI (Amerisure)002087



**CNA PARAMOUNT**

**Fungi / Mold / Mildew / Yeast / Microbe Exclusion Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is understood and agreed that the policy is amended as follows:

**I.** Under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the paragraph entitled **Exclusions**, is amended to add the following exclusion:

This insurance does not apply to:

**A.** **bodily injury** arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion, contact with, exposure to, existence of, or growth or presence of any **fungi** or **microbes** on or within a building or structure, or on or within any contents of a building or structure. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury;

**B.** **property damage** arising out of or relating to the actual, alleged or threatened contact with, exposure to, existence of, or growth or presence of any **fungi** or **microbes** on or within a building or structure, or on or within any contents of a building or structure; or

**C.** any loss, cost or expense arising out of or relating to the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of, **fungi** or **microbes**, by any **insured** or by anyone else. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such loss, cost or expense.

However, this exclusion does not apply to:

**i.** any **fungi** or **microbes** that are, are on, or are contained in, a good or product intended for bodily consumption; or

**ii.** **microbes** that were transmitted directly from person to person.

**II.** Under **COVERAGES, Coverage B – Personal And Advertising Injury Liability**, the paragraph entitled **Exclusions**, is amended to add the following exclusion:

This insurance does not apply to:

**A.** **personal and advertising injury** arising out of or relating to, in whole or in part, the actual, alleged or threatened inhalation of, ingestion, of, contact with, exposure to, or growth or presence of any **fungi** or **microbes** on or within a building or structure, or on or within any contents of a building or structure;

**B.** any loss, cost or expense arising out of or relating to the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of, **fungi** or **microbes**, by any **insured** or by anyone else.

This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage, loss, cost or expense.

However, this exclusion does not apply to:

**i.** any **fungi** or **microbes** that are, are on, or are contained in, a good or product intended for bodily consumption; or

**ii.** **microbes** that were transmitted directly from person to person.

**III.** As used herein:

**A.** **fungi** means any form of fungus, including but not limited to yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by or arising out of the current or past presence of **fungi**.

CNA74708XX (1-15)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 95
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002088

000016 - 0181 to 0251 - NNNNNN - 02015 JOBID 386DA004741



**CNA PARAMOUNT**

**Fungi / Mold / Mildew / Yeast / Microbe Exclusion Endorsement**

B. **microbe** means any non-fungal microorganism, or non-fungal, colony-form organism, that causes infection or disease. **Microbe** includes any spores, mycotoxins, odors or any other substances, products or byproducts produced by, released by or arising out of the current or past presence of microbes.

IV. The following Condition is added:

**Arbitration**

For **property damage**, the determination of what portion of a loss is attributable to **fungi** and **microbes**, and what portion is not, shall be made by the Insurer. If the **Named Insured** disagrees with that determination, the **Named Insured** and by the Insurer agree to submit to binding arbitration according to the Commercial Arbitration Rules of the American Arbitration Association, or according to such other rules as the **Named Insured** and the Insurer agree to. If binding arbitration of insurance disputes is not allowed in the state where the **Named Insured** is incorporated (or, if the **Named Insured** is not a corporation, the state where the **Named Insured** is domiciled), then arbitration shall be non-binding, and shall only proceed if both the **Named Insured** and the Insurer agree to enter into it. The arbitration will be held in the county where the **Named Insured** is headquartered, or at such other location as may be jointly agreed to by the **Named Insured** and the Insurer. Each party will bear its own arbitration costs.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74708XX (1-15)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 95
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002089



# CNA PARAMOUNT

## Designated Professional Services Exclusion Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| SCHEDULE |
|---|
| **Description Of Professional Services:** |
| PROFESSIONAL ARCHITECTURAL, ENGINEERING, OR SURVEYING SERVICES, INCLUDING: |
| A. THE PREPARING, APPROVING, OR FAILING TO PREPARE OR APPROVE MAPS SHOP DRAWINGS |
| OPINIONS, REPORTS, SURVEYS, FIELD ORDERS CHANGE ORDERS OR DRAWINGS AND |
| SPECIFICATIONS; AND |
| B. SUPERVISORY, INSPECTION, ARCHITECTURAL OR ENGINEERING ACTIVITIES. |
| |
| THE PARTICULAR EXCLUSION ABOVE APPLIES ONLY TO PERSONS OR ORGANIZATIONS GRANTED |
| INSURED OR ADDITIONAL INSURED STATUS BY ATTACHMENT OF AN ENDORSEMENT TO THIS |
| COVERAGE PART. |
| |
| NOTHING IN THIS ENDORSEMENT SHALL BE CONSTRUED TO REPLACE OR AMEND EXCLUSIONARY |
| LANGUAGE CONTAINED IN ENDORSEMENT CNA74980XX (ENGINEERS ARCHITECTS OR SURVEYORS |
| PROFESSIONAL LIABILITY EXCLUSION ENDORSEMENT ) ATTACHED TO THIS COVERAGE PART, |
| NOR IN ANY OTHER ENDORSEMENT THAT EXCLUDES PROFESSIONAL ARCHITECTURAL, |
| ENGINEERING SURVEYING, OR OTHER PROFESSIONAL SERVICES. |
| |
| |
| |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to any professional services shown in the Schedule, it is understood and agreed that under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B – Personal And Advertising Injury Liability,** the paragraphs entitled **Exclusions,** are amended to add the following exclusion:

This insurance does not apply to **bodily injury, property damage** or **personal and advertising injury** arising out of the rendering of or failure to render any professional service.

All other terms and conditions of the Policy remain unchanged.

| This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy. |
|---|

CNA74754XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 96
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002090

000016 - 0182 to 0251 - NNNNNN - 02016 JOBID 386DA004741



SESI (Amerisure)002091



# CNA PARAMOUNT
## Employment-Related Practices Exclusion Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B – Personal And Advertising Injury Liability**, the paragraphs entitled **Exclusions**, are amended to add the following exclusion:

This insurance does not apply to:

**Bodily injury** or **personal and advertising injury** to:

**(1)** a person arising out of any:

    **(a)** refusal to employ that person;

    **(b)** termination of that person's employment; or

    **(c)** employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** the **spouse**, child, parent, brother or sister of that person as a consequence of **bodily injury** to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** whether the **insured** may be liable as an employer or in any other capacity; and

**(3)** to any obligation to share **damages** with or repay someone else who must pay **damages** because of the injury.

However, solely with respect to **Coverage A**, this exclusion does not apply to physical injury a person sustains during a job interview while attempting to demonstrate a physical capability or skill required by the job.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74761XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 97
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002092



SESI (Amerisure)002093



**CNA PARAMOUNT**

**Testing or Consulting Errors and Omissions
Exclusion Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B – Personal And Advertising Injury Liability**, the paragraphs entitled **Exclusions**, are amended to add the following exclusion:

**Testing or Consulting Errors and Omissions**

**bodily injury**, **property damage** or **personal and advertising injury** arising out of:

1. an error, omission, defect or deficiency in:

   a. any test performed; or

   b. an evaluation, a consultation or advice given,

   by or on behalf of any **Insured**;

2. the reporting of or reliance upon any such test, evaluation, consultation or advice; or

3. an error, omission, defect or deficiency in experimental data or the **Insured's** interpretation of that data.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74775XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 98
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002094

000016 - 0184 to 0251 - NNNNNN - 02018 JOBID 386DA004741

SESI (Amerisure)002095



| | **CNA PARAMOUNT** |
|---|---|
| | **Construction Wrap-Up Program Exclusion Endorsement** |

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that under **COVERAGES**, **Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B – Personal And Advertising Injury Liability**, the paragraphs entitled **Exclusions**, are amended to add the following exclusion:

This insurance does not apply to **bodily injury**, **property damage** or **personal and advertising injury** arising out of any current or completed operation performed by the **Named Insured** or on the **Named Insured's** behalf which is or was insured under a **consolidated (wrap-up) insurance program**.

This exclusion applies whether or not the **consolidated (wrap-up) insurance program**:

**A.** provides coverage identical to that provided by this **Coverage Part**;

**B.** has limits adequate to cover all **claims**; or

**C.** remains in effect.

**Consolidated (wrap-up) insurance program** means a construction, erection or demolition project for which the prime contractor/project manager or owner of the project has secured general liability insurance covering some or all of the contractors or subcontractors involved in the project. **Consolidated (wrap-up) insurance program** includes an Owner Controlled Insurance Program (O.C.I.P.) or a Contractor Controlled Insurance Program (C.C.I.P.).

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74863XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 99
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002096



SESI (Amerisure)002097



# CNA PARAMOUNT

## Engineers, Architects or Surveyors Professional Liability Exclusion Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B – Personal And Advertising Injury Liability**, the paragraphs entitled **Exclusions**, are amended to add the following exclusion:

This insurance does not apply to **bodily injury, property damage** or **personal and advertising injury** arising out of the rendering of or failure to render any professional services by the **Named Insured** or any engineer, architect or surveyor who is either employed by the **Named Insured** or performing work on the **Named Insured's** behalf in such capacity.

Professional services include:

**A.** the preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**B.** supervisory, inspection, architectural or engineering activities.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74980XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 100
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002098

000016 - 0186 of 0251 - NNNNNN - 02020 JOBID 386DA004741



SESI (Amerisure)002099



**CNA PARAMOUNT**

## Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - with Limited Bodily Injury Exception Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed as follows:

I. Under **COVERAGES, Coverage A – Bodily Injury And Property Damage Liability**, the paragraph entitled **Exclusions**, the exclusion entitled **Electronic Data** is deleted in its entirety and replaced with the following:

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or.

**(2)** the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate **electronic data**.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relation expenses or any other loss, cost or expense incurred by the **Named Insured** or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to **damages** because of **bodily injury**.

As used herein, **electronic data** means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

II. Under **COVERAGES, Coverage B – Personal And Advertising Injury Liability**, the paragraph entitled **Exclusions** is amended to add the following exclusion:

**Access Or Disclosure Of Confidential Or Personal Information**

This insurance does not apply to **personal and advertising injury** arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by the **Named Insured** or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75089XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 101
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002100

000016 - 0187 of 0251 - NNNNNN - 02021 JOBID 386DA004741



SESI (Amerisure)002101



**CNA PARAMOUNT**

**Amendment - Infringement of Copyright, Patent, Trademark Trade Secret or Other Intellectual Property Rights or Laws Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is understood and agreed that:

I. Under **COVERAGES, Coverage B – Personal and Advertising Injury Liability**, the **Exclusion** entitled **Infringement of Copyright, Patent, Trademark or Trade Secret** is deleted and replaced as follows:

**Infringement or Violation of Intellectual Property Rights or Laws**

**Personal and advertising injury** arising out of infringement or violation of the following rights or laws:

**(a)** patent;

**(b)** trade secret or other confidential or proprietary non-personal information;

**(c)** trademark, certification mark, service mark, collective mark, trade name, or other designation of origin or authenticity;

**(d)** copyright; or

**(e)** any other intellectual property right or legally protected expression, including but not limited to another's idea, slogan, trade dress, style of doing business, or unauthorized use of another's name or image, or any other intellectual property law, including but not limited to piracy, unfair competition or other similar practices.

This exclusion applies to the entirety of all allegations in any **claim** if the **claim** alleges the infringement or violation of any intellectual property right or law identified above, even if this insurance would otherwise apply to other allegations in the **claim**. However, this exclusion does not apply if the **claim's** only allegation is copyright or slogan infringement in **Named Insured's advertisement**.

II. Under **DEFINITIONS**, the definition of **personal or advertising injury** is amended to delete its subparagraph **g.**, and replace it with the following:

g. Infringing upon another's copyright or slogan in **Named Insured's advertisement**.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75116XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 102
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

000016 - 0188 ct 0251 - NNNNNN - 02022 JOBID 386DA004741

SESI (Amerisure)002102



SESI (Amerisure)002103



# Employee Benefits Liability Coverage

SESI (Amerisure)002104



SESI (Amerisure)002105



# CNA PARAMOUNT
## Professional Services
### Employee Benefits Liability Coverage Part Declarations

Policy Number: 6056872807

| 1. **Named Insured and mailing address** | Name: SESI CONSULTING ENGINEERS<br><br>Address: 959 RT 46E<br><br>PARSIPPANY, NJ 07054-3409 | |
|---|---|---|
| 2. **Type of Organization** | Corporation | |
| 3. **Limits of Insurance, Deductible** | Each **Employee** Limit | $1,000,000 |
| | Employee Benefits Liability – all **claims** in the aggregate limit | $1,000,000 |
| | Deductible – Each Employee | $1,000 |
| 4. **Premium, Surcharges Taxes and Fees at Issuance** | | |
| | Total Premium for this **Coverage Part** | |
| | New Jersey PLIGA Surcharge | |
| | Total Premium, Surcharges Taxes and Fees for this **Coverage Part** | |
| | Your Premium includes the following amount for Certified Acts of Terrorism | |
| 5. **Audit Period:** | Annual | |

Copyright CNA All Rights Reserved.

SESI (Amerisure)002106

000016 - 0190 of 0251 - NNNNNN - 02024 JOBID 386DA004741

SESI (Amerisure)002107



# CNA PARAMOUNT

## Additional Declarations – Employee Benefits
## Liability Schedule of Locations and Coverages

| | | | | | Policy Number: 6056872807 |
|---|---|---|---|---|---|

| Location Level | | | | | |
|---|---|---|---|---|---|

| Location Number | Location Address: | | | | |
|---|---|---|---|---|---|
| 1 | 949 RT 46 E | | | | |
| | PARSIPPANY, NJ 07054 | | | | |

| Coverage/Hazard Description | Exposure | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Employee Benefits Liability | 1 | Each Employee | Incl | |
| | Location Sub-Total | | | |

Copyright CNA All Rights Reserved.

CNA75133XX 01-15

SESI (Amerisure)002108

000016 - 0191 of 0251 - NNNNNN - 02025 JOBID 386DA004741



SESI (Amerisure)002109



# CNA PARAMOUNT
## Employee Benefits Liability Coverage Part - Occurrence

## I. COVERAGE

The Insurer will pay those sums up to the applicable limit of insurance that the **Insured** becomes legally obligated to pay as **damages** as a result of a covered **claim** for an act, error or omission negligently committed in the **administration** of the **Named Insured's employee benefit program** provided that such act, error or omission:

**A.** takes place in the **coverage territory**;

**B.** was committed during the **policy period**; and

**C.** prior to the effective date of the **policy period**:

    **1.** no **authorized insured** knew or should have known of a **claim** or **circumstance**;

    **2.** no **insured** had given notice to a prior insurer of any **related claim**.

The Insurer will pay all **defense costs** in connection with a covered **claim**. Such **defense costs** are in addition to the limits of insurance.

## II. DUTY TO DEFEND

The Insurer has the right and duty to defend in the **Insured's** name and on the **Insured's** behalf any covered **suit** even if any of the allegations of such **suit** are groundless, false or fraudulent. The Insurer shall have the right to appoint counsel and to make such investigation and settlement of a **claim** as is deemed necessary by the Insurer. If a **claim** is subject to an arbitration proceeding or mediation proceeding, the Insurer shall be entitled to exercise all of the **Insured's** rights in the choice of arbitrators or mediators and in the conduct of an arbitration proceeding or mediation proceeding involving such **claim**.

The Insurer is not obligated to investigate, defend, pay or settle, or continue to investigate, defend, pay or settle a **claim** after the applicable limit of the Insurer's liability has been exhausted by payment of **damages**.

## III. EXCLUSIONS

This insurance does not apply to:

**A. Bodily Injury, Property Damage, or Personal and Advertising Injury**

any **bodily injury**, **property damage** or **personal and advertising injury** .

**B. Dishonest, Fraudulent, Criminal or Malicious Act Damages**

any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any **insured**, including the willful or reckless violation of any statute.

**C. Employment-Related Practices**

any wrongful termination of employment, discrimination, or other employment-related practices.

**D. ERISA/Internal Revenue Code**

any act, error or omission in the **Insured's** capacity as a fiduciary under:

    **1.** the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws; or

    **2.** the Internal Revenue Code of 1986 as now or hereafter amended.

**E. Failure to Perform a Contract**

any **failure** of performance of contract by any insurer.

**F. Inadequacy of Performance of Investment/Advice Given with Respect to Participation**

any:

    **1.** failure of any investment to perform;

CNA74721XX 01-15      Page 1 of 8

Copyright CNA All Rights Reserved.

SESI (Amerisure)002110



**CNA PARAMOUNT**

**Employee Benefits Liability Coverage Part - Occurrence**

2. errors in providing information on past performance of investment vehicles; or

3. advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the **employee benefit program**.

**G. Insufficiency of Funds**

any insufficiency of funds to meet any obligations under any plan included in the **employee benefit program**.

**H. Workers' Compensation and Similar Laws**

any failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

## IV. LIMITS OF INSURANCE AND DEDUCTIBLE

**A. Limits of Insurance**

1. **Related Claims**

   All **related claims**, whenever made, shall be considered a single **claim** first made during the **policy period** in which the earliest **claim** was first made.

2. **Limit of insurance – each employee**

   Subject to paragraph **2.** below, the Insurer's limit of insurance for **damages** for all covered **claims** made by or behalf of any one **employee** including such **employee's** dependents or beneficiaries, shall not exceed the amount stated in the **Coverage Part** Declarations as "Employee Benefits Liability - each **employee**".

3. **Limit of insurance - all claims in the aggregate**

   The Insurer's limit of insurance for **damages** for all covered **claims** shall not exceed the amount stated in the **Coverage Part** Declarations as "Employee Benefits Liability – all **claims** in the aggregate", regardless of the number of **employees**.

4. **Multiple insureds, claims,** and claimants

   The limits of insurance shown in the **Coverage Part** Declarations and subject to the provisions of this policy, is the most the Insurer will pay as **damages** regardless of the number of **insureds, claims** made or reported, persons or entities making **claims**, acts, errors or omission which result in **damages** or **defense costs; employee benefit plans**.

**B. Deductible**

1. The Insurer's obligation to pay **damages** on behalf of the **insured** applies only to the amount of **damages** in excess of the deductible amount stated on the **Coverage Part** Declarations as applicable to each **employee** including such **employee's** dependents or beneficiaries. The limits of insurance shall not be reduced by the amount of this deductible.

2. The deductible amount stated on the **Coverage Part** Declarations applies to all **damages** sustained by any one **employee** including such **employee's** dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

3. The Insurer may pay any part or all of the deductible amount to effect settlement of any **claim** and, upon notification of the action taken, the **Insured** shall promptly reimburse the Insurer for such part of the deductible amount as the Insurer has paid.

The Limits of Insurance of this **coverage part** apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the **policy period** shown in the Policy Declarations, unless the **policy period** is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

CNA74721XX 01-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)002111



# CNA PARAMOUNT
## Employee Benefits Liability Coverage Part - Occurrence

## V. CONDITIONS

### Assistance and Cooperation

If there is a **claim** the **Insured** must:

**A.** forward to the Insurer or its designee, copies of the papers and documents, if any, which inform the **Insured** of a **claim**, including all notices, summonses or other processes regarding legal proceedings;

**B.** fully cooperate with the Insurer or its designee in all investigations, the making of settlements, the conduct of **suits** or other proceedings, enforcing any right of contribution or indemnity against another who may be liable to the **Insured** because of the **claim**. The **Insured** shall attend hearings and trials, assist in securing and giving evidence, and obtaining the attendance of witnesses.

### Concealment, Misrepresentation and Fraud

No concealment, misrepresentation or fraud shall avoid or defeat recovery under this **coverage part** unless such concealment, misrepresentation or fraud was material. Concealment, misrepresentation or fraud in the procurement of this **coverage part** which if known by the Insurer would have led to refusal by the Insurer to make this contract or provide coverage, or to make this contract or provide coverage on different terms or conditions, will be deemed material.

### Estates, Legal Representatives and Spouses

The estates, heirs, legal representatives and **spouse** of any natural person **Insured** shall also be insured under this **coverage part**; provided, however, coverage is afforded to such estates, heirs, legal representatives, and **spouse** only for **claims** arising solely out of their capacity or status as such and, in the case of a **spouse**, where such **claim** seeks **damages** from marital community property, jointly held property or property transferred from such natural person **Insured** to such **spouse**. No coverage is provided for any act, error or omission of an estate, heir, legal representative, or **spouse** outside the scope of such person's capacity or status as such.

### Notice of Claims and Circumstances

**A. Notice of Circumstances**

The **Insured** must see to it that the Insurer is notified promptly of any **circumstance**. To the extent possible, notice should include:

**1.** how, when and where the act, error or omission took place;

**2.** the names and addresses of any injured persons or organizations and witnesses; and

**3.** the nature and location of any injury or damage arising out of the **occurrence** or offense.

**B. Notice of Claims**

If a **claim** is made against any **Insured**, the **Insured** must:

**1.** immediately record the specifics of the **claim** and the date received; and

**2.** notify the Insurer in writing as soon as possible.

**C.** The **Insured** must:

**1.** immediately send the Insurer copies of any demands, notices, summonses or legal papers received in connection with the **claim**;

**2.** authorize the Insurer to obtain records and other information.

**D.** no **Insureds** will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without the Insurer's consent.

Copyright CNA All Rights Reserved.

SESI (Amerisure)002112

000016 - 0193 of 0251 - NNNNNN - 02027 JOBID 386DA004741





| | **CNA PARAMOUNT** |
|---|---|
| | **Employee Benefits Liability Coverage Part - Occurrence** |

**Other Insurance**

If other valid and collectible insurance is available to the **Insured** for loss insured under this **coverage part,** the Insurer's obligations are limited as follows:

**A. Primary Insurance**

This insurance is primary. The Insurer's obligations are not affected unless any of the other insurance is also primary. Then, the Insurer will share with all that other insurance by the method described in Paragraph **b.** below.

**B. Method of Sharing**

If all of the other insurance permits contribution by equal shares, the Insurer will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, the Insurer will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**Premium Audit**

**A.** The Insurer will compute all premiums for this **coverage part** in accordance with the Insurer rules and rates.

**B.** Premium shown in this **coverage part** as advance premium is a deposit premium only. At the close of each audit period the Insurer will compute the earned premium for that period and send notice to the **First Named Insured**. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, the Insurer will return the excess to the **First Named Insured**.

**C.** The **First Named Insured** must keep records of the information the Insurer need for premium computation, and send the Insurer copies at such times as the Insurer may request.

**Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the **First Named Insured**, this insurance applies:

**A.** as if each **Named Insured** were the only **Named Insured**; and

**B.** separately to each **Insured** against whom a **claim** is made.

**Transfer of Rights of Recovery**

If any **Insured** for whom payment is made by the Insurer under this policy has rights to recover amounts from another, those rights are transferred to the Insurer to the extent of its payment. The **Insured** must do everything necessary after loss to secure the Insurer's rights and must do nothing to prejudice such rights.

---

**VI. DEFINITIONS**

**Administration** means:

**A.** providing information to **employees**, including their dependents and beneficiaries, with respect to eligibility for or scope of **employee benefit programs**;

**B.** handling records in connection with the **employee benefit program**; or

**C.** effecting, continuing or terminating any **employee's** participation in any benefit included in the **employee benefit program**.

However, **administration** does not include handling payroll deductions.

Copyright CNA All Rights Reserved.

SESI (Amerisure)002113



**CNA PARAMOUNT**

**Employee Benefits Liability Coverage Part - Occurrence**

**Advertisement** means a notice that is broadcast or published to the general public or specific market segments about the **Named Insured's** goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**A.** notices that are published include material placed on the Internet or on similar electronic means of communication; and

**B.** regarding web-sites, only that part of a web-site that is about the **Named Insured's** goods, products or services for the purposes of attracting customers or supporters is considered an **advertisement.**

**Authorized Insured** means any **executive officer**, member of the **Named Insured's** human resources, risk management or in-house general counsel's office, or any **employee** authorized by the **Named Insured** to give or receive notice of a **claim**.

**Bodily Injury** means physical injury, sickness or disease sustained by a person, including death, humiliation, shock, mental anguish or mental injury by that person at any time which results as a consequence of the bodily injury, sickness or disease.

**Cafeteria plans** means plans authorized by applicable law to allow **employees** to elect to pay for certain benefits with pre-tax dollars.

**Claim** means:

**A.** **suit**; or

**B.** a written or oral demand for **damages**

alleging negligent acts, errors or omissions committed in the **administration** of the **Named Insured's employee benefit plans**.

**Circumstance** means an act, error or omission reported during the **policy period** from which an **executive officer** reasonably expects that a **claim** could be made.

**Coverage part** means only those **coverage parts** designated as included in the **Schedule of Forms and Endorsements**.

**Coverage territory** means:

**A.** the United States of America (including its territories and possessions), Puerto Rico and Canada;

**B.** international waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **A.** above.

**Damages** means the amount an **Insured** is legally obligated to pay, either through:

**A.** final adjudication of a covered **claim**; or

**B.** through compromise or settlement of a covered **claim** with the Insurer's written consent or direction.

In addition, **damages** includes the above mentioned sums only after deducting all other recoveries and salvages.

However, **damages** does not include with respect to any **claim**:

**1.** restitution, return or disgorgement of fees, costs and expenses paid or incurred or charged by an **Insured**, no matter whether claimed as restitution of specific funds, forfeiture, financial loss, set-off or otherwise, and injuries that are a consequence of any of the foregoing;

**2.** civil or criminal fines, sanctions, penalties forfeitures, or taxes whether pursuant to statute, regulation or court rule, including those imposed under the Internal Revenue Code;

**3.** the multiplied portion of multiplied awards imposed pursuant to any statute or regulation requiring such awards;

**4.** injunctive or declaratory relief;

CNA74721XX 01-15

Page 5 of 8

Copyright CNA All Rights Reserved.

SESI (Amerisure)002114

000016 - 0194 of 0251 - NNNNNN - 02028 JOBID 386DA004741



**CNA PARAMOUNT**

**Employee Benefits Liability Coverage Part - Occurrence**

5. any amount that is not insurable under any applicable law; or

6. plaintiff's attorney fees associated with any of the above;

7. any amounts for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the **Insured**, from the applicable funds accrued or other collectible insurance; or

8. any amounts that exceed the limits and restrictions that apply to the payment of benefits in any plan included in the **employee benefit program**.

**Defense costs** mean:

A. reasonable and necessary fees, costs, and expenses incurred by the **Insurer** or consented to by the **Insurer** and incurred by the **Named Insured** in the defense or appeal of a covered **suit** or in the investigation of any covered **claim**, and includes premium for appeal bonds arising out of a covered judgment, attachment bonds or similar bonds, but only for bond amounts up to the applicable limit of insurance.

B. prejudgment interest awarded against an **Insured** on that part of a judgment covered by this **coverage part**. If the Insurer makes an offer to pay the applicable limit of insurance, the Insurer will not pay any prejudgment interest based on that period of time after the offer.

C. post judgment interest which accrues after entry of judgment, but before the Insurer has paid or offered to pay, or deposited in court that part of the judgment which is within the applicable limit of insurance of this **coverage part**. The amount of interest the Insurer pays will be in direct proportion to the amount of **damages** the Insurer pays in relation to the total amount of the judgment.

D. all reasonable expenses incurred by a natural person **Insured** at the Insurer's request to assist the Insurer in the investigation or defense of the **claim**. This includes such **Insured's** actual loss of earnings up to $1000.00 per day, because of time off from work;

E. all court costs taxed against the **Insured** in the **suit**. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the **Insured**.

Payment of **defense costs** will not reduce the limit of insurance.

**Employee** means a person actively employed, formerly employed, on leave of absence or disabled, or retired. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

**Employee benefit program** means a program providing some or all of the following benefits to the **employees** whether provided through a **cafeteria plan** or otherwise:

A. group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to those **employees** who satisfy the plan's eligibility requirements;

B. profit sharing plans, **employee** savings plans, **employee** stock ownership plans, pension plans and stock subscription plans, provided that no one other than an **employee** may subscribe to such benefits and such benefits are made generally available to all **employees** who are eligible under the plan for such benefits;

C. unemployment insurance, social security benefits, workers' compensation and disability benefits; or

D. vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies.

**Executive Officer** means any natural person holding any of the following positions created by the **Named Insured's** charter, constitution, bylaws or any other similar governing document:

A. director, officer, trustee or governor of a corporation;

B. management committee member of a joint venture;

C. partner of a partnership;

Copyright CNA All Rights Reserved.

SESI (Amerisure)002115



**CNA PARAMOUNT**

**Employee Benefits Liability Coverage Part - Occurrence**



**D.** manager of a limited liability company;

**E.** trustee of a trust.

An **executive officer** is not an **employee**.

**First Named Insured** means the person or organization first listed as a **Named Insured** in the Declarations.

**Insured** means any **Named Insured** and

**A.** any natural person who was, is or becomes:

   **1.** the **Named Insured's executive officers**, but only for the **administration** of the **Named Insured's employee benefit program**; or

   **2.** the **Named Insured's** stockholders, but only with respect to their liability as stockholders.

   **3.** the **Named Insured's employees** authorized to administer its **employee benefit program**; or

   **4.** any natural person (including any **employee**), or any organization having proper temporary authorization to administer the **Named Insured's employee benefit program**, but only until an authorized legal representative is appointed on behalf of the **Named Insured**.

**B.** any organization the **Named Insured** newly acquires or forms, other than a partnership or joint venture, and over which the **Named Insured** maintains ownership or majority interest, if there is no other similar insurance available to that organization. However:

   **1.** coverage under this provision is afforded only until the 90th day after the **Named Insured** acquires or forms the organization or the end of the **policy period**, whichever is earlier; and

   **2.** coverage does not apply to acts, errors or omissions that occurred before the **Named Insured** acquired or formed the organization.

No person or organization is an **insured** with respect to the conduct of any current or past partnership or joint venture that is not shown as a **Named Insured** in the Declarations.

In addition to the above, the estates, heirs, legal representatives or **spouses** of any of the **Named Insured's executive officers** or **employees** qualifying as an **Insured** are also insured pursuant to the condition entitled **Estates, Legal Representatives And Spouses**.

**Leased worker** means a natural person leased to the **Named Insured** by a labor leasing firm under an agreement between the **Named Insured** and the labor leasing firm, to perform duties related to the conduct of the **Named Insured's** business. **Leased worker** does not include a **temporary worker**.

**Named Insured** means the person or organization shown in the Declarations, and any other person or organization qualifying as a **Named Insured** under this **coverage part**.

**Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal and advertising injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

**A.** false arrest, detention or imprisonment;

**B.** malicious prosecution;

**C.** wrongful eviction from, wrongful entry into, or the invasion of the right of private occupancy of a room, dwelling or premises that a natural person occupies committed by or on behalf of its owner, landlord or lessor;

**D.** oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**E.** oral or written publication, in any manner, of material that violates a natural person's right of privacy;

CNA74721XX 01-15

Copyright CNA All Rights Reserved.

SESI (Amerisure)002116



**CNA PARAMOUNT**

**Employee Benefits Liability Coverage Part - Occurrence**

**F.** the use of another's advertising idea in the **Named Insured's advertisement**; or

**G.** infringing upon another's copyright or slogan in the **Named Insured's advertisement**.

**Policy period** means the period of time from the effective date and time of this Policy to the date and time of termination as shown in the Policy **Declarations**, or its earlier cancellation date.

**Property damage** means physical injury to:

**A.** tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**B.** loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

**Related claims** means all **claims** arising out of a single act, error or omission or arising out of **related acts, errors or omissions** negligently committed in the **administration** of the **Insured Entity's employee benefits program**.

**Spouse** means any husband or wife or any person qualifying as a domestic partner under any federal, state or local laws or under the **Named Insured's** employee benefit plans or **employee benefits program**.

**Suit** means a civil proceeding in which **damages** to which this insurance applies are alleged. **Suit** includes:

**A.** an arbitration proceeding in which such **damages** are claimed and to which the **Insured** must submit or does submit with the Insurer's consent; or

**B.** any other alternative dispute resolution proceeding in which such **damages** are claimed and to which the **Insured** submits with the Insurer's consent.

**Temporary worker** means a worker who is furnished to the **Named Insured** to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**Volunteer worker** means a natural person who is not the **Named Insured's employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by the **Named Insured**, and is not paid a fee, salary or other compensation by the **Named Insured** or anyone else for their work performed for the **Named Insured**.

Copyright CNA All Rights Reserved.

**SESI (Amerisure)002117**



# CNA PARAMOUNT

## Employee Benefits Liability- Amended Definition of Executive Officer Endorsement

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART

It is understood and agreed that under **DEFINITIONS**, the definition of **Executive Officer** is deleted and replaced by the following:

**Executive Officer** means any natural person holding any of the following positions created by the **Named Insured's** charter, constitution, bylaws or any other similar governing document:

**A.** director, officer, trustee or governor of a corporation.

**B.** management committee member of a joint venture;

**C.** partner of a partnership;

**D.** manager of a limited liability company; or

**E.** trustee of a trust.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

000016 - 0196 of 0251 - NNNNNN - 02030 JOBID 386DA004741

CNA86269XX (10-16)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 103
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002118



SESI (Amerisure)002119

**Policy Endorsements**

000016 - 0197 of 0251 - NNNNNN - 02031 JOBID 386DA004741

SESI (Amerisure)002120



SESI (Amerisure)002121



# CNA PARAMOUNT

## Amendment to Policy Declarations -- Named Insured Endorsement

It is understood and agreed as follows:

The **Policy Declarations** is amended as follows:

A.    Addition of **Named Insureds**:

The following are added as **Named Insureds**:

| Name and Address of **Named Insured** |
|---|
| SESI CONSULTING ENGINEERS |
| SESI CONSULTING ENGINEERS D. P. C. |
| SOILS ENGINEERING SERVICES,INC T/A SESI CONSULTING ENGINEERS |
| SOILS ENGINEERING SERVICES,INC |
| 959 RT 46E |
| PARSIPPANY, NJ  07054-3409 |

B.    Deletion of **Named Insured**:

The following are deleted as **Named Insureds**:

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

000016 - 0198 of 0251 - NNNNNN - 02032 JOBID 386DA004741

CNA62700XX 09-12
Page    1 of    1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:    104
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002122



SESI (Amerisure)002123



| | **CNA PARAMOUNT** |
|---|---|
| | **Broad Named Insured Endorsement** |

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

It is understood and agreed as follows:

I. The **WHO IS AN INSURED** Section is amended to delete its Paragraph **3.** in its entirety and replace it with the following:

   **3.** Pursuant to the limitations described in Paragraph **IV.** below, any organization in which a **Named Insured** has **management control**:

    **a.** on the effective date of this **Coverage Part**; or

    **b.** by reason of a **Named Insured** creating or acquiring the organization during the **policy period**,

   qualifies as a **Named Insured**, provided that there is there is no other similar liability insurance, whether primary, contributory, excess, contingent or otherwise, which provides coverage to such organization, or which would have provided coverage but for the exhaustion of its limit, and without regard to whether its coverage is broader or narrower than that provided by this insurance.

   However, this **BROAD NAMED INSURED** provision does not apply to:

   **(a)** any partnership, limited liability company or joint venture; or

   **(b)** any organization for which coverage is excluded by another endorsement attached to this **Coverage Part**.

II. Solely with respect to organizations which qualify as **Named Insureds** by virtue of this Endorsement, this insurance does not apply to:

   **a.** **bodily injury** or **property damage** that first occurred prior to the date of **management control**, or that first occurs after **management control** ceases; nor

   **b.** **personal or advertising injury** caused by an offense that first occurred prior to the date of **management control** or that first occurs after **management control** ceases.

III. The insurance provided by this **Coverage Part** applies to **Named Insureds** when trading under their own names or under such other trading names or doing-business-as names as any **Named Insured** should choose to employ.

IV. For the purposes of this endorsement, a new definition is added as follows:

   **Management control** means:

   **A.** owning interests representing more than 50% of the voting, appointment or designation power for the selection of a majority of: the Board of Directors of a corporation; or

   **B.** having the right, pursuant to a written trust agreement, to protect, control the use of, encumber or transfer or sell property held by a trust.

V. If the **coverage part** to which this endorsement applies is part of a package policy that also contains a Commercial General Liability Coverage Part (CGL) that has been endorsed:

   **A.** with a Broad Named Insured provision, then the CGL's Broad Named Insured provision's terms hereby replace this endorsement's terms, including any terms applicable to management control, limited liability companies or joint ventures; or

   **B.** to exclude from coverage an organization that otherwise would qualify as a Named Insured under this (Broad Named Insured) endorsement, then such an organization is also excluded from the coverage provided by this **coverage part**.

CNA75108XX (1-15)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  105
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002124



| | CNA PARAMOUNT |
|---|---|
| | **Broad Named Insured Endorsement** |

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA75108XX (1-15)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 105
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002125



| | **CNA PARAMOUNT** |
|---|---|
| | **Bridge Endorsement** |

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

It is understood and agreed as follows:

I.  The **Common Terms and Conditions** are amended to delete the sections entitled "Bankruptcy" and "No Suit Against Insurer" as the conditions section of the **Coverage Part** has more specific conditions of its own.

II. The conditions section is amended to delete the condition entitled **When We Do Not Renew**. Please refer instead to Condition **III. CANCELLATION/NONRENEWAL** of the **Common Terms and Conditions**.

III. The **DEFINITIONS** section is amended to add the following new definitions:

**Claim** means:

A.  a **suit**; or

B.  a written or oral demand for **damages** alleging injury to which this insurance applies.

**Coverage part** means only those coverage parts designated as included in the **Schedule of Forms and Endorsements**.

**Damages** means the amount an **Insured** is legally obligated to pay, either through:

A.  final adjudication of a covered **claim**; or

B.  through compromise or settlement of a covered **claim** with the Insurer's written consent or direction.

**Defense costs** means those amounts set forth under the **SUPPLEMENTARY PAYMENTS** section of any applicable coverage part.

**First Named Insured** means the person or organization first listed as a **Named Insured** in the Declarations.

**Insured** means those persons or organizations as set forth in the section entitled **Who is an Insured**.

**Named Insured** means the persons or organizations named as such in the Declarations and any other person or organization qualifying as a named insured under this policy.

**Policy period** means the period of time from the effective date and time of this Policy to the date and time of termination as shown in the Policy Declarations, or its earlier cancellation date.

**Spouse** means any husband or wife or any person qualifying as a domestic partner under any applicable federal, state or local laws or under the **Named Insured's** employee benefit plans.

IV. Where the phrase "claim or **suit**" appears, it is deleted and replaced with the defined term **claim**.

V.  Any reference to "the Insurer" in this Policy refers to the company providing this insurance.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA62646XX (1-15)                                   Policy No:        6056872807
Page 1 of 1                                         Endorsement No:   106
AMERICAN CASUALTY CO OF READING,PA                  Effective Date:   12/23/2023
Insured Name: SESI CONSULTING ENGINEERS

Copyright CNA All Rights Reserved.

SESI (Amerisure)002126

000016 - 0200 of 0251 - NNNNNN - 02034 JOBID 386DA004741



SESI (Amerisure)002127



# CNA PARAMOUNT

## Cancellation / Non-Renewal – New Jersey

Wherever used in this endorsement: 1) Insurer means "we", "us", "our" or the "Company" as those terms may be defined in the policy; and 2) Named Insured means the first person or entity named on the declarations page; and 3) "Insureds" means all persons or entities afforded coverage under the policy.

Any cancellation, non-renewal or termination provisions in the policy are deleted in their entirety and replaced with the following:

## CANCELLATION AND NON-RENEWAL

A. **CANCELLATION**

1. The first Named Insured may cancel the policy at any time. To do so, the Named Insured must return the policy to the Insurer or any of its authorized representatives, indicating the effective date of cancellation; or provide a written notice to the Insurer, stating when the cancellation is to be effective.

2. The Insurer may cancel the policy at any time and for any reason within the first sixty (60) days. The Insurer will mail or deliver written notice of cancellation at least ten (10) days prior to the effective of such cancellation if cancellation is for nonpayment or existence of a moral hazard as defined by NJAC 11:1-20.2(f) and thirty (30) days if for any other reason.

3. If the policy has been in effect for sixty (60) days or more, it may be canceled only for one of the following reasons:

   a. May be canceled for any underwriting reason set forth in our underwriting guidelines which were in effect at the policy inception. The underwriting guidelines must not be arbitrary, capricious or unfairly discriminatory.

   b. The following text sets forth certain approved reasons for midterm cancellations as approved guidelines. While an Insurer may issue other guidelines, it appears that an Insurer should limit its guidelines for midterm cancellation to those the Department has approved to avoid the possibility that the Department might rescind a cancellation.

   c. All underwriting reasons or guidelines utilized by the Insurer to cancel or non-renew the policy will be maintained by Insurer in writing and will be available to the Named Insured or the Named Insured's lawful representatives upon written request.

   d. Only those guidelines which are in effect at the inception of the original policy or any renewal thereof, as applicable, may be utilized to cancel during the policy period.

   e. The following guidelines are approved for use:

      (1) Non-payment of premium;
      (2) Moral hazard, which is defined as:

         (a) The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a "moral hazard;" and
         (b) The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability which we will be held responsible. Any change in the character or

Policy No: 6056872807
Endorsement No: 107
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002128

000016 - 0201 of 0251 - NNNNNN - 02035 JOBID 386DA004741



# CNA PARAMOUNT

## Cancellation / Non-Renewal -- New Jersey

circumstances of an individual, corporate, partnership or other insured that will increase probability of such a loss or liability may be considered a "moral hazard."

(3) Material misrepresentation or non-disclosure of material fact.

(4) Increased hazard or material change in the risk by the parties at inception of coverage.

(5) Substantial breaches of policy provisions that materially affect the nature and/or insurability of the risk.

(6) Lack of cooperation on loss control matters which materially affect insurability.

(7) Fraudulent acts which materially affects the risk.

(8) Loss of or reduction in available insurance capacity. This is an acceptable reason for cancellation only if the following exists:

   (i) an insurance department has declared insured to be financially impaired.

   (ii) substantial reductions in reinsurance or other changes which prohibit us from providing coverage at the same limits and terms as the existing policy; or

   (iii) an insurance department has issued an order indicating impaired financial condition of the reinsurer which may adversely affect the reinsurer's ability to meet its obligations.

(9) Failure of the Insured to comply with any federal, state or local fire, health, safety, building or construction regulation, law or ordinance which substantially increases any hazard insured against. The Insured has sixty (60) days to correct.

(10) Failure by the Insured to provide reasonable and necessary underwriting information to us upon written request and a reasonable time to respond.

(11) Agency termination, provided:

   (i) It is documented that replacement coverage at comparable rates and terms has been provided to the Insured, and the Insured has been informed, in writing of his or her right to continue coverage; or

   (ii) the Insured has agreed in writing to the cancellation based upon the termination of the agent.

The Insurer will mail notice of cancellation to the Named Insured not more than one hundred and twenty (120) days nor less than sixty (60) days prior to the effective date of such cancellation. If the Insurer cancels for non-payment of premium, notice of cancellation will be mailed at least ten (10) days prior to the effective date of such cancellation.

4. All notices of cancellation will state the reason for cancellation.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. PREMIUM REFUND

If this policy is cancelled, the Insurer will send the Named Insured any premium refund due. If the Insurer cancels the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if the Insurer has not made or offered a refund.

CNA62814NJ (9-12)
Page 2 of 3
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  107
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002129



| | **CNA PARAMOUNT** |
|---|---|
| | **Cancellation / Non-Renewal – New Jersey** |

### C. NON-RENEWAL

1. The Insurer can non-renew the policy by mailing or delivering written notice to the Named Insured, at the last mailing address known to the Insurer, not more than one hundred and twenty (120) days nor less than sixty (60) days prior to the effective date of non-renewal. The notice will be sent by certified mail or by first class mail, if a date stamped proof of mailing has been obtained from the post office.

2. Like notice of non-renewal will state the actual reason for non-renewal.

All other terms and conditions of the Policy remain unchanged.

> This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

000016 - 0202 of 0251 - NNNNNN - 02036 JOBID 386DA004741

Policy No: 6056872807
Endorsement No: 107
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

**SESI (Amerisure)002130**



SESI (Amerisure)002131



| | CNA PARAMOUNT |
|---|---|
| | **Amendatory Endorsement – New Jersey** |

It is understood and agreed as follows:

**I.** The **CONCEALMENT, MISREPRESENTATION AND FRAUD** condition of the **First Party Terms and Conditions** is deleted and replaced with the following:

**CONCEALMENT, MISREPRESENTATION AND FRAUD**

This entire policy shall be canceled if, whether before or after a loss, the **Named Insured** or designated representatives:

**A.** has concealed or misrepresented any material fact or circumstance concerning:

    **1.** this insurance or the subject thereof;

    **2.** the interest of the **Named Insured** therein; or

    **3.** any claim; or

**B.** has falsely sworn to any such material fact or circumstance.

All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CNA62815NJ (10-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:      6056872807
Endorsement No:      108
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002132

000016 - 0203 ot 0251 - NNNNNN - 02037 JOBID 386DA004741



SESI (Amerisure)002133



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 109
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002134



SESI (Amerisure)002135



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 110
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002136

000016 - 0205 of 0251 - NNNNNN - 02039 JOBID 386DA004741



SESI (Amerisure)002137



**CNA PARAMOUNT**

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period,** the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 111
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002138

000016 - 0206 of 0251 - NNNNNN - 02040 JOBID 386DA004741



SESI (Amerisure)002139



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:    112
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

**SESI (Amerisure)002140**

000016 - 0207 of 0251 - NNNNNN - 02041 JOBID 386DA004741



SESI (Amerisure)002141





# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 113
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002142

000016 - 0208 ot 0251 - NNNNNN - 02042 JOBID 386DA004741



SESI (Amerisure)002143



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 114
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002144

000016 - 0209 of 0251 - NNNNNN - 02043 JOBID 386DA004741



SESI (Amerisure)002145



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 115
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002146

000016 - 0210 of 0251 - NNNNNN - 02044 JOBID 386DA004741



SESI (Amerisure)002147



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 116
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002148



SESI (Amerisure)002149



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 117
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002150

000016 - 0212 of 0251 - NNNNNN - 02046 JOBID 386DA004741



SESI (Amerisure)002151



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 118
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002152



SESI (Amerisure)002153



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | ████████████ |
| Address: | ████████████ |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 119
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002154



SESI (Amerisure)002155





**CNA PARAMOUNT**

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:    120
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002156



SESI (Amerisure)002157



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | █████████████ |
| Address: | ████████████████████ |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule.  Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:   121
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

**SESI (Amerisure)002158**

000016 - 0216 of 0251 - NNNNNN - 02050 JOBID 386DA004741

SESI (Amerisure)002159



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | ■■■■■■■■■■■■■■ |
| **Address:** | 96 US HIGHWAY 206, SUITE 101<br><br>FLANDERS<br><br>NJ 07836 |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 122
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002160



SESI (Amerisure)002161





# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| **Address:** 49 COURT ST  BINGHAMTON  NY 13901 | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 123
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002162

SESI (Amerisure)002163



**CNA PARAMOUNT**

**Changes - Notice of Cancellation or Material Restriction Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | , |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 124
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002164

000016 - 0219 of 0251 - NNNNNN - 02053 JOBID 386DA004741



SESI (Amerisure)002165



**CNA PARAMOUNT**

**Changes - Notice of Cancellation or Material Restriction Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No:  125
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002166

000016 - 0220 of 0251 - NNNNNN - 02054 JOBID 386DA004741



SESI (Amerisure)002167



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 126
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002168

000016 - 0221 of 0251 - NNNNNN - 02055 JOBID 386DA004741



SESI (Amerisure)002169





# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 127
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002170



SESI (Amerisure)002171



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 128
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002172

000016 - 0223 of 0251 - NNNNNN - 02057 JOBID 386DA004741



SESI (Amerisure)002173



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | , |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 129
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002174

000016 - 0224 of 0251 - NNNNNN - 02058 JOBID 386DA004741



SESI (Amerisure)002175



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 130
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002176

SESI (Amerisure)002177



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 131
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002178

000016 - 0226 of 0251 - NNNNNN - 02060 JOBID 386DA004741



SESI (Amerisure)002179



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | ███████ |
| **Address:** ███████ | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 132
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002180

SESI (Amerisure)002181



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | █████████████████ |
| **Address:** | ██████████████████████ |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 133
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002182



SESI (Amerisure)002183



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | █████████████ |
| **Address:** | █████████████ |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

**CNA74702XX (1-15)**
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 134
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002184

000016 - 0229 of 0251 - NNNNNN - 02063 JOBID 386DA004741



SESI (Amerisure)002185



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 135
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002186

000016 - 0230 of 0251 - NNNNNN - 02064 JOBID 386DA004741



SESI (Amerisure)002187



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

**CNA74702XX** (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 136
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002188



SESI (Amerisure)002189



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 137
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002190



SESI (Amerisure)002191





# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Address:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 138
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002192

SESI (Amerisure)002193



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 139
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002194

000016 - 0234 of 0251 - NNNNNN - 02068 JOBID 386DA004741



SESI (Amerisure)002195



**CNA PARAMOUNT**

**Changes - Notice of Cancellation or Material Restriction Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 140
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002196



SESI (Amerisure)002197



**CNA PARAMOUNT**

**Changes - Notice of Cancellation or Material Restriction Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 141
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002198



SESI (Amerisure)002199



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No:  6056872807
Endorsement No:  142
Effective Date:  12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002200



SESI (Amerisure)002201



**CNA PARAMOUNT**

**Changes - Notice of Cancellation or Material Restriction Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 143
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

**SESI (Amerisure)002202**



SESI (Amerisure)002203



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 144
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002204

SESI (Amerisure)002205



**CNA PARAMOUNT**

**Changes - Notice of Cancellation or Material Restriction Endorsement**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 145
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002206

000016 - 0240 of 0251 - NNNNNN - 02074 JOBID 386DA004741



SESI (Amerisure)002207



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 146
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002208



SESI (Amerisure)002209



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| **Number of days notice (other than for nonpayment of premium):** | 030 |
| **Number of days notice for nonpayment of premium:** | 10 |
| **Name of person or organization to whom notice will be sent:** | |
| **Address:** | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 147
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

000016 - 0242 of 0251 - NNNNNN - 02076 JOBID 386DA004741



SESI (Amerisure)002211



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | |
| Address: | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

**CNA74702XX (1-15)**
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 148
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002212



SESI (Amerisure)002213





# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | ███████████ |
| Address: | ███████████ |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 149
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002214



SESI (Amerisure)002215



# CNA PARAMOUNT

## Changes - Notice of Cancellation or Material Restriction Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK DEPARTMENT OF TRANSPORTATION

| SCHEDULE | |
|---|---|
| Number of days notice (other than for nonpayment of premium): | 030 |
| Number of days notice for nonpayment of premium: | 10 |
| Name of person or organization to whom notice will be sent: | ▮▮▮▮▮▮▮▮ |
| **Address:** ▮▮▮▮▮▮▮▮ | |

If no entry appears above, the number of days notice for nonpayment of premium will be 10 days.

It is understood and agreed that in the event of cancellation or any material restrictions in coverage during the **policy period**, the Insurer also agrees to mail prior written notice of cancellation or material restriction to the person or organization listed in the above Schedule. Such notice will be sent prior to such cancellation in the manner prescribed in the above Schedule.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74702XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 150
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002216



SESI (Amerisure)002217



| | **CNA PARAMOUNT** |
|---|---|
| | **Calculation of Premium Endorsement** |

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART
TECHNOLOGY ERRORS AND OMISSIONS LIABILITY COVERAGE PART

It is understood and agreed that the following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, the Insurer will compute the premium in accordance with the Insurer's rates and rules then in effect.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74726XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 151
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002218

000016 - 0246 to 0251 - NNNNNN - 02080 JOBID 386DA004741



SESI (Amerisure)002219



| | | **CNA PARAMOUNT** |
|---|---|---|
| | | **Asbestos Exclusion Endorsement** |

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK
STOP GAP COVERAGE PART

It is understood and agreed that the following exclusion is added:

This insurance does not apply to:

**A.** **bodily injury**, **property damage** or **personal and advertising injury** arising out of the actual, alleged or threatened exposure at any time to **asbestos**; or

**B.** any loss, cost or expense that may be awarded or incurred:

    **1.** by reason of a **claim** for any **bodily injury**, **property damage** or **personal and advertising injury** arising out of the actual, alleged or threatened exposure at any time to **asbestos**; or

    **2.** in complying with a governmental direction or request to test for, monitor, clean up, remove, contain or dispose of **asbestos**.

As used herein, **asbestos** means the mineral in any form whether or not the asbestos was at any time:

**i.** airborne as a fiber, particle or dust;

**ii.** contained in or formed a part of a product, structure or other real or personal property;

**iii.** carried on clothing;

**iv.** inhaled or ingested; or

**v.** transmitted by any other means.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74719XX (1-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 152
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

**SESI (Amerisure)002220**

000016 - 0247 ot 0251 - NNNNNN - 02081 JOBID 386DA004741



SESI (Amerisure)002221



**CNA PARAMOUNT**

**Nuclear Energy Liability Exclusion Endorsement
(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
STOP GAP LIABILITY COVERAGE PART

It is understood and agreed that the policy is amended as follows:

**I.** The insurance does not apply:

**A.** under any Liability Coverage, to **bodily injury** or **property damage**:

**1.** with respect to which an **Insured** under the policy is also an **Insured** under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an **Insured** under any such policy but for its termination upon exhaustion of its limit of liability; or

**2.** resulting from the **hazardous properties** of **nuclear material** and with respect to which

**a.** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or

**b.** the **Insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

**C.** under any Liability Coverage, to **bodily injury** or **property damage** resulting from **hazardous properties** of **nuclear material**, if:

**1.** the **nuclear material**

**a.** is at any **nuclear facility** owned by, or operated by or on behalf of, an **Insured** or

**b.** has been discharged or dispersed therefrom;

**2.** the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an **Insured**; or

**3.** the **bodily injury** or **property damage** arises out of the furnishing by an **Insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **3.** applies only to **property damage** to such **nuclear facility** and any property thereat.

**II.** As used in this endorsement:

**Hazardous properties** includes radioactive, toxic or explosive properties.

**Nuclear material** means **source material**, **special nuclear material** or **by-product material**.

**Source material**, **special nuclear material**, and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

CNA74727XX (1-15)
Page 1 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 153
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002222

000016 - 0248 of 0251 - NNNNNN - 02082 JOBID 386DA004741



**CNA PARAMOUNT**

**Nuclear Energy Liability Exclusion Endorsement**
**(Broad Form)**

**Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**.

**Waste** means any waste material:

A. containing by-product material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and

B. resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

**Nuclear facility** means:

A. any **nuclear reactor**;

B. any equipment or device designed or used for

1. separating the isotopes of uranium or plutonium,

2. processing or utilizing **spent fuel**, or

3. handling, processing or packaging **waste**;

C. any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **Insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

D. any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**Property damage** includes all forms of radioactive contamination of property.

All other terms and conditions of the Policy remain unchanged.

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

CNA74727XX (1-15)
Page 2 of 2
AMERICAN CASUALTY CO OF READING,PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 153
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.  Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SESI (Amerisure)002223



**CNA PARAMOUNT**

**Cap on Losses from Certified Acts of Terrorism Endorsement**

Solely with respect to the following coverage parts:

Business Property

General Liability
Employee Benefits Liability

It is understood and agreed as follows:

**A. Cap on Certified Terrorism Losses**

**Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism pursuant to the Terrorism Risk Insurance Act, as extended and reauthorized (the "Act"). The criteria contained in the Act for a **certified act of terrorism** include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Calendar year (January 1 through December 31) and the Insurer has met its insurer deductible under the Act, the Insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this **coverage part** or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

All other terms and conditions of the Policy remain unchanged.

---

This endorsement, which forms a part of and is for attachment to the Policy issued by the designated Insurers, takes effect on the effective date of said Policy at the hour stated in said Policy, unless another effective date is shown below, and expires concurrently with said Policy.

---

CNA81503XX (2-15)
Page 1 of 1
AMERICAN CASUALTY CO OF READING, PA
Insured Name: SESI CONSULTING ENGINEERS

Policy No: 6056872807
Endorsement No: 154
Effective Date: 12/23/2023

Copyright CNA All Rights Reserved.

SESI (Amerisure)002224

000016 - 0249 ct 0251 - NNNNNN - 02083 JOBID 386DA004741



SESI (Amerisure)002225





151 N. Franklin St.
Chicago, IL 60606

| Policy Number | From Policy Period To | Coverage is Provided By | Agency |
|---|---|---|---|
| C6056872807 | 12/23/23  12/23/24 | American Casualty Co of Reading, PA | 070108190 |

| Named Insured And Address | Agent |
|---|---|
| SESI CONSULTING ENGINEERS<br>959 RT 46E<br>PARSIPPANY, NJ  07054-3409 | USI INSURANCE SERVICES, LLC<br>180 PARK AVE 1ST FL<br>FLORHAM PARK, NJ 07932 |

**    PAYMENT PLAN SCHEDULE   **

THE BILLING FOR THIS POLICY WILL BE
FORWARDED TO YOU DIRECTLY FROM CNA.

THE PREMIUM AMOUNT FOR THIS TRANSACTION
IS  ███████████

THIS PREMIUM WILL BE INVOICED BY CNA ON
A SEPARATE STATEMENT ACCORDING TO THE
PAYMENT OPTION YOU SELECT.

ISSUE DATE 11/29/23

SESI (Amerisure)002226



SESI (Amerisure)002227