# GROUP EXHIBIT K

# GROUP EXHIBIT K-1



# Certification

I, DEBBIE ALLISON, as a duly authorized Harleysville Insurance Co of
New Jersey associate entrusted with oversight of the system of record from
which this copy was produced, based upon information and belief; certify
under the penalty of perjury that this attached copy of CMB00000025694Z
effective 06/15/2017 to 06/15/2018 issued to GMAC Construction LLC
&/or GMAC Construction Inc was made at or near the time of certification,
as part of regularly conducted business activities, and is a true and accurate
copy of the official record kept as part of regular business activities.

*Debbie Allison*

box SIGN          17723RV1-13J9R8Rq

Feb 8, 2024

_____          _____

Debbie Allison          Date

Director, Process Management

CMB00000025694Z

ST-7687
(Ed. 1-15)

# NOTICE TO POLICYHOLDERS
# NOTICE OF TERRORISM INSURANCE COVERAGE

This notice is being provided in accordance with the Terrorism Risk Insurance Act (the "Act"). Your policy provides certain coverage for losses resulting from acts of terrorism in accordance with the terms of the Act and as set forth in your policy. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – (i) to be an act of terrorism; (ii) to be a violent act or an act that is dangerous to (I) human life; (II) property; or (III) infrastructure; (iii) to have resulted in damage within the United States, or outside the United States in the case of (I) an air carrier or vessel described in paragraph (5)(B); or (II) the premises of a United States mission; and (iv) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THE POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016, 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019; AND 80% BEGINNING ON JANUARY 1, 2020 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**This Notice does not form a part of your insurance contract. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.**

**Carefully read your policy, including the endorsements attached to your policy.**

HAR 01426

CMB00000025694Z

**ST-7962**
**(Ed. 2-16)**

# NOTICE TO POLICYHOLDERS
## EXCLUSION – PERSONAL DATA COMPROMISE AND NETWORK SECURITY LIABILITY – COVERAGE A

The purpose of this notice is to make you aware of a new exclusion included with this policy.

Your "underlying insurance" includes one or more of the following coverages:

**Data Compromise**

**Identity Recovery**

**CyberOne**

It is not our intent that your Commercial Liability Umbrella policy provides coverage over any of the underlying insurance coverages identified above.  As confirmation of our coverage intent, we have added CU-7227 Exclusion – Personal Data Compromise and Network Security Liability Coverage A to your policy.

Please contact your agent with any questions regarding this notice.

CMB00000025694Z

# Harleysville Insurance Company of New Jersey

**A Stock Company**



112 West Park Drive
Mt. Laurel, NJ 08054

CMB00000025694Z

This policy jacket with the policy provisions, declarations or information page, and endorsements, if any, completes this policy.

We will provide insurance described in this policy in return for the premium and compliance with all applicable policy provisions.

In Witness Whereof, the Company has caused this policy to be executed and attested.


*Mark A. Berven*
President & Chief Operating Officer


*Robert W. Horner III*
Vice President & Secretary

CMB00000025694Z

 **Nationwide**
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
NEW BUSINESS

---

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**

GMAC Construction LLC &/or GMAC
Construction Inc
PO Box 176
Swedesboro, NJ 08085-0176

**Agent:**

KEH INSURANCE AGENCY INC
1415 MARLTON PIKE EAST, SUITE 501
CHERRY HILL, NJ 08034

**Agency Code:** 294727
**Phone Number:** (856)429-6000

**Policy Period:** 06/15/2017 to 06/15/2018

at 12:01 A.M. Standard Time at your mailing address
shown above.

**Business Description:**

Concrete Contractor

**Form of Business:**

LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST
CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $     0

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS
INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | $   25,004.00 |
| Sub-Total | $   25,004.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $      150.00 |
| Total | $   25,154.00 |

FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:
SEE SCHEDULES GU-7004 and GU-7009

---

**GU-7000 (Ed. 4-09)**      Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

**Insured Copy**

Page: 1 of 1
Issued: 06/12/2017

HAR 01430

CMB00000025694Z

 **Nationwide**® is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
**NEW BUSINESS**

## FEES AND SURCHARGE SCHEDULE

New Jersey Property-Liability Insurance Guaranty Association Surcharge          $ 150.00

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
**NEW BUSINESS**

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED.

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| PJ0002 | 0415 | Policy Jacket |
| GU7015 | 0409 | Fees and Surcharge Schedule |
| IL0017 | 1198 | Common Policy Conditions |
| IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| | | UMBRELLA FORMS |
| CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| CU0403 | 1207 | Employee Benefits Liability Coverage |
| CU2112 | 0900 | Abuse or Molestation Exclusion |
| CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| CU2127 | 1204 | Fungi or Bacteria Exclusion |
| CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| CU7101 | 0104 | Contractors' Limitation Endorsement |
| CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| CU7118 | 0104 | Exclusion - Lead Liability |
| CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |

**GU-7004 (Ed. 4-09)**

**Insured Copy**

HAR 01432

CMB00000025694Z

 **Nationwide**
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
**NEW BUSINESS**

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED.

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

GU-7009 (Ed. 4-09)

**Insured Copy**

Page 1 of 1
Issued: 06/12/2017

HAR 01433

CMB00000025694Z



**Harleysville**
*Good people to know®*

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | **NEW BUSINESS** |

# COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

Form of Business: ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☒ Limited Liab. Co. ☐ Other

Business Description: Concrete Contractor

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT (Liability Coverage) | $ | 5,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 5,000,000 Any one person or organization |
| AGGREGATE LIMIT (Liability Coverage) | $ | 5,000,000 (except with respect to "covered autos") |
| OTHER: | $ | |
| SELF-INSURED RETENTION: | $ | |

## ALL PREMISES YOU OWN, RENT OR OCCUPY

LOCATION NUMBER:          ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

All Underlying Locations

## SCHEDULE OF UNDERLYING INSURANCE

| Commercial Auto: | Commercial Garage Liability: |
|---|---|
| Company Name: Harleysville Insurance Co of New Jersey | Company Name: |
| Policy Number: BA00000025693Z | Policy Number: |
| Policy Period: 06/15/2017 - 06/15/2018 | Policy Period: |
| Policy Limits: $ 1000000 CSL | $ occurrence/ |
| | $ aggregate |

| Commercial General Liability: | Business Owners Policy: |
|---|---|
| Company Name: Harleysville Preferred Insurance Company | Company Name: |
| Policy Number: GL00000059654Z | Policy Number: |
| Policy Period: 06/15/2017 - 06/15/2018 | Policy Period: |

| General Liability Limits | | Business Owners Limits | |
|---|---|---|---|
| $ 1,000,000 | Each Occurrence | $ | Liability & Medical Expenses |
| $ 1,000,000 | Personal & Adv. Injury | $ | Products-Completed Ops Aggregate |
| $ 3,000,000 | General Aggregate | $ | Other than Products-Compl. Ops. Agg. |
| $ 3,000,000 | Products-Completed Ops Aggregate | | |

| Employer's Liability: | | |
|---|---|---|
| Company Name: | | |
| Policy Number: | | Policy Period: |
| Policy Limits: Bodily injury by accident $ | | Each Accident |
| Bodily injury by disease $ | | Each Employee |
| Bodily injury by disease $ | | Policy Limits |

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Good people to know**

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
New Business

| | | | |
|---|---|---|---|
| Other Coverages: | EMPLOYEE BENEFITS LIABILITY | | |
| Company Name: | Harleysville Preferred Insurance Company | | |
| Policy Number: | GL00000059654Z | | **Policy Period:** 06/15/2017 - 06/15/2018 |
| Policy Limits | $ 1,000,000 | for | Each Employee |
| | $ 3,000,000 | for | Aggregate |

| | | | |
|---|---|---|---|
| Other Coverages: | | | |
| Company Name: | | | |
| Policy Number: | | | **Policy Period:** |
| Policy Limits | $ | for | |
| | $ | for | |

| | | | |
|---|---|---|---|
| Other Coverages: | | | |
| Company Name: | | | |
| Policy Number: | | | **Policy Period:** |
| Policy Limits | $ | for | |
| | $ | for | |

| | | | |
|---|---|---|---|
| Other Coverages: | | | |
| Company Name: | | | |
| Policy Number: | | | **Policy Period:** |
| Policy Limits | $ | for | |
| | $ | for | |

| | | | |
|---|---|---|---|
| Other Coverages: | | | |
| Company Name: | | | |
| Policy Number: | | | **Policy Period:** |
| Policy Limits | $ | for | |
| | $ | for | |

| | | | |
|---|---|---|---|
| Other Coverages: | | | |
| Company Name: | | | |
| Policy Number: | | | **Policy Period:** |
| Policy Limits | $ | for | |
| | $ | for | |

**POLICY PREMIUM:** $ 25,154.00

### ENDORSEMENTS

Endorsements attached to this policy:

SEE SCHEDULE **GU-7004**

The following material contains important information about your policy. Please read it carefully.

SEE SCHEDULE **GU-7009**

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| Date: | Authorized Representative: |

CMB00000025694Z

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

(1) The amount we will pay for the "ultimate net loss" is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1.a. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1.a. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1.a. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

© ISO Properties, Inc., 2007

HAR 01436

CMB00000025694Z

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. E.R.I.S.A.

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

### f. Auto Coverages

(1) "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

(2) Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

### g. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

© ISO Properties, Inc., 2007

HAR 01437

CMB00000025694Z

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**h. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

**(2)** "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

**j. Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 50 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**(4)** The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance; or

© ISO Properties, Inc., 2007

HAR 01438

CMB00000025694Z

**(5)** Aircraft that is:

    **(a)** Chartered by, loaned to, or hired by you with a paid crew; and

    **(b)** Not owned by any insured.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

**(1)** Property:

    **(a)** You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    **(b)** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b)**, **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

© ISO Properties, Inc., 2007

**CU 00 01 12 07** □

HAR 01439

CMB00000025694Z

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s. Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

(3) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

(4) Engineering services, including related supervisory or inspection services;

(5) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(6) Any health or therapeutic service treatment, advice or instruction;

(7) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

(8) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

(9) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(10) Body piercing services;

(11) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(12) Law enforcement or firefighting services; and

(13) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance", unless otherwise directed by this insurance.

**u. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

HAR 01440

CMB00000025694Z

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(a)** Liability for damages that the insured would have in the absence of the contract or agreement.

**(b)** Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

**(6) Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7) Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8) Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9) Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(10) Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of websites for others; or

HAR 01441

CMB00000025694Z

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11) Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12) Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(14) Employment-Related Practices**

To:

**(a)** A person arising out of any:

   **(i)** Refusal to employ that person;

   **(ii)** Termination of that person's employment; or

   **(iii)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(b)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(i), (ii)** or **(iii)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(i), (ii)** or **(iii)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(15) Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

**(a)** Legal, accounting or advertising services;

**(b)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

**(c)** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

**(d)** Engineering services, including related supervisory or inspection services;

**(e)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(f)** Any health or therapeutic service treatment, advice or instruction;

**(g)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**(h)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, body building or physical training programs;

**i)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

HAR 01442

CMB00000025694Z

(j) Body piercing services;

(k) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(l) Law enforcement or firefighting services; and

(m) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**(16) War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**(17) Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(c) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**b.** "Pollution cost or expense".

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

**a.** All expenses we incur.

**b.** Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

**3.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

HAR 01443

CMB00000025694Z

**f.** The indemnitee:

    **(1)** Agrees in writing to:

        **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

        **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

        **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

        **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    **(2)** Provides us with written authorization to:

        **(a)** Obtain records and other information related to the "suit"; and

        **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** Except for liability arising out of the ownership, maintenance or use of "covered autos":

  **a.** If you are designated in the Declarations as:

    **(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **(2)** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **(3)** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **(5)** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

  **b.** Each of the following is also an insured:

    **(1)** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(a)** "Bodily injury" or "personal and advertising injury":

            **(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(ii)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

            **(iii)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above.

HAR 01444

CMB00000025694Z

**(b)** "Property damage" to property:

    **(i)** Owned, occupied or used by,

    **(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**(3)** Any person or organization having proper temporary custody of your property if you die, but only:

    **(a)** With respect to liability arising out of the maintenance or use of that property; and

    **(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(2)** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance or use of "covered autos":

**a.** You are an insured.

**b.** Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except:

**(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semitrailer connected to a "covered auto" you own.

**(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

**(6)** "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**c.** Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

**3.** Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

© ISO Properties, Inc., 2007

HAR 01445

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made, "suits" brought, or number of vehicles involved; or

   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

   a. Coverage **A**, except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

   b. Coverage **B**.

3. Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

4. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

5. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

   a. "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part; or

   b. "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part.

   However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

1. **Appeals**

   If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and postjudgment interest and disbursements.

2. **Bankruptcy**

   a. **Bankruptcy Of Insured**

      Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

   b. **Bankruptcy Of Underlying Insurer**

      Bankruptcy of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

   However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

3. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

CMB00000025694Z

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Other Insurance**

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

**6. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**7. Representations Or Fraud**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us;

**c.** We have issued this policy in reliance upon your representations; and

**d.** This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

**8. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**9. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

© ISO Properties, Inc., 2007
**CU 00 01 12 07**  □

HAR 01447

CMB00000025694Z

**10. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**11. Loss Payable**

Liability under this Coverage Part shall not apply unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

**12. Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

**13. Maintenance Of/Changes To Underlying Insurance**

The "underlying insurance" listed in the Schedule of "underlying insurance" in the Declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect or if the limits or scope of coverage of any "underlying insurance" is changed.

**14. Expanded Coverage Territory**

a. If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

b. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

c. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

d. The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

HAR 01448

CMB00000025694Z

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   g. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   (2) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   (3) That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

HAR 01449

CMB00000025694Z

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

HAR 01450

CMB00000025694Z

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Pollution cost or expense" means any loss, cost or expense arising out of any:

    a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

17. "Products-completed operations hazard":

    a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

       (1) Products that are still in your physical possession; or

       (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

          (a) When all of the work called for in your contract has been completed.

          (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

          (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

       Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b. Does not include "bodily injury" or "property damage" arising out of:

       (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

       (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

    With respect to the ownership, maintenance or use of "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

    For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos", electronic data is not tangible property.

    As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

20. "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

© ISO Properties, Inc., 2007

☐

HAR 01451

CMB00000025694Z

**23.** "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

**24.** "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance".

**25.** "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

**26.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**27.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**28.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

HAR 01452

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 00 04 05 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **u.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**u. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **a.(17)** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(17) Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(c)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(d)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

HAR 01453

POLICY NUMBER:  CMB00000025694Z

**COMMERCIAL LIABILITY UMBRELLA
CU 04 03 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**SCHEDULE**

| Additional Covered Employee Benefits Programs | | |
|---|---|---|
| | | |
| **Limit Of Insurance** | | **Retained Limit** |
| $       5,000,000           **Each Employee** | $        1,000,000 | |
| $       5,000,000           **Aggregate** | | |
| **Retroactive Date:**      06/15/2017 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS
LIABILITY**

**1. Insuring Agreement**

 **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such an act, error or omission when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. At our discretion, we may investigate any report of an act, error or omission and settle any resultant "claim" or "suit", for which we have a duty to defend. But:

  **(1)** The amount we will pay for "ultimate net loss" is limited as described in Paragraph **D.** (Section III – Limits Of Insurance); and

  **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

 **b.** This insurance applies only if:

  **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

  **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

  **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**CU 04 03 12 07**                    **© ISO Properties, Inc., 2007**                    **Page 1 of 5**          ☐

HAR 01454

CMB00000025694Z

c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   (1) When notice of such "claim" is received and recorded by any insured or by the "underlying insurer" or us if the limits of the "underlying insurance" have been used up, whichever comes first; or

   (2) When we make settlement in accordance with Paragraph **1.a.** above or settlement is made by the "underlying insurer" with our agreement.

   A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

## 2. Exclusions

This insurance does not apply to:

### a. Dishonest, Fraudulent, Criminal Or Malicious Act

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

### b. Bodily Injury, Property Damage, Or Personal And Advertising Injury

"Bodily injury", "property damage" or "personal and advertising injury".

### c. Failure To Perform A Contract

Damages arising out of failure of performance of contract by any insurer.

### d. Insufficiency Of Funds

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

### e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation

Any "claim" based upon:

   (1) Failure of any investment to perform;

   (2) Errors in providing information on past performance of investment vehicles; or

   (3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

### f. Workers' Compensation And Similar Laws

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

### g. ERISA

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

### h. Available Benefits

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

### i. Taxes, Fines Or Penalties

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

### j. Employment-Related Practices

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

## B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A**, **B** and **Employee Benefits Liability.**

2. Paragraphs **1.b.** and **3.** of the Supplementary Payments provision do not apply.

© ISO Properties, Inc., 2007

CU 04 03 12 07 □

HAR 01455

C. For the purposes of the coverage provided by this endorsement, Paragraphs **1.b.** and **1.c.** of **Section II – Who Is An Insured** are replaced by the following:

   **1.** Except for liability arising out of the ownership, maintenance, or use of "covered autos":

      **b.** Each of the following is also an insured:

         **(1)** Each of your "employees" who is or was authorized to administer your "employee benefit program".

         **(2)** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

         **(3)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

      **c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

         **(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

         **(2)** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

   **1.** Our obligation to pay damages on behalf of the insured applies only to the amount of "ultimate net loss" in excess of the "retained limit" shown in the Schedule of this endorsement. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this endorsement, the "retained limit" will only be reduced or exhausted by "claims" for that insurance that are made during the policy period or the Extended Reporting Period of this endorsement.

   **2.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

      **(a)** Insureds;

      **(b)** "Claims" made or "suits" brought;

      **(c)** Persons or organizations making "claims" or bringing "suits";

      **(d)** Acts, errors or omissions; or

      **(e)** Benefits included in your "employee benefit program".

   **3.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

   **4.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for the sum of all "ultimate net loss" for damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

      **(a)** An act, error or omission; or

      **(b)** A series of related acts, errors or omissions;

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

CMB00000025694Z

E. For the purposes of the coverage provided by this endorsement, Condition **3.** of **Section IV – Commercial Liability Umbrella Conditions** is replaced by the following:

**3. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

   **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

     **(1)** What the act, error or omission was and when it occurred; and

     **(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   **b.** If a "claim" is made or "suit" is brought against any insured, you must:

     **(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

     **(2)** Notify us as soon as practicable.

     You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

F. For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replace any similar Section in that Coverage Part.

**EXTENDED REPORTING PERIOD**

   **1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

     **a.** This endorsement is canceled or not renewed; or

     **b.** We renew or replace this endorsement with insurance that:

       **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

       **(2)** Does not apply to an act, error or omission on a claims-made basis.

   **2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

   **3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

     You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

     We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

     **a.** The "employee benefit programs" insured;

     **b.** Previous types and amounts of insurance;

     **c.** Limits of insurance available under this endorsement for future payment of damages; and

     **d.** Other related factors.

© ISO Properties, Inc., 2007
**CU 04 03 12 07**     □

HAR 01457

CMB00000025694Z

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.3.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.4.**

G. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **6.** and **21.** in the **Definitions** Section are replaced by the following:

6. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

21. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

HAR 01458

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 12 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

2. The negligent:

   **a.** Employment;

   **b.** Investigation;

   **c.** Supervision;

   **d.** Reporting to the proper authorities, or failure to so report; or

   **e.** Retention;

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

CU 21 12 09 00                Copyright, Insurance Services Office, Inc., 2000                **Page 1 of 1**

HAR 01459

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 23 02 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**I.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**II.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

     © ISO Properties, Inc., 2001       □

HAR 01460

CMB00000025694Z

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001
**CU 21 23 02 02** □

HAR 01461

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 27 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

HAR 01462

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 30 01 15

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

HAR 01463

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 55 06 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDED TERRORISM COVERAGE – COVERED AUTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

## SCHEDULE

| |
|---|
| **CU 21 31 –** Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts Of Terrorism |
| **CU 21 33 –** Exclusion Of Certified Acts Of Terrorism |
| **CU 21 35 –** Exclusion Of Certified Acts Of Terrorism And Exclusion Of Other Acts Of Terrorism Committed Outside The United States |
| **CU 21 36 –** Exclusion Of Punitive Damage Related To A Certified Act Of Terrorism |
| **CU 21 40 –** Exclusion Of Certified Acts Of Nuclear, Biological, Chemical Or Radiological Terrorism; Cap On Losses From Certified Acts Of Terrorism |

**A.** If any of the endorsements shown in the Schedule are attached to the policy, those endorsements do not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto".

**B.** With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto", coverage provided under this Coverage Part for acts of terrorism (however defined) will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

© Insurance Services Office, Inc., 2008

HAR 01464

CMB00000025694Z

**COMMERCIAL LIABILITY UMBRELLA**
**CU 21 86 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **2.t.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**t. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**CU 21 86 05 14** © Insurance Services Office, Inc., 2013 **Page 1 of 1**

CMB00000025694Z

---

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

---

**CU-7101**
**(Ed. 1-04)**

# CONTRACTOR'S LIMITATION ENDORSEMENT

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability.

This insurance is modified by the following provisions:

A. This insurance does not apply to any "bodily injury", "property damage" or "personal and advertising injury" arising out of:

    1. Any job or project insured under a "wrap-up" or similar policy; or
    2. The rendering or failure to render any professional service by or for you including the preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and any supervisory, inspection or engineering services.

B. Unless "underlying insurance" is maintained by you and listed in the Schedule of Underlying Insurance, at time of loss, this insurance does not apply to any "property damage" arising out of:

    1. Blasting or explosion other than the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment; or
    2. The collapse of or structural injury to any building or structure due to:
        a. grading of land, excavation, burrowing, filling or back-filling, tunneling, pile driving, cofferdam work or caisson work; or
        b. moving, shoring underpinning, raising or demolition of any building or structure, or removal or rebuilding of any structural support thereof; or
    3. Injury to or destruction of wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property and any apparatus in connection therewith, beneath the surface of the ground or water caused by and occurring during the use of mechanical equipment for the purpose of grading land, excavating, drilling, burrowing, filling, back-filling or pile driving.

C. The following additional definition applies:

"Wrap-up" means any agreement or arrangement under which all the contractors working on a specified job or project are insured under one or more policies issued by a specified insurer for liability arising out of the job or project.

CMB00000025694Z

**CU-7107
(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ASBESTOS, SILICA OR TALC

This endorsement modifies insurance provided under the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM**

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage", or "personal or advertising injury" arising out of "asbestos hazard", "silica hazard" or "talc hazard".

We shall have no obligation under this policy:

**1)** to investigate, settle or defend any claim or "suit" against any insured alleging actual or threatened injury or damage of any nature or kind to persons or property which arises out of or would not have occurred but for the "asbestos hazard", the "silica hazard" or the "talc hazard"; or

**2)** to pay, contribute to or indemnify another for any damages, judgments, settlements, loss, costs or expenses, including any obligation to share with or repay any person, organization, or entity, that may be awarded or incurred by reason of any such claims or "suit" or any injury or damage, or in complying with any action authorized by law and relating to such injury or damage; or

**3)** to pay, contribute to or indemnify another for any costs or expenses associated, in any way, with the abatement, mitigation, remediation, containment, detoxification, neutralization, monitoring, removal, disposal or any obligation to investigate or assess the presence or effects of "asbestos", "silica" or "talc".

As used in this exclusion:

"Asbestos hazard" means:

**(a)** an actual exposure or threat of exposure to the harmful properties of "asbestos"; or

**(b)** the presence of "asbestos" in any place, whether or not within a building or structure; or

**(c)** asbestosis or any other diseases associated with the harmful effects of "asbestos".

"Asbestos" means the mineral in any form, including but not limited to fibers, dusts or "asbestos-related dust".

"Asbestos-related dust" means a mixture or combination of asbestos and other dust or particles.

"Silica hazard" means:

**(a)** an actual exposure or threat of exposure to the harmful properties of "silica"; or

**(b)** the presence of "silica" in any place, whether or not within a building or structure; or

**(c)** silicosis or any other diseases associated with the harmful effects of "silica".

"Silica" means the group of minerals called silicates (including but not limited to silica or crystalline silica) in any form, including but not limited to fibers, dusts or "silica-related dust".

"Silica-related dust" means a mixture or combination of silica and other dust or particles.

"Talc hazard" means:

**(a)** an actual exposure or threat of exposure to the harmful properties of "talc"; or

**(b)** the presence of "talc" in any place, whether or not within a building or structure; or

**(c)** pneumoconiosis, talcosis, fibrotic pneumoconiosis, or any other diseases associated with the harmful effects of "talc".

"Talc" means Magnesium Silicate Hydroxide, a mineral that is part of the silicate group, and in some forms also known as soapstone, and includes the mineral in any form, including but not limited to fibers, dusts or "talc-related dust".

"Talc-related dust" means a mixture or combination of talc and other dust or particles.

CMB00000025694Z

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

**CU-7118**
**(Ed. 1-04)**

# EXCLUSION - LEAD LIABILITY

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability.

This insurance does not apply to:

**1.** "bodily injury", "property damage" or "personal and advertising injury" arising out of or caused by the actual or alleged:

    **(a)** exposure to or existence of lead, paint containing lead, or any other material or substance containing lead; or

    **(b)** manufacture, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of lead, paint containing lead, or any other material or substance containing lead.

    Whether or not the lead is or was at any time airborne as a particle contained in a product ingested, inhaled, transmitted in any fashion, or found in any form whatsoever;

**2.** Any legal obligation of any insured for indemnification or contribution due to damages arising out of "bodily injury", "property damage" or "personal and advertising injury" caused by lead, paint containing lead, or any other substance or material containing lead;

**3.** Any loss, cost, expense or damages, whether direct or consequential, arising out of any:

    **(a)** request, demand or order that any insured or others test for, monitor, clean up, remove, abate, contain, treat, or neutralize lead, paint containing lead, or any other substance or material containing lead, or in any way respond to, or assess the effects of lead; or

    **(b)** claim or suit relating to, testing for, monitoring, cleaning up, removing, abating, containing, treating, or neutralizing lead, paint containing lead, or any other substance or material containing lead or in any way responding to or assessing the effects of lead.

HAR 01468

CMB00000025694Z

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

**CU-7147**
**(Ed. 12-04)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – SNOW AND ICE REMOVAL

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability.

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of your snow and ice removal activities which are performed for others.

CMB00000025694Z

---

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PAR**T

---

**CU-7157**
**(Ed. 1-06)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

Except with respect to coverage provided for the ownership, maintenance or use of "covered autos", this Coverage Form is modified as follows:

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

2.  Exclusions

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of:

A.  Any actual or alleged failure, malfunction, inability or inadequacy of:

(1) Any of the following, whether belonging to any insured or to others:

(a) Computer hardware, including micro-processors;
(b) Computer application software;
(c) Computer operating systems and related software;
(d) Computer networks;
(e) Microprocessors (computer chips) not part of any computer system;
(f) Telecommunications equipment; or
(g) Any other computerized or electronic equipment or components; or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.(1) of this endorsement;

which is in any way related to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

B.  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A. of this endorsement.

C.  Any other act or failure to act by you or for you which is in any way related to any potential or actual problems described in Paragraph A. of this endorsement.

HAR 01470

CMB00000025694Z

**CU-7227
(Ed. 2-16)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERSONAL DATA COMPROMISE AND NETWORK SECURITY LIABILITY – COVERAGE A

This endorsement modifies insurance provided under the following:

**COMMERCIAL LIABILITY UMBRELLA POLICY**

The following exclusions are added under **Exclusions**, **2. Applicable to Coverage A**:

**Under Coverage A, this insurance does not apply to:**

**Personal Data Compromise**

Any loss, theft, accidental release, accidental publication, disposal or abandonment of personally identifying information or personally sensitive information.

**Network Security Liability**

Civil proceedings against you based on an allegation that a negligent security failure or weakness with respect to a computer or other electronic hardware that is owned or leased by you and operated under your control allowed one or more of the following to happen:

**a.** The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers.

**b.** The unintended abetting of a denial of service attack against one or more other systems.

**c.** The loss, release or disclosure of business data that is owned by or proprietary to a third party.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CU-7227 (Ed. 2-16)                Includes Copyrighted Material of Insurance                Page 1 of 1
Services Office Inc., with its permission
HAR 01471

CMB00000025694Z

**IL 00 17 11 98**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

HAR 01472

CMB00000025694Z

IL 02 08 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**B.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **2.** If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

        **a.** We may cancel this policy by mailing or delivering to the first Named Insured and any person entitled to notice under this policy written notice, of cancellation, at least:

            **(1)** 10 days before the effective date of cancellation if we cancel for:

                **(a)** Nonpayment of premium; or

    **(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

        **(i)** "The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'"; and

        **(ii)** "The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible. Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'".

HAR 01473

CMB00000025694Z

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

**(3)** Material misrepresentation or nondisclosure to us of a material fact at the time of acceptance of the risk;

**(4)** Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

**(5)** Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

**(6)** Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

**(7)** Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

**(8)** Loss of or reduction in available insurance capacity;

**(9)** Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

**(10)** Loss of or substantial changes in applicable reinsurance;

**(11)** Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

**(12)** Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefore and a reasonable opportunity to respond.

**(13)** Agency termination, provided:

**(a)** We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

**(b)** We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing, to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

**(14)** Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

**b.** If we cancel this policy based on Paragraph **7.a.(1)** or **(2)** above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

**c.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

**d.** Notice will be sent to the last mailing addresses known to us, by:

**(1)** Certified mail; or

**(2)** First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

 © ISO Properties, Inc., 2006 IL 02 08 09 07 □

HAR 01474

CMB00000025694Z

    **e.** We need not send notice of cancellation if you have:

      **(1)** Replaced coverage elsewhere; or

      **(2)** Specifically requested termination.

**D.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

**2.** This notice will be sent to the first Named Insured at the last mailing address known to us by:

    **a.** Certified mail; or

    **b.** First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

**3.** We need not mail or deliver this notice if you have:

    **a.** Replaced coverage elsewhere; or

    **b.** Specifically requested termination.

CMB00000025694Z

POLICY NUMBER:  CMB00000025694Z

**IL 09 85 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)    $0** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| Commercial Liability Umbrella Coverage Part |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

| SCHEDULE – PART II | | |
|---|---|---|
| **Federal share of terrorism losses** | **85%** | **Year: 2015** |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses** | **84%** | **Year: 2016** |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses** | **83%** | **Year: 2017** |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses** | **82%** | **Year: 2018** |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses** | **81%** | **Year: 2019** |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses** | **80%** | **Year: 2020** |
| (Refer to Paragraph **B.** in this endorsement.) | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

CMB00000025694Z

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

**IL 09 85 01 15**

HAR 01477

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICY CHANGES

**Change Effective:** 06/15/2017          **Change #:** 1

**Description**

Form CU7205 is hereby added.

| | Original Annual Premium | New Annual Premium | Total Additional/ Return Premium |
|---|---|---|---|
| | $ 25,154.00 | $ 27,605.00 | $ 2,451.00 ADDITIONAL |

**GU-7001 (Ed. 4-09)**   Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2015 Nationwide

Page 1 of 1
Issued: 06/14/2017

HAR 01478

HAR 01479

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

---

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**

GMAC Construction LLC &/or GMAC
Construction Inc
PO Box 176
Swedesboro, NJ 08085-0176

**Agent:**

KEH INSURANCE AGENCY INC
1415 MARLTON PIKE EAST, SUITE 501
CHERRY HILL, NJ 08034

**Agency Code:** 294727
**Phone Number:** (856)429-6000

**Policy Period:** 06/15/2017 to 06/15/2018

at 12:01 A.M. Standard Time at your mailing address
shown above.

**Business Description:**

Concrete Contractor

**Form of Business:**

LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST
CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $    0

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS
INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | $  27,440.00 |

| | | |
|---|---|---|
| Sub-Total | $ | 27,440.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $ | 165.00 |
| Total | $ | 27,605.00 |

**FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:**
SEE SCHEDULES **GU-7004** and **GU-7009**

---

**GU-7000 (Ed. 4-09)**

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

Page: 1 of 1
Issued: 06/14/2017

HAR 01480

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

## FEES AND SURCHARGE SCHEDULE

New Jersey Property-Liability Insurance Guaranty Association Surcharge          $   165.00

CMB00000025694Z

 **Nationwide**
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |

CMB00000025694Z

 **Nationwide**
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

Form of Business: ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☒ Limited Liab. Co. ☐ Other
Business Description: Concrete Contractor

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT (Liability Coverage) | $ 5,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 5,000,000 | Any one person or organization |
| AGGREGATE LIMIT (Liability Coverage) | $ 5,000,000 | (except with respect to "covered autos") |
| OTHER: | $ | |
| SELF-INSURED RETENTION: | $ | |

## ALL PREMISES YOU OWN, RENT OR OCCUPY

LOCATION NUMBER:     ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

                   All Underlying Locations

## SCHEDULE OF UNDERLYING INSURANCE

Commercial Auto:
Company Name: Harleysville Insurance Co of New Jersey
Policy Number: BA00000025693Z
Policy Period: 06/15/2017 - 06/15/2018
Policy Limits: $ 1000000 CSL

Commercial Garage Liability:
Company Name:
Policy Number:
Policy Period:
$ _____ occurrence/
$ _____ aggregate

Commercial General Liability:
Company Name: Harleysville Preferred Insurance Company
Policy Number: GL00000059654Z
Policy Period: 06/15/2017 - 06/15/2018

General Liability Limits
$ 1,000,000 Each Occurrence
$ 1,000,000 Personal & Adv. Injury
$ 3,000,000 General Aggregate
$ 3,000,000 Products-Completed Ops Aggregate

Business Owners Policy:
Company Name:
Policy Number:
Policy Period:

Business Owners Limits
$ _____ Liability & Medical Expenses
$ _____ Products-Completed Ops Aggregate
$ _____ Other than Products-Compl. Ops. Agg.

Employer's Liability:
Company Name:
Policy Number:
Policy Limits: Bodily injury by accident   $ _____ Each Accident
               Bodily injury by disease   $ _____ Each Employee
               Bodily injury by disease   $ _____ Policy Limits
Policy Period:

PD-0410 (Ed. 10-09)

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

---

Other Coverages: EMPLOYEE BENEFITS LIABILITY
Company Name: Harleysville Preferred Insurance Company
Policy Number: GL00000059654Z
Policy Limits    $    1,000,000   for   Each Employee     Policy Period: 06/15/2017 - 06/15/2018
              $    3,000,000   for   Aggregate

---

Other Coverages:
Company Name:
Policy Number:
Policy Limits    $ _____ for _____    Policy Period:
              $ _____ for _____

---

Other Coverages:
Company Name:
Policy Number:
Policy Limits    $ _____ for _____    Policy Period:
              $ _____ for _____

---

Other Coverages:
Company Name:
Policy Number:
Policy Limits    $ _____ for _____    Policy Period:
              $ _____ for _____

---

Other Coverages:
Company Name:
Policy Number:
Policy Limits    $ _____ for _____    Policy Period:
              $ _____ for _____

---

Other Coverages:
Company Name:
Policy Number:
Policy Limits    $ _____ for _____    Policy Period:
              $ _____ for _____

---

**POLICY PREMIUM:**    $   27,605.00

### ENDORSEMENTS

Endorsements attached to this policy:

SEE SCHEDULE **GU-7004**

The following material contains important information about your policy. Please read it carefully.

SEE SCHEDULE **GU-7009**

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| Date: | Authorized Representative: |

---

**PD-0410 (Ed. 10-09)**

CMB00000025694Z

**CU-7205**
**(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OTHER INSURANCE AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

### Schedule

| |
|---|
| **Designated person or organization:**<br>Premier Design + Build Group LLC and any other persons or organizations whom you agreed to include as an additional insured on your policy in a written contract written agreement or written permit between you and Premier Design + Build Group LLC |

Solely for the purposes of providing coverage to the person or organization named in the Schedule above which qualifies as an additional insured pursuant to paragraph **3.** of **SECTION II – WHO IS AN INSURED**, paragraph **5. Other Insurance** of **SECTION IV – CONDITIONS** is amended to add:

**5. Other Insurance**

   c. If specifically required by a written contract or agreement, any coverage provided to a person or organization that qualifies as an additional insured under paragraph **3.** of **SECTION II – WHO IS AN INSURED** and named in the Schedule above shall be primary and any other valid and collectible insurance available to this additional insured shall be non-contributory with this insurance. If the written contract does not require this coverage to be primary and the additional insured's coverage to be non-contributory, then this insurance will be excess over any other valid and collectible insurance available to this additional insured whether primary, excess, contingent or on any other basis. This condition does not apply to insurance purchased specifically to apply in excess of this insurance. When this insurance is excess, the provisions of paragraph **5.b.** above apply.

      Even if the requirements of the above paragraph are met establishing this coverage as primary and the additional insured's coverage as being non-contributory, this coverage will be excess over any other insurance available to the additional insured which is conferred onto said person or organization by a separate additional insured endorsement or by "underlying insurance".

HAR 01486

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICY CHANGES

**Change Effective:** 06/15/2017                    **Change #:** 2

### Description

Schedule of Underlying Insurance is amended to include
policy #73-828562-01-13.

| | | | | | |
|---|---|---|---|---|---|
| Original Annual Premium | $ 27,605.00 | New Annual Premium $ | 27,605.00 | Total Additional/ Return Premium | $ |

NO CHANGE

HAR 01487

HAR 01488

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |

**GU-7004 (Ed. 4-09)**

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

*Good people to know*®

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

## COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

Form of Business: ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☒ Limited Liab. Co. ☐ Other

Business Description: Concrete Contractor

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT (Liability Coverage) | $ | 5,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 5,000,000 Any one person or organization |
| AGGREGATE LIMIT (Liability Coverage) | $ | 5,000,000 (except with respect to "covered autos") |
| OTHER: | $ | |
| SELF-INSURED RETENTION: | $ | |

### ALL PREMISES YOU OWN, RENT OR OCCUPY

LOCATION NUMBER:      ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

_____     All Underlying Locations _____

_____     _____

_____     _____

### SCHEDULE OF UNDERLYING INSURANCE

| Commercial Auto: | Commercial Garage Liability: |
|---|---|
| Company Name: Harleysville Insurance Co of New Jersey | Company Name: |
| Policy Number: BA00000025693Z | Policy Number: |
| Policy Period: 06/15/2017 - 06/15/2018 | Policy Period: |
| Policy Limits: $ 1000000 CSL | $ _____ occurrence/ |
| | $ _____ aggregate |

| Commercial General Liability: | Business Owners Policy: |
|---|---|
| Company Name: Harleysville Preferred Insurance Company | Company Name: |
| Policy Number: GL00000059654Z | Policy Number: |
| Policy Period: 06/15/2017 - 06/15/2018 | Policy Period: |
| **General Liability Limits** | **Business Owners Limits** |
| $ 1,000,000 Each Occurrence | $ _____ Liability & Medical Expenses |
| $ 1,000,000 Personal & Adv. Injury | $ _____ Products-Completed Ops Aggregate |
| $ 3,000,000 General Aggregate | $ _____ Other than Products-Compl. Ops. Agg. |
| $ 3,000,000 Products-Completed Ops Aggregate | |

| Employer's Liability: | | | |
|---|---|---|---|
| Company Name: Continental Indemnity Company | | | |
| Policy Number: 73-828562-01-13 | | Policy Period: 06/15/2017 - 06/15/2018 | |
| Policy Limits: Bodily injury by accident | $ 1,000,000 | Each Accident | |
| Bodily injury by disease | $ 1,000,000 | Each Employee | |
| Bodily injury by disease | $ 1,000,000 | Policy Limits | |

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | | |
|---|---|---|
| **Insured:** | GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** | KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | | AMENDMENT |

Other Coverages: EMPLOYEE BENEFITS LIABILITY
Company Name: Harleysville Preferred Insurance Company
Policy Number: GL00000059654Z                                    Policy Period: 06/15/2017 - 06/15/2018
Policy Limits     $        1,000,000   for   Each Employee
                  $        3,000,000   for   Aggregate

Other Coverages:
Company Name:
Policy Number:                                                    Policy Period:
Policy Limits     $ _____   for  _____
                  $ _____   for  _____

Other Coverages:
Company Name:
Policy Number:                                                    Policy Period:
Policy Limits     $ _____   for  _____
                  $ _____   for  _____

Other Coverages:
Company Name:
Policy Number:                                                    Policy Period:
Policy Limits     $ _____   for  _____
                  $ _____   for  _____

Other Coverages:
Company Name:
Policy Number:                                                    Policy Period:
Policy Limits     $ _____   for  _____
                  $ _____   for  _____

Other Coverages:
Company Name:
Policy Number:                                                    Policy Period:
Policy Limits     $ _____   for  _____
                  $ _____   for  _____

**POLICY PREMIUM:**        $   27,605.00

### ENDORSEMENTS

Endorsements attached to this policy:

SEE SCHEDULE **GU-7004**

The following material contains important information about your policy. Please read it carefully.

SEE SCHEDULE **GU-7009**

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| Date: | Authorized Representative: |

**PD-0410 (Ed. 10-09)**

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

## POLICY CHANGES

**Change Effective:** 06/15/2017

**Change #:** 3

### Description

Schedule of underlying insurance is amended to include policy
#73-828562-01-12.

| | Original Annual Premium | | New Annual Premium | | Total Additional/ Return Premium |
|---|---|---|---|---|---|
| | $ 27,605.00 | | $ 27,605.00 | | $ |

NO CHANGE

**GU-7001 (Ed. 4-09)**   Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

Page 1 of 1
Issued: 07/20/2017

HAR 01493

HAR 01494

CMB00000025694Z

 **Nationwide®** is on your side
Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|---|---|---|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

**GU-7009 (Ed. 4-09)**

Page 1 of 1
Issued: 07/20/2017

HAR 01496

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

## COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

Form of Business: ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☒ Limited Liab. Co. ☐ Other

Business Description: Concrete Contractor

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT (Liability Coverage) | $ | 5,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 5,000,000 Any one person or organization |
| AGGREGATE LIMIT (Liability Coverage) | $ | 5,000,000 (except with respect to "covered autos") |
| OTHER: | $ | |
| SELF-INSURED RETENTION: | $ | |

### ALL PREMISES YOU OWN, RENT OR OCCUPY

LOCATION NUMBER:     ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

All Underlying Locations

### SCHEDULE OF UNDERLYING INSURANCE

Commercial Auto:
Company Name: Harleysville Insurance Co of New Jersey
Policy Number: BA00000025693Z
Policy Period: 06/15/2017 - 06/15/2018
Policy Limits: $ 1000000 CSL

Commercial Garage Liability:
Company Name:
Policy Number:
Policy Period:
$ _____ occurrence/
$ _____ aggregate

Commercial General Liability:
Company Name: Harleysville Preferred Insurance Company
Policy Number: GL00000059654Z
Policy Period: 06/15/2017 - 06/15/2018

General Liability Limits
$ 1,000,000 Each Occurrence
$ 1,000,000 Personal & Adv. Injury
$ 3,000,000 General Aggregate
$ 3,000,000 Products-Completed Ops Aggregate

Business Owners Policy:
Company Name:
Policy Number:
Policy Period:

Business Owners Limits
$ _____ Liability & Medical Expenses
$ _____ Products-Completed Ops Aggregate
$ _____ Other than Products-Compl. Ops. Agg.

Employer's Liability:
Company Name: Continental Indemnity Company
Policy Number: 73-828562-01-13     Policy Period: 06/15/2017 - 06/15/2018
Policy Limits: Bodily injury by accident   $ 1,000,000 Each Accident
Bodily injury by disease   $ 1,000,000 Each Employee
Bodily injury by disease   $ 1,000,000 Policy Limits

CMB00000025694Z



**Harleysville**
*Good people to know*

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

Other Coverages: EMPLOYERS LIABILITY UNDERLYING POLICY
Company Name: California Insurance Company
Policy Number: 73-828562-01-12                    Policy Period: 06/15/2017 - 06/15/2018
Policy Limits    $        1,000,000    for _____
                 $        1,000,000    for _____

Other Coverages: EMPLOYEE BENEFITS LIABILITY
Company Name: Harleysville Preferred Insurance Company
Policy Number: GL00000059654Z                     Policy Period: 06/15/2017 - 06/15/2018
Policy Limits    $        1,000,000    for _____
                 $        3,000,000    for _____

Other Coverages:
Company Name:
Policy Number:                                     Policy Period:
Policy Limits    $_____    for _____
                 $_____    for _____

Other Coverages:
Company Name:
Policy Number:                                     Policy Period:
Policy Limits    $_____    for _____
                 $_____    for _____

Other Coverages:
Company Name:
Policy Number:                                     Policy Period:
Policy Limits    $_____    for _____
                 $_____    for _____

Other Coverages:
Company Name:
Policy Number:                                     Policy Period:
Policy Limits    $_____    for _____
                 $_____    for _____

**POLICY PREMIUM:**    $   27,605.00

### ENDORSEMENTS

Endorsements attached to this policy:

SEE SCHEDULE **GU-7004**

The following material contains important information about your policy.  Please read it carefully.

SEE SCHEDULE **GU-7009**

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| Date: | Authorized Representative: |

**PD-0410 (Ed. 10-09)**

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICY CHANGES

**Change Effective:** 07/18/2017

**Change #:** 4

### Description

Form CU7205 Additional Insured Other Insurance Amendment is added for
Alston Construction Company, Inc., Federal Business Centers Inc., and its
officers, directors, employees, agents, representatives and shareholders.

| Original Annual Premium | New Annual Premium | Total Additional/ Return Premium |
|---|---|---|
| $ 27,605.00 | $ 28,585.00 | $ 893.00 ADDITIONAL |

**GU-7001 (Ed. 4-09)**   Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

Page 1 of 1
Issued: 07/20/2017

HAR 01499

HAR 01500

CMB00000025694Z

 **Nationwide** is on your side

Hadleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

---

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**

GMAC Construction LLC &/or GMAC
Construction Inc
PO Box 176
Swedesboro, NJ 08085-0176

**Agent:**

KEH INSURANCE AGENCY INC
1415 MARLTON PIKE EAST, SUITE 501
CHERRY HILL, NJ 08034

**Agency Code:** 294727
**Phone Number:** (856)429-6000

**Policy Period:** 06/15/2017 to 06/15/2018

at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**

Concrete Contractor

**Form of Business:**

LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $      0

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | $   28,415.00 |

|  |  |  |
|---|---|---|
| Sub-Total | $ | 28,415.00 |
| Fees and Surcharge - See Schedule GU-7015 (If Applicable) | $ | 170.00 |
| Total | $ | 28,585.00 |

**FORM (S) AND ENDORSEMENT (S) MADE A PART OF THIS POLICY:**
SEE SCHEDULES **GU-7004** and **GU-7009**

---

**GU-7000 (Ed. 4-09)**     Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

Page: 1 of 1
Issued: 07/20/2017

HAR 01501

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FEES AND SURCHARGE SCHEDULE

New Jersey Property-Liability Insurance Guaranty Association Surcharge              $   170.00

CMB00000025694Z

 **Nationwide**® is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

## COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

Form of Business: ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☒ Limited Liab. Co. ☐ Other

Business Description: Concrete Contractor

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT (Liability Coverage) | $ 5,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 5,000,000 | Any one person or organization |
| AGGREGATE LIMIT (Liability Coverage) | $ 5,000,000 | (except with respect to "covered autos") |
| OTHER: | $ | |
| SELF-INSURED RETENTION: | $ | |

### ALL PREMISES YOU OWN, RENT OR OCCUPY

LOCATION NUMBER:      ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

       All Underlying Locations

### SCHEDULE OF UNDERLYING INSURANCE

Commercial Auto:
Company Name: Harleysville Insurance Co of New Jersey
Policy Number: BA00000025693Z
Policy Period: 06/15/2017 - 06/15/2018
Policy Limits: $ 1000000 CSL

Commercial Garage Liability:
Company Name:
Policy Number:
Policy Period:
$      occurrence/
$      aggregate

Commercial General Liability:
Company Name: Harleysville Preferred Insurance Company
Policy Number: GL00000059654Z
Policy Period: 06/15/2017 - 06/15/2018

General Liability Limits
$ 1,000,000   Each Occurrence
$ 1,000,000   Personal & Adv. Injury
$ 3,000,000   General Aggregate
$ 3,000,000   Products-Completed Ops Aggregate

Business Owners Policy:
Company Name:
Policy Number:
Policy Period:

Business Owners Limits
$      Liability & Medical Expenses
$      Products-Completed Ops Aggregate
$      Other than Products-Compl. Ops. Agg.

Employer's Liability:
Company Name:   Continental Indemnity Company
Policy Number:   73-828562-01-13
Policy Limits: Bodily injury by accident   $ 1,000,000   Each Accident
            Bodily injury by disease   $ 1,000,000   Each Employee
            Bodily injury by disease   $ 1,000,000   Policy Limits

Policy Period: 06/15/2017 - 06/15/2018

CMB00000025694Z



Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

*Good people to know*

| | | | |
|---|---|---|---|
| **Insured:** | GMAC Construction LLC &/or GMAC | **Policy Number:** | CMB00000025694Z |
| **Agent:** | KEH INSURANCE AGENCY INC | **Policy Period:** | 06/15/2017 to 06/15/2018 |
| | | | AMENDMENT |

| | |
|---|---|
| Other Coverages: | EMPLOYERS LIABILITY UNDERLYING POLICY |
| Company Name: | California Insurance Company |
| Policy Number: | 73-828562-01-12 |
| Policy Limits | $ 1,000,000 for _____ Policy Period: 06/15/2017 - 06/15/2018 |
| | $ 1,000,000 for _____ |

| | |
|---|---|
| Other Coverages: | EMPLOYEE BENEFITS LIABILITY |
| Company Name: | Harleysville Preferred Insurance Company |
| Policy Number: | GL00000059654Z |
| Policy Limits | $ 1,000,000 for _____ Policy Period: 06/15/2017 - 06/15/2018 |
| | $ 3,000,000 for _____ |

Other Coverages:
Company Name:
Policy Number:
Policy Limits $ _____ for _____     Policy Period:
$ _____ for _____

Other Coverages:
Company Name:
Policy Number:
Policy Limits $ _____ for _____     Policy Period:
$ _____ for _____

Other Coverages:
Company Name:
Policy Number:
Policy Limits $ _____ for _____     Policy Period:
$ _____ for _____

Other Coverages:
Company Name:
Policy Number:
Policy Limits $ _____ for _____     Policy Period:
$ _____ for _____

**POLICY PREMIUM:** $ 28,585.00

### ENDORSEMENTS

Endorsements attached to this policy:

SEE SCHEDULE **GU-7004**

The following material contains important information about your policy. Please read it carefully.

SEE SCHEDULE **GU-7009**

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| Date: | Authorized Representative: |

**PD-0410 (Ed. 10-09)**

Page 2
Issued: 07/20/2017

HAR 01506

CMB00000025694Z

**CU-7205**
**(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OTHER INSURANCE AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

### Schedule

| |
|---|
| **Designated person or organization:**<br>Premier Design + Build Group LLC and any other persons or organizations whom you agreed to include as an additional insured on your policy in a written contract written agreement or written permit between you and Premier Design + Build Group LLC |

Solely for the purposes of providing coverage to the person or organization named in the Schedule above which qualifies as an additional insured pursuant to paragraph **3.** of **SECTION II – WHO IS AN INSURED**, paragraph **5. Other Insurance** of **SECTION IV – CONDITIONS** is amended to add:

**5. Other Insurance**

    c. If specifically required by a written contract or agreement, any coverage provided to a person or organization that qualifies as an additional insured under paragraph **3.** of **SECTION II – WHO IS AN INSURED** and named in the Schedule above shall be primary and any other valid and collectible insurance available to this additional insured shall be non-contributory with this insurance.  If the written contract does not require this coverage to be primary and the additional insured's coverage to be non-contributory, then this insurance will be excess over any other valid and collectible insurance available to this additional insured whether primary, excess, contingent or on any other basis.  This condition does not apply to insurance purchased specifically to apply in excess of this insurance.  When this insurance is excess, the provisions of paragraph **5.b.** above apply.

        Even if the requirements of the above paragraph are met establishing this coverage as primary and the additional insured's coverage as being non-contributory, this coverage will be excess over any other insurance available to the additional insured which is conferred onto said person or organization by a separate additional insured endorsement or by "underlying insurance".

HAR 01507

CMB00000025694Z

**CU-7205**
**(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OTHER INSURANCE AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

### Schedule

> **Designated person or organization:**
> Alston Construction Company, Inc., Federal Business Centers Inc., and its
> officers, directors, employees, agents, representatives and shareholders

Solely for the purposes of providing coverage to the person or organization named in the Schedule above which qualifies as an additional insured pursuant to paragraph **3.** of **SECTION II – WHO IS AN INSURED**, paragraph **5. Other Insurance** of **SECTION IV – CONDITIONS** is amended to add:

**5. Other Insurance**

    c. If specifically required by a written contract or agreement, any coverage provided to a person or organization that qualifies as an additional insured under paragraph **3.** of **SECTION II – WHO IS AN INSURED** and named in the Schedule above shall be primary and any other valid and collectible insurance available to this additional insured shall be non-contributory with this insurance. If the written contract does not require this coverage to be primary and the additional insured's coverage to be non-contributory, then this insurance will be excess over any other valid and collectible insurance available to this additional insured whether primary, excess, contingent or on any other basis. This condition does not apply to insurance purchased specifically to apply in excess of this insurance. When this insurance is excess, the provisions of paragraph **5.b.** above apply.

    Even if the requirements of the above paragraph are met establishing this coverage as primary and the additional insured's coverage as being non-contributory, this coverage will be excess over any other insurance available to the additional insured which is conferred onto said person or organization by a separate additional insured endorsement or by "underlying insurance".

HAR 01508

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICY CHANGES

**Change Effective:** 07/20/2017                    **Change #:** 5

**Description**

Form IL7185 - Notice of Cancellation or Non-renewal for Designated Person
or Organization is added for Alston Construction Company, Inc. Federal
Business Centers, Inc. and its officers, directors, employees, agents,
representatives, and shareholders. See manuscript endorsement.

| Original Annual Premium | New Annual Premium | Total Additional/ Return Premium |
|---|---|---|
| $  28,585.00 | $  28,585.00 | $ _____ |
| | | NO CHANGE |

HAR 01510

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | IL7185 | 0910 | Notice of Canc and Nonren for Designated Person or Org |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |
| * | MANU1 | 0704 | Manuscript Endorsement |

CMB00000025694Z



**Nationwide**
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

---

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|---|---|---|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

CMB00000025694Z

MANU-1 (07/04)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

MIL-0004 Ed 3-14 Name Extension

IL7185 - Name extension for Alston Construction Company, Inc

Name - Alston Construction Company, Inc. Federal Business Centers, Inc. and its officers, directors, employees, agents, representatives, and shareholders

All other terms and conditions of this Policy remain unchanged.

Page 1 of 1

HAR 01513

CMB00000025694Z

**IL-7185**
**(Ed. 9-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NOTICE OF CANCELLATION OR NONRENEWAL
## FOR DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under this policy:

### SCHEDULE

| Policy Period: Effective date:06/15/2017 to | Expiration date: 06/15/2018 | |
|---|---|---|
| Name of Person or Organization: | Project I.D.: | Mailing Address or Email Address: |
| Alston Construction Company, Inc (See manuscript endorsement) | | C/o myCOI, 1075 Broad Ripple Avenue, Suite 313, Indianapolis, IN 46220 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations or additional separate Schedule. | | |

The following **Condition** is added:

If we cancel or nonrenew this policy, other than for non-payment of premium or at the request of the Named Insured, we will provide advance written notice of such cancellation or nonrenewal to the person(s) or organization(s) listed in the SCHEDULE above. Such notice will be provided to such person(s) or organization(s) no less than the number of days in advance of the effective date of cancellation that we are required to provide to the Named Insured for such cancellation or nonrenewal. At our election, the notice shall either be mailed by first class mail, postage prepaid to the address indicated in the SCHEDULE for such person or organization or sent by electronic mail to the email address set forth in the SCHEDULE for such person or organization. Such notice shall identify the policy, including the identity of the Named Insured, being cancelled or nonrenewed and provide the effective date of cancellation or nonrenewal. If sent by first class mail, proof of mailing constitutes proof of notice. If sent by email, proof of sending constitutes proof of notice.

Our obligation to send notice to the person or organization listed in the SCHEDULE above shall terminate the earlier of: i) the end of the current Policy Period; or ii) when you no longer have a legal or contractual obligation to such person or organization to maintain insurance coverage under a policy which requires that such person or organization be notified in the event of cancellation or nonrenewal.

HAR 01514

CMB00000025694Z

 Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

# POLICY CHANGES

**Change Effective:** 08/02/2017                    **Change #:** 6

**Description**

Form IL7185 - Notice of Cancellation or Nonrenewal for Designated Person or
Organization is added Blue Rock Construction, Inc.

| Original Annual Premium | | New Annual Premium | | Total Additional/ Return Premium | |
|---|---|---|---|---|---|
| $ | 28,585.00 | $ | 28,585.00 | $ | |

NO CHANGE

**GU-7001 (Ed. 4-09)**    Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

Page 1 of 1
Issued: 08/02/2017

HAR 01515

HAR 01516

CMB00000025694Z

 **Nationwide**® is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | IL7185 | 0910 | Notice of Canc and Nonren for Designated Person or Org |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |
| * | MANU1 | 0704 | Manuscript Endorsement |

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT

---

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

CMB00000025694Z

**IL-7185**
**(Ed. 9-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NOTICE OF CANCELLATION OR NONRENEWAL
# FOR DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under this policy:

## SCHEDULE

| Policy Period: Effective date:06/15/2017 to | Expiration date: 06/15/2018 | |
|---|---|---|
| Name of Person or Organization: | Project I.D.: | Mailing Address or Email Address: |
| Alston Construction Company, Inc (See manuscript endorsement) | | C/o myCOI, 1075 Broad Ripple Avenue, Suite 313, Indianapolis, IN 46220 |
| Blue Rock Construction, Inc. | | 1712 Hancock Lane, Burlington, NJ 08016. |
| | | |
| | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations or additional separate Schedule. | | |

The following **Condition** is added:

If we cancel or nonrenew this policy, other than for non-payment of premium or at the request of the Named Insured, we will provide advance written notice of such cancellation or nonrenewal to the person(s) or organization(s) listed in the SCHEDULE above. Such notice will be provided to such person(s) or organization(s) no less than the number of days in advance of the effective date of cancellation that we are required to provide to the Named Insured for such cancellation or nonrenewal. At our election, the notice shall either be mailed by first class mail, postage prepaid to the address indicated in the SCHEDULE for such person or organization or sent by electronic mail to the email address set forth in the SCHEDULE for such person or organization. Such notice shall identify the policy, including the identity of the Named Insured, being cancelled or nonrenewed and provide the effective date of cancellation or nonrenewal. If sent by first class mail, proof of mailing constitutes proof of notice. If sent by email, proof of sending constitutes proof of notice.

Our obligation to send notice to the person or organization listed in the SCHEDULE above shall terminate the earlier of: i) the end of the current Policy Period; or ii) when you no longer have a legal or contractual obligation to such person or organization to maintain insurance coverage under a policy which requires that such person or organization be notified in the event of cancellation or nonrenewal.

HAR 01519

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT                          - OUT OF SEQUENCE

# POLICY CHANGES

**Change Effective:** 07/20/2017                    **Change #:** 7

### Description

Form IL7185 - Notice of Cancellation or Non-renewal for Designated Person
or Organization is amended for Federal Business Centers, Inc. See
manuscript endorsement.

In order to process an out-of-sequence amendment with the same or earlier effective date, prior transaction(s)
have been backed-off. Please refer to the subsequent pages of this form (GU-7001) for complete details.

| Original Annual Premium | | New Annual Premium | | Total Additional/ Return Premium | |
|---|---|---|---|---|---|
| $ | 28,585.00 | $ 28,585.00 | | $ | |

NO CHANGE

**GU-7001 (Ed. 4-09)**    Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of
Nationwide Mutual Insurance Company. © 2015 Nationwide

Page 1  of 2
Issued: 08/04/2017

HAR 01520

CMB00000025694Z

 **Nationwide**
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC &/or GMAC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2017 to 06/15/2018
AMENDMENT      - OUT OF SEQUENCE

| Transaction | Chg# | Transaction Effective Date | Processing Date | Premium Charged | Policy Premium |
|---|---|---|---|---|---|
| New Business | | 06/15/2017 | 06/12/2017 | 25,154.00 | 25,154.00 |
| Amendment | 1 | 06/15/2017 | 06/14/2017 | 2,451.00 | 27,605.00 |
| Amendment | 2 | 06/15/2017 | 06/29/2017 | 0.00 | 27,605.00 |
| Amendment | 3 | 06/15/2017 | 07/20/2017 | 0.00 | 27,605.00 |
| Amendment | 4 | 07/18/2017 | 07/20/2017 | 893.00 | 28,585.00 |
| Amendment | 5 | 07/20/2017 | 07/25/2017 | 0.00 | 28,585.00 |
| Amendment | 6 | 08/02/2017 | 08/02/2017 | 0.00 | 28,585.00 |
| - Amendment - Out Of Sequence | 7 | 07/20/2017 | 08/04/2017 | 0.00 | 28,585.00 |
| Back Off - Amendment | | 08/02/2017 | | 0.00 | 28,585.00 |
| Out Of Sequence - Amendment | | 07/20/2017 | | 0.00 | 28,585.00 |
| Reapply - Amendment | | 08/02/2017 | | 0.00 | 28,585.00 |

CMB00000025694Z

 **Nationwide** ® is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

# FORM SCHEDULE

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0415 | Policy Jacket |
| | GU7001 | 0409 | Policy Change Document - OOS Version |
| | GU7001 | 0409 | Policy Change Document - OOS Version Detail |
| * | GU7015 | 0409 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | IL7185 | 0910 | Notice of Canc and Nonren for Designated Person or Org |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |
| * | MANU1 | 0704 | Manuscript Endorsement |

**GU-7004 (Ed. 4-09)**

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC &/or GMAC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2017 to 06/15/2018 |
| | AMENDMENT |

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.

ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| Form | Edition | Description |
|---|---|---|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7962 | 0216 | PH-Excl-Personal Data Comp and NW Security Lia-Cov A |

CMB00000025694Z

MANU-1 (07/04)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

MIL-0007 (Ed. 1-17) MAILING ADDRESS EXTENSION

IL7185 - Address extension for Federal Business Centers, Inc

Address - Attn: Susanne Zoda Raritan Center Business Park, 300 Raritan
Center Pkwy, Edison, NJ 08837

All other terms and conditions of this Policy remain unchanged.

Page 1 of 1

HAR 01524

CMB00000025694Z

**IL-7185**
**(Ed. 9-10)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NOTICE OF CANCELLATION OR NONRENEWAL
# FOR DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under this policy:

**SCHEDULE**

| Policy Period:  Effective date:06/15/2017 to | Expiration date: 06/15/2018 | |
|---|---|---|
| Name of Person or Organization: | Project I.D.: | Mailing Address or Email Address: |
| Federal Business Centers, Inc | | 300 Raritan Center Pkwy, Edison, NJ 08837 (See manuscript endorsement) |
| | | |
| | | |
| | | |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations or additional separate Schedule.

The following **Condition** is added:

If we cancel or nonrenew this policy, other than for non-payment of premium or at the request of the Named Insured, we will provide advance written notice of such cancellation or nonrenewal to the person(s) or organization(s) listed in the SCHEDULE above.  Such notice will be provided to such person(s) or organization(s) no less than the number of days in advance of the effective date of cancellation that we are required to provide to the Named Insured for such cancellation or nonrenewal.  At our election, the notice shall either be mailed by first class mail, postage prepaid to the address indicated in the SCHEDULE for such person or organization or sent by electronic mail to the email address set forth in the SCHEDULE for such person or organization. Such notice shall identify the policy, including the identity of the Named Insured, being cancelled or nonrenewed and provide the effective date of cancellation or nonrenewal. If sent by first class mail, proof of mailing constitutes proof of notice.  If sent by email, proof of sending constitutes proof of notice.

Our obligation to send notice to the person or organization listed in the SCHEDULE above shall terminate the earlier of: i) the end of the current Policy Period; or ii) when you no longer have a legal or contractual obligation to such person or organization to maintain insurance coverage under a policy which requires that such person or organization be notified in the event of cancellation or nonrenewal.

# GROUP EXHIBIT K-2



# Certification

I, DEBBIE ALLISON, as a duly authorized Harleysville Insurance Co of New Jersey associate entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of CMB00000025694Z effective 06/15/2018 to 06/15/2019 issued to GMAC Construction LLC was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.

*Debbie Allison*

box SIGN          177238V1-13J998R&

Feb 8, 2024

_____          _____
Debbie Allison                                    Date

Director, Process Management

CMB00000025694Z

ST-7687
(Ed. 1-15)

# NOTICE TO POLICYHOLDERS
# NOTICE OF TERRORISM INSURANCE COVERAGE

This notice is being provided in accordance with the Terrorism Risk Insurance Act (the "Act"). Your policy provides certain coverage for losses resulting from acts of terrorism in accordance with the terms of the Act and as set forth in your policy. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – (i) to be an act of terrorism; (ii) to be a violent act or an act that is dangerous to (I) human life; (II) property; or (III) infrastructure; (iii) to have resulted in damage within the United States, or outside the United States in the case of (I) an air carrier or vessel described in paragraph (5)(B); or (II) the premises of a United States mission; and (iv) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THE POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM, SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016, 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019; AND 80% BEGINNING ON JANUARY 1, 2020 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**This Notice does not form a part of your insurance contract. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.**

**Carefully read your policy, including the endorsements attached to your policy.**

HAR 01528

CMB00000025694Z

**ST-7746**
**(Ed. 8-09)**

## IMPORTANT NOTICE TO POLICYHOLDERS

## COMMERCIAL LIABILITY UMBRELLA POLICY
## AMENDMENT OF COVERAGE ENDORSEMENTS

This Notice to Policyholders provides advance notice to you that your renewal policy contains one or more endorsements that were not attached to your expiring policy. These amendatory endorsements contain limitations and/or exclusions to coverage that were not applicable to your expiring Commercial Liability Umbrella policy. To the extent that any of these limitations or exclusions apply to a claim under your current policy, your coverage may be reduced.

The new endorsements applicable to this policy are:

CU2430 Amendment of Insured Contract Definition
CU7113 Excl-Exterior Insulation and Finish Systems (EIFS)

**PLEASE READ YOUR POLICY AND ITS ENDORSEMENTS CAREFULLY. IF THERE IS ANY CONFLICT BETWEEN THIS NOTICE AND THE POLICY AND ITS ENDORSEMENTS, THE PROVISIONS OF THE POLICY AND ITS ENDORSEMENTS SHALL PREVAIL.**

HAR 01529

CMB00000025694Z

# Harleysville Insurance Company of New Jersey

A Stock Company



112 West Park Drive
Mt. Laurel, NJ 08054

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

CMB00000025694Z

This policy jacket with the policy provisions, declarations or information page, and endorsements, if any, completes this policy.

We will provide insurance described in this policy in return for the premium and compliance with all applicable policy provisions.

In Witness Whereof, the Company has caused this policy to be executed and attested.


*Mark A. Berven*
President & Chief Operating Officer

*Robert W. Horner III*
Vice President & Secretary

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2018 to 06/15/2019
RENEWAL CERTIFICATE

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

**Named Insured and Mailing Address:**

GMAC Construction LLC
GMAC Construction Inc
PO Box 176
Swedesboro, NJ 08085-0176

**Agent:**

KEH INSURANCE AGENCY INC
1415 MARLTON PIKE EAST, SUITE 501
CHERRY HILL, NJ 08034

**Agency Code:** 294727
**Phone Number:** (856)429-8000

**Policy Period:** 06/15/2018 to 06/15/2019

at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:**

Concrete Contractor

**Form of Business:**

LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. IF YOU REQUEST CANCELLATION OF THIS POLICY, THE COMPANY WILL RETAIN A MINIMUM PREMIUM OF $ 0

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | Premium |
|---|---|
| Commercial Property Coverage Part | |
| Commercial General Liability Coverage Part | |
| Crime and Fidelity Policy Coverage Part | |
| Commercial Inland Marine Coverage Part | |
| Commercial Auto Coverage Part | |
| Commercial Liability Umbrella Policy | $ 38,267.00 |

| | | |
|---|---|---|
| Sub-Total | $ | 38,267.00 |
| Fees and Surcharge – See Schedule GU-7015 (If Applicable) | $ | 230.00 |
| Total | $ | 38,497.00 |

**FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY:**
SEE SCHEDULES **GU-7004** and **GU-7009**

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide
**GU-7000 (Ed. 4-16)** Includes copyrighted material of Insurance Services Office with its permission.
**Insured Copy**

HAR 01532

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2018 to 06/15/2019 |
| | RENEWAL CERTIFICATE |

# FEES AND SURCHARGE SCHEDULE

New Jersey Property-Liability Insurance Guaranty Association Surcharge                    $    230.00

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| Insured: GMAC Construction LLC | Policy Number: CMB00000025694Z |
| Agent: KEH INSURANCE AGENCY INC | Policy Period: 06/15/2018 to 06/15/2019 |
| | RENEWAL CERTIFICATE |

# FORM SCHEDULE

\* INDICATES A NEW OR REPLACEMENT FORM. RETAIN THESE AND LISTED FORMS NOT REPLACED

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| * | PJ0002 | 0416 | Policy Jacket |
| * | GU7015 | 0416 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| * | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| * | IL7185 | 0910 | Notice of Canc and Nonren for Designated Person or Org |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info in Viol of Law |
| * | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| * | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| * | CU2430 | 0305 | Amendment of Insured Contract Definition |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| * | CU7113 | 0104 | Excl-Exterior Insulation and Finish Systems (EIFS) |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| * | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |
| * | CU7228 | 0117 | Def of Occurrence Amendatory Endt Constr Defects |
| * | MANU1 | 0704 | Manuscript Endorsement |

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

CMB00000025694Z

 **Nationwide**®
is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2018 to 06/15/2019 |
| | RENEWAL CERTIFICATE |

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.
ALL FORMS ARE ATTACHED. RETAIN UNLESS DELETED OR REPLACED. * INDICATES A NEW OR REPLACEMENT FORM.

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | ST7687 | 0115 | Notice to Policyholders |
| * | ST7746 | 0809 | Commercial Liab UMB Policy Amend of Cov Endorsements |

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

GU-7009 (Ed. 4-16)

**Insured Copy**

Page 1 of 1
Issued: 06/06/2018

HAR 01535

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

Insured: GMAC Construction LLC
Agent: KEH INSURANCE AGENCY INC

Policy Number: CMB00000025694Z
Policy Period: 06/15/2018 to 06/15/2019
RENEWAL CERTIFICATE

# COMMERCIAL LIABILITY UMBRELLA DECLARATIONS

Form of Business: ☐ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☒ Limited Liab. Co. ☐ Other

Business Description: Concrete Contractor

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT (Liability Coverage) | $ 5,000,000 | |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 5,000,000 | Any one person or organization |
| AGGREGATE LIMIT (Liability Coverage) | $ 5,000,000 | (except with respect to "covered autos") |
| OTHER: | $ | |
| SELF-INSURED RETENTION: | $ | |

## ALL PREMISES YOU OWN, RENT OR OCCUPY

LOCATION NUMBER:     ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

All Underlying Locations

## SCHEDULE OF UNDERLYING INSURANCE

Commercial Auto:
Company Name: Harleysville Insurance Co of New Jersey
Policy Number: BA00000025693Z
Policy Period: 06/15/2018 - 06/15/2019
Policy Limits: $ 1000000 CSL

Commercial Garage Liability:
Company Name:
Policy Number:
Policy Period:
$                     occurrence/
$                     aggregate

Commercial General Liability:
Company Name: Harleysville Preferred Insurance Company
Policy Number: MPA00000025695Z
Policy Period: 06/15/2018 - 06/15/2019

General Liability Limits
$ 1,000,000 Each Occurrence
$ 1,000,000 Personal & Adv. Injury
$ 3,000,000 General Aggregate
$ 3,000,000 Products-Completed Ops Aggregate

Business Owners Policy:
Company Name:
Policy Number:
Policy Period:

Business Owners Limits
$            Liability & Medical Expenses
$            Products-Completed Ops Aggregate
$            Other than Products-Compl. Ops. Agg.

Employer's Liability:
Company Name: Continental Indemnity Company
Policy Number: 73-828562-01-13
Policy Limits: Bodily injury by accident    $ 1,000,000    Each Accident
Bodily injury by disease    $ 1,000,000    Each Employee
Bodily injury by disease    $ 1,000,000    Policy Limits
Policy Period: 06/15/2018 - 06/15/2019

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

PD-0410 (Ed. 04-16)

**Insured Copy**

Page 1
Issued: 06/06/2018
HAR 01536

CMB00000025694Z

 **Nationwide** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

| | |
|---|---|
| **Insured:** GMAC Construction LLC | **Policy Number:** CMB00000025694Z |
| **Agent:** KEH INSURANCE AGENCY INC | **Policy Period:** 06/15/2018 to 06/15/2019 |
| | **RENEWAL CERTIFICATE** |

---

**Other Coverages:** EMPLOYERS LIABILITY UNDERLYING POLICY
**Company Name:** California Insurance Company
**Policy Number:** 73-828562-01-12
**Policy Limits** $ 1,000,000 for BI Ea Acc/Emp    **Policy Period:** 06/15/2018 – 06/15/2019
         $ 1,000,000 for BI Policy Limit

---

**Other Coverages:** EMPLOYEE BENEFITS LIABILITY
**Company Name:** Harleysville Preferred Insurance Company
**Policy Number:** MPA00000025695Z
**Policy Limits** $ 1,000,000 for Each Employee    **Policy Period:** 06/15/2018 – 06/15/2019
         $ 3,000,000 for Aggregate

---

**Other Coverages:**
**Company Name:**
**Policy Number:**
**Policy Limits** $ _____ for _____    **Policy Period:**
         $ _____ for _____

---

**Other Coverages:**
**Company Name:**
**Policy Number:**
**Policy Limits** $ _____ for _____    **Policy Period:**
         $ _____ for _____

---

**Other Coverages:**
**Company Name:**
**Policy Number:**
**Policy Limits** $ _____ for _____    **Policy Period:**
         $ _____ for _____

---

**Other Coverages:**
**Company Name:**
**Policy Number:**
**Policy Limits** $ _____ for _____    **Policy Period:**
         $ _____ for _____

---

**POLICY PREMIUM:** $ 38,497.00

### ENDORSEMENTS

Endorsements attached to this policy:

### SEE SCHEDULE GU-7004

The following material contains important information about your policy. Please read it carefully.

### SEE SCHEDULE GU-7009

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| Date: | Authorized Representative: |

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 00 01 12 07

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.a.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.a.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.a.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

HAR 01538

CMB00000025694Z

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. E.R.I.S.A.**

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

**f. Auto Coverages**

**(1)** "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

**(2)** Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

**g. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

HAR 01539

CMB00000025694Z

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**h. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

**(2)** "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

**j. Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

**(4)** The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance; or

 © ISO Properties, Inc., 2007

HAR 01540

CMB00000025694Z

**(5)** Aircraft that is:

    **(a)** Chartered by, loaned to, or hired by you with a paid crew; and

    **(b)** Not owned by any insured.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

**(1)** Property:

    **(a)** You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

    **(b)** Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(1)(b)**, **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **(3)** and **(4)** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

© ISO Properties, Inc., 2007

CU 00 01 12 07 ☐

HAR 01541

CMB00000025694Z

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s. Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

(3) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

(4) Engineering services, including related supervisory or inspection services;

(5) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(6) Any health or therapeutic service treatment, advice or instruction;

(7) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

(8) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

(9) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(10) Body piercing services;

(11) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(12) Law enforcement or firefighting services; and

(13) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance", unless otherwise directed by this insurance.

**u. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

HAR 01542

CMB00000025694Z

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

**(1)** The amount we will pay for the "ultimate net loss" is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(5) Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(a)** Liability for damages that the insured would have in the absence of the contract or agreement.

**(b)** Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

**(6) Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**(7) Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**(8) Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**(9) Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(10) Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of websites for others; or

© ISO Properties, Inc., 2007 **CU 00 01 12 07** ☐

HAR 01543

CMB00000025694Z

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11) Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12) Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(14) Employment-Related Practices**

To:

**(a)** A person arising out of any:

  **(i)** Refusal to employ that person;

  **(ii)** Termination of that person's employment; or

  **(iii)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(b)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(i)**, **(ii)** or **(iii)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(i)**, **(ii)** or **(iii)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(15) Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

**(a)** Legal, accounting or advertising services;

**(b)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

**(c)** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

**(d)** Engineering services, including related supervisory or inspection services;

**(e)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(f)** Any health or therapeutic service treatment, advice or instruction;

**(g)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**(h)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, body building or physical training programs;

**i)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

HAR 01544

CMB00000025694Z

(j) Body piercing services;

(k) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(l) Law enforcement or firefighting services; and

(m) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**(16) War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**(17) Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(c) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**b.** "Pollution cost or expense".

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

**a.** All expenses we incur.

**b.** Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

**3.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

HAR 01545

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. Except for liability arising out of the ownership, maintenance or use of "covered autos":

a. If you are designated in the Declarations as:

(1) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

(2) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

(3) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

(4) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

(5) A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

b. Each of the following is also an insured:

(1) Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(a) "Bodily injury" or "personal and advertising injury":

(i) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

(ii) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

(iii) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above.

CMB00000025694Z

**(b)** "Property damage" to property:

    **(i)** Owned, occupied or used by,

    **(ii)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**(2)** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**(3)** Any person or organization having proper temporary custody of your property if you die, but only:

    **(a)** With respect to liability arising out of the maintenance or use of that property; and

    **(b)** Until your legal representative has been appointed.

**(4)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(2)** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(3)** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**2.** Only with respect to liability arising out of the ownership, maintenance or use of "covered autos":

**a.** You are an insured.

**b.** Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except:

**(1)** The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semitrailer connected to a "covered auto" you own.

**(2)** Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

**(6)** "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**c.** Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

**3.** Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

© ISO Properties, Inc., 2007 **CU 00 01 12 07** ☐

HAR 01547

CMB00000025694Z

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made, "suits" brought, or number of vehicles involved; or

   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

   a. Coverage **A**, except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

   b. Coverage **B**.

3. Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

4. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

5. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

   a. "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part; or

   b. "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part.

   However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

1. **Appeals**

   If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and postjudgment interest and disbursements.

2. **Bankruptcy**

   a. **Bankruptcy Of Insured**

      Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

   b. **Bankruptcy Of Underlying Insurer**

      Bankruptcy of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

   However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

3. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

---

**CU 00 01 12 07**  © ISO Properties, Inc., 2007  **Page 11 of 17**  ☐

CMB00000025694Z

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 4. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 5. Other Insurance

**a.** This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**b.** When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

## 6. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 7. Representations Or Fraud

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us;

**c.** We have issued this policy in reliance upon your representations; and

**d.** This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

## 8. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

## 9. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

© ISO Properties, Inc., 2007

HAR 01549

**10. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**11. Loss Payable**

Liability under this Coverage Part shall not apply unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

**12. Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

**13. Maintenance Of/Changes To Underlying Insurance**

The "underlying insurance" listed in the Schedule of "underlying insurance" in the Declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect or if the limits or scope of coverage of any "underlying insurance" is changed.

**14. Expanded Coverage Territory**

a. If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

b. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

c. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

d. The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

© ISO Properties, Inc., 2007

CMB00000025694Z

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

      However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   g. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   (2) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   (3) That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

© ISO Properties, Inc., 2007

**CU 00 01 12 07**    ☐

HAR 01551

CMB00000025694Z

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

 © ISO Properties, Inc., 2007 □

HAR 01552

CMB00000025694Z

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Pollution cost or expense" means any loss, cost or expense arising out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

17. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   With respect to the ownership, maintenance or use of "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

   For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos", electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

20. "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

　　　© ISO Properties, Inc., 2007　　　CU 00 01 12 07　　　☐

HAR 01553

CMB00000025694Z

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

26. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

27. "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

28. "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

HAR 01554

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 00 04 05 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **u.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**u. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **a.(17)** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(17) Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(c)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(d)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

HAR 01555

CMB00000025694Z

POLICY NUMBER: CMB00000025694Z

**COMMERCIAL LIABILITY UMBRELLA**
**CU 04 03 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

### SCHEDULE

| Additional Covered Employee Benefits Programs | | |
|---|---|---|
| | | |
| | | |
| **Limit Of Insurance** | | **Retained Limit** |
| $ 5,000,000 **Each Employee** | $ 1,000,000 | |
| $ 5,000,000 **Aggregate** | | |
| **Retroactive Date:** 06/15/2017 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

  **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such an act, error or omission when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. At our discretion, we may investigate any report of an act, error or omission and settle any resultant "claim" or "suit", for which we have a duty to defend. But:

    **(1)** The amount we will pay for "ultimate net loss" is limited as described in Paragraph **D.** (Section III – Limits Of Insurance); and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

  **b.** This insurance applies only if:

    **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

    **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

    **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

© ISO Properties, Inc., 2007

HAR 01556

CMB00000025694Z

c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

(1) When notice of such "claim" is received and recorded by any insured or by the "underlying insurer" or us if the limits of the "underlying insurance" have been used up, whichever comes first; or

(2) When we make settlement in accordance with Paragraph **1.a.** above or settlement is made by the "underlying insurer" with our agreement.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. **Exclusions**

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

c. **Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A**, **B** and **Employee Benefits Liability.**

2. Paragraphs **1.b.** and **3.** of the Supplementary Payments provision do not apply.

 © ISO Properties, Inc., 2007 CU 04 03 12 07

HAR 01557

CMB00000025694Z

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **1.b.** and **1.c.** of **Section II – Who Is An Insured** are replaced by the following:

**1.** Except for liability arising out of the ownership, maintenance, or use of "covered autos":

   **b.** Each of the following is also an insured:

   **(1)** Each of your "employees" who is or was authorized to administer your "employee benefit program".

   **(2)** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   **(3)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

   **c.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

   **(1)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

   **(2)** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

**1.** Our obligation to pay damages on behalf of the insured applies only to the amount of "ultimate net loss" in excess of the "retained limit" shown in the Schedule of this endorsement. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this endorsement, the "retained limit" will only be reduced or exhausted by "claims" for that insurance that are made during the policy period or the Extended Reporting Period of this endorsement.

**2.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   **(a)** Insureds;

   **(b)** "Claims" made or "suits" brought;

   **(c)** Persons or organizations making "claims" or bringing "suits";

   **(d)** Acts, errors or omissions; or

   **(e)** Benefits included in your "employee benefit program".

**3.** The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**4.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for the sum of all "ultimate net loss" for damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

   **(a)** An act, error or omission; or

   **(b)** A series of related acts, errors or omissions;

   negligently committed in the "administration" of your "employee benefit program".

   However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

HAR 01558

CMB00000025694Z

**E.** For the purposes of the coverage provided by this endorsement, Condition **3.** of **Section IV – Commercial Liability Umbrella Conditions** is replaced by the following:

**3. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

   **a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

     **(1)** What the act, error or omission was and when it occurred; and

     **(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   **b.** If a "claim" is made or "suit" is brought against any insured, you must:

     **(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

     **(2)** Notify us as soon as practicable.

     You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

     **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

     **(2)** Authorize us to obtain records and other information;

     **(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

     **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replace any similar Section in that Coverage Part.

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is canceled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

     **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

     **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The "employee benefit programs" insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this endorsement for future payment of damages; and

   **d.** Other related factors.

 © ISO Properties, Inc., 2007 **CU 04 03 12 07** ☐

HAR 01559

CMB00000025694Z

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits Of Insurance.

Paragraph **D.3.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.4.**

G. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **6.** and **21.** in the **Definitions** Section are replaced by the following:

6. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

21. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

HAR 01560

CMB00000025694Z

**COMMERCIAL LIABILITY UMBRELLA**
**CU 21 12 09 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 23 02 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**I.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**II.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

CU 21 23 02 02 © ISO Properties, Inc., 2001 Page 1 of 2 ☐

CMB00000025694Z

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001

**CU 21 23 02 02** □

HAR 01563

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 27 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

HAR 01564

CMB00000025694Z

**COMMERCIAL LIABILITY UMBRELLA**
**CU 21 30 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

---

**CU 21 30 01 15** | © Insurance Services Office, Inc., 2015 | **Page 1 of 1**

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 21 55 06 08

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDED TERRORISM COVERAGE – COVERED AUTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

## SCHEDULE

**CU 21 31 –** Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts Of Terrorism

**CU 21 33 –** Exclusion Of Certified Acts Of Terrorism

**CU 21 35 –** Exclusion Of Certified Acts Of Terrorism And Exclusion Of Other Acts Of Terrorism Committed Outside The United States

**CU 21 36 –** Exclusion Of Punitive Damage Related To A Certified Act Of Terrorism

**CU 21 40 –** Exclusion Of Certified Acts Of Nuclear, Biological, Chemical Or Radiological Terrorism; Cap On Losses From Certified Acts Of Terrorism

**A.** If any of the endorsements shown in the Schedule are attached to the policy, those endorsements do not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto".

**B.** With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is a "covered auto", coverage provided under this Coverage Part for acts of terrorism (however defined) will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

© Insurance Services Office, Inc., 2008
☐

HAR 01566

CMB00000025694Z

**COMMERCIAL LIABILITY UMBRELLA**
**CU 21 86 05 14**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** Exclusion **2.t.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**t. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

HAR 01567

CMB00000025694Z

COMMERCIAL LIABILITY UMBRELLA
CU 24 30 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

**9.** "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   **g.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraphs **f.** and **g.** do not include that part of any contract or agreement:

  **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

  **(2)** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

  **(3)** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

 © ISO Properties, Inc., 2004 ☐

HAR 01568

CMB00000025694Z

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

**CU-7101
(Ed. 1-04)**

## CONTRACTOR'S LIMITATION ENDORSEMENT

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability.

This insurance is modified by the following provisions:

A. This insurance does not apply to any "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. Any job or project insured under a "wrap-up" or similar policy; or
2. The rendering or failure to render any professional service by or for you including the preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and any supervisory, inspection or engineering services.

B. Unless "underlying insurance" is maintained by you and listed in the Schedule of Underlying Insurance, at time of loss, this insurance does not apply to any "property damage" arising out of:

1. Blasting or explosion other than the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment; or
2. The collapse of or structural injury to any building or structure due to:
   a. grading of land, excavation, burrowing, filling or back-filling, tunneling, pile driving, cofferdam work or caisson work; or
   b. moving, shoring underpinning, raising or demolition of any building or structure, or removal or rebuilding of any structural support thereof; or
3. Injury to or destruction of wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property and any apparatus in connection therewith, beneath the surface of the ground or water caused by and occurring during the use of mechanical equipment for the purpose of grading land, excavating, drilling, burrowing, filling, back-filling or pile driving.

C. The following additional definition applies:

"Wrap-up" means any agreement or arrangement under which all the contractors working on a specified job or project are insured under one or more policies issued by a specified insurer for liability arising out of the job or project.

CMB00000025694Z

**CU-7107**
**(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ASBESTOS, SILICA OR TALC

This endorsement modifies insurance provided under the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM**

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage", or "personal or advertising injury" arising out of "asbestos hazard", "silica hazard" or "talc hazard".

We shall have no obligation under this policy:

**1)** to investigate, settle or defend any claim or "suit" against any insured alleging actual or threatened injury or damage of any nature or kind to persons or property which arises out of or would not have occurred but for the "asbestos hazard", the "silica hazard" or the "talc hazard"; or

**2)** to pay, contribute to or indemnify another for any damages, judgments, settlements, loss, costs or expenses, including any obligation to share with or repay any person, organization, or entity, that may be awarded or incurred by reason of any such claims or "suit" or any injury or damage, or in complying with any action authorized by law and relating to such injury or damage; or

**3)** to pay, contribute to or indemnify another for any costs or expenses associated, in any way, with the abatement, mitigation, remediation, containment, detoxification, neutralization, monitoring, removal, disposal or any obligation to investigate or assess the presence or effects of "asbestos", "silica" or "talc".

As used in this exclusion:

"Asbestos hazard" means:

**(a)** an actual exposure or threat of exposure to the harmful properties of "asbestos"; or

**(b)** the presence of "asbestos" in any place, whether or not within a building or structure; or

**(c)** asbestosis or any other diseases associated with the harmful effects of "asbestos".

"Asbestos" means the mineral in any form, including but not limited to fibers, dusts or "asbestos-related dust".

"Asbestos-related dust" means a mixture or combination of asbestos and other dust or particles.

"Silica hazard" means:

**(a)** an actual exposure or threat of exposure to the harmful properties of "silica"; or

**(b)** the presence of "silica" in any place, whether or not within a building or structure; or

**(c)** silicosis or any other diseases associated with the harmful effects of "silica".

"Silica" means the group of minerals called silicates (including but not limited to silica or crystalline silica) in any form, including but not limited to fibers, dusts or "silica-related dust".

"Silica-related dust" means a mixture or combination of silica and other dust or particles.

"Talc hazard" means:

**(a)** an actual exposure or threat of exposure to the harmful properties of "talc"; or

**(b)** the presence of "talc" in any place, whether or not within a building or structure; or

**(c)** pneumoconiosis, talcosis, fibrotic pneumoconiosis, or any other diseases associated with the harmful effects of "talc".

"Talc" means Magnesium Silicate Hydroxide, a mineral that is part of the silicate group, and in some forms also known as soapstone, and includes the mineral in any form, including but not limited to fibers, dusts or "talc-related dust".

"Talc-related dust" means a mixture or combination of talc and other dust or particles.

CMB00000025694Z

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

**CU-7113**
**(Ed. 1-04)**

## EXCLUSION-EXTERIOR INSULATION AND FINISH SYSTEMS (EIFS)

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability.

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of the manufacture, installation, application, use or sale of Exterior Insulation and Finish Systems (EIFS) or similar system, including any part, exterior component, fixture or feature of such a system.

CMB00000025694Z

---

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

---

**CU-7118**
**(Ed. 1-04)**

# EXCLUSION - LEAD LIABILITY

The following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability.

This insurance does not apply to:

**1.** "bodily injury", "property damage" or "personal and advertising injury" arising out of or caused by the actual or alleged:

    **(a)** exposure to or existence of lead, paint containing lead, or any other material or substance containing lead; or

    **(b)** manufacture, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of lead, paint containing lead, or any other material or substance containing lead.

    Whether or not the lead is or was at any time airborne as a particle contained in a product ingested, inhaled, transmitted in any fashion, or found in any form whatsoever;

**2.** Any legal obligation of any insured for indemnification or contribution due to damages arising out of "bodily injury", "property damage" or "personal and advertising injury" caused by lead, paint containing lead, or any other substance or material containing lead;

**3.** Any loss, cost, expense or damages, whether direct or consequential, arising out of any:

    **(a)** request, demand or order that any insured or others test for, monitor, clean up, remove, abate, contain, treat, or neutralize lead, paint containing lead, or any other substance or material containing lead, or in any way respond to, or assess the effects of lead; or

    **(b)** claim or suit relating to, testing for, monitoring, cleaning up, removing, abating, containing, treating, or neutralizing lead, paint containing lead, or any other substance or material containing lead or in any way responding to or assessing the effects of lead.

HAR 01572

CMB00000025694Z

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

**CU-7147**
**(Ed. 12-04)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – SNOW AND ICE REMOVAL

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability.

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of your snow and ice removal activities which are performed for others.

CMB00000025694Z

This endorsement modifies insurance provided by the following:

**COMMERCIAL LIABILITY UMBRELLA COVERAGE PART**

**CU-7157**
**(Ed. 1-06)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

Except with respect to coverage provided for the ownership, maintenance or use of "covered autos", this Coverage Form is modified as follows:

The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability:

2. Exclusions

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of:

A. Any actual or alleged failure, malfunction, inability or inadequacy of:

(1) Any of the following, whether belonging to any insured or to others:

(a) Computer hardware, including micro-processors;
(b) Computer application software;
(c) Computer operating systems and related software;
(d) Computer networks;
(e) Microprocessors (computer chips) not part of any computer system;
(f) Telecommunications equipment; or
(g) Any other computerized or electronic equipment or components; or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.(1) of this endorsement;

which is in any way related to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

B. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A. of this endorsement.

C. Any other act or failure to act by you or for you which is in any way related to any potential or actual problems described in Paragraph A. of this endorsement.

HAR 01574

CMB00000025694Z

**CU-7205
(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OTHER INSURANCE AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

**Schedule**

| |
|---|
| **Designated person or organization:**<br>Premier Design + Build Group LLC and any other persons or organizations whom you agreed to include as an additional insured on your policy in a written contract written agreement or written permit between you and Premier Design + Build Group LLC |

Solely for the purposes of providing coverage to the person or organization named in the Schedule above which qualifies as an additional insured pursuant to paragraph **3.** of **SECTION II – WHO IS AN INSURED**, paragraph **5. Other Insurance** of **SECTION IV – CONDITIONS** is amended to add:

**5. Other Insurance**

    c.  If specifically required by a written contract or agreement, any coverage provided to a person or organization that qualifies as an additional insured under paragraph **3.** of **SECTION II – WHO IS AN INSURED** and named in the Schedule above shall be primary and any other valid and collectible insurance available to this additional insured shall be non-contributory with this insurance.  If the written contract does not require this coverage to be primary and the additional insured's coverage to be non-contributory, then this insurance will be excess over any other valid and collectible insurance available to this additional insured whether primary, excess, contingent or on any other basis.  This condition does not apply to insurance purchased specifically to apply in excess of this insurance.  When this insurance is excess, the provisions of paragraph **5.b.** above apply.

        Even if the requirements of the above paragraph are met establishing this coverage as primary and the additional insured's coverage as being non-contributory, this coverage will be excess over any other insurance available to the additional insured which is conferred onto said person or organization by a separate additional insured endorsement or by "underlying insurance".

CMB00000025694Z

**CU-7205**
**(Ed. 12-10)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OTHER INSURANCE AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

**Schedule**

| **Designated person or organization:**<br>Alston Construction Company, Inc., Federal Business Centers Inc., and its<br>officers, directors, employees, agents, representatives and shareholders |
| --- |

Solely for the purposes of providing coverage to the person or organization named in the Schedule above which qualifies as an additional insured pursuant to paragraph **3.** of **SECTION II – WHO IS AN INSURED**, paragraph **5. Other Insurance** of **SECTION IV – CONDITIONS** is amended to add:

**5.  Other Insurance**

c.  If specifically required by a written contract or agreement, any coverage provided to a person or organization that qualifies as an additional insured under paragraph **3.** of **SECTION II – WHO IS AN INSURED** and named in the Schedule above shall be primary and any other valid and collectible insurance available to this additional insured shall be non-contributory with this insurance.  If the written contract does not require this coverage to be primary and the additional insured's coverage to be non-contributory, then this insurance will be excess over any other valid and collectible insurance available to this additional insured whether primary, excess, contingent or on any other basis.  This condition does not apply to insurance purchased specifically to apply in excess of this insurance.  When this insurance is excess, the provisions of paragraph **5.b.** above apply.

Even if the requirements of the above paragraph are met establishing this coverage as primary and the additional insured's coverage as being non-contributory, this coverage will be excess over any other insurance available to the additional insured which is conferred onto said person or organization by a separate additional insured endorsement or by "underlying insurance".

HAR 01576

CMB00000025694Z

**CU-7227**
**(Ed. 2-16)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – PERSONAL DATA COMPROMISE AND NETWORK SECURITY LIABILITY – COVERAGE A

This endorsement modifies insurance provided under the following:

**COMMERCIAL LIABILITY UMBRELLA POLICY**

The following exclusions are added under **Exclusions**, **2. Applicable to Coverage A**:

**Under Coverage A, this insurance does not apply to:**

**Personal Data Compromise**

Any loss, theft, accidental release, accidental publication, disposal or abandonment of personally identifying information or personally sensitive information.

**Network Security Liability**

Civil proceedings against you based on an allegation that a negligent security failure or weakness with respect to a computer or other electronic hardware that is owned or leased by you and operated under your control allowed one or more of the following to happen:

**a.** The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers.

**b.** The unintended abetting of a denial of service attack against one or more other systems.

**c.** The loss, release or disclosure of business data that is owned by or proprietary to a third party.

**All terms and conditions of this policy apply unless modified by this endorsement.**

CMB00000025694Z

**CU-7228**
**(Ed. 1-17)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEFINITION OF OCCURRENCE AMENDATORY ENDORSEMENT FOR CONSTRUCTION DEFECTS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

Under **Section V – DEFINITIONS**, definition **13.** "occurrence" is replaced by the following:

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

An accident shall include:

a. "Bodily injury"; or

b. "Property damage" to:

1) The property of others; or

2) "Your work", if "your work" was:

a) Damaged by the work of a subcontractor who performed work on your behalf in the construction, alteration, renovation, repair or maintenance of a building, structure, highway, road, bridge, water line, sewer line, oil line, gas line, appurtenance or other improvement to real property, including any moving, demolition or excavation; and

b) The resulting "property damage" is included in the "products-completed operations hazard".

**All terms and conditions of this policy apply unless modified by this endorsement.**

CMB00000025694Z

MANU-1 (07/04)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

MIL-0007 (Ed. 1-17) MAILING ADDRESS EXTENSION

IL7185 - Address extension for Federal Business Centers, Inc

Address - Attn: Susanne Zoda Raritan Center Business Park, 300 Raritan
Center Pkwy, Edison, NJ 08837

All other terms and conditions of this Policy remain unchanged.

HAR 01579

CMB00000025694Z

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

HAR 01580

CMB00000025694Z

IL 02 08 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**B.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

**a.** We may cancel this policy by mailing or delivering to the first Named Insured and any person entitled to notice under this policy written notice, of cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for:

**(a)** Nonpayment of premium; or

**(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

**(i)** "The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'"; and

**(ii)** "The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible. Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'".

© ISO Properties, Inc., 2006

HAR 01581

CMB00000025694Z

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

**(3)** Material misrepresentation or nondisclosure to us of a material fact at the time of acceptance of the risk;

**(4)** Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

**(5)** Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

**(6)** Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

**(7)** Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

**(8)** Loss of or reduction in available insurance capacity;

**(9)** Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

**(10)** Loss of or substantial changes in applicable reinsurance;

**(11)** Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

**(12)** Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefore and a reasonable opportunity to respond.

**(13)** Agency termination, provided:

**(a)** We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

**(b)** We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing, to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

**(14)** Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

**b.** If we cancel this policy based on Paragraph **7.a.(1)** or **(2)** above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

**c.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

**d.** Notice will be sent to the last mailing addresses known to us, by:

**(1)** Certified mail; or

**(2)** First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

© ISO Properties, Inc., 2006

HAR 01582

CMB00000025694Z

   **e.** We need not send notice of cancellation if you have:

      **(1)** Replaced coverage elsewhere; or

      **(2)** Specifically requested termination.

**D.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

   **1.** We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of non-renewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

   **2.** This notice will be sent to the first Named Insured at the last mailing address known to us by:

      **a.** Certified mail; or

      **b.** First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

   **3.** We need not mail or deliver this notice if you have:

      **a.** Replaced coverage elsewhere; or

      **b.** Specifically requested termination.

CMB00000025694Z

POLICY NUMBER: CMB00000025694Z

**IL 09 85 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)**     **$0** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** <br> Commercial Liability Umbrella Coverage Part |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II | | |
|---|---|---|
| **Federal share of terrorism losses**   **85%** | **Year: 2015** | |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses**   **84%** | **Year: 2016** | |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses**   **83%** | **Year: 2017** | |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses**   **82%** | **Year: 2018** | |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses**   **81%** | **Year: 2019** | |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses**   **80%** | **Year: 2020** | |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

HAR 01584

CMB00000025694Z

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

HAR 01585

CMB00000025694Z

**IL-7185
(Ed. 9-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NOTICE OF CANCELLATION OR NONRENEWAL
# FOR DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under this policy:

**SCHEDULE**

| Policy Period: Effective date:06/15/2018 to | Expiration date: 06/15/2019 | |
|---|---|---|
| Name of Person or Organization: | Project I.D.: | Mailing Address or Email Address: |
| Federal Business Centers, Inc | | 300 Raritan Center Pkwy, Edison, NJ 08837 (See manuscript endorsement) |
| Blue Rock Construction, Inc. | | 1712 Hancock Lane, Burlington, NJ 08016. |
| | | |
| | | |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations or additional separate Schedule. | | |

The following **Condition** is added:

If we cancel or nonrenew this policy, other than for non-payment of premium or at the request of the Named Insured, we will provide advance written notice of such cancellation or nonrenewal to the person(s) or organization(s) listed in the SCHEDULE above. Such notice will be provided to such person(s) or organization(s) no less than the number of days in advance of the effective date of cancellation that we are required to provide to the Named Insured for such cancellation or nonrenewal. At our election, the notice shall either be mailed by first class mail, postage prepaid to the address indicated in the SCHEDULE for such person or organization or sent by electronic mail to the email address set forth in the SCHEDULE for such person or organization. Such notice shall identify the policy, including the identity of the Named Insured, being cancelled or nonrenewed and provide the effective date of cancellation or nonrenewal. If sent by first class mail, proof of mailing constitutes proof of notice. If sent by email, proof of sending constitutes proof of notice.

Our obligation to send notice to the person or organization listed in the SCHEDULE above shall terminate the earlier of: i) the end of the current Policy Period; or ii) when you no longer have a legal or contractual obligation to such person or organization to maintain insurance coverage under a policy which requires that such person or organization be notified in the event of cancellation or nonrenewal.

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2018 to 06/15/2019
AMENDMENT

# POLICY CHANGES

**Change Effective:** 08/24/2018          **Change #:** 1

**Description**

Form IL7185 - Notice of Cancellation or Non-renewal for Designated Person
or Organization is added for Consolidated Rail Corporation.

| Original Annual Premium | New Annual Premium | Total Additional/ Return Premium |
|---|---|---|
| $ 38,497.00 | $ 38,497.00 | $ |
| | | NO CHANGE |

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

**GU-7001 (Ed. 4-16)**

Page 1 of 1
Issued: 08/27/2018

HAR 01588

CMB00000025694Z

 **Nationwide®** is on your side

Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

---

**Insured:** GMAC Construction LLC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2018 to 06/15/2019
AMENDMENT

---

# FORM SCHEDULE

\* INDICATES A NEW OR REPLACEMENT FORM. RETAIN THESE AND LISTED FORMS NOT REPLACED

| | Form | Edition | Description |
|---|---|---|---|
| | | | POLICY FORMS |
| | PJ0002 | 0416 | Policy Jacket |
| | GU7001 | 0416 | Policy Change Document |
| \* | GU7015 | 0416 | Fees and Surcharge Schedule |
| | IL0017 | 1198 | Common Policy Conditions |
| | IL0208 | 0907 | New Jersey Changes - Cancellation and Nonrenewal |
| \* | IL0985 | 0115 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| \* | IL7185 | 0910 | Notice of Canc and Nonren for Designated Person or Org |
| | | | UMBRELLA FORMS |
| | CU0001 | 1207 | Commercial Liability Umbrella Coverage Form |
| | CU0004 | 0509 | Rec and Distrib of Material or Info In Viol of Law |
| \* | CU0403 | 1207 | Employee Benefits Liability Coverage |
| | CU2112 | 0900 | Abuse or Molestation Exclusion |
| | CU2123 | 0202 | Nuclear Energy Liability Exclusion Endorsement |
| | CU2127 | 1204 | Fungi or Bacteria Exclusion |
| | CU2130 | 0115 | Cap on Losses From Certified Acts of Terrorism |
| \* | CU2155 | 0608 | Amended Terrorism Coverage - Covered Autos |
| | CU2186 | 0514 | Excl Acc Discl Conf Pers Inf Data-rel Lia w Ltd BI Exc |
| | CU2430 | 0305 | Amendment of Insured Contract Definition |
| | CU7101 | 0104 | Contractors' Limitation Endorsement |
| | CU7107 | 1210 | Exclusion - Asbestos, Silica, or Talc |
| | CU7113 | 0104 | Excl-Exterior Insulation and Finish Systems (EIFS) |
| | CU7118 | 0104 | Exclusion - Lead Liability |
| | CU7147 | 1204 | Exclusion - Snow and Ice Removal |
| | CU7157 | 0106 | Excl-Computer Related & Other Electronic Problems |
| \* | CU7205 | 1210 | Additional Insured-Other Insurance Amendment |
| | CU7227 | 0216 | Excl-Personal Data Comp and Network Security Lia-Cov A |
| | CU7228 | 0117 | Def of Occurrence Amendatory Endt Constr Defects |
| \* | MANU1 | 0704 | Manuscript Endorsement |

---

Nationwide, the Nationwide N and Eagle, and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2016 Nationwide

**GU-7004 (Ed. 4-16)**

Page 1 of 1
Issued: 08/27/2018

HAR 01589

CMB00000025694Z

 Harleysville Insurance Co of New Jersey
112 West Park Drive
Mt Laurel, NJ 08054

**Insured:** GMAC Construction LLC
**Agent:** KEH INSURANCE AGENCY INC

**Policy Number:** CMB00000025694Z
**Policy Period:** 06/15/2018 to 06/15/2019
AMENDMENT

## POLICYHOLDER NOTICE SCHEDULE

The following material contains important information about your policy. Please read it carefully.
* INDICATES A NEW OR REPLACEMENT FORM. RETAIN THESE AND LISTED FORMS NOT REPLACED

| Form | Edition | Description |
|------|---------|-------------|
| | | POLICY FORMS |
| ST7687 | 0115 | Notice to Policyholders |
| ST7746 | 0809 | Commercial Liab UMB Policy Amend of Cov Endorsements |

CMB00000025694Z

**IL-7185**
**(Ed. 9-10)**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NOTICE OF CANCELLATION OR NONRENEWAL
# FOR DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under this policy:

## SCHEDULE

| Policy Period: Effective date:06/15/2018 to | Expiration date: 06/15/2019 | |
|---|---|---|
| Name of Person or Organization: | Project I.D.: | Mailing Address or Email Address: |
| Federal Business Centers, Inc | | 300 Raritan Center Pkwy, Edison, NJ 08837 (See manuscript endorsement) |
| Blue Rock Construction, Inc. | | 1712 Hancock Lane, Burlington, NJ 08016. |
| Consolidated Rail Corporation | | 1000 Howard Blvd., Mt. Laurel, NJ 08054 |
| | | |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations or additional separate Schedule.

The following **Condition** is added:

If we cancel or nonrenew this policy, other than for non-payment of premium or at the request of the Named Insured, we will provide advance written notice of such cancellation or nonrenewal to the person(s) or organization(s) listed in the SCHEDULE above. Such notice will be provided to such person(s) or organization(s) no less than the number of days in advance of the effective date of cancellation that we are required to provide to the Named Insured for such cancellation or nonrenewal. At our election, the notice shall either be mailed by first class mail, postage prepaid to the address indicated in the SCHEDULE for such person or organization or sent by electronic mail to the email address set forth in the SCHEDULE for such person or organization. Such notice shall identify the policy, including the identity of the Named Insured, being cancelled or nonrenewed and provide the effective date of cancellation or nonrenewal. If sent by first class mail, proof of mailing constitutes proof of notice. If sent by email, proof of sending constitutes proof of notice.

Our obligation to send notice to the person or organization listed in the SCHEDULE above shall terminate the earlier of: i) the end of the current Policy Period; or ii) when you no longer have a legal or contractual obligation to such person or organization to maintain insurance coverage under a policy which requires that such person or organization be notified in the event of cancellation or nonrenewal.

HAR 01591