**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) ) No. 1:23-CV-04098 |
| Plaintiffs, | ) ) Honorable Sara L. Ellis |
| v. | ) ) Magistrate Judge Young B. Kim |
| PREMIER DESIGN & BUILD GROUP, LLC, PREMIER DESIGN & BUILD NATIONAL, LLC, ALLIED WORLD NATIONAL ASSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, AMERICAN CASUALTY CO. OF READING, PA, GEMINI INSURANCE COMPANY, HARLEYSVILLE PREFERRED INSURANCE COMPANY, OLD REPUBLIC GENERAL INSURANCE CORPORATION, SELECTIVE INSURANCE COMPANY OF AMERICA, and ZURICH AMERICAN INSURANCE COMPANY, | ) |
| Defendants. | ) |
| PREMIER DESIGN + BUILD GROUP, LLC, and PREMIER DESIGN + BUILD NATIONAL, LLC, | ) |
| Defendants/Counter-Plaintiffs. | ) |
| vs. | ) |
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) |
| Plaintiffs/Counter-Defendants. | ) |

**STIPULATIONS**

1

The following parties, Zurich American Insurance Company ("Zurich"), Amerisure Insurance Company, Amerisure Mutual Insurance Company, Premier Design & Build Group, LLC, Premier Design & Build National, LLC, Allied World National Assurance Company, American Family Home Insurance Company, Continental Insurance Company, Continental Casualty Company, and American Casualty Co. of Reading, PA, Gemini Insurance Company, Harleysville Preferred Insurance Company, Old Republic General Insurance Corporation, Selective Insurance Company of America, and Selective Fire and Casualty Insurance Company, by and through their attorneys stipulate as follows:

1. The responsive pleadings to Zurich's Combined Counterclaim/Crossclaim filed on 08/02/2024 (Docket # 85) filed by each of the above named parties stands as the responsive pleadings to Zurich's' Combined Counterclaim and Crossclaim for Declaratory Judgment that is included in Zurich's Answer and Affirmative Defenses to Amerisure Insurance Company and Amerisure Mutual Insurance Company's Second Amended Complaint and Combined Counterclaim and Crossclaim for Declaratory Judgment.

2. Selective Insurance Company of America in Zurich's' Combined Counterclaim and Crossclaim for Declaratory Judgment that is included in Zurich's Answer and Affirmative Defenses to Amerisure Insurance Company and Amerisure Mutual Insurance Company's Second Amended Complaint and Combined Counterclaim and Crossclaim for Declaratory Judgment means both Selective Insurance Company of America and Selective Fire and Casualty Insurance Company, and Selective Insurance Company of America's Answer to Zurich's Crossclaim filed on 09/13/2024 (Docket # 118) stands as Selective Insurance Company of America and Selective Fire and Casualty Insurance Company's Answer to Zurich's' Combined Counterclaim and Crossclaim for Declaratory Judgment that is included in Zurich's Answer and Affirmative

Defenses to Amerisure Insurance Company and Amerisure Mutual Insurance Company's Second Amended Complaint and Combined Counterclaim and Crossclaim for Declaratory Judgment.

Zurich American Insurance Company

By: /s/ Brian O'Gallagher

Amerisure Insurance Company and Amerisure Mutual Insurance Company

By: /s/ Brett Warning

Premier Design & Build Group, LLC and Premier Design & Build National, LLC

By: Erik R. Nelson

Allied World National Assurance Company

By: /s/ Bevin Carroll

American Family Home Insurance Company

By: Matthew S. Sorem

Continental Insurance Company, Continental Casualty Company and American Casualty Co. of Reading, PA

By: Douglas M. DeWitt

Gemini Insurance Company

By: Tony L. Hatzilabrou

Harleysville Preferred Insurance Company

By: Colleen M. Costello

Old Republic General Insurance Corporation

By: /s/ Brian C. Bassett

Selective Insurance Company of America and Selective Fire and Casualty Insurance Company

By: /s/ Colin B. Wilmott

BODELL BOVE LLC

3

/s/ Brian O'Gallagher
Brian O'Gallagher, Bar # 6211445
Bodell Bove LLC
915 Harger Road, Suite 240
Oak Brook, IL 60523
Phone: (630) 382-4800
Facsimile: (630) 468-2158
BOGallagher@bodellbove.com