CASE NO. 1:23-CV-04098

AMERISURE INSURANCE CO., ET AL. – VS. – PREMIERE DESIGN & BUILD GROUP, LLC, ET AL.

# EXHIBIT 3

# Other Insurance Amendment – Primary And Non-Contributory


ZURICH

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**Named Insured:**

**Address (including ZIP Code):**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

1. The following paragraph is added to the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

    This insurance is primary insurance to and will not seek contribution from any other insurance available to an additional insured under this policy provided that:

    a. The additional insured is a Named Insured under such other insurance; and

    b. You are required by a written contract or written agreement that this insurance would be primary and would not seek contribution from any any other insurance available to the additional insured.

2. The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

    This insurance is excess over:

    Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

All other terms and conditions of this policy remain unchanged.


EXHIBIT 3

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-GL-1327-B CW (04/13)
Page 1 of 1

**ZUR 0126**