**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) | No. 1:23-CV-04098 |
| | ) | |
| , | ) | Honorable Sara L. Ellis |
| Plaintiffs, | ) ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| | ) | |
| PREMIER DESIGN & BUILD GROUP, LLC, et al., | ) ) | |

**NOTICE OF FILING**

To:     All Counsel of Record (see attached Service List)

PLEASE TAKE NOTICE that on April 9, 2025 we electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, on behalf of Defendant, ZURICH AMERICAN INSURANCE COMPANY, its **Stipulation; Answer and Affirmative Defenses to Second Amended Complaint and Combined Counterclaim/Cross-Claim for Declaratory Judgment**; and this **Notice of Filing** a copy of which is hereby served upon you.

ZURICH AMERICAN INSURANCE COMPANY

By:  /s/ Brian A. O'Gallagher
          One of their Attorneys

Brian A. O'Gallagher, ARDC No. 6211445
Mark Monroe. ARDC No. 6192966
BODELL BOVE LLC
915 Harger Rd., Ste. 240
Oak Brook, Illinois 60523
(630) 382-4800
bogallagher@bodellbove.com
mmonroe@bodellbove.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this <u>9th</u> day of April, 2025, the foregoing Notice of Filing and the document(s) described therein was filed with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to all counsel of record.

/s/: Brian O'Gallagher

## SERVICE LIST

| | |
|---|---|
| Donald E. Elder<br>Brett L. Warning<br>Emerson & Elder, P.C.<br>53 West Jackson Boulevard, Suite 526<br>Chicago, IL 60604<br>(312) 520-2502<br>dee@emersonelder.com<br>brett@emersonelder.com<br><br>Attorneys for Plaintiffs<br>Amerisure Insurance Company, and<br>Amerisure Mutual Insurance Co. | Daniel Aaron Dorfman<br>Erik R. Nelson<br>Fox Swibel Levin & Carroll LLP<br>200 West Madison Street, Suite 3000<br>Chicago, IL 60606<br>(312) 224-1200<br>ddorfman@foxswibel.com<br>enelson@foxswibel.com<br><br>Attorneys for Premier Design & Build Group LLC;<br>Premier Design & Build National, LLC |
| Bevin A Carroll<br>Julie Klein<br>Kennedys CMK LLP<br>30 South Wacker Drive, Ste 3650<br>Chicago, IL 60606<br>312-800-5049<br>bevin.carroll@kennedyscmk.com<br>julie.klein@kennedyslaw.com<br><br>Attorneys for Allied World National<br>Assurance Company | Matthew Sorem<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>10 S. Wacker, 31st Floor<br>Chicago, IL 60606<br>(312) 585-1433<br>msorem@nicolaidesllp.com<br><br>Attorneys for American Family Home Insurance<br>Co. |
| Colin B. Willmott<br>Heidi Kuffel<br>Kennedys CMK<br>30 S. Wacker Drive, Suite 3650<br>Chicago, IL 60606<br>Colin.Willmott@kennedyslaw.com<br>heidi.kuffel@kennedyslaw.com<br>312-800-5053<br><br>Attorneys for Selective Ins. Co. of America<br>and Selective Fire and Casualty Ins Co. | Neal R. Novak nnovak@wglaw.com<br>Colleen Costello ccostello@wglaw.com<br>Weber Gallagher Simpson Stapleton Fires &<br>Newby LLP<br>33 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60602<br>312-425-2500<br><br>Attorneys for Harleysville Preferred Ins Co.,<br>Harleysville Insurance Company of New Jersey and<br>Harleysville Insurance Company |

| | |
|---|---|
| Jeremy S. Macklin<br>Tony L. Hatzilabrou<br>Traub Lieberman Straus & Shrewsberry, LLP<br>71 S. Wacker Drive, Suite 2110<br>Chicago, IL 60606<br>jmacklin@tlsslaw.com<br>thatzilabrou@tlsslaw.com<br>312-332-3900<br><br>Attorneys for Gemini Ins. Co. | Douglas DeWitt<br>Hinkhouse Williams Walsh LLP<br>180 N. Stetson Ave., Ste 3400<br>Chicago, IL 60601<br>ddewitt@hww-law.com<br>312-784-5452<br>312-784-5436<br><br>Attorneys for<br>The Continental Insurance Company,<br>Continental Casualty Company, and<br>American Casualty Co. of Reading, PA |
| Brian C. Bassett<br>Danielle K. Kegley<br>Traub Lieberman<br>71 S. Wacker Dr,<br>Suite 2110<br>Chicago, IL 60606<br>312-222-3200<br>bbassett@tlsslaw.com<br>dkegley@tlsslaw.com<br><br>Attorneys for Old Republic General Insurance<br>Corporation | |