**IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

AMERISURE INSURANCE COMPANY and
AMERISURE MUTUAL INSURANCE
COMPANY,

    Plaintiffs,

v.

PREMIER DESIGN & BUILD GROUP, LLC,
PREMIER DESIGN & BUILD NATIONAL,
LLC, ALLIED WORLD NATIONAL
ASSURANCE COMPANY, AMERICAN
FAMILY HOME INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY,
CONTINENTAL CASUALTY COMPANY,
AMERICAN CASUALTY CO. OF READING,
PA, GEMINI INSURANCE COMPANY,
HARLEYSVILLE PREFERRED INSURANCE
COMPANY, OLD REPUBLIC GENERAL
INSURANCE CORPORATION, SELECTIVE
INSURANCE COMPANY OF AMERICA, and
ZURICH AMERICAN INSURANCE
COMPANY,

        Defendants.

PREMIER DESIGN + BUILD GROUP, LLC,
and PREMIER DESIGN + BUILD NATIONAL,
LLC,

    Defendants/Counter-Plaintiffs.

vs.

AMERISURE INSURANCE COMPANY and
AMERISURE MUTUAL INSURANCE
COMPANY,

    Plaintiffs/Counter-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:23-CV-04098

Honorable Sara L. Ellis

Magistrate Judge Young B. Kim

**<u>CERTIFICATE OF SERVICE</u>**

To: All Counsel of Record

   The undersigned certifies that she served **Gemini Insurance Company's Response to**

**Starr Indemnity & Liability Company's Request for Production** by emailing all counsel of

record at their respective email address on October 22, 2025.

Respectfully submitted,

/s/ Jeremy S. Macklin

Jeremy S. Macklin
One of the Attorneys for Defendant
Gemini Insurance Company

Jeremy S. Macklin (6303870)
Tony L. Hatzilabrou (6325050)
Traub Lieberman Straus & Shrewsberry LLP
71 S. Wacker Drive, Suite 2110
Chicago, IL 60606
Tel: 312-332-3900
Fax: 312-332-3908
jmacklin@tlsslaw.com
thatzilabrou@tlsslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail to all counsel on record on October 22, 2025.

Respectfully submitted,

/s/ Jeremy S. Macklin
Jeremy S. Macklin
One of the Attorneys for Defendant
Gemini Insurance Company


Jeremy S. Macklin (6303870)
Tony L. Hatzilabrou (6325050)
Traub Lieberman Straus & Shrewsberry LLP
71 S. Wacker Drive, Suite 2110
Chicago, IL 60606
Tel: 312-332-3900
Fax: 312-332-3908
jmacklin@tlsslaw.com
thatzilabrou@tlsslaw.com

3