# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Amerisure Insurance Company, et al.

                Plaintiff,

v.                                           Case No.: 1:23–cv–04098
                                                     Honorable Sara L. Ellis

Premier Design & Build Group LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion for extension of time [229]. The Court revises the summary judgment briefing schedule as follows: motions for summary judgment are due by 1/12/2026; responses are due by 2/27/2026; and replies are due by 4/20/2026. The Court grants Defendant's motion for leave to file an amended answer and amended affirmative defenses [227]. Defendant Old Republic General Insurance Corporation should file its amended answer and amended affirmative defenses as separate entries on the docket. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.