## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Amerisure Insurance Company, et al.

                                              Plaintiff,

v.                                            Case No.: 1:23–cv–04098
                                              Honorable Sara L. Ellis

Premier Design & Build Group LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

      MINUTE entry before the Honorable Young B. Kim: In light of the stipulations to dismiss (R. 250; R. 251; R. 252), all matters relating to the referral of this action having been concluded, the referral is closed, and the case is returned to the presiding District Judge. Plaintiffs are no longer required to email an update to this court. (See R. 249.) (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.