## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Amerisure Insurance Company, et al.

Plaintiff,

v.

Case No.: 1:23–cv–04098
Honorable Sara L. Ellis

Premier Design & Build Group LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion for leave to withdraw the appearance of counsel and withdraws the appearance of Charles R. Vogt as counsel for Defendants. The Court grants Defendants' motion for extension of time [255]. The Court revises the summary judgment briefing schedule as follows: motions for summary judgment are due by 6/29/2026; responses are due by 7/29/2026; and replies are due by 8/31/2026. Ruling date of 12/15/2026 at 9:30 AM to stand. No appearance required on 6/11/2026. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.