**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>PREMIER DESIGN + BUILD GROUP, LLC, et al.,<br><br>      Defendants.<br><br>PREMIER DESIGN + BUILD GROUP, LLC and PREMIER DESIGN + BUILD NATIONAL, LLC,<br><br>      Defendants/Counter-Plaintiffs<br><br>vs.<br><br>AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY,<br><br>      Plaintiffs/Counter-Defendants | No. 1:23-cv-04098<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Young B. Kim |

**PLAINTIFFS AMERISURE INSURANCE COMPANY AND**
**AMERISURE MUTUAL INSURANCE COMPANY'S  UNOPPOSED MOTION TO**
**EXTEND DEADLINES FOR THE PARTIES' FILING OF MOTIONS FOR SUMMARY**
**JUDGMENT**

Plaintiffs/Counter-Defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively "Amerisure"), by and through their attorneys of record, hereby move this Court for a second two-week extension of the summary judgment briefing schedule, and in support state as follows:

1.      On April 29, 2026, Amerisure and Continental Insurance Company, Continental

Casualty Company, and American Casualty Co of Reading, PA ("CNA Defendants") filed a status report with the Court and proposed a summary judgment briefing schedule. [Dkt. 247].

2.      On May 7, 2026, the Court entered the summary judgment briefing schedule prepared by Amerisure and the CNA Defendants, with opening summary judgment briefs due on June 15, 2026, responses due on July 15, 2026, and replies due on August 17, 2026 [Dkt. 248].

3.      On June 8, 2026, CNA Defendants filed an unopposed Motion to extend the deadlines for the summary judgment briefing, based on the departure of the attorney representing the CNA Defendants who was primarily responsible for the summary judgment briefing on behalf of CNA Defendants [Dkt. 255].

4.      On June 10, 2026, the Court issued a Minute Entry which granted CNA Defendants' unopposed Motion to extend the summary judgment briefing, extending the filing of summary judgment briefs to June 29, 2026, the filing of responses to July 29, 2026, and the filing of replies to August 31, 2026.

5.      On June 19, 2026, counsel for Amerisure received responses to the proposed joint statement of facts in support of motions for summary judgment from counsel for CNA Defendants which had been provided to counsel for CNA Defendants on May 27, 2026.

6.      On June 21, 2026, the attorney primarily responsible for the summary judgment briefing on behalf of Amerisure experienced unexpected computer-related technical difficulties that delayed the review of counsel for CNA defendants' responses to the proposed joint statement of facts in support of motions for summary judgment.

7.      Counsel for Amerisure is working on a revised version of the joint statement of facts in support of summary judgment motions, and while the parties are currently in agreement on most of the statements there are some on which more effort is required.

8. For these reasons, Amerisure respectfully request a two-week extension in order to allow the parties sufficient time to finalize preparation of the joint statement of facts in support of summary judgment motions.

9. A two-week extension to the briefing schedule would result in the following deadlines: opening summary judgment briefs due on July 13, 2026, responses due on August 12, 2026, and replies due on September 11, 2026.

10. CNA Defendants have no objection to, and do not oppose, this Motion and the requested extension.

11. No party will be prejudiced by the granting of this Motion.

**WHEREFORE,** Plaintiffs/Counter-Defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company, respectfully request that this Honorable Court grant the Motion and extend the current summary judgment briefing schedule by two weeks, with the opening summary judgment briefs due on July 13, 2026, responses due on August 12, 2026, and replies due on September 11, 2026, and grant all further relief this Court deems just and proper.

Respectfully submitted,

/s/ *Donald E. Elder*

Donald E. Elder
Illinois State Bar No. 6255889
Brett L. Warning
Illinois State Bar No. 6199057
Emerson & Elder, P.C.
53 West Jackson Blvd.
Suite 526
Chicago, IL 60604
Tel: (312) 519-8975
Fax: (312) 265-1603
Email: dee@emersonelder.com
Email: brett@emersonelder.com
*Attorneys for Plaintiffs/Counter-Defendants*
*Amerisure Insurance Company and*

3

*Amerisure Mutual Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 24, 2026, a true and correct copy of the foregoing document has been furnished electronically to all counsel of record via the Court's CM/ECF system.

<u>/s/ *Donald E. Elder*</u>

Donald E. Elder (IL ARDC #6255889)
Emerson & Elder, P.C.
53 West Jackson Boulevard, Suite 526
Chicago, Illinois 60604
Telephone:  (312) 520-2502
Facsimile:  (312) 265-1603
E-mail: dee@emersonelder.com
*Attorney for Plaintiffs/Counter-Defendants*
*Amerisure Insurance Company and*
*Amerisure Mutual Insurance Company*