**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AMERISURE INSURANCE COMPANY and
AMERISURE MUTUAL INSURANCE
COMPANY,

       Plaintiffs,

vs.

PREMIER DESIGN + BUILD GROUP, LLC,
et al.,

       Defendants.

PREMIER DESIGN + BUILD GROUP, LLC
and PREMIER DESIGN + BUILD
NATIONAL, LLC,

       Defendants/Counter-Plaintiffs

vs.

AMERISURE INSURANCE COMPANY and
AMERISURE MUTUAL INSURANCE
COMPANY,

       Plaintiffs/Counter-Defendants

No. 1:23-cv-04098

Honorable Sara L. Ellis

Magistrate Judge Young B. Kim

## NOTICE OF MOTION

Please take notice that on **Wednesday, July 7, 2026, at 9:45 A.M.** or as soon thereafter as we may be heard, we shall appear before The Honorable Judge Sara L. Ellis, or any judge sitting in her stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs/Counter-Defendants Amerisure Insurance Company and Amerisure Mutual Insurance

Company's **Unopposed Motion to Extend the Deadlines for the Parties' Filing of Motions for**

**Summary Judgment.** [Dkt. 259].

Dated: June 24, 2026

<div style="margin-left:45%;">

Plaintiffs/Counter-Defendants Amerisure Insurance Company and Amerisure Mutual Insurance Company

By:  /s/ *Donald E. Elder*
        Emerson & Elder, P.C.

</div>

Donald E. Elder
Illinois State Bar No. 6255889
Brett L. Warning
Illinois State Bar No. 6199057
Emerson & Elder, P.C.
53 West Jackson Blvd.
Suite 526
Chicago, IL 60604
Tel: (312) 519-8975
Fax: (312) 265-1603
Email: dee@emersonelder.com
Email: brett@emersonelder.com

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

I HEREBY CERTIFY that on June 24, 2026, a true and correct copy of the foregoing document has been furnished electronically to all counsel of record via the Court's CM/ECF system.

<div style="margin-left:45%;">

/s/ *Donald E. Elder*

Donald E. Elder (IL ARDC #6255889)
Emerson & Elder, P.C.
53 West Jackson Boulevard, Suite 526
Chicago, Illinois 60604
Telephone:  (312) 520-2502
Facsimile:  (312) 265-1603
E-mail: dee@emersonelder.com

</div>

<div align="center">2</div>

*Attorney for Plaintiffs/Counter-Defendants*
*Amerisure Insurance Company and*
*Amerisure Mutual Insurance Company*