# EXHIBIT D



*12/19/2019 Completed- Paulette Gibson*

Amerisure Mutual Holdings, Inc.
Amerisure Mutual Insurance Company
Amerisure Insurance Company
Amerisure Partners Insurance Company

December 4, 2019

Mark Melone
Premier Design & Build National, LLC
1000 W. Irving Park Road. Ste 200
Itasca, IL 60143

**<u>VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>**

RE:   Amerisure Insured:      Premier Design Build National, LLC
      Policy No.'s:           CPP 2097848 02 (7/1/16 – 7/1/17)
                              CPP 2097848 03 (7/1/17 – 7/1/18)
                              CPP 2097848 04 (7/1/18 – 7/1/19)
                              CPP 2097848 05 (7/1/19 – 7/1/20)
      Claimant:               Bridge Perth Amboy, LLC
      Project:                Bridge Point E Port Distribution
                              Center
      Location:               Perth Amboy, NJ
      Date of Loss:           7/1/16 (using)
      Claim No.:              2195739

Dear Mr. Melone:

This letter will serve to formally acknowledge Amerisure Mutual Insurance Company's ("Amerisure") receipt of the above-referenced claim. This claim has been assigned to me for handling, all future correspondence should be sent to my attention.

The purpose of this letter is to make Premier Design Build National, LLC ("Premier") aware of possible restrictions or limitations within your policies in responding to this claim.

Amerisure continues to investigate this claim subject to a reservation of rights as set forth more fully below. As part of this investigation, Amerisure has requested, and continues to request additional information that is needed in its investigation. Amerisure is requesting the following information:

1. Information on how Premier was placed on notice of this potential claim.
2. A contact at the claimant, so that Amerisure may attempt to have an inspection performed at the property to further ascertain the damages that are being alleged by the claimants.

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

3. A date of substantial completion or certificate of occupancy that was issued for the property, showing the date that Premier's work on the project was substantially complete.

This information remains vital to Amerisure's ability to investigate this claim. However, based on the information that Amerisure has received, Amerisure will advise you of the portions of the Premier polices that it deems pertinent to the claims being presented.

Please refer to the Premier policies in their entirety. Amerisure has included sections which it believes are relevant to the claim as currently presented.

Premier has coverage through a series of Commercial Package Policies with Amerisure from 2016 to present. As this claim potentially relates to alleged construction defects and "property damage" that would have occurred after the completion of the project in 2015 or 2016, Amerisure will only address the Premier policies from 2016 to present. As these policies would be the only policies relevant to the claims being presented.

Each of the potentially relevant policies have Commercial General Liability ("CGL") coverage with a $2,000,000 Products-Completed Operations Aggregate Limit and a $1,000,000 Each Occurrence Limit. Coverage is provided through form *CG 00 01 04 13* which has the following insuring agreement:

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred,

2

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Pursuant to the insuring agreement above, coverage only applies to previously unknown "property damage" that occurs during the Amerisure policy periods. "Property damage" must be caused by an "occurrence" in order for coverage to fall within the parameters of the insuring agreement. Repair or replacement of defective work alone may not be considered "property damage" or an "occurrence" as defined in the policies. Amerisure reserves its right to deny coverage for this claim to the extent that the allegations made, and the damages sought do not fall within the insuring agreement.

Please be advised that while consecutively renewed from 7/1/2016 to present, only the policy in which the damages first occurred will provide coverage for this loss, notwithstanding any other policy exclusions or conditions.

Any coverage under the Amerisure policies applies only to the extent that "bodily injury" or "property damage" occurred during the Amerisure policy period and was not known by any insured listed under *Paragraph 1. of Section II – Who Is An Insured*, or any "employee" authorized by you to give or receive notice of an "occurrence" or claim.

If the "occurrence" or claim was known to have occurred in a prior policy period, or if there is a continuation, change or resumption of "bodily injury" or "property damage" after the end of a policy period into subsequent policy periods, only the policy in effect when the "bodily injury" and "property damage" first occurred will apply to

3

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

all continuation, change or resumption of that "bodily injury" or "property damage", as set forth in paragraph *1.c.* of the insuring agreement.

Coverage for "property damage" is further limited by exclusions contained in the coverage form. The potentially applicable exclusions are referenced below:

### 2. Exclusions

This insurance does not apply to:

#### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract" and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

Amerisure has received a copy of the contract between Premier and Bridge Perth Amboy, LLC. Amerisure references exclusion b. above as it is possible that a future claim by the claimants may make a claim of Breach of Contract, or Contractual Indemnity. Amerisure reserves its rights to deny coverage for those claims should it be shown that the contract does not qualify as an "insured contract" as defined under the policies.

Please note that there is no coverage under the Amerisure policies for alleged Breach of Contract in which the damages sought are solely economic in nature and do not stem from any alleged "property damage".

#### k. Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

#### l. Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

4

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

To the extent that the claims presented consist solely of "property damage" to "your product" or "your work", the above exclusions would apply to exclude coverage for this loss. The Amerisure policies are not a product or workmanship warranty and will not provide coverage for any damage, repair or replacement of "your product" or "your work". Amerisure reserves its rights to disclaim coverage based on the above exclusions.

Amerisure would like to turn Premier's attention to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** which state in relevant parts:

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

As you can see, the Commercial General Liability Conditions of the Amerisure policies require that Premier *"Cooperate with us in the investigation or settlement of the claim or defense against the "suit""*. Amerisure has requested the information, which is again requested in this letter, multiple times in the past. Amerisure reserves its rights to deny coverage for this claim based on Premier's failure to comply with the conditions of the policies and cooperate with Amerisure in the investigation of this claim.

The definitions that are found in the policies and aid in the understanding of certain terms used in the policy are referenced below:

SECTION V – DEFINITIONS

5

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or
(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

16. "Products-completed operations hazard":

6

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.
(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.
Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:
(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:
a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

The Amerisure policies contain various endorsements which modify the coverage provided under the policies.  The policies contain form *CG 22 34 04 13 – Exclusion – Construction Management Errors & Omissions* endorsement, which states:

8

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

## EXCLUSION - CONSTRUCTION MANAGEMENT
## ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1.  The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

2.  Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

As you can see form **CG 22 34 04 13** excludes coverage for "property damage" arising out of Premier's preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications completed by an architect, engineer or surveyor. This endorsement also excludes coverage for "property damage" arising out of Premier's inspection, supervision, quality control, architectural or engineering activities. This is the case whether Premier performs these functions, or if they are performed for Premier, if Premier is acting as Construction Manager on the project.

Each of the Amerisure policies also contains form *CG 22 79 04 13 – Exclusion – Contractors Professional Liability* endorsement which states:

## EXCLUSION - CONTRACTORS -
## PROFESSIONAL LIABILITY

9

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

1.  This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

    a.  Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

    b.  Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2.  Subject to Paragraph 3. below, professional services include:

    a.  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

    b.  Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3.  Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

As you can see, this endorsement would serve to exclude coverage for "property damage" arising out of the rendering or failure to render any professional services, either by Premier or on Premier's behalf. At this time the claims being presented are not clear, however, if the claims take the form of allegations of either errors or omissions in management of the construction performed at the site, or some rendering of professional services at the site, these endorsements would act to exclude those claims from coverage.

10

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

Professional liability is not something that is covered by the Amerisure CGL policies and this is so whether the damages arise out of Premier's professional operations or that of a party working on Premier's behalf.

If Premier has Professional Liability coverage Amerisure urges Premier to place that carrier on notice of this claim.

Each of the Amerisure policies contain form *CG 21 86 12 04 – Exclusion Exterior Insulation And Finish Systems* endorsement which states:

**EXCLUSION – EXTERIOR INSULATION
AND FINISH SYSTEMS**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

B. The following definition is added to the Definitions Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

Amerisure has limited information regarding the project in question and the type of building/s that were constructed. It is also not clear the type of exterior cladding system that was used on the project. If it is determined that an EIFS system was used

11

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

on the project, there would be no coverage for any "property damage" arising out of or caused by or in any way attributable to the use of an EIFS system on the project. Amerisure reserves its rights to deny coverage if it is determined that an EIFS system was used on this project.

Please refer to form CG 21 67 12 04 – Fungi or Bacteria Exclusion endorsement which forms a part of each of the Amerisure policies and states:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A.  The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B.  The following exclusion is added to Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

12

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

    a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

    b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the Definitions Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

This endorsement is quoted based on the fact that the allegations being presented against Premier are not known. Amerisure would like to make Premier aware that any allegations of "property damage" or "bodily injury" as a result of any exposure to "fungi" as that term is defined in the endorsement would find no coverage in the Amerisure policies. The policies provide no coverage for any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of "fungi" or bacteria. Amerisure reserves its rights to deny coverage for any claims seeking this damage.

The undertaking of the investigation of this claim by Amerisure does not constitute a waiver of any rights and/or obligations of Amerisure as stated herein, or any additional rights that we may be unaware of at this time. Amerisure's position regarding this claim is based on the facts as presently known and is, by necessity, subject to change as additional allegations and facts are developed. This letter cannot, does not, and is not intended to address each and every provision of the policies. This letter is intended only to address those terms and provisions that appear relevant at this time in light of the facts currently known. The enumeration of any specific rights and coverage defenses herein should not be construed as a waiver of any rights or policy defenses that Amerisure may have or which may later become apparent.

Amerisure also reserves the right to file any actions it deems necessary to protect its position with respect to the possible denial of insurance coverage for this claim which may include the filing of a declaratory relief action to seek a determination by a court regarding the possible absence of insurance coverage for this claim.

13

Bridge Point E Port Distribution Center
Premier Design + Build National, LLC
Claim 2195739
12/12/2019

You are respectfully advised that Amerisure requires full and complete compliance with all the terms and conditions of its policies. Amerisure reserves all its rights and defenses and no waiver or estoppel is intended nor should be inferred.

Thank you for your assistance in this matter. Please contact me should you have any questions or require any additional information.

Sincerely,

Peter Russell
Sr. Technical Claims Specialist
Construction Defect Claims
(813) 282-6087
prussell@amerisure.com

14