# EXHIBIT E



| | 1 Gatehall Drive, Suite 100 | Parsippany, NJ 07054 |
| | 201.712.1616 voice | 201.712.9444 facsimile |

450 Seventh Avenue, Suite 2205 | New York, NY 10123
212.972.0786 voice | 201.712.9444 facsimile

Cira Centre, 2929 Arch Street, Suite 1700
Philadelphia, PA 19104
215.821.9676 voice | 201.712.9444 facsimile

OGCSOLUTIONS.COM

SUSAN SCHLECK KLEINER
SKLEINER@OGCSOLUTIONS.COM

**VIA FEDERAL EXPRESS**

October 6, 2022

Karl Hoermann, Senior V.P.
Premier Design + Build Group LLC
517 Route One South, Suite 1002
Iselin, New Jersey 08830

> **Re:    Duke Realty ePort Urban Renewal LLC**
> 980 High Street
> Perth Amboy, NJ

Dear Mr. Hoermann:

This firm represents Duke Realty ePort Urban Renewal LLC ("Duke"), the owner of real property located at 980 High Street, Perth Amboy, New Jersey ("the Property" or "the Building"). As is set forth below, the Property has suffered extensive damage related to separation movement between the floor slab and exterior walls, which is apparently caused by excessive settlement in the southeast corner of the Building. The distress is visible on the inside of the Building in the southeast corner where joints are separating, the door has separated from the wall, and a water pipe has broken. Based on the information obtained to date, Duke believes that construction began before surcharge was completed, and that remedial measures taken at the time of construction (including installation of thousands of Controlled Modulus Columns or "CMCs") were performed incorrectly or was insufficient based on the continued separation movement to date.

With the assistance and advice of its consultants including structural engineer and geotechnical engineer, Duke has determined that it is necessary to immediately to address the continuing separation movement and ensure the stability and structural integrity of the Property. Remedial work started at the Property in September and is expected to last four (4) months.

You are receiving this letter because your company supplied professional services, construction, or provided materials related to the construction of the Building, including but not limited to the installation of Controlled Modulus Columns ("CMCs") in the southeastern corner of the Building.

{00656082 - 1}



Karl Hoermann, Senior V.P.
Premier Design + Build Group LLC
October 6, 2022
Page 2

### 1. Opportunity for Visual Inspections.

To schedule a visual inspection, please contact me at 201-712-1616 or skleiner@ogcsolutions.com. Before scheduling the inspection, please provide the following information: (i) the date and time of the proposed inspection; (ii) the names of anyone who will be in attendance; (iii) each person's respective employer/organization; and (iv) a description of the planned activities at the site. Additionally, prior to being granted access to the Property, all persons who will attend will be required to sign a standard access agreement and release.

With the advice and assistance of its consulting experts including structural and geotechnical engineers, Duke has determined that it is necessary to install micropiles outside the building and beams to support the existing wall 150 feet north and 150 feet west of the southeast corner. Duke and its employees, advisors, engineers, contractors, and professionals will make reasonable efforts to document the remediation process, subject to its continued need to preserve property, react to urgent matters, and/or to promptly address life safety issues. Please be advised that this letter may be your only notice and opportunity to inspect the Property and/or Building prior to remediation being completed. **Accordingly, if you wish to have a representative or expert visually inspect the site then you should arrange to do so as soon as possible.**

### 2. Requests for Invasive and/or Destructive Testing

A party seeking to perform destructive or invasive testing must deliver a written proposal to this office promptly, to allow sufficient time to evaluate the proposal and then to conduct the proposed test on notice to all concerned parties, without interfering with or otherwise delaying potential remediation/repair activities. The proposed testing protocol must be described in detail in the written submission.

### 3. Investigation of Potential Claims; Liability Insurance

Although we have only had the opportunity to conduct a preliminary review of this matter, you should be aware that Duke may have a claim against your company for damages arising from this incident. Accordingly, we request that your company immediately report this matter to its liability insurer(s) if it has not already done so. You should provide your insurer(s) with a copy of this letter. Please provide us with your insurer's contact information and claim number as soon as possible.

In addition, please let us know if you are aware of any other parties that should receive this notice (e.g., other parties that were involved in the design and/or construction of the building).

4890-3535-3911, v. 1



Karl Hoermann, Senior V.P.
Premier Design + Build Group LLC
October 6, 2022
Page 3

**4.    Obligation to Preserve Evidence and Documents**

Your company has an obligation to preserve all physical and documentary evidence related to this matter.

This includes an obligation to preserve all documents that relate in any way to (a) designs, labor, and/or materials supplied or used in connection with the construction of this Property and/or Building, including but not limited to any and all reports, studies or documentation concerning surcharging the soil and installation of CMC's as set forth above; and/or (b) the separation movement between the floor slab and exterior walls apparently related to the excessive settlement in certain areas, especially the southeast corner of the building.. The word "documents" should be construed broadly to include information recorded in any form. By way of example, "documents" include but are not limited to emails, instant messages, text messages, correspondence, memoranda, photographs, video recordings, audio recordings, notes, charts, diagrams, whether the same exist in electronic or hard copy format.

**Do not alter, destroy, or dispose of any physical or documentary evidence related to this matter. Any such alteration, destruction, or disposal may subject you to sanctions, including but not limited to a claim for spoliation of evidence.**

\*       \*       \*

Please be guided accordingly.

Very truly yours,

Susan Schleck Kleiner

4890-3535-3911, v. 1



Karl Hoermann, Senior V.P.
Premier Design + Build Group LLC
October 6, 2022
Page 4

Parties to Receive Notice:

| Design/Builder | Premier Design + Build Group LLC 517 Rte One South Suite 1002 Iselin, NJ 08830 | Karl Hoermann, Senior Vice President; Director of Construction – Northeast Division | (847) 370-8522 |
|---|---|---|---|
| Geotechnical Engr. (design) | Melick-Tully & Associates (now part of the GZA family) 117 Canal Road, South Bound Brook, NJ 08880 | Chris Tansey Associate Principal | (732) 356-3400 |
| Geotechnical Engr. (Constr.) | SESI Consulting Engineers 959 Route 46E 3rd Floor Parsippany, NJ 07054 | Justin Protasiewicz Principal | (973) 808-9050 |
| Concrete Subcontractor | GMAC Construction PO Box 176 Swedesboro, NJ 08085 | Tony Curiale | (856) 694-6570 |
| Foundation contractor | Menard USA 150 East Main Street, Suite 500 Carnegie, PA 15106 | Rob Wyman Director of Northeast Sales | (330) 921-8660; (908) 603-8224 |
| Architect | Cornerstone Architectural Group LLC 202 Hamilton Boulevard South Plainfield, NJ 07080 | | (908) 753.7004 |
| Structural Engineer | Structure Logic, Inc 1205 Ogden Ave, Downers Grove, IL 60515 | | (630)969-0414 |

4890-3535-3911, v. 1



Karl Hoermann, Senior V.P.
Premier Design + Build Group LLC
October 6, 2022
Page 5

| Site Contractor | Pillari Bros. Construction Corp 65 Squankum Yellowbrook Rd, Farmingdale, NJ 07727 | Michael Pillari Co-Owner | (732)938-4550 |
|---|---|---|---|
| Developer | Bridge Industrial One Gatehall Dr. Suite 201 Parsippany, NJ 07054 | Deven Schmitt Senior V.P., Development | (732)404-7164 (973)998-9890 |
| Civil Engineer | Menlo Engineering Associates, Inc. 261 Cleveland Ave, Highland Park, NJ 08904 | Alfred R. Coco (Also Greg Menlo) President | (732) 846-8585 |

4890-3535-3911, v. 1