# EXHIBIT G



Amerisure Mutual Holdings, Inc.
Amerisure Mutual Insurance Company
Amerisure Insurance Company
Amerisure Partners Insurance Company

January 9, 2024

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
1000 W. Irving Park Road, Suite 200
Itasca, IL 60143

RE:  *Duke Realty ePort Urban Renewal LLC v. Premier Design + Build National LLC and Premier Design + Build Group, LLC*, Case No. 2023 L 004533, Circuit Court of Cook County, Illinois ("Duke Lawsuit")

| | |
|---|---|
| Amerisure Insureds: | Premier Design + Build Group, LLC |
| | Premier Design + Build National, LLC |
| Policy Nos.: | Various (discussed herein) |
| Policy Periods: | July 1, 2015 to July 1, 2023 |
| Date of Loss: | October 6, 2022 |
| Claim No.: | 2331260 |

**RESERVATION OF RIGHTS LETTER**

Dear Mr. Melone:

This letter supplements and incorporates all prior correspondence sent to you regarding the above captioned matter. As part of Amerisure Insurance Company and Amerisure Mutual Insurance Company's (collectively "Amerisure") continuing investigation and analysis of the Duke Lawsuit and the claims alleged therein, Amerisure has agreed to defend Premier Design + Build Group, LLC and Premier Design + Build National, LLC (collectively "Premier Design") in the Duke Lawsuit pursuant to a complete and full reservation of rights. This letter sets forth Amerisure's reservation of rights under the policies issued to Premier Design for the claims alleged in the Duke Lawsuit. Amerisure has retained defense counsel to represent Premier Design in the Duke Lawsuit, as identified herein.

As per the allegations in the Duke Lawsuit, Premier Design + Build National, LLC ("Premier National") entered into a contract with Bridge Perth Amboy, LLC ("BPA") to perform work in relation to several buildings located at 960 – 1000 High Street, Perth Amboy, New Jersey and two access bridges to that property. Premier National allegedly

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

assigned certain rights and obligations under the contract to Premier Design + Build Group, LLC ("Premier Group"). Bridge Perth Amboy Urban Renewal, LLC allegedly assigned the contract to Duke Realty ePort Urban Renewal, LLC ("Duke").

Premier Design's scope of work allegedly involved demolition, design, engineering, architectural, construction services, mass excavation and fine grading of the site, and ensuring that structural fill areas were compacted as recommended by a geotechnical engineer for the development of the property located at Block 425, Lot 1.02, Block 426, Lot 3.04 and Block 428, Lots 1.01, 1.02, 1.03 & 1.05. Premier Design allegedly worked with Menard Group and GEI Consultants, Inc. to develop a system of rigid inclusions or controlled modulus columns to reinforce the soil beneath the 980 High Street building extension and to support the building. It is our understanding that the construction of the buildings and the access bridges was completed in 2015 or 2016.

BPA allegedly entered into a lease with Target Corporation in 2017 to lease the 980 High Street Building, and, in 2019, Target sent a letter to Duke informing it of cracking and potential failure of the exterior wall and foundation of the 980 High Street building. Duke alleges that it monitored the 980 High Street building over time and determined that it was experiencing unusual and deleterious settlement, which would continue if not abated. Duke also alleges that the building suffered extensive damage related to separation and movement between the floor slab and exterior walls. Alleged damage to the building includes separating joints, broken pipes, gaps in flooring, doors separating from walls, settling of wall footings, and visible distress on the inside of the building. The damage was allegedly caused by settlement where Premier Design and its subcontractors allegedly failed to ensure proper construction of the building. Duke further alleges that it has taken remedial measures to alleviate additional settlement and resulting damage to the building and disruption to its tenant's ongoing business.

Duke's Complaint includes three counts, Count I for breach of contract, Count II for negligence in the alternative, and Count III for professional negligence in the alternative. Count I alleges that Premier Design breached the contract with Duke by failing to: prepare specific plans and specifications for the design, engineering, stabilization, and construction of the access bridges and the 980 High Street building; provide sufficient materials for the proper construction of the access bridges and the 980 High Street building; properly test the soil for both the access bridges and the 980 High Street building to ensure that they were properly taken into account for the foundational support; properly design the foundational support for the access bridges and the 980 High Street building; and properly supervise the construction of the access bridges and the 980 High Street building to ensure compliance with plans, specifications, and applicable codes, laws, regulations and industry standards. Count I alleges that Duke retained experts and contractors to properly analyze, design, and repair the 980 High Street building and the access bridges. Count I seeks compensatory damages, consequential and incidental damages, interest, costs and fees, and attorneys' fees.

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

Count II alleges that Premier Design breached its duty to exercise reasonable care in designing, engineering, constructing, and/or supervising the construction of the access bridges and the 980 High Street building in accordance with all approved plans, specifications, commercial standards, and applicable state and local building codes, regulations, and ordinances. As with Count I, Count II seeks compensatory damages, consequential and incidental damages, interest, costs and fees, and attorneys' fees.

Count III alleges that Premier Design breached its duty to exercise reasonable professional care in designing, engineering, constructing, and/or supervising the construction of the access bridges and the 980 High Street building in accordance with all approved plans, specifications, commercial standards in Premier Design's respective professional industry for the construction of access bridges and warehouses, and applicable state and local building codes, regulations, and ordinances. Count III also alleges that Premier Design breached its duty to exercise reasonable professional care in hiring and supervising the contractors and subcontractors working on the design, engineering, and construction of the access bridges and the 980 High Street building to ensure that all work was done in accordance with approved plans, specifications, and reasonable commercial standards in Premier Design's respective professional industry for the construction of access bridges and warehouses, and all applicable state and local building codes, regulations, and ordinances. Count III seeks compensatory damages, consequential and incidental damages, interest, costs and fees, and attorneys' fees.

Please note that in analyzing the allegations contained in the Duke Complaint, Amerisure recognizes that the allegations in the Complaint may be unsubstantiated. Nothing in this letter is intended to suggest or imply that the allegations have any legal or factual merit.

As mentioned at the outset, Amerisure will participate in the defense of Premier Design in the Duke Lawsuit subject to this, and prior, reservation of rights. Amerisure has retained Daniel P. Costello of the law firm of Costello Ginex & Wideikis, P.C. to defend Premier. Counsel will contact you to discuss the case and coordinate representation of Premier Design in the Duke Lawsuit. As is required under the policies, we request Premier Design to please cooperate[1] with counsel in the defense of Premier Design in defending the Duke Lawsuit.

Please refer to your policies in their entirety; Amerisure has included the sections

---

[1] The Amerisure Policies require that you [Premier Design] "[c]ooperate with us in the investigation or settlement of the claim or defense against the "suit".

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

that it believes are relevant to this matter as currently presented.[2]

Amerisure issued commercial general liability ("CGL") policies and umbrella liability policies to each Premier Design entity, with annual policy periods running from July 1, 2015 to July 1, 2023 (collectively "the Amerisure Policies"). The Amerisure Mutual Insurance Company CGL Policies have a $1 Million Each Occurrence Policy Limit, a $2 Million General Aggregate Policy Limit, and a $2 Million Products-Completed Operations Aggregate Policy Limit ("the Amerisure CGL Policies"). The Amerisure Insurance Company and Amerisure Mutual Insurance Company Umbrella Liability Policies issued to each Premier Design entity have a $10 Million Each Occurrence Policy Limit, a $10 Million General Aggregate Policy Limit, and a $10 Million Products-Completed Operations Aggregate Policy Limit ("the Amerisure Umbrella Policies").

Amerisure Mutual Insurance Company issued the following CGL Policies to Premier Design Group:

- Policy no. CPP 20926450102, with a policy period of July 1, 2015 to July 1, 2016;

- Policy no. CPP 20926450202, with a policy period of July 1, 2016 to July 1, 2017;

- Policy no. CPP 20926450302, with a policy period of July 1, 2017 to July 1, 2018;

- Policy no. CPP 20926450402, with a policy period of July 1, 2018 to July 1, 2019;

- Policy no. CPP 20926450502, with a policy period of July 1, 2019 to July 1, 2020;

- Policy no. CPP 20926450602, with a policy period of July 1, 2020 to July 1, 2021; and

- Policy no. CPP 20926450702, with a policy period of July 1, 2021 to July 1, 2022.

Amerisure Mutual Insurance Company also issued the following CGL Policies to Premier Design National:

- Policy no. CPP 20978480102, with a policy period of July 1, 2016 to July 1, 2017;

---

[2] For your convenience, we have set forth in this letter certain provisions of the Amerisure Policies. Please note that those provisions only provide a partial recitation of the terms, conditions, exclusions, and definitions contained in the Amerisure Policies, and they are not intended to supplement, amend, supersede or otherwise alter the Policies. Amerisure does not intend to waive any provisions of the Policies by virtue of its synopsis. Please consult the Policies for a complete listing of all of the terms, conditions, exclusions, and definitions contained therein.

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

- Policy no. CPP 20978480302, with a policy period of July 1, 2017 to July 1, 2018;

- Policy no. CPP 20978480402, with a policy period of July 1, 2018 to July 1, 2019;

- Policy no. CPP 20978480502, with a policy period of July 1, 2019 to July 1, 2020; and

- Policy no. CPP 20978480802, with a policy period of July 1, 2022 to July 1, 2023.

Amerisure Insurance Company issued Umbrella Liability Policies to Premier Design & Build Group, LLC, which include:

- Policy No. CU 20926470101, with a policy period of July 1, 2015 to July 1, 2016;

- Policy no. CU 20926470201, with a policy period of July 1, 2016 to July 1, 2017;

- Policy no. CU 20926470301, with a policy period of July 1, 2017 to July 1, 2018;

- Policy no. CU 20926470401, with a policy period of July 1, 2018 to July 1, 2019;

- Policy no. CU 20926470501, with a policy period of July 1, 2019 to July 1, 2020;

- Policy no. CU 20926470601, with a policy period of July 1, 2020 to July 1, 2021;

- Policy no. CU 20926470701, with a policy period of July 1, 2021 to July 1, 2022; and

- Policy no. CU 20926470801, with a policy period of July 1, 2022 to July 1, 2023.

Amerisure Mutual Insurance Company also issued to Premier Design National the following commercial umbrella policies:

- Policy no. CU 20978490002, with a policy period of July 1, 2015 to July 1, 2016;

- Policy no. CU 20978490102, with a policy period of July 1, 2016 to July 1, 2017;

- Policy no. CU 20978490202, with a policy period of July 1, 2017 to July 1, 2018;

- Policy no. CU 20978490402, with a policy period of July 1, 2019 to July 1, 2020;

- Policy no. CU 20978490502, with a policy period of July 1, 2020 to July 1, 2021;

5

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

- Policy no. CU 20978490602, with a policy period of July 1, 2021 to July 1, 2022; and

- Policy no. CU 20978490702, with a policy period of July 1, 2022 to July 1, 2023.

The Amerisure CGL Policies include the following Insuring Agreement:

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the

6

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;
(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Pursuant to the above Insuring Agreement, the Amerisure CGL policies only apply to previously unknown "property damage" that occurs during the Amerisure policy period. "Property damage" must be caused by an "occurrence" during the policy period in order for coverage to fall within the insuring agreement of the Amerisure CGL Policies. Amerisure fully reserves the right to deny coverage for the claims alleged in the Duke Lawsuit to the extent the terms of the Insuring Agreement are not satisfied.

The definitions that aid in the understanding of the terms used in the policies are referenced below:

**SECTION V – DEFINITIONS**

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

7

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9**. "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**13**. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

8

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

(**2**) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(**a**) When all of the work called for in your contract has been completed.

(**b**) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(**c**) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**17**. "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18**. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**21**. "Your product":

**a.** Means:

9

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product" and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22**. "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

The following policy exclusions, which make up part of form **CG 00 01**, may apply:

**2. Exclusions**

10

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

This insurance does not apply to:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement….

\*        \*        \*

**j. Damage To Property**

"Property damage" to:

\*        \*        \*

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

\*        \*        \*

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

\*        \*        \*

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

11

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work" or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.
This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

\*        \*        \*

Amerisure reserves rights under **Exclusion b**. **Contractual Liability** to the extent an insured is obligated to pay damages by reason of assumption of liability in a contract or agreement that is not otherwise exempted.  In the Complaint, Duke alleges a cause of action for Breach of Contract regarding alleged breaches of the contract between BPA and Premier National. Amerisure, thus, reserves the right to deny coverage under this exclusion.

Amerisure reserves rights under **Damage To Property Exclusion j(5)** to the extent the Duke Lawsuit seeks "property damage" to that particular part of real property on which Premier Design or any contractors or subcontractors working directly or indirectly on Premier Design's behalf are performing operations, if the "property damage" arises out of those operations.  Amerisure also reserves rights under the **Damage To Property Exclusion j(6)** to the extent "property damage" to that particular part of any property must be restored, repaired or replaced because Premier Design's work was performed on it and it is not included in the "products-completed operations hazard" as that term is defined in the Amerisure CGL Policies.  Amerisure reserves its rights to deny coverage to Premier Design based on the application of these exclusions.

Amerisure reserves rights under **Exclusion (l) Damage To Your Work** to the extent that there is any "property damage" to Premier Design's work and it is included in the "products-completed operations hazard", and the allegedly defective work and alleged damage stemming therefrom was not performed by a subcontractor of Premier Design. Accordingly, Amerisure reserves its rights to deny coverage to Premier Design based on the application of this exclusion.

12

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

Amerisure reserves rights under **Exclusion (m) Damage To Impaired Property Or Property Not Physically Injured** to the extent there is "property damage" to "impaired property" (as those terms are defined in the Amerisure CGL Policies) or property that has not been physically injured, arising out of: (1) a defect, deficiency, inadequacy or dangerous condition in Premier Design's work or product or (2) a delay or failure on Premier Design's behalf to perform a contract or agreement in accordance with its terms. As set forth above, the term "impaired property" means tangible property, other than Premier Design's product or work, that cannot be used or is less useful because: a. It incorporates Premier Design's product or work that is known or thought to be defective, deficient, inadequate or dangerous; or  Premier Design has failed to fulfill the terms of a contract or agreement; if such property can be restored to use by the repair, replacement, adjustment or removal of Premier Design's product or work or your fulfilling the terms of the contract or agreement.  Accordingly, Amerisure reserves the right to deny coverage based on the application of this exclusion.

The Amerisure Policies include the **Exclusion – Contractors – Professional Liability** endorsement, which states:

> The following exclusion is added to Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions of Section I - Coverage B** - **Personal And Advertising Injury Liability:**
>
> **1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:
>
> > **a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and
> >
> > **b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.
>
> This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage". . . involved the rendering of or failure to render any

13

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

> professional services by you or on your behalf with respect to the operations described above.
>
> 2.    Subject to Paragraph **3.** below, professional services include:
>     **a.**    Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and
>
>     **b.**    Supervisory or inspection activities performed as part of any related architectural or engineering activities.
>
> 3.    Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

Amerisure reserves rights under this exclusion to the extent the Duke Complaint alleges "property damage" arising out of the rendering or failure to render professional services by Premier Design or on Premier Design's behalf as set forth in the exclusion. Accordingly, Amerisure reserves the right to deny coverage to Premier Design based on the application of the **Exclusion – Contractors – Professional Liability** endorsement.

The Amerisure CGL Policies also contain an **Exclusion – Construction Management Errors and Omissions** endorsement, which states as follows:

> The following exclusion is added to Paragraph **2. Exclusions of Section I – Coverage A – Bodily Injury and Property Damage Liability and Paragraph 2. Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:
>
> This insurance does not apply to . . . "property damage" . . . arising out of:
>
> **1.** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or
>
> **2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.
>
> This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment,

14

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph 1. or 2.

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

Amerisure reserves its rights under the **Exclusion – Construction Management Errors and Omissions** to the extent it applies to the claims and damages alleged in the Duke Complaint.

The Amerisure CGL Policies also contain an endorsement entitled **Illinois Changes – Defense Costs**, which sets forth as follows:

> **A.** The provisions of Paragraph B. are added to all Insuring Agreements that set forth a duty to defend under:
>
> > **1.** Section I of the Commercial General Liability, Commercial Liability Umbrella….Coverage Parts . . . .
>
> *     *     *
>
> **B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.
>
> The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

Amerisure reserves the right under the **Illinois Changes – Defense Costs** endorsement to seek reimbursement of defense costs incurred on behalf of Premier Design under the Illinois Changes – Defense Costs endorsement to the extent it is determined that the claim is not covered under the Amerisure CGL Policies.

The Amerisure CGL Policies also include the **Amendment of Commercial General Liability Conditions Notice and Tender to Other Insurers** endorsement, which states as follows:

This endorsement modifies insurance provided under the following:

15

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below.

Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to paragraph **2.c.** of **Duties In The Event Of Occurrence, Offense, Claim Or Suit:**

**(5)** Promptly give notice of an "occurrence" or offense which may result in a claim, a claim which is made or "suit" to any other insurer which has available insurance for a loss we cover under **Coverages A** or **B** of this coverage part.

**(6)** Promptly tender the defense of any claim made or "suit" to any other insurer which also has available insurance for a loss which we cover under **Coverage A** or **B** of this coverage part.

As required by the above endorsement, Amerisure requests that Premier Design promptly give notice and tender the Duke Lawsuit to any other insurer(s), which has available insurance coverage that may apply to the alleged claims or "suit". Amerisure reserves the right to deny coverage to the extent Premier Design fails to comply with this policy condition.

**Request for Information**: Pursuant to the **Amendment of Commercial General Liability Conditions Notice and Tender to Other Insurers** endorsement of the Amerisure CGL Policies, Amerisure requests that Premier Design provide to Amerisure copies of the following documents within ten (10) days of the date of this letter: (1) all subcontracts entered between Premier Design and any of its contractors and subcontractors in relation to the 980 High Street building and access bridges project ("the Project"); (2) all tender letters that Premier Design sent to its subcontractors and/or insurers for the subcontractors in relation to the Project; (3) any certificates of liability insurance provided to Premier Design by any of the contractors or subcontractors on the Project; (4) any responses, coverage position letters, reservation of rights letters, denial letters received by Premier Design in response to its tender letters from the subcontractors and/or their insurers; and (5) copies of all policies of insurance issued to any of Premier Design's contractors or subcontractors relating to the Project under which Premier Design may qualify as an named insured, additional insured or indemnitee.

The Amerisure CGL Policies also include an **Other Insurance Condition**, which in pertinent part states:

**4. Other Insurance**

16

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**
This insurance is primary except when paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all of that other insurance by the method described in paragraph **c.** below.

b. **Excess Insurance**

This insurance is excess over:

\*   \*   \*

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

\*   \*   \*

(2) When this insurance is excess, we will have no duty under Coverage **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance and was not bought specifically in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

Amerisure reserves its rights to rely upon this provision to assert an excess position in relation to other insurance available to Premier Design in connection with defending Premier Design in the Duke Lawsuit.

17

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

\*       \*       \*

The Amerisure Umbrella Policies include the following Insuring Agreement, which states in pertinent part as follows:

### SECTION I – COVERAGES
### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

    **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply….

\*       \*       \*

    **c.** This insurance applies to "bodily injury" and "property damage" only if:

\*       \*       \*

    **(2)** The "bodily injury" or "property damage" occurs during the policy period…

\*       \*       \*

The above-referenced Definitions in the Amerisure CGL Policies and are included in the Amerisure Umbrella Policies either verbatim or in substantially similar form. The Amerisure Umbrella Policies also include the following Definitions:

    19.    "Retained Limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

    20.    "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would

18

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

have been covered by "underlying insurance" but for the exhaustion of applicable limits.

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages deductible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the Declarations under Schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

The Umbrella Policies do not respond until the underlying limits of liability have been properly exhausted, or unless the Umbrella Policies provide coverage when the underlying policy does not. None of the Amerisure Umbrella Policies are presently implicated as the Amerisure CGL Policies are defending and the Umbrella Policies follow form unless otherwise indicated in the policy. Amerisure reserves all rights and defenses to coverage which might arise under the language, terms, exclusions, and conditions of the Amerisure Umbrella Policies.[3]

\* \* \*

As mentioned previously, Amerisure has agreed to provide Premier Design with a defense in this matter and has retained attorney Daniel P. Costello to represent you. Mr. Costello's contact information is as follows:

Daniel P. Costello
Costello Ginex & Wideikis, P.C.
150 N. Wacker Drive
Suite 1400
Chicago, IL 60606
312-850-2651
dcostello@cgw-legal.com

You have the right to retain an attorney of your choice, at your own expense, to represent you relative to any uninsured exposure. We are not recommending that you do or do not retain separate counsel; we are only advising you of your rights.

---

[3] The Amerisure Umbrella Policies include the exclusions in the CGL Policies set forth above, or substantially similar thereto.

19

Mr. Mark Melone
Premier Design + Build Group, LLC
Premier Design + Build National, LLC
January 9, 2024

The undertaking of the defense of the Duke Lawsuit by Amerisure does not constitute a waiver of any rights and/or obligations of Amerisure as stated herein, or any additional rights that we may be unaware of at this time. Amerisure's position regarding the Duke Lawsuit is based on the facts as presently known and is, by necessity, subject to change as additional allegations and facts are developed. This letter cannot, does not, and is not intended to address each and every provision of the policies. This letter is intended only to address those terms and provisions that appear relevant at this time in light of the allegations and facts currently known. The enumeration of any specific rights and coverage defenses herein should not be construed as a waiver of any rights or policy defenses that Amerisure may have or which may later become apparent.

Amerisure also reserves the right to file any further actions it deems necessary to protect its position with respect to the possible denial of insurance coverage for the Duke Lawsuit. Amerisure reserves all of its rights and defenses and no waiver or estoppel is intended nor should it be inferred.

Please contact me should you have any questions or require any additional information.

Sincerely,

*Jared Pratt*

Jared Pratt
Construction Defect Specialist
(813) 282-5885
jpratt@amerisure.com

cc: Gene Wilkinson (eugene.wilkinson@marshmma.com)