# GROUP EXHIBIT H

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| AMERISURE INSURANCE COMPANY et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-04098 |
| PREMIER DESIGN + BUILD GROUP, LLC et al. | ) |
| | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Solis Engineering Co., LLC d/b/a SESI Consulting Engineers
959 Route 46 East, Third Floor, Suite 300, Parsippany, NJ 07054

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Rider

| Place: DGR Legal Inc., 1359 Littleton Road, Morris Plains, NJ 07950-3000. Aternatively the documents may be sent directly to brett@emersonelder.com or to Brett Warning, Emerson & Elder, P.C., 53 W. Jackson Blvd., Suite 526, Chicago, IL 60604. | Date and Time: 06/06/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: May 20, 2024

*CLERK OF COURT*

OR

_____          _/s/ Brett L. Warning_
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Amerisure Ins Co
Brett L Warning, brett@emersonelder.com. (773) 456-4538 , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:23-cv-04098

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT "A" TO AMERISURE INSURANCE COMPANY AND AMERISURE MUTUAL INSURANCE COMPANY'S SUBPOENA (DUCES TECUM) TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

**SOLIS ENGINEERING CO, LLC., D/B/A SESI CONSULTING ENGINEERS**

Pursuant to Federal Rule of Civil Procedure 45, Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively "Amerisure") subpoenas the following documents for photocopying and/or inspection at DGR Legal, Inc., 1359 Littleton Road, Morris Plains, NJ 07950-3000, or alternatively you may send copies either electronically to brett@emersonelder.com or hard copy to Brett L. Warning, Emerson & Elder, P.C., 53 West Jackson Blvd., Suite 526, Chicago, Illinois, 60604, within fourteen (14) days of the service hereof, in accordance with the subpoena to which this Exhibit is attached. If you have any questions please contact Brett L. Warning at (773) 456-4538 or brett@emersonelder.com.

**INSTRUCTIONS**

1.      The use of the present tense shall be construed to include the past tense and vice versa, to make the request inclusive rather than exclusive.

2.      Please furnish all documents available to you, including any documents obtained by or in the possession of your attorneys, representatives, or agents.

**DEFINITIONS**

1.      The word "SESI" as used herein means Solis Engineering Co., LLC d/b/a SESI Consulting Engineers, including any of its successors, assigns, officers, agents, adjusters, representatives, attorneys, and employees.

2.      The term "document" or "documents" mean the original (or a legible copy thereof), and each non-identical copy, including those that are not identical by reason of notations and

markings, of each document or data compilation of any kind including all written, typewritten, punched, taped, videotaped, film, photograph, or graphic matter, or tangible thing, of whatever description, however produced or reproduced, including computer-stored or -generated data (together with instructions or programs necessary to search or retrieve such data), or other documentation of any kind that can reasonably be determined to refer, directly or indirectly, in whole or in part, to the matter requested, to which you have or have had access, and shall include all attachments and enclosures.

3. The terms "related to" or "relating to" mean analyzing, containing, concerning, dealing with, constituting, defining, describing, discussing, embodying, evidencing, explaining, identifying, mentioning, reflecting, referencing to, setting forth, showing, stating, summarizing, supporting, or in any way pertaining to the subject matter.

4. The terms "and" as well as "or" shall be read in the disjunctive, conjunctive, or both, as the case may be, consistent with an interpretation that results in the more extensive answer to the Request.

5. The term "Duke Lawsuit" means the lawsuit titled *Duke Realty ePort Urban Renewal LLC v. Premier Design + Build National LLC and Premier Design + Build Group, LLC*, Case No. 2023 L 004533 filed in the Circuit Court of Cook County, Illinois. A copy of the Complaint filed in the Duke Lawsuit is enclosed.

6. The term "Duke" as used herein means Duke Realty ePort Urban Renewal LLC including its successors, assigns, officers, agents, adjusters, representatives, attorneys, and employees.

7. The term "Premier Group" refers to Premier Design + Build Group, LLC, including its successors, assigns, officers, agents, adjusters, representatives, attorneys, and

employees.

8.      The term "Premier National" refers to Premier Design + Build National, LLC, including its successors, assigns, officers, agents, adjusters, representatives, attorneys, and employees.

9.      The term "Project" refers to the design, engineering, and construction of buildings located at 980-1000 High Street, Perth Amboy, New Jersey 08861 and two access bridge at the Project or as otherwise identified in the Duke Lawsuit (as defined herein).

10.      The term "February 23, 2016 Subcontract" as used herein means the Consulting Engineer Agreement entered by and between Premier Group and SESI in relation to the Project and dated February 23, 2016.  A copy of the February 23, 2016 Subcontract without any exhibits thereto is enclosed.

## DOCUMENTS REQUESTED IN SUBPOENA DUCES TECUM

1.      Full copies of any and all contracts and/or subcontracts entered into between Premier Group and SESI that relate to the Project and/or the Duke Lawsuit with all Exhibits thereto, including but not limited to the February 23, 2016 Subcontract.

2.      Full copies of any and all contracts and/or subcontracts entered into between Premier National and SESI that relate to the Project and/or the Duke Lawsuit with all Exhibits thereto.

3.      Any and all commercial general liability policies, umbrella liability policies and/or excess liability policies issued to SESI with policy periods that include any of the dates from January 1, 2015 to December 31, 2023.

4.      Any and all certificates of insurance issued and/or provided to SESI from January 1, 2015 to December 31, 2023 that relate to the Project and/or the Duke Lawsuit.

All Law Division Initial Case Management Dates will be heard via Zoom. Court set Jury

For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12

Remote Court date: 7/3/2023 9:00 AM

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
5/1/2023 6:56 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L004533
Calendar, Y
22529642

DUKE REALTY ePORT URBAN )
RENEWAL LLC, )
)
)
)
Plaintiff, )
)
v. )          Case No. **2023L004533**
)
PREMIER DESIGN + BUILD NATIONAL )
LLC and PREMIER DESIGN + BUILD )          **DEMAND FOR JURY TRIAL**
GROUP, LLC, )
Defendants. )

## COMPLAINT

Plaintiff Duke Realty ePort Urban Renewal LLC ("Duke" or "Plaintiff"), by and through

its attorneys, K&L Gates LLP, brings this Complaint for breach of contract, negligence, and

professional negligence against Defendants Premier Design + Build National LLC ("Premier

National") and Premier Design + Build Group, LLC ("Premier Group" and collectively with

Premier National, "Premier" or "Defendants"), and states as follows:

### NATURE OF THE DISPUTE

1.      This is an action for breach of contract, negligence, and professional negligence

arising from Premier's breach of its contractual and other obligations related to the design,

engineering, and construction of warehouse buildings and access bridges owned by Duke. Due to

Premier's breaches and negligence, at least one of the buildings and two access bridges have

experienced excessive and deleterious settlement.

2.      Duke seeks compensatory damages for costs Duke has incurred and will incur in

the future to remediate the damage caused by Premier's breaches and negligence, consequential

1

and incidental damages, reasonable attorney's fees, interest and costs, and for such other relief as is equitable, appropriate, and just.

## THE PARTIES

3.     Duke is a New Jersey Limited Liability Company with its principal place of business located at 1800 Wazee Street, Suite 500, Denver, Colorado 80202.

4.     Premier National is a Delaware Limited Liability Company with its principal place of business located at 71 South Wacker Drive, Suite 2125, Chicago, Illinois 60606.

5.     Premier Group is an Illinois Limited Liability Company with its principal place of business located at 71 South Wacker Drive, Suite 2125, Chicago, Illinois 60606.

## JURISDICTION AND VENUE

6.     Pursuant to the Constitution of the State of Illinois, Art. VI, § 9, this court has original jurisdiction over this proceeding.

7.     This court has personal jurisdiction over Defendants pursuant to 735 ILCS 5/2-209 because Duke and Premier both "consent[ed] to the exclusive jurisdiction . . . of the Circuit Court of Cook County, Illinois" for "unresolved claims, counterclaims, disputes, controversies, and other matters in question" between Duke and Premier arising out of or relating to the Contract between the parties.  Ex. 1, § 23.15(b)(v).

8.     Venue is proper in this District pursuant to 735 ILCS 5/2-101 because Duke and Premier both "consent[ed] to the exclusive . . . venue . . . of the Circuit Court of Cook County, Illinois" for "unresolved claims, counterclaims, disputes, controversies, and other matters in question" between Duke and Premier arising out of or relating to the Contract between the parties. Ex. 1, § 23.15(b)(v).

## BACKGROUND FACTS

I.     **DUKE AND THE PROPERTY**

2

9.      Duke is the current owner of certain parcels constituting approximately 103 acres of real property located at 960, 980, and 1000 High Street in Perth Amboy, New Jersey, on Block 425, Lot 1.02, Block 426, Lot 3.04, and Block 428, Lots 1.01, 1.02, 1.03, and 1.05 (collectively, the "Property").

10.      Duke is the successor in interest to Bridge Perth Amboy Urban Renewal, LLC, formerly known as Bridge Perth Amboy, LLC, which owned the property until on or about November 22, 2017, when Duke purchased the Property via a purchase agreement.

11.      The ground underneath the Property has numerous layers of different types of materials, including a layer of artificial fill (gravel, rock, and man-made materials) and, below that, soft, organic, silty clay.

## II.      THE PROJECT

12.      On or about August 18, 2015, Bridge Perth Amboy, LLC entered into a contract with Premier National (the "Contract") to build three warehouse buildings and at least two access bridges (the "Project") on the Property.  A true and correct copy of the Contract is attached hereto and incorporated herein as Exhibit 1.

13.      On information and belief, on or about August 18, 2015, Premier National assigned certain rights and obligations under the Contract to its affiliate, Premier Group, pursuant to a Partial Assignment of Construction Agreement ("Premier Assignment").  On information and belief, pursuant to the Premier Assignment, Premier Group entered into various subcontract agreements for design and construction of the Project.

14.      On or about November 22, 2017, Bridge Perth Amboy Urban Renewal, LLC assigned the Contract to Duke via an Assignment and Assumption of Service Agreements and

3

Intangibles (the "Duke Assignment"). A true and correct copy of the Duke Assignment is attached hereto and incorporated herein as Exhibit 2.

15. Pursuant to the terms of the Contract, Premier agreed to provide demolition, design, engineering, architectural, and construction services for the Project. Ex. 1, § 2.1-2.4.

16. Pursuant to the terms of the Contract, Premier agreed to provide competent, fully qualified personnel to perform the services. Ex. 1, § 2.10.

17. Pursuant to the terms of the Contract, Premier also agreed to perform, among other things, site work, which included: (1) mass excavation and fine grading of the site, including grading necessary to complete floor slabs, pavement areas, and green spaces; and (2) ensuring structural fill areas were compacted as recommended by a geotechnical engineer. Ex. 1 at Ex. "B".

18. Premier was advised that there were deposits of loose, uncontrolled fill materials and a compressible, organic clay stratum below the fill on the Property.

19. Premier knew that the soil stratum underlying the Property had the potential to cause damaging differential settlements under new load conditions, such as buildings and access bridges, if left untreated.

20. Upon information and belief, Premier's subcontractors advised Premier to treat the area beneath the proposed access bridges and buildings, including at 980 High Street, Perth Amboy, New Jersey, with surcharging (applying excessive vertical load or weight in excess of that associated with the long-term development conditions to accelerate consolidation) to prepare the soil to support the eventual development and construction of access bridges and warehouse buildings.

III. **The Access Bridges**

4

21. On information and belief, Premier was involved in the design, engineering, and construction of two bridges (including foundational support for the bridges) to enable access to and from areas on the Property. These bridges include: (i) the Eastern access bridge leading to 1000 High Street, Perth Amboy, New Jersey; and (ii) the Western access bridge leading to 1000 High Street, Perth Amboy, New Jersey (collectively the "Access Bridges").

22. The Access Bridges were constructed prior to the construction of the warehouses.

23. On information and belief, during construction of the Access Bridges, Premier purported to review the design plans for the Access Bridges as well as overseeing the construction of the Access Bridges to ensure that they would perform as intended and to ensure that they were built in accordance with the plans and specifications.

24. The Eastern Access Bridge ("EAB") and the Western Access Bridge ("WAB") are concrete arch structures with asphalt roadway above. The EAB and the WAB span a drainage creek and provide vehicle access to the warehouse located at 1000 High Street.

## IV. Failure of the Access Bridges

25. The Property and the soil beneath it are comprised of numerous layers of different types of materials, including a layer of artificial fill (gravel, rock, and man-made materials) and, below that, soft, organic, silty clay.

26. The Project anticipated heavy truck and tractor-trailer traffic over the Access Bridges upon completion and occupancy of the warehouses.

27. The Access Bridges and their foundational elements were poorly planned, poorly designed, poorly engineered, poorly constructed, and thus not sound or fit for their purposes.

28. These defects have led the EAB and the WAB to suffer significant damage, including but not limited to: (i) settlement of the EAB and the WAB; (ii) cracks in the frame of

5

the EAB and the WAB; and (iii) gaps, settlement, and separation in the concrete masonry unit blocks making up the retaining walls.

29. As a result of the foregoing defects, Plaintiff has been and will continue to be severely damaged.

## V. The 980 High Street Building

30. Upon information and belief, Premier and/or its subcontractors surcharged the portion of the Property where the original footprint of the building located at 980 High Street (the "980 High Street Building") was to be built.

31. Upon information and belief, it was later decided that the footprint of the 980 High Street Building would be increased and that the additional space would be built on portions of the Property that had not been sufficiently surcharged by Premier and/or its subcontractors (the "980 High Street Building Extension").

32. Upon information and belief, Premier worked with Menard Group ("Menard") and GEI Consultants, Inc. ("GEI") to develop a system of rigid inclusions or controlled modulus columns ("CMC") to reinforce the soil beneath the 980 High Street Building Extension, to support the 980 High Street Building, and to prevent deleterious settlement of the 980 High Street Building.

## VI. EXTENSIVE DAMAGE TO THE 980 HIGH STREET BUILDING

33. On February 15, 2017, Bridge Perth Amboy, LLC entered into a lease agreement with Target Corporation ("Target") for Target to lease the 980 High Street Building.

34. In 2019, Target sent a letter to Duke informing it of cracking and potential failure of the exterior wall and foundation of the 980 High Street Building.

35. Thereafter, Duke hired engineers to monitor the 980 High Street Building and to determine whether the 980 High Street Building was experiencing deleterious settlement.

FILED DATE: 5/1/2023 6:56 PM   2023L004533

36.     Duke's engineers monitored the 980 High Street Building over time and determined that the 980 High Street Building was experiencing unusual and deleterious settlement and that such settlement would continue if not properly abated.

37.     As a result of the settlement, the 980 High Street Building sustained extensive damage related to separation and movement between the floor slab and the exterior walls.

38.     The damage includes, but is not limited to: separating joints; broken pipes; gaps in flooring; doors separating from walls; settling of wall footing; and visible distress on the inside of the building.

39.     The damage was caused by excessive settlement in the area of the 980 High Street Building Extension, where Premier failed to sufficiently complete surcharging prior to construction and where Premier and its subcontractors' design, engineering, construction, and installation of CMC's failed to support the 980 High Street Building Extension and failed to prevent unusual and deleterious settlement.

## VII.    Remedial Measures Related to The 980 High Street Building

40.     Duke's engineer proposed a remedy designed to prevent further excessive settlement of the 980 High Street Building, which included the installation of micropiles and brackets on the outside of the 980 High Street Building Extension to support the existing ground floor slab and walls.

41.     Duke has taken remedial measures to abate further settlement and damage to the 980 High Street Building and to alleviate disruption to its tenant's ongoing business.

42.     Duke continues to monitor the 980 High Street Building to determine whether there is any additional settlement.

43. As a result of the settlement related damage to the 980 High Street Building and continuing remediation, Duke has expended substantial amounts of money and sustained substantial damages.

44. Duke will continue to suffer loss and damage as remediation of the 980 High Street Building continues.

<u>**COUNT I**</u>
<u>**BREACH OF CONTRACT**</u>

45. Duke reasserts and incorporates by reference the allegations in Paragraphs 1 through 44 as set forth fully herein.

46. A valid and enforceable contract exists between Duke (as Bridge Perth Amboy Urban Renewal, LLC and Bridge Perth Amboy, LLC's assignee) and Premier. (*See* Exs. 1 and 2).

47. Pursuant to the Contract, Premier agreed to perform its work with the skill and care ordinarily exercised by qualified professionals performing the same type of services and in accordance with locally prevailing standards of practice.

48. Premier owed Duke a contractual duty to perform its work and provide its services in accordance with locally prevailing standards of practice, industry standards, professional rules, and applicable codes, rules, regulations, statutes and laws.

49. Premier owed Duke a contractual duty to perform its scope of work and provide its services in a competent, professional, workmanlike, and non-negligent manner.

50. Premier owed Duke a contractual duty to perform its scope of work and provide its services in accordance with the relevant contracts, contract documents, approved construction plans, surveys, recommendations and specifications.

51. Premier owed Duke a contractual duty to perform its scope of work and provide its services in a safe and competent manner that would address soil conditions, settlement related

8

issues, foundation related issues, and that would ensure that work and services at the Project would not result in damage to structures erected pursuant to the Contract.

52. Premier also warranted that its services would be of good quality and free of faults and defects.

53. In breach of the duties and obligations of the Contract between Plaintiff and Premier, Premier failed to:

   a. Prepare sufficient plans and specifications for the design, engineering, stabilization, and construction of the Access Bridges and the 980 High Street Building;

   b. Provide materials sufficient for the proper construction of the Access Bridges and the 980 High Street Building;

   c. Properly test the soil at the locations selected for the construction of the Access Bridges and the 980 High Street Building to ensure that the soil conditions were properly taken into account in designing the foundational support for the Access Bridges and the 980 High Street Building;

   d. Properly design the foundational support for the Access Bridges and the 980 High Street Building; and

   e. Properly supervise the construction of the Access Bridges and the 980 High Street Building to ensure compliance with plans, specifications, and all applicable codes, laws, regulations, and industry standards.

54. In exchange for its services, Premier was compensated pursuant to the terms of the Contract.

55. As a direct and proximate result of Premier's breach of the Contract described above, the Access Bridges and the 980 High Street Building contained the defects described above.

9

56. To make the 980 High Street Building fit for its intended use, Duke retained additional experts and contractors to analyze, design, and repair the 980 High Street Building at a total cost to be determined at trial.

57. To make the Access Bridges fit for their intended use, Duke retained additional experts and contractors to analyze, design, and ultimately repair the Access Bridges at a total cost to be determined at trial.

58. As a direct and proximate result of Premier's breaches, Duke has suffered, and will continue to suffer, severe, direct, and consequential damages.

WHEREFORE, as to Count I, Duke respectfully requests that the Court enter judgment in its favor and against Premier as follows: (1) compensatory damages; (2) consequential and incidental damages; (3) interest, costs, and fees; (4) reasonable attorneys' fees incurred; and (5) any other or further relief the Court deems just and proper.

## COUNT II
## NEGLIGENCE
## (IN THE ALTERNATIVE)

59. Duke reasserts and incorporates by reference the allegations in Paragraphs 1 through 44 as set forth fully herein.

60. Premier owed a duty to exercise reasonable care in designing, engineering, constructing, and/or supervising the construction of the Access Bridges and the 980 High Street Building in accordance with all approved plans, applicable specifications, reasonable commercial standards in the industry for the construction of access bridges and warehouses, and all applicable state and local building codes, regulations, and ordinances.

61. Premier breached its duty of reasonable care.

62.     Duke has been damaged as a direct and proximate result of the above-described breaches by Premier of its duty of reasonable care.

63.     As a direct and proximate result of the foregoing breaches of the duty of reasonable care owed to Duke by Premier, Duke has suffered, and will continue to suffer, severe, direct, and consequential damages.

WHEREFORE, as to Count II, Duke respectfully requests that the Court enter judgment in its favor and against Premier as follows: (1) compensatory damages; (2) consequential and incidental damages; (3) interest, costs, and fees; (4) reasonable attorneys' fees incurred; and (5) any other or further relief the Court deems just and proper.

**COUNT III**
**PROFESSIONAL NEGLIGENCE**
**(IN THE ALTERNATIVE)**

64.     Duke reasserts and incorporates by reference the allegations in Paragraphs 1 through 44 as set forth fully herein.

65.     Pursuant to the Contract, Premier agreed to provide design and engineering services to Duke.

66.     Pursuant to these services, Premier owed a duty to exercise reasonable professional care in designing, engineering, constructing, and/or supervising the construction of the Access Bridges and the 980 High Street Building in accordance with all approved plans, applicable specifications, reasonable commercial standards in Premier's respective professional industry for the construction of access bridges and warehouses, and all applicable state and local building codes, regulations, and ordinances.

67.     Premier owed a duty to exercise reasonable professional care in hiring and supervising the contractors and subcontractors working on the design, engineering, and

11

construction of the Access Bridges and the 980 High Street Building to ensure that all work was done in accordance with approved plans, applicable specifications, reasonable commercial standards in Premier's respective professional industry for the construction of access bridges and warehouses, and all applicable state and local building codes, regulations, and ordinances.

68.     Premier breached its duty of reasonable professional care.

69.     Duke has been damaged as a direct and proximate result of the above-described breaches by Premier of its duty of reasonable professional care.

70.     As a direct and proximate result of the foregoing breaches of the duty of reasonable professional care owed to Duke by Premier, Duke has suffered, and will continue to suffer, severe, direct, and consequential damages.

WHEREFORE, as to Count III, Duke respectfully requests that the Court enter judgment in its favor and against Premier as follows: (1) compensatory damages; (2) consequential and incidental damages; (3) interest, costs, and fees; (4) reasonable attorneys' fees incurred; and (5) any other or further relief the Court deems just and proper.

Based on the foregoing, Duke respectfully requests the Court enter judgment in its favor and against Defendants.

Dated: May 1, 2023                              Respectfully submitted,

                                                **DUKE REALTY ePORT**
                                                **URBAN RENEWAL LLC**


                                                By: _____ */s/ Abram I. Moore* _____


                                                    Abram I. Moore
                                                    Marvis A. Barnes II
                                                    K&L GATES LLP

12

70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Firm I.D. No. 45515
abe.moore@klgates.com
marvis.barnes@klgates.com

*Attorneys for Plaintiff Duke Realty*
*ePort Urban Renewal LLC*

13

FILED DATE: 5/1/2023 6:56 PM    2023L004533

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all issues in accordance with the Rules of the

Court.

Dated: May 1, 2023                            Respectfully submitted,

**DUKE REALTY ePORT**
**URBAN RENEWAL LLC**


By: _____*/s/ Abram I. Moore*_____

Abram I. Moore
Marvis A. Barnes II
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Firm I.D. No. 45515
abe.moore@klgates.com
marvis.barnes@klgates.com


*Attorneys for Plaintiff Duke Realty*
*ePort Urban Renewal LLC*

14



CONSULTING ENGINEER AGREEMENT
Between
PREMIER DESIGN + BUILD GROUP, LLC
And
SESI CONSULTING ENGINEERS
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

Job No. 1526
Code No. 02-800

I.  IDENTIFICATION OF PARTIES

This Agreement made and entered into this 23rd Day of February 2016 by and between PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL 60143, hereinafter called PDBG, and SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY hereinafter called ENGINEER.

II.  IDENTIFICATION OF PROJECT

The project for which storm water pollution prevention consulting is to be provided is known as ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861.

III.  DESCRIPTION OF SERVICES

The ENGINEER shall provide the following professional services for PDBG in accordance with the terms and conditions of this Agreement. ENGINEER will provide PDBG with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection is to be performed on the same day as the weekly construction meeting to reduce overall inspection costs. A copy of the hand-written field notes will be provided to PDBG on the day of the inspection and a written report will be issued within two (2) business days of the inspection, except in cases where issues or deficiencies which require immediate action are observed at a site inspection, in which case field notes and a written report shall be issued immediately. ENGINEER will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, ENGINEER will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

Description of Services is based on the following key assumptions: all work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015.

All work shall be performed only when requested by PDBG and shall be invoiced on a time and material basis not to exceed the amount listed below. Invoices shall be provided to PDBG by the 25th of each month and will be paid within 45 days of invoice date. Signed field tickets shall accompany each invoice as documentation of work performed.

| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required | |
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit | |
| 3. | Formal report provided within forty-eight (48) working hours after each visit | |
| | SUB-TOTAL | $10/T&M |

| UNIT RATES for WORK to be PERFORMED | |
| --- | --- |
| STAFF ENGINEER/DESIGNER | $142/HOUR |
| INSPECTOR | $90/HOUR |
| INSURANCE (Professional Liability) | 4.5% SURCHARGE/INVOICE |

IV.  EXTRA WORK

No extra or additional work will be paid for, except as authorized by PDBG, in writing, to ENGINEER prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to ENGINEER'S work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

Exhibit A

Engineering Consultant
Agreement

## V. SCHEDULE

The schedule to which ENGINEER services are to be provided shall be as follows:

A. WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

B. If Construction observation services are included in the Agreement, ENGINEER shall perform those services at intervals designated by the PDBG. If the intervals are not specified by the PDBG, ENGINEER personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor.

## VI. STANDARD OF CARE

The Standard of Care for all professional engineering and related services performed or furnished by ENGINEER under this Agreement will be the care and skill ordinarily used by members of ENGINEER'S profession, practicing under similar conditions at the same time and in the same locality. No instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site of others.

PDBG recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

ENGINEER shall be liable only for its own acts or omissions and assumes no liability for the acts or omissions of the PDBG or other parties or for information provided by others and used in the execution of the work.

## VII. SITE SAFETY

ENGINEER shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should PDBG or its contractors be conducting activities on site, ENGINEER shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the PDBG, its contractors, agents, or employees.

## VIII. GENERAL CONDITIONS

A. Successors and Assigns

The ENGINEER shall not sublet any part of the work nor assign any monies due without prior written permission of PDBG.

B. Confidentiality

The ENGINEER shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D. Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

Engineering Consultant
Agreement

E.   Publicity

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

F.   Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section III and IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

G.   Insurance

1.   Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.   The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.   Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

3.   The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4.   The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

H.   Indemnity

1.   The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

2.   PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from

**CONSULTING ENGINEER AGREEMENT**
Between
PREMIER DESIGN + BUILD GROUP, LLC
And
SESI CONSULTING ENGINEERS
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

PSA Approved By: _____

Date Approved: 06/08/16

Retainer Rcvd On: _____ $ N/A

PM Reviewed: _____ Scanned

Job No. 1526
Code No. 02-800

**I.    IDENTIFICATION OF PARTIES**

This Agreement made and entered into this 23rd Day of February 2016 by and between PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL 60143, hereinafter called PDBG, and SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY hereinafter called ENGINEER.

**II.    IDENTIFICATION OF PROJECT**

The project for which storm water pollution prevention consulting is to be provided is known as ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861.

**III.    DESCRIPTION OF SERVICES**

The ENGINEER shall provide the following professional services for PDBG in accordance with the terms and conditions of this Agreement. ENGINEER will provide PDBG with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection is to be performed on the same day as the weekly construction meeting to reduce overall inspection costs. A copy of the hand-written field notes will be provided to PDBG on the day of the inspection and a written report will be issued within two (2) business days of the inspection, except in cases where issues or deficiencies which require immediate action are observed at a site inspection, in which case field notes and a written report shall be issued immediately. ENGINEER will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, ENGINEER will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

Description of Services is based on the following key assumptions: all work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015.

All work shall be performed only when requested by PDBG and shall be invoiced on a time and material basis not to exceed the amount listed below. Invoices shall be provided to PDBG by the 25th of each month and will be paid within 45 days of invoice date. Signed field tickets shall accompany each invoice as documentation of work performed.

| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required | | |
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit | | |
| 3. | Formal report provided within forty-eight (48) working hours after each visit | | |
| UNIT RATES for WORK to be PERFORMED | | SUB-TOTAL | $10/T&M |
| | STAFF ENGINEER/DESIGNER | | $142/HOUR |
| | INSPECTOR | | $90/HOUR |
| | INSURANCE (Professional Liability) | | 4.5% SURCHARGE/INVOICE |

**IV.    EXTRA WORK**

No extra or additional work will be paid for, except as authorized by PDBG, in writing, to ENGINEER prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to ENGINEER'S work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

SESI (Amerisure)002294

Engineering Consultant
Agreement

Page 2 of 4

## V. SCHEDULE

The schedule to which ENGINEER services are to be provided shall be as follows:

A.   WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

B.   If Construction observation services are included in the Agreement, ENGINEER shall perform those services at intervals designated by the PDBG. If the intervals are not specified by the PDBG, ENGINEER personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor.

## VI. STANDARD OF CARE

The Standard of Care for all professional engineering and related services performed or furnished by ENGINEER under this Agreement will be the care and skill ordinarily used by members of ENGINEER'S profession, practicing under similar conditions at the same time and in the same locality. No instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site of others.

PDBG recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

ENGINEER shall be liable only for its own acts or omissions and assumes no liability for the acts or omissions of the PDBG or other parties or for information provided by others and used in the execution of the work.

## VII. SITE SAFETY

ENGINEER shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should PDBG or its contractors be conducting activities on site, ENGINEER shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the PDBG, its contractors, agents, or employees.

## VIII. GENERAL CONDITIONS

A.   Successors and Assigns

The ENGINEER shall not sublet any part of the work nor assign any monies due without prior written permission of PDBG.

B.   Confidentiality

The ENGINEER shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D.   Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

SESI (Amerisure)002295

Engineering Consultant
Agreement

E.   Publicity

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

F.   Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section III and IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

G.   Insurance

1.   Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.   The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.   Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

3.   The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4.   The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

H.   Indemnity

1.   The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

2.   PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from

SESI (Amerisure)002296

Engineering Consultant
Agreement

Page 4 of 4

all claims and losses, including legal fees arising out of the negligence of PDBG in the performance of services as the General Contractor for the project and under this Agreement to the extent that PDBG is responsible, for such losses arising out of the sole responsibility of PDBG.

3.   Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H.  The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I.   Extent of Agreement

This Agreement represents the entire and integrated agreement between PDBG and the ENGINEER and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both PDBG and ENGINEER.

K. Ownership of Instruments of Service

Reports, field data, and field notes and similar documents and materials prepared by or for ENGINEER as instruments of service are ENGINEER'S property. ENGINEER'S shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period ENGINEER'S instruments of service will be made available for PDBG'S review at any reasonable time.  In the event that any disputes arising out of this AGREEMENT or the PROJECT are known or anticipated prior to the expiration of two (2) years, PDBG may issue a written "Demand to Preserve Ownership of Instruments of Service," in which case ENGINEER shall retain the instruments for an addition two (2) years, until the dispute giving rise to the Demand is resolved, or until PDBG informs ENGINEER that the Demand has been withdrawn.

L. Governing Law and Code Compliance

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey. SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

M. Dispute Resolution

In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator.  If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey.

PREMIER DESIGN + BUILD GROUP, LLC

Member

Date: _____

SESI CONSULTING ENGINEERS

Date: 02/24/2016

SESI (Amerisure)002297

**CONSULTING ENGINEER AGREEMENT**
Between
**PREMIER DESIGN + BUILD GROUP, LLC**
And
**SESI CONSULTING ENGINEERS**
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

PSA Approved By: _____

Date Approved: 06/08/16

Retainer Rcvd On: _____ $ N/A

PM Reviewed: _____ Scanned

Job No. 1526
Code No. 02-800

## I. IDENTIFICATION OF PARTIES

This Agreement made and entered into this 23rd Day of February 2016 by and between PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL 60143, hereinafter called PDBG, and SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY hereinafter called ENGINEER.

## II. IDENTIFICATION OF PROJECT

The project for which storm water pollution prevention consulting is to be provided is known as ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861.

## III. DESCRIPTION OF SERVICES

The ENGINEER shall provide the following professional services for PDBG in accordance with the terms and conditions of this Agreement. ENGINEER will provide PDBG with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection is to be performed on the same day as the weekly construction meeting to reduce overall inspection costs. A copy of the hand-written field notes will be provided to PDBG on the day of the inspection and a written report will be issued within two (2) business days of the inspection, except in cases where issues or deficiencies which require immediate action are observed at a site inspection, in which case field notes and a written report shall be issued immediately. ENGINEER will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, ENGINEER will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

Description of Services is based on the following key assumptions: all work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015.

All work shall be performed only when requested by PDBG and shall be invoiced on a time and material basis not to exceed the amount listed below. Invoices shall be provided to PDBG by the 25th of each month and will be paid within 45 days of invoice date. Signed field tickets shall accompany each invoice as documentation of work performed.

| | | |
|---|---|---|
| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required | |
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit | |
| 3. | Formal report provided within forty-eight (48) working hours after each visit | |
| UNIT RATES for WORK to be PERFORMED | SUB-TOTAL | $10/T&M |
| STAFF ENGINEER/DESIGNER | | $142/HOUR |
| INSPECTOR | | $90/HOUR |
| INSURANCE (Professional Liability) | 4.5% SURCHARGE/INVOICE | |

## IV. EXTRA WORK

No extra or additional work will be paid for, except as authorized by PDBG, in writing, to ENGINEER prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to ENGINEER'S work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

SESI (Amerisure)002298

Engineering Consultant
Agreement

Page 2 of 4

## V. SCHEDULE

The schedule to which ENGINEER services are to be provided shall be as follows:

A. WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

B. If Construction observation services are included in the Agreement, ENGINEER shall perform those services at intervals designated by the PDBG. If the intervals are not specified by the PDBG, ENGINEER personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor.

## VI. STANDARD OF CARE

The Standard of Care for all professional engineering and related services performed or furnished by ENGINEER under this Agreement will be the care and skill ordinarily used by members of ENGINEER'S profession, practicing under similar conditions at the same time and in the same locality. No instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site of others.

PDBG recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

ENGINEER shall be liable only for its own acts or omissions and assumes no liability for the acts or omissions of the PDBG or other parties or for information provided by others and used in the execution of the work.

## VII. SITE SAFETY

ENGINEER shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should PDBG or its contractors be conducting activities on site, ENGINEER shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the PDBG, its contractors, agents, or employees.

## VIII. GENERAL CONDITIONS

A. Successors and Assigns

The ENGINEER shall not sublet any part of the work nor assign any monies due without prior written permission of PDBG.

B. Confidentiality

The ENGINEER shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D. Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

SESI (Amerisure)002299

Engineering Consultant
Agreement

Page 3 of 4

E.    Publicity

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

F.    Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section III and IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

G.    Insurance

1.    Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.    The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.    Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

3.    The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4.    The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

H.    Indemnity

1.    The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

2.    PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from

SESI (Amerisure)002300

Engineering Consultant
Agreement

Page 4 of 4

all claims and losses, including legal fees arising out of the negligence of PDBG in the performance of services as the General Contractor for the project and under this Agreement to the extent that PDBG is responsible, for such losses arising out of the sole responsibility of PDBG.

3. Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H. The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I. Extent of Agreement

This Agreement represents the entire and integrated agreement between PDBG and the ENGINEER and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both PDBG and ENGINEER.

K. Ownership of Instruments of Service

Reports, field data, and field notes and similar documents and materials prepared by or for ENGINEER as instruments of service are ENGINEER'S property. ENGINEER'S shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period ENGINEER'S instruments of service will be made available for PDBG'S review at any reasonable time. In the event that any disputes arising out of this AGREEMENT or the PROJECT are known or anticipated prior to the expiration of two (2) years, PDBG may issue a written "Demand to Preserve Ownership of Instruments of Service," in which case ENGINEER shall retain the instruments for an addition two (2) years, until the dispute giving rise to the Demand is resolved, or until PDBG informs ENGINEER that the Demand has been withdrawn.

L. Governing Law and Code Compliance

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey. SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

M. Dispute Resolution

In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator. If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey.

PREMIER DESIGN + BUILD GROUP, LLC

Member

Date: _____

SESI CONSULTING ENGINEERS

Date: 02/24/2016

SESI (Amerisure)002301

**PSA Approved By:** _____

**Date Approved:** 06/08/16

**Retainer Rcvd On:** _____ $ N/A

**PM Reviewed:** _____ Scanned

CONSULTING ENGINEER AGREEMENT
Between
PREMIER DESIGN + BUILD GROUP, LLC
And
SESI CONSULTING ENGINEERS
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

Job No. 1526
Code No. 02-800

## I.  IDENTIFICATION OF PARTIES

This Agreement made and entered into this 23rd Day of February 2016 by and between PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL 60143, hereinafter called PDBG, and SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY hereinafter called ENGINEER.

## II.  IDENTIFICATION OF PROJECT

The project for which storm water pollution prevention consulting is to be provided is known as ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861.

## III.  DESCRIPTION OF SERVICES

The ENGINEER shall provide the following professional services for PDBG in accordance with the terms and conditions of this Agreement. ENGINEER will provide PDBG with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days.  The SWPPP inspection is to be performed on the same day as the weekly construction meeting to reduce overall inspection costs. A copy of the hand-written field notes will be provided to PDBG on the day of the inspection and a written report will be issued within two (2) business days of the inspection, except in cases where issues or deficiencies which require immediate action are observed at a site inspection, in which case field notes and a written report shall be issued immediately. ENGINEER will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, ENGINEER will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

Description of Services is based on the following key assumptions: all work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015.

All work shall be performed only when requested by PDBG and shall be invoiced on a time and material basis not to exceed the amount listed below. Invoices shall be provided to PDBG by the 25th of each month and will be paid within 45 days of invoice date. Signed field tickets shall accompany each invoice as documentation of work performed.

| | |
|---|---|
| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required |
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit |
| 3. | Formal report provided within forty-eight (48) working hours after each visit |

| UNIT RATES for WORK to be PERFORMED | SUB-TOTAL | $10/T&M |
|---|---|---|
| STAFF ENGINEER/DESIGNER | | $142/HOUR |
| INSPECTOR | | $90/HOUR |
| INSURANCE (Professional Liability) | | 4.5% SURCHARGE/INVOICE |

## IV.  EXTRA WORK

No extra or additional work will be paid for, except as authorized by PDBG, in writing, to ENGINEER prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to ENGINEER'S work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

SESI (Amerisure)002302

Engineering Consultant
Agreement

## V. SCHEDULE

The schedule to which **ENGINEER** services are to be provided shall be as follows:

A. WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

B. If Construction observation services are included in the Agreement, **ENGINEER** shall perform those services at intervals designated by the PDBG. If the intervals are not specified by the PDBG, **ENGINEER** personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor.

## VI. STANDARD OF CARE

The Standard of Care for all professional engineering and related services performed or furnished by **ENGINEER** under this Agreement will be the care and skill ordinarily used by members of **ENGINEER'S** profession, practicing under similar conditions at the same time and in the same locality. No instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site of others.

PDBG recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

**ENGINEER** shall be liable only for its own acts or omissions and assumes no liability for the acts or omissions of the PDBG or other parties or for information provided by others and used in the execution of the work.

## VII. SITE SAFETY

**ENGINEER** shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should **PDBG** or its contractors be conducting activities on site, **ENGINEER** shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the **PDBG**, its contractors, agents, or employees.

## VIII. GENERAL CONDITIONS

A. Successors and Assigns

The **ENGINEER** shall not sublet any part of the work nor assign any monies due without prior written permission of **PDBG**.

B. Confidentiality

The **ENGINEER** shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than **PDBG**, except when, after and to the extent that such Confidential Information is known to the public or was known to the **ENGINEER** prior to its disclosure to the **ENGINEER** by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the **ENGINEER** by or on behalf of **PDBG** before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The **ENGINEER** shall in no event disclose that any Confidential Information is or is not being utilized by **PDBG**.

**PDBG** shall identify that which is Confidential Information and attach it to this Agreement.

D. Employees and Subcontractors

The **ENGINEER** shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of **PDBG** hereunder.

**SESI (Amerisure)002303**

Engineering Consultant
Agreement

**E.    Publicity**

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

**F.    Termination**

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section III and IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

**G.    Insurance**

1.    Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.    The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.    Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

3.    The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4.    The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

**H.    Indemnity**

1.    The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

2.    PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from

SESI (Amerisure)002304

Engineering Consultant
Agreement

all claims and losses, including legal fees arising out of the negligence of PDBG in the performance of services as the General Contractor for the project and under this Agreement to the extent that PDBG is responsible, for such losses arising out of the sole responsibility of PDBG.

3.  Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H. The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I.  Extent of Agreement

This Agreement represents the entire and integrated agreement between PDBG and the ENGINEER and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both PDBG and ENGINEER.

K.  Ownership of Instruments of Service

Reports, field data, and field notes and similar documents and materials prepared by or for ENGINEER as instruments of service are ENGINEER'S property. ENGINEER'S shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period ENGINEER'S instruments of service will be made available for PDBG'S review at any reasonable time. In the event that any disputes arising out of this AGREEMENT or the PROJECT are known or anticipated prior to the expiration of two (2) years, PDBG may issue a written "Demand to Preserve Ownership of Instruments of Service," in which case ENGINEER shall retain the instruments for an addition two (2) years, until the dispute giving rise to the Demand is resolved, or until PDBG informs ENGINEER that the Demand has been withdrawn.

L.  Governing Law and Code Compliance

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey. SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

M.  Dispute Resolution

In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator. If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey.

PREMIER DESIGN + BUILD GROUP, LLC

_____
Member

Date: _____

SESI CONSULTING ENGINEERS

_____

Date: 02/24/2016

SESI (Amerisure)002305



PSA Approved By: _____

Date Approved: 3/3/16

Retainer Rcvd On: N/A $ _____

PM Reviewed: _____ scanned

## ADDENDUM NO. 1

### TO

## PROFESSIONAL SERVICES AGREEMENT

| | |
|---|---|
| Date: | February 29, 2016 |
| Project Name: | ePort Buildings A,B,C |
| Project Location: | 960-1000 High Street, Perth Amboy, New Jersey |
| Project Number: | 9327 |
| Client: | Premier Design + Build Group |
| PSA Date: | December 21, 2015 |
| PSA Authorized on: | February 24, 2016 |

This Addendum No. 1 is an addition to the originally authorized Agreement referenced above. The Phase numbers herein comport with, and are in addition to the Phases defined in the prior Agreement.

## SCOPE OF SERVICES

SESI understands the required Scope of Services to be:

### Phase 3 – Vibration Monitoring

SESI will provide vibration monitoring equipment and project management support related to the download, review, and submittal of all vibration monitoring data. The project management engineering tasks will be billed at the rate for a Staff Engineer.

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

**SESI (Amerisure)002306**

## COST OF SERVICES

The following is our fee for providing the Scope of Services within this Addendum.

| | | |
|---|---|---|
| Phase 3 | **Vibration Monitoring Equipment** | $240 per day<br>$720 per week |
| | **Vibration Monitoring Project Management** | **Time and Expenses** |

All services in this Professional Services Agreement Addendum will be performed in accordance with the Consulting Engineer Agreement between Premier Design + Build Group, LLC and SESI Consulting Engineers, dated February 23, 2016.

## ACCEPTANCE / AUTHORIZATION TO PROCEED

You may indicate your acceptance of this Addendum and authorize us to commence work by:

- **Affixing your signature to the "Addendum Accepted" section of this document;**

- **Returning the signed Addendum.**

Addendum prepared by:

**SESI CONSULTING ENGINEERS**

Justin M. Protasiewicz, EIT
Project Engineer

Steven P. Byszewski, PE, PP
President

**ADDENDUM ACCEPTED:**

BY: _____
(signature)

_____
(typed or printed name)

TITLE: _____

FIRM: _____

DATE: _____

N:\PROJECTS\9327- ePort SWPP Oversight (Premier)\PSA\ADDENDUM #1\PSA Addendum_Vibration Monitoring Equipment_2016-02-29.doc

2 of 2

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

**SESI (Amerisure)002307**

## Elisa Pereira

| | |
|---|---|
| **From:** | Justin Protasiewicz |
| **Sent:** | Wednesday, March 02, 2016 5:28 PM |
| **To:** | Steve Byszewski |
| **Cc:** | Elisa Pereira |
| **Subject:** | FW: Vibration Monitoring Addendum |
| **Attachments:** | PSA Addendum_Vibration Monitoring Equipment_2016-02-29.pdf |

Steve,

They're not signing the addendum but provided this authorization email. If this is an issue let me know. We're starting tomorrow. It's pretty much going to just rental of the equipment. All time onsite will be billed to Bridge.

Thanks,
Justin



**Justin M. Protasiewicz, EIT**
Project Engineer
**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050
Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Roland Biehle [mailto:roland.biehle@pdbgroup.com]
**Sent:** Wednesday, March 02, 2016 5:26 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Cc:** Zach Gadomski <zach.gadomski@pdbgroup.com>; Karl Hoermann <karl.hoermann@pdbgroup.com>
**Subject:** Fwd: Vibration Monitoring Addendum

Justin,
Please proceed with the vibration monitoring and have Zach sign the work tickets as needed.
Best Regards,
**Roland Biehle**
Vice President, Director of Construction, Northeast Division



1

**SESI (Amerisure)002308**

1000 W Irving Park Rd, Ste 200, Itasca, IL 60143
P 847.297.4200 | F 847.297.4205



MIAMI          CHICAGO         LOS ANGELES
CGC 1517224    CORPORATE OFFICE   CGC 1005104

2014 NAIOP CONTRACTOR OF THE YEAR

---------- Forwarded message ----------
From: **Zach Gadomski** <zach.gadomski@pdbgroup.com>
Date: Tue, Mar 1, 2016 at 7:07 AM
Subject: Fwd: Vibration Monitoring Addendum
To: Roland Biehle <roland.biehle@pdbgroup.com>

Here is quote for vibration monitoring


---------- Forwarded message ----------
From: **Justin Protasiewicz** <jp@sesi.org>
Date: Mon, Feb 29, 2016 at 6:27 PM
Subject: Vibration Monitoring Addendum
To: Zach Gadomski <zach.gadomski@pdbgroup.com>
Cc: Karl Hoermann <karl.hoermann@pdbgroup.com>, Chad Taylor <chad.taylor@pdbgroup.com>, Justin
Protasiewicz <jp@sesi.org>

Zach,


The vibration monitoring professional services agreement addendum that you requested is attached.  Please let me know
if you have any questions.


Regards,

Justin

2

SESI (Amerisure)002309

  

*9327 – 01, 02, 03*

**PREMIER**
DESIGN + BUILD GROUP

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

---

### STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | June 23, 2016 |
|---|---|---|---|
| | 12-A Maple Ave, | Change Order No.: | 1 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | 1526 |
| | 960-1000 High Street | Cost Code: | 02-800 |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Cost associated with SWPPP, oversight, and culvert design. | $17,348.29 |

FILE COPY

| | | |
|---|---|---|
| Total Change Order: | $ | 17,348.29 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | | |
| Revised Agreement Amount Including This Change: | $ | 17,358.29 |

ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

_____  7/6/16
SESI Consulting Engineers

_____ Member
PREMIER DESIGN + BUILD GROUP, LLC

RECEIVED
JUL 15 2016
SESI CONSULTING ENGINEERS

SESI (Amerisure)002310

| ACORD™ | **CERTIFICATE OF LIABILITY INSURANCE** | DATE (MM/DD/YYYY) 12/23/2022 |
|---|---|---|

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer any rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Debbie Bradford | | |
|---|---|---|---|
| USI Ins Svcs BHB<br>1433 Hooper Ave<br>Suite 110<br>Toms River, NJ 08753 | PHONE (A/C, No, Ext): 732-908-5558 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: Debbie.Bradford@usi.com | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| | INSURER A : Continental Insurance Company | | 35289 |
| INSURED<br>Soils Engineering Services, Inc..<br>d/b/a SESI Consulting Engineers<br>959 Route 46 E<br>Parsippany NJ 07054 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**     **CERTIFICATE NUMBER:**     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE   X OCCUR<br>X **Additional Insured** | X | X | 6056872807 | 12/23/2022 | 12/23/2023 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $15,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY X PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | X | X | 6056872791 | 12/23/2022 | 12/23/2023 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X **UMBRELLA LIAB** X OCCUR<br>☐ **EXCESS LIAB** ☐ CLAIMS-MADE<br>☐ DED X RETENTION $10,000 | X | X | 6056872810 | 12/23/2022 | 12/23/2023 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ Y/N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE ☐ OTH-ER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | **Professional &**<br>**Pollution Liab** | | | MCH591915937 | 12/23/2022 | 12/23/2023 | $4,000,000 Per Claim<br>$4,000,000 Aggregate<br>$100,000 Retention | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: SESI Job #9327-1050 State Street, Perth Amboy, NJ. 1526-Bridgepoint E-port, Building A-1000 High Street, Perth Amboy, NJ; Building B-960 High Street, Perth Amboy, NJ; Building C-980 High Street, Perth Amboy, NJ.
The General Liability and Automobile Liability policies include an automatic Additional Insured endorsement that provides Additional Insured status to Premier Design + Build Group, LLC, Premier Design + Build
(See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Premier Design + Build Group<br>1000 W Irving Park Road, Suite 200<br>Itasca, IL 60143 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*[signature]* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    **1 of 2**    The ACORD name and logo are registered marks of ACORD
#S38456918/M38442440

SESI (Amerisure)002311

## DESCRIPTIONS (Continued from Page 1)

National, LLC, Bridge Perth Amboy, LLC, Bridge Development Partners, LLC, only when there is a written contract that requires such status, and only with regard to work performed on behalf of the named insured. The General Liability and Automobile Liability policies contain a special endorsement with Primary and Noncontributory wording, when required by written contract. The Automobile Liability policy includes a Waiver of Subrogation endorsement in favor of additional insureds as referenced above.

#S38456918/M38442440

**SESI (Amerisure)002312**

PSA Approved By: _____
Date Approved: 3/3/16
Retainer Rcvd On: N/A $ _____
PM Reviewed: _____ scanned



## SESI
### CONSULTING
### ENGINEERS

---

# ADDENDUM NO. 1

## TO

# PROFESSIONAL SERVICES AGREEMENT

Date: **February 29, 2016**

Project Name: **ePort Buildings A,B,C**

Project Location: **960-1000 High Street, Perth Amboy, New Jersey**

Project Number: **9327**

Client: **Premier Design + Build Group**

PSA Date: **December 21, 2015**

PSA Authorized on: **February 24, 2016**

---

This Addendum No. 1 is an addition to the originally authorized Agreement referenced above. The Phase numbers herein comport with, and are in addition to the Phases defined in the prior Agreement.

## SCOPE OF SERVICES

SESI understands the required Scope of Services to be:

### Phase 3 – Vibration Monitoring

SESI will provide vibration monitoring equipment and project management support related to the download, review, and submittal of all vibration monitoring data. The project management engineering tasks will be billed at the rate for a Staff Engineer.

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

**SESI (Amerisure)002313**

# COST OF SERVICES

The following is our fee for providing the Scope of Services within this Addendum.

| | | |
|---|---|---|
| Phase 3 | **Vibration Monitoring Equipment** | $240 per day<br>$720 per week |
| | **Vibration Monitoring Project Management** | **Time and Expenses** |

All services in this Professional Services Agreement Addendum will be performed in accordance with the Consulting Engineer Agreement between Premier Design + Build Group, LLC and SESI Consulting Engineers, dated February 23, 2016.

# ACCEPTANCE / AUTHORIZATION TO PROCEED

You may indicate your acceptance of this Addendum and authorize us to commence work by:

- **Affixing your signature to the "Addendum Accepted" section of this document;**

- **Returning the signed Addendum.**

Addendum prepared by:

**SESI CONSULTING ENGINEERS**

Justin M. Protasiewicz, EIT
Project Engineer

Steven P. Byszewski, PE, PP
President

**ADDENDUM ACCEPTED:**

BY: _____
(signature)

_____
(typed or printed name)

TITLE: _____

FIRM: _____

DATE: _____

N:\PROJECTS\9327- ePort SWPP Oversight (Premier)\PSA\ADDENDUM #1\PSA Addendum_Vibration Monitoring Equipment_2016-02-29.doc

2 of 2

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

**SESI (Amerisure)002314**

## Elisa Pereira

| | |
|---|---|
| From: | Justin Protasiewicz |
| Sent: | Wednesday, March 02, 2016 5:28 PM |
| To: | Steve Byszewski |
| Cc: | Elisa Pereira |
| Subject: | FW: Vibration Monitoring Addendum |
| Attachments: | PSA Addendum_Vibration Monitoring Equipment_2016-02-29.pdf |

Steve,

They're not signing the addendum but provided this authorization email. If this is an issue let me know. We're starting tomorrow. It's pretty much going to just rental of the equipment. All time onsite will be billed to Bridge.

Thanks,
Justin



**Justin M. Protasiewicz, EIT**
Project Engineer
**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050
  Cell: (973) 998-1764
  Fax: (973) 808-9099
     jp@sesi.org
     www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Roland Biehle [mailto:roland.biehle@pdbgroup.com]
**Sent:** Wednesday, March 02, 2016 5:26 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Cc:** Zach Gadomski <zach.gadomski@pdbgroup.com>; Karl Hoermann <karl.hoermann@pdbgroup.com>
**Subject:** Fwd: Vibration Monitoring Addendum

Justin,
Please proceed with the vibration monitoring and have Zach sign the work tickets as needed.
Best Regards,
**Roland Biehle**
Vice President, Director of Construction, Northeast Division

in   𝕏   8+   YouTube   f

1

**SESI (Amerisure)002315**

1000 W Irving Park Rd, Ste 200, Itasca, IL 60143
P 847.297.4200 | F 847.297.4205



MIAMI          CHICAGO          LOS ANGELES
CGC 1517224    CORPORATE OFFICE   CGC 1005104

2014 NAIOP CONTRACTOR OF THE YEAR

---------- Forwarded message ----------
From: **Zach Gadomski** <zach.gadomski@pdbgroup.com>
Date: Tue, Mar 1, 2016 at 7:07 AM
Subject: Fwd: Vibration Monitoring Addendum
To: Roland Biehle <roland.biehle@pdbgroup.com>

Here is quote for vibration monitoring


---------- Forwarded message ----------
From: **Justin Protasiewicz** <jp@sesi.org>
Date: Mon, Feb 29, 2016 at 6:27 PM
Subject: Vibration Monitoring Addendum
To: Zach Gadomski <zach.gadomski@pdbgroup.com>
Cc: Karl Hoermann <karl.hoermann@pdbgroup.com>, Chad Taylor <chad.taylor@pdbgroup.com>, Justin Protasiewicz <jp@sesi.org>

Zach,


The vibration monitoring professional services agreement addendum that you requested is attached.  Please let me know if you have any questions.


Regards,

Justin


2

**SESI (Amerisure)002316**



PSA Approved By: _____
Date Approved: 3/3/16
Retainer Rcvd On: N/A  $ _____
PM Reviewed: _____ scanned

# ADDENDUM NO. 1
## TO
# PROFESSIONAL SERVICES AGREEMENT

| | |
|---|---|
| Date: | February 29, 2016 |
| Project Name: | ePort Buildings A,B,C |
| Project Location: | 960-1000 High Street, Perth Amboy, New Jersey |
| Project Number: | 9327 |
| Client: | Premier Design + Build Group |
| PSA Date: | December 21, 2015 |
| PSA Authorized on: | February 24, 2016 |

This Addendum No. 1 is an addition to the originally authorized Agreement referenced above. The Phase numbers herein comport with, and are in addition to the Phases defined in the prior Agreement.

## SCOPE OF SERVICES

SESI understands the required Scope of Services to be:

**Phase 3 – Vibration Monitoring**

SESI will provide vibration monitoring equipment and project management support related to the download, review, and submittal of all vibration monitoring data. The project management engineering tasks will be billed at the rate for a Staff Engineer.

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

**SESI (Amerisure)002317**

# COST OF SERVICES

The following is our fee for providing the Scope of Services within this Addendum.

Phase 3    **Vibration Monitoring Equipment**                    $240 per day
                                                                 $720 per week

           **Vibration Monitoring Project Management**     **Time and Expenses**

All services in this Professional Services Agreement Addendum will be performed in accordance with the Consulting Engineer Agreement between Premier Design + Build Group, LLC and SESI Consulting Engineers, dated February 23, 2016.

## ACCEPTANCE / AUTHORIZATION TO PROCEED

You may indicate your acceptance of this Addendum and authorize us to commence work by:

- **Affixing your signature to the "Addendum Accepted" section of this document;**

- **Returning the signed Addendum.**

Addendum prepared by:

**SESI CONSULTING ENGINEERS**

Justin M. Protasiewicz, EIT
Project Engineer

Steven P. Byszewski, PE, PP
President

**ADDENDUM ACCEPTED:**

BY: _____
                    (signature)

         _____
                    (typed or printed name)

TITLE: _____

FIRM: _____

DATE: _____

N:\PROJECTS\9327- ePort SWPP Oversight (Premier)\PSA\ADDENDUM #1\PSA Addendum_Vibration Monitoring Equipment_2016-02-29.doc

2 of 2

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

SESI (Amerisure)002318

## Elisa Pereira

| | |
|---|---|
| **From:** | Justin Protasiewicz |
| **Sent:** | Wednesday, March 02, 2016 5:28 PM |
| **To:** | Steve Byszewski |
| **Cc:** | Elisa Pereira |
| **Subject:** | FW: Vibration Monitoring Addendum |
| **Attachments:** | PSA Addendum_Vibration Monitoring Equipment_2016-02-29.pdf |

Steve,

They're not signing the addendum but provided this authorization email. If this is an issue let me know. We're starting tomorrow. It's pretty much going to just rental of the equipment. All time onsite will be billed to Bridge.

Thanks,
Justin



**Justin M. Protasiewicz, EIT**
Project Engineer
**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050
  Cell: (973) 998-1764
  Fax: (973) 808-9099
      jp@sesi.org
      www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Roland Biehle [mailto:roland.biehle@pdbgroup.com]
**Sent:** Wednesday, March 02, 2016 5:26 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Cc:** Zach Gadomski <zach.gadomski@pdbgroup.com>; Karl Hoermann <karl.hoermann@pdbgroup.com>
**Subject:** Fwd: Vibration Monitoring Addendum

Justin,
Please proceed with the vibration monitoring and have Zach sign the work tickets as needed.
Best Regards,
Roland Biehle
Vice President, Director of Construction, Northeast Division



1

**SESI (Amerisure)002319**

1000 W Irving Park Rd, Ste 200, Itasca, IL 60143
P 847.297.4200 | F 847.297.4205



PREMIER
DESIGN + BUILD GROUP

MIAMI          CHICAGO          LOS ANGELES
CGC 1517224    CORPORATE OFFICE    CGC 1005104

2014 NAIOP CONTRACTOR OF THE YEAR

---------- Forwarded message ----------
From: **Zach Gadomski** <zach.gadomski@pdbgroup.com>
Date: Tue, Mar 1, 2016 at 7:07 AM
Subject: Fwd: Vibration Monitoring Addendum
To: Roland Biehle <roland.biehle@pdbgroup.com>

Here is quote for vibration monitoring


---------- Forwarded message ----------
From: **Justin Protasiewicz** <jp@sesi.org>
Date: Mon, Feb 29, 2016 at 6:27 PM
Subject: Vibration Monitoring Addendum
To: Zach Gadomski <zach.gadomski@pdbgroup.com>
Cc: Karl Hoermann <karl.hoermann@pdbgroup.com>, Chad Taylor <chad.taylor@pdbgroup.com>, Justin Protasiewicz <jp@sesi.org>

Zach,


The vibration monitoring professional services agreement addendum that you requested is attached.  Please let me know if you have any questions.


Regards,

Justin

2

**SESI (Amerisure)002320**



## PREMIER
### DESIGN + BUILD GROUP

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

RECEIVED
JUL 07 2016

---

### STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| | | | |
|---|---|---|---|
| To: | SESI Consulting Engineers | Date: | June 23, 2016 |
| | 12-A Maple Ave, | Change Order No.: | 1 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | 1526 |
| | 960-1000 High Street | Cost Code: | 02-800 |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Cost associated with SWPPP, oversight, and culvert design. | $17,348.29 |

FILE COPY

| | | |
|---|---|---|
| Total Change Order: | $ | 17,348.29 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | | |
| Revised Agreement Amount Including This Change: | $ | 17,358.29 |

### ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

_____  7/6/16

SESI Consulting Engineers

_____ Member

PREMIER DESIGN + BUILD GROUP, LLC

RECEIVED
JUL 15 2016
SESI CONSULTING ENGINEERS

SESI (Amerisure)002321



1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | June 23, 2016 |
| | 12-A Maple Ave, | Change Order No.: | 1 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | 1526 |
| | 960-1000 High Street | Cost Code: | 02-800 |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Cost associated with SWPPP, oversight, and culvert design. | $17,348.29 |

FILE COPY

| | | |
|---|---|---|
| Total Change Order: | $ | 17,348.29 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | | |
| Revised Agreement Amount Including This Change: | $ | 17,358.29 |

ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

_____  7/6/16

SESI Consulting Engineers

_____ Member

PREMIER DESIGN + BUILD GROUP, LLC

RECEIVED

JUL 1 5 2016

SESI CONSULTING ENGINEERS

**SESI (Amerisure)002322**

RECEIVED
AUG 25 2016
BY:



**PREMIER**
DESIGN + BUILD GROUP



1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | **August 16, 2016** |
|---|---|---|---|
| | 12-A Maple Ave, | Change Order No.: | **2** |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

FILE COPY

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| | ADDITIONAL $5,008.61 FOR CULVERT DESIGN TO BE NEGOTIATED | |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, culvert design, light pole base design, and reimbursable expenese. Revised May invoice 9327-04. | $7,441.79 |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised June invoice 9327-05. | $19,046.92 |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised July invoice 9327-06. | $674.00 |

| | | |
|---|---|---|
| Total Change Order: | $ | 27,162.71 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 17,358 |
| Revised Agreement Amount Including This Change: | $ | 44,531.00 |

**ACKNOWLEDGEMENT**

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

**SESI Consulting Engineers**

Member

**PREMIER DESIGN + BUILD GROUP, LLC**

SESI (Amerisure)002323

RECEIVED
AUG 2 5 2016
BY:



## PREMIER
### DESIGN + BUILD GROUP



1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

### STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | August 16, 2016 |
|---|---|---|---|
| | 12-A Maple Ave, | Change Order No.: | 2 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | 1526 |
| | 960-1000 High Street | Cost Code: | 02-800 |
| | Perth Amboy, NJ 08861 | | |

FILE COPY

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

**Item**     **Description**   ADDITIONAL $5,008.61 FOR CULVERT DESIGN TO BE NEGOTIATED     Cost

Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, culvert design, light pole base design, and reimbursable expenese. Revised May invoice 9327-04.

$7,441.79

Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised June invoice 9327-05.

$19,046.92

Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised July invoice 9327-06.

$674.00

| Total Change Order: | $ | 27,162.71 |
|---|---|---|
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 17,358 |
| Revised Agreement Amount Including This Change: | $ | 44,531.00 |

**ACKNOWLEDGEMENT**

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

**SESI Consulting Engineers**

Member

**PREMIER DESIGN + BUILD GROUP, LLC**

SESI (Amerisure)002324

# BADGE ADDITION / DELETION

LOCATION CODE _____

| ADD / DELETE | EMPLOYEE NAME | SOCIAL SECURITY # | BIRTH DATE | BADGE # | QTR A/D |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SESI (Amerisure)002325

# BADGE ADDITION / DELETION

LOCATION CODE _____

| ADD / DELETE | EMPLOYEE NAME | SOCIAL SECURITY # | BIRTH DATE | BADGE # | QTR A/D |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SESI (Amerisure)002326

**FINAL WAIVER OF LIEN**

STATE OF _____  } SS

COUNTY OF _____

Gty# _____

Escrow# _____

TO WHOM IT MAY CONCERN:

WHERE AS the undersigned has been employed by **Premier Design + Build Group, LLC**
to furnish **Storm Water Pollution Prevention**
for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**
of which **Bridge Perth  Amboy, LLC** is the Owner.

     The undersigned, for and in consideration of seventeen thousand, three hundred, fifty-eight and 29/100th dollars
(**$ 17,358.29**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' liens, with respect to and on said above described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of labor, services, material, fixtures, apparatus or machinery heretofore furnished, or which may be furnished anytime hereafter, by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE: **NJ**

COMPANY NAME:  **SESI Consulting Engineers**
ADDRESS:    **12A Maple Avenue, Pine Brook, NJ 07058**

SIGNATURE _____    TITLE **President** _____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

---

STATE OF **NJ** _____  } SS

COUNTY OF **Morris**

**CONTRACTOR'S AFFIDAVIT**

TO WHOM IT MAY CONCERN:

    THE UNDERSIGNED, (NAME) __**Steve P Byszewski**_____ BEING DULY SWORN DEPOSES
AND SAYS THAT HE OR SHE IS (POSITION) __**President**_____ OF
(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE
CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING
LOCATED AT **ePort- Buildings A, B, C and High Street - Job #1526**
OWNED BY **Bridge Perth  Amboy, LLC**
That the total amount of the contract including extras* is **$ 17,358.29** on which he or she has received payment of **$ 0.00** prior to this payment.  That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers.  That the following are the names of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | | 17,358.29 | 0.00 | 17,358.29 | 0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE | | | | | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE 7/26/2016 _____    SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____**26th**____ DAY OF ___**JULY**___, 20__**16**__.

**ELAINE FILOSO**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES MAY 13, 2019**

_Elaine Filoso_ _____    SEAL:
NOTARY PUBLIC

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002327

**WAIVER OF LIEN TO DATE**

STATE OF                                                    Gty#
                              } SS
COUNTY OF                                                   Escrow#

TO WHOM IT MAY CONCERN:
WHEREAS the undersigned has been employed by **Premeir Design + Build Group, LLC**
to furnish **Storm Water Pollution Prevention**
for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**
of which **Bridge Perth Amboy, LLC** is the owner.
      THE undersigned, for and in consideration of **five hundred, sixty-nine and no/100th dollars**
(**$ 569.00**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' liens, with respect to and on said above-described premises, and the improvement thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, furnished to this date by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE: **12/29/2016**            COMPANY NAME:  **SESI Consulting Engineers**
                                ADDRESS:   **12A Maple Ave., Pine Brook, NJ 07058**

SIGNATURE _____      TITLE _____**President**_____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

---

STATE OF                        **CONTRACTOR'S AFFIDAVIT**
                              } SS
COUNTY OF

TO WHOM IT MAY CONCERN:
      THE UNDERSIGNED, (NAME)  **Steven P. Byszewski**_ BEING DULY SWORN, DEPOSES
AND SAYS THAT HE OR SHE IS (POSITION) _**President**_ OF
(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE
CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING
LOCATED AT **ePort- 960-1000 High Street, Perth Amboy, NJ 088861**
OWNED BY **Bridge Perth Amboy, LLC**
That the total amount of the contract including extras* is **$ 47,600.00** on which he or she has received payment of **$ 47,021.00** prior to this payment.  That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers.  That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | Storm Water Pollution Prevention | 47,600.00 | 47,021.00 | 569.00 | 10.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE |  |  |  |  |  |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE _12/29/16_        SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___29th___ DAY OF _December_, 20_16_.

**ELAINE FILOSO**
**NOTARY PUBLIC OF NEW JERSEY**            _Elaine Filoso_              SEAL:
**MY COMMISSION EXPIRES MAY 13, 2019**        NOTARY PUBLIC

SESI (Amerisure)002328

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002329

## FINAL WAIVER OF LIEN

STATE OF

COUNTY OF } SS

Gty#

Escrow#

TO WHOM IT MAY CONCERN:

WHERE AS the undersigned has been employed by **Premier Design + Build Group, LLC**
to furnish **Storm Water Pollution Prevention**
for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**
of which **Bridge Perth  Amboy, LLC** is the Owner.

The undersigned, for and in consideration of six hundred, eighty-four and 21/100th dollars
($ **684.21**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' liens, with respect to and on said above described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of labor, services, material, fixtures, apparatus or machinery heretofore furnished, or which may be furnished anytime hereafter, by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE: **09/18/2017**

COMPANY NAME: **SESI Consulting Engineers**

ADDRESS: **12A Maple Ave., Pine Brook, NJ 07058**

SIGNATURE _____   TITLE _**President**_____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

---

STATE OF

COUNTY OF } SS

## CONTRACTOR'S AFFIDAVIT

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) ___**Steven P. Byszewski**_____ BEING DULY SWORN DEPOSES
AND SAYS THAT HE OR SHE IS (POSITION) _**President**_____ OF
(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE
CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING
LOCATED AT **ePort- Buildings A, B, C and High Street - Job #1526**
OWNED BY **Bridge Perth  Amboy, LLC**

That the total amount of the contract including extras* is $ **48,274.21** on which he or she has received payment of $ **47,590.00** prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers.  That the following are the names of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | Storm Water Pollution Prevention | 48,274.21 | 47,590.00 | 684.21 | 0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE |  |  |  |  |  |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE **9/16/17**_____   SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS __**18th**_____ DAY OF _September_____, 20**17**____.

_____   SEAL:
NOTARY PUBLIC

**ELAINE FILOSO**
**NOTARY PUBLIC OF NEW JERSEY**
MY COMMISSION EXPIRES MAY 12, 2019

SESI (Amerisure)002330

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002331



## License Information

**Accurate as of June 16, 2024 3:29 PM**

Return to Search Results

**Name:** SOILS ENGINEERING SERVICES, INC.

**Address:** Parsippany,NJ

**Profession/License Type:** Engineers & Land Surveyors,Certificate of Authorization

**License No:** 24GA27934700

**License Status:** Active

**Status Change Reason:** Board Employee Request

**Issue Date:** 6/25/2002

**Expiration Date:** 8/31/2024

**SPL:**

| NO Board Actions. For more information contact the New Jersey State Board of Professional Engineers and Land Surveyors (973)504-6460 |
| --- |

# Documents

| No Public Documents |
| --- |

SESI (Amerisure)002332

## Division

Division Home
Consumer Protection
Licensing Boards
File a Complaint
Adoptions & Rule
Proposals
Internship
Opportunities

## Department

OAG Home
Contact OAG
FAQ OAG
OAG News
Services A to Z
Employment

## State

NJ Home
Services A-Z
Departments/Agencies
FAQs

## Legal

Legal Statement
Privacy Notice
Accessibility
Statement

## RSS

Sign up for New Jersey Division of Consumer Affairs RSS feeds to get the latest information. You can select any category that you are interested in, and any time the website is updated you will receive a notification.

More information about RSS feeds.

OPRA | Open Public Records

Copyright © 2017 State of New Jersey.

Case: 1:23-cv-04098 Document #: 262-8 Filed: 07/10/26 Page 64 of 188 PageID #:50975

SESI (Amerisure)002333



PSA Approved By: _____
Date Approved: 3/3/16
Retainer Rcvd On: N/A $ _____
PM Reviewed: _____ scanned
CD

---

# ADDENDUM NO. 1

## TO

## PROFESSIONAL SERVICES AGREEMENT

| | |
|---|---|
| **Date:** | **February 29, 2016** |
| **Project Name:** | **ePort Buildings A,B,C** |
| **Project Location:** | **960-1000 High Street, Perth Amboy, New Jersey** |
| **Project Number:** | **9327** |
| **Client:** | **Premier Design + Build Group** |
| **PSA Date:** | **December 21, 2015** |
| **PSA Authorized on:** | **February 24, 2016** |

---

This Addendum No. 1 is an addition to the originally authorized Agreement referenced above. The Phase numbers herein comport with, and are in addition to the Phases defined in the prior Agreement.

## SCOPE OF SERVICES

SESI understands the required Scope of Services to be:

### Phase 3 – Vibration Monitoring

SESI will provide vibration monitoring equipment and project management support related to the download, review, and submittal of all vibration monitoring data. The project management engineering tasks will be billed at the rate for a Staff Engineer.

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

SESI (Amerisure)002334

## COST OF SERVICES

The following is our fee for providing the Scope of Services within this Addendum.

| Phase 3 | Vibration Monitoring Equipment | $240 per day<br>$720 per week |
| | Vibration Monitoring Project Management | Time and Expenses |

All services in this Professional Services Agreement Addendum will be performed in accordance with the Consulting Engineer Agreement between Premier Design + Build Group, LLC and SESI Consulting Engineers, dated February 23, 2016.

## ACCEPTANCE / AUTHORIZATION TO PROCEED

You may indicate your acceptance of this Addendum and authorize us to commence work by:

- **Affixing your signature to the "Addendum Accepted" section of this document;**

- **Returning the signed Addendum.**

Addendum prepared by:

**SESI CONSULTING ENGINEERS**

Justin M. Protasiewicz, EIT
Project Engineer

Steven P. Byszewski, PE, PP
President

**ADDENDUM ACCEPTED:**

BY: _____
(signature)

_____
(typed or printed name)

TITLE: _____

FIRM: _____

DATE: _____

N:\PROJECTS\9327- ePort SWPP Oversight (Premier)\PSA\ADDENDUM #1\PSA Addendum_Vibration Monitoring Equipment_2016-02-29.doc

2 of 2

**SESI (Amerisure)002335**

## Elisa Pereira

| | |
|---|---|
| **From:** | Justin Protasiewicz |
| **Sent:** | Wednesday, March 02, 2016 5:28 PM |
| **To:** | Steve Byszewski |
| **Cc:** | Elisa Pereira |
| **Subject:** | FW: Vibration Monitoring Addendum |
| **Attachments:** | PSA Addendum_Vibration Monitoring Equipment_2016-02-29.pdf |

Steve,

They're not signing the addendum but provided this authorization email. If this is an issue let me know. We're starting tomorrow. It's pretty much going to just rental of the equipment. All time onsite will be billed to Bridge.

Thanks,
Justin



**Justin M. Protasiewicz, EIT**
Project Engineer
**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050
Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Roland Biehle [mailto:roland.biehle@pdbgroup.com]
**Sent:** Wednesday, March 02, 2016 5:26 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Cc:** Zach Gadomski <zach.gadomski@pdbgroup.com>; Karl Hoermann <karl.hoermann@pdbgroup.com>
**Subject:** Fwd: Vibration Monitoring Addendum

Justin,
Please proceed with the vibration monitoring and have Zach sign the work tickets as needed.
Best Regards,
**Roland Biehle**
Vice President, Director of Construction, Northeast Division

    

1

**SESI (Amerisure)002336**

1000 W Irving Park Rd, Ste 200, Itasca, IL 60143
P 847.297.4200 | F 847.297.4205



**PREMIER**
DESIGN + BUILD GROUP

MIAMI     **CHICAGO**     LOS ANGELES
CGC 1517224     CORPORATE OFFICE     CGC 1005104

2014 **NAIOP**CONTRACTOR OF THE YEAR

---------- Forwarded message ----------
From: **Zach Gadomski** <zach.gadomski@pdbgroup.com>
Date: Tue, Mar 1, 2016 at 7:07 AM
Subject: Fwd: Vibration Monitoring Addendum
To: Roland Biehle <roland.biehle@pdbgroup.com>

Here is quote for vibration monitoring

---------- Forwarded message ----------
From: **Justin Protasiewicz** <jp@sesi.org>
Date: Mon, Feb 29, 2016 at 6:27 PM
Subject: Vibration Monitoring Addendum
To: Zach Gadomski <zach.gadomski@pdbgroup.com>
Cc: Karl Hoermann <karl.hoermann@pdbgroup.com>, Chad Taylor <chad.taylor@pdbgroup.com>, Justin
Protasiewicz <jp@sesi.org>

Zach,

The vibration monitoring professional services agreement addendum that you requested is attached. Please let me know
if you have any questions.

Regards,

Justin

2

SESI (Amerisure)002337

CD
3|15|16



**SESI**
**CONSULTING**
**ENGINEERS**

---

# ADDENDUM NO. 2
## TO
## PROFESSIONAL SERVICES AGREEMENT

| | |
|---|---|
| **Date:** | **March 9, 2016** |
| **Project Name:** | **ePort Buildings A,B,C** |
| **Project Location:** | **960-1000 High Street, Perth Amboy, New Jersey** |
| **Project Number:** | **9327** |
| **Client:** | **Premier Design + Build Group** |
| **PSA Date:** | **December 21, 2015** |
| **PSA Authorized on:** | **February 24, 2016** |

---

This Addendum No. 1 is an addition to the originally authorized agreement referenced above. The Phase numbers herein comport with, and are in addition to the phases defined in the prior Agreement.

## SCOPE OF SERVICES

SESI understands the required scope of services for this project will involve providing on-site environmental sampling and testing services at proposed material donor site's for use at the ePort redevelopment project. It is our understanding that you propose to import clean topsoil and other fill materials onto the ePort redevelopment, which is in the site remediation program (SRP). The material will need to be tested in accordance with the NJDEP Fill Material Guidance for SRP Sites, updated April 2015, and the results reviewed by our LSRP. Each stockpile produced at each of your proposed donor sites will require sampling and testing, based on the protocols outlined in the above-referenced NJDEP Fill Material Guidance.

The general scope of our services is as follows:

### Phase 4 - Environmental Sampling and Testing Services

The NJDEP Fill Material Guidance for SRP Sites document, updated April 2015, outlines a testing frequency for materials intended for use at sites within the SRP.

1 of 4

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

SESI (Amerisure)002338

SESI will develop a sampling plan and collect discrete samples from selected locations within the proposed export stockpile(s) at each proposed donor site. The sample depths will be field-determined based on screening with a photo ionization detector (PID). All samples will be submitted under chain of custody (COC) to a subcontracted NJDEP certified laboratory for analyses of the TCL+30/TAL suite (Target Compound List +30 TIC's/Target Analyte List) which includes total volatile organic compounds (VOC's), base neutral acid extractable's (BNA's), target analyte (TAL) metals (23 metals + cyanide), pesticides, and polychlorinated biphenyls (PCB's) in addition to extractable petroleum hydrocarbons (EPH) category 2. The guidance specifies that hexavalent chromium (CR6+) testing should be evaluated on a case by case basis. If any exceedances to the NJDEP impact to groundwater soil screening levels (IGWSSL) are observed during the first round of testing, then the samples will be tested per the Synthetic Precipitation Leaching Procedures (SPLP) for each specific contaminant that exceeds the IGWSSL.

The samples will be acquired by a trained SESI technician or a qualified subcontractor in accordance with the *NJDEP Field Sampling Procedures Manual* (August 2005) and analyzed in accordance with the N.J.A.C 7:26E *Technical Requirements for Site Remediation (TRSR)*. Results will be returned by the lab on turn-around times (TAT) specified by you. In all cases, the VOC samples will be submitted on a 5-day rush TAT to ensure that there is enough time to review the results before the samples exceed their SPLP hold times. A list of pricing with corresponding TAT's is provided below. The lag between sampling and receipt of the testing results should be considered. We will provide you with the full PDF package of laboratory deliverables upon the completion of the testing. We will also review the results to determine if the material will be acceptable for use as clean fill at the ePort Redevelopment project. We will develop a sampling and testing results letter for you.

# COST OF SERVICES

The following is our Time and Expenses fee schedule, presented by phase, for providing the scope of services within this Agreement. All services will be provided in accordance with the Schedule of Fees and Terms and Conditions (both dated January 17, 2016) attached as part of this Agreement.

### Phase 4

**Environmental Sampling & Reporting**

Time & Expenses (See attached Billing Rates)

**Laboratory Analyses**

TCL/TAL +30 and Total EPH
**$ 938 per sample on a 3-Day TAT**
**$ 625 per sample on a standard 1-week TAT**

Additional Laboratory Analyses (SPLP, Cr6+,Nutrients)
Cost Plus SESI Markup in Attachment B-1

Services performed beyond the specified scope will be invoiced on a time and expenses basis in accordance with the Schedule of Fees and Terms and Conditions (both dated January 17, 2016) attached as part of this Agreement.

**SESI (Amerisure)002339**

## PROJECT ASSUMPTIONS

SESI's cost of services is based on the following key assumptions:

(1) The cost for a standard full TCL/TAL +30 testing suite has been included in this proposal. Testing may be reduced, in certain cases, based on existing analytical data; however, that will be at the sole discretion of our LSRP.

(2) We will be provided unrestricted access to the facility at which the materials are stockpiled. We have assumed that all proposed sample locations will be accessible within each fill source. If sample locations are not accessible, Premier will arrange for excavation equipment to assist with collecting the samples from the donor fill stockpile.

(3) The proposed sampling and testing program will be in accordance with the *NJDEP Field Sampling Procedures Manual* (August 2005) and analyzed in accordance with the N.J.A.C 7:26E *Technical Requirements for Site Remediation (TRSR)*.

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

SESI (Amerisure)002340

## ACCEPTANCE / AUTHORIZATION TO PROCEED

You may indicate your acceptance of this Addendum and authorize us to commence work by:

- **Affixing your signature to the "Addendum Accepted" section of this document;**

- **Returning the signed Addendum.**

Addendum prepared by:

**SESI CONSULTING ENGINEERS**

Justin M. Protasiewicz, EIT
Project Engineer

Christopher F. Zwingle, PE, LSRP
Principal

**ADDENDUM ACCEPTED:**

BY: _____

(signature)

_____

(typed or printed name)

TITLE: _____

FIRM: _____

DATE: _____

N:\PROJECTS\9327- ePort SWPP Oversight (Premier)\PSA\ADDENDUM #2\PSA Addendum_ENVIRONMENTAL SAMPLING AND TESTING_2016-03-09.doc

12A Maple Avenue • Pine Brook, NJ 07058 • Phone: (973) 808-9050 • Fax: (973) 808-9099 • www.sesi.org

**SESI (Amerisure)002341**

**CONSULTING ENGINEER AGREEMENT**
**Between**
**PREMIER DESIGN + BUILD GROUP, LLC**
**And**
**SESI CONSULTING ENGINEERS**
**For**
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

_[handwritten note on sticky note: 2/24/16 — EMAIL — NO CHANGE PER PDBG — W/ SPR SIGNATURE ON THUMBDRIVE.]_

Job No. 1526
Code No. 02-800

... IES

... red into this **23rd Day of February 2016** by and between **PREMIER** ... LC, **1000 Irving Park Road, Suite 200, Itasca, IL 60143**, hereinafter ... **... CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY** hereinafter called **ENGINEER.**

## II. IDENTIFICATION OF PROJECT

The project for which storm water pollution prevention consulting is to be provided is known as **ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861.**

## III. DESCRIPTION OF SERVICES

The **ENGINEER** shall provide the following professional services for **PDBG** in accordance with the terms and conditions of this Agreement. **ENGINEER** will provide **PDBG** with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection is to be performed on the same day as the weekly construction meeting to reduce overall inspection costs. A copy of the hand-written field notes will be provided to PDBG on the day of the inspection and a written report will be issued within two (2) business days of the inspection, except in cases where issues or deficiencies which require immediate action are observed at a site inspection, in which case field notes and a written report shall be issued immediately. **ENGINEER** will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, **ENGINEER** will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

Description of Services is based on the following key assumptions: all work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015.

All work shall l ... nvoiced on a time and material basis not to exc ... 'DBG by the 25th of each month and will be pa ... all accompany each invoice as documentation ...

_[handwritten note on sticky note: Invoice sent on the 25th of the month]_

| 1. | Storm | ... | ekly Basis/as required |
|---|---|---|---|
| 2. | Hand | ... | each visit |
| 3. | Forma | ... | irs after each visit |
| **UNIT RATES f** | | TAL | $10/T&M |
| | | | $142/HOUR |
| | | | $90/HOUR |
| | | | SURCHARGE/INVOICE |

## IV. EXTRA WOR ...

No extra or additional work will be paid for, except as authorized by **PDBG**, in writing, to **ENGINEER** prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to **ENGINEER'S** work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

SESI (Amerisure)002342

SESI (Amerisure)002343

Engineering Consultant
Agreement

Page 2 of 4

#### V.    SCHEDULE

The schedule to which ENGINEER services are to be provided shall be as follows:

A.    WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

B.    If Construction observation services are included in the Agreement, ENGINEER shall perform those services at intervals designated by the PDBG. If the intervals are not specified by the PDBG, ENGINEER personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor.

#### VI.    STANDARD OF CARE

The Standard of Care for all professional engineering and related services performed or furnished by ENGINEER under this Agreement will be the care and skill ordinarily used by members of ENGINEER'S profession, practicing under similar conditions at the same time and in the same locality. No instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site of others.

PDBG recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

ENGINEER shall be liable only for its own acts or omissions and assumes no liability for the acts or omissions of the PDBG or other parties or for information provided by others and used in the execution of the work.

#### VII.    SITE SAFETY

ENGINEER shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should PDBG or its contractors be conducting activities on site, ENGINEER shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the PDBG, its contractors, agents, or employees.

#### VIII.    GENERAL CONDITIONS

A.    Successors and Assigns

The ENGINEER shall not sublet any part of the work nor assign any monies due without prior written permission of PDBG.

B.    Confidentiality

The ENGINEER shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D.    Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

SESI (Amerisure)002344

SESI (Amerisure)002345

Engineering Consultant
Agreement

Page 3 of 4

E.    Publicity

No information relative to the Work shall be released by the **ENGINEER** for publication, advertising or any other purpose without prior written approval of **PDBG**.

F.    Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by **PDBG** upon seven (7) days written notice to the **ENGINEER** in the event that the project is abandoned. In the event of termination, not the fault of the **ENGINEER** shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by **PDBG** shall not give rise to any cause of action by the **ENGINEER** against **PDBG** for damages or extra compensation. The **ENGINEER** sole remedy, after termination, shall be compensation in accordance with Section III and IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the **ENGINEER** and **PDBG**.

This Agreement may be terminated by **PDBG** with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of **PDBG** that presents a risk of bodily harm, injury, death, or illness to **PDBG** or any other subcontractors onsite.

G.    Insurance

1.    Professional Liability

The **ENGINEER** shall provide evidence to **PDBG** that the **ENGINEER** has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.    The **ENGINEER** agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the **ENGINEER** against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.    Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

3.    The **ENGINEER** shall furnish **PDBG** a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the **ENGINEER** work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4.    The **ENGINEER** shall furnish **PDBG** a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the **ENGINEER** work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

H.    Indemnity

1.    The **ENGINEER** shall indemnify and hold harmless **PDBG**, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the **ENGINEER**, its employees or agents in the performance of professional services under this Agreement, to the extent that the **ENGINEER** is responsible, for such losses arising out of the sole negligence of the **ENGINEER**.

2.    **PDBG** shall indemnify and hold harmless the **ENGINEER**, its agents and employees from

**SESI (Amerisure)002346**

SESI (Amerisure)002347

Engineering Consultant
Agreement

Page 4 of 4

all claims and losses, including legal fees arising out of the negligence of **PDBG** in the performance of services as the General Contractor for the project and under this Agreement to the extent that **PDBG** is responsible, for such losses arising out of the sole responsibility of **PDBG**.

3. Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H. The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I. Extent of Agreement

This Agreement represents the entire and integrated agreement between **PDBG** and the **ENGINEER** and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both **PDBG** and **ENGINEER.**

K. Ownership of Instruments of Service

Reports, field data, and field notes and similar documents and materials prepared by or for **ENGINEER** as instruments of service are **ENGINEER'S** property. **ENGINEER'S** shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period **ENGINEER'S** instruments of service will be made available for **PDBG'S** review at any reasonable time. In the event that any disputes arising out of this AGREEMENT or the PROJECT are known or anticipated prior to the expiration of two (2) years, **PDBG** may issue a written "Demand to Preserve Ownership of Instruments of Service," in which case **ENGINEER** shall retain the instruments for an addition two (2) years, until the dispute giving rise to the Demand is resolved, or until **PDBG** informs **ENGINEER** that the Demand has been withdrawn.

L. Governing Law and Code Compliance

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey. SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

M. Dispute Resolution

In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator. If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey.

PREMIER DESIGN + BUILD GROUP, LLC

SESI CONSULTING ENGINEERS

_____

Member

Date: _____

Date: _____

SESI (Amerisure)002348

SESI (Amerisure)002349

# EXHIBIT "A"

## ACORD® CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| xx/xx/20xx |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Your Agent Name<br>Address<br>City, State Zip | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | PRODUCER CUSTOMER ID #: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>Your Company Name<br>Address<br>City, State Zip<br>Phone & Fax | INSURER A : Insurance Company A- VII or greater | NAIC # |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES**     **CERTIFICATE NUMBER:**     **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR | Y | Y | ABC | mm/dd/yy | mm/dd/yy | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [X] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | Y | Y | ABC | mm/dd/yy | mm/dd/yy | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| A | UMBRELLA LIAB [X] OCCUR<br>EXCESS LIAB [ ] CLAIMS-MADE<br>DEDUCTIBLE<br>RETENTION $ | Y | Y | ABC | mm/dd/yy | mm/dd/yy | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y | ABC | mm/dd/yy | mm/dd/yy | X WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Professional Liability (If Applicable) | | | ABC | mm/dd/yy | mm/dd/yy | Each occur / Agg $2,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

1526 - Bridgepoint E-Port, Building A - 1000 High Street, Perth Amboy, NJ; Building B - 960 High Street, Perth Amboy, NJ; Building C - 980 High Street, Perth Amboy, NJ (See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Premier Design + Build Group<br>1000 W Irving Park Road, Suite 200<br>Itasca, IL 60143 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)     The ACORD name and logo are registered marks of ACORD

**SESI (Amerisure)002350**

SESI (Amerisure)002351

# EXHIBIT "A"

.*****SAMPLE CERTIFICATE*****

RE: 1526 - Bridgepoint E-Port, Building A - 1000 High Street, Perth Amboy, NJ; Building B -960 High Street, Perth Amboy, NJ; Building C - 980 High Street, Perth Amboy, NJ

It is agreed that the following are added as Additional Insured on the General Liability and Auto Liability policies with respects to operations performed by the Named Insured in connection with this project:

1.) Premier Design + Build Group, LLC

2.) Premier Design + Build National, LLC

3.) Bridge Perth Amboy, LLC

4.) Bridge Development Partners, LLC

The coverage afforded to the Additional Insureds is on a Primary and Non-Contributory basis.

A Waiver of Subrogation applies to the General Liability, Auto Liability, and Workers Compensation policies in favor of all additional insureds.

Excess/Umbrella Policy Follows Form

An Additional Insured Endorsement Form must be submitted with certificate.

Required Form(s)*:

CG 20 10 10 01 - Ongoing Operations

AND

CG 20 37 10 01 - Completed Operations

*Or Equivalent

**Indemnification and Agreement to Insure:** To the fullest extent permitted by applicable law, Subcontractor agrees to indemnify, defend and hold PREMIER DESIGN + BUILD GROUP, LLC harmless from and against any and all liability, losses, claims, damages and expenses (including, but not limited to, court costs and attorneys' fees) resulting from or arising out of the work performed hereunder, or in connection with the erection, construction, placement or operation of any scaffold, hoist, crane, stay, ladder, support or other mechanical contrivance in connection with such work, including, but not limited to, such liability, losses, claims, damages and expenses arising under the Structural Work Act of Illinois. Further, the Subcontractor agrees to assume all responsibility for compliance with all safety laws and ordinances applicable to the work performed hereunder, including, but not limited to, the Structural Work Act of Illinois and agrees to indemnify, defend and hold PREMIER DESIGN + BUILD GROUP, LLC harmless from and against any and all liability, losses, claims, damages and expenses (including court costs and attorneys' fees) arising out of or resulting from any failure or claim of failure to do so. Subcontractor, at its sole cost and expense, shall obtain and maintain insurance against Subcontractor's liability arising under the preceding paragraph and, in addition, shall obtain and maintain insurance against any liability of Subcontractor or PREMIER DESIGN + BUILD GROUP, LLC arising under any structural work law, or law imposing liability from the use of scaffolds, hoists, cranes, stays, ladders, supports or other mechanical contrivances, such as the Structural Work Act of Illinois, in amounts and with carriers acceptable to PREMIER DESIGN + BUILD GROUP, LLC and shall provide PREMIER DESIGN + BUILD GROUP, LLC with certificates of such insurance naming PREMIER DESIGN + BUILD GROUP, LLC as an additional insured prior to commencing any work hereunder.

ACORD 25 (2001/08)

SESI (Amerisure)002352

SESI (Amerisure)002353


**PREMIER**
DESIGN + BUILD GROUP

September 18, 2014

Premier Design + Build Group
1000 W Irving Park Road, Ste 200
Itasca, IL 60143

TO All Subcontractors

**RE: Certificates of Insurance**

To all Subcontractors & Vendors;

Effective **immediately**, Premier Design + Build Group has engaged Assurance Agency, Ltd to automate our tracking of certificates of insurance for compliance. We are striving to improve our process through clearer requirements, better communications, and more accurate notifications. To ensure a smooth transition from current processes to our new solution, **your assistance and cooperation is needed**.

We ask that you submit **all future Certificates** of Insurance and **applicable Endorsement Forms** to

**Kelly Perry**
**Assurance Agency, Ltd.**
**Fax - 1-888-810-4474,**
**email – kperry@assuranceagency.com**

*Please forward this information to your insurance agent and have them issue a certificate of insurance and endorsement forms per the insurance requirements as soon as possible.*

In addition, please make sure to cc; rosa.schwartz@pdbgroup.com as well. Should you have any questions, please do not hesitate to contact Rosa Schwartz or Mark Melone with Premier Design + Build Group at 847-297-4200.

Thank you,

PREMIER DESIGN + BUILD GROUP

Rosa M. Schwartz
Project Coordinator

1000 West Irving Park Road, Ste. 200, Itasca, IL 60143  •  Tel. 847-297-4200  •  Fax. 847-297-4205  •  www.pdbgroup.com

**SESI (Amerisure)002354**

SESI (Amerisure)002355

CONSULTING ENGINEER AGREEMENT
Between
PREMIER DESIGN + BUILD GROUP, LLC
And
SESI CONSULTING ENGINEERS
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

Job No. 1526
Code No. 02-800

**I.     IDENTIFICATION OF PARTIES**

This Agreement made and entered into this **29th Day of December 2015** by and between **PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL 60143**, hereinafter called **PDBG**, and **SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY** hereinafter called **ENGINEER**.

**II.    IDENTIFICATION OF PROJECT**

The project for which storm water pollution prevention consulting is to be provided is known as **ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861**

**III.   DESCRIPTION OF SERVICES**

The **ENGINEER** shall provide the following professional services for **PDBG** in accordance with the terms and conditions of this Agreement. All work shall be performed only when requested by **PDBG** and shall be invoiced on a time and material basis not to exceed the amount listed below.

| | | SUB-TOTAL | |
|---|---|---|---|
| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required | | |
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit | | |
| 3. | Formal report provided within forty-eight (48) working hours after each visit | | |
| | | SUB-TOTAL | $ T&M |
| UNIT RATES for WORK to be PERFORMED | | | |
| | STAFF ENGINEER/DESIGNER | | $137/HOUR |
| | INSPECTOR | | $87/HOUR |

**IV.    EXTRA WORK**

No extra or additional work will be paid for, except as authorized by **PDBG**, in writing, to **ENGINEER** prior to commencement of such extra work. Requests by **PDBG** for modifications, changes, additions or corrections to **ENGINEER'S** work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

**V.     SCHEDULE**

The schedule to which **ENGINEER** services are to be provided shall be as follows:
A.     WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

**VI.    GENERAL CONDITIONS**

A.     Successors and Assigns

The **ENGINEER** shall not sublet any part of the work nor assign any monies due without prior written permission of **PDBG**.

B.     Confidentiality

The **ENGINEER** shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the

**SESI (Amerisure)002356**

SESI (Amerisure)002357

Engineering Consultant
Agreement

ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D.    Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

E.    Publicity

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

F.    Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

G.    Insurance

1.    Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.    The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.    Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

SESI (Amerisure)002358

SESI (Amerisure)002359

Engineering Consultant
Agreement

Page 3 of 3

3. The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4. The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

5. Each party hereby agrees to deliver to the other in accordance with the terms of this Agreement, Certificate of Insurance evidencing the above coverage with limits no less than those specified above. Further, all Certificates shall expressly provide that no less than fifteen (15) days prior written notice shall be given in the event of material alternate or to cancellation of the coverages evidenced by such Certificates.

H. Indemnity

1. The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

2. PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from all claims and losses, including legal fees arising out of the negligence of PDBG in the performance of services as the General Contractor for the project and under this Agreement to the extent that PDBG is responsible, for such losses arising out of the sole responsibility of PDBG.

3. Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H. The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I. Extent of Agreement

This Agreement represents the entire and integrated agreement between PDBG and the ENGINEER and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both PDBG and ENGINEER.

J. Governing Law

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey

PREMIER DESIGN + BUILD GROUP, LLC                SESI CONSULTING ENGINEERS

_____                _____
Member

Date: _____                Date: _____

SESI (Amerisure)002360

SESI (Amerisure)002361

*ATTACHMENT A*

*9327*

---

# PROFESSIONAL SERVICES AGREEMENT
## For
# ENVIRONMENTAL ENGINEERING SERVICES

### ePort Redevelopment
### 1050 State Street
### Perth Amboy, NJ 08861

### December 18, 2015

---

## SCOPE OF SERVICES

SESI understands the required Scope of Services for this project will involve environmental engineering services related to the oversight of the implementation of the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015 for the ePort Redevelopment Site. The general scope of our services is broken down into the following phases:

### Phase 1 – SWPPP Inspection Services

SESI will provide Premier with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection will typically be performed on the same day as the weekly construction meeting to reduce travel costs. A weekly report will be developed based on the results of the inspection and submitted to Premier.

*apon criction word our day of inspection + further that w/ in _____ of days two work days or inspection*

### Phase 2 – Project Management & Annual Reporting

SESI will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, SESI will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

## COST OF SERVICES

The above scope of services will be provided on a time and expenses basis. All services will be provided in accordance with the Schedule of Fees and Terms and Conditions (both dated January 11, 2015) attached as part of this Agreement.

*1-7-2016*

SESI (Amerisure)002362

SESI (Amerisure)002363

The primary categories of SESI personnel that will staff this project will be the staff engineer and the project engineer, when necessary. Any required expenses, field supplies, and equipment (when necessary) will be billed in accordance with the Schedule of Fees. SESI's billing rates are outlined in attachment B-1 of this proposal.

## PROJECT ASSUMPTIONS

SESI's Cost of Services is based on the following key assumptions:

(1) All work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015; and,

(2) SESI will, when practical, perform the SWPP inspection on the same day as the weekly construction meeting to reduce inspection costs.

**SESI (Amerisure)002364**

SESI (Amerisure)002365

# ACCEPTANCE / AUTHORIZATION TO PROCEED

You may indicate your acceptance of this Agreement and authorize us to commence work by:

- **Affixing your signature to the "Agreement Accepted" section of this Agreement;**

- **Completing and Affixing your signature to the Verification of Billing Information/Authorization to Proceed form;**

- **Affixing your initials to each page of the Schedule of Fees and Terms and Conditions (both dated January 11, 2015);**

- **Returning all the signed documents (pages 1 through C-3).**

Agreement prepared by:

**SESI CONSULTING ENGINEERS**

Justin M. Protasiewicz, EIT                    Steven P. Byszewski, PE, PP
Project Engineer                               President


**AGREEMENT ACCEPTED**

| BY: | _____ |
|---|---|
| TITLE: | _____ |
| FIRM: | _____ |
| DATE: | _____ |


*Attachments:*    *A - Verification of Billing Information/Authorization to Commence Work Form*
*B - Schedule of Fees (January 11, 2015)*
*C - Terms & Conditions (January 11, 2015)*

N:\PROJECTS\9327- ePort SWPP Oversight (Premier)\PSA\jp9327_SWPPP Oversight_2015-12-21.doc

3 of 3

**SESI (Amerisure)002366**

SESI (Amerisure)002367

# SESI CONSULTING ENGINEERS
## VERIFICATION OF BILLING INFORMATION/AUTHORIZATION TO COMMENCE WORK

We mutually agree that you have authorized **SESI CONSULTING ENGINEERS** to commence work on the project described below. Please complete/correct this information as appropriate in order to meet the requirements of various state statutes regulating the practice of Professional Engineering, and to assist us in servicing your account.

**PROJECT LOCATION: ePort Redevelopment SWPPP Services**          **JOB NO.: P-9327**

**CLIENT INFORMATION:**

| | |
|---|---|
| *SESI'S CLIENT:* | *Premier Design + Build* |
| *CONTACT PERSON:* | *Chad Taylor* |
| *ADDRESS :* | *1000 West Irving Park Road, Suite 200 Itasca, Illinois 60143* |
| *TELEPHONE :* | *(847) 297-4200*    *FAX :*   *(847) 297-4205* |
| *EMAIL:* | *chad.taylor@pdbgroup.com* |
| *SPECIAL BILLING REQUIREMENTS:* | |

*(Purchase order req'd, submit invoice by (date) etc.)*

**ACCOUNTS PAYABLE INFORMATION:**

| | |
|---|---|
| *CONTACT NAME:* | |
| *EMAIL:* | |

**PROJECT INFORMATION:**

| | |
|---|---|
| *PROJECT NAME:* | *ePort Redevelopment* |
| *STREET ADDRESS:* | *1050 State Street* |
| *MUNICIPALITY:* *Perth Amboy*  *COUNTY:*  *Middlesex*  *STATE:*  *NJ* | |
| *TAX BLOCK :*    *TAX LOT:* | |
| *PROPERTY OWNER NAME:* | |
| *PROPERTY OWNER ADDRESS:* | |

Our services will be billed on a time and expense basis, and in accordance with our Schedule of Fees, unless otherwise set forth in the Agreement. Please sign and return one copy of this verification/authorization so that we may commence work. Your signature will indicate acceptance of the terms described, as well as an acknowledgment that the client to be billed will assume responsibility for payment of all invoices and any reasonable costs of collection should such action become necessary.

| **AUTHORIZED BY:** | **ACCEPTED BY:** |
|---|---|
| | |
| *(Client - Authorized Representative's Signature)* | **SESI CONSULTING ENGINEERS** |
| | |
| *(Printed or Typed Name)* | *(Printed or Typed Name)* |
| | |
| **TITLE/DATE** | **TITLE/DATE** |

*Person signing authorization MUST be same as specified client. If person signing is an agent for client, authorization to act as agent must also be submitted.

☒ If checked, this offer to enter into contract with client will become void unless fully authorized (including receipt of retainer, if required) by client by January 30, 2016

A-1

SESI (Amerisure)002368

SESI (Amerisure)002369



**SESI**
CONSULTING
ENGINEERS

# SCHEDULE OF FEES
(January 11, 2015)

**Project No.** 9327

## 1.0 PERSONNEL. *

| | | | |
|---|---|---|---|
| Principal | $275/hr | Licensed Landscape Architect | $128/hr |
| Senior Project Engineer | 222/hr | Staff Geologist/Environmental Technician | 109/hr |
| Project Engineer | 190/hr | Senior Inspector/Design Drafter | 99/hr |
| Project Manager | 190/hr | Inspector | 87/hr |
| Assistant Project Engineer | 158/hr | Drafter/Technician | 82/hr |
| Staff Engineer/Designer | 137/hr | Administrative Assistant | 60/hr |
| Sr. Environmental Technician | 119/hr | Expert Witness Preparation/Testimony | 300/hr |

*On-site inspection provided prior to 7 AM or after 5 PM, or in excess of eight hours on weekdays; and services provided on weekends, will be invoiced at one and one-half times the listed rate. Services provided on holidays will be invoiced at two times the listed rate.

**1.1 GEOTECHNICAL LABORATORY TESTING.** Laboratory testing will be billed at unit rates depending on the type of test. Unit prices for standard laboratory tests will be made available on request.

**1.2 SPECIAL FIELD EQUIPMENT.** Special field equipment such as nuclear moisture-density gauges, inclinometers, load test equipment, field measurement equipment, etc., will be billed at a daily rental rate (the rental rates are available upon request). Field personnel costs will be invoiced separately from equipment rental.

**1.3 SUBCONTRACT ITEMS.** Subcontracted work - such as boring contractors, excavation contractors, laboratory chemical testing fees, report reproduction, surveying, etc. will be billed at cost plus 15%.

**1.4 EXPENSES.** All expenses incurred by us, such as car mileage, tolls and parking, special supplies, long distance communications, blueprints, travel, and subsistence, and other expenses incidental to the execution of the work will be charged at cost plus 15%. Auto mileage will be billed at $.58/mile plus 15%. A 4.50% surcharge will be added to the invoice total to cover the cost of professional liability insurance.

N:\doc-pool\xfiles\x2015fees.doc

B-1

**CLIENT'S INITIALS**

**SESI (Amerisure)002370**

SESI (Amerisure)002371



CONSULTING
ENGINEERS

# TERMS AND CONDITIONS
(January 11, 2015)

Project No. **9327**

**1.0  INVOICING.**  Payment of invoices is due within ten (10) days from the date of invoice.  Amounts not paid within 30 days of invoice date are subject to service charges of 1.25% per month (15% APR), plus any reasonable cost of collection services, inclusive of attorneys' fees.  Billing rates are in accordance with SESI's current SCHEDULE OF FEES and are subject to change periodically thereafter.  The CLIENT expressly acknowledges that payment of SESI's invoices is not contingent upon receipt by CLIENT of funds from outside sources (lenders, owners, etc.).

**NOTE:** SESI expressly reserves the right to cease providing services (other than that which we, in our sole discretion, deem necessary for the protection of the public) due to any delinquency of payment of any invoice for services performed on the project or project site, whether for the CLIENT and/or any entity with any relationship to the CLIENT.  "Services", as used herein, shall mean not only performance of field-work but also preparation and/or revision of "instruments of service" (as defined hereinafter).  In addition to cessation of services, any uncured failure or delinquency of payment, will entitle SESI to withhold delivery or refuse turnover of all Instruments of Service to the CLIENT, or any third-party, or any successor in interest.  SESI shall have no obligation to provide advance notice that it has ceased providing services under the terms of this paragraph.

**2.0  SAMPLES.**  Geotechnical samples will be retained by SESI for 30 days from the date of sample collection.  Further storage or transfer of samples may be arranged at CLIENT'S expense upon written request received prior to the 25th day of the 30-day period.

**3.0  RIGHT OF ENTRY.**  CLIENT shall provide for SESI's right to enter property owned by CLIENT and/or other(s) in order for SESI to fulfill its scope of services.  CLIENT recognizes that SESI's use of exploratory equipment will result in site disturbance, and may cause some damage, and understands that the correction of such damage is not part of this Agreement.  It is expressly understood that no site restoration or areas explored by test pits and/or borings or other methods, will be done other than to backfill test holes with spoil material only at the time the exploration is made, unless otherwise agreed to, in writing, prior to the commencement of work.  Any further filling or patching of areas explored by test pits and/or borings or other methods, is the responsibility of the CLIENT.  Any additional settlement of areas explored by test pits and/or borings or other methods shall be the responsibility of the owner and/or CLIENT to fill and/or restore.

**4.0  BURIED UTILITIES.**  SESI will perform research to locate utility lines and other man-made objects that may exist beneath the site's surface.  CLIENT recognizes that, despite due care, SESI may be unable to identify underground objects or utilities, and information provided to or obtained by SESI may contain errors or be incomplete.  The CLIENT agrees to the fullest extent permitted by law to waive any claim against SESI, and indemnify, defend and hold SESI harmless for direct damage to and consequential damages resulting from contact with buried utilities and other man-made objects that were not called to SESI's attention, or which were not properly located on drawings provided to SESI.

**5.0  USE OF DATA.**  CLIENT acknowledges that the data provided by SESI is intended for use in design efforts only, and may not be sufficient to prepare a comprehensive bid, or determine the exact extent of work required during earthwork, foundation installation, and other sitework.  The CLIENT acknowledges that the data in our reports should not be relied upon to estimate bid quantities, schedules, costs, etc, and agrees to inform the design team and all prospective bidders.  The CLIENT agrees to require all prospective bidders to perform whatever additional explorations, or data gathering they deem necessary to prepare their bids accurately and will allow sufficient time in the bidding process for prospective contractors to do so.

If, for any reason, CLIENT fails or refuses to do either, CLIENT thereby:

    a)  releases SESI from any responsibility for the ultimate extent of work required in connection with earthwork, foundation installation, structural work and/or other site-work;

    b)  waives any claims against SESI arising out of the performance of such work; and

    c)  unconditionally agrees to defend, indemnify and hold SESI harmless, to the fullest extent permitted by law, from all claims made by any third-party using or otherwise relying on the data. CLIENT acknowledges that its release and waiver hereunder, as well as its indemnification and hold harmless obligations as to third-part claims are intended to extend to all manner of claims, expressly including, but not limited to, claims for delay, claims for extra payment related to earthwork, foundation, structural work installation and/or other site-work, and claims for consequential damages of any kind or nature.

N:\doc-pool\xfiles\x2015fees.doc

C-1

**CLIENT'S INITIALS**

SESI (Amerisure)002372

SESI (Amerisure)002373



**SESI**
CONSULTING
ENGINEERS

# TERMS AND CONDITIONS
(January 11, 2015)

Project No. 9327
(cont'd)

**6.0 STANDARD OF CARE.** The Standard of Care for all professional engineering and related services performed or furnished by SESI under this Agreement will be the care and skill ordinarily used by members of SESI's profession, practicing under similar conditions at the same time and in the same locality. SESI makes no warranties, express or implied, under this Agreement or otherwise, in connection with its services. SESI in no instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site.

CLIENT recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

SESI shall be liable only for its own negligent acts or omissions and assumes no liability for the acts or omissions of the CLIENT or other parties or for information provided by others and used in the execution of the work.

**7.0 SITE SAFETY.** SESI shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should CLIENT or its contractors be conducting activities on site, SESI shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the CLIENT, its contractors, agents, or employees. Further, CLIENT represents that it has specifically assigned responsibility for site safety to others.

**8.0 FAILURE TO FOLLOW RECOMMENDATIONS.** SESI disclaims any and all responsibility and liability for problems that may occur during implementation of its plans, specifications, or recommendations when SESI is not retained to observe such implementation.

**9.0 EXTENT OF LIABILITY.** CLIENT agrees that, to the fullest extent permitted by law, SESI's total liability to CLIENT is limited to its total compensation under the terms of this Agreement, or $50,000, whichever is greater, for any and all injuries, damages, claims, losses, expenses, or claim expenses (including attorney's fees) arising out of this Agreement from any cause or causes. If CLIENT requires a limit of liability greater than that provided herein, SESI shall include the amount of such additional limit and the additional compensation to be paid to SESI for assumption of such additional risk.

**10.0 TERMINATION.** The obligation to provide further services under this Agreement may be terminated by either party upon seven (7) days' written notice in the event of material breach by the other party to perform in accordance with the terms hereof through no fault of the terminating party. In the event of termination, SESI shall be entitled to payment for all services rendered and all reimbursable expenses to the date of termination.

**11.0 ASSIGNMENT.** Neither CLIENT nor SESI shall assign, sublet, or transfer any rights under or interest in this Agreement (including, but without limitation, moneys that may become due, or moneys that are due) without the written consent of the other.

**12.0 OWNERSHIP OF INSTRUMENTS OF SERVICE.** Plans, specifications, reports, boring logs, calculations, field data, field notes, laboratory test data, estimates, and similar documents and materials (other than samples) prepared by or for SESI as instruments of service are SESI's property. SESI shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period SESI's instruments of service will be made available for CLIENT's review at any reasonable time.

**13.0 DURATION.** Any scope of work cost and/or work cost estimate contained herein is valid for 30 days from the date of this document, after which time SESI reserves the right to adjust the costs at its discretion.

**14.0 THIRD PARTY BENEFICIARIES.** The sole parties to this Professional Services Agreement are: SESI and the CLIENT. Nothing contained in this Agreement is intended to or shall be construed to create a contractual relationship with or a cause of action in favor of any non-party against either the CLIENT or SESI. SESI's services under this Agreement are being performed solely for the CLIENT's benefit, and no third party or entity shall be entitled to make any claim against SESI based on this Agreement or the performance or nonperformance of services hereunder. The CLIENT and SESI agree to require a similar provision in all contracts with contractors, subcontractors, vendors, and all other entities involved in this Project to carry out the intent of this provision.

**15.0 CODE COMPLIANCE.** SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

N:\doc-pool\xfiles\x2015fees.doc

C-2

**CLIENT'S INITIALS**

SESI (Amerisure)002374

SESI (Amerisure)002375



**SESI**

CONSULTING
ENGINEERS

## TERMS AND CONDITIONS
(January 11, 2015)

Project No. 9327
(cont'd)

**16.0   INDEMNIFICATION.** SESI agrees, to the fullest extent permitted by law, to indemnify and hold harmless the CLIENT, its officers, directors, and employees (collectively, CLIENT) against all damages, liabilities, or costs, including reasonable attorneys' fees and defense costs, to the extent caused by the Consultant's negligent performance of professional services under this Agreement and that of its subconsultants or anyone for whom SESI is legally liable.

CLIENT agrees, to the fullest extent permitted by law, to indemnify and hold harmless SESI, its officers, directors, employees and subconsultants (collectively, SESI) against all damages, liabilities or costs, including reasonable attorneys' fees and defense costs, to the extent caused by the CLIENT'S negligent acts in connection with the Project and the acts of its contractors, subcontractors or consultants or anyone for whom the CLIENT is legally liable.

Neither the CLIENT nor SESI shall be obligated to indemnify the other party in any manner whatsoever for the other party's own negligence or for the negligence of others.

**17.0   DISPUTE RESOLUTION.** In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator. If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey, and venued in Morris County.

**18.0   CONFIDENTIALITY.** SESI shall maintain the confidentiality of Project information, unless to do so would violate the law, any administrative rules and regulations, or unless such disclosure is reasonably necessary for SESI to provide a defense in any claim or legal action.

**19.0   INSURANCE.** SESI shall, during the period of performance of this Agreement, endeavor to maintain insurance coverage for Professional, Contractor's Pollution, Comprehensive General, Automobile, Worker's Compensation, and Employer's Liability in amounts in accordance with legal and SESI's business requirements. CLIENT will, upon request, be provided with Certificates evidencing such coverage. If CLIENT requires a coverage limit greater than that maintained by SESI, SESI shall make application to the underwriter for the increased limits and the increase in the premium cost shall be invoiced additionally to the CLIENT.

**20.0   CONSTRUCTION-PHASE SERVICES.** If Construction observation services are included in the Agreement, SESI shall perform those services at intervals designated by the CLIENT. If the intervals are not specified by the CLIENT, SESI personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor. Such visits and observation are not intended to be an exhaustive check or a detailed inspection of the Contractor's work but to become generally familiar with the Work in progress and to determine, in general, if the Work is proceeding in accordance with the Contract Documents. Based on this general observation, SESI shall keep the CLIENT informed regarding the progress and quality of Work and shall endeavor to guard the CLIENT against deficiencies in the Work. SESI's Construction-phase services exceeding the visits, reviews, and observations indicated in this Agreement shall be considered as Additional Services.

It is understood that the Contractor, not SESI, is responsible for the construction of the project, and SESI is not responsible for the acts or omissions of any contractor, subcontractor, or material supplier; for safety precautions, programs, or enforcement; or for construction means, methods, techniques, sequences, and procedures employed by the Contractor.

If the Agreement does not include Construction-phase services, the CLIENT shall be solely responsible for interpreting the Contract Documents and observing the Work of the Contractor to discover, correct, or mitigate errors, inconsistencies, or omissions. If the CLIENT authorizes deviations, recorded or unrecorded, from the documents prepared by SESI, the CLIENT shall not bring any claim against SESI and shall indemnify and hold SESI harmless from and against all claims, losses, damages, and expenses, including but not limited to defense costs and the time of SESI to the extent such claim, loss, damage, or expense arises out of or results in whole, or in part from such deviations, regardless of whether or not such claim, loss, damage, or expense is caused in part by a party indemnified under this provision.

**21.0   GOVERNING LAWS.** This Agreement shall be governed by and construed in accordance with the laws of the State of New Jersey without regard to the conflict of laws provisions of such laws.

**22.0   SEVERABILITY.** If any term or condition of this Agreement shall, to any extent, be found to be invalid or unenforceable, the remaining provisions shall remain in full force and effect to the extent allowed by applicable law.

N:\doc-pool\xfiles\x2015fees.doc

C-3

**CLIENT'S INITIALS**

SESI (Amerisure)002377

CONSULTING ENGINEER AGREEMENT
Between
PREMIER DESIGN + BUILD GROUP, LLC
And
SESI CONSULTING ENGINEERS
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

*P 1/15/16*
*AS SENT TO*
*CHRIS DOYLER*
*1/19/16 Sent*

Job No. 1526
Code No. 02-800

## I.   IDENTIFICATION OF PARTIES

This Agreement made and entered into this ~~29th Day of December 2015~~ *19th Day of January, 2016* by and between PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL  60143, hereinafter called PDBG, and SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY hereinafter called ENGINEER.

## II.  IDENTIFICATION OF PROJECT

The project for which storm water pollution prevention consulting is to be provided is known as ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861

## III. DESCRIPTION OF SERVICES

The ENGINEER shall provide the following professional services for PDBG in accordance with the terms and conditions of this Agreement.  All work shall be performed only when requested by PDBG and shall be invoiced on a time and ~~material basis not to exceed the amount listed below.~~ *expenses basis in accordance with Attachment A.*

| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required | | |
|----|--------------------------------------------------------------------------------|---|---|
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit | | |
| 3. | Formal report provided within forty-eight (48) working hours after each visit | | |
| | | SUB-TOTAL | $10/T&M |
| UNIT RATES for WORK to be PERFORMED | | | |
| | STAFF ENGINEER/DESIGNER | | $137/HOUR |
| | INSPECTOR | | $87/HOUR |

## IV.  EXTRA WORK

No extra or additional work will be paid for, except as authorized by PDBG, in writing, to ENGINEER prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to ENGINEER'S work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

## V.   SCHEDULE     *See Attachment A   Scope of Services - Phase 1-SWPPP Inspection Services*

~~The schedule to which ENGINEER services are to be provided shall be as follows:~~
A.   ~~WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours~~

## VI.  GENERAL CONDITIONS

A.   Successors and Assigns   *See Attachment A Terms and Conditions Item 11.0  Assignment*

~~The ENGINEER shall not sublet any part of the work nor assign any monies due without prior written permission of PDBG.~~

B.   Confidentiality

The ENGINEER shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the

SESI (Amerisure)002378

ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D.      Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

E.      Publicity

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

F.      Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section IV.

III & IV

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

G.      Insurance

1.      Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.      The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.      Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

SESI (Amerisure)002379

Engineering Consultant
Agreement

Page 3 of 3

3. The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4. The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

5. ~~Each party~~ hereby agrees to deliver to the other in accordance with the ~~terms of this~~ Agreement, ~~Certificate of Insurance evidencing the above coverage with limits~~ no less than those specified above. Further, ~~all Certificates shall expressly provide that no less than fifteen (15) days prior written notice shall be given in the event of material alternate or to cancellation of the coverages evidenced by such Certificates.~~

H. Indemnity

reasonable legal fees recoverable under applicable law

1. The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including ~~legal fees,~~ arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

reasonable legal fees recoverable under applicable law,

2. PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from all claims and losses, including ~~legal fees~~ arising out of the negligence of PDBG in the performance of services as the General Contractor for the project and under this Agreement to the extent that PDBG is responsible, for such losses arising out of the sole responsibility of PDBG.

3. Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H. The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I. Extent of Agreement

This Agreement represents the entire and integrated agreement between PDBG and the ENGINEER and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both PDBG and ENGINEER.

J. Governing Law

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey

PREMIER DESIGN + BUILD GROUP, LLC      SESI CONSULTING ENGINEERS

_____      _____
Member

Date: _____      Date: _____

SESI (Amerisure)002380

SESI (Amerisure)002381

## ATTACHMENT A



# SESI
## CONSULTING
## ENGINEERS

# PROFESSIONAL SERVICES AGREEMENT
# For
# ENVIRONMENTAL ENGINEERING SERVICES

**ePort Redevelopment
1050 State Street
Perth Amboy, NJ 08861**

**prepared for:**

**Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois 60143**

**prepared by:**

**SESI CONSULTING ENGINEERS
12A Maple Avenue
Pine Brook, NJ  07058**

**SESI Project No.: 9327**

**January 19, 2016**

**SESI (Amerisure)002382**

# PROFESSIONAL SERVICES AGREEMENT
## For
# ENVIRONMENTAL ENGINEERING SERVICES

**ePort Redevelopment**
**1050 State Street**
**Perth Amboy, NJ 08861**

**January 19, 2016**

## SCOPE OF SERVICES

SESI understands the required Scope of Services for this project will involve environmental engineering services related to the oversight of the implementation of the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015 for the ePort Redevelopment Site. The general scope of our services is broken down into the following phases:

### Phase 1 – SWPPP Inspection Services

SESI will provide Premier with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection will typically be performed on the same day as the weekly construction meeting to reduce travel costs. A copy of the hand-written field notes will be provided to the Client on the day of the inspection and a written report will be issued within two (2) business days of the inspection.

### Phase 2 – Project Management & Annual Reporting

SESI will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, SESI will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

SESI (Amerisure)002383

## COST OF SERVICES

The above scope of services will be provided on a time and expenses basis. All services will be provided in accordance with the Schedule of Fees (Page B-1) and Terms and Conditions (pages C-1 through C-3) all dated January 17, 2016 and attached as part of this Agreement.

The primary categories of SESI personnel that will staff this project will be the staff engineer and the project engineer, when necessary. Any required expenses, field supplies, and equipment (when necessary) will be billed in accordance with the Schedule of Fees.

## PROJECT ASSUMPTIONS

SESI's Cost of Services is based on the following key assumptions:

(1) All work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015; and,

(2) SESI will, when practical, perform the SWPP inspection on the same day as the weekly construction meeting to reduce inspection costs.

**SESI (Amerisure)002384**

# SESI CONSULTING ENGINEERS
## VERIFICATION OF BILLING INFORMATION/AUTHORIZATION TO COMMENCE WORK

We mutually agree that you have authorized **SESI CONSULTING ENGINEERS** to commence work on the project described below. Please complete/correct this information as appropriate in order to meet the requirements of various state statutes regulating the practice of Professional Engineering, and to assist us in servicing your account.

**PROJECT LOCATION: ePort Redevelopment SWPPP Services**          **JOB NO.: P-9327**

**CLIENT INFORMATION:**

| | |
|---|---|
| *SESI'S CLIENT:* | *Premier Design + Build* |
| *CONTACT PERSON:* | *Chad Taylor* |
| *ADDRESS :* | *1000 West Irving Park Road, Suite 200 Itasca, Illinois 60143* |
| *TELEPHONE :* | *(847) 297-4200*   FAX : *(847) 297-4205* |
| *EMAIL:* | *chad.taylor@pdbgroup.com* |
| *SPECIAL BILLING REQUIREMENTS:* | |

*(Purchase order req'd, submit invoice by (date) etc.)*

**ACCOUNTS PAYABLE INFORMATION:**

| | |
|---|---|
| *CONTACT NAME:* | |
| *EMAIL:* | |

**PROJECT INFORMATION:**

| | |
|---|---|
| *PROJECT NAME:* | *ePort Redevelopment* |
| *STREET ADDRESS:* | *1050 State Street* |
| *MUNICIPALITY:* | *Perth Amboy*   COUNTY: *Middlesex*   STATE: *NJ* |
| *TAX BLOCK :* | *TAX LOT:* |
| *PROPERTY OWNER NAME:* | |
| *PROPERTY OWNER ADDRESS:* | |

Our services will be billed on a time and expense basis, and in accordance with our Schedule of Fees, unless otherwise set forth in the Agreement. Please sign and return one copy of this verification/authorization so that we may commence work. Your signature will indicate acceptance of the terms described, as well as an acknowledgment that the client to be billed will assume responsibility for payment of all invoices and any reasonable costs of collection should such action become necessary.

| **AUTHORIZED BY:** | **ACCEPTED BY:** |
|---|---|
| | |
| *(Client - Authorized Representative's Signature)* | **SESI CONSULTING ENGINEERS** |
| | |
| *(Printed or Typed Name)* | *(Printed or Typed Name)* |
| | |
| **TITLE/DATE** | **TITLE/DATE** |

*Person signing authorization MUST be same as specified client. If person signing is an agent for client, authorization to act as agent must also be submitted.

☒ If checked, this offer to enter into contract with client will become void unless fully authorized (including receipt of retainer, if required) by client by January 30, 2016

A-1

SESI (Amerisure)002385



**SESI**
CONSULTING
ENGINEERS

## SCHEDULE OF FEES
(January 17, 2016)

**Project No.9327**

## 1.0 PERSONNEL. *

| | | | |
|---|---|---|---|
| Principal | $275/hr | Licensed  Landscape Architect | $132/hr |
| Senior Project Engineer | 230/hr | Staff Geologist/Environmental Technician | 113/hr |
| Project Engineer | 198/hr | Senior Inspector/Design Drafter | 103/hr |
| Project Manager | 198/hr | Inspector | 90/hr |
| Assistant Project Engineer | 165/hr | Drafter/Technician | 85/hr |
| Staff Engineer/Designer | 142/hr | Administrative Assistant | 60/hr |
| Sr. Environmental Technician | 124/hr | Expert Witness Preparation/Testimony | 300/hr |

*On-site inspection provided prior to 7 AM or after 5 PM, or in excess of eight hours on weekdays; and services provided on weekends, will be invoiced at one and one-half times the listed rate.  Services provided on holidays will be invoiced at two times the listed rate.

**1.1 GEOTECHNICAL LABORATORY TESTING.** In house laboratory testing will be billed at unit rates depending on the type of test.  Unit prices for standard laboratory tests will be made available on request.

**1.2 SPECIAL FIELD EQUIPMENT.** Special field equipment supplied by SESI such as nuclear moisture-density gauges, inclinometers, load test equipment, field measurement equipment, etc., will be billed at a periodic rental rate (the rental rates are available upon request).  Field personnel costs will be invoiced separately from equipment rental.

**1.3 SUBCONTRACTED ITEMS.** Subcontracted work - such as boring contractors, excavation contractors, laboratory chemical testing fees, report reproduction, surveying, equipment rental, etc. will be billed at cost plus 15%.

**1.4 EXPENSES.** All expenses incurred by us, such as auto mileage, tolls and parking, special supplies, long distance communications, blueprints, travel, and subsistence, and other expenses incidental to the execution of the work will be charged at cost plus 15%.  Auto mileage will be billed at $.54/mile.

**1.5 INSURANCE.** A 4.5% surcharge will be added to the invoice total to cover the cost of professional liability insurance.

N:\doc-pool\xfiles\x2016fees.doc

B-1

**CLIENT'S INITIALS**

SESI (Amerisure)002386

(Ambiguous - will not pay Disputing)



## TERMS AND CONDITIONS
(January 17, 2016)

**Project No. 9327**

**1.0** **INVOICING.** Payment of invoices is due within ten (10) days from the date of invoice. Amounts not paid within 30 days of invoice date are subject to service charges of 1.25% per month (15% APR), plus any reasonable cost of collection services, inclusive of attorneys' fees. Billing rates are in accordance with SESI's current SCHEDULE OF FEES and are subject to change periodically thereafter. The CLIENT expressly acknowledges that payment of SESI's invoices is not contingent upon receipt by CLIENT of funds from outside sources (lenders, owners, etc.).

**NOTE:** SESI expressly reserves the right to cease providing services (other than that which we, in our sole discretion, deem necessary for the protection of the public) due to any delinquency of payment of any invoice for services performed on the project or project site, whether for the CLIENT and/or any entity with any relationship to the CLIENT. "Services", as used herein, shall mean not only performance of field-work but also preparation and/or revision of "instruments of service" (as defined hereinafter). In addition to cessation of services, any uncured failure or delinquency of payment, will entitle SESI to withhold delivery or refuse turnover of all Instruments of Service to the CLIENT, or any third-party, or any successor in interest. SESI shall have no obligation to provide advance notice that it has ceased providing services under the terms of this paragraph.

**2.0** **SAMPLES.** Geotechnical samples will be retained by SESI for 30 days from the date of sample collection. Further storage or transfer of samples may be arranged at CLIENT'S expense upon written request received prior to the 25th day of the 30-day period.

**3.0** **RIGHT OF ENTRY.** CLIENT shall provide for SESI's right to enter property owned by CLIENT and/or other(s) in order for SESI to fulfill its scope of services. CLIENT recognizes that SESI's use of exploratory equipment will result in site disturbance, and may cause some damage, and understands that the correction of such damage is not part of this Agreement. It is expressly understood that no site restoration or areas explored by test pits and/or borings or other methods, will be done other than to backfill test holes with spoil material only at the time the exploration is made, unless otherwise agreed to, in writing, prior to the commencement of work. Any further filling or patching of areas explored by test pits and/or borings or other methods, is the responsibility of the CLIENT. Any additional settlement of areas explored by test pits and/or borings or other methods shall be the responsibility of the owner and/or CLIENT to fill and/or restore.

**4.0** **BURIED UTILITIES.** SESI will perform research to locate utility lines and other man-made objects that may exist beneath the site's surface. CLIENT recognizes that, despite due care, SESI may be unable to identify underground objects or utilities, and information provided to or obtained by SESI may contain errors or be incomplete. The CLIENT agrees to the fullest extent permitted by law to waive any claim against SESI, and indemnify, defend and hold SESI harmless for direct damage to and consequential damages resulting from contact with buried utilities and other man-made objects that were not called to SESI's attention, or which were not properly located on drawings provided to SESI.

**5.0** **USE OF DATA.** CLIENT acknowledges that the data provided by SESI is intended for use in design efforts only, and may not be sufficient to prepare a comprehensive bid, or determine the exact extent of work required during earthwork, foundation installation, and other sitework. The CLIENT acknowledges that the data in our reports should not be relied upon to estimate bid quantities, schedules, costs, etc, and agrees to inform the design team and all prospective bidders. The CLIENT agrees to require all prospective bidders to perform whatever additional explorations, or data gathering they deem necessary to prepare their bids accurately and will allow sufficient time in the bidding process for prospective contractors to do so.

If, for any reason, CLIENT fails or refuses to do either, CLIENT thereby:

a) releases SESI from any responsibility for the ultimate extent of work required in connection with earthwork, foundation installation, structural work and/or other site-work;

b) waives any claims against SESI arising out of the performance of such work; and

c) unconditionally agrees to defend, indemnify and hold SESI harmless, to the fullest extent permitted by law, from all claims made by any third-party using or otherwise relying on the data. CLIENT acknowledges that its release and waiver hereunder, as well as its indemnification and hold harmless obligations as to third-part claims are intended to extend to all manner of claims, expressly including, but not limited to, claims for delay, claims for extra payment related to earthwork, foundation, structural work installation and/or other site-work, and claims for consequential damages of any kind or nature.

N:\doc-pool\xfiles\x2016fees.doc

C-1

**CLIENT'S INITIALS**

SESI (Amerisure)002387



# TERMS AND CONDITIONS
(January 17, 2016)

**Project No. 9327**
(cont'd)

**6.0** **STANDARD OF CARE.** The Standard of Care for all professional engineering and related services performed or furnished by SESI under this Agreement will be the care and skill ordinarily used by members of SESI's profession, practicing under similar conditions at the same time and in the same locality. ~~SESI makes no warranties, express or implied, under this Agreement or otherwise, in connection with its services.~~ SESI in no instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site. ~~or only~~

CLIENT recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

SESI shall be liable only for its own ~~negligent~~ acts or omissions and assumes no liability for the acts or omissions of the CLIENT or other parties or for information provided by others and used in the execution of the work.

**7.0** **SITE SAFETY.** SESI shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should CLIENT or its contractors be conducting activities on site, SESI shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the CLIENT, its contractors, agents, or employees. ~~Further, CLIENT represents that it has specifically assigned responsibility for site safety to others.~~

**8.0** **FAILURE TO FOLLOW RECOMMENDATIONS.** SESI disclaims any and all responsibility and liability for problems that may occur during implementation of its plans, specifications, or recommendations when SESI is not retained to observe such implementation.

**9.0** **EXTENT OF LIABILITY.** CLIENT agrees that, to the fullest extent permitted by law, SESI's total liability to CLIENT is limited to its total compensation under the terms of this Agreement, or $50,000, whichever is greater, for any and all injuries, damages, claims, losses, expenses, or claim expenses (including attorney's fees) arising out of this Agreement from any cause or causes. If CLIENT requires a limit of liability greater than that provided herein, SESI shall include the amount of such additional limit and the additional compensation to be paid to SESI for assumption of such additional risk.

*— Send Act Lawsuit ⟵*

**10.0** **INTENTIONALLY LEFT BLANK**

**11.0** **ASSIGNMENT.** Neither CLIENT nor SESI shall assign, sublet, or transfer any rights under or interest in this Agreement (including, but without limitation, moneys that may become due, or moneys that are due) without the written consent of the other.

**12.0** **OWNERSHIP OF INSTRUMENTS OF SERVICE.** ~~Plans, specifications,~~ reports, ~~boring logs, calculations,~~ field data, field notes, ~~laboratory test data,~~ estimates, and similar documents and materials (other than samples) prepared by or for SESI as instruments of service are SESI's property. SESI shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period SESI's instruments of service will be made available for CLIENT's review at any reasonable time. *rM*

**13.0** **DURATION.** Any scope of work cost and/or work cost estimate contained herein is valid for 30 days from the date of this document, after which time SESI reserves the right to adjust the costs at its discretion.

**14.0** **THIRD PARTY BENEFICIARIES.** The sole parties to this Professional Services Agreement are: SESI and the CLIENT. Nothing contained in this Agreement is intended to or shall be construed to create a contractual relationship with or a cause of action in favor of any non-party against either the CLIENT or SESI. SESI's services under this Agreement are being performed solely for the CLIENT's benefit, and no third party or entity shall be entitled to make any claim against SESI based on this Agreement or the performance or nonperformance of services hereunder. The CLIENT and SESI agree to require a similar provision in all contracts with contractors, subcontractors, vendors, and all other entities involved in this Project to carry out the intent of this provision.

**15.0** **CODE COMPLIANCE.** SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

N:\doc-pool\xfiles\x2016fees.doc

C-2

**CLIENT'S INITIALS**

SESI (Amerisure)002388



# TERMS AND CONDITIONS
(January 17, 2016)

**Project No. 9327**
**(cont'd)**

**16.0 INTENTIONALLY LEFT BLANK**

**17.0 DISPUTE RESOLUTION.** In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator. If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey, and venued in Morris County.

**18.0 INTENTIONALLY LEFT BLANK**

**19.0 INTENTIONALLY LEFT BLANK**

**20.0 CONSTRUCTION-PHASE SERVICES.** If Construction observation services are included in the Agreement, SESI shall perform those services at intervals designated by the CLIENT. If the intervals are not specified by the CLIENT, SESI personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor. Such visits and observation are not intended to be an exhaustive check or a detailed inspection of the Contractor's work but to become generally familiar with the Work in progress and to determine, in general, if the Work is proceeding in accordance with the Contract Documents. Based on this general observation, SESI shall keep the CLIENT informed regarding the progress and quality of Work and shall endeavor to guard the CLIENT against deficiencies in the Work. SESI's Construction-phase services exceeding the visits, reviews, and observations indicated in this Agreement shall be considered as Additional Services.

It is understood that the Contractor, not SESI, is responsible for the construction of the project, and SESI is not responsible for the acts or omissions of any contractor, subcontractor, or material supplier; for safety precautions, programs, or enforcement; or for construction means, methods, techniques, sequences, and procedures employed by the Contractor.

If the Agreement does not include Construction-phase services, the CLIENT shall be solely responsible for interpreting the Contract Documents and observing the Work of the Contractor to discover, correct, or mitigate errors, inconsistencies, or omissions. If the CLIENT authorizes deviations, recorded or unrecorded, from the documents prepared by SESI, the CLIENT shall not bring any claim against SESI and shall indemnify and hold SESI harmless from and against all claims, losses, damages, and expenses, including but not limited to defense costs and the time of SESI to the extent such claim, loss, damage, or expense arises out of or results in whole, or in part from such deviations, regardless of whether or not such claim, loss, damage, or expense is caused in part by a party indemnified under this provision.

**21.0 INTENTIONALLY LEFT BLANK**

**22.0 SEVERABILITY.** If any term or condition of this Agreement shall, to any extent, be found to be invalid or unenforceable, the remaining provisions shall remain in full force and effect to the extent allowed by applicable law.

N:\doc-pool\xfiles\x2016fees.doc

C-3

**CLIENT'S INITIALS**

SESI (Amerisure)002389



September 18, 2014


Premier Design + Build Group
1000 W Irving Park Road, Ste 200
Itasca, IL 60143

TO All Subcontractors


**RE: Certificates of Insurance**


To all Subcontractors & Vendors;

Effective **immediately**, Premier Design + Build Group has engaged Assurance Agency, Ltd to automate our tracking of certificates of insurance for compliance. We are striving to improve our process through clearer requirements, better communications, and more accurate notifications. To ensure a smooth transition from current processes to our new solution, **your assistance and cooperation is needed**.

We ask that you submit **all future Certificates** of Insurance and **applicable Endorsement Forms** to

**Kelly Perry**
**Assurance Agency, Ltd.**
**Fax - 1-888-810-4474,**
**email – kperry@assuranceagency.com**

*Please forward this information to your insurance agent and have them issue a certificate of insurance and endorsement forms per the insurance requirements as soon as possible.*

In addition, please make sure to cc; rosa.schwartz@pdbgroup.com as well. Should you have any questions, please do not hesitate to contact Rosa Schwartz or Mark Melone with Premier Design + Build Group at 847-297-4200.

Thank you,

PREMIER DESIGN + BUILD GROUP


Rosa M. Schwartz
Project Coordinator

**SESI (Amerisure)002390**

SESI (Amerisure)002391

# EXHIBIT "A"



## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
xx/xx/20xx

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Your Agent Name<br>Address<br>City, State Zip | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | PRODUCER CUSTOMER ID #: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : Insurance Company  A- VII or greater | | NAIC # |
| Your Company Name<br>Address<br>City, State Zip<br>Phone & Fax | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR | Y | Y | ABC | mm/dd/yy | mm/dd/yy | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | Y | Y | ABC | mm/dd/yy | mm/dd/yy | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| A | **UMBRELLA LIAB** X OCCUR<br>**EXCESS LIAB** CLAIMS-MADE<br>DEDUCTIBLE<br>RETENTION $ | Y | Y | ABC | mm/dd/yy | mm/dd/yy | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y | ABC | mm/dd/yy | mm/dd/yy | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | **Professional Liability**<br>(If Applicable) | | | ABC | mm/dd/yy | mm/dd/yy | Each occur / Agg $2,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

1526 - Bridgepoint E-Port, Building A - 1000 High Street, Perth Amboy, NJ; Building B - 960 High Street, Perth Amboy, NJ; Building C - 980 High Street, Perth Amboy, NJ (See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Premier Design + Build Group<br>1000 W Irving Park Road, Suite 200<br>Itasca, IL 60143 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)     The ACORD name and logo are registered marks of ACORD

**SESI (Amerisure)002392**

SESI (Amerisure)002393

# EXHIBIT "A"

*****SAMPLE CERTIFICATE*****

RE: 1526 - Bridgepoint E-Port, Building A - 1000 High Street, Perth Amboy, NJ; Building B -960 High Street, Perth Amboy, NJ; Building C - 980 High Street, Perth Amboy, NJ

It is agreed that the following are added as Additional Insured on the General Liability and Auto Liability policies with respects to operations performed by the Named Insured in connection with this project:

1.) Premier Design + Build Group, LLC

2.) Premier Design + Build National, LLC

3.) Bridge Perth Amboy, LLC

4.) Bridge Development Partners, LLC

The coverage afforded to the Additional Insureds is on a Primary and Non-Contributory basis.

A Waiver of Subrogation applies to the General Liability, Auto Liability, and Workers Compensation policies in favor of all additional insureds.

Excess/Umbrella Policy Follows Form

An Additional Insured Endorsement Form must be submitted with certificate.

Required Form(s)*:

CG 20 10 10 01 - Ongoing Operations

AND

CG 20 37 10 01 - Completed Operations

*Or Equivalent

**Indemnification and Agreement to Insure:** To the fullest extent permitted by applicable law, Subcontractor agrees to indemnify, defend and hold PREMIER DESIGN + BUILD GROUP, LLC harmless from and against any and all liability, losses, claims, damages and expenses (including, but not limited to, court costs and attorneys' fees) resulting from or arising out of the work performed hereunder, or in connection with the erection, construction, placement or operation of any scaffold, hoist, crane, stay, ladder, support or other mechanical contrivance in connection with such work, including, but not limited to, such liability, losses, claims, damages and expenses arising under the Structural Work Act of Illinois. Further, the Subcontractor agrees to assume all responsibility for compliance with all safety laws and ordinances applicable to the work performed hereunder, including, but not limited to, the Structural Work Act of Illinois and agrees to indemnify, defend and hold PREMIER DESIGN + BUILD GROUP, LLC harmless from and against any and all liability, losses, claims, damages and expenses (including court costs and attorneys' fees) arising out of or resulting from any failure or claim of failure to do so. Subcontractor, at its sole cost and expense, shall obtain and maintain insurance against Subcontractor's liability arising under the preceding paragraph and, in addition, shall obtain and maintain insurance against any liability of Subcontractor or PREMIER DESIGN + BUILD GROUP, LLC arising under any structural work law, or law imposing liability from the use of scaffolds, hoists, cranes, stays, ladders, supports or other mechanical contrivances, such as the Structural Work Act of Illinois, in amounts and with carriers acceptable to PREMIER DESIGN + BUILD GROUP, LLC and shall provide PREMIER DESIGN + BUILD GROUP, LLC with certificates of such insurance naming PREMIER DESIGN + BUILD GROUP, LLC as an additional insured prior to commencing any work hereunder.

ACORD 25 (2001/08)

**SESI (Amerisure)002394**

SESI (Amerisure)002395

CONSULTING ENGINEER AGREEMENT
Between
PREMIER DESIGN + BUILD GROUP, LLC
And
SESI CONSULTING ENGINEERS
For
ePort – Buildings A, B, & C
960-1000 High Street
Perth Amboy, NJ 08861

PSA Approved By: _____

Date Approved: 06/08/16

Retainer Rcvd On: _____ $ N/A

PM Reviewed: _____ Scanned

Job No. 1526
Code No. 02-800

## I. IDENTIFICATION OF PARTIES

This Agreement made and entered into this 25st Day of February 2016 by and between PREMIER DESIGN + BUILD GROUP, LLC, 1000 Irving Park Road, Suite 200, Itasca, IL 60143, hereinafter called PDBG, and SESI CONSULTING ENGINEERS 12A MAPLE AVENUE, PINE BROOK, NEW JERSEY hereinafter called ENGINEER.

## II. IDENTIFICATION OF PROJECT

The project for which storm water pollution prevention consulting is to be provided is known as ePort-Buildings A, B, C 960-1000 High Street Perth Amboy, NJ 08861.

## III. DESCRIPTION OF SERVICES

The ENGINEER shall provide the following professional services for PDBG in accordance with the terms and conditions of this Agreement. ENGINEER will provide PDBG with site inspection services during construction to ensure that there are proper erosion and sediment controls maintained in effective operating condition at all times in accordance with the SWPPP. In accordance with the SWPPP, a site inspection will be conducted at a minimum of once every seven (7) calendar days. The SWPPP inspection is to be performed on the same day as the weekly construction meeting to reduce overall inspection costs. A copy of the hand-written field notes will be provided to PDBG on the day of the inspection and a written report will be issued within two (2) business days of the inspection, except in cases where issues or deficiencies which require immediate action are observed at a site inspection, in which case field notes and a written report shall be issued immediately. ENGINEER will provide management, as required, during the construction phase of the project. This will include attendance at meetings, review of additional reports/documents/plans, and site visits by the project engineer. In addition, ENGINEER will assist in the development of annual reports and certifications in accordance of the SWPPP, as necessary.

Description of Services is based on the following key assumptions: all work will be performed in accordance with the Stormwater Pollution Prevention Plan (SWPPP), developed by Menlo Engineering Associates, dated December 1, 2015.

All work shall be performed only when requested by PDBG and shall be invoiced on a time and material basis not to exceed the amount listed below. Invoices shall be provided to PDBG by the 25th of each month and will be paid within 45 days of invoice date. Signed field tickets shall accompany each invoice as documentation of work performed.

| 1. | Storm Water Pollution Prevention Inspection Services – Weekly Basis/as required | | |
|---|---|---|---|
| 2. | Hand Written Notes provided to PDBG from Engineer after each visit | | |
| 3. | Formal report provided within forty-eight (48) working hours after each visit | | |
| | UNIT RATES for WORK to be PERFORMED | SUB-TOTAL | $10/T&M |
| | STAFF ENGINEER/DESIGNER | | $142/HOUR |
| | INSPECTOR | | $90/HOUR |
| | INSURANCE (Professional Liability) | | 4.5% SURCHARGE/INVOICE |

## IV. EXTRA WORK

No extra or additional work will be paid for, except as authorized by PDBG, in writing, to ENGINEER prior to commencement of such extra work. Requests by PDBG for modifications, changes, additions or corrections to ENGINEER'S work within the scope of Description of Services in Section III shall not be the basis for claim of payment for extra work.

SESI (Amerisure)002396

Engineering Consultant
Agreement

## V. SCHEDULE

The schedule to which ENGINEER services are to be provided shall be as follows:

A. WEEKLY, unless otherwise noted by PDBG On-Site Supervision with hand written notes provided at the end of each visit and formal report provided within forty-eight (48) working hours

B. If Construction observation services are included in the Agreement, ENGINEER shall perform those services at intervals designated by the PDBG. If the intervals are not specified by the PDBG, ENGINEER personnel shall visit the site at intervals appropriate to the stage of Work in Construction in order to observe the progress and quality of the Work completed by the Contractor.

## VI. STANDARD OF CARE

The Standard of Care for all professional engineering and related services performed or furnished by ENGINEER under this Agreement will be the care and skill ordinarily used by members of ENGINEER'S profession, practicing under similar conditions at the same time and in the same locality. No instance is to be responsible for means and methods of performance of the work, supervision, sequencing of construction, or safety in, on, or about the project site of others.

PDBG recognizes that environmental, geologic, geotechnical, planimetric, and topographic conditions can vary from those encountered at the times when, and locations where data are obtained, and that the limitations inherent in extrapolating data may result in some level of uncertainty with respect to the interpretation of these conditions, despite due professional care.

ENGINEER shall be liable only for its own acts or omissions and assumes no liability for the acts or omissions of the PDBG or other parties or for information provided by others and used in the execution of the work.

## VII. SITE SAFETY

ENGINEER shall take safety precautions required by federal, state, and local laws, rules and regulations with respect to its own activities in performing services. Should PDBG or its contractors be conducting activities on site, ENGINEER shall not, under any circumstances, be responsible for site safety or means and methods of construction, and shall have no authority to direct or stop the work of the PDBG, its contractors, agents, or employees.

## VIII. GENERAL CONDITIONS

A. Successors and Assigns

The ENGINEER shall not sublet any part of the work nor assign any monies due without prior written permission of PDBG.

B. Confidentiality

The ENGINEER shall not disclose or permit the disclosure of any Confidential Information, except to its employees and subcontractors who need such Confidential Information in order to properly perform the Work and who have executed written agreements other than PDBG, except when, after and to the extent that such Confidential Information is known to the public or was known to the ENGINEER prior to its disclosure to the ENGINEER by a third party on a non-confidential basis.

As used herein, the term "Confidential Information" shall mean any and all information, knowledge and data, technical or non-technical, in any way relating to the subject matter of this Agreement or to any process used or product or apparatus manufactured, used or sold by the Owner or Tenant of the project, which is disclosed to the ENGINEER by or on behalf of PDBG before, during or after the term of this Agreement, other than that which is common knowledge in the industry or published information.

The ENGINEER shall in no event disclose that any Confidential Information is or is not being utilized by PDBG.

PDBG shall identify that which is Confidential Information and attach it to this Agreement.

D. Employees and Subcontractors

The ENGINEER shall procure all such written agreements with its employees and subcontractors as may be necessary to effectuate the purpose of this Agreement and protect the rights of PDBG hereunder.

SESI (Amerisure)002397

Engineering Consultant
Agreement

E.    Publicity

No information relative to the Work shall be released by the ENGINEER for publication, advertising or any other purpose without prior written approval of PDBG.

F.    Termination

This Agreement may be terminated by either party upon seven (7) days written notice should the other party fail substantially to perform in accordance with its terms through no fault of the party initialing the termination.

This Agreement may be terminated by PDBG upon seven (7) days written notice to the ENGINEER in the event that the project is abandoned. In the event of termination, not the fault of the ENGINEER shall be compensated for all services performed to the termination date in accordance with Section IV of this Agreement. Termination of this Agreement by PDBG shall not give rise to any cause of action by the ENGINEER against PDBG for damages or extra compensation. The ENGINEER sole remedy, after termination, shall be compensation in accordance with Section III and IV.

This Agreement may be increased or reduced in scope and compensation by a written and executed Agreement by both the ENGINEER and PDBG.

This Agreement may be terminated by PDBG with reduced notice obligations based on violation of agreement or neglect of duties in the sole discretion and judgement of PDBG that presents a risk of bodily harm, injury, death, or illness to PDBG or any other subcontractors onsite.

G.    Insurance

1.    Professional Liability

The ENGINEER shall provide evidence to PDBG that the ENGINEER has obtained Professional Liability Insurance Coverage in the amount of at least One Million & No/100 Dollars ($1,000,000.00) in the form of an appropriate Certificate, with endorsements, directly related to this project.

2.    The ENGINEER agrees to obtain, maintain and pay for such Worker's Compensation Insurance, as may be required by law, Comprehensive Liability Insurance, Comprehensive Automobile Liability Insurance, protecting the ENGINEER against claims for bodily injury or death or for damage to property occurring upon, in or about the project, with limits in amounts at least equal to those specified below and as outlined in attached "Exhibit A":

a.    Limits of General Liability of not less than One Million and No/100 Dollars ($1,000,000.00), per person, and Two Million and No/100 Dollars ($2,000,000.00), per event, and One Million and No/100 Dollars ($1,000,000.00), for property damage. Comprehensive Automobile Liability of not less than One Million and No/100 Dollars ($1,000,000.00). Excess Umbrella Liability of not less than Five Million and No/100 Dollars ($5,000,000.00) overall.

3.    The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing Environmental Impairment Liability Coverage prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

4.    The ENGINEER shall furnish PDBG a Certificate of Insurance evidencing the above coverages and limits prior to commencement of the ENGINEER work. All Certificates shall provide that no less than thirty (30) days prior written notice shall be given in the event of material alteration to or cancellation of the coverages evidenced by such Certificates.

H.    Indemnity

1.    The ENGINEER shall indemnify and hold harmless PDBG, its agents and employees from all claims and losses, including legal fees, arising out of the negligence of the ENGINEER, its employees or agents in the performance of professional services under this Agreement, to the extent that the ENGINEER is responsible, for such losses arising out of the sole negligence of the ENGINEER.

2.    PDBG shall indemnify and hold harmless the ENGINEER, its agents and employees from

SESI (Amerisure)002398

Engineering Consultant
Agreement

Page 4 of 4

all claims and losses, including legal fees arising out of the negligence of PDBG in the performance of services as the General Contractor for the project and under this Agreement to the extent that PDBG is responsible, for such losses arising out of the sole responsibility of PDBG.

3. Such indemnification by either party shall become due and owing upon a final determination of legal liability between the parties under this Section VIII.H. The obligations assured by the parties under this Section IX.H. shall survive this Agreement.

I. Extent of Agreement

This Agreement represents the entire and integrated agreement between PDBG and the ENGINEER and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by written instrument executed by both PDBG and ENGINEER.

K. Ownership of Instruments of Service

Reports, field data, and field notes and similar documents and materials prepared by or for ENGINEER as instruments of service are ENGINEER'S property. ENGINEER'S shall retain these instruments of service for two (2) years following submission of final project deliverables, during which period ENGINEER'S instruments of service will be made available for PDBG'S review at any reasonable time. In the event that any disputes arising out of this AGREEMENT or the PROJECT are known or anticipated prior to the expiration of two (2) years, PDBG may issue a written "Demand to Preserve Ownership of Instruments of Service," in which case ENGINEER shall retain the instruments for an addition two (2) years, until the dispute giving rise to the Demand is resolved, or until PDBG informs ENGINEER that the Demand has been withdrawn.

L. Governing Law and Code Compliance

Unless otherwise specified, this Agreement shall be governed by the laws of the State of New Jersey. SESI will put forth reasonable efforts to comply with applicable laws, codes, and regulations in effect as of the date of this Agreement. Design changes made necessary by newly enacted laws, codes, and regulations after this date shall entitle SESI to a reasonable adjustment in the project schedule and additional compensation.

M. Dispute Resolution

In the event of a dispute under this Agreement, each party agrees to submit to non-binding mediation prior to the commencement of any legal or administrative proceeding against each other for any alleged violation of the Agreement. If the parties are unable to agree upon an individual to serve as mediator, they shall each select an attorney or other individual recognized as an approved mediator, and those two individuals selected shall jointly agree upon the selection of a third individual who shall alone serve as mediator. If such parties are also unable to agree upon an individual to serve as mediator, the requirement of each party to submit to non-binding mediation under this Agreement shall be waived and the dispute shall be decided by litigation which, unless the parties mutually agree, shall be brought in the State of New Jersey.

PREMIER DESIGN + BUILD GROUP, LLC

_____
Member

Date: _____

SESI CONSULTING ENGINEERS

_____

Date: 02/24/2016

SESI (Amerisure)002399

# EXHIBIT "A"



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
xx/xx/20xx

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Your Agent Name<br>Address<br>City, State Zip | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | PRODUCER CUSTOMER ID #: | | |
| | | INSURER(S) AFFORDING COVERAGE | NAIC # |
| INSURED | INSURER A : | Insurance Company A-VII or greater | NAIC # |
| Your Company Name<br>Address<br>City, State Zip<br>Phone & Fax | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

**COVERAGES**      **CERTIFICATE NUMBER:**      **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR | Y | Y | ABC | mm/dd/yy | mm/dd/yy | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [X] PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | Y | Y | ABC | mm/dd/yy | mm/dd/yy | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| A | **UMBRELLA LIAB** X OCCUR<br>**EXCESS LIAB** CLAIMS-MADE<br>DEDUCTIBLE<br>RETENTION $ | Y | Y | ABC | mm/dd/yy | mm/dd/yy | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | AGGREGATE | $ 2,000,000 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N]<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y | ABC | mm/dd/yy | mm/dd/yy | X WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Professional Liability (If Applicable) | | | ABC | mm/dd/yy | mm/dd/yy | Each occur / Agg $2,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

1526 - Bridgepoint E-Port, Building A - 1000 High Street, Perth Amboy, NJ; Building B - 960 High Street, Perth Amboy, NJ; Building C - 980 High Street, Perth Amboy, NJ (See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Premier Design + Build Group<br>1000 W Irving Park Road, Suite 200<br>Itasca, IL 60143 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2009 ACORD CORPORATION. All rights reserved.

ACORD 25 (2009/09)      The ACORD name and logo are registered marks of ACORD

**SESI (Amerisure)002400**

SESI (Amerisure)002401

## EXHIBIT "A"

*****SAMPLE CERTIFICATE*****

RE: 1526 - Bridgepoint E-Port, Building A - 1000 High Street, Perth Amboy, NJ; Building B -960 High Street, Perth Amboy, NJ; Building C - 980 High Street, Perth Amboy, NJ

It is agreed that the following are added as Additional Insured on the General Liability and Auto Liability policies with respects to operations performed by the Named Insured in connection with this project:

1.) Premier Design + Build Group, LLC

2.) Premier Design + Build National, LLC

3.) Bridge Perth Amboy, LLC

4.) Bridge Development Partners, LLC

The coverage afforded to the Additional Insureds is on a Primary and Non-Contributory basis.

A Waiver of Subrogation applies to the General Liability, Auto Liability, and Workers Compensation policies in favor of all additional insureds.

Excess/Umbrella Policy Follows Form

An Additional Insured Endorsement Form must be submitted with certificate.

Required Form(s)*:

CG 20 10 10 01 - Ongoing Operations

AND

CG 20 37 10 01 - Completed Operations

*Or Equivalent

**Indemnification and Agreement to Insure:** To the fullest extent permitted by applicable law, Subcontractor agrees to indemnify, defend and hold PREMIER DESIGN + BUILD GROUP, LLC harmless from and against any and all liability, losses, claims, damages and expenses (including, but not limited to, court costs and attorneys' fees) resulting from or arising out of the work performed hereunder, or in connection with the erection, construction, placement or operation of any scaffold, hoist, crane, stay, ladder, support or other mechanical contrivance in connection with such work, including, but not limited to, such liability, losses, claims, damages and expenses arising under the Structural Work Act of Illinois. Further, the Subcontractor agrees to assume all responsibility for compliance with all safety laws and ordinances applicable to the work performed hereunder, including, but not limited to, the Structural Work Act of Illinois and agrees to indemnify, defend and hold PREMIER DESIGN + BUILD GROUP, LLC harmless from and against any and all liability, losses, claims, damages and expenses (including court costs and attorneys' fees) arising out of or resulting from any failure or claim of failure to do so. Subcontractor, at its sole cost and expense, shall obtain and maintain insurance against Subcontractor's liability arising under the preceding paragraph and, in addition, shall obtain and maintain insurance against any liability of Subcontractor or PREMIER DESIGN + BUILD GROUP, LLC arising under any structural work law, or law imposing liability from the use of scaffolds, hoists, cranes, stays, ladders, supports or other mechanical contrivances, such as the Structural Work Act of Illinois, in amounts and with carriers acceptable to PREMIER DESIGN + BUILD GROUP, LLC and shall provide PREMIER DESIGN + BUILD GROUP, LLC with certificates of such insurance naming PREMIER DESIGN + BUILD GROUP, LLC as an additional insured prior to commencing any work hereunder.

ACORD 25 (2001/08)

SESI (Amerisure)002402

SESI (Amerisure)002403



September 18, 2014

Premier Design + Build Group
1000 W Irving Park Road, Ste 200
Itasca, IL 60143

TO All Subcontractors

**RE: Certificates of Insurance**

To all Subcontractors & Vendors;

Effective **immediately**, Premier Design + Build Group has engaged Assurance Agency, Ltd to automate our tracking of certificates of insurance for compliance. We are striving to improve our process through clearer requirements, better communications, and more accurate notifications. To ensure a smooth transition from current processes to our new solution, **your assistance and cooperation is needed**.

We ask that you submit **all future Certificates** of Insurance and **applicable Endorsement Forms** to

**Kelly Perry**
**Assurance Agency, Ltd.**
**Fax - 1-888-810-4474,**
**email – kperry@assuranceagency.com**

*Please forward this information to your insurance agent and have them issue a certificate of insurance and endorsement forms per the insurance requirements as soon as possible.*

In addition, please make sure to cc; rosa.schwartz@pdbgroup.com as well. Should you have any questions, please do not hesitate to contact Rosa Schwartz or Mark Melone with Premier Design + Build Group at 847-297-4200.

Thank you,

PREMIER DESIGN + BUILD GROUP

Rosa M. Schwartz
Project Coordinator

1000 West Irving Park Road, Ste. 200, Itasca, IL 60143 • Tel. 847-297-4200 • Fax. 847-297-4205 • www.pdbgroup.com

**SESI (Amerisure)002404**

SESI (Amerisure)002405

## Christine Dietz

| | |
|---|---|
| **From:** | Peter Stavrinou <peter.stavrinou@pdbgroup.com> |
| **Sent:** | Friday, August 12, 2016 4:45 PM |
| **To:** | Justin Protasiewicz |
| **Cc:** | Christopher Zwingle; Zach Gadomski; Christine Dietz; Steve Byszewski; Deven Schmitt; Alec Zocher |
| **Subject:** | Re: FW: project # 9327 |

Justin,

If you want to discuss further , fell free to contact me. I think my summary on the (2) items in question are summarized very accurate and were previously discussed with Bridge.

Thanks,

**Peter V. Stavrinou**
V.P of Northeast Division

C: 732 261 9254



0 847 297 4200
F 847 297 4205
517 RT ONE SOUTH, STE 1002 ISELIN, NJ 08

CHICAGO    MIAMI    LOS ANGELES    NEW

    

*Cm 9327-04-19393 attached and applied to invoices 9327-04,05,06*

*No Billing RE 10/15/16 Waiting for Proper Waiver*

On Fri, Aug 12, 2016 at 4:15 PM, Justin Protasiewicz <jp@sesi.org> wrote:

Peter,

This response is not acceptable. SESI was contracted directly by Premier to complete the Bridge Design. The original cost for the design work was a verbal estimate and SESI was released to complete the work. Additional requests came from both Premier and Bridge and a final design was not and could not be provided until all evaluations were completed. At this time we have no choice but to discontinue all work on our contract with you until we receive payment in full for all services provided, or come to a resolution with a payment schedule.

1

SESI (Amerisure)002406

Regards,

Justin



**Justin M. Protasiewicz, PE**

Project Engineer

**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050

Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Peter Stavrinou [mailto:peter.stavrinou@pdbgroup.com]
**Sent:** Friday, August 12, 2016 3:35 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Cc:** Christopher Zwingle <cfz@sesi.org>; Zach Gadomski <zach.gadomski@pdbgroup.com>; Christine Dietz <cd@sesi.org>; Steve Byszewski <spb@sesi.org>
**Subject:** Re: FW: project # 9327

Justin ,

Zach is coming in next week and we will work up the CO for all items  except  listed below :

2

SESI (Amerisure)002407

- Culvert agreed Cost - Bridge is not paying Premier at all for this Design Service - We discussed with Chris and he was willing to agree to $5,000 to 6,000.00 based on the Budget Number we were provided. I think this would be a conversation for you to have with Bridge on balance , I know at times they directed you to look at different options , etc and maybe did not release would increase the estimated cost .

- Light Pole Review - we discussed with Bridge and they agreed this should be part of Bridge / SESI contract , so if you feel you should be compensated you need to forward them a Invoice

Please confirm you are in agreement and we will process CO for your signature. I approved the July Invoice, so I think May and June are the only Invoices open.

I think we are past any more Design work, and should only be utilizing SESI for SWMP Reporting, but would like to have better communication , on Engineering costs exceeding Proposal amount .

Thanks,

Peter V. Stavrinou

V.P of Northeast Division

C: 732 261 9254

3

SESI (Amerisure)002408



O 847 297 4200

F 847 297 4205

517 RT ONE SOUTH, STE 1002 ISELIN, NJ 08830

**CHICAGO   MIAMI   LOS ANGELES   NEW JERSEY**

in 🐦 g+ f ▶

On Fri, Aug 12, 2016 at 3:18 PM, Justin Protasiewicz <jp@sesi.org> wrote:

Peter,

Can you please provide an update on this item?

Thanks,

Justin



CONSULTING
ENGINEERS

**Justin M. Protasiewicz, PE**

Project Engineer

**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050

4

**SESI (Amerisure)002409**

Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Justin Protasiewicz
**Sent:** Friday, August 05, 2016 4:29 PM
**To:** 'Peter Stavrinou' <peter.stavrinou@pdbgroup.com>
**Cc:** Christopher Zwingle <cfz@sesi.org>; Zach Gadomski <zach.gadomski@pdbgroup.com>; Christine Dietz <cd@sesi.org>; Steve Byszewski <spb@sesi.org>
**Subject:** RE: FW: project # 9327

Peter,

Please find attached the cost breakdown you requested. I have created a separate cost sheet for each of our six (6) past invoices to breakdown all costs to date for each phase and to provide a running project total. In the future I will submit this tracking spreadsheet with our invoices.

Please let me know if you have any questions. We need you to process the balance of past due invoices ASAP as we have to pay some of our subcontractors. I'd like to wrap up this item by first thing next week, if possible. Have a good weekend.

Regards,

Justin



**Justin M. Protasiewicz, PE**

Project Engineer

5

**SESI (Amerisure)002410**

**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050

Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Peter Stavrinou [mailto:peter.stavrinou@pdbgroup.com]
**Sent:** Tuesday, August 02, 2016 6:06 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Cc:** Christopher Zwingle <cfz@sesi.org>; Zach Gadomski <zach.gadomski@pdbgroup.com>; Christine Dietz <cd@sesi.org>
**Subject:** Re: FW: project # 9327

Justin,

Zach is off the next few days and will be working out of Chicago helping out in Eport . I will touch base with him to see what was discussed and get back to you. However , As I previously requested lets make sure going forward the Reimbursable is substantial for Example :

**Dirt Testing**

**Design & Printing work**

**Etc**

6

**SESI (Amerisure)002411**

It is tied the the particular Line Items being billed . I think this is fair and reasonable.

Thanks,

**Peter V. Stavrinou**

V.P of Northeast Division

C: 732 261 9254



O 847 297 4200
F 847 297 4205
517 RT ONE SOUTH, STE 1002 ISELIN, NJ 08830



in  𝕏  8+  f  You Tube

On Tue, Aug 2, 2016 at 10:20 AM, Justin Protasiewicz <jp@sesi.org> wrote:

Peter,

Zach and I discussed this while you were gone and it was determined that there was nothing that we can be done for these invoiced amounts. The original cost for the design work was a verbal estimate and SESI was released to complete the work. Additional requests came from both Premier and Bridge and a final design was and could not be provided until those requests were completed. It would be very difficult for us to separate out the additional review work from the design as the additional tasks were part of the design; therefore, I'm requesting that you treat this work as a pass through to Bridge, which I assume you are already doing. Please let me know if this is possible.

7

**SESI (Amerisure)002412**

Regards,

Justin



**Justin M. Protasiewicz, PE**

Project Engineer

**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050

Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Peter Stavrinou [mailto:peter.stavrinou@pdbgroup.com]
**Sent:** Tuesday, August 02, 2016 9:50 AM
**To:** Christine Dietz <cd@sesi.org>
**Cc:** Justin Protasiewicz <jp@sesi.org>; Christopher Zwingle <cfz@sesi.org>; Zach Gadomski <zach.gadomski@pdbgroup.com>
**Subject:** Re: FW: project # 9327

Christine ,

8

SESI (Amerisure)002413

Yes , Please send yours to our office . The previous email was more for the large Subcontracts to review prior to them sending to our office , etc.

I had the conversation with Chris and I believe Justin was going to get involved for the past Invoiced to have the Reimbursements Itemized to each line item, instead of a bulk item and meant to follow up on adjustments , but was away on vacation.

Please have the past (2) Invoices and the most recent reflect this , and per conversations the Culvert Design costs needs to be adjusted , since were told a much less amount then it has added up to , counting this month bills. If extras are still felt due , Sesi will need to go to Bridge for Payment , since some items were requested by them.

Thanks,

**Peter V. Stavrinou**

V.P of Northeast Division

C 732 261 9254



O 847 297 4200

F 847 297 4205

517 RT ONE SOUTH, STE 1002 ISELIN, NJ 08830

CHICAGO   MIAMI   LOS ANGELES   NEW JERSEY



9

**SESI (Amerisure)002414**

On Tue, Aug 2, 2016 at 9:21 AM, Christine Dietz <cd@sesi.org> wrote:

Hello,

As per the email on July 7th I have changed the contact list for invoices to be emailed. I was informed invoices were to be sent to you Tara and Rosa. Please inform me if this is not correct. I did not have you as a contact prior to that and will attach all invoices for your reference. Invoices 9327-01, 02, 03 have been paid in full and invoices 9327-04, 05, and 06 are still open.

Kind regards,

*Christine*



## Christine Dietz

Accounts Receivable Manager

**SESI CONSULTING ENGINEERS**

12A Maple Avenue

Pine Brook, NJ 07058

Phone: (973)-808-9050

Fax:     (973)-808-9099

        cd@sesi.org

        www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any

10

**SESI (Amerisure)002415**

attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Christine Dietz
**Sent:** Friday, July 15, 2016 3:22 PM
**To:** 'peter.stavrinou@pdbgroup.com' <peter.stavrinou@pdbgroup.com>
**Cc:** 'tara.tabaka@pdbgroup.com' <tara.tabaka@pdbgroup.com>; 'Rosa Schwartz' <rosa.schwartz@pdbgroup.com>
**Subject:** project # 9327

Hello,

Attached is the most recent invoice for project # 9327.

Regards,

*Christine*



**Christine Dietz**

Accounts Receivable Manager

**SESI CONSULTING ENGINEERS**

12A Maple Avenue

Pine Brook, NJ 07058

11

**SESI (Amerisure)002416**

Phone: (973)-808-9050

Fax:    (973)-808-9099

cd@sesi.org

www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

SESI (Amerisure)002417

**INVOICE**

nue. Pine Brook, NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

Justin
need cm
amount +
what invoice(s)

thanks,
Christine

| Date | | lits | Balance |
|------|--|------|---------|
| 03/08/16 | | | $1,836.90 |
| 03/23/16 | | | $4,786.67 |
| 04/27/16 | 9327-04  10,712.51 / 7441.79 / 3270.72 | | $17,358.29 |
| 05/31/16 | 05  20,057.77 / 19046.92 / 1010.85 | | $28,070.80 |
| 06/17/16 | | | $48,128.57 |
| 07/11/16 | | 3.90 | $46,291.67 |
| 07/12/16 | 06  1401.59 / 674 / | 9.77 | $43,341.90 |
| 07/12/16 | 222.59 | 1.62 | $30,770.28 |
| 07/14/16 | | | $32,171.87 |
| 08/16/16 | 3217187  2762.71  5009.16 | | $32,740.87 |
| 08/31/16 | | | $35,240.87 |
| **Totals for Pr** | | 8.29 | **$35,240.87** |

| **Grand Total** | | 8.29 | **$35,240.87** |
| * Transactions | | | |

Steve,
Justin asked for a
cm for 5k. The
actual difference is
5009.16 — should
the cm Reflect that
or do a cm for 5k
and w/o 9.16?
Please Inform
Thankyou
Christine

yes

this is what their
PO is paying

emo for

SESI (Amerisure)002418

9327

scanned (ep)

RECEIVED

AUG 2 5 2016

BY:



**PREM**
DESIGN + BU

1000 West Irving Park Road - Suite 20
Tel: 847-297-4200 | Fax: 847-

*[handwritten note:]* this is a purchase order to pay invoices
04 Partial
05 Partial
06 Partial
~~at least partially~~

## STANDARD SUBCONTRACT AGREEM

To:     SESI Consulting Engineers
        12-A Maple Ave,
        Pine Brook, NJ 07058

Project:    Bridge Point ePort
            960-1000 High Street
            Perth Amboy, NJ 08861

The following changes shall be added to and become part of the Stand

Item        Description  ADDITIONAL $5,008.61 FOR CULVERT DESIGN

Cost associated with SWPPP oversight, project managen
sampling, culvert design, light pole base design, and reim
invoice 9327-04.

                                                        $7,441.79

Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised June invoice 9327-05.

                                                        $19,046.92

Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised July invoice 9327-06.

                                                        $674.00

| Total Change Order: | | $ | 27,162.71 |
|---|---|---|---|
| Original Agreement Amount: | | $ | 10.00 |
| Previously Approved Change Orders | | $ | 17,358 |
| Revised Agreement Amount Including This Change: | | $ | 44,531.00 |

**ACKNOWLEDGEMENT**

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

SESI Consulting Engineers

                            Member
                            PREMIER DESIGN + BUILD GROUP, LLC

**SESI (Amerisure)002419**

 

**PREMIER**
DESIGN + BUILD GROUP

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | **August 16, 2016** |
|-----|---------------------------|-------|---------------------|
| | 12-A Maple Ave, | Change Order No.: | **2** |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|------|-------------|------|
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, culvert design, light pole base design, and reimbursable expenese. Revised May invoice 9327-04. | $7,441.79 |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised June invoice 9327-05. | $19,046.92 |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised July invoice 9327-06. | $674.00 |

| | | |
|---|---|---|
| Total Change Order: | $ | 27,162.71 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 17,358 |
| Revised Agreement Amount Including This Change: | $ | 44,531.00 |

## ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

**SESI Consulting Engineers**

Member
**PREMIER DESIGN + BUILD GROUP, LLC**

SESI (Amerisure)002420

# SESI
## CONSULTING
### ENGINEERS

# INVOICE

12-A Maple Avenue. Pine Brook. NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

May 31, 2016

**Invoice No. 9327-04**

Mr. Chad Taylor
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois 60143

Project No: 9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

GEOTECHNICAL AND ENVIRONMENTAL ENGINEERING SERVICES PROVIDED THROUGH MAY 14, 2016 FOR THE EPORT REDEVELOPMENT PROJECT.
(PREMIER JOB # 1526, CODE # 02-800)

FOR PROFESSIONAL SERVICES RENDERED FROM 4/17/16 TO 5/14/16:

AMOUNT

**SWPP Oversight**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 0.50 Hrs = | $99.00 | **$1,022.00** |
| Staff Engineer | $142.00 x | 6.50 Hrs = | $923.00 | |

**Project Management & Annual Reporting**

| | | | | |
|---|---|---|---|---|
| Staff Engineer | $142.00 x | 1.50 Hrs = | $213.00 | **$213.00** |

**Environmental Sampling and Testing**

| | | | | |
|---|---|---|---|---|
| Staff Engineer | $142.00 x | 1.00 Hrs = | $142.00 | **$142.00** |

**Foundation Design for Culverts**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 19.25 Hrs = | $3,811.50 | ~~$6,421.50~~ |
| Staff Engineer | $142.00 x | 10.00 Hrs = | $1,420.00 | |
| Drafter | $85.00 x | 14.00 Hrs = | $1,190.00 | |

*Revised · Balance*

*( 6,000 less 2,560.25*

*3,439.75*

*PAID from April Invoice*

**Light Pole Design**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 5.50 Hrs = | $1,089.00 | **$1,195.50** |
| Staff Engineer | $142.00 x | 0.75 Hrs = | $106.50 | |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Travel / Mileage | $26.70 | **$1,257.20** |
| In-House Copies, Labs, Equip | $483.00 | |
| Other Reimbursable Expenses | $747.50 | |

Professional Liability Insurance 4.5%

$461.31

**TOTAL DUE THIS INVOICE**

~~$10,712.51~~

Invoices are payable when presented. Invoices not paid within 30 days of
Invoice Date are subject to service charges of 1.25% per month, 15% APR.

*See Attached Spread Sheet*

*$7,441.79*

*7730.76*

**SESI (Amerisure)002421**

| Phase | Description | | Previously Billed | May 2016 - Invoice #9327-04 | Total Billed To Date | Notes |
|---|---|---|---|---|---|---|
| | | PREMIER DESIGN BUILD ePort Billing Summary Spreadsheet (SESI Project #9327) | | | | |
| Phase 1 | SWPPP Oversight | | | | | |
| | | Professional Services | $4,357.96 | $1,067.99 | $5,425.95 | |
| | | Travel Expenses | $0.00 | $27.90 | $27.90 | |
| Phase 2 | SWPPP Annual Reporting and Project Management | | | | | |
| | | Professional Services | $532.95 | $222.59 | $755.54 | |
| Phase 3 | Vibration Monitoring | | | | | |
| | | Professional Services | $1,929.07 | $0.00 | $1,929.07 | |
| | | Equipment Rental | $4,506.56 | $1,285.87 | $5,792.43 | |
| Phase 4 | Environmental Sampling and Testing | | | | | |
| | | Professional Services | $1,596.50 | $148.39 | $1,744.89 | |
| | | Laboratory Analysis | $1,875.00 | $0.00 | $1,875.00 | |
| Phase 5 | Foundation Design for Culverts | | | | | |
| | | Professional Services | $2,560.25 | $6,710.47 | $9,270.72 | |
| Phase 6 | Light Pole Design | | | | | |
| | | Professional Services | $0.00 | $1,240.30 | $1,249.30 | |
| | | Total Due | $17,358.29 | $10,712.51 | $28,070.80 | |
| Note: All costs include SESI standard 4.5% Markup for Professional Liability Insurance | | | | | | |

*Handwritten annotations:*

– $4,002.04

+ 3,439.75

BALANCE of Culvert Design

$6,000 less

$2,560.25 PAID part of COH1 April invoice

Revised

MAY

$7,441.79

SESI (Amerisure)002422

# SESI
## CONSULTING
### ENGINEERS

**INVOICE**

12-A Maple Avenue. Pine Brook. NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

June 17, 2016

Mr. Chad Taylor
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois  60143

**Invoice No. 9327-05**

Project No: 9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

GEOTECHNICAL AND ENVIRONMENTAL SERVICES PROVIDED THROUGH JUNE 11, 2016 FOR THE ePORT REDEVELOPMENT PROJECT IN PERTH AMBOY, NJ.
(PREMIER JOB # 1526, CODE # 02-800)

FOR PROFESSIONAL SERVICES RENDERED FROM 5/15/16 TO 6/11/16:

AMOUNT

**SWPP Oversight**

Staff Engineer -------------------- $142.00 x    3.75 Hrs = $532.50

**$532.50**

**Project Management & Annual Reporting**

Staff Engineer -------------------- $142.00 x    1.00 Hrs = $142.00

**$142.00**

**Environmental Sampling and Testing**

Staff Engineer -------------------- $142.00 x    4.25 Hrs = $603.50
Inspector ------------------------ $90.00 x   12.75 Hrs = $1,147.50

**$1,751.00**

**Foundation Design for Culverts**

Project Engineer ----------------- $198.00 x    4.50 Hrs = $891.00
Staff Engineer -------------------- $142.00 x    0.25 Hrs = $35.50
Drafter -------------------------- $85.00 x    0.75 Hrs = $63.75

**$990.25**

**Laboratory Analyses**

25 SAMPLES AT $625.00 PER SAMPLE = $15,625.00

**$15,625.00**

**Light Pole Design**

Project Engineer ----------------- $198.00 x    1.50 Hrs = $297.00
Staff Engineer -------------------- $142.00 x    0.75 Hrs = $106.50

**$403.50**

**Reimbursable Expenses**

Outside Contractors --------------------------------------------------
05/31/16  Rutgers Soil Testing Lab 5/31/    $276.00 x 1.15 =   $317.40
Travel / Mileage -----------------------------------------------------

$317.40
$317.40
$128.16

**$445.56**

Professional Liability Insurance 4.5%

**$167.96**

**TOTAL DUE THIS INVOICE**

**$20,057.77**

Invoices are payable when presented. Invoices not paid within 30 days of Invoice Date are subject to service charges of 1.25% per month, 15% APR.



— 1,010.85
$19,046.92

**SESI (Amerisure)002423**

| Phase | Description | | Previously Billed | June 2016 - Invoice #9327-05 | Total Billed To Date | Notes |
|---|---|---|---|---|---|---|
| | PREMIER DESIGN BUILD ePort Billing Summary Spreadsheet (SESI Project #9327) | | | | | |
| Phase 1 | SWPPP Oversight | | | | | |
| | | Professional Services | $5,425.95 | $556.46 | $5,982.41 | |
| | | Travel Expenses | $27.90 | $0.00 | $27.90 | |
| Phase 2 | SWPPP Annual Reporting and Project Management | | | | | |
| | | Professional Services | $755.54 | $148.39 | $903.93 | |
| Phase 3 | Vibration Monitoring | | | | | |
| | | Professional Services | $1,929.07 | $0.00 | $1,929.07 | |
| | | Equipment Rental | $5,792.43 | $0.00 | $5,792.43 | |
| Phase 4 | Environmental Sampling and Testing | | | | | |
| | | Professional Services | $1,744.89 | $1,963.72 | $3,708.61 | |
| | | Laboratory Analysis | $1,875.00 | $15,956.68 | $17,831.68 | |
| Phase 5 | Foundation Design for Culverts | | | | | |
| | | Professional Services | $9,270.72 | $1,010.85 | $10,281.57 | |
| Phase 6 | Light Pole Design | | | | | |
| | | Professional Services | $1,249.30 | $421.66 | $1,670.96 | |
| | | Total Due | $28,070.80 | $20,057.77 | $48,128.57 | |
| Note: All costs include SESI standard 4.5% Markup for Professional Liability Insurance | | | | | | |

over Agreed

— 1,010.85

$19,046.92

$6,000 cost

previously ~~Be~~ INvoiced

SESI (Amerisure)002424



**SESI**
CONSULTING
ENGINEERS

**INVOICE**

12-A Maple Avenue. Pine Brook. NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

July 14, 2016

Mr. Peter Stavrinou
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois  60143

Invoice No.  9327-06

Project No: 9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

Geotechnical and environmental services provided through July 09, 2016 for the ePort Redevelopment Project in Perth Amboy, NJ.
PREMIER JOB # 1526, CODE # 02-800

## FOR PROFESSIONAL SERVICES RENDERED FROM 6/12/16 TO 7/9/16:

**SWPP Oversight**                                                                              AMOUNT

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 0.50 Hrs = | $99.00 | |
| Staff Engineer | $142.00 x | 3.50 Hrs = | $497.00 | **$596.00** |

**Project Management & Annual Reporting**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 0.25 Hrs = | $49.50 | **$49.50** |

*to discuss in future*

**Foundation Design for Culverts**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 1.00 Hrs = | $198.00 | ~~$616.75~~ |
| Staff Engineer | $142.00 x | 2.50 Hrs = | $355.00 | |
| Drafter | $85.00 x | 0.75 Hrs = | $63.75 | -$727.07 |

*See    Note    on Spread Sheet*

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| In-House Copies, Labs, Equip | | | $78.99 |
| 06/21/16  4 sets of 1 Copies: 2X3 Bluepr | $9.00 x 1.15 = | $20.70 | |
| 06/22/16  4 sets of 1 Copies: 2X3 Bluepr | $9.00 x 1.15 = | $10.35 | |
| | | $10.35 | |
| Other Reimbursable Expenses | | | |
| 07/09/16  UPS 7/6/16, #1418; Phase 1 | $50.69 x 1.15 = | $58.29 | |
| | | $58.29 | |

Professional Liability Insurance 4.5%    $60.35

**TOTAL DUE THIS INVOICE**    ~~$1,401.59~~

Invoices are payable when presented. Invoices not paid within 30 days of
Invoice Date are subject to service charges of 1.25% per month, 15% APR.

*$ (-$674.00) job#1526*

*Peter
1401.59
@ 02-800
8-4-16*



**SESI (Amerisure)002425**

PREMIER DESIGN BUILD ePort Billing Summary Spreadsheet (SESI Project #9327)

| Phase | Description | | Previously Billed | July 2016 - Invoice #9327-06 | Total Billed To Date | Notes |
|---|---|---|---|---|---|---|
| Phase 1 | SWPPP Oversight | | | | | |
| | | Professional Services | $5,982.41 | $622.82 | $6,605.23 | |
| | | Travel Expenses | $27.90 | $0.00 | $27.90 | |
| Phase 2 | SWPPP Annual Reporting and Project Management | | | | | |
| | | Professional Services | $903.93 | $51.73 | $955.66 | |
| Phase 3 | Vibration Monitoring | | | | | |
| | | Professional Services | $1,929.07 | $0.00 | $1,929.07 | |
| | | Equipment Rental | $5,792.43 | $0.00 | $5,792.43 | |
| Phase 4 | Environmental Sampling and Testing | | | | | |
| | | Professional Services | $3,708.61 | $0.00 | $3,708.61 | |
| | | Laboratory Analysis | $17,831.68 | $0.00 | $17,831.68 | |
| Phase 5 | Foundation Design for Culverts | | | | | |
| | | Professional Services | $10,281.57 | $727.04 | $11,008.61 | |
| Phase 6 | Light Pole Design | | | | | |
| | | Professional Services | $1,670.96 | $0.00 | $1,670.96 | |
| | | Total Due | $48,128.56 | $1,401.59 | $49,530.15 | |

Note: All costs include SESI standard 4.5% Markup for Professional Liability Insurance

over
~~$6,000~~
Proposal

727. 04
─────────────
$674.00
Revised

SESI (Amerisure)002426

 

**PREMIER**
DESIGN + BUILD GROUP

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | **August 16, 2016** |
|---|---|---|---|
| | 12-A Maple Ave, | Change Order No.: | **2** |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, culvert design, light pole base design, and reimbursable expenese. Revised May invoice 9327-04. | $7,441.79 |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised June invoice 9327-05. | $19,046.92 |
| | Cost associated with SWPPP oversight, project management, annual reporting, environmental sampling, light pole base design, topsoil testing for South Brunswick, and reimbursable expenese. Revised July invoice 9327-06. | $674.00 |

| | | |
|---|---|---|
| Total Change Order: | $ | 27,162.71 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 17,358 |
| Revised Agreement Amount Including This Change: | $ | 44,531.00 |

## ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

Member

**SESI Consulting Engineers**      **PREMIER DESIGN + BUILD GROUP, LLC**

SESI (Amerisure)002427

# SESI
CONSULTING
ENGINEERS

# INVOICE

12-A Maple Avenue, Pine Brook, NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

May 31, 2016

**Invoice No. 9327-04**

Mr. Chad Taylor
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois  60143

Project No: 9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

GEOTECHNICAL AND ENVIRONMENTAL ENGINEERING SERVICES PROVIDED THROUGH MAY 14, 2016 FOR THE EPORT REDEVELOPMENT PROJECT.
(PREMIER JOB # 1526, CODE # 02-800)

FOR PROFESSIONAL SERVICES RENDERED FROM 4/17/16 TO 5/14/16:

AMOUNT

**SWPP Oversight**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 0.50 Hrs = | $99.00 | |
| Staff Engineer | $142.00 x | 6.50 Hrs = | $923.00 | **$1,022.00** |

**Project Management & Annual Reporting**

| | | | | |
|---|---|---|---|---|
| Staff Engineer | $142.00 x | 1.50 Hrs = | $213.00 | **$213.00** |

**Environmental Sampling and Testing**

| | | | | |
|---|---|---|---|---|
| Staff Engineer | $142.00 x | 1.00 Hrs = | $142.00 | **$142.00** |

**Foundation Design for Culverts**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 19.25 Hrs = | $3,811.50 | |
| Staff Engineer | $142.00 x | 10.00 Hrs = | $1,420.00 | |
| Drafter | $85.00 x | 14.00 Hrs = | $1,190.00 | |

*Revised    ~~$6,421.50~~*
*Balance*
*(6,000 less 2,560.25)    3,439.75*
*Paid from April Invoice*

**Light Pole Design**

| | | | | |
|---|---|---|---|---|
| Project Engineer | $198.00 x | 5.50 Hrs = | $1,089.00 | |
| Staff Engineer | $142.00 x | 0.75 Hrs = | $106.50 | **$1,195.50** |

**Reimbursable Expenses**

| | | |
|---|---|---|
| Travel / Mileage | $26.70 | **$1,257.20** |
| In-House Copies, Labs, Equip | $483.00 | |
| Other Reimbursable Expenses | $747.50 | |

Professional Liability Insurance 4.5%

$461.31

**TOTAL DUE THIS INVOICE**

~~$10,712.51~~

Invoices are payable when presented. Invoices not paid within 30 days of Invoice Date are subject to service charges of 1.25% per month, 15% APR.

*See Attached Spread Sheet*

*$7,441.79*

*7730.76*

SESI (Amerisure)002428

| Phase | Description | | Previously Billed | May 2016 - Invoice #9327-04 | Total Billed To Date | Notes |
|---|---|---|---|---|---|---|
| | **PREMIER DESIGN BUILD ePort Billing Summary Spreadsheet (SESI Project #9327)** | | | | | |
| Phase 1 | SWPPP Oversight | | | | | |
| | | Professional Services | $4,357.96 | $1,067.99 | $5,425.95 | |
| | | Travel Expenses | $0.00 | $27.90 | $27.90 | |
| Phase 2 | SWPPP Annual Reporting and Project Management | | | | | |
| | | Professional Services | $532.95 | $222.59 | $755.54 | |
| Phase 3 | Vibration Monitoring | | | | | |
| | | Professional Services | $1,929.07 | $0.00 | $1,929.07 | |
| | | Equipment Rental | $4,506.56 | $1,285.87 | $5,792.43 | |
| Phase 4 | Environmental Sampling and Testing | | | | | |
| | | Professional Services | $1,596.50 | $148.39 | $1,744.89 | |
| | | Laboratory Analysis | $1,875.00 | $0.00 | $1,875.00 | |
| Phase 5 | Foundation Design for Culverts | | | | | |
| | | Professional Services | $2,560.25 | $6,710.47 | $9,270.72 | |
| Phase 6 | Light Pole Design | | | | | |
| | | Professional Services | $0.00 | $1,249.30 | $1,249.30 | |
| | | **Total Due** | $17,358.29 | $10,712.51 | $28,070.80 | |
| Note: All costs include SESI standard 4.6% Markup for Professional Liability Insurance | | | | | | |

$4,002.04

+  3,439.75

Revised

MAY

$7,441.79

BALANCE of Culvert Design

$6,000 less

$2,560.25 PAID part of CO#1 April INVOICE

SESI (Amerisure)002429



# SESI
## CONSULTING
### ENGINEERS

**INVOICE**

12-A Maple Avenue. Pine Brook. NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

June 17, 2016

Mr. Chad Taylor
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois  60143

**Invoice No.  9327-05**

Project No: 9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

GEOTECHNICAL AND ENVIRONMENTAL SERVICES PROVIDED THROUGH JUNE 11, 2016 FOR THE ePORT
REDEVELOPMENT PROJECT IN PERTH AMBOY, NJ.
(PREMIER JOB # 1526, CODE # 02-800)

FOR PROFESSIONAL SERVICES RENDERED FROM 5/15/16 TO 6/11/16:

AMOUNT

**SWPP Oversight**

| | | | |
|---|---|---|---|
| Staff Engineer -------------------- | $142.00 x | 3.75 Hrs = | $532.50 |

**$532.50**

**Project Management & Annual Reporting**

| | | | |
|---|---|---|---|
| Staff Engineer -------------------- | $142.00 x | 1.00 Hrs = | $142.00 |

**$142.00**

**Environmental Sampling and Testing**

| | | | |
|---|---|---|---|
| Staff Engineer -------------------- | $142.00 x | 4.25 Hrs = | $603.50 |
| Inspector ------------------------- | $90.00 x | 12.75 Hrs = | $1,147.50 |

**$1,751.00**

**Foundation Design for Culverts**

| | | | |
|---|---|---|---|
| Project Engineer ----------------- | $198.00 x | 4.50 Hrs = | $891.00 |
| Staff Engineer -------------------- | $142.00 x | 0.25 Hrs = | $35.50 |
| Drafter --------------------------- | $85.00 x | 0.75 Hrs = | $63.75 |

**$990.25**

**Laboratory Analyses**

25 SAMPLES AT $625.00 PER SAMPLE = $15,625.00

**$15,625.00**

**Light Pole Design**

| | | | |
|---|---|---|---|
| Project Engineer ----------------- | $198.00 x | 1.50 Hrs = | $297.00 |
| Staff Engineer -------------------- | $142.00 x | 0.75 Hrs = | $106.50 |

**$403.50**

**Reimbursable Expenses**

| | | | |
|---|---|---|---|
| Outside Contractors --------------------------------------------------- | | $317.40 | |
| 05/31/16  Rutgers Soil Testing Lab 5/31/ | $276.00 x 1.15 = | $317.40 | |
| Travel / Mileage ------------------------------------------------------ | | $128.16 | |

**$445.56**

Professional Liability Insurance  4.5%

$167.96

**TOTAL DUE THIS INVOICE**

**$20,057.77**

Invoices are payable when presented. Invoices not paid within 30 days of
Invoice Date are subject to service charges of 1.25% per month, 15% APR.



— 1,010.85

$19,046.92

**SESI (Amerisure)002430**

| Phase | Description | | Previously Billed | June 2016 - Invoice #9327-05 | Total Billed To Date | Notes |
|-------|-------------|--|-------------------|------------------------------|---------------------|-------|
| | PREMIER DESIGN BUILD ePort Billing Summary Spreadsheet (SESI Project #9327) | | | | | |
| Phase 1 | SWPPP Oversight | | | | | |
| | | Professional Services | $5,425.95 | $556.46 | $5,982.41 | |
| | | Travel Expenses | $27.90 | $0.00 | $27.90 | |
| Phase 2 | SWPPP Annual Reporting and Project Management | | | | | |
| | | Professional Services | $755.54 | $148.39 | $903.93 | |
| Phase 3 | Vibration Monitoring | | | | | |
| | | Professional Services | $1,929.07 | $0.00 | $1,929.07 | |
| | | Equipment Rental | $5,792.43 | $0.00 | $5,792.43 | |
| Phase 4 | Environmental Sampling and Testing | | | | | |
| | | Professional Services | $1,744.89 | $1,963.72 | $3,708.61 | |
| | | Laboratory Analysis | $1,875.00 | $15,956.68 | $17,831.68 | |
| Phase 5 | Foundation Design for Culverts | | | | | |
| | | Professional Services | $9,270.72 | $1,010.85 | $10,281.57 | |
| Phase 6 | Light Pole Design | | | | | |
| | | Professional Services | $1,249.30 | $421.65 | $1,670.96 | |
| | | Total Due | $28,070.80 | $20,057.77 | $48,128.57 | |
| Note: All costs include SESI standard 4.5% Markup for Professional Liability Insurance | | | | | | |

over Agreed

$6,000 cost

previously

Invoiced

— 1,010.85

$19,046.92

SESI (Amerisure)002431



# SESI
## CONSULTING ENGINEERS

**INVOICE**

12-A Maple Avenue, Pine Brook, NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

July 14, 2016

Mr. Peter Stavrinou
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois 60143

Invoice No. 9327-06

Project No: 9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

Geotechnical and environmental services provided through July 09, 2016 for the ePort Redevelopment Project in Perth Amboy, NJ.
PREMIER JOB # 1526, CODE # 02-800

## FOR PROFESSIONAL SERVICES RENDERED FROM 6/12/16 TO 7/9/16:

**SWPP Oversight**                                                              AMOUNT

| | | | | |
|---|---|---|---|---|
| Project Engineer ------------------ | $198.00 x | 0.50 Hrs = | $99.00 | |
| Staff Engineer -------------------- | $142.00 x | 3.50 Hrs = | $497.00 | **$596.00** |

**Project Management & Annual Reporting**

| | | | | |
|---|---|---|---|---|
| Project Engineer ------------------ | $198.00 x | 0.25 Hrs = | $49.50 | **$49.50** |

*to discuss in future* (handwritten)

**Foundation Design for Culverts**

| | | | | |
|---|---|---|---|---|
| Project Engineer ------------------ | $198.00 x | 1.00 Hrs = | $198.00 | ~~$616.75~~ |
| Staff Engineer -------------------- | $142.00 x | 2.50 Hrs = | $355.00 | |
| Drafter --------------------------- | $85.00 x | 0.75 Hrs = | $63.75 | |

*See Note on Spread Sheet* (handwritten)   *- $729.04* (handwritten)

**Reimbursable Expenses**

In-House Copies, Labs, Equip ----------------------------------      $78.99

| | | | |
|---|---|---|---|
| 06/21/16  4 sets of 1 Copies: 2X3 Bluepr | $9.00 x 1.15 = | $20.70 | |
| 06/22/16  4 sets of 1 Copies: 2X3 Bluepr | $9.00 x 1.15 = | $10.35 | |
| | | $10.35 | |

Other Reimbursable Expenses --------------------------------      $58.29

| | | |
|---|---|---|
| 07/09/16  UPS 7/6/16, #1418; Phase 1 | $50.69 x 1.15 = | $58.29 |
| | | $58.29 |

Professional Liability Insurance 4.5%                            $60.35

**TOTAL DUE THIS INVOICE**                                      ~~$1,401.59~~

(handwritten) *$674.00  job#1526*

Invoices are payable when presented. Invoices not paid within 30 days of Invoice Date are subject to service charges of 1.25% per month, 15% APR.



(handwritten) *Peter*
*1401.59*
*02-800*
*8-4-16*

SESI (Amerisure)002432

| Phase | Description | | Previously Billed | July 2016 - Invoice #9327-06 | Total Billed To Date | Notes |
|---|---|---|---|---|---|---|
| | PREMIER DESIGN BUILD ePort Billing Summary Spreadsheet (SESI Project #9327) | | | | | |
| Phase 1 | SWPPP Oversight | | | | | |
| | | Professional Services | $5,982.41 | $622.82 | $6,605.23 | |
| | | Travel Expenses | $27.90 | $0.00 | $27.90 | |
| Phase 2 | SWPPP Annual Reporting and Project Management | | | | | |
| | | Professional Services | $903.93 | $51.73 | $955.66 | |
| Phase 3 | Vibration Monitoring | | | | | |
| | | Professional Services | $1,929.07 | $0.00 | $1,929.07 | |
| | | Equipment Rental | $5,792.43 | $0.00 | $5,792.43 | |
| Phase 4 | Environmental Sampling and Testing | | | | | |
| | | Professional Services | $3,708.61 | $0.00 | $3,708.61 | |
| | | Laboratory Analysis | $17,831.68 | $0.00 | $17,831.68 | |
| Phase 5 | Foundation Design for Culverts | | | | | |
| | | Professional Services | $10,281.57 | $727.04 | $11,008.61 | |
| Phase 6 | Light Pole Design | | | | | |
| | | Professional Services | $1,670.96 | $0.00 | $1,670.96 | |
| | | Total Due | $48,128.56 | $1,401.59 | $49,530.15 | |

Note: All costs include SESI standard 4.5% Markup for Professional Liability Insurance

*[handwritten:]* over
-$6,000
Proposal

*[handwritten:]* 727.04

*[handwritten, circled:]* $674.00 Revised

SESI (Amerisure)002433



1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| | | | |
|---|---|---|---|
| To: | SESI Consulting Engineers | Date: | **September 6, 2016** |
| | 12-A Maple Ave, | Change Order No.: | 3 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Settlement of Culvert Design Invoice # 9327-08 | $2,500.00 |

| | | |
|---|---|---|
| Total Change Order: | $ | 2,500.00 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 44,521 |
| Revised Agreement Amount Including This Change: | $ | 47,030.71 |

### ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

_____
**SESI Consulting Engineers**

_____ Member

*2 Copies Printed - Signed ORIGINALS MAILED 9/23/16*

SESI (Amerisure)002434




**PREMIER**
**DESIGN + BUILD GROUP**

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| To: | SESI Consulting Engineers | Date: | **September 6, 2016** |
| | 12-A Maple Ave, | Change Order No.: | 3 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Settlement of Culvert Design Invoice # 9327-08 | $2,500.00 |

| | | |
|---|---|---|
| Total Change Order: | $ | 2,500.00 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 44,521 |
| Revised Agreement Amount Including This Change: | $ | 47,030.71 |

### ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

| | Member |
|---|---|
| _____ | _____ |
| **SESI Consulting Engineers** | **PREMIER DESIGN + BUILD GROUP, LLC** |

**SESI (Amerisure)002435**



**SESI**
CONSULTING
ENGINEERS

# INVOICE

12-A Maple Avenue. Pine Brook. NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

August 31, 2016

Mr. Peter Stavrinou
Project Manager
Premier Design + Build Group
1000 West Irving Park Road, Suite 200
Itasca, Illinois  60143

**Invoice No. 9327-08**

Project No:  9327
ePort Redevelopment
1050 State Street
Perth Amboy, NJ

Foundation Design for Culverts through July 9, 2016.

(PREMIER JOB # 1526, CODE # 02-800)

FOR PROFESSIONAL SERVICES:

**Foundation Design for Culverts**

AMOUNT

**$2,500.00**

*Peter Stavrinou*

Job# 1526
CC: 02-800
Date: 09-06-16
Future CO # 03

**TOTAL DUE THIS INVOICE**

**$2,500.00**

Invoices are payable when presented. Invoices not paid within 30 days of
Invoice Date are subject to service charges of 1.25% per month, 15% APR.



**SESI (Amerisure)002436**

## WAIVER OF LIEN TO DATE

STATE OF          } SS

COUNTY OF

Gty#

Escrow#

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by **Premeir Design + Build Group, LLC**

to furnish **Storm Water Pollution Prevention**

for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**

of which **Bridge Perth Amboy, LLC** is the owner.

THE undersigned, for and in consideration of **twenty-seven thousand, one hundred, sixty-two and 71/100th dollars**

(**$ 27,162.71**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' liens, with respect to and on said above-described premises, and the improvement thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, furnished to this date by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE: **10/20/2016**

COMPANY NAME:   **SESI Consulting Engineers**

ADDRESS:   **12A Maple Ave., Pine Brook, NJ 07058**

SIGNATURE _____     TITLE ___**President**_____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

STATE OF          } SS

COUNTY OF

### CONTRACTOR'S AFFIDAVIT

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) **Steven P. Byszewski** BEING DULY SWORN, DEPOSES

AND SAYS THAT HE OR SHE IS (POSITION) **President** OF

(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE

CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING

LOCATED AT **ePort- 960-1000 High Street, Perth Amboy, NJ 088861**

OWNED BY **Bridge Perth Amboy, LLC**

That the total amount of the contract including extras* is **$ 47,030.71** on which he or she has received payment of **$ 17,358.29** prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers. That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | Storm Water Pollution Prevention | 47,030.71 | 17,358.29 | 27,162.71 | 2,50971 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE | | | | | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE __10/20/16__     SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS __20th__ DAY OF __October__, 20__16__.

**ELAINE FILOSO**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES MAY 12, 2019**

_____     SEAL:
NOTARY PUBLIC

SESI (Amerisure)002437

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002438

**WAIVER OF LIEN TO DATE**

STATE OF
} SS

COUNTY OF

Gty#

Escrow#

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by **Premeir Design + Build Group, LLC**
to furnish **Storm Water Pollution Prevention**
for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**
of which **Bridge Perth Amboy, LLC** is the owner.

THE undersigned, for and in consideration of **two thousand, five hundred and no/100th dollars**
(**$ 2,500.00**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' liens, with respect to and on said above-described premises, and the improvement thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, furnished to this date by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE: **11/01/2016**

COMPANY NAME: **SESI Consulting Engineers**
ADDRESS: **12A Maple Ave., Pine Brook, NJ 07843**

SIGNATURE _____

TITLE **President**_____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

STATE OF
} SS

COUNTY OF

**CONTRACTOR'S AFFIDAVIT**

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) **Steven P Byszewski**_____ BEING DULY SWORN, DEPOSES
AND SAYS THAT HE OR SHE IS (POSITION) ____**President**_____ OF
(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE
CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING
LOCATED AT **ePort- 960-1000 High Street, Perth Amboy, NJ 088861**
OWNED BY **Bridge Perth Amboy, LLC**

That the total amount of the contract including extras* is $ **47,030.71** on which he or she has received payment of $ **44,521.00** prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers. That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | **Storm Water Pollution Prevention** | 47,030.71 | 44,521.00 | 2,500.00 | 9.71 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE | | | | | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE 11/01/2016 SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____1st____ DAY OF November, 20 16.

_____
NOTARY PUBLIC

SEAL:

ELAINE FILOSO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES

**SESI (Amerisure)002439**

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002440



**INVOICE**

SESI
CONSULTING
ENGINEERS

12-A Maple Avenue, Pine Brook, NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

## Ledger Card
Report Dated:  11/01/2016

### Premier Design + Build Group
Client Code:  Premier Design

#### 9327 - ePort Redevelopment

| Date | Trans Type | Inv/Doc No. | Reference No. | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| 03/08/16 | INVOICE | 9327-01 | | $1,836.90 | | $1,836.90 |
| 03/23/16 | INVOICE | 9327-02 | | $2,949.77 | | $4,786.67 |
| 04/27/16 | INVOICE | 9327-03 | | $12,571.62 | | $17,358.29 |
| 05/31/16 | INVOICE | 9327-04 | | $10,712.51 | | $28,070.80 |
| 06/17/16 | INVOICE | 9327-05 | | $20,057.77 | | $48,128.57 |
| 07/11/16 | PAYMENT | 9327-01 | 32845 | | $1,836.90 | $46,291.67 |
| 07/12/16 | PAYMENT | 9327-02 | 1019 | | $2,949.77 | $43,341.90 |
| 07/12/16 | PAYMENT | 9327-03 | 1019 | | $12,571.62 | $30,770.28 |
| 07/14/16 | INVOICE | 9327-06 | | $1,401.59 | | $32,171.87 |
| 08/16/16 | INVOICE | 9327-07 | | $569.00 | | $32,740.87 |
| 08/31/16 | INVOICE | 9327-08 | | $2,500.00 | | $35,240.87 |
| 10/31/16 | CREDIT MEMO | 19393 | CM 9327-04 | | $5,000.00* | * See Note Below |
| 10/31/16 | APPLIED CREDITS | 9327-05 | | | $1,010.85 | $34,230.02 |
| 10/31/16 | APPLIED CREDITS | 9327-04 | | | $3,270.72 | $30,959.30 |
| 10/31/16 | APPLIED CREDITS | 9327-06 | | | $718.43 | $30,240.87 |
| **Totals for Project Number    9327** | | | | **$52,599.16** | **$22,358.29** | **$30,240.87** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Grand Total for All Projects Listed** | | | | **$52,599.16** | **$22,358.29** | **$30,240.87** |

\* Transactions noted do not affect the Debit, Credit, or Balance

SESI (Amerisure)002441

## Christine Dietz

| | |
|---|---|
| **From:** | Peter Stavrinou <peter.stavrinou@pdbgroup.com> |
| **Sent:** | Monday, October 31, 2016 3:19 PM |
| **To:** | Justin Protasiewicz |
| **Cc:** | Christine Dietz; Alexandra Pokorn; Rosa M. Schwartz |
| **Subject:** | Re: Voicemail from SESI CONSULTING (973-808-0633) |

Justin,

Thanks you, I appreciate it.

**Peter V. Stavrinou**
V.P of Northeast Division

C: 732 261 9254



**O 847 297 4200**

F 847 297 4205

517 RT ONE SOUTH, STE 1002 ISELIN, NJ 08830

**CHICAGO   MIAMI   LOS ANGELES   NEW JERSEY**

    

On Mon, Oct 31, 2016 at 3:17 PM, Justin Protasiewicz <jp@sesi.org> wrote:

Peter,

Confirming our conversation--- We are going to process this lien waiver and will resend the approximately $570 outstanding invoice for your review to confirm that it has been processed. In the future I will continue to send new invoices for any additional work I do for the SWPPP at the site.

Regards,

Justin

1

**SESI (Amerisure)002442**



**Justin M. Protasiewicz, PE**

Project Engineer

**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050

Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Justin Protasiewicz
**Sent:** Monday, October 31, 2016 2:31 PM
**To:** 'Peter Stavrinou' <peter.stavrinou@pdbgroup.com>
**Cc:** Christine Dietz <cd@sesi.org>
**Subject:** RE: Voicemail from SESI CONSULTING (973-808-0633)

Peter,

There was another invoice for approximately $570 that was sent before the $2500 invoice referenced in the attached lien waiver. I want to confirm that the invoice will be included in the next partial lien waiver request.

Regards,

Justin

2

**SESI (Amerisure)002443**



## Justin M. Protasiewicz, PE

Project Engineer

**SESI CONSULTING ENGINEERS**
12A Maple Avenue
Pine Brook, NJ 07058

Phone: (973) 808-9050

Cell: (973) 998-1764
Fax: (973) 808-9099
jp@sesi.org
www.sesi.org

Notice to Recipient: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Any use, distribution, or forwarding of this e-mail is strictly prohibited. SESI Consulting Engineers will not be responsible for any loss or damage arising in any way from the use of this email. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened it is the responsibility of the recipient to ensure that it is safe for use.

**From:** Peter Stavrinou [mailto:peter.stavrinou@pdbgroup.com]
**Sent:** Monday, October 31, 2016 1:44 PM
**To:** Justin Protasiewicz <jp@sesi.org>
**Subject:** Fwd: Voicemail from SESI CONSULTING (973-808-0633)

Justin,

Please forward me the Waiver you are referencing. I tried calling you back , but the line is busy.

Thanks,

Peter V. Stavrinou

3

**SESI (Amerisure)002444**

V.P of Northeast Division

C: <u>732 261 9254</u>



**O 847 297 4200**
F 847 297 4205
517 RT ONE SOUTH, STE 1002 ISELIN, NJ 08830

**CHICAGO   MIAMI   LOS ANGELES   NEW JERSEY**



---------- Forwarded message ----------
From: <<u>x182@allworx.inscitek.com</u>>
Date: Mon, Oct 31, 2016 at 1:08 PM
Subject: Voicemail from SESI CONSULTING <u>(973-808-0633)</u>
To: <u>x182@allworx.inscitek.com</u>

  This email contains an embedded voicemail message as an attached WAV file.
Please refer to the attachment.

 Caller - SESI CONSULTING <u>(973-808-0633)</u>
 Email - <<u>x182@allworx.inscitek.com</u>>
 Time -   12:08:55  Mon Oct 31 2016

4

SESI (Amerisure)002445

9327



**PREMIER**
DESIGN + BUILD GROUP

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205

ORIGINALS
MAILED
12/29/16

---

### STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| | | | |
|---|---|---|---|
| To: | SESI Consulting Engineers | Date: | **November 17, 2016** |
| | 12-A Maple Ave, | Change Order No.: | **4** |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

---

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Cost associated with SWPPP, oversight, and culvert design. | $569.00 |

| | | |
|---|---|---|
| Total Change Order: | $ | 569.00 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 47,021.00 |
| Revised Agreement Amount Including This Change: | $ | 47,600.00 |

---

### ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

Member

**SESI Consulting Engineers**

**PREMIER DESIGN + BUILD GROUP, LLC**

SESI (Amerisure)002446

**WAIVER OF LIEN TO DATE**

STATE OF

} SS

COUNTY OF

Gty#

Escrow#

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by **Premeir Design + Build Group, LLC**
to furnish **Storm Water Pollution Prevention**
for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**
of which **Bridge Perth Amboy, LLC** is the owner.

THE undersigned, for and in consideration of **five hundred, sixty-nine and no/100th dollars**
(**$ 569.00**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowle~~dged,~~ any and all
lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' lie~~n~~ ~~de~~scribed
premises, and the improvement thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations
due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, furnished to this date by the undersigned
for the above-described premises, INCLUDING EXTRAS.*

DATE: **12/29/2016**

COMPANY NAME: **SESI Consulting Engineers**
ADDRESS: **12A Maple Ave., Pine Brook, NJ 07058**

SIGNATURE _____ TITLE _____ **President** _____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

STATE OF

} SS

COUNTY OF

**CONTRACTOR'S AFFIDAVIT**

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) **Steven P. Byszewski_** BEING DULY SWORN, DEPOSES
AND SAYS THAT HE OR SHE IS (POSITION) **_President_** OF
(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE
CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING
LOCATED AT **ePort- 960-1000 High Street, Perth Amboy, NJ 088861**
OWNED BY **Bridge Perth Amboy, LLC**

That the total amount of the contract including extras* is $ **47,600.00** on which he or she has received payment of $ **47,021.00** prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers. That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | **Storm Water Pollution Prevention** | 47,600.00 | 47,021.00 | 569.00 | 10.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE | | | | | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE **12/29/16** SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___**29th**___ DAY OF **December** , 20 **16** .

**ELAINE FILOSO**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES MAY 13, 2019**

NOTARY PUBLIC

SEAL:

**SESI (Amerisure)002447**

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002448



# SESI
## CONSULTING
### ENGINEERS

**INVOICE**

12-A Maple Avenue, Pine Brook, NJ 07058  Voice: 973-808-9050  Fax: 973-808-9099  e-mail: info@sesi.org

## Ledger Card
Report Dated: 12/29/2016

### Premier Design + Build Group
**Client Code: Premier Design**

#### 9327 - ePort Redevelopment

| Date | Trans Type | Inv/Doc No. | Reference No. | Debits | Credits | Balance |
|------|-----------|------------|--------------|--------|---------|---------|
| 03/08/16 | INVOICE | 9327-01 | | $1,836.90 | | $1,836.90 |
| 03/23/16 | INVOICE | 9327-02 | | $2,949.77 | | $4,786.67 |
| 04/27/16 | INVOICE | 9327-03 | | $12,571.62 | | $17,358.29 |
| 05/31/16 | INVOICE | 9327-04 | | $10,712.51 | | $28,070.80 |
| 06/17/16 | INVOICE | 9327-05 | | $20,057.77 | | $48,128.57 |
| 07/11/16 | PAYMENT | 9327-01 | 32845 | | $1,836.90 | $46,291.67 |
| 07/12/16 | PAYMENT | 9327-02 | 1019 | | $2,949.77 | $43,341.90 |
| 07/12/16 | PAYMENT | 9327-03 | 1019 | | $12,571.62 | $30,770.28 |
| 07/14/16 | INVOICE | 9327-06 | | $1,401.59 | | $32,171.87 |
| 08/16/16 | INVOICE | 9327-07 | | $569.00 | | $32,740.87 |
| 08/31/16 | INVOICE | 9327-08 | | $2,500.00 | | $35,240.87 |
| 10/27/16 | WRITE-OFF | 9327-06 | | | $9.16 | $35,231.71 |
| 10/31/16 | CREDIT MEMO | 19393 | CM 9327-04 | | $5,000.00 | * See Note Below |
| 10/31/16 | APPLIED CREDITS | 9327-05 | | | $1,010.85 | $34,220.86 |
| 10/31/16 | APPLIED CREDITS | 9327-04 | | | $3,270.72 | $30,950.14 |
| 10/31/16 | APPLIED CREDITS | 9327-06 | | | $718.43 | $30,231.71 |
| 11/10/16 | PAYMENT | 9327-04 | 34038 | | $7,441.79 | $22,789.92 |
| 11/10/16 | PAYMENT | 9327-05 | 34038 | | $19,046.92 | $3,743.00 |
| 11/10/16 | PAYMENT | 9327-06 | 34038 | | $674.00 | $3,069.00 |
| 11/10/16 | PAYMENT | 9327-08 | 34305 | | $2,500.00 | $569.00 |
| **Totals for Project Number** | **9327** | | | **$52,599.16** | **$52,030.16** | **$569.00** |

| **Grand Total for All Projects Listed** | | | | **$52,599.16** | **$52,030.16** | **$569.00** |

\* Transactions noted do not affect the Debit, Credit, or Balance

0 - C

```
52,599·16  +
 5,000·00  -
47,599·16G +
```

SESI (Amerisure)002449



RECEIVED
JAN 0 4 2017
BY:



1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205



Project Q327

## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| | | | |
|---|---|---|---|
| To: | SESI Consulting Engineers | Date: | **November 17, 2016** |
| | 12-A Maple Ave, | Change Order No.: | **4** |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Cost associated with SWPPP, oversight, and culvert design. | $569.00 |

**FILE COPY**

| | | |
|---|---|---|
| Total Change Order: | $ | 569.00 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 47,021.00 |
| Revised Agreement Amount Including This Change: | $ | 47,600.00 |

**ACKNOWLEDGEMENT**

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

_____
**SESI Consulting Engineers**

_____ Member
**PREMIER DESIGN + BUILD GROUP, LLC**

RECEIVED
JAN 1 6 2017
SESI CONSULTING ENGINEERS

**SESI (Amerisure)002450**

RECEIVED
SEP 27 2016
BY:



**DESIGN + BUILD GROUP**

1000 West Irving Park Road - Suite 200 | Itasca, IL 60143
Tel: 847-297-4200 | Fax: 847-297-4205



## STANDARD SUBCONTRACT AGREEMENT CHANGE ORDER

| | | | |
|---|---|---|---|
| To: | SESI Consulting Engineers | Date: | **September 6, 2016** |
| | 12-A Maple Ave, | Change Order No.: | 3 |
| | Pine Brook, NJ 07058 | | |
| Project: | Bridge Point ePort | Job Number: | **1526** |
| | 960-1000 High Street | Cost Code: | **02-800** |
| | Perth Amboy, NJ 08861 | | |

The following changes shall be added to and become part of the Standard Subcontract Agreement dated February 23, 2016:

| Item | Description | Cost |
|---|---|---|
| 1 | Settlement of Culvert Design Invoice # 9327-08 | $2,500.00 |

**FILE COPY**

| | | |
|---|---|---|
| Total Change Order: | $ | 2,500.00 |
| Original Agreement Amount: | $ | 10.00 |
| Previously Approved Change Orders | $ | 44,521 |
| Revised Agreement Amount Including This Change: | $ | 47,030.71 |

## ACKNOWLEDGEMENT

PLEASE EXECUTE AND RETURN TWO (2) ORIGINALS

_____
SESI Consulting Engineers

_____ Member
PREMIER DESIGN + BUILD GROUP, LLC

RECEIVED
OCT 03 2016
SESI CONSULTING ENGINEERS

**SESI (Amerisure)002451**

**ACORD** | # CERTIFICATE OF LIABILITY INSURANCE | DATE (MM/DD/YYYY)
09/28/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsements(s).

| PRODUCER | Keystone Risk Partners<br>One Tower Bridge Suite 275<br>Conshohocken PA, 19428 | CONTACT NAME: | | |
|---|---|---|---|---|
| | | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |
| | | INSURERS AFFORDING COVERAGE | | NAIC# |
| | | INSURER A: New Hampshire Ins. Co. - AIG | | |
| INSURED | | INSURER B: American Guarantee & Liability | | 26247 |
| Extensis, Inc. L/C/F | | INSURER C: | | |
| SOILS ENGINEERING SERVICES, INC. (SESI CONSULTING ENGINEERS) | | INSURER D: | | |
| 900 US HWY 9 North, Suite 203 | | | | |
| Woodbridge, NJ 07095 | | INSURER E: | | |
| | | INSURER F: | | |

COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAME ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADD'L INSRD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | Not Applicable | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS-COMP/OP AGG | $ |
| | POLICY ☐ PRO-JECT ☐ LOC ☐ | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | Not Applicable | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ☐ NON-OWNED AUTOS ☐ | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| B | X UMBRELLA LIAB X OCCUR | | | UMB 5499247-02 | 09/30/2015 | 09/30/2016 | EACH OCCURRENCE | $ 10,000,000 |
| | EXCESS LIAB ☐ CLAIMS MADE | | | | | | AGGREGATE | $ 10,000,000 |
| | X DED X RETENTION $ 10,000 | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | | N/A | 080687657 | 09/30/2015 | 09/30/2016 | X WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000.00 |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | $ 1,000,000.00 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $ 1,000,000.00 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks, Schedule, if more space is required)

//

Project: Job#8685 - 1050 State Street, Perth Amboy, NJ 08861

*delete*

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 4432<br><br>Terra Contracting Services LLC<br><br>5787 Stadium Drive<br>Kalamazoo MI, 49009 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>Jay Peichel |

ACORD 25 (2010/05) | The ACORD name and logo are registered marks of ACORD

© 1988-2010 ACORD CORPORATION. All rights reserved.

**SESI (Amerisure)002452**

SESIC-1    OP ID: RX

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
05/20/14

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | 800-272-6771 | CONTACT NAME: | |
|---|---|---|---|
| Marquis Agency A&E Practice 900 Route 9 North, Suite 503 Woodbridge, NJ 07095 Regional Business Unit | 732-634-5379 | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A : RLI Insurance Company | | 13056 |
| INSURED Soils Engineering Services Inc d/b/a SESI Consulting Engineers Attn: Steve Byszewski 12A Maple Avenue Pine Brook, NJ 07058 | INSURER B : Alterra Excess and Surplus Ins | 33189 |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY  X COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE  X  OCCUR | X | | PSB0001906 | 12/23/13 | 12/23/14 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Emp Ben. | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY  ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  X HIRED AUTOS  X NON-OWNED AUTOS | | | PSB0001906 | 12/23/13 | 12/23/14 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB  OCCUR  EXCESS LIAB  CLAIMS-MADE  DED  X RETENTION $ 10,000 | | | PSE0001508 | 12/23/13 | 12/23/14 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | | | AGGREGATE | $ 5,000,000 |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | Prof Liability Ins | | | MAX7PL0001092 | 12/23/13 | 12/23/14 | Per Claim | 2,000,000 |
| B | Pollution Liab | | | MAX7PL0001092 | 12/23/13 | 12/23/14 | Aggregate | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
VPGS LLC and Perth Amboy Redevelopment Agency is included as an additional insured limited to General Liability as required by written contract.

Re: 8685 - 1050 State Street, Perth Amboy, NJ.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| TERRAC6  Terra Contracting Services,LLC 5787 Stadium Drive Kalamazoo, MI 49009 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)          The ACORD name and logo are registered marks of ACORD

SESI (Amerisure)002453

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD**

DATE (MM/DD/YYYY)
05/20/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsements(s).

| PRODUCER | Keystone Risk Partners<br>One Tower Bridge Suite 275<br>Conshohocken PA, 19428 | CONTACT NAME: | | |
|---|---|---|---|---|
| | | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |
| | | INSURERS AFFORDING COVERAGE | | NAIC# |
| | | INSURER A: The Insurance Company of the State of ~~Pennsylvania  AIG~~ | | |
| **INSURED** | | INSURER B: American Guarantee & Liability | | 26247 |
| Extensis, Inc. L/C/F<br>SOILS ENGINEERING SERVICES, INC. (SESI CONSULTING ENGINEERS)<br>900 US HWY 9 North, Suite 203<br>Woodbridge, NJ 07095 | | INSURER C: | | |
| | | INSURER D: | | |
| | | INSURER E: | | |
| | | INSURER F: | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADD'L INSRD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | Not Applicable | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS MADE [ ] OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS-COMP/OP AGG | $ |
| | POLICY [ ] PRO-JECT [ ] LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | Not Applicable | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| B | X UMBRELLA LIAB  X OCCUR | | | UMB5499247-00 | 01/01/13 | 07/01/14 | EACH OCCURRENCE | $ 4,000,000 |
| | EXCESS LIAB [ ] CLAIMS MADE | | | | | | AGGREGATE | $ 4,000,000 |
| | X DED  X RETENTION $ 10,000 | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITTY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  Y/N<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | N/A | | 014505633 | 09/30/2013 | 09/30/2014 | X WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000.00 |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | $ 1,000,000.00 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $ 1,000,000.00 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks, Schedule, if more space is required)
//
Project: Job#8685 - 1050 State Street, Perth Amboy, NJ 08861

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 4432<br>Terra Contracting Services LLC<br><br>5787 Stadium Drive<br>Kalamazoo MI, 49009 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>Jay Peichel |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)    The ACORD name and logo are registered marks of ACORD

**SESI (Amerisure)002454**

SESIC-1  OP ID: VN

## ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
**12/21/2016**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Regional Business Unit |
|---|---|
| Marquis Agency A&E Practice 900 Route 9 North, Suite 503 Woodbridge, NJ 07095 National Account Team | PHONE (A/C, No, Ext): 800-272-6771 / FAX (A/C, No): 732-634-5379 |
| | E-MAIL ADDRESS: |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| | INSURER A : RLI Insurance Company | 13056 |
| INSURED Soils Engineering Services Inc dba SESI Consulting Engineers 12A Maple Avenue Pine Brook, NJ 07058 | INSURER B : Evanston Insurance Company | 35378 |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | PSB0001906 | 12/23/2016 | 12/23/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | X | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY X PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | Emp. Ben | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY | | | PSB0002270 | 11/28/2016 | 12/23/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS   X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS   X NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X UMBRELLA LIAB  X OCCUR | | | PSE0001508 | 12/23/2016 | 12/23/2017 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED X RETENTION $ 10,000 | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N | | | | | | PER STATUTE / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | Prof Liability Ins | | | MKLV7PL0002519 | 12/23/2016 | 12/23/2017 | Per Claim | 2,000,000 |
| B | Pollution Liab | | | MKLV7PL0002519 | 12/23/2016 | 12/23/2017 | Aggregate | 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
VPGS LLC and Perth Amboy Redevelopment Agency is included as an additional insured limited to General Liability as required by written contract.

Re: 8685 - 1050 State Street, Perth Amboy, NJ.

*Job complete 11/9/2015*

## CERTIFICATE HOLDER

TERRAC6

Terra Contracting Services,LLC
5787 Stadium Drive
Kalamazoo, MI 49009

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD

**SESI (Amerisure)002455**

**WAIVER OF LIEN TO DATE**

STATE OF                                                     Gty#

} SS

COUNTY OF                                             Escrow#

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by **Premeir Design + Build Group, LLC**
to furnish **Storm Water Pollution Prevention**
for the premises known as **ePort- Buildings A, B, C and High Street - Job #1526**
of which **Bridge Perth  Amboy, LLC** is the owner.

THE undersigned, for and in consideration of **two thousand, five hundred and no/100th dollars**
($ **2,500.00**) Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of **New Jersey**, relating to mechanics' liens, with respect to and on said above-described premises, and the improvement thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, furnished to this date by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE: **11/01/2016**                        COMPANY NAME:   **SESI Consulting Engineers**
                                       ADDRESS:   **12A Maple Ave., Pine Brook, NJ 07843**

SIGNATURE _____    TITLE **President**_____

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

---

STATE OF                               **CONTRACTOR'S AFFIDAVIT**

} SS

COUNTY OF

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) **Steven P Byszewski**_____ BEING DULY SWORN, DEPOSES
AND SAYS THAT HE OR SHE IS (POSITION) ____**President**_____ OF
(COMPANY NAME) **SESI Consulting Engineers** WHO IS THE
CONTRACTOR FURNISHING **Storm Water Pollution Prevention** WORK ON THE BUILDING
LOCATED AT **ePort- 960-1000 High Street, Perth Amboy, NJ 088861**
OWNED BY **Bridge Perth  Amboy, LLC**
That the total amount of the contract including extras* is $ **47,030.71** on which he or she has received payment of $ **44,521.00** prior to this payment.  That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defect the validity of said waivers.  That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLUDING EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| **SESI Consulting Engineers** | Storm Water Pollution Prevention | 47,030.71 | 44,521.00 | 2,500.00 | 9.71 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE |  |  |  |  |  |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE 11/01/2016 _____ SIGNATURE _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____1st____ DAY OF November, 20 16 .

_____ SEAL:
NOTARY PUBLIC

ELAINE FILOSO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 13, 2019

**SESI (Amerisure)002456**

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

SESI (Amerisure)002457