# GROUP EXHIBIT M-6

# Insured Copy

## <u>WAIVER OF MINE SUBSIDENCE INSURANCE</u>
## <u>ILLINOIS</u>

Application/Policy Number (If Available):

Named Insured(s): <u>PREMIER DESIGN & BUILD GROUP, LLC</u>

Location of Property: <u>001/001</u>      <u>DUPAGE COUNTY</u>

Street
Address: <u>1000 W. IRVING PARK ROAD</u>

      <u>SUITE 200</u>

      <u>ITASCA</u>            ,            **ILLINOIS**  <u>60143</u>
      **City**                                         **Zip Code**

I (We), being the Named Insured indicated above, are located in a county in Illinois where Mine Subsidence insurance coverage is mandatory unless waived. I (We) do not desire Mine Subsidence insurance coverage and hereby waive any rights to such coverage, under this policy or any future policy covering my (our) interest in the property identified above, unless I (we) request Mine Subsidence coverage in writing, at some future date.

_____          _____
Authorized Signature on Insured's Behalf          Date

_____
Title of Person Signing on Insured's Behalf

_____          _____
Producer's Signature          Date

<u>Counties Where Mine Subsidence Coverage is required to be provided, unless rejected.</u>
Bond, Bureau, Christian, Clinton, Douglas, Franklin, Fulton, Gallatin, Grundy, Jackson, Jefferson, Knox, LaSalle, Logan, McDonough, Macoupin, Madison, Marion, Marshall, Menard, Mercer, Montgomery, Peoria, Perry, Putnam, Randolph, Rock Island, St. Clair, Saline, Sangamon, Tazewell, Vermilion, Washington, Williamson

NOTE: IF PROPERTY IS LOCATED IN ANY OF THE ABOVE COUNTIES, AND YOU CHOOSE TO REJECT THE COVERAGE, YOU MUST SIGN AND RETURN THIS ) WAIVER TO THE COMPANY, OR WE WILL PROVIDE YOU WITH MINE SUBSIDENCE COVERAGE AT THE SAME LIMIT AS THE BUILDING LIMIT, SUBJECT TO A MAXIMUM OF $750,000 PER BUILDING.

Pertains to policies issued by Amerisure Mutual Insurance Company, Amerisure Insurance Company or Amerisure Partners Insurance Company

A 60 33 10 13

**IL N 175 11 11**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

© Insurance Services Office, Inc.



POLICY NUMBER: CPP20926450602

ACCOUNT NUMBER: 20061708

IL DS 71 05 02 08

# COMMON POLICY DECLARATIONS

| AMERISURE MUTUAL INSURANCE COMPANY<br>26777 HALSTED ROAD<br>FARMINGTON HILLS, MI 48331-3586 | ASSURANCE AGENCY, LTD<br>20 N. MARTINGALE RD.<br>SCHAUMBURG, IL 60173<br><br>0295855-20 |
|---|---|

NAMED INSURED: PREMIER DESIGN & BUILD GROUP, LLC

MAILING ADDRESS: 1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143

POLICY PERIOD: FROM ____07/01/2020____ TO ____07/01/2021____ AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| BUSINESS DESCRIPTION | CONTRACTOR |
|---|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | PREMIUM |
|---|---|
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ _____ |
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ _____ |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ ████████ |
| COMMERCIAL INLAND MARINE COVERAGE PART | $ ████████ |
| COMMERCIAL LIABILITY UMBRELLA | $ ████████ |
| COMMERCIAL PROPERTY COVERAGE PART | $ ████████ |
| CRIME AND FIDELITY COVERAGE PART | $ _____ |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ _____ |
| EQUIPMENT BREAKDOWN COVERAGE PART | $ _____ |
| FARM COVERAGE PART | $ _____ |
| LIQUOR LIABILITY COVERAGE PART | $ _____ |
| POLLUTION LIABILITY COVERAGE PART | $ _____ |
| PROFESSIONAL LIABILITY COVERAGE PART | $ _____ |
| EMPLOYEE BENEFIT LIABILITY COVERAGE PART | $ ████████ |
| TOTAL: | $ ████ |

Premium shown is payable: $ _____ at inception. $ ____████████

Issue Date: 07/16/2020

Case: 1:23-cv-04098 Document #: 262-18 Filed: 07/10/26 Page 6 of 413 PageID #:55876

**FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):**

**"SEE FORMS & ENDORSEMENT SCHEDULE"**

| Countersigned: | By: |
|---|---|
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

Page 2 of 2        IL DS 71 05 02 08

COMMERCIAL PROPERTY
CP DS 70 00 09 06

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.**  CPP20926450602

[X] "X" If Suplemental Declarations Is Attached

**EFFECTIVE DATE** 07/01/2020    **EXPIRATION DATE**  07/01/2021

## NAMED INSURED

PREMIER DESIGN & BUILD GROUP, LLC

1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143

## DESCRIPTION OF PREMISES

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|

SEE SCHEDULE

## COVERAGES PROVIDED

### Insurance At The Described Premises Applies Only For
### Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* | Rates |
|---|---|---|---|---|---|---|

SEE SCHEDULE

**\*If Extra Expense Coverage, Limits On Loss Payment**

## DEDUCTIBLE

$500.  **Exceptions:**    SEE SCHEDULE

**DATE OF ISSUE** 07/16/2020

**CP DS 70 00 09 06**          Copyright, Insurance Services Office, Inc., 1999          **Page 1 of 2**

---

## OPTIONAL COVERAGES

### Applicable Only When Entries Are
### Made In The Schedule Below

| Agreed Value | | | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Expiration Date | Cov. | Amount | Building | Pers. Prop. | Including "Stock" |

SEE SCHEDULE

Inflation Guard (%):  Bldg. ____ %  Pers. Prop. ____ %

*Monthly Limit Of Indemnity (Fraction): (    )

*Maximum Period Of Indemnity (X):     (    )

*Extended Period Of Indemnity (Days): (    )

*Applies to Business Income Only

---

## MORTGAGEHOLDERS

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|
| SEE SCHEDULE | | |

---

## FORMS APPLICABLE

**To All Coverages:**   SEE FORMS AND ENDORSEMENTS SCHEDULE

**To Specific Premises/Coverages:**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|

AUDIT PERIOD (IF APPLICABLE) ☐ ANNUALLY ☐ SEMI-ANNUALLY ☐ QUARTERLY ☐ MONTHLY

STATE TAX OR OTHER (if applicable) ————  ████  
BALANCE TO MINIMUM ————  
TOTAL PREMIUM ————

Page 2 of 2    Copyright, Insurance Services Office, Inc., 1999    CP DS 70 00 09 06  ☐

# COMMERCIAL PROPERTY COVERAGE SCHEDULE

**POLICY NUMBER:** CPP20926450602          **EFFECTIVE DATE:** 07/01/2020

**NAMED INSURED:** PREMIER DESIGN & BUILD GROUP, LLC

---

**Prem #:** 001    **Bldg #:** 001          1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143

**Construction Type:**    NON-COMBUSTIBLE - OTHER THAN LIGHT STEEL

---

**COVERAGE:** BUILDING

**Coverage Option(s):**

REPLACEMENT COST

| LIMIT | COINSURANCE | DEDUCTIBLE |
|---|---|---|
| $1,500,000 | 90% | $1,000 |
| WINDSTORM OR HAIL DEDUCTIBLE: | | $1,000 |
| THEFT CAUSE OF LOSS DEDUCTIBLE: | | $1,000 |

| | RATE | Premium |
|---|---|---|
| GRP I | | |
| GRP II | | |
| SPECIAL | | |

**COVERAGE:** BUILDING-EQUIPMENT BREAKDOWN

| LIMIT | DEDUCTIBLE |
|---|---|
| INCLUDED | $1,000 |

| RATE | Premium |
|---|---|
| | |

**COVERAGE:** BUILDING-MINE SUBSIDENCE

| LIMIT | DEDUCTIBLE |
|---|---|
| $750,000 | $1,000 |

| RATE | Premium |
|---|---|
| | |

**COVERAGE:** PERSONAL PROPERTY-INSURED

**Coverage Option(s):**

INCLUDING STOCK
REPLACEMENT COST

| LIMIT | COINSURANCE | DEDUCTIBLE |
|---|---|---|

CP DS 71 01 09 06          Page 1    of 5

# Commercial Property Coverage Schedule  (continued)

| | | |
|---|---|---|
| $250,000 | 90% | $1,000 |
| WINDSTORM OR HAIL DEDUCTIBLE: | | $1,000 |
| THEFT CAUSE OF LOSS DEDUCTIBLE: | | $1,000 |

| | RATE | Premium |
|---|---|---|
| GRP I | ████████ | ████████ |
| GRP II | | |
| SPECIAL | | |

**COVERAGE:** PERSONAL PROPERTY-INSURED-EQUIPMENT BREAKDOWN

| LIMIT | DEDUCTIBLE |
|---|---|
| INCLUDED | $1,000 |

| RATE | Premium |
|---|---|
| ████████ | ████████ |

**COVERAGE:** PERSONAL PROPERTY-TENANTS, IMPROVEMENTS, AND BETTERMENTS

**Coverage Option(s):**

REPLACEMENT COST

| LIMIT | COINSURANCE | DEDUCTIBLE |
|---|---|---|
| $1,000,000 | 90% | $1,000 |
| WINDSTORM OR HAIL DEDUCTIBLE: | | $1,000 |
| THEFT CAUSE OF LOSS DEDUCTIBLE: | | $1,000 |

| | RATE | Premium |
|---|---|---|
| GRP I | ████████ | ████████ |
| GRP II | | |
| SPECIAL | | |

**COVERAGE:** PERSONAL PROPERTY-TENANTS, IMPROVEMENTS, AND BETTERMENTS-EQUIPMENT BREAKDOWN

| LIMIT | DEDUCTIBLE |
|---|---|
| INCLUDED | $1,000 |

| RATE | Premium |
|---|---|
| ████████ | ████████ |

**COVERAGE:** BUSINESS INCOME

**Coverage Option(s):**

INCLUDING EXTRA EXPENSE

VALUE TYPE    OTHER THAN RENTAL VALUE

| LIMIT | COINSURANCE | DEDUCTIBLE |
|---|---|---|
| $1,000,000 | 90% | 72 HOURS |

| | RATE | Premium |
|---|---|---|
| GRP I | ████████ | ████████ |
| GRP II | | |

## Commercial Property Coverage Schedule  (continued)

SPECIAL

█████████████

**COVERAGE:** BUSINESS INCOME-EQUIPMENT BREAKDOWN

**LIMIT**

INCLUDED

| | **RATE** | **Premium** |
|---|---|---|
| | ████████ | ████████ |

---

**Prem #:** 008  **Bldg #:** 001

16530 BAKE PARKWAY
SUITE 101
IRVINE, CA 92618

**Construction Type:**  JOISTED MASONRY - OTHER THAN REINFORCED

---

**COVERAGE:** PERSONAL PROPERTY-INSURED

**Coverage Option(s):**
INCLUDING STOCK
REPLACEMENT COST

| **LIMIT** | **COINSURANCE** | **DEDUCTIBLE** |
|---|---|---|
| $50,000 | 90% | $1,000 |
| WINDSTORM OR HAIL DEDUCTIBLE: | | $1,000 |
| THEFT CAUSE OF LOSS DEDUCTIBLE: | | $1,000 |

| | **RATE** | **Premium** |
|---|---|---|
| GRP I | | |
| GRP II | ████████ | ████████ |
| SPECIAL | | |

**COVERAGE:** PERSONAL PROPERTY-INSURED-EQUIPMENT BREAKDOWN

| **LIMIT** | **DEDUCTIBLE** |
|---|---|
| INCLUDED | $1,000 |

| | **RATE** | **Premium** |
|---|---|---|
| | ████████ | ████████ |

---

**Prem #:** 009  **Bldg #:** 001

517 US ROUTE ONE SOUTH, SUITE
ISELIN, NJ 08830

**Construction Type:**  MODIFIED FIRE RESISTIVE - OTHER THAN REINFORCED MASONRY -
OTHER THAN LIGHT STEEL

---

**COVERAGE:** PERSONAL PROPERTY-INSURED

**Coverage Option(s):**
INCLUDING STOCK
REPLACEMENT COST

| **LIMIT** | **COINSURANCE** | **DEDUCTIBLE** |
|---|---|---|

CP DS 71 01 09 06

# Commercial Property Coverage Schedule  (continued)

| | | |
|---|---|---|
| $50,000 | 90% | $1,000 |
| WINDSTORM OR HAIL DEDUCTIBLE: | | $1,000 |
| THEFT CAUSE OF LOSS DEDUCTIBLE: | | $1,000 |

| | **RATE** | **Premium** |
|---|---|---|
| GRP I | ███ | ███ |
| GRP II | | |
| SPECIAL | | |

**COVERAGE:** PERSONAL PROPERTY-INSURED-EQUIPMENT BREAKDOWN

| **LIMIT** | **DEDUCTIBLE** |
|---|---|
| INCLUDED | $1,000 |

| **RATE** | **Premium** |
|---|---|
| ███ | ███ |

---

**Prem #:** 011  **Bldg #:** 001

7901 SW 6TH COURT
SUITE 100
PLANTATION, FL 33324

**Construction Type:**  JOISTED MASONRY - OTHER THAN REINFORCED

---

**COVERAGE:** PERSONAL PROPERTY-INSURED

**Coverage Option(s):**

INCLUDING STOCK

REPLACEMENT COST

| **LIMIT** | **COINSURANCE** | **DEDUCTIBLE** |
|---|---|---|
| $50,000 | 90% | $1,000 |
| WINDSTORM OR HAIL DEDUCTIBLE: | | $1,000 |
| THEFT CAUSE OF LOSS DEDUCTIBLE: | | $1,000 |

| | **RATE** | **Premium** |
|---|---|---|
| GRP I | ███ | ███ |
| GRP II | | |
| SPECIAL | | |

**COVERAGE:** PERSONAL PROPERTY-INSURED-EQUIPMENT BREAKDOWN

| **LIMIT** | **DEDUCTIBLE** |
|---|---|
| INCLUDED | $1,000 |

| **RATE** | **Premium** |
|---|---|
| ███ | ███ |

**Rating Elements**

| | |
|---|---|
| TERRORISM - CALIFORNIA | ███ |
| TERRORISM - FLORIDA | |
| TERRORISM - ILLINOIS | |

CP DS 71 01 09 06

## Commercial Property Coverage Schedule  (continued)

TERRORISM - NEW JERSEY



**Rating Elements**

ILLINOIS

   CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE FORM



CP DS 71 01 09 06

## Named Insured Schedule

**POLICY NUMBER** CPP20926450602          **EFFECTIVE DATE** 07/01/2020

**NAMED INSURED** PREMIER DESIGN & BUILD GROUP, LLC

**Named Insured**

PREMIER DESIGN & BUILD GROUP, LLC

1000 W. IRVING PARK ROAD, LLC

WISCINOIS, LLC

**IL DS 71 04 09 06**                                                        **Page** 1   **of** 1

Case: 1:23-cv-04098 Document #: 262-18 Filed: 07/10/26 Page 15 of 413 PageID #:55885

# Commercial Property Mortgageholder  Schedule

**POLICY NUMBER:** CPP20926450602      **EFFECTIVE DATE:** 07/01/2020

NAMED INSURED    <u>PREMIER DESIGN & BUILD GROUP, LLC</u>

## DESCRIPTION OF MORTGAGEHOLDER

| Prem # | Bldg # | Mortgageholder Name and Mailing Address |
|--------|--------|------------------------------------------|
| 001 | 001 | MB FINANCIAL BANK<br>6111 N RIVER RD-ATTN: LOAN<br>COORDINATION-9TH FLOOR  ROSEMONT, IL 60018 |
| 001 | 001 | SMALL BUSINESS GROWTH CORPORATION AND US SMALL BUSINESS ADMINISTRATION<br>2401 WEST WHITE OAKS DRIVE<br>SPRINGFIELD, IL 627047423 |

# Forms and Endorsements Schedule

**Policy Number:**   CPP20926450602        **Effective Date:** 07/01/2020

**Named Insured:**   PREMIER DESIGN & BUILD GROUP, LLC

| Form Number | Description |
|---|---|
| A 60 33 10 13 | WAIVER OF MINE SUBSIDENCE INSURANCE ILLINOIS |
| M 22 06 12 10 | SINKHOLE LOSS EXCLUSION - FLORIDA NOTIFICATION TO POLICYHOLDERS |
| IL 01 04 09 07 | CALIFORNIA CHANGES |
| IL 01 11 11 03 | NEW JERSEY CHANGES |
| IL 01 18 02 17 | ILLINOIS CHANGES |
| IL 01 75 09 07 | FLORIDA CHANGES - LEGAL ACTION AGAINST US |
| IL 02 84 01 18 | ILLINOIS CHANGES -  CANCELLATION AND NONRENEWAL |
| IL 09 03 07 02 | MINE SUBSIDENCE SCHEDULE |
| IL 09 12 10 11 | ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING |
| IL 09 35 07 02 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL 09 52 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL 09 85 01 15 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| CP 00 30 06 07 | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 25 02 12 | FLORIDA CHANGES |
| CP 01 40 07 06 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP 01 49 06 07 | ILLINOIS CHANGES - ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION |
| CP 12 18 06 07 | LOSS PAYABLE PROVISIONS |
| CP 72 90 03 14 | EQUIPMENT BREAKDOWN SUBLIMITS SCHEDULE |
| CP 72 90 06 17 | EQUIPMENT BREAKDOWN SUBLIMITS SCHEDULE |
| CP 74 45 12 18 | CONTRACTORS ADVANTAGE PROGRAM COMMERCIAL PROPERTY COVERAGE PART |
| CP 74 46 02 08 | FLORIDA CONTRACTORS ADVANTAGE PROGRAM COMMERCIAL PROPERTY COVERAGE PART |
| CP 76 95 12 18 | NJ - EXCLUSION OF NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL TERRORIST ATTACK |
| CP 77 04 12 18 | FLORIDA AMENDATORY ENDORSEMENT BIOCHEMICAL EXCLUSION |

## Tax, Surcharge & Fee Schedule

**Policy Number:** CPP20926450602          **Effective Date:** 07/01/2020

PREMIER DESIGN & BUILD GROUP, LLC
**Named Insured:** _____

| Description | Amount |
|---|---|
| FL-EMERGENCY MANAGEMENT ACT | ▮ |
| FL-STATE FIRE MARSHAL SURCHARGE | |

Total          ▮

IL DS 71 03 09 06

# LOSS PAYEE SCHEDULE

**POLICY NUMBER**     CPP20926450602     **EFFECTIVE DATE** 07/01/2020

**NAMED INSURED**   PREMIER DESIGN & BUILD GROUP, LLC

| LOC/BLDG | LOSS PAYEE NAME AND ADDRESS | DESCRIPTION OF PROPERTY | RATING TYPE |
|---|---|---|---|
| 001/001 | BMO HARRIS BANK N.A.  ISAOA<br>111 WEST MONROE ST., 5 WEST<br>CHICAGO, IL 60603 | LENDERS LOSS PAYABLE | ███████ |
| 001/001 | KMBS<br>PO BOX 979220<br>MIAMI, FL 33197 | LEASED COPIERS | ███████ |
| 001/001 | MB FINANCIAL BANK<br>6111 N RIVER RD-ATTN: LOAN<br>COORDINATION-9TH FLOOR<br>ROSEMONT, IL 60018 | PERSONAL<br>PROPERTY-INSURED | ███████ |
| 008/001 | BMO HARRIS BANK N.A.  ISAOA<br>111 WEST MONROE ST., 5 WEST<br>CHICAGO, IL 60603 | LENDERS LOSS PAYABLE | ███████ |
| 009/001 | BMO HARRIS BANK N.A.  ISAOA<br>111 WEST MONROE ST., 5 WEST<br>CHICAGO, IL 60603 | LENDERS LOSS PAYABLE | ███████ |
| 011/001 | BMO HARRIS BANK N.A.  ISAOA<br>111 WEST MONROE ST., 5 WEST<br>CHICAGO, IL 60603 | LENDERS LOSS PAYABLE | ███████ |

CP DS 71 05 08 12                                                                                     Page  1  of  1

# AMERISURE MUTUAL INSURANCE COMPANY
**A Stock Company**
**26777 Halsted Road, Farmington Hills, MI 48331-3586**
**Phone 1-800-257-1900**

## ASSIGNMENT

Assignment of this policy is valid only with the written consent of this Company.

## POLICY CONTENT

This policy is made and accepted subject to the foregoing provisions and stipulations and those which follow. These provisions, in addition to those added by amendment or endorsement are a part of this policy.

This policy consists of the Common Policy Declarations, Coverage Parts and endorsements listed in that Declarations form. In return for the payment of the premium, the Company agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy.

## PARTICIPATION

This policy is non-assessable. You may participate in the distribution of dividends to the extent and upon the conditions fixed and determined by the Board of Directors. Dividends cannot be guaranteed. Any distribution will be made in accordance with law.

The Company has by its authorized representative executed and attested to these provisions as reflected below.

> By virtue of this policy, the insured is a member of Amerisure Mutual Holdings, Inc. of Farmington Hills, Michigan. Members are entitled to vote either in person or by proxy at any meetings of members. Annual meetings are held on the second Thursday of May of each year at 10:30 A.M. at the Home Office in Farmington Hills, MI or at such other place in the City of Farmington Hills, to which the members may adjourn such meeting.

Secretary                                        President

**M 10 85 01 15**

# AMERISURE MUTUAL INSURANCE COMPANY

**A Stock Company**
**26777 Halsted Road, Farmington Hills, MI 48331-3586**
**Phone 1-800-257-1900**

**ASSIGNMENT**

Assignment of this policy is valid only with the written consent of this Company.

**POLICY CONTENT**

This policy is made and accepted subject to the foregoing provisions and stipulations and those which follow. These provisions, in addition to those added by amendment or endorsement are a part of this policy.

This policy consists of the Common Policy Declarations, Coverage Parts and endorsements listed in that Declarations form. In return for the payment of the premium, the Company agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy.

The Company has by its authorized representative executed and attested to these provisions as reflected below.

Secretary                                                  President

M 11 05 01 15

## SINKHOLE LOSS EXCLUSION– FLORIDA
## NOTIFICATION TO POLICYHOLDERS


**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.**

**YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

Includes copyrighted material of Insurance Services Office, Inc.

**M 22 06 12 10**

# AMERISURE MUTUAL INSURANCE COMPANY

26777 Halsted Road, Farmington Hills, MI 48331-3586
Phone 1-800-257-1900

## PARTICIPATION

This policy is non-assessable. You may participate in the distribution of dividends to the extent and upon the conditions fixed and determined by the Board of Directors. Dividends cannot be guaranteed. Any distribution will be made in accordance with law.

> By virtue of this policy, the insured is a member of Amerisure Mutual Holdings, Inc. of Farmington Hills, Michigan. Members are entitled to vote either in person or by proxy at any meetings of members. Annual meetings are held on the second Thursday of May of each year at 10:30 A.M. at the Home Office in Farmington Hills, MI or at such other place in the City of Farmington Hills, to which the members may adjourn such meeting.

A 50 01 07 09

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98          Copyright, Insurance Services Office, Inc., 1998          Page 1 of 1

IL 01 04 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

A. When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

B. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

1. This Coverage Part;

2. The Covered Property;

3. That insured's ("insured's") interest in the Covered Property; or

4. A claim under this Coverage Part or Coverage Form.

C. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

1. This Coverage Part;

2. The Covered Property;

3. An insured's ("insured's") interest in the Covered Property; or

4. A claim under this Coverage Part or Coverage Form.

D. Except as provided in **E.**, the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

E. The Appraisal Condition in:

1. Business Income (And Extra Expense) Coverage Form **CP 00 30**; and

2. Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

© ISO Properties, Inc., 2006

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

 © ISO Properties, Inc., 2006 IL 01 04 09 07 □

IL 01 11 11 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. The following exclusion and related provisions are added:

   1. We will not pay for loss or damage arising out of any act committed:

      a. By or at the direction of any insured; and

      b. With the intent to cause a loss.

   2. However, this exclusion will not apply to deny payment to a co-insured who did not cooperate in or contribute to the creation of the loss if the loss arose out of domestic violence.

   3. If we pay a claim pursuant to Paragraph **A.2.,** our payment to the insured is limited to that insured's insurable interest in the property. In no event will we pay more than the Limit of Insurance.

To the extent that the Concealment, Misrepresentation Or Fraud Condition conflicts with the provisions of Paragraph **A.2.** above, the provisions of **A.2.** will apply.

B. The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

   If we pay a co-insured for loss arising out of an act of domestic violence by another insured, the rights of the co-insured, who did not cooperate in or contribute to the creation of the loss, to recover damages from the perpetrator of domestic violence are transferred to us to the extent of our payment. Following the loss, the co-insured who did not cooperate in or contribute to the loss may not waive such rights to recover against the perpetrator of domestic violence.

IL 01 11 11 03 © ISO Properties, Inc., 2003 Page 1 of 1

Case: 1:23-cv-04098 Document #: 262-18 Filed: 07/10/26 Page 27 of 413 PageID #:55897

IL 01 18 02 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.,** then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **F.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 © Insurance Services Office, Inc., 2016 IL 01 18 02 17

IL 01 62 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section **A.** Coverage under the Legal Liability Coverage Form; and

5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

IL 01 62 10 13 © Insurance Services Office, Inc., 2013 **Page 1 of 1**

IL 01 75 09 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

IL 01 75 09 07 © ISO Properties, Inc., 2006 Page 1 of 1 ☐

IL 02 55 04 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation For Policies In Effect 90 Days Or Less**

**a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with underwriting requirements established by the insurer.

**b.** However, Paragraph **2.a.(2)** does not apply to a first Named Insured whose residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of written notice. Instead, refer to Paragraph **C.7.b.(4)** of this endorsement.

**c.** We may not cancel:

**(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(2)** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

IL 02 55 04 15 © Insurance Services Office, Inc.,2014 Page 1of 4

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation For Policies In Effect For More Than 90 Days**

**a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

**(7)** On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

**(8)** The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above, and this policy does not cover a residential structure or its contents; or

**(b)** Cancellation is based on the reason stated in Paragraph **7.a.(8)** above;

**(3)** 100 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

**(b)** This policy covers a residential structure or its contents, unless Paragraph **7.b.(4)** applies.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation at least 100 days prior to the effective date of cancellation or by June 1, whichever is earlier. Therefore, when cancellation is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of cancellation by June 1; or

**(4)** 120 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in Paragraphs **7.a.(2)** through **7.a.(7)** above; and

**(b)** The first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

**c.** If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

© Insurance Services Office, Inc.,2014
IL 02 55 04 15

**D.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

    **a.** 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph **D.5.;** or

    **b.** 100 days prior to the expiration of the policy if this policy covers a residential structure or its contents, unless Subsection **c.** or **d.** applies.

    **c.** If this policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 100 days prior to the effective date of nonrenewal or by June 1, whichever is earlier. Therefore, when nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the first Named Insured written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this policy's coverage for sinkhole losses or catastrophic ground cover collapse, pursuant to section 627.706, Florida Statutes, then this subsection, **c.,** does not apply. Therefore, in such a case, Subsection **b.** or **d.** applies.

    **d.** 120 days prior to the effective date of nonrenewal if the first Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five-year period immediately prior to the date of the written notice.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

    **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    **b.** On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

        **(1)** The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

        **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

    **c.** Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

**4.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

**5.** Notwithstanding the provisions of Paragraph **D.3.,** we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

**E. Limitations On Cancellation And Nonrenewal In The Event Of Hurricane Or Wind Loss – Residential Property**

**1.** The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

    **a.** Except as provided in Paragraph **E.1.b.,** we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

**b.** We may cancel or nonrenew the policy prior to restoration of the structure or its contents for any of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Material misstatement or fraud related to the claim;

**(3)** We determine that you have unreasonably caused a delay in the repair of the structure; or

**(4)** We have paid the policy limits.

If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph **b.(2), b.(3)** or **b.(4),** we will give you 45 days' notice.

**2.** With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

**3.** With respect to Paragraph **E.2.,** a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

© Insurance Services Office, Inc.,2014

**IL 02 55 04 15**

IL 02 70 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured at the mailing address shown in the policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

IL 02 70 09 08 © ISO Properties, Inc., 2007 **Page 1 of 4** ☐

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Capital Assets Program Coverage Form (Output Policy);

**(2)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(3)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

 © ISO Properties, Inc., 2007 IL 02 70 09 08 □

**C.** The following is added and supersedes any provisions to the contrary:

**NONRENEWAL**

1. Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **Residential Property**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   Capital Assets Program (Output Policy) Coverage Part

   Commercial Property Coverage Part

   Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

   a. We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below:

   b. We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

      However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

      (1) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

      (2) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

      (3) We have:

         (a) Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

         (b) Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

         the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

   c. We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

   d. We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This Restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

      (1) Capital Assets Program Coverage Form (Output Policy);

      (2) Commercial Property Coverage Part – Causes Of Loss – Special Form; or

      (3) Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

3. We are not required to send notice of nonrenewal in the following situations:

   a. If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© ISO Properties, Inc., 2007

**IL 02 70 09 08** □

IL 02 84 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

**2.** If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained through a material misrepresentation;

**c.** You have violated any of the terms and conditions of the policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

**5.** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

**6.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**7.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**8. Real Property Other Than Residential Properties Occupied By Four Families Or Less**

The following applies only if this policy covers real property other than residential property occupied by four families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal unoccupancy; or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate;

(2) An outstanding demolition order; or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

**9. Residential Properties Occupied By Four Families Or Less**

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**10.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**Grain In Public Grain Warehouses**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

**2.** Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

**3.** If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**4.** If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**5.** The following provision applies to policies other than those described in Paragraph **6.**:

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

© Insurance Services Office, Inc., 2017                IL 02 84 01 18

**6.** The following provision applies only if this policy covers residential properties occupied by four families or less:

    **a.** If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

        **(1)** The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

        **(2)** The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

        **(3)** You received 60 days' notice of our intent not to renew as provided in **1.** above.

    **b.** If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in **1.** above.

    **c.** Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

    **d.** The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

POLICY NUMBER: CPP20926450602

IL 09 03 07 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINE SUBSIDENCE SCHEDULE

This endorsement provides supplementary information to be used with one or more of the following as shown in the Schedule:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM PROPERTY – FARM DWELLINGS, APPURTENANT STRUCTURES AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
FARM PROPERTY – BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM

Mine Subsidence Coverage applies to the following Structure(s) as described in the endorsement providing such coverage:

**SCHEDULE** SEE SCHEDULE

| Coverage Part or Coverage Form | Prem. No. | Bldg. No. | Limit of Insurance | Additional Premium |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | | | |

© ISO Properties, Inc., 2001

IL 09 12 10 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – MINE SUBSIDENCE – NON-RESIDENTIAL BUILDING

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The coverage form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

## A. Coverage

Paragraph **A.** is replaced by the following:

### A. Mine Subsidence Coverage

We will pay for direct physical loss of or damage to Commercial Buildings at the premises described in the Mine Subsidence Schedule or in the Declarations, caused by or resulting from Mine Subsidence.

#### 1. Covered Property

Covered Property, as used in this endorsement, means the following type of property for which a Limit Of Insurance is shown in the Mine Subsidence Schedule or Declarations:

**Commercial Building** – meaning any building, other than a residence, permanently affixed to realty, including:

a. Cost of excavation, grading or fillings;

b. The foundation, basements and footings of buildings;

c. Septic systems directly servicing the buildings;

d. Pilings, piers, pipes, flues and drains, all of which are underground; and

e. Pilings which are below the low-water mark.

#### 2. Property Not Covered

Covered Property does not include:

a. Land, trees, plants, crops or agricultural field drainage tile;

b. Personal Property; or

c. Driveways, parking lots and sidewalks.

#### 3. Covered Cause Of Loss

**Mine Subsidence** – meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of man-made underground mines, including, but not limited to, coal mines, clay mines, limestone mines and fluorspar mines, that directly damages Commercial Buildings. Mine Subsidence does not mean lateral or vertical ground movement caused by:

a. Earthquake, landslide, volcanic eruption;

b. Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

c. Collapse of storm or sewer drains or rapid transit tunnels.

All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

#### 4. Additional Coverage

**Debris Removal**

We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

## B. Exclusions

1. Paragraph **1.b.(3)** in the **Earth Movement** Exclusion of the Commercial Property Coverage Part and Paragraph **1.a.(3)** in the **Earth Movement** Exclusion of the Capital Assets Program (Output Policy) Coverage Part are deleted.

2. For insurance provided under the Farm Coverage Part, Paragraph **2.c.** of the **Earth Movement** Exclusion is deleted.

3. The following is added:

   We will not pay for:

   **a.** Indirect or consequential loss; or

   **b.** Loss of use;

   caused by or resulting from Mine Subsidence.

## C. Limits Of Insurance

1. The **Limits Of Insurance** Section is replaced by the following:

   The most we will pay for loss of or damage to any one Commercial Building caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit Of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations, subject to **C.2.** below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the Commercial Building by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

## D. Additional Conditions

The **Coinsurance** Additional Condition does not apply to this endorsement.

The following is added:

## E. Other Insurance – Mine Subsidence

In the event of loss to any Commercial Building insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

 © Insurance Services Office, Inc., 2011 IL 09 12 10 11 ☐

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including micro-processors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

IL 09 35 07 02          © ISO Properties, Inc., 2001          **Page 1 of 1**    ☐

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

POLICY NUMBER: CPP20926450602

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I |
|---|
| Terrorism Premium (Certified Acts) ▆▆▆▆▆▆ |
| This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies): |
| COMMERCIAL PROPERTY, CPP20926450602 |
| |
| Additional information, if any, concerning the terrorism premium: |
| |

| SCHEDULE – PART II |
|---|
| Federal share of terrorism losses ▆▆▆▆ Year: 20 20 |
| (Refer to Paragraph **B.** in this endorsement.) |
| Federal share of terrorism losses ▆▆▆▆ Year: 20 21 |
| (Refer to Paragraph **B.** in this endorsement.) |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### A. Disclosure Of Premium

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

  © Insurance Services Office, Inc.,2015  IL 09 85 01 15

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.,** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

© ISO Properties, Inc., 2007

CP 00 30 06 07

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c. **Extended Business Income**

(1) **Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) **"Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. **Interruption Of Computer Operations**

(1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

© ISO Properties, Inc., 2007

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

   (a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

   (b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

   (c) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

   (d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage – Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

   a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

   b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

 © ISO Properties, Inc., 2007

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

 © ISO Properties, Inc., 2007 □

**3. Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

a. The Net Income (Net Profit or Loss before income taxes), and

b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 © ISO Properties, Inc., 2007 CP 00 30 06 07 □

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

## EXAMPLE #1 (UNDERINSURANCE)

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step **(1)**: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 ¸ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

### E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

#### 1. Maximum Period Of Indemnity

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

    **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

    **(2)** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

  **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

    **(1)** The Limit of Insurance, multiplied by

    **(2)** The fraction shown in the Declarations for this Optional Coverage.

## EXAMPLE

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 120,000 |
| The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |
| ($120,000 x 1/4 = $30,000) | | |
| If, in this example, the actual amount of loss is: | | |
| Days 1–30: | $ | 40,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 90,000 |
| We will pay: | | |
| Days 1–30: | $ | 30,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

  **a.** To activate this Optional Coverage:

    **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

      **(a)** During the 12 months prior to the date of the Work Sheet; and

      **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

    **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

      **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

      **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

  **b.** The Additional Condition, Coinsurance, is suspended until:

    **(1)** 12 months after the effective date of this Optional Coverage; or

    **(2)** The expiration date of this policy;

  whichever occurs first.

  **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

    **(1)** Within 12 months of the effective date of this Optional Coverage; or

    **(2)** When you request a change in your Business Income Limit of Insurance.

  **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

    **(1)** The Business Income Limit of Insurance; divided by

    **(2)** The Agreed Value.

 © ISO Properties, Inc., 2007 CP 00 30 06 07   □

**EXAMPLE**

| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $100,000 , $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

### 4. Extended Period Of Indemnity

Under Paragraph **A.5.c., Extended Business Income,** the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

## F. Definitions

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

 © ISO Properties, Inc., 2007 ☐

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

  Copyright, ISO Commercial Risk Services, Inc., 1983, 1987   ☐

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 CP 00 90 07 88 ☐

COMMERCIAL PROPERTY
CP 01 25 02 12

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If windstorm is a Covered Cause of Loss and loss or damage to Covered Property is caused by or results from windstorm, the following exclusion applies in:

1. Broward County;

2. Dade County;

3. Martin County;

4. Monroe County;

5. Palm Beach County; and

6. All the areas east of the west bank of the Intracoastal Waterway in the counties of:

   a. Indian River; and

   b. St. Lucie.

### Windstorm Exterior Paint And Waterproofing Exclusion

We will not pay for loss or damage caused by windstorm to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of buildings unless the building to which such loss or damage occurs also sustains other loss or damage by windstorm in the course of the same storm event. But such coverage applies only if windstorm is a Covered Cause of Loss.

When loss or damage to exterior paint or waterproofing material is excluded, we will not include the value of paint or waterproofing material to determine:

   a. The amount of the Windstorm or Hail Deductible; or

   b. The value of Covered Property when applying the Coinsurance Condition.

**D.** The **Loss Payment** Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage upon the earliest of the following:

   **(1)** Within 20 days after we receive the sworn proof of loss and reach written agreement with you;

   **(2)** Within 30 days after we receive the sworn proof of loss and:

   **(a)** There is an entry of a final judgment; or

   **(b)** There is a filing of an appraisal award with us; or

   **(3)** Within 90 days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied.

   Paragraph **(3)** applies only to the following:

   **(a)** A claim under a policy covering residential property;

   **(b)** A claim for building or contents coverage if the insured structure is 10,000 square feet or less and the policy covers only locations in Florida; or

CP 01 25 02 12 © Insurance Services Office, Inc., 2011 Page 1 of 3

(c) A claim for contents coverage under a tenant's policy if the rented premises are 10,000 square feet or less and the policy covers only locations in Florida.

## E. Sinkhole Collapse Coverage Removed

Sinkhole Collapse coverage is removed, as indicated in Paragraphs **E.1.** through **E.4.**; and coverage for Catastrophic Ground Cover Collapse is added instead as set forth in Paragraph **F.**

1. In the Causes Of Loss – Basic Form and in the Standard Property Policy, Sinkhole Collapse is deleted from the Covered Causes of Loss and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

2. In the Causes Of Loss – Broad Form, Sinkhole Collapse is deleted from the Covered Causes of Loss and from the Additional Coverage – Collapse; and sinkhole collapse is no longer an exception to the Earth Movement Exclusion.

3. In the Causes Of Loss – Special Form, Sinkhole Collapse is deleted from the "specified causes of loss" and is no longer an exception to the Earth Movement Exclusion.

4. In the Mortgageholders Errors And Omissions Coverage Form, Sinkhole Collapse is deleted from the Covered Causes of Loss under Coverage **B** and from the "specified causes of loss", and is no longer an exception to the Earth Movement Exclusion.

Further, this Coverage Part does not insure against Sinkhole Loss as defined in Florida law unless an endorsement for Sinkhole Loss is made part of this policy. However, if Sinkhole Loss causes Catastrophic Ground Cover Collapse, coverage is provided for the resulting Catastrophic Ground Cover Collapse even if an endorsement for Sinkhole Loss is not made part of this policy.

F. The following is added to this Coverage Part as a Covered Cause of Loss. In the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, the following is also added as a "specified cause of loss". However, as a "specified cause of loss", the following does not apply to the Additional Coverage – Collapse.

## Catastrophic Ground Cover Collapse

We will pay for direct physical loss or damage to Covered Property caused by or resulting from catastrophic ground cover collapse, meaning geological activity that results in all of the following:

1. The abrupt collapse of the ground cover;

2. A depression in the ground cover clearly visible to the naked eye;

3. "Structural damage" to the building, including the foundation; and

4. The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from a catastrophic ground cover collapse.

The **Earth Movement** Exclusion and the **Collapse** Exclusion do not apply to coverage for Catastrophic Ground Cover Collapse.

Coverage for Catastrophic Ground Cover Collapse does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to catastrophic ground cover collapse also qualifies as Sinkhole Loss or Earthquake (if either or both of those causes of loss are covered under this Coverage Part), only one Limit of Insurance will apply to such loss or damage.

G. The following applies to the **Additional Coverage – Civil Authority** under the Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form and Extra Expense Coverage Form:

1. The Additional Coverage – Civil Authority includes a requirement that the described premises are not more than one mile from the damaged property. With respect to described premises located in Florida, such one-mile radius does not apply.

2. The Additional Coverage – Civil Authority is limited to a coverage period of up to four weeks. With respect to described premises located in Florida, such four-week period is replaced by a three-week period.

3. Civil Authority coverage is subject to all other provisions of that Additional Coverage.

© Insurance Services Office, Inc., 2011

H. The following provisions are added to the **Duties In The Event Of Loss Or Damage** Loss Condition:

(1) A claim, supplemental claim or reopened claim for loss or damage caused by hurricane or other windstorm is barred unless notice of claim is given to us in accordance with the terms of this policy within three years after the hurricane first made landfall or a windstorm other than hurricane caused the covered damage. (Supplemental claim or reopened claim means an additional claim for recovery from us for losses from the same hurricane or other windstorm which we have previously adjusted pursuant to the initial claim.)

This provision concerning time for submission of claim, supplemental claim or reopened claim does not affect any limitation for legal action against us as provided in this policy under the Legal Action Against Us Condition, including any amendment to that condition.

(2) Any inspection or survey by us, or on our behalf, of property that is the subject of a claim, will be conducted with at least 48 hours' notice to you. The 48-hour notice may be waived by you.

I. The following definition of structural damage is added with respect to the coverage provided under this endorsement:

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following.

1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

2. Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

 © Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

**COMMERCIAL PROPERTY**
CP 01 49 06 07

# ILLINOIS CHANGES – ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in:

1. Paragraph **B.2.a.** of the Standard Property Policy, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form and the Causes Of Loss – Special Form; and

2. Paragraph **B.2.b.** of the Mortgageholders Errors And Omissions Coverage Form

is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

POLICY NUMBER: CPP20926450602

**COMMERCIAL PROPERTY**
**CP 12 18 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    BUILDERS' RISK COVERAGE FORM
    CONDOMINIUM ASSOCIATION COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
    STANDARD PROPERTY POLICY

**SCHEDULE** SEE SCHEDULE

| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
|---|---|---|---|---|---|
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
| **Description Of Property:** | | | | | |
| **Loss Payee Name:** | | | | | |
| **Loss Payee Address:** | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

A. When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

B. Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

C. **Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

D. **Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    a. Warehouse receipts;

    b. A contract for deed;

    c. Bills of lading;

    d. Financing statements; or

    e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

    a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

    b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    c. If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

        (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

        All of the terms of this Coverage Part will then apply directly to the Loss Payee.

    d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

        (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

        At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

    a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © ISO Properties, Inc., 2007 CP 12 18 06 07 □

**E. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**F. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

# EQUIPMENT BREAKDOWN SUBLIMITS SCHEDULE

This endorsement modifies insurance provided under the following:

COMMAND® PROPERTY COVERAGE PART - COMMERCIAL OUTPUT PROGRAM
ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE FORM

*These coverages apply to all locations covered on "your" policy, unless otherwise specified. The limits shown below are intended to apply when the "Specified Cause of Loss" and/or "Specified Peril" for a covered occurrence is an "**Equipment Breakdown**", as defined. They are part of, and not in addition to, the policy "limit" for the applicable covered property. If similar limits are shown in your policy with terms and conditions that apply to "Causes of Loss" other than, or in addition to, "**Equipment Breakdown**", then those limits apply to "Specified Causes of Loss" and/or "Specified Peril" that are not "**Equipment Breakdown**".*

## PLEASE READ "YOUR" POLICY CAREFULLY.

| Coverages | Limits |
|---|---|
| **Expediting Expense** | $ Covered Property Policy "Limit"   Applies |
| **Pollutants** | $ 250,000 |
| **Refrigerant Contamination** | $ 250,000 |
| **Spoilage** | $ 250,000 |
| **Computer Equipment** | $ Covered Property Policy "Limit" Applies |
| **Data Restoration** | $ 250,000 |
| **CFC Refrigerants** | $ Covered Property Policy "Limit" Applies |
| **Service Interruption** | $ Covered Property Policy "Limit" Applies |

**The above limits are the most we will pay for loss or damage caused by Equipment Breakdown, including actual loss of Business Income and necessary Extra Expense you incur, if covered by "your" policy.**

**DEFINITIONS** define how the above coverage limits will respond to an "Equipment Breakdown" under the following forms:

COMMAND® PROPERTY COVERAGE PART - COMMERCIAL OUTPUT PROGRAM
ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART

**Expediting Expenses**

We will pay for the expediting expense loss resulting from an "**Equipment Breakdown**" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**a)** Make temporary repairs;

**b)** Expedite permanent repairs; and

**c)** Expedite permanent replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

CP 72 90 03 14                                                                 Page 1 of 2

**Pollutants –**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "pollutant". This includes the additional expenses to clean up or dispose of such property.

"Pollutant" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

Additional costs mean those beyond what would have been required had no "pollutants" been involved.

### Refrigerant Contamination

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of "**Equipment Breakdown**".

### Spoilage

We will pay for the loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "**Equipment Breakdown**" to types of property covered by this policy that are:

**a)** Located on or within 1,000 feet of your described premises, and

**b)** Owned or operated by you, the building owner at your described premises, or owned by a public utility; and

**c)** Used to supply electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, water or steam to your described premises.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of any "Specified Causes of Loss" and/or "Specified Peril" except that included in the definition for "**Equipment Breakdown**".

### Computer Equipment

We will pay for the loss or damage caused by or resulting from "**Equipment Breakdown**" to "computer equipment".

### Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems that is lost or corrupted due to an "**Equipment Breakdown**".

**CFC Refrigerants** – the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances resulting from an "**Equipment Breakdown**". This means the additional expense to do the least expensive of the following:

**a)** Repair the damaged property and replace any lost CFC refrigerant;

**b)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**c)** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

**Service Interruption** – The insurance provided for Business Income and Extra Expense, if covered by "your" policy, is extended to apply to loss caused by or resulting from an "**Equipment Breakdown**" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

CP 72 90 03 14                                                                                           Page 2 of 2

# EQUIPMENT BREAKDOWN SUBLIMITS SCHEDULE

This endorsement modifies insurance provided under the following:

COMMAND® PROPERTY COVERAGE PART - COMMERCIAL OUTPUT PROGRAM
ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE FORM

*These coverages apply to all locations covered on "your" policy, unless otherwise specified. The limits shown below are intended to apply when the "Specified Cause of Loss" and/or "Specified Peril" for a covered occurrence is an "**Equipment Breakdown**", as defined.. They are part of, and not in addition to, the policy "limit" for the applicable covered property. If similar limits are shown in "your" policy with terms and conditions that apply to "Causes of Loss" other than, or in addition to, "**Equipment Breakdown**", then those limits apply to "Specified Causes of Loss" and/or "Specified Peril" that are not "**Equipment Breakdown**".*

## PLEASE READ "YOUR" POLICY CAREFULLY.

| Coverages | Limits |
|---|---|
| Expediting Expense | $ Covered Property Policy "Limit"  Applies |
| Pollutants | $ 250,000 |
| Refrigerant Contamination | $ 250,000 |
| Spoilage | $ 250,000 |
| Computer Equipment | $ Covered Property Policy "Limit" Applies |
| Data Restoration | $ 250,000 |
| CFC Refrigerants | $ Covered Property Policy "Limit" Applies |
| Service Interruption | $ Covered Property Policy "Limit" Applies |
| Risk Improvement/"Power Quality" | $ 10% up to a maximum of $10,000 |
| Off Premises | $ 25,000 |

**The above limits are the most "we" will pay for loss or damage caused by "Equipment Breakdown", including actual loss of Business Income and necessary Extra Expense "you" incur, if covered by "your" policy.**

**DEFINITIONS** define how the above coverage limits will respond to an "Equipment Breakdown" under the following forms:

COMMAND® PROPERTY COVERAGE PART - COMMERCIAL OUTPUT PROGRAM
ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART

### Expediting Expenses

"We" will pay for the expediting expense loss resulting from an "**Equipment Breakdown**" with respect to "your" damaged Covered Property. "We" will pay the reasonable extra cost to:

**a)**  Make temporary repairs;

CP 72 90 06 17                                                   Page 1 of 3

**b)** Expedite permanent repairs; and

**c)** Expedite permanent replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

## Pollutants –

"We" will pay for the additional cost to repair or replace Covered Property because of contamination by a " pollutant". This includes the additional expenses to clean up or dispose of such property.

"Pollutant" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

Additional costs mean those beyond what would have been required had no "pollutants" been involved.

## Refrigerant Contamination

"We" will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of "**Equipment Breakdown**".

## Spoilage

"We" will pay for the loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "**Equipment Breakdown**" to types of property covered by this policy that are:

**a)** Located on or within1,000 feet of "your" described premises, and

**b)** Owned or operated by "you", the building owner at your described premises, or owned by a public utility; and

**c)** Used to supply electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, water or steam to "your" described premises.

However, "we" will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of any "Specified Causes of Loss" and/or "Specified Peril" except that included in the definition for "**Equipment Breakdown**".

## Computer Equipment

"We" will pay for the loss or damage caused by or resulting from "**Equipment Breakdown**" to computer equipment.

## Data Restoration

"We" will pay for "your" cost to research, replace and restore data, including programs and operating systems that is lost or corrupted due to an "**Equipment Breakdown**."

**CFC Refrigerants** - the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances resulting from an "**Equipment Breakdown**". This means the additional expense to do the least expensive of the following:

**a)** Repair the damaged property and replace any lost CFC refrigerant;

**b)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**c)** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

CP 72 90 06 17 Page 2 of 3

**Service Interruption** - The insurance provided for Business Income and Extra Expense, if covered by "your" policy, is extended to apply to loss caused by or resulting from an "**Equipment Breakdown**" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

### Risk Improvement – "Power Supply"

If Covered Property suffers direct physical loss or damage due to an "equipment breakdown", "we" will pay for "you" to improve the "power quality" of the electrical system or equipment at the loss location where the "equipment breakdown" occurred. "Power quality" means the conditions that allow electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance or reduce the reliability, or the life-span of the electrical system.

"We" will pay the reasonable extra cost to improve "power quality" for the following electrical systems or equipment improvements:

**a)**     Installation of surge protection devices (SPDs) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification.

However SPDs do not include any SPDs which are cord-connected surge strips, direct plug-in SPDs or receptacle SPDs;

**b)**     An upgrade or replacement of; electrical panels, switchgear or circuit breakers; or

**c)**     Electrical wire and wiring improvements which include installation of; flexible conduit, junction boxes or ground wiring.

"We" will not pay more than 10%, to a maximum limit of $10,000 per occurrence, of the loss amount paid. An invoice for implementation of this Additional Coverage must be sent to "us" within 180 days after the payment of the loss is received.

### Off-Premises

"We" will pay for loss or damage to Covered Property resulting from a covered "Equipment Breakdown" while temporarily at a premises or location that is not a described premises.

The most "we" will pay for Off-Premises Coverage is $25,000 per occurrence.

# CONTRACTOR'S ADVANTAGE PROGRAM
# COMMERCIAL PROPERTY COVERAGE PART

## PART ONE - BUILDING AND PERSONAL PROPERTY COVERAGE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to section **H. – Definitions.**

### A.  Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1.  Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 1000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

(6) The following while located on your described premises:

(a) Antennas, satellite dishes and other communication equipment necessary to operate your business as a contractor; and

(b) Signs, whether or not attached to buildings or structures.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

(1) Furniture and fixtures;

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18                                                                                                                              Page 1 of 38

     **(2)** Machinery and equipment;

     **(3)** "Stock";

     **(4)** All other personal property owned by you and used in your business, including computers;

     **(5)** Labor, materials or services furnished or arranged by you on personal property of others;

     **(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

          **(a)** Made a part of the building or structure you occupy but do not own; and

          **(b)** You acquired or made at your expense but cannot legally remove;

     **(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

  **c.** Personal Property Of Others that is:

     **(1)** In your care, custody or control; and

     **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises.

  However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

  **a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities except as provided for and defined in Additional Coverage (h.) Money and Securities of this Coverage Form. Lottery tickets held for sale are not securities;

  **b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

  **c.** Automobiles held for sale;

  **d.** Bridges, roadways, walks, patios or other paved surfaces;

  **e.** Contraband or property in the course of illegal transportation or trade;

  **f.** The cost of excavations, grading, backfilling or filling;

  **g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

     **(1)** The lowest basement floor; or

     **(2)** The surface of the ground, if there is no basement;

  **h.** Land (including land on which the property is located), water, growing crops or lawns;

  **i.** Personal property while airborne or waterborne except as respects off premises or transit coverage as provided in the Additional Coverages or Coverage Extensions of this Form or the Causes of Loss—Special Form.

  **j.** Bulkheads, pilings, piers, wharves or docks;

  **k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

  **l.** Retaining walls that are not part of a building;

  **m.** Underground pipes, flues or drains;

Includes copyrighted material of Insurance Services Office, Inc.

                    **CP 74 45 12 18**

**n.** Electronic data, except as provided under the Additional Coverages – Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph **n.,** does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those, which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those, which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers.

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See **Part Two: Special Causes Of Loss.**

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Includes copyrighted material of Insurance Services Office, Inc.

(4) We will pay up to an additional $50,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

(5) Examples

The following examples assume that there is no Coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example #2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount | $10,500 |
|     Additional Amount | $19,500 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $19,500, which is less than the $50,000 maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is the full cost of $30,000.

### b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved. We will also pay your expenses up to $5,000 to move covered property from the described premises to preserve it from loss or damage by a covered cause of loss.

### c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage. Amounts paid under this coverage are in addition to the Limits of Insurance.

### d. Pollutant Clean Up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. Amounts paid under this coverage are in addition to the Limits of Insurance.

### e. Ordinance or Law

**(1)** **Each Coverage** – For Coverage **(A)**, Coverage **(B)** and Coverage **(C)** the maximum we will pay for loss or damage under this provision is $250,000 in any one occurrence.

**(2)** **Coverage Applies:**

Coverage applies only if both **(2) (a)** and **(2) (b)** are satisfied and are then subject to the qualifications set forth in **(2)(c).**

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(ii)** Is in force at the time of loss.

Includes copyrighted material of Insurance Services Office, Inc.

But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(b)** **(i)** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**(iii)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this section even if the building has also sustained covered direct physical damage.

**(c)** In the situation described in **(2) (b) (ii)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this section. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss, up to the $250,000, otherwise payable under the terms of Coverages **(A)**, **(B)**, and/or **(C)**.

**(3)** We will not pay under Coverage **(A)**, **(B)**, or **(C)** of this form for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(4) Coverage**

### (a) Coverage (A) – Coverage For Loss To The Undamaged Portion Of The Building

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **(A)** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

### (b) Coverage (B) – Demolition Cost Coverage

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

### (c) Coverage (C) – Increased Cost of Construction Coverage

**(i)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**1.** Repair or reconstruct damaged portions of that building; and/or

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18

**2.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**1.** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**2.** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(ii)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **(c) (i)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **(c)(i).**

**1.** The cost of excavations, grading, backfilling and filling;

**2.** Foundation of the building;

**3.** Pilings; and

**4.** Underground pipes, flues and drains.

The items listed in **(ii) 1** through **(ii) 4** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **(c) (ii).**

### (5) Loss Payment

**(a)** All following loss payment Provisions, **(5)(b)** through **(5)(d)**, are subject to the apportionment procedures set forth in Section **e.(2)(c)** of this Additional Coverage.

**(b)** When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(i)** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**1.** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**2.** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(ii)** If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

**1.** The actual cash value of the building at the time of loss; or

**2.** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c)** Loss payment under Coverage **B.** Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**(i)** The amount you actually spend to demolish and clear the site of the described premises; or

Includes copyrighted material of Insurance Services Office, Inc.

           **(ii)**   The Limit stated in e.(1).

      **(d)**   Loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

           **(i)**   We will not pay under Coverage **C**:

                **1.**   Until the property is actually repaired or replaced, at the same or another premises; and

                **2.**   Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

           **(ii)**   If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

                **1.**   The increased cost of construction at the same premises or;

                **2.**   The Limit specified in e.(1).

           **(iii)**   If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

                **1.**   The increased cost of construction at the new premises

                **2.**   The Limit specified in e. (1).

  **(6)**   The terms of this additional coverage apply separately to each building to which this section applies.

  **(7)**   Under this additional coverage we will not pay for loss due to any ordinance or law that:

      **(a)**   You were required to comply with before the loss, even if the building was undamaged; and

      **(b)**   You failed to comply with.

**f.**   **Electronic Data (Other than Accounts Receivable)**

  **(1)**   Under this Additional Coverage, electronic data has the meaning described under Property Not Covered – Electronic Data, but does not include Accounts Receivable as provided below in this Form.

  **(2)**   Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data, which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

  **(3)**   The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

      **(a)**   If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Electronic Data.

      **(b)**   The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

      **(c)**   For purposes of this Additional Coverage only, the Causes of Loss are extended to include Electrical Injury and Mechanical Breakdown.

Includes copyrighted material of Insurance Services Office, Inc.

                                    **CP 74 45 12 18**

Electrical injury means any direct physical loss or damage to Electronic Data caused by or resulting from sudden and accidental short circuit, blow-out or other electrical disturbance, other than lightning, due to power failure, power surge, overload or any other similar disturbance that:

(i)   Occurs within electrical or Electronic Data Processing Equipment, apparatus or devices, including wiring; and

(ii)  Originates at a location specified on the Declarations page or within 1000 feet from the building containing the electrical or Electronic Data Processing Equipment, apparatus or devices.

Mechanical Breakdown means direct physical loss or damage to Electronic Data caused by or resulting from its sudden and accidental mechanical breakdown. The breakdown must manifest itself by physical damage to the Electronic Data, which necessitates repair or replacement.

(4)   The most we will pay under this Additional Coverage – Electronic Data is $100,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

g.   **Extra Expense**

We will pay the necessary extra expenses you incur due to a continuation of your normal operations in a temporary location or with temporary property due to loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at any location described in the Declarations.

We will pay the costs over and above your Normal Operating Expenses which you incur that enable you to continue the operation of your business at a temporary location or with temporary equipment and only for the time reasonably necessary to repair or replace the damaged or destroyed Covered Property.

In calculating what we will pay for Extra Expenses, we will examine your books, records and accounts to determine what your Normal Operating Expenses would have been for the same period.

Normal Operating Expenses mean costs you would have incurred had no loss occurred. These costs are determined for the period of time, which begins as of the date of loss, but is not limited to the expiration date of the policy.

We will not pay for any increase of loss caused by or resulting from:

(1)   Interference at the premises by strikers or other persons causing a delay in rebuilding, repairing or replacing the property or resuming operations; or

(2)   Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that causes you Extra Expense during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extra Expense Coverage.

The most we will pay under this ADDITIONAL COVERAGE is $20,000 for any one "occurrence" during the policy period. Amounts paid under this coverage are in addition to the Limits of Insurance.

h.   **Money and Securities**

We will pay your expenses incurred due to direct physical loss, damage or destruction of Money and Securities caused by or resulting from a Covered Cause of Loss when the Money and Securities are:

(1)   On the premises. This means:

(a)   The premises stated in the Declarations; or

Includes copyrighted material of Insurance Services Office, Inc.

**(b)** On the premises of a financial institution; or

**(c)** On the premises of a recognized place of safe deposit.

**(2)** Off the premises. This means:

**(a)** In an armored vehicle; or

**(b)** In the possession of any person authorized by you; but not while in the mail or in the custody of a carrier for hire other than an armored motor vehicle company.

Money is defined as currency, coins, bank notes, in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

Securities are defined as negotiable and nonnegotiable instruments or contracts representing either money or property and includes:

**(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

But does not include "money" or lottery tickets held for sale.

The most we will pay for loss under this ADDITIONAL COVERAGE in any one "occurrence" during the policy period is $10,000 per premises described on the Declarations and $10,000 off the premises. Amounts paid under this coverage are in addition to the Limits of Insurance. We will pay the cost to replace the Money when loss occurs to Money. When loss to Securities occurs, we will pay the "Actual Cash Value" of the Securities at the end of the last business day before the loss is discovered or the actual cost of replacing the Securities, whichever is less. We will not cover loss of income, interest or dividends that occur as a result of a covered loss.

**i.  Inventory or Appraisals**

We will pay the expenses you incur for a necessary inventory or appraisal that we require to assess values or determine the extent of damage after loss or damage to Covered Property by a Covered Cause of Loss at any location described in the Declarations. These expenses are in addition to the Limits of Insurance.

**j.  Accounts Receivable**

We will pay for expenses you incur due to direct physical loss or damage to your accounts receivable records (including those recorded as Electronic Data) caused by or resulting from a Covered Cause of Loss at a location described on the Declarations.

**(1)** The expenses we will pay include:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable; that result from Covered Causes of Loss to your accounts receivable records.

**(2)** We will not pay expenses for loss or damage under this ADDITIONAL COVERAGE caused by or resulting from any of the following:

**(a)** Bookkeeping, accounting or billing errors or omissions; or

**(b)** Electrical or magnetic injury, disturbance or erasure of Electronic Data records, except as a result of a direct loss caused by lightning.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18

The most we will pay for direct physical loss or damage to Accounts Receivable records under this ADDITIONAL COVERAGE is $50,000 at any one location described on the Declarations page (or within 1,000 feet of the described premises), or $25,000 while these records are in transit, for any one "occurrence" during the policy period. These payments are in addition to the Limits of Insurance.

(3) Loss payment will be determined as follows:

(a) If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, the following method will be used:

(i) Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurred; and

(ii) Adjust that total for any normal fluctuations in the amount of Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of Accounts Receivable, regardless of how that amount is established:

(i) The amount of the accounts for which there is no loss;

(ii) The amount of the accounts that you are able to re-establish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

Electronic data as used in this ADDITIONAL COVERAGE has the meaning described under Property Not Covered – Electronic Data.

### k.   Reward Coverage

We will reimburse you for amounts you have offered and paid as reward(s), which have led to:

(1) The successful return of undamaged stolen Covered Property to a law enforcement agency; or

(2) The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 100% of the covered reward payment up to a maximum of $25,000 or the amount of the payable loss if less. Amounts paid under this coverage are in addition to the Limits of Insurance. These Reward payments must be documented. No deductible applies to this ADDITIONAL COVERAGE.

### l.   Fire Protective Systems Discharge

If the fire protective equipment at your covered location discharges accidentally or is activated by a Covered Cause of Loss, you may extend the insurance that applies to Your Business Personal Property to apply to your costs to:

(1) Refill or recharge the system with the extinguishing agent(s) that were discharged; and

(2) Replace or repair faulty valves or controls which caused the discharge.

The most we will pay under this ADDITIONAL COVERAGE is $100,000 for any one "occurrence" during the policy period. Amounts paid under this coverage are in addition to the Limits of Insurance.

### m.   Utility Services

We will pay for loss of or damage to Covered Property, caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the property described below.

Loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.

Includes copyrighted material of Insurance Services Office, Inc.

**(1) Water Supply Services**

Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2) Communication Supply Services**, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

It does not include overhead transmission lines.

**(3) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

It does not include overhead transmission lines.

The most we will pay under this ADDITIONAL COVERAGE and under the Business Income Coverage Form, if applicable, is $25,000 for any one "occurrence" during the policy period.

**n.   Deferred Payments**

We will pay for expenses you incur caused by a Covered Cause of Loss to Personal Property in which you have an interest, but which has been sold by you under a conditional sale or trust agreement, or any installment or deferred payment plan after delivery to buyers.

In the event of a loss, coverage will be paid based on the value of the amount shown on your books as due from the buyer.  In cases of partial loss and the buyer refuses to continue payment, forcing you to repossess, coverage will be valued as follows:

**(1)** If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment.

**(2)** If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

**(3)** If partial loss occurs and the buyer continues to pay you, there will be no loss payment.

The most we will pay for loss under this ADDITIONAL COVERAGE is $10,000 in any one "occurrence" during the policy.  This amount is part of and not in addition to the Limits of Insurance.

**o.   Tenant's Building Glass**

We will pay for direct physical loss of or damage to building glass at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss, provided that:

**(a)** You are a tenant of the building; and

**(b)** You have a contractual responsibility to insure the building glass, or a contractual responsibility to pay for loss or damage to that property.

If required by law, glass is covered at the cost of replacement with safety glazing material.

Includes copyrighted material of Insurance Services Office, Inc.

The most we will pay in any one occurrence under this Additional Coverage is the limit of insurance shown in the Declarations for Your Business Personal Property for the premises at which the loss or damage occurred.

5.  **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a.  **Newly Acquired Or Constructed Property**

(1)  **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a)  Your new buildings while being built on the described premises; and

(b)  Buildings you acquire at locations, other than the described premises, intended for:

(i)  Similar use as the building described in the Declarations; or

(ii)  Use as a warehouse.

The most we will pay for loss or damage under this EXTENSION is 50% of the Limit of Insurance for Building shown in the Declarations, but not more than $1,000,000 at each building.

(2)  **Your Business Personal Property**

(a)  If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i)  Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii)  Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii)  Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this EXTENSION is 25% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $500,000 at each building.

(b)  This Extension does not apply to:

(i)  Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii)  Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3)  **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a)  This policy expires;

(b)  180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c)  You report values to us.

Includes copyrighted material of Insurance Services Office, Inc.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.   Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)**   Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)**   Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $15,000 at each described premises, but not more than $2500 per any one covered person. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.   Valuable Papers And Records (Other Than Electronic Data)**

**(1)**   You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records, which exist as electronic data or to Accounts Receivable. Electronic data has the meaning described under Property Not Covered – Electronic Data.

**(2)**   Under this Extension, the most we will pay to replace or restore the lost information is $50,000 at each described premises, unless a higher limit is shown in the Declarations. Amounts paid under this coverage are in addition to the Limits of Insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.   Property Off-Premises**

**(1)**   You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)**   Temporarily at a location you do not own or operate;

**(b)**   At any fair, trade show or exhibition.

**(2)**   This Extension does not apply to property:

**(a)**   In or on a vehicle; or

**(b)**   In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)**   The most we will pay for loss or damage under this Extension is $25,000.

**e.   Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)**   Fire;

**(2)**   Lightning;

**(3)**   Explosion;

**(4)**   Riot or Civil Commotion; or

**(5)**   Aircraft.

Includes copyrighted material of Insurance Services Office, Inc.

The most we will pay for loss or damage under this Extension is $25,000, but not more than $2,500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.   Non-owned Detached Trailers**

(1)   You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a)   The trailer is used in your business;

(b)   The trailer is in your care, custody or control at the premises described in the Declarations; and

(c)   You have a contractual responsibility to pay for loss or damage to the trailer.

(2)   We will not pay for any loss or damage that occurs:

(a)   While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b)   During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3)   The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4)   This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.   Installation**

You may extend the insurance that applies to Your Business Personal Property or the Personal Property of Others in your care, custody and control, to apply to Covered Property, which is being installed and intended to become a permanent part of the installation or building.

This property does not include:

(1)   Personal property not intended to become part of the installation;

(2)   Tools; or

(3)   Contractors' equipment.

We will cover this property while at a job site or while temporarily warehoused and awaiting installation.  We will also cover the property while being installed and during testing.

Coverage ceases when the earliest of the following occurs:

(1)   The policy expires or is cancelled;

(2)   The covered property is accepted by the purchaser;

(3)   Your insurable interest in the covered property ceases;

(4)   You abandon your installation, fabrication, or erection project with no intent to complete it;

(5)   The installation, fabrication, or erection project has been completed for more than 30 days; or

(6)   The covered property has been put to its intended use.  However, this does not apply to roofs or walls.

At the time of loss, payment will be based on the "Replacement Cost" valuation of the property.

The most we will pay for direct physical loss or damage to Your Business Personal Property or the Personal Property of Others in your care, custody and control caused by or resulting from a Covered Cause of Loss under this COVERAGE EXTENSION in any one "occurrence" during the policy period is:

(1)   $25,000 at any one job site; or

Includes copyrighted material of Insurance Services Office, Inc.

        (2)  $25,000 while the property is in transit; or

        (3)  $25,000 at a temporary warehouse location.

**h.   Fine Arts**

You may extend the insurance that applies to Your Business Personal Property and the Personal Property of Others to apply to art work, statues, or other art objects you own or the Fine Arts owned by others in your care, custody and control while this property is at the premises stated in the Declarations.

As used in this COVERAGE EXTENSION, Fine Arts means paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art of rarity, historical value or artistic merit.

The most we will pay for direct physical loss or damage to Fine Arts caused by or resulting from a Covered Cause of Loss under this COVERAGE EXTENSION is $25,000 at the premises stated on the Declarations or $5,000 while the property is in transit for any one "occurrence" during the policy period.

In the event of loss, payment for Fine Arts will be valued at the market value of the item(s) at the time of loss.

In the event of loss to a part of an article of Fine Arts, represented in a pair or set, our payment will be the lesser of:

        (1)  The market value of the entire pair or set (however, you must surrender the remaining pieces of the pair or set which are undamaged to us); or

        (2)  The cost to repair the damaged pieces (you retain the remaining undamaged pieces). However, if the pair or set is consequently valued at a lower amount, we will also pay the difference between the original market value of the undamaged pair or set and the market value of the repaired pair or set.

As respects this Fine Arts Coverage only, marring or scratching shall be included as a Covered Cause of Loss.

**i.   Laptop Computers**

We cover direct physical loss or damage caused by a covered peril to laptop computers in the custody of any employee or owner while:

        (1)  Away from a covered location; or

        (2)  In transit between covered locations.

The most we will pay is $10,000 in any one occurrence.

**j.   Expediting Expense**

We will pay for the expediting expense loss resulting from an "equipment breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

        (1)  Make temporary repairs;

        (2)  Expedite permanent repairs; and

        (3)  Expedite permanent replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay is $25,000 in any one occurrence.

**k.   Refrigerant Contamination**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of "equipment breakdown".

Includes copyrighted material of Insurance Services Office, Inc.

                                                 CP 74 45 12 18

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to this form. In that case, whichever limit is greater will apply.

**I. Spoilage Coverage**

We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "equipment breakdown" to types of property covered by this policy that are:

**(1)** Located on or within 1,000 feet of your described premises, and

**(2)** Owned or operated by you, the building owner at your described premises, or owned by a public utility; and

**(3)** Used to supply telephone, electricity, air conditioning, heating, gas, water or steam to your described premises.

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to this form. In that case, whichever limit is greater will apply.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion, explosion, windstorm, hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See Part Two - Causes of Loss Special Form.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following ADDITIONAL COVERAGES will not increase the applicable Limit of Insurance:

**1.** Preservation of Property;

**2.** Debris Removal;

**3.** Deferred Payments.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

**1.** Fire Department Service Charge;

**2.** Pollutant Clean Up and Removal;

**3.** Ordinance or Law;

**4.** Electronic Data (other than Accounts Receivable);

**5.** Extra Expense;

**6.** Money and Securities;

**7.** Inventory or Appraisals;

**8.** Accounts Receivable;

**9.** Reward Coverage; or

**10.** Fire Protective Systems Discharge.

Includes copyrighted material of Insurance Services Office, Inc.

If a loss or damage to the same property is covered under more than one ADDITIONAL COVERAGE or COVERAGE EXTENSION, only the higher or highest applicable limit shall be payable.

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### Example No. 1:

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible | $250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance --Building # 2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100 - 250 = $ 59,850 Loss Payable - Building # 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building # 2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + 80,000 = $139, 850

### Example No. 2:

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No.1.

| | |
|---|---|
| Loss to  Building #1: | $70,000 (exceeds Limit of Insurance plus Deductible) |
| Loss to Building # 2: | $90,000 (exceeds Limit of Insurance plus Deductible) |
| Loss Payable - Building #1: | $60,000 (Limit of Insurance) |
| Loss Payable - Building #2: | $80,000 (Limit of Insurance) |
| Total amount of loss payable: | $140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

Includes copyrighted material of Insurance Services Office, Inc.

2. **Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      (8) Cooperate with us in the investigation or settlement of the claim.

   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

   a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

      (1) Pay the value of lost or damaged property;

      (2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

      (3) Take all or any part of the property at an agreed or appraised value; or

      (4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

   We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

Includes copyrighted material of Insurance Services Office, Inc.

b.  The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c.  We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d.  We will not pay you more than your financial interest in the Covered Property.

e.  We may adjust losses with the owners of lost or damaged property if other than you.  If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the Covered Property.

f.  We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

g.  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

   (1)  We have reached agreement with you on the amount of loss; or

   (2)  An appraisal award has been made.

h.  A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties.  In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building.  However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition.  Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer of Rights Of Recovery Against Others To Us Condition in this policy.

## 5.  Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.  We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 6.  Vacancy

### a.  Description Of Terms

(1)  As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

   (a)  When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

   (b)  When this policy is issued to the owner or general lessee of a building, building means the entire building.  Such building is vacant unless at least 31% of its total square footage is:

      (i)  Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

      (ii)  Used by the building owner to conduct customary operations.

(2)  Buildings under construction or renovation are not considered vacant.

### b.  Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

Includes copyrighted material of Insurance Services Office, Inc.

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1) (a)** through **b.(1) (f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

### 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**f.** Property covered under any ADDITIONAL COVERAGES OR COVERAGE EXTENSIONS will be valued on an "Actual Cash Value" basis, unless specifically indicated otherwise in the provisions.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

Includes copyrighted material of Insurance Services Office, Inc.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3). We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### EXAMPLE #1 (UNDERINSURANCE)

| When: | | |
|---|---|---|
| | The value of the Property is | $250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 / $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | | |
|---|---|---|
| | The value of the property is | $250,000 |
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies. **EXAMPLE #3**

Includes copyrighted material of Insurance Services Office, Inc.

When: The value of property is:

|  | | |
|---|---|---|
| Building at Location # 1 | | $75,000 |
| Building at Location # 2 | | $100,000 |
| Personal Property at Location # 2. | | $75,000 |
| | | $250,000 |
| The Coinsurance percentage for it is | | 90% |

The Limit of Insurance for Building and Personal Property at Location Nos. 1 and 2 is $180,000

| | |
|---|---|
| The Deductible is | $1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location # 2 | $30,000 |
| Personal Property at Location # 2. | $20,000 |
| | $50,000 |

Step (1): $250,000 x 90% = $225,000

(The minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 / $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

## 2. Mortgageholders

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

        **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

        **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    **g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. Other Insurance**

Subparagraph **2.** of Paragraph **G** of the **Commercial Property Conditions** is deleted and replaced with the following subparagraphs **2.** and **3.**

    **2.** If you have any other insurance, which more specifically insures any of the property or exposures covered under Part One or Part Two of this Form such as but not limited to Inland Marine policies, then no coverage shall be afforded such property or exposures under this Form whether or not you can collect on that insurance and whether or not your loss or damage is fully covered by that insurance.

    **3.** If there is other insurance covering the same loss or damage, other than that described in 1. or 2. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**4. Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, we may immediately suspend the insurance against loss to that Covered Property for equipment breakdown. Coverage can be suspended and reinstated by delivering or mailing a written notice of suspension/coverage reinstatement to:

    **(a)** Your last known address; or

    **(b)** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**5. Inspections and Surveys**

    **a.** We have the right to:

        **(1)** Make inspections and surveys at any time;

        **(2)** Give you reports on the conditions we find; and

        **(3)** Recommend changes.

    **b.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

        **(1)** Are safe or healthful; or

        **(2)** Comply with laws, regulations, codes or standards.

    **c.** Paragraphs a. and b. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

Includes copyrighted material of Insurance Services Office, Inc.

                                                                  **CP 74 45 12 18**

**d.** Paragraph b. of this condition does not apply to any inspection, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If: The applicable Limit of Insurance is $100,000

The annual percentage increase is 8%

The number of days since the beginning of the policy year (or last policy change) is 146

The amount of increase is $100,000 x .08 x 146 / 365 = $3,200

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

**(4)** "Stock", unless the "Including Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

Includes copyrighted material of Insurance Services Office, Inc.

   **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   **d.** We will not pay on a replacement cost basis for any loss or damage:

      **(1)** Until the lost or damaged property is actually repaired or replaced; and

      **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

     With respect to tenants' improvements and betterments, the following also apply:

      **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

      **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

   **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

      **(1)** The Limit of Insurance applicable to the lost or damaged property;

      **(2)** The cost to replace the lost or damaged property with other property:

         **(a)** Of comparable material and quality; and

         **(b)** Used for the same purpose; or

      **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

     If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost, which would have been incurred if the building had been rebuilt at the original premises.

   **f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

  **4.** **Extension Of Replacement Cost To Personal Property Of Others**

   **a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

   **b.** With respect to replacement cost on the personal property of others, the following limitation applies:

     If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## H. Definitions

  **1.** "Actual Cash Value" means the "Replacement Cost" valuation of the property minus depreciation.

  **2.** "Equipment Breakdown" as used herein means:

   **a.** Physical loss or damage both originating within:

      **(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

         **(a)** Waste disposal piping;

         **(b)** Any piping forming part of a fire protection system;

Includes copyrighted material of Insurance Services Office, Inc.

        (c) Furnaces; and

        (d) Any water piping other than

            (i) Boiler feed water piping between the feed pump and the boiler;

            (ii) Boiler condensate return piping; or

            (iii) Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes

    (2) All mechanical, electrical, electronic or fiber optic equipment; and

**b.** Caused by, resulting from, or consisting of:

    (1) Mechanical Breakdown;

    (2) Electrical or electronic breakdown; or

    (3) Rupture, bursting, bulging, implosion, or steam explosion.

However, "equipment breakdown" will not mean:

Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

    (1) Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any "hardware", programs or software;

    (2) Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

    Fire, lightning, combustion, explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

**3.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**4.** "Occurrence" means a single incident, accident or event, or any sequence of incidents, accidents or events which cause a loss, which is unintended, unexpected and not directed by you, nor through any agent acting on your behalf, which causes loss or damage to Covered Property by means of or through any Covered Cause of Loss.

**5.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**6.** "Replacement Cost" means the full cost to repair or replace the property at the time and place of the loss without deduction for depreciation.

**7.** "Stock" means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

**8.** "Perishable goods" means stock preserved and maintained under controlled conditions and susceptible to loss if the controlled conditions change.

**9.** "Terrorism" means activities against persons, organizations or property of any nature:

**a. That involve the following or preparation for the following:**

    (1) Use or threat of force or violence; or

    (2) Commission or threat of a dangerous act; or

    (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

Includes copyrighted material of Insurance Services Office, Inc.

**b.** When one or both of the following applies:

    **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

## PART TWO – SPECIAL CAUSES OF LOSS

Words and phrases that appear in quotation marks have special meaning Refer to Section **G.** – Definitions.

### A. Covered Causes Of Loss

Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, **Exclusions**; or

**2.** Limited in Section **C., Limitations**;

that follow.

### B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Earth Movement**

        **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

        **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

        **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

        **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **a. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

        **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

        Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

            **(a)** Airborne volcanic blast or airborne shock waves;

            **(b)** Ash, dust or particulate matter; or

            **(c)** Lava flow.

        All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

        Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    **b. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**c.** **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**d.** **War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**e.** **Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **f.(1)** through f.**(3)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**f.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**g.** **TERRORISM Involving Nuclear, Biological, Chemical or Radiological Attack**

**(1)** Whether or not "terrorism" is otherwise covered under this policy, "we" will not pay for loss or damage caused directly or indirectly by nuclear, biological, chemical or radiological "terrorism", including action in hindering or defending against an actual or expected incident of such "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**(a)** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

Includes copyrighted material of Insurance Services Office, Inc.

**(b)** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**(c)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(d)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**(2)** Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only to property located in the following states:

| | | |
|---|---|---|
| Georgia | Maine | Washington |
| Idaho | Missouri | West Virginia |
| Illinois | New York | Wisconsin |
| Iowa | North Carolina | |

If "terrorism" results in fire, "we" will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**(3)** Application Of Other Exclusions

**(a)** When this exclusion applies in accordance with the terms of (1)(a). or (1)(b), it applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

**(b)** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Exclusions **B.1.a.** through **B.1.g.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use or loss of market.

**b.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**c. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching, except as provided under the Fine Arts Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 45 12 18

As respects loss to personal property caused by **(6)(a)** or **(b)** and not caused by "fungus," wet rot or bacteria or by continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more, we will pay a maximum of $10,000 per any one occurrence.

But if an excluded cause of loss that is listed in **2.c (1)** through **(6)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**d.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, other than the $10,000 coverage for dampness of atmosphere provided under Exclusion **2.c. (6)**, that occurs over a period of 14 days or more.

**e.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**g.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Rain, snow, ice or sleet to personal property in the open.

**i.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **i.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss," except as provided under ADDITIONAL COVERAGE **(l.)** Fire Protective Systems Discharge. But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss".

Includes copyrighted material of Insurance Services Office, Inc.

This exclusion, **j.,** does not apply to damage to glass caused by chemicals applied to the glass.

   **k.**   Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.**   We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   **a.**   Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

   **b.**   Acts or decisions, including the failure to act or decide, of any person, group, organization    or governmental body.

   **c.**   Faulty, inadequate or defective:

   **(1)**   Planning, zoning, development, surveying, sitting;

   **(2)**   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)**   Materials used in repair, construction, renovation or remodeling; or

   **(4)**   Maintenance;

   of part or all of any property on or off the described premises.

**4.**   **Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   **a.**   **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

   We will not pay for:

   **(1)**   Any loss caused by or resulting from:

   **(a)**   Damage or destruction of "finished stock"; or

   **(b)**   The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

   **(2)**   Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   **(3)**   Any increase of loss caused by or resulting from:

   **(a)**   Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   **(b)**   Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

   **(4)**   Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

   **(5)**   Any other consequential loss.

   **b.**   **Leasehold Interest Coverage Form**

   **(1)**   We will not pay for any loss caused by:

Includes copyrighted material of Insurance Services Office, Inc.

        **(a)** Your canceling the lease;

        **(b)** The suspension, lapse or cancellation of any license; or

        **(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

    **(1)** The following exclusions do not apply to insurance under this Coverage Form:

        **(a)** Paragraph **B.1.b.,** Governmental Action;

        **(b)** Paragraph **B.1.c.,** Nuclear Hazard; and

        **(c)** Paragraph **B.1.e.,** War And Military Action.

    **(2)** The following additional exclusions apply to insurance under this Coverage Form:

        **(a)** **Contractual Liability**

        We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

        **(i)** Your assumption of liability was executed prior to the occurrence; and

        **(ii)** The building is Covered Property under this Coverage Form.

        **(b)** **Nuclear Hazard**

        We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C.** **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    **a.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

Includes copyrighted material of Insurance Services Office, Inc.

   **b.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

     However, this limitation does not apply to:

     **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

     **(2)** Business Income Coverage or Extra Expense Coverage.

     **(3)** Coverage provided under the Installation Coverage Extension.

   **c.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   **d.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   **a.** Animals, and then only if they are killed or their destruction is made necessary.

   **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

     **(1)** Glass; or

     **(2)** Containers of property held for sale.

   **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

     However, this limitation does not apply:

     **(1)** If the property is located on or within 1000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

     **(2)** To Business Income Coverage or to Extra Expense Coverage.

     **(3)** Coverage provided under the Installation Coverage Extension.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. The $2500 limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit, except as provided under ADDITIONAL COVERAGE Money and Securities.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage, Extra Expense Coverage, or such coverage as is provided by the ADDITIONAL COVERAGE Fire Protective Systems Discharge.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

Includes copyrighted material of Insurance Services Office, Inc.

                CP 74 45 12 18

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains

   Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such building decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.**;

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   **b.** Awnings, gutters and downspouts;

   **c.** Yard fixtures;

   **d.** Outdoor swimming pools;

   **e.** Fences;

   **f.** Piers, wharves and docks;

   **g.** Beach or diving platforms or appurtenances;

   **h.** Retaining walls; and

   **i.** Walks, roadways and other paved surfaces;

   If an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.** we will pay for loss or damage to that property only if:

Includes copyrighted material of Insurance Services Office, Inc.

        **(1)**    Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

        **(2)**    The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.** above;

    **b.** The personal property which collapses is inside a building; and

    **c.** The property, which collapses, is not of a kind listed in **4.** above, regardless of whether that kind of property is considered to be personal property or real property.

Except as provided under the Fine Arts Coverage Extension, the coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching are the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage caused by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $50,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

Includes copyrighted material of Insurance Services Office, Inc.

                                            CP 74 45 12 18

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## F. Additional Coverage Extensions

### 1. Property In Transit

This Extension applies only to your personal property to which this form applies.

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    We will pay for shipments of property sent by mail only if sent by means of registered mail service provided by the U.S. Postal Service.

    **b.** Loss or damage must be caused by or result from one of the following causes of loss:

        **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    **c.** The most we will pay for loss or damage under this EXTENSION is $25,000 for any one "occurrence" during the policy period.

    This COVERAGE EXTENSION is additional insurance. The ADDITIONAL CONDITIONS, COINSURANCE does not apply to this EXTENSION. This Additional Coverage Extension does not cover Property Off-Premises as provided in the Coverage Extensions of Part I.

### 2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc.

### 3. Glass

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

### G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage; equipment breakdown.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Includes copyrighted material of Insurance Services Office, Inc.

 CP 74 45 12 18

# FLORIDA CONTRACTOR'S ADVANTAGE PROGRAM COMMERCIAL PROPERTY COVERAGE PART

## PART ONE - BUILDING AND PERSONAL PROPERTY COVERAGE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to section **H. – Definitions.**

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building**, meaning the building or structure described in the Declarations, including:

   **(1)** Completed additions;

   **(2)** Fixtures, including outdoor fixtures;

   **(3)** Permanently installed:

   **(a)** Machinery and

   **(b)** Equipment;

   **(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

   **(a)** Fire extinguishing equipment;

   **(b)** Outdoor furniture;

   **(c)** Floor coverings; and

   **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

   **(5)** If not covered by other insurance:

   **(a)** Additions under construction, alterations and repairs to the building or structure;

   **(b)** Materials, equipment, supplies and temporary structures, on or within 1000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   **(6)** The following while located on your described premises:

   **(a)** Antennas, satellite dishes and other communication equipment necessary to operate your business as a contractor; and

   **(b)** Signs, whether or not attached to buildings or structures.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

Includes copyrighted material of Insurance Services Office, Inc.

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business, including computers;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

c. Personal Property Of Others that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities except as provided for and defined in Additional Coverage (h.) Money and Securities of this Coverage Form. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne except as respects off premises or transit coverage as provided in the Additional Coverages or Coverage Extensions of this Form or the Causes of Loss—Special Form.

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 46 02 08**

**n.** Electronic data, except as provided under the Additional Coverages – Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph **n.**, does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those, which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those, which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

       This paragraph does not apply to:

       **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

       **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

       **(c)** Rowboats or canoes out of water at the described premises; or

       **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers.

**q.** The following property while outside of buildings:

    **(1)** Grain, hay, straw or other crops;

    **(2)** Fences, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See **Part Two: Special Causes Of Loss.**

**4. Additional Coverages**

**a. Debris Removal**

    **(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

    **(2)** Debris Removal does not apply to costs to:

       **(a)** Extract "pollutants" from land or water; or

       **(b)** Remove, restore or replace polluted land or water.

    **(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

       **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $50,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

**(5)** Examples

The following examples assume that there is no Coinsurance penalty.

### Example #1

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

### Example #2

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount | $10,500 |
|     Additional Amount | $19,500 |

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500.  The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000).  The additional amount of covered debris removal expense is $19,500, which is less than the $50,000 maximum payable under Paragraph **(4)**.  Thus the total payable for debris removal expense in this example is the full cost of $30,000.

### b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved. We will also pay your expenses up to $5,000 to move covered property from the described premises to preserve it from loss or damage by a covered cause of loss.

### c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage. Amounts paid under this coverage are in addition to the Limits of Insurance.

### d. Pollutant Clean Up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. Amounts paid under this coverage are in addition to the Limits of Insurance.

### e. Ordinance or Law

**(1) Each Coverage** – For Coverage **(A)**, Coverage **(B)** and Coverage **(C)** the maximum we will pay for loss or damage under this provision is $25,000 in any one occurrence.

### (2) Coverage Applies:

Coverage applies only if both **(2) (a)** and **(2) (b)** are satisfied and are then subject to the qualifications set forth in **(2)(c).**

Includes copyrighted material of Insurance Services Office, Inc.

**(a)** The ordinance or law:

    **(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

    **(ii)** Is in force at the time of loss.

But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(b)** **(i)** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

    **(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

    **(iii)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this section even if the building has also sustained covered direct physical damage.

**(c)** In the situation described in **(2) (b) (ii)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B**, and/or **C** of this section. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss, up to the $25,000, otherwise payable under the terms of Coverages **(A), (B),** and/or **(C).**

**(3)** We will not pay under Coverage **(A), (B),** or **(C)** of this form for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(4) Coverage**

**(a) Coverage (A) – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **(A)** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**(b) Coverage (B) – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

Includes copyrighted material of Insurance Services Office, Inc.

**Page 6 of 37**
                                                        **CP 74 46 02 08**

**(c) Coverage (C) – Increased Cost of Construction Coverage**

   **(i)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

   **1.** Repair or reconstruct damaged portions of that building; and/or

   **2.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

   However:

   **1.** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   **2.** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

   **(ii)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **(c) (i)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **(c)(i).**

   **1.** The cost of excavations, grading, backfilling and filling;

   **2.** Foundation of the building;

   **3.** Pilings; and

   **4.** Underground pipes, flues and drains.

The items listed in **(ii) 1** through **(ii) 4** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **(c) (ii).**

**(5) Loss Payment**

   **(a)** All following loss payment Provisions, **(5)(b)** through **(5)(d)**, are subject to the apportionment procedures set forth in Section **e.(2)(c)** of this Additional Coverage.

   **(b)** When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   **(i)** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

   **1.** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

   **2.** The Limit of Insurance shown in the Declarations as applicable to the covered building.

   **(ii)** If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

   **1.** The actual cash value of the building at the time of loss; or

Includes copyrighted material of Insurance Services Office, Inc.

2. The Limit of Insurance shown in the Declarations as applicable to the covered building.

(c) Loss payment under Coverage **B.** Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

(i) The amount you actually spend to demolish and clear the site of the described premises; or

(ii) The Limit stated in e.(1).

(d) Loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

(i) We will not pay under Coverage **C**:

1. Until the property is actually repaired or replaced, at the same or another premises; and

2. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(ii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

1. The increased cost of construction at the same premises or;

2. The Limit specified in e.(1).

(iii) If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

1. The increased cost of construction at the new premises

2. The Limit specified in e. (1).

(6) The terms of this additional coverage apply separately to each building to which this section applies.

(7) Under this additional coverage we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

f. **Electronic Data (Other than Accounts Receivable)**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered – Electronic Data, but does not include Accounts Receivable as provided below in this Form.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data, which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

(a) If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Electronic Data.

Includes copyrighted material of Insurance Services Office, Inc.

**Page 8 of 37**                                                                                    **CP 74 46 02 08**

**(b)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(c)** For purposes of this Additional Coverage only, the Causes of Loss are extended to include Electrical Injury and Mechanical Breakdown.

Electrical injury means any direct physical loss or damage to Electronic Data caused by or resulting from sudden and accidental short circuit, blow-out or other electrical disturbance, other than lightning, due to power failure, power surge, overload or any other similar disturbance that:

**(i)** Occurs within electrical or Electronic Data Processing Equipment, apparatus or devices, including wiring; and

**(ii)** Originates at a location specified on the Declarations page or within 1000 feet from the building containing the electrical or Electronic Data Processing Equipment, apparatus or devices.

Mechanical Breakdown means direct physical loss or damage to Electronic Data caused by or resulting from its sudden and accidental mechanical breakdown. The breakdown must manifest itself by physical damage to the Electronic Data, which necessitates repair or replacement.

**(4)** The most we will pay under this Additional Coverage – Electronic Data is $100,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

## g. Extra Expense

We will pay the necessary extra expenses you incur due to a continuation of your normal operations in a temporary location or with temporary property due to loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at any location described in the Declarations.

We will pay the costs over and above your Normal Operating Expenses which you incur that enable you to continue the operation of your business at a temporary location or with temporary equipment and only for the time reasonably necessary to repair or replace the damaged or destroyed Covered Property.

In calculating what we will pay for Extra Expenses, we will examine your books, records and accounts to determine what your Normal Operating Expenses would have been for the same period.

Normal Operating Expenses mean costs you would have incurred had no loss occurred. These costs are determined for the period of time, which begins as of the date of loss, but is not limited to the expiration date of the policy.

We will not pay for any increase of loss caused by or resulting from:

**(1)** Interference at the premises by strikers or other persons causing a delay in rebuilding, repairing or replacing the property or resuming operations; or

**(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that causes you Extra Expense during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extra Expense Coverage.

The most we will pay under this ADDITIONAL COVERAGE is $20,000 for any one "occurrence" during the policy period. Amounts paid under this coverage are in addition to the Limits of Insurance.

**h.    Money and Securities**

We will pay your expenses incurred due to direct physical loss, damage or destruction of Money and Securities caused by or resulting from a Covered Cause of Loss when the Money and Securities are:

**(1)**    On the premises. This means:

    **(a)**    The premises stated in the Declarations; or

    **(b)**    On the premises of a financial institution; or

    **(c)**    On the premises of a recognized place of safe deposit.

**(2)**    Off the premises. This means:

    **(a)**    In an armored vehicle; or

    **(b)**    In the possession of any person authorized by you; but not while in the mail or in the custody of a carrier for hire other than an armored motor vehicle company.

Money is defined as currency, coins, bank notes, in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

Securities are defined as negotiable and nonnegotiable instruments or contracts representing either money or property and includes:

    **(a)**    Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    **(b)**    Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

But does not include "money" or lottery tickets held for sale.

The most we will pay for loss under this ADDITIONAL COVERAGE in any one "occurrence" during the policy period is $10,000 per premises described on the Declarations and $10,000 off the premises. Amounts paid under this coverage are in addition to the Limits of Insurance. We will pay the cost to replace the Money when loss occurs to Money. When loss to Securities occurs, we will pay the "Actual Cash Value" of the Securities at the end of the last business day before the loss is discovered or the actual cost of replacing the Securities, whichever is less. We will not cover loss of income, interest or dividends that occur as a result of a covered loss.

**i.    Inventory or Appraisals**

We will pay the expenses you incur for a necessary inventory or appraisal that we require to assess values or determine the extent of damage after loss or damage to Covered Property by a Covered Cause of Loss at any location described in the Declarations. These expenses are in addition to the Limits of Insurance.

**j.    Accounts Receivable**

We will pay for expenses you incur due to direct physical loss or damage to your accounts receivable records (including those recorded as Electronic Data) caused by or resulting from a Covered Cause of Loss at a location described on the Declarations.

**(1)**    The expenses we will pay include:

    **(a)**    All amounts due from your customers that you are unable to collect;

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

        **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

        **(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

        **(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable; that result from Covered Causes of Loss to your accounts receivable records.

    **(2)** We will not pay expenses for loss or damage under this ADDITIONAL COVERAGE caused by or resulting from any of the following:

        **(a)** Bookkeeping, accounting or billing errors or omissions; or

        **(b)** Electrical or magnetic injury, disturbance or erasure of Electronic Data records, except as a result of a direct loss caused by lightning.

The most we will pay for direct physical loss or damage to Accounts Receivable records under this ADDITIONAL COVERAGE is $50,000 at any one location described on the Declarations page (or within 1,000 feet of the described premises), or $25,000 while these records are in transit, for any one "occurrence" during the policy period. These payments are in addition to the Limits of Insurance.

    **(3)** Loss payment will be determined as follows:

        **(a)** If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, the following method will be used:

            **(i)** Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurred; and

            **(ii)** Adjust that total for any normal fluctuations in the amount of Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

        **(b)** The following will be deducted from the total amount of Accounts Receivable, regardless of how that amount is established:

            **(i)** The amount of the accounts for which there is no loss;

            **(ii)** The amount of the accounts that you are able to re-establish or collect;

            **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

            **(iv)** All unearned interest and service charges.

Electronic data as used in this ADDITIONAL COVERAGE has the meaning described under Property Not Covered – Electronic Data.

**k.**  **Reward Coverage**

We will reimburse you for amounts you have offered and paid as reward(s), which have led to:

    **(1)** The successful return of undamaged stolen Covered Property to a law enforcement agency; or

    **(2)** The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 100% of the covered reward payment up to a maximum of $25,000 or the amount of the payable loss if less. Amounts paid under this coverage are in addition to the Limits of Insurance. These Reward payments must be documented. No deductible applies to this ADDITIONAL COVERAGE.

**l.  Fire Protective Systems Discharge**

If the fire protective equipment at your covered location discharges accidentally or is activated by a Covered Cause of Loss, you may extend the insurance that applies to Your Business Personal Property to apply to your costs to:

**(1)**  Refill or recharge the system with the extinguishing agent(s) that were discharged; and

**(2)**  Replace or repair faulty valves or controls which caused the discharge.

The most we will pay under this ADDITIONAL COVERAGE is $100,000 for any one "occurrence" during the policy period.  Amounts paid under this coverage are in addition to the Limits of Insurance.

**m.  Deferred Payments**

We will pay for expenses you incur caused by a Covered Cause of Loss to Personal Property in which you have an interest, but which has been sold by you under a conditional sale or trust agreement, or any installment or deferred payment plan after delivery to buyers.

In the event of a loss, coverage will be paid based on the value of the amount shown on your books as due from the buyer.  In cases of partial loss and the buyer refuses to continue payment, forcing you to repossess, coverage will be valued as follows:

**(1)**  If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment.

**(2)**  If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

**(3)**  If partial loss occurs and the buyer continues to pay you, there will be no loss payment.

The most we will pay for loss under this ADDITIONAL COVERAGE is $10,000 in any one "occurrence" during the policy.  This amount is part of and not in addition to the Limits of Insurance.

**n.  Tenant's Building Glass**

We will pay for direct physical loss of or damage to building glass at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss, provided that:

**(a)**  You are a tenant of the building; and

**(b)**  You have a contractual responsibility to insure the building glass, or a contractual responsibility to pay for loss or damage to that property.

If required by law, glass is covered at the cost of replacement with safety glazing material.

The most we will pay in any one occurrence under this Additional Coverage is the limit of insurance shown in the Declarations for Your Business Personal Property for the premises at which the loss or damage occurred.

**5.  Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.  Newly Acquired Or Constructed Property**

**(1)  Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)**  Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this EXTENSION is 50% of the Limit of Insurance for Building shown in the Declarations, but not more than $1,000,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

(iii) Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this EXTENSION is 25% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $500,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $15,000 at each described premises, but not more than $2500 per any one covered person. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

Includes copyrighted material of Insurance Services Office, Inc.

c.  **Valuable Papers And Records (Other Than Electronic Data)**

   **(1)**  You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records, which exist as electronic data or to Accounts Receivable. Electronic data has the meaning described under Property Not Covered – Electronic Data.

   **(2)**  Under this Extension, the most we will pay to replace or restore the lost information is $50,000 at each described premises, unless a higher limit is shown in the Declarations. Amounts paid under this coverage are in addition to the Limits of Insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

d.  **Property Off-Premises**

   **(1)**  You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

      **(a)**  Temporarily at a location you do not own or operate;

      **(b)**  At any fair, trade show or exhibition.

   **(2)**  This Extension does not apply to property:

      **(a)**  In or on a vehicle; or

      **(b)**  In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

   **(3)**  The most we will pay for loss or damage under this Extension is $25,000.

e.  **Outdoor Property**

   You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

   **(1)**  Fire;

   **(2)**  Lightning;

   **(3)**  Explosion;

   **(4)**  Riot or Civil Commotion; or

   **(5)**  Aircraft.

   The most we will pay for loss or damage under this Extension is $25,000, but not more than $2,500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f.  **Non-owned Detached Trailers**

   **(1)**  You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

      **(a)**  The trailer is used in your business;

      **(b)**  The trailer is in your care, custody or control at the premises described in the Declarations; and

      **(c)**  You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.   Installation**

You may extend the insurance that applies to Your Business Personal Property or the Personal Property of Others in your care, custody and control, to apply to Covered Property, which is being installed and intended to become a permanent part of the installation or building.

This property does not include:

**(1)** Personal property not intended to become part of the installation;

**(2)** Tools; or

**(3)** Contractors' equipment.

We will cover this property while at a job site or while temporarily warehoused and awaiting installation. We will also cover the property while being installed and during testing.

Coverage ceases when the earliest of the following occurs:

**(1)** The policy expires or is cancelled;

**(2)** The covered property is accepted by the purchaser;

**(3)** Your insurable interest in the covered property ceases;

**(4)** You abandon your installation, fabrication, or erection project with no intent to complete it;

**(5)** The installation, fabrication, or erection project has been completed for more than 30 days; or

**(6)** The covered property has been put to its intended use. However, this does not apply to roofs or walls.

At the time of loss, payment will be based on the "Replacement Cost" valuation of the property.

The most we will pay for direct physical loss or damage to Your Business Personal Property or the Personal Property of Others in your care, custody and control caused by or resulting from a Covered Cause of Loss under this COVERAGE EXTENSION in any one "occurrence" during the policy period is:

**(1)** $25,000 at any one job site; or

**(2)** $25,000 while the property is in transit; or

**(3)** $25,000 at a temporary warehouse location.

**h.   Fine Arts**

You may extend the insurance that applies to Your Business Personal Property and the Personal Property of Others to apply to art work, statues, or other art objects you own or the Fine Arts owned by others in your care, custody and control while this property is at the premises stated in the Declarations.

As used in this COVERAGE EXTENSION, Fine Arts means paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art of rarity, historical value or artistic merit.

Includes copyrighted material of Insurance Services Office, Inc.

The most we will pay for direct physical loss or damage to Fine Arts caused by or resulting from a Covered Cause of Loss under this COVERAGE EXTENSION is $25,000 at the premises stated on the Declarations or $5,000 while the property is in transit for any one "occurrence" during the policy period.

In the event of loss, payment for Fine Arts will be valued at the market value of the item(s) at the time of loss.

In the event of loss to a part of an article of Fine Arts, represented in a pair or set, our payment will be the lesser of:

**(1)** The market value of the entire pair or set (however, you must surrender the remaining pieces of the pair or set which are undamaged to us); or

**(2)** The cost to repair the damaged pieces (you retain the remaining undamaged pieces). However, if the pair or set is consequently valued at a lower amount, we will also pay the difference between the original market value of the undamaged pair or set and the market value of the repaired pair or set.

As respects this Fine Arts Coverage only, marring or scratching shall be included as a Covered Cause of Loss.

**i.   Laptop Computers**

We cover direct physical loss or damage caused by a covered peril to laptop computers in the custody of any employee or owner while:

**(1)** Away from a covered location; or

**(2)** In transit between covered locations.

The most we will pay is $10,000 in any one occurrence.

**j.   Expediting Expense**

We will pay for the expediting expense loss resulting from an "equipment breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**(1)** Make temporary repairs;

**(2)** Expedite permanent repairs; and

**(3)** Expedite permanent replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay is $25,000 in any one occurrence.

**k.   Refrigerant Contamination**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of "equipment breakdown".

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to this form. In that case, whichever limit is greater will apply.

**l.   Spoilage Coverage**

We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "equipment breakdown" to types of property covered by this policy that are:

**(1)** Located on or within 1,000 feet of your described premises, and

**(2)** Owned or operated by you, the building owner at your described premises, or owned by a public utility; and

Includes copyrighted material of Insurance Services Office, Inc.

    **(3)** Used to supply telephone, electricity, air conditioning, heating, gas, water or steam to your described premises.

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to this form. In that case, whichever limit is greater will apply.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion, explosion, windstorm, hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. Exclusions And Limitations

See Part Two - Causes of Loss Special Form.

## C. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following ADDITIONAL COVERAGES will not increase the applicable Limit of Insurance:

1. Preservation of Property;
2. Debris Removal;
3. Deferred Payments.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

1. Fire Department Service Charge;
2. Pollutant Clean Up and Removal;
3. Ordinance or Law;
4. Electronic Data (other than Accounts Receivable);
5. Extra Expense;
6. Money and Securities;
7. Inventory or Appraisals;
8. Accounts Receivable;
9. Reward Coverage; or
10. Fire Protective Systems Discharge.

If a loss or damage to the same property is covered under more than one ADDITIONAL COVERAGE or COVERAGE EXTENSION, only the higher or highest applicable limit shall be payable.

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

Includes copyrighted material of Insurance Services Office, Inc.

### Example No. 1:

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible | $250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance - Building # 2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100 - 250 = $ 59,850 Loss Payable - Building # 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building # 2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139, 850

### Example No. 2:

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No.1.

| | |
|---|---|
| Loss to Building #1: | $70,000 (exceeds Limit of Insurance plus Deductible) |
| Loss to Building # 2: | $90,000 (exceeds Limit of Insurance plus Deductible) |
| Loss Payable - Building #1: | $60,000 (Limit of Insurance) |
| Loss Payable - Building #2: | $80,000 (Limit of Insurance) |
| Total amount of loss payable: | $140,000 |

## E.  Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1.  Abandonment

There can be no abandonment of any property to us.

### 2.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3.  Duties In The Event Of Loss Or Damage

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 4. Loss Payment

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

Includes copyrighted material of Insurance Services Office, Inc.

(2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer of Rights Of Recovery Against Others To Us Condition in this policy.

## 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 6. Vacancy

### a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

### b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1) (a)** through **b.(1) (f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

   (1) Awnings or floor coverings;

   (2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

   (3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

   (1) Actual cash value of the lost or damaged property if you make repairs promptly.

   (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      (b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (3) Nothing if others pay for repairs or replacement.

f. Property covered under any ADDITIONAL COVERAGES OR COVERAGE EXTENSIONS will be valued on an "Actual Cash Value" basis, unless specifically indicated otherwise in the provisions.

F. **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

   (1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

   (2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**

   (3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

**(4)** Subtract the deductible from the figure determined in Step **(3)**. We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

### EXAMPLE #1 (UNDERINSURANCE)

| When: | The value of the Property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 / $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

### EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

### EXAMPLE #3

When:  The value of property is:

| Building at Location #1 | $75,000 |
|---|---|
| Building at Location #2 | $100,000 |
| Personal Property at Location #2. | $75,000 |
| | $250,000 |

The Coinsurance percentage for it is  90%

The Limit of Insurance for Building and Personal Property at Location Nos. 1 and 2 is $180,000

The Deductible is  $1,000

The amount of loss is:

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

|  | Building at Location #2 | $30,000 |
|---|---|---|
|  | Personal Property at Location #2. | $20,000 |
|  |  | $50,000 |

Step (1): $250,000 \times 90\% = $225,000

(The minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 / $225,000 = .80

Step (3): $50,000 \times .80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

## 2. Mortgageholders

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

Includes copyrighted material of Insurance Services Office, Inc.

3. **Other Insurance**

Subparagraph **2.** of Paragraph **G** of the **Commercial Property Conditions** is deleted and replaced with the following subparagraphs **2.** and **3.**

   **2.** If you have any other insurance, which more specifically insures any of the property or exposures covered under Part One or Part Two of this Form such as but not limited to Inland Marine policies, then no coverage shall be afforded such property or exposures under this Form whether or not you can collect on that insurance and whether or not your loss or damage is fully covered by that insurance.

   **3.** If there is other insurance covering the same loss or damage, other than that described in 1. or 2. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

4. **Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, we may immediately suspend the insurance against loss to that Covered Property for equipment breakdown. Coverage can be suspended and reinstated by delivering or mailing a written notice of suspension/coverage reinstatement to:

   **(a)** Your last known address; or

   **(b)** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

5. **Inspections and Surveys**

   **a.** We have the right to:

      **(1)** Make inspections and surveys at any time;

      **(2)** Give you reports on the conditions we find; and

      **(3)** Recommend changes.

   **b.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

      **(1)** Are safe or healthful; or

      **(2)** Comply with laws, regulations, codes or standards.

   **c.** Paragraphs a. and b. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

   **d.** Paragraph b. of this condition does not apply to any inspection, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

G. **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

1.  **Agreed Value**

    a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

        (1)  On or after the effective date of this Optional Coverage; and

        (2)  Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2.  **Inflation Guard**

    a.  The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

    b.  The amount of increase will be:

        (1)  The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        (2)  The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        (3)  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

        **Example:**

        If:  The applicable Limit of Insurance is $100,000

        The annual percentage increase is 8%

        The number of days since the beginning of the policy year (or last policy change) is 146

        The amount of increase is $100,000 x .08 x 146 / 365 = $3,200

3.  **Replacement Cost**

    a.  Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition, of this Coverage Form.

    b.  This Optional Coverage does not apply to:

        (1)  Personal property of others;

        (2)  Contents of a residence;

        (3)  Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

        (4)  "Stock", unless the "Including Stock" option is shown in the Declarations.

        Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    c.  You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc.

    **d.** We will not pay on a replacement cost basis for any loss or damage:

        **(1)** Until the lost or damaged property is actually repaired or replaced; and

        **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

    With respect to tenants' improvements and betterments, the following also apply:

        **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

        **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

    **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

        **(1)** The Limit of Insurance applicable to the lost or damaged property;

        **(2)** The cost to replace the lost or damaged property with other property:

            **(a)** Of comparable material and quality; and

            **(b)** Used for the same purpose; or

        **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

    If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost, which would have been incurred if the building had been rebuilt at the original premises.

    **f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

  **4. Extension Of Replacement Cost To Personal Property Of Others**

    **a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    **b.** With respect to replacement cost on the personal property of others, the following limitation applies:

    If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## H. Definitions

  **1.** "Actual Cash Value" means the "Replacement Cost" valuation of the property minus depreciation.

  **2.** "Equipment Breakdown" as used herein means:

    **a.** Physical loss or damage both originating within:

        **(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

            **(a)** Waste disposal piping;

            **(b)** Any piping forming part of a fire protection system;

            **(c)** Furnaces; and

Includes copyrighted material of Insurance Services Office, Inc.

                    **CP 74 46 02 08**

      **(d)** Any water piping other than

          **(i)** Boiler feed water piping between the feed pump and the boiler;

          **(ii)** Boiler condensate return piping; or

          **(iii)** Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes

    **(2)** All mechanical, electrical, electronic or fiber optic equipment; and

  **b.** Caused by, resulting from, or consisting of:

    **(1)** Mechanical Breakdown;

    **(2)** Electrical or electronic breakdown; or

    **(3)** Rupture, bursting, bulging, implosion, or steam explosion.

However, "equipment breakdown" will not mean:

Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

    **(1)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any "hardware", programs or software;

    **(2)** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

    Fire, lightning, combustion, explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

**3.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**4.** "Occurrence" means a single incident, accident or event, or any sequence of incidents, accidents or events which cause a loss, which is unintended, unexpected and not directed by you, nor through any agent acting on your behalf, which causes loss or damage to Covered Property by means of or through any Covered Cause of Loss.

**5.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**6.** "Replacement Cost" means the full cost to repair or replace the property at the time and place of the loss without deduction for depreciation.

**7.** "Stock" means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

**8.** "Perishable goods" means stock preserved and maintained under controlled conditions and susceptible to loss if the controlled conditions change.

## PART TWO – SPECIAL CAUSES OF LOSS

Words and phrases that appear in quotation marks have special meaning Refer to Section **G.** – Definitions.

### A. Covered Causes Of Loss

Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B., Exclusions**; or

2. Limited in Section **C., Limitations;**

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   a. **Earth Movement**

      (1) Earthquake, including any earth sinking, rising or shifting related to such event;

      (2) Landslide, including any earth sinking, rising or shifting related to such event;

      (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

      (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

      But if Earth Movement, as described in **a. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

      (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

      Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

      (a) Airborne volcanic blast or airborne shock waves;

      (b) Ash, dust or particulate matter; or

      (c) Lava flow.

      All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

      Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   b. **Governmental Action**

      Seizure or destruction of property by order of governmental authority.

      But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   c. **Nuclear Hazard**

      Nuclear reaction or radiation, or radioactive contamination, however caused.

      But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   d. **Utility Services**

      The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises, however caused, if the failure:

      (1) Originates away from the described premises; or

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded. If the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in Paragraph **B.4.a. (1)** applies to these coverages.

e.   **War And Military Action**

(1)   War, including undeclared or civil war;

(2)   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

f.   **Water**

(1)   Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2)   Mudslide or mudflow;

(3)   Water under the ground surface pressing on, or flowing or seeping through:

   (a)   Foundations, walls, floors or paved surfaces;

   (b)   Basements, whether paved or not; or

   (c)   Doors, windows or other openings.

But if Water, as described in **f.(1)** through f.**(3)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

g.   **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1.   When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2.   To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.g,** apply whether or not the loss event results in widespread damage or affects a substantial area.

2.   We will not pay for loss or damage caused by or resulting from any of the following:

a.   Delay, loss of use or loss of market.

**b.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**c.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching, except as provided under the Fine Arts Coverage Extension.

As respects loss to personal property caused by **(6)(a)** or **(b)** and not caused by "fungus," wet rot or bacteria or by continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more, we will pay a maximum of $10,000 per any one occurrence.

But if an excluded cause of loss that is listed in **2.c (1)** through **(6)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**d.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, other than the $10,000 coverage for dampness of atmosphere provided under Exclusion **2.c. (6)**, that occurs over a period of 14 days or more.

**e.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**g.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Rain, snow, ice or sleet to personal property in the open.

**i.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **i.**, does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

   **(b)** To collapse caused by one or more of the following:

   **(i)** The "specified causes of loss";

   **(ii)** Breakage of building glass;

   **(iii)** Weight of rain that collects on a roof; or

   **(iv)** Weight of people or personal property.

**j.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss," except as provided under ADDITIONAL COVERAGE **(l.)** Fire Protective Systems Discharge. But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss".

   This exclusion, **j.,** does not apply to damage to glass caused by chemicals applied to the glass.

**k.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

   **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   **c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, sitting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance;

   of part or all of any property on or off the described premises.

**4. Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   **a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

   We will not pay for:

   **(1)** Any loss caused by or resulting from:

   **(a)** Damage or destruction of "finished stock"; or

   **(b)** The time required to reproduce "finished stock".

   This exclusion does not apply to Extra Expense.

      **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

      **(3)** Any increase of loss caused by or resulting from:

          **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

          **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

      **(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

      **(5)** Any other consequential loss.

  **b.** **Leasehold Interest Coverage Form**

      **(1)** We will not pay for any loss caused by:

          **(a)** Your canceling the lease;

          **(b)** The suspension, lapse or cancellation of any license; or

          **(c)** Any other consequential loss.

  **c.** **Legal Liability Coverage Form**

      **(1)** The following exclusions do not apply to insurance under this Coverage Form:

          **(a)** Paragraph **B.1.b.,** Governmental Action;

          **(b)** Paragraph **B.1.c.,** Nuclear Hazard;

          **(c)** Paragraph **B.1. d.,** Utility Services; and

          **(d)** Paragraph **B.1.e.,** War And Military Action.

      **(2)** The following additional exclusions apply to insurance under this Coverage Form:

          **(a)** **Contractual Liability**

          We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

            **(i)** Your assumption of liability was executed prior to the occurrence; and

            **(ii)** The building is Covered Property under this Coverage Form.

          **(b)** **Nuclear Hazard**

          We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property.

Includes copyrighted material of Insurance Services Office, Inc.

      **CP 74 46 02 08**

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   b. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

      (3) Coverage provided under the Installation Coverage Extension.

   c. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   d. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 1000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

      (3) Coverage provided under the Installation Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. The $2500 limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit, except as provided under ADDITIONAL COVERAGE Money and Securities.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage, Extra Expense Coverage, or such coverage as is provided by the ADDITIONAL COVERAGE Fire Protective Systems Discharge.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains

Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such building decay is known to an insured prior to collapse;

   **b** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

     **(1)** A cause of loss listed in **2.a.** or **2.b.**;

     **(2)** One or more of the "specified causes of loss";

     **(3)** Breakage of building glass;

     **(4)** Weight of people or personal property; or

     **(5)** Weight of rain that collects on a roof.

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 46 02 08**

**3.** This **Additional Coverage – Collapse** does **not** apply to:

  **a.** A building or any part of a building that is in danger of falling down or caving in;

  **b.** A part of a building that is standing, even if it has separated from another part of the building; or

  **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

  **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

  **b.** Awnings, gutters and downspouts;

  **c.** Yard fixtures;

  **d.** Outdoor swimming pools;

  **e.** Fences;

  **f.** Piers, wharves and docks;

  **g.** Beach or diving platforms or appurtenances;

  **h.** Retaining walls; and

  **i.** Walks, roadways and other paved surfaces;

  If an abrupt collapse is caused by a cause of loss listed in 2.a. through 2.d. we will pay for loss or damage to that property only if:

  **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

  **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

  **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.** above;

  **b.** The personal property which collapses is inside a building; and

  **c.** The property, which collapses, is not of a kind listed in 4. above, regardless of whether that kind of property is considered to be personal property or real property.

  Except as provided under the Fine Arts Coverage Extension, the coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching are the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

  **1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

Includes copyrighted material of Insurance Services Office, Inc.

CP 74 46 02 08

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage caused by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $50,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

**6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## F. Additional Coverage Extensions

### 1. Property In Transit

This Extension applies only to your personal property to which this form applies.

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

Includes copyrighted material of Insurance Services Office, Inc.

     CP 74 46 02 08

We will pay for shipments of property sent by mail only if sent by means of registered mail service provided by the U.S. Postal Service.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this EXTENSION is $25,000 for any one "occurrence" during the policy period.

This COVERAGE EXTENSION is additional insurance. The ADDITIONAL CONDITIONS, COINSURANCE does not apply to this EXTENSION. This Additional Coverage Extension does not cover Property Off-Premises as provided in the Coverage Extensions of Part **I.**

### 2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage; equipment breakdown.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

# NEW JERSEY – EXCLUSION OF NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL TERRORIST ATTACK

This endorsement modifies insurance provided under the following:

ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART

This change applies to the above forms CP 73 07 12 18 or CP 74 45 12 18, if attached to this policy.

Exclusion g. TERRORISM Involving Nuclear, Biological, Chemical or Radiological Attack, under PART TWO – SPECIAL CAUSES OF LOSS, B. Exclusions, is deleted and replaced by the following.

**g. TERRORISM Involving Nuclear, Biological, Chemical or Radiological Attack**

    **(1)** Whether or not "terrorism" is otherwise covered under this policy, "we" will not pay for loss or damage caused directly or indirectly by nuclear, biological, chemical or radiological "terrorism", including action in hindering or defending against an actual or expected incident of such "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

        **(a)** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

        **(b)** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

        **(c)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

        **(d)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

    **(2)** Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only to property located in the following states:

| | | |
|---|---|---|
| Georgia | Maine | North Carolina |
| Idaho | Missouri | Washington |
| Illinois | New Jersey | West Virginia |
| Iowa | New York | Wisconsin |

If "terrorism" results in fire, "we" will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

    **(3)** Application Of Other Exclusions

        **(a)** When this exclusion applies in accordance with the terms of (1)(a). or (1)(b), it applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

        **(b)** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

All other terms and conditions remain unchanged.

**CP 76 95 12 18**                                                                                                          **Page 1 of 1**

**Policy Number:** CPP20926450602 <span style="float:right">**PROPERTY**</span>

**THIS ENDORSEMENT CHANGES THE POLICY**
**PLEASE READ IT CAREFULLY**

# FLORIDA AMENDATORY ENDORSEMENT
# BIOCHEMICAL EXCLUSION

This endorsement modifies insurance provided under the following:

**FLORIDA ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART – CP 73 22**
**FLORIDA CONTRACTOR'S ADVANTAGE PROGRAM COMMERCIAL PROPERTY COVERAGE PART – CP 74 46**

**The following exception applies to locations in Florida:**

**The following exclusion is added:**

**BIOCHEMICAL**

Malicious use of any biological or chemical agent, material, device or weapon.

**CP 77 04 12 18** <span style="float:right">**Page 1 of 1**</span>



## IMPORTANT INFORMATION TO POLICYHOLDERS

We appreciate the trust you and your independent agent placed in us when you chose Amerisure for your coverage. As a policyholder you rightfully expect that valid claims will be settled promptly and fairly. That's Amerisure's longstanding claims policy.

In the event you need to contact someone about this policy for any reason please contact your agent. If you have additional questions you may contact the insurance company issuing this policy at the following address and telephone number:

2300 CABOT DRIVE
SUITE 200
LISLE, IL 60532-4376
(630)281-4000

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Bureau of Insurance at:

Illinois Department of Financial and Professional Regulation
Consumer Complaints
Division of Insurance
320 W. Washington Street
Springfield, IL 62767

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available.

A 40 35 11 10

**AMERISURE MUTUAL INSURANCE COMPANY**
**AMERISURE INSURANCE COMPANY**

**Informational Notice for Florida Policyholders and Certificateholders**

Should you have a dispute concerning your premium or about a claim, you should contact your independent agent first.

You may call the company's toll-free telephone number to present inquiries, obtain information about coverage or to provide assistance in resolving complaints at:

**1-800-282-2743**

**A 40 36 03 10**

## Forms and Endorsements Schedule

Policy Number:   CPP20926450602      **Effective Date:** 07/01/2020
Named Insured:   PREMIER DESIGN & BUILD GROUP, LLC

| Form Number | Description |
|---|---|
| **COMMON FORMS** | |
| A 40 35 11 10 | IMPORTANT INFORMATION TO POLICYHOLDERS (IL) |
| A 60 27 02 10 | IMPORTANT NOTICE |
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| IL 01 47 09 11 | ILLINOIS CHANGES - CIVIL UNION |
| IL 01 62 10 13 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL 02 08 09 07 | NEW JERSEY CHANGES - CANCELLATION AND NONRENEWAL |
| IL 02 55 04 15 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| IL 02 70 09 08 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |
| M 10 85 01 15 | AMIC SIGNATURE PAGE |
| M 11 05 01 15 | AMIC SIGNATURE PAGE |
| A 50 01 07 09 | AMERISURE MUTUAL INSURANCE COMPANY - PARTICIPATION |

IL DS 71 01 09 06                                                                 Page 1   of 1

POLICY NUMBER: CPP20926450602

COMMERCIAL GENERAL LIABILITY
CG DS 70 01 09 06

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| AMERISURE MUTUAL INSURANCE COMPANY<br>26777 HALSTED ROAD<br>FARMINGTON HILLS, MI 48331-3586 | ASSURANCE AGENCY, LTD<br>20 N. MARTINGALE RD.<br>SCHAUMBURG, IL 60173 |
|---|---|

NAMED INSURED: PREMIER DESIGN & BUILD GROUP, LLC

MAILING ADDRESS: 1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143

POLICY PERIOD: FROM ___07/01/2020___ TO ___07/01/2021___ AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 100,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 | |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.<br>RETROACTIVE DATE: _____N/A in New York_____<br>(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS: |
| ☐ INDIVIDUAL　　☐ PARTNERSHIP　　☐ JOINT VENTURE　　☐ TRUST |
| ☒ LIMITED LIABILITY COMPANY　　☐ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT IN-CLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY) |
| BUSINESS DESCRIPTION: CONTRACTOR |

ISSUE DATE: 07/16/2020
CG DS 70 01 09 06

INSURED COPY
© ISO Properties, Inc., 2000

Page 1 of 2

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| SEE SCHEDULE | SEE SCHEDULE |

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| SEE SCHEDULE | SEE SCHEDULE | SEE SCHEDULE | SEE SCHEDULE | SEE SCHEDULE | SEE SCHEDULE | | |

STATE TAX OR OTHER (if applicable)  $ _____ ▮▮▮▮▮

PREMIUM SHOWN IS PAYABLE:

AT INCEPTION $ _____ ▮▮▮▮▮

AT EACH ANNIVERSARY $ _____

(IF POLICY PERIOD IS MORE THAN ONE YEAR AND PRE-MIUM IS PAID IN ANNUAL INSTALLMENTS)

| AUDIT PERIOD (IF APPLICABLE) | ☒ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |
|---|---|---|---|---|

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |
| *SEE FORMS AND ENDORSEMENTS SCHEDULE* |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: | By: |
|---|---|
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

© ISO Properties, Inc., 2000  CG DS 70 01 09 06 ☐

**Policy Number:** CPP20926450602

# COMPOSITE RATING NOTICE

The premium for this policy is based on composite rates. The rates shown in this endorsement are developed in accordance with our filed rating procedures, rules, classifications and rates for the coverage provided by the policy.

The premium shown for this Coverage Part as advance premium is a deposit premium only. At the close of the audit period (policy period) we will compute the earned premium for that period and send notice to the first Named Insured.

The initial premium and composite rate charged at the inception date is based on the estimated exposure units covered by this policy as of that date. Upon expiration of this policy we will perform an audit to determine the actual exposure units in existence for the policy term.

If the actual earned premium at audit is greater than the estimated or deposit premium, we will bill the additional premium to the first Named Insured. If the actual earned premium at audit is less than the estimated or deposit premium, we will return the excess to the first Named Insured.

**Total Composite Premium:** ▮▮▮▮▮▮

---

**Rating Basis:** ▮▮▮▮▮▮
**Exposure Basis:**

| Composite Rate Description | Effective | Exposure | Rate | Premium |
|---|---|---|---|---|
| ▮▮▮▮▮ | 07/01/2020 | ▮▮▮▮▮▮▮▮▮▮ | | |

**Rating Basis:** ▮▮▮▮▮▮
**Exposure Basis:**

| Composite Rate Description | Effective | Exposure | Rate | Premium |
|---|---|---|---|---|
| ▮▮▮▮▮ | 07/01/2020 | ▮▮▮▮▮▮▮▮▮▮ | | |

**AN 13 57 04 17**

Page 1 of 1

# Composite Rate Class Code
# Information Schedule

**Insured Name:**                                    **Effective Date:**    **Policy Number:**
PREMIER DESIGN & BUILD GROUP, LLC                    07/01/2020             CPP20926450602

| Class Description | Deductible Type | Deductible |
|---|---|---|
| CONTRACTING-MEDIUM | N/A | N/A |

GL DS 71 10 01 08

## Named Insured Schedule

**POLICY NUMBER** CPP20926450602          **EFFECTIVE DATE** 07/01/2020

**NAMED INSURED** PREMIER DESIGN & BUILD GROUP, LLC

**Named Insured**

PREMIER DESIGN & BUILD GROUP, LLC

1000 W. IRVING PARK ROAD, LLC

WISCINOIS, LLC

IL DS 71 04 09 06                                                      Page 1   of 1

## General Liability Premises Schedule

**POLICY NUMBER** CPP20926450602          **EFFECTIVE DATE** 07/01/2020

PREMIER DESIGN & BUILD GROUP, LLC

**NAMED INSURED**

## ALL PREMISES YOU OWN, RENT OR OCCUPY

| LOC. | ADDRESS |
|------|---------|
| 001 | 1000 W. IRVING PARK ROAD<br>SUITE 200<br>ITASCA, IL 60143 |
| 002 | 13790 NW 4TH STREET<br>SUITE 104<br>SUNRISE, FL 33325 |
| 003 | UNKNOWN<br>MILWAUKEE, WI 53202 |
| 004 | UNKNOWN LOCATION<br>TRENTON, NJ 08602 |
| 008 | 16530 BAKE PARKWAY<br>SUITE 101<br>IRVINE, CA 92618 |
| 009 | 517 US ROUTE ONE SOUTH, SUITE 1002<br>ISELIN, NJ 08830 |
| 010 | 11100 4TH STREET #0J102<br>RANCHO CUCAMONGA, CA 91730 |
| 015 | 1291 ROCKY POINT DRIVE<br>OCEANSIDE, CA 92056 |
| 016 | 1322 ROCKY POINT DRIVE<br>OCEANSIDE, CA 92056 |
| 017 | 1339 ROCKY POINT DRIVE<br>OCEANSIDE, CA 92056 |
| 018 | 1113 HERKIMER ROAD<br>UTICA, NY 13502 |
| 019 | 295 THOMAS MCGOVERN DRIVE<br>JERSEY CITY, NJ 07305 |
| 020 | VARIOUS LOCATIONS<br>MARSHFLD HLS, MA 02051 |
| 021 | VARIOUS LOCATIONS<br>VIOLA, DE 19979 |
| 022 | VARIOUS LOCATIONS<br>PITTSBURGH, PA 15203 |

GL DS 71 02 09 06                                            Page 1    of 1

# Commercial General Liability
## Classification and Premium Schedule

**POLICY NUMBER** CPP20926450602          **EFFECTIVE DATE** 07/01/2020

PREMIER DESIGN & BUILD GROUP, LLC
**NAMED INSURED** _____

## CLASSIFICATION AND PREMIUM

**Line 1** **LOCATION**     **CODE NO.**     **EXPOSURE**     **PREMIUM BASE**   **COVERAGE**     **RATE**     **ADVANCE PREMIUM**
      **NUMBER**

**Line 2** **CLASSIFICATION**

IL
CONTRACTORS GENERAL LIABILITY EXTENSION


IL
CONTRACTOR'S BLANKET ADDITIONAL INSURED - FORM A


CA - ADDITIONAL INSURED
CITY  OF OCEANSIDE


IL - ADDITIONAL INSURED
ANDRIANA WHITE, TRUSTEE OF THE ANDRIANA WHITE 2010 SEPARATE PROPERTY TRUST DATED OCTOBER 5, 2010


IL - ADDITIONAL INSURED
JOSEPH VICTOR DICARLO, TRUSTEE OF THE VICTOR DICARLO REVOCABLE TRUST


IL - ADDITIONAL INSURED
MISTRETTA FAMILY PROPERTIES LLC C/O WIND WATER REALTY INC. IT'S PROPERTY MANAGEMENT


NJ - ADDITIONAL INSURED
BMO HARRIS BANK N.A. ATIMA/ISAOA


GL DS 71 09 09 06                                                                                      Page 1    of 2

# Commercial General Liability
## Classification and Premium Schedule

**POLICY NUMBER** CPP20926450602          **EFFECTIVE DATE** 07/01/2020

PREMIER DESIGN & BUILD GROUP, LLC

**NAMED INSURED** _____

**CLASSIFICATION AND PREMIUM**

| Line 1 | LOCATION NUMBER | CODE NO. | EXPOSURE | PREMIUM BASE | COVERAGE | RATE | ADVANCE PREMIUM |
|--------|-----------------|----------|----------|--------------|----------|------|-----------------|

**Line 2  CLASSIFICATION**

NJ - ADDITIONAL INSURED

WOODBRIDGE PLACE ASSOCIATES II L.L.C.C/O ROBERT R. LEVINSON ESQ.

GL DS 71 09 09 06          Page 2   of 2

## EMPLOYEE BENEFITS LIABILITY COVERAGE DECLARATIONS

| NAMED INSURED<br>PREMIER DESIGN & BUILD GROUP, LLC | EFFECTIVE DATE<br>07/01/2020 | POLICY NUMBER<br>CPP20926450602 |
|---|---|---|

### EMPLOYEE BENEFITS LIABILITY COVERAGE

| Limits of Insurance | | Deductible | |
|---|---|---|---|
| Each Employee | $1,000,000 | Each Employee | $1,000 |
| Annual Aggregate | $2,000,000 | | |

Forms Applicable: SEE FORMS AND ENDORSEMENTS SCHEDULE

| | |
|---|---|
| TOTAL COVERAGE PART PREMIUM | |
| APPLICABLE TAX OR SURCHARGE | |
| TOTAL ESTIMATED PREMIUM | |

EB DS 70 00 11 09

## Tax, Surcharge & Fee Schedule

**Policy Number:** CPP20926450602          **Effective Date:** 07/01/2020

**Named Insured:**          PREMIER DESIGN & BUILD GROUP, LLC

<u>Description</u>                                                        <u>Amount</u>

Total

IL DS 71 03 09 06

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
(Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08 © ISO Properties, Inc., 2007 Page 1 of 2

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

  © ISO Properties, Inc., 2007  IL 00 21 09 08  □

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

IL 01 47 09 11 © Insurance Services Office, Inc.,2011 **Page 1 of 1**

**IL N 175 11 11**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

© Insurance Services Office, Inc.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30___ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

**Name Of Person Or Organization**

ECHO INCORPORATED

**Mailing Address**

400 OAKWOOD ROAD

LAKE ZURICH, IL 60047

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

| Name Of Person Or Organization | Mailing Address |
|---|---|
| WESTERN ALLIANCE BANK, ITS SUCCESSORS AND ASSIGNS, BENEFICIARY | PO BOX 26237 |
| | LAS VEGAS, NV 89126 |

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

| Name Of Person Or Organization | Mailing Address |
| --- | --- |
| 846 W VERDULERA ST LLC | 846 W VERDEULERA |
| | CAMARILLO, CA 93010 |

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

      AUTO DEALERS COVERAGE FORM
      BUSINESS AUTO COVERAGE FORM
      BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
      COMMERCIAL GENERAL LIABILITY COVERAGE FORM
      COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
      GARAGE COVERAGE FORM
      MOTOR CARRIER COVERAGE FORM
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
      TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

**Name Of Person Or Organization**

RIVERSIDE MISSION TRAILS PARTNER, LP, ISAOA
ATIMA

**Mailing Address**

C/O D&M INSURANCE SOLUTIONS, LLC
2625 MCCORMICK DR, STE 104
CLEARWATER, FL   33759

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

**Name Of Person Or Organization**

**Mailing Address**

RIVERSIDE EQUITY MANAGER, LLC, ISAOA ATIMA

C/O D&M INSURANCE SOLUTIONS, LLC
2625 MCCORMICK DR, STE 104
CLEARWATER, FL 33759

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

**Name Of Person Or Organization**

MISSION COTTAGES, LP

**Mailing Address**

7777 CENTER AVE, STE 230

HUNTINGTON BEACH, CA   92647

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
    TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

**Name Of Person Or Organization**

COUNTY OF DUPAGE  C/O DIVISION OF
TRANSPORTATION

**Mailing Address**

421 NORTH COUNTY FARM ROAD

WHEATON, IL 60187

**IL 70 66 07 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE – THIRD PARTY

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
> TRUCKERS COVERAGE FORM

Subject to the cancellation provisions of the Coverage Form to which this endorsement is attached, we will not:
1. Cancel;
2. Nonrenew; or,
3. Materially change (reduce or restrict)

this Coverage Form, except for nonpayment of premium, until we provide at least __30__ days written notice of such cancellation, nonrenewal or material change. Written notice will be to the person or organization named in the Schedule. Such notice will be by certified mail with return receipt requested.

**This notification of cancellation, nonrenewal or material change to the person or organization named in the Schedule is intended as a courtesy only.** Our failure to provide such notification will not:
1. Extend any Coverage Form cancellation date;
2. Negate the cancellation as to any insured or any certificate holder;
3. Provide any additional insurance that would not have been provided in the absence of this endorsement; or
4. Impose liability of any kind upon us.

This endorsement does not entitle the person or organization named in the Schedule to any benefits, rights or protection under this Coverage Form.

## SCHEDULE

| Name Of Person Or Organization | Mailing Address |
|---|---|
| BANK OF AMERICA, N.A INSURANCE DIVISION MAIL CODE: NC1-001-05-14 ONE INDEPENDENCE CENTER | 101 NORTH TRYON STREET<br><br>CHARLOTTE NC 28255-0001 |

**IL 70 66 07 14**

# Forms and Endorsements Schedule

**Policy Number:** CPP20926450602     **Effective Date:** 07/01/2020
**Named Insured:** PREMIER DESIGN & BUILD GROUP, LLC

| Form Number | Description |
| --- | --- |
| **COMMON FORMS** | |
| IL 70 66 07 14 | NOTICE OF CANCELLATION, NONRENEWAL OR MATERIAL CHANGE - THIRD PARTY |
| CG 02 00 01 18 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG 20 37 04 13 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS |
| CG 21 41 11 85 | EXCLUSION - INTERCOMPANY PRODUCTS SUITS |
| CG 21 73 01 15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| CG 70 42 04 03 | ASBESTOS EXCLUSION ENDORSEMENT |
| **COMMERCIAL GENERAL LIABILITY** | |
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 20 10 10 01 | ADD'L INSURED - OWNERS, LESSEES OR CONTRACTORS/SCHEDULED PERSON OR ORGANIZATION |
| CG 20 11 04 13 | ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES |
| CG 20 12 05 09 | ADDL INSURED-STATE OR GOVL AGENCY OR SUB OR POLITICAL SUB - PERMITS OR AUTH |
| CG 20 12 04 13 | ADDL INSURED-STATE OR GOVL AGENCY OR SUB OR POLITICAL SUB-PERMITS OR AUTH |
| CG 20 18 04 13 | ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER |
| CG 20 26 11 85 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG 20 27 11 85 | ADDITIONAL INSURED - CO-OWNER OF INSURED PREMISES |
| CG 20 37 10 01 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS |
| CG 21 47 12 07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 54 01 96 | EXCLUSION - DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE |
| CG 21 60 09 98 | EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 86 12 04 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG 21 96 03 05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 22 34 04 13 | EXCLUSION - CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS |
| CG 22 79 04 13 | EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY |
| CG 24 27 04 13 | LIMITED CONTRACTUAL LIABILITY - RAILROADS |
| CG 25 04 05 09 | DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT |
| CG 32 95 09 09 | CALIFORNIA ADDITIONAL INSURED-OWNERS, LESSEES OR CONTRACTORS-COMPLETED OPERATION |
| CG 70 48 10 15 | CONTRACTOR'S BLANKET ADDITIONAL INSURED ENDORSEMENT - FORM A |
| CG 71 06 10 99 | AMENDMENT OF COMMERCIAL GENERAL LIABILITY CONDITIONS NOTICE AND TENDER TO OTHER |
| CG 71 17 01 01 | EXCLUSION - LEAD POISONING OR CONTAMINATION |
| CG 71 34 04 05 | BODILY INJURY DEFINITION MODIFICATION |
| CG 71 37 04 17 | ILLINOIS CONTRACTOR'S GENERAL LIABILITY EXTENSION ENDORSEMENT |
| CG 71 55 02 14 | ELECTRONIC DATA LIABILITY |
| CG 71 66 08 11 | TOTAL POLLUTION EXCLUSION WITH EXCEPTIONS FOR BUILDING HEAT, COOLING AND DEHUMD |
| **EMPLOYEE BENEFITS LIABILITY** | |
| EB 70 01 11 97 | EMPLOYEE BENEFITS LIABILITY COVERAGE FORM |

Case: 1:23-cv-04098 Document #: 262-18 Filed: 07/10/26 Page 176 of 413 PageID #:56046

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc.,2012

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13

### i. Infringement Of Copyright, Patent, Trademark Or Trade Secret

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

### j. Insureds In Media And Internet Type Businesses

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

### k. Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

### l. Unauthorized Use Of Another's Name Or Product

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

### m. Pollution

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

### n. Pollution-related

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

### o. War

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### p. Recording And Distribution Of Material Or Information In Violation Of Law

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

#### a. Any Insured

To any insured, except "volunteer workers".

#### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

#### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

#### d. Workers' Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

#### e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

#### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

#### g. Coverage A Exclusions

Excluded under Coverage A.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc.,2012

CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

  (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

   (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

   (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

   (iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

   (iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

  (b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

  (a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

  (b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc.,2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CG 02 00 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

2. We may cancel this Policy by mailing to you, at your last mailing address known to us, written notice stating the reason for cancellation. Proof of mailing will be sufficient proof of notice. If we cancel:

   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

3. If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The Policy was obtained through a material misrepresentation;

c. Any insured has violated any of the terms and conditions of the Policy;

d. The risk originally accepted has measurably increased;

e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

f. A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

4. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

CG 02 00 01 18 © Insurance Services Office, Inc., 2017 Page 1 of 2

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

        © Insurance Services Office, Inc., 2017        CG 02 00 01 18

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

EASTERN MUNICIPAL WATER DISTRICT, ATTN: DEVELOPMENT SERVICES, PO BOX 8300,
PERRIS, CA 92572-8300 (EASTERN MUNICIPAL WATER DISTRICT, JOB 1877 - FIRST PERRY
LOGISTICS - 353 PERRY STREET PERRIS, CA 92571)

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** **Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

**B.** With respect to the insurance afforded to these additional insureds, the following exclusion is added:

**2. Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2000

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Designation Of Premises (Part Leased To You): |
|---|
| |
| **Name Of Person(s) Or Organization(s) (Additional Insured):** |
| ANDRIANA WHITE, TRUSTEE OF THE ANDRIANA WHITE 2010 SEPARATE PROPERTY TRUST DATED OCTOBER 5, 2010 |
| **Additional Premium:** ███████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 11 04 13 © Insurance Services Office, Inc.,2012 Page 1of 1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Designation Of Premises (Part Leased To You): |
|---|
| **Name Of Person(s) Or Organization(s) (Additional Insured):**<br><br>JOSEPH VICTOR DICARLO, TRUSTEE OF THE VICTOR DICARLO REVOCABLE TRUST |
| **Additional Premium:** ▮▮▮▮ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 11 04 13 © Insurance Services Office, Inc.,2012 Page 1of  1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Designation Of Premises (Part Leased To You):** |
| **Name Of Person(s) Or Organization(s) (Additional Insured):** <br><br> MISTRETTA FAMILY PROPERTIES LLC C/O WIND WATER REALTY INC. IT'S PROPERTY MANAGEMENT |
| **Additional Premium:** ███████ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 11 04 13 © Insurance Services Office, Inc., 2012 Page 1of 1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Designation Of Premises (Part Leased To You): |
|---|
| **Name Of Person(s) Or Organization(s) (Additional Insured):** <br> WOODBRIDGE PLACE ASSOCIATES II L.L.C.C/O ROBERT R. LEVINSON ESQ. |
| **Additional Premium:** ▉ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 12 05 09**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| **State Or Governmental Agency Or Subdivision Or Political Subdivision:** |
| --- |
| CITY OF OCEANSIDE, 300 NORTH COAST HIGHWAY, OCEANSIDE, CA 92054<br>CITY OF VERNON, 4305 SANTA FE AVENUE, VERNON, CA 90058 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Who Is An Insured** is amended to include as an insured any state or governmental agency or subdivision or political subdivision shown in the Schedule, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

   a. "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

 © Insurance Services Office, Inc., 2008

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 12 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| State Or Governmental Agency Or Subdivision Or Political Subdivision: |
| --- |
| CITY OF OCEANSIDE, 300 NORTH COAST HIGHWAY, OCEANSIDE, CA  92054<br>CITY OF VERNON, 4305 SANTA FE AVENUE, VERNON, CA  90058 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured any state or governmental agency or subdivision or political subdivision shown in the Schedule, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

    However:

    a. The insurance afforded to such additional insured only applies to the extent permitted by law; and

    b. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

2. This insurance does not apply to:

    a. "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

    b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 12 04 13

© Insurance Services Office, Inc.,2012

Page 1of  1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| BMO HARRIS BANK N.A. ATIMA/ISAOA<br><br><br><br>115 S. LASALLE STREET, 19W<br><br>CHICAGO, IL 60603 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 18 04 13 © Insurance Services Office, Inc.,2012 Page 1of 1

POLICY NUMBER: CPP20926450602                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Name of Person or Organization:** BMO HARRIS BANK N.A. ATIMA/ISAOA

115 S. LASALLE STREET, 19W
CHICAGO, IL 60603

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule as an insured but only with respect to liability arising out of your operations or premises owned by or rented to you.

CG 20 26 11 85               Copyright, Insurance Services Office, Inc., 1984               **Page 1 of 1**

POLICY NUMBER: CPP20926450602                          **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – CO-OWNER OF INSURED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Name of Person or Organization:** CITY  OF OCEANSIDE
300 NORTH COAST HIGHWAY
OCEANSIDE, CA 92054

**Location of Premises:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as co-owner of the premises shown in the Schedule.

CG 20 27 11 85                Copyright, Insurance Services Office, Inc.,  1984                Page 1 of 1        □

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| **Name of Person or Organization:** |
| --- |
| EASTERN MUNICIPAL WATER DISTRICT<br><br><br><br><br><br><br><br><br>ATTN: DEVELOPMENT SERVICES<br>PO BOX 8300<br>PERRIS, CA 92572-8300 |
| **Location And Description of Completed Operations:**<br>EASTERN MUNICIPAL WATER DISTRICT, JOB 1877 - FIRST PERRY LOGISTICS - 353 PERRY STREET PERRIS, CA 92571 |
| **Additional Premium:** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Section II – Who Is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| CITY OF OCEANSIDE<br><br>300 NORTH COAST HIGHWAY OCEANSIDE, CA 92054 | 1291, 1322 & 1339 ROCKY POINT DRIVE, OCEANSIDE, CA 92056 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13 © Insurance Services Office, Inc.,2012 Page 1of  1

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products-completed operations hazard."

CG 21 41 11 85                    Copyright, Insurance Services Office, Inc., 1984                    Page 1 of 1    □

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 21 54 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description and Location of Operation(s):**

ANY LOCATION OR CONSTRUCTION PROJECT WHERE YOUR ONGOING OPERATIONS OR OPERATIONS INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD" ARE OR WERE, AT ANY TIME, INSURED UNDER A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM (CIP). THIS EXCLUSION DOES NOT APPLY TO: "YOUR WORK" AT THE LOCATION OR PROJECT THAT IS PERFORMED UNDER A SEPARATE NON-CIP/WRAP-UP CONTRACT, AGREEMENT OR WORK ORDER, THAT IS NOT COVERED BY AND IS PERFORMED AFTER THE CONCLUSION OR CLOSE-OUT OF THE CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM; YOUR ONGOING OPERATIONS PERFORMED AWAY FROM SUCH CONSOLIDATED (WRAP-UP) LOCATION OR CONSTRUCTION PROJECT THAT ARE INCIDENTAL TO THE SUPPORT OF THE PROJECT AND NOT INCLUDED WITHIN OR COVERED BY THE CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

This exclusion applies whether or not the consolidated (wrap-up) insurance program:

**(1)** Provides coverage identical to that provided by this Coverage Part;

**(2)** Has limits adequate to cover all claims; or

**(3)** Remains in effect.

**CG 21 54 01 96**          Copyright, Insurance Services Office, Inc., 1994          **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

**(1)** Any of the following, whether belonging to any insured or to others:

**(a)** Computer hardware, including microprocessors;

**(b)** Computer application software;

**(c)** Computer operating systems and related software;

**(d)** Computer networks;

**(e)** Microprocessors (computer chips) not part of any computer system; or

**(f)** Any other computerized or electronic equipment or components; or

**(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

CG 21 60 09 98        Copyright, Insurance Services Office, Inc., 1998        Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003 □

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 21 73 01 15 © Insurance Services Office, Inc., 2014 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004

**COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

2. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

 © Insurance Services Office, Inc.,2012

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2. Subject to Paragraph **3.** below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 04 13 © Insurance Services Office, Inc.,2012 **Page 1of 1**

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 24 27 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED CONTRACTUAL LIABILITY – RAILROADS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Scheduled Railroad:** UNION PACIFIC RAILROAD COMPANY, A DELAWARE CORPORATION | |
| **Designated Job Site:** THE CROSSING PIPELINE AGREEMENT AT MILE POST 499.70 | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to operations performed for, or affecting, a Scheduled Railroad at a Designated Job Site, the definition of "insured contract" in the **Definitions** section is replaced by the following:

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(1)** above and supervisory, inspection, architectural or engineering activities.

CG 24 27 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 24 27 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITED CONTRACTUAL LIABILITY – RAILROADS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Scheduled Railroad:** UNION PACIFIC RAILROAD COMPANY, A DELAWARE CORPORATION |
| **Designated Job Site:** THE PRIVATE ROAD CROSSING AGREEMENT AT MILE POST 499.75 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to operations performed for, or affecting, a Scheduled Railroad at a Designated Job Site, the definition of "insured contract" in the **Definitions** section is replaced by the following:

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(1)** above and supervisory, inspection, architectural or engineering activities.

CG 24 27 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 25 04 05 09**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Designated Location(s): |
| --- |
| VARIOUS LOCATIONS |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C,** which can be attributed only to operations at a single designated "location" shown in the Schedule above:

**1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

© Insurance Services Office, Inc., 2008

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C,** which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** – Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

---

 © Insurance Services Office, Inc., 2008 CG 25 04 05 09 ☐

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
**CG 32 95 09 09**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Locations And Descriptions Of Completed Operations |
|---|---|
| CITY OF OCEANSIDE<br>300 NORTH COAST HIGHWAY<br><br>OCEANSIDE, CA 92054 | 1291 ROCKY POINT DRIVE<br><br>OCEANSIDE, CA 92056<br>DESCRIPTION-UNKNOWN |
| CITY OF OCEANSIDE<br>300 NORTH COAST HIGHWAY<br><br>OCEANSIDE, CA 92054 | 1322 ROCKY POINT DRIVE<br><br>OCEANSIDE, CA 92056<br>DESCRIPTION-UNKNOWN |
| CITY OF OCEANSIDE<br>300 NORTH COAST HIGHWAY<br><br>OCEANSIDE, CA 92054 | 1339 ROCKY POINT DRIVE<br><br>OCEANSIDE, CA 92056<br>DESCRIPTION-UNKNOWN |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. If an additional insured(s) shown in the Schedule is a builder, general contractor or contractor not affiliated with the builder; and

2. You have entered into a residential construction contract subject to the requirements of California Civil Code Section 2782(c) with such builder or contractor;

then such builder or contractor is an additional insured under this endorsement but only to the extent of the liability for "bodily injury" or "property damage" that you have assumed in the residential construction contract with that party.

CG 32 95 09 09

© Insurance Services Office, Inc., 2008

Page 1 of 1    ☐

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below.

This insurance does not apply to:

**ASBESTOS**

"Bodily Injury" or "Personal and Advertising injury" or "Property Damage" arising out of:

**(1)** The removal, replacement, repair, enclosure or encapsulation of asbestos from any building or structure;

**(2)** The use, manufacture, transportation, removal, storage or disposal of asbestos or any substance, goods, products or structures containing asbestos; or

**(3)** The inhalation, ingestion or absorption of asbestos by any person, including any prolonged or repeated exposure to asbestos.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 2002

CG 70 42 04 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTOR'S BLANKET ADDITIONAL INSURED ENDORSEMENT – FORM A

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| Policy Number CPP20926450602 | Agency Number 0295855 | Policy Effective Date 07/01/2020 |
|---|---|---|
| Policy Expiration Date 07/01/2021 | Date 07/16/2020 | Account Number 20061708 |
| Named Insured PREMIER DESIGN & BUILD GROUP, LLC | Agency ASSURANCE AGENCY, LTD | Issuing Company AMERISURE MUTUAL INSURANCE COMPANY |

1.  a.  **SECTION II - WHO IS AN INSURED** is amended to add as an additional insured any person or organization:

    (1) Whom you are required to add as an additional insured on this policy under a written contract or written agreement relating to your business; or

    (2) Who is named as an additional insured under this policy on a certificate of insurance.

    b.  The written contract, written agreement, or certificate of insurance must:

    (1) Require additional insured status for a time period during the term of this policy; and

    (2) Be executed prior to the "bodily injury", "property damage", or "personal and advertising injury" leading to a claim under this policy.

    c.  If, however:

    (1) "Your work" began under a letter of intent or work order; and

    (2) The letter of intent or work order led to a written contract or written agreement within 30 days of beginning such work; and

    (3) Your customer's customary contracts require persons or organizations to be named as additional insureds;

    we will provide additional insured status as specified in this endorsement.

2.  The insurance provided under this endorsement is limited as follows:

    a.  That person or organization is an additional insured only with respect to liability caused, in whole or in part, by:

    (1) Premises you:

    (a) Own;

    (b) Rent;

    (c) Lease; or

    (d) Occupy;

    (2) Ongoing operations performed by you or on your behalf. Ongoing operations does not apply to "bodily injury" or "property damage" occurring after:

Includes copyrighted material of Insurance Services Office, Inc.

**CG 70 48 10 15**                                                                                          **Pages 1 of 4**

        **(a)**  All work to be performed by you or on your behalf for the additional insured(s) at the site of the covered operations is complete, including related materials, parts or equipment (other than service, maintenance or repairs); or

        **(b)**  That portion of "your work" out of which the injury or damage arises is put to its intended use by any person or organization other than another contractor working for a principal as a part of the same project.

    **(3)**  Completed operations coverage, but only if:

        **(a)**  The written contract, written agreement, or certificate of insurance requires completed operations coverage or "your work" coverage; and

        **(b)**  This coverage part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

However, the insurance afforded to such additional insured only applies to the extent permitted by law.

**b.**    If the written contract, written agreement, or certificate of insurance:

    **(1)**  Requires "arising out of" language; or

    **(2)**  Requires you to provide additional insured coverage to that person or organization by the use of either or both of the following:

        **(a)**  Additional Insured – Owners, Lessees or Contractors – Scheduled Person Or Organization endorsement CG 20 10 10 01; or

        **(b)**  Additional Insured – Owners, Lessees or Contractors – Completed Operations endorsement CG 20 37 10 01;

then the phrase "caused, in whole or in part, by" in paragraph **2.a.** above is replaced by "arising out of".

**c.**    If the written contract, written agreement, or certificate of insurance requires you to provide additional insured coverage to that person or organization by the use of:

    **(1)**  Additional Insured – Owners, Lessees or Contractors – Scheduled Person Or Organization endorsement CG 20 10 07 04 or CG 20 10 04 13; or

    **(2)**  Additional Insured – Owners, Lessees or Contractors – Completed Operations endorsement CG 20 37 07 04 or CG 20 37 04 13; or

    **(3)**  Both those endorsements with either of those edition dates; or

    **(4)**  Either or both of the following:

        **(a)**  Additional Insured – Owners, Lessees or Contractors – Scheduled Person Or Organization endorsement CG 20 10 without an edition date specified; or

        **(b)**  Additional Insured – Owners, Lessees or Contractors – Completed Operations endorsement CG 20 37 without an edition date specified;

then paragraph **2.a.** above applies.

**d.**    Premises, as respects paragraph **2.a.(1)** above, include common or public areas about such premises if so required in the written contract or written agreement.

**e.**    Additional insured status provided under paragraphs **2.a.(1)(b)** or **2.a.(1)(c)** above does not extend beyond the end of a premises lease or rental agreement.

**f.**    The limits of insurance that apply to the additional insured are the least of those specified in the:

    **(1)**  Written contract;

    **(2)**  Written agreement;

    **(3)**  Certificate of insurance; or

    **(4)**  Declarations of this policy.

The limits of insurance are inclusive of and not in addition to the limits of insurance shown in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.

**Page 2 of 4**                                         **CG 70 48 10 15**

**g.** The insurance provided to the additional insured does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of an architect's, engineer's, or surveyor's rendering of, or failure to render, any professional services, including but not limited to:

    **(1)** The preparing, approving, or failing to prepare or approve:

        **(a)** Maps;

        **(b)** Drawings;

        **(c)** Opinions;

        **(d)** Reports;

        **(e)** Surveys;

        **(f)** Change orders;

        **(g)** Design specifications; and

    **(2)** Supervisory, inspection, or engineering services.

**h.** **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, paragraph **4. Other Insurance** is deleted and replaced with the following:

    **4.** **Other Insurance.**

    Coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether:

    **a.** Primary;

    **b.** Excess;

    **c.** Contingent; or

    **d.** On any other basis;

    but if the written contract, written agreement, or certificate of insurance requires primary and non-contributory coverage, this insurance will be primary and non-contributory relative to other insurance available to the additional insured which covers that person or organization as a Named Insured, and we will not share with that other insurance.

**i.** If the written contract, written agreement, or certificate of insurance as outlined above requires additional insured status by use of CG 20 10 11 85, then the coverage provided under this CG 70 48 endorsement does not apply except for paragraph **2.h. Other Insurance.** Additional insured status is limited to that provided by CG 20 10 11 85 shown below and paragraph **2.h. Other Insurance** shown above.

---

### ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Name of Person or Organization:** Blanket Where Required by Written Contract, Agreement, or Certificate of Insurance that the terms of CG 20 10 11 85 apply

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

**CG 20 10 11 85**     Copyright, Insurance Services Office, Inc., 1984

---

**j.**   The insurance provided by this endorsement does not apply to any premises or work for which the person or organization is specifically listed as an additional insured on another endorsement attached to this policy.

Includes copyrighted material of Insurance Services Office, Inc.

CG 70 48 10 15

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# AMENDMENT OF COMMERCIAL
# GENERAL LIABILITY CONDITIONS
# NOTICE AND TENDER TO OTHER INSURERS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below.

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added to paragraph **2.c.** of **Duties In The Event Of Occurrence, Offense, Claim Or Suit**:

(5) Promptly give notice of an "occurrence" or offense which may result in a claim, a claim which is made or "suit" to any other insurer which has available insurance for a loss we cover under **Coverages A** or **B** of this coverage part.

(6) Promptly tender the defense of any claim made or "suit" to any other insurer which also has available insurance for a loss which we cover under **Coverage A** or **B** of this coverage part.

**CG 71 06 10 99**          Copyright Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD POISONING OR CONTAMINATION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY POLICY

All other terms, provisions, exclusions, and limitations of the policy apply except as specifically stated below.

**1.** Under **A. COVERAGES**, Item **2. Exclusions** is amended by the addition of the following:

**Lead Poisoning or Contamination**

This insurance does not apply to:

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened ingestion, inhalation, absorption, dispersal or escape of lead in any form.

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

    **(b)** Claim or suit by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

**CG 71 17 01 01**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BODILY INJURY DEFINITION MODIFICATION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**All other terms, provisions, exclusions, and limitations of the policy apply except as specifically stated below.**

**SECTION V - DEFINITIONS**, Item **3.** "Bodily injury" is deleted and replaced with the following:

3.　"Bodily injury"

　　a.　Means physical:

　　　　**(1)** Injury;
　　　　**(2)** Disability;
　　　　**(3)** Sickness; or
　　　　**(4)** Disease;

　　　　sustained by a person, including death resulting from any of these at any time.

　　b.　Includes mental:

　　　　**(5)** Anguish;
　　　　**(6)** Injury;
　　　　**(7)** Humiliation;
　　　　**(8)** Fright; or
　　　　**(9)** Shock;

　　　　sustained by a person who has sustained any "bodily injury" described in paragraph **3.a.**, provided that any "bodily injury" described in paragraph **3.b.** results directly from any "bodily injury" described in paragraph **3.a.**

　　c.　All "bodily injury" described in paragraph **3.b.** shall be deemed to have occurred at the time the "bodily injury" described in paragraph **3.a.** occurred.

**CG 71 34 04 05**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS
# CONTRACTORS GENERAL LIABILITY EXTENSION ENDORSEMENT

| TABLE OF CONTENTS | Page |
|---|---|
| 1. Additional Definitions | 9 |
| 2. Aggregate Limits Per Location | 7 |
| 3. Aggregate Limits Per Project | 7 |
| 4. Blanket Contractual Liability – Railroads | 3 |
| 5. Broadened Bodily Injury Coverage | 10 |
| 6. Broadened Knowledge Of Occurrence | 8 |
| 7. Broadened Legal Liability Coverage For Landlord's Business Personal Property | 8 |
| 8. Broadened Liability Coverage For Damage To Your Product And Your Work | 10 |
| 9. Broadened Who Is An Insured | 3 |
| 10. Co-Employee Bodily Injury Coverage for Managers, Supervisors, Directors or Officers [see provision 9, Broadened Who Is An Insured, paragraph 2.a.(1)] | 4 |
| 11. Contractual Liability – Personal And Advertising Injury | 3 |
| 12. Damage To Premises Rented To You – Specific Perils and Increased Limit | 7 |
| 13. Designated Completed Projects – Amended Limits Of Insurance | 11 |
| 14. Incidental Malpractice Liability | 7 |
| 15. Increased Medical Payments Limit And Reporting Period | 7 |
| 16. Mobile Equipment Redefined | 9 |
| 17. Nonowned Watercraft And Nonowned Aircraft (Hired, Rented Or Loaned With Paid Crew) | 3 |
| 18. Product Recall Expense | 2 |
| 19. Property Damage Liability – Alienated Premises | 2 |
| 20. Property Damage Liability – Elevators And Sidetrack Agreements | 2 |
| 21. Property Damage Liability – Property Loaned To The Insured Or Personal Property In The Care, Custody And Control Of The Insured | 2 |
| 22. Reasonable Force – Bodily Injury or Property Damage | 9 |
| 23. Supplementary Payments | 3 |
| 24. Transfer Of Rights (Blanket Waiver Of Subrogation) | 9 |
| 25. Unintentional Failure To Disclose Hazards | 8 |

Includes copyrighted material of Insurance Services Office, Inc.

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Under **SECTION I - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** paragraph **2. EXCLUSIONS**, provisions **1.** through **6.** of this endorsement are excess over any valid and collectible insurance (including any deductible) available to the insured, whether primary, excess or contingent (**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, paragraph **4. Other Insurance** is changed accordingly). Provisions **1.** through **6.** of this endorsement amend the policy as follows:

1. **PROPERTY DAMAGE LIABILITY – ALIENATED PREMISES**

    A. Exclusion **j. Damage to Property**, paragraph **(2)** is deleted.

    B. The following paragraph is also deleted from Exclusion **j. Damage to Property**:

    Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

2. **PROPERTY DAMAGE LIABILITY – ELEVATORS AND SIDETRACK AGREEMENTS**

    A. Exclusion **j. Damage to Property**, paragraphs **(3)**, **(4)**, and **(6)** do not apply to the use of elevators.

    B. Exclusion **k. Damage to Your Product** does not apply to:

    1. The use of elevators; or

    2. Liability assumed under a sidetrack agreement.

3. **PROPERTY DAMAGE LIABILITY – PROPERTY LOANED TO THE INSURED OR PERSONAL PROPERTY IN THE CARE, CUSTODY AND CONTROL OF THE INSURED**

    A. Exclusion **j. Damage to Property**, paragraphs **(3)** and **(4)** are deleted.

    B. Coverage under this provision 3. does not apply to "property damage" that exceeds $25,000 per occurrence or $25,000 annual aggregate.

4. **PRODUCT RECALL EXPENSE**

    A. Exclusion **n. Recall Of Products, Work Or Impaired Property** does not apply to "product recall expenses" that you incur for the "covered recall" of "your product". This exception to the exclusion does not apply to "product recall expenses" resulting from:

    1. Failure of any products to accomplish their intended purpose;

    2. Breach of warranties of fitness, quality, durability or performance;

    3. Loss of customer approval or any cost incurred to regain customer approval;

    4. Redistribution or replacement of "your product", which has been recalled, by like products or substitutes;

    5. Caprice or whim of the insured;

    6. A condition likely to cause loss, about which any insured knew or had reason to know at the inception of this insurance;

    7. Asbestos, including loss, damage or clean up resulting from asbestos or asbestos containing materials;

    8. Recall of "your product(s)" that have no known or suspected defect solely because a known or suspected defect in another of "your product(s)" has been found.

    B. Under **SECTION III – LIMITS OF INSURANCE**, paragraph **3.** is replaced in its entirety as follows and paragraph **8.** is added:

    3. The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of:

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 37 04 17

    **a.**   Damages under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** because of "bodily injury" and "property damage" included in the "products-completed operations hazard" and

    **b.**   "Product recall expenses".

  **8.**   Subject to paragraph **5.** above [of the CGL Coverage Form], $25,000 is the most we will pay for all "product recall expenses" arising out of the same defect or deficiency.

## 5. NONOWNED WATERCRAFT AND NONOWNED AIRCRAFT (HIRED, RENTED OR LOANED WITH PAID CREW)

Exclusion **g. Aircraft, Auto or Watercraft,** paragraph **(2)** is deleted and replaced with the following:

[This exclusion does not apply to:]

 **(2)**  A watercraft you do not own that is:

    **(a)**  Less than 75 feet long; and

    **(b)**  Not being used to carry any person or property for a charge;

Exclusion **g. Aircraft, Auto or Watercraft,** paragraph **(6)** is added as follows:

[This exclusion does not apply to:]

 **(6)**  An aircraft you do not own, provided that:

    **(a)**  The pilot in command holds a currently effective certificate issued by the duly constituted authority of the United States of America or Canada, designating that person as a commercial or airline transport pilot;

    **(b)**  The aircraft is rented to you with a trained, paid crew; and

    **(c)**  The aircraft is not being used to carry any person or property for a charge.

## 6. BLANKET CONTRACTUAL LIABILITY – RAILROADS

Under **SECTION V – DEFINITIONS**, paragraph **c.** of "Insured Contract" is deleted and replaced by the following:

    **c.**   Any easement or license agreement;

Under **SECTION V – DEFINITIONS**, paragraph **f.(1)** of "Insured Contract" is deleted.

## 7. CONTRACTUAL LIABILITY – PERSONAL AND ADVERTISING INJURY

Under **SECTION I – COVERAGE B.**, paragraph **2. Exclusions**, paragraph **e. Contractual Liability** is deleted.

## 8. SUPPLEMENTARY PAYMENTS

Under **SECTION I – SUPPLEMENTARY PAYMENTS – COVERAGES A AND B,** paragraphs **1.b.** and **1.d.** are deleted and replaced with the following:

  **b.**   Up to $5,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

  **d.**   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $1,000 a day because of time off from work.

## 9. BROADENED WHO IS AN INSURED

**SECTION II – WHO IS AN INSURED** is deleted and replaced with the following:

  **1.**   If you are designated in the Declarations as:

    **a.**   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

Includes copyrighted material of Insurance Services Office, Inc.

    **b.**   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.**   A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.**   An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.**   A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.**   Each of the following is also an insured:

    **a.**   Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees," other than either your "executive officers," (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insured for:

        **(1)**   "Bodily injury" or "personal and advertising injury":

            **(a)**   To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)**   To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of paragraph **(1) (a)** above;

            **(c)**   For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(b)** above; or

            **(d)**   Arising out of his or her providing or failing to provide professional health care services except as provided in provision **10.** of this endorsement.

           Paragraphs **(1)(a)**, **(1)(b)** and **(1)(c)** above do not apply to your "employees" who are:

                **(i)**    Managers;

                **(ii)**   Supervisors;

                **(iii)**  Directors; or

                **(iv)**  Officers;

            with respect to "bodily injury" to a co-"employee".

        **(2)**   "Property damage" to property:

            **(a)**   Owned, occupied or used by;

            **(b)**   Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

            you, any of your "employees," "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.**   Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.**   Any person or organization having proper temporary custody of your property if you die, but only;

Includes copyrighted material of Insurance Services Office, Inc.

              **CG 71 37 04 17**

     **(1)** With respect to liability arising out of the maintenance or use of that property; and

     **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Form.

**e.** Your subsidiaries if:

     **(1)** They are legally incorporated entities; and

     **(2)** You own more than 50% of the voting stock in such subsidiaries as of the effective date of this policy.

If such subsidiaries are not shown in the Declarations, you must report them to us within 180 days of the inception of your original policy.

**f.** Any person or organization, including any manager, owner, lessor, mortgagee, assignee or receiver of premises, to whom you are obligated under a written contract to provide insurance such as is afforded by this policy, but only with respect to liability arising out of the ownership, maintenance or use of that part of any premises or land leased to you, including common or public areas about such premises or land if so required in the contract.

However, no such person or organization is an insured with respect to:

     **(1)** Any "occurrence" that takes place after you cease to occupy or lease that premises or land; or

     **(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**g.** Any state or political subdivision but only as respects legal liability incurred by the state or political subdivision solely because it has issued a permit with respect to operations performed by you or on your behalf.

However, no state or political subdivision is an insured with respect to:

     **(1)** "Bodily injury", "property damage", and "personal and advertising injury" arising out of operations performed for the state or municipality; or

     **(2)** "Bodily injury" or "property damage" included within the "products-completed operations hazard."

**h.** Any person or organization who is the lessor of equipment leased to you to whom you are obligated under a written contact to provide insurance such as is afforded by this policy, but only with respect to their liability arising out of the maintenance, operation or use of such equipment by you or a subcontractor on your behalf with your permission and under your supervision.

However, no such person or organization is an insured with respect to any "occurrence" that takes place after the equipment lease expires.

**i.** Any architect, engineer, or surveyor engaged by you under a written contract but only with respect to liability arising out of your premises or "your work."

However, no architect, engineer, or surveyor is an insured with respect to "bodily injury," "property damage," or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

     **(1)** The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

     **(2)** Supervisory, inspection, or engineering services.

This paragraph **i.** does not apply if a separate Additional Insured endorsement providing liability coverage for architects, engineers, or surveyors engaged by you is attached to the policy.

If the written contract, written agreement, or certificate of insurance requires primary and non-contributory coverage, the insurance provided by paragraphs **f.** through **i.** above will be primary and non-contributory relative to other insurance available to the additional insured which covers that person or organization as a Named Insured, and we will not share with that other insurance.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded until the end of the policy period.

   b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization.

   c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

   d. Coverage **A** does not apply to "product recall expense" arising out of any withdrawal or recall that occurred before you acquired or formed the organization.

4. Any person or organization (referred to below as vendor) with whom you agreed under a written contract to provide insurance, is an insured but only with respect to "bodily injury" or "property damage" arising out of "your products" that are distributed or sold in the regular course of the vendor's business.

   However, no such person or organization is an insured with respect to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement.

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in "your product" made intentionally by the vendor;

   d. Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of "your products";

   f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of "your product";

   g. "Your products" which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

   h. "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

      (1) The exceptions contained in subparagraphs **d.** or **f.**; or

      (2) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

   This paragraph **4.** does not apply to any insured person or organization from which you have acquired "your products", or any ingredient, part, or container, entering into, accompanying or containing "your products". This paragraph **4.** also does not apply if a separate Additional Insured endorsement, providing liability coverage for "bodily injury" or "property damage" arising out of "your product" that is distributed or sold in the regular course of a vendor's business, is attached to the policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 37 04 17

## 10. INCIDENTAL MALPRACTICE LIABILITY

As respects provision **9.**, **SECTION II - WHO IS AN INSURED,** paragraph **2.a.(1)(d)** does not apply to any nurse, emergency medical technician or paramedic employed by you to provide medical or paramedical services, provided that you are not engaged in the business or occupation of providing such services, and your "employee" does not have any other insurance that would also cover claims arising under this provision, whether the other insurance is primary, excess, contingent or on any other basis.

Under **SECTION III – LIMITS OF INSURANCE,** provisions **11.** through **14.** of this endorsement amend the policy as follows:

## 11. AGGREGATE LIMITS PER PROJECT

The General Aggregate Limit applies separately to each of your construction projects away from premises owned by or rented to you.

## 12. AGGREGATE LIMITS PER LOCATION

The General Aggregate Limit applies separately to each of your locations, but only when required by written contract, written agreement or certificate of insurance. As respects this provision **12.**, your locations are premises you own, rent or use involving the same or connecting lots or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad. However, your locations do not include any premises where you, or others acting on your behalf, are performing construction operations.

## 13. INCREASED MEDICAL PAYMENTS LIMIT

**A.** **SECTION III – LIMITS OF INSURANCE,** paragraph **7.**, the Medical Expense Limit, is subject to all of the terms of **SECTION III - LIMITS OF INSURANCE** and is the greater of:

    **1.** $10,000; or

    **2.** The amount shown in the Declarations for Medical Expense Limit.

**B.** This provision **13.** does not apply if **COVERAGE C MEDICAL PAYMENTS** is excluded either by the provisions of the Coverage Form or by endorsement.

## 14. DAMAGE TO PREMISES RENTED TO YOU – SPECIFIC PERILS AND INCREASED LIMIT

**A.** The word fire is changed to "specific perils" where it appears in:

    **1.** The last paragraph of **SECTION I – COVERAGE A,** paragraph **2. Exclusions;**

    **2.** **SECTION IV,** paragraph **4.b. Excess Insurance.**

**B.** The Limits of Insurance shown in the Declarations will apply to all damage proximately caused by the same event, whether such damage results from a "specific peril" or any combination of "specific perils."

**C.** The Damage To Premises Rented To You Limit described in **SECTION III – LIMITS OF INSURANCE,** paragraph **6.**, is replaced by a new limit, which is the greater of:

    **1.** $1,000,000; or

    **2.** The amount shown in the Declarations for Damage To Premises Rented To You Limit.

**D.** This provision **14.** does not apply if the Damage To Premises Rented To You Limit of **SECTION I – COVERAGE A** is excluded either by the provisions of the Coverage Form or by endorsement.

**E.** "Specific Perils" means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; weight of snow, ice or sleet; or "water damage".

"Water damage" means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

**15. BROADENED LEGAL LIABILITY COVERAGE FOR LANDLORD'S BUSINESS PERSONAL PROPERTY**

Under **SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, j. Damage to Property**, the first paragraph following paragraph **(6)** is deleted and replaced with the following:

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to a landlord's business personal property that is subject to, or part of, a premises lease or rental agreement with that landlord.

The most we will pay for damages under this provision **15.** is $10,000. A $250 deductible applies.

Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, provisions **16.** through **18.** of this endorsement amend the policy as follows:

**16. BROADENED KNOWLEDGE OF OCCURRENCE**

Under **2. Duties In The Event Of Occurrence, Offense, Claim, Or Suit**, paragraph **a.** is deleted and replaced and paragraphs **e.** and **f.** are added as follows:

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. Knowledge of an "occurrence" or an offense by your "employee(s)" shall not, in itself, constitute knowledge to you unless one of your partners, members, "executive officers", directors, or managers has knowledge of the "occurrence" or offense. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**e.** If you report an "occurrence" to your workers compensation carrier that develops into a liability claim for which coverage is provided by this Coverage Form, failure to report such an "occurrence" to us at the time of the "occurrence" shall not be deemed a violation of paragraphs **a.**, **b.**, and **c.** above. However, you shall give written notice of this "occurrence" to us as soon you become aware that this "occurrence" may be a liability claim rather than a workers compensation claim.

**f.** You must see to it that the following are done in the event of an actual or anticipated "covered recall" that may result in "product recall expense":

**(1)** Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled. Include a description of "your product" and the reason for the withdrawal or recall;

**(2)** Cease any further release, shipment, consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under the insurance.

**17. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

Paragraph **6. Representations** is deleted and replaced with the following:

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us;

**c.** We have issued this policy in reliance upon your representations; and

**d.** This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

We will not deny coverage under this Coverage Form if you unintentionally fail to disclose all hazards existing as of the inception date of this policy. You must report to us any knowledge of an error or omission in the description of any premises or operations intended to be covered by this Coverage Form

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 37 04 17

as soon as practicable after its discovery. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or nonrenewal.

### 18. TRANSFER OF RIGHTS (BLANKET WAIVER OF SUBROGATION)

Paragraph **8. Transfer of Rights Of Recovery Against Others To Us** is deleted and replaced with the following:

**8.** If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. However, if the insured has waived rights to recover through a written contract, or if "your work" was commenced under a letter of intent or work order, subject to a subsequent reduction to writing with customers whose customary contracts require a waiver, we waive any right of recovery we may have under this Coverage Form.

### 19. MOBILE EQUIPMENT REDEFINED

Under **SECTION V – DEFINITIONS**, paragraph **12.** "Mobile equipment", paragraph **f. (1)** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

### 20. ADDITIONAL DEFINITIONS

**1.** **SECTION V – DEFINITIONS**, paragraph **4.** "Coverage territory" is replaced by the following definition:

"Coverage territory" means anywhere in the world with respect to liability arising out of "bodily injury," "property damage," or "personal and advertising injury," including "personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a settlement to which we agree or in a "suit" on the merits, in the United States of America (including its territories and possessions), Puerto Rico and Canada.

**2.** **SECTION V – DEFINITIONS** is amended by the addition of the following definitions:

"Covered recall" means a recall made necessary because you or a government body has determined that a known or suspected defect, deficiency, inadequacy, or dangerous condition in "your product" has resulted or will result in "bodily injury" or "property damage".

"Product Recall expenses" mean only reasonable and necessary extra costs, which result from or are related to the recall or withdrawal of "your product" for:

**a.** Telephone and telegraphic communication, radio or television announcements, computer time and newspaper advertising;

**b.** Stationery, envelopes, production of announcements and postage or facsimiles;

**c.** Remuneration paid to regular employees for necessary overtime or authorized travel expense;

**d.** Temporary hiring by you or by agents designated by you of persons, other than your regular employees, to perform necessary tasks;

**e.** Rental of necessary additional warehouse or storage space;

**f.** Packaging of or transportation or shipping of defective products to the location you designate; and

**g.** Disposal of "your products" that cannot be reused. Disposal expenses do not include:

    **(1)** Expenses that exceed the original cost of the materials incurred to manufacture or process such product; and

    **(2)** Expenses that exceed the cost of normal trash discarding or disposal, except as are necessary to avoid "bodily injury" or "property damage".

### 21. REASONABLE FORCE – BODILY INJURY OR PROPERTY DAMAGE

Under **SECTION I – COVERAGE A.**, paragraph **2. Exclusions**, subparagraph **a. Expected Or Intended Injury** is deleted and replaced with the following:

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 37 04 17

[This insurance does not apply to:]

**a.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

## 22. BROADENED LIABILITY COVERAGE FOR DAMAGE TO YOUR PRODUCT AND YOUR WORK

A. Under **SECTION I – COVERAGE A.**, paragraph **2. Exclusions**, exclusion **k. Damage to Your Product** and exclusion **l. Damage to Your Work** are deleted and replaced with the following:

[This insurance does not apply to:]

**k.** **Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it, except when caused by or resulting from:

**(1)** Fire;

**(2)** Smoke;

**(3)** "Collapse"; or

**(4)** Explosion.

For purposes of exclusion k. above, "collapse" means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**l.** **Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard". This exclusion does not apply:

**(1)** If the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor; or

**(2)** If the cause of loss to the damaged work arises as a result of:

**(a)** Fire;

**(b)** Smoke;

**(c)** "Collapse"; or

**(d)** Explosion.

For purposes of exclusion l. above, "collapse" means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

B. The following paragraph is added to **SECTION III – LIMITS OF INSURANCE**:

Subject to **5.** above [of the CGL Coverage Form], $100,000 is the most we will pay under Coverage **A** for the sum of damages arising out of any one "occurrence" because of "property damage" to "your product" and "your work" that is caused by fire, smoke, collapse or explosion and is included within the "product-completed operations hazard". This sublimit does not apply to "property damage" to "your work" if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor.

## 23. BROADENED BODILY INJURY COVERAGE

Under **SECTION V – DEFINITIONS**, the definition of "bodily injury" is deleted and replaced with the following:

**3.** "Bodily injury"

**a.** Means physical:

       **(1)**   Injury;

       **(2)**   Disability;

       **(3)**   Sickness; or

       **(4)**   Disease;

      sustained by a person, including death resulting from any of these at any time.

   **b.**   Includes mental:

       **(5)**   Anguish;

       **(6)**   Injury;

       **(7)**   Humiliation;

       **(8)**   Fright; or

       **(9)**   Shock;

      directly resulting from any "bodily injury" described in paragraph **3.a.**

   **c.**   All "bodily injury" described in paragraph **3.b.** shall be deemed to have occurred at the time the "bodily injury" described in paragraph **3.a.** occurred.

## 24. DESIGNATED COMPLETED PROJECTS – AMENDED LIMITS OF INSURANCE

When a written contract or written agreement between you and another party requires project-specific limits of insurance exceeding the limits of this policy;

**A.** for "bodily injury" or "property damage" that occurs within any policy period for which we provided coverage; and

**B.** for "your work" performed within the "products-completed operation hazard"; and

**C.** for which we previously issued Amendment Of Limits Of Insurance (Designated Project Or Premises) CG 71 94 either during this policy term or a prior policy term; and

**D.** that designated project is now complete;

the limits of insurance shown in the CG 71 94 schedule will replace the limits of insurance of this policy for the designated project and will continue to apply for the amount of time the written contract or written agreement requires, subject to the state statute of repose of the project location. These limits are inclusive of and not in addition to the replaced limits.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Coverage A – Bodily Injury And Property Damage Liability** in **Section I – Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

(1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

However, unless Paragraph (1) above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B –Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 55  02 14

**D.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

17. "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

    **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 55  02 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# TOTAL POLLUTION EXCLUSION WITH EXCEPTIONS FOR BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT; HOSTILE FIRE; CONTRACTOR JOB SITE; AND SEWAGE BACKUP

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

All terms of the coverage form apply except as specifically stated below.

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.    Pollution**

**(1)**    "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened:

discharge;
dispersal;
seepage;
migration;
release; or
escape;

of "pollutants" at any time.

This exclusion does not apply to:

**(a)**    "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(b)**    "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)**    At any premises, site or location which is or was at any time used by or for any insured or others for the:

handling;
storage;
disposal;
processing; or
treatment;

of waste; or

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 66 08 11                                                                                                    Page 1 of 2

    **(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to:

    test for;
    monitor;
    clean up;
    remove;
    contain;
    treat;
    detoxify;

    neutralize; or
    in any way respond to, or assess the effects of;

    "pollutants".

**(c)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(d)** "Bodily injury" or "property damage" sustained within a building caused by the sudden and accidental backup or discharge of "sewage" through sewers, drains or pipes.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others:

    test for;
    monitor:
    clean up;
    remove;
    contain;
    treat;
    detoxify; or
    neutralize;
    or in any way respond to, or assess the effects of;

    "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of:

    testing for;
    monitoring;
    cleaning up;
    removing;
    containing;
    treating;
    detoxifying; or
    neutralizing;
    or in any way responding to, or assessing the effects of;

    "pollutants".

## Section V – DEFINITIONS

The following definition is added to the **Definitions** section:

"Sewage" means refuse liquids or waste matter carried off by sewers, drains or pipes.

Includes copyrighted material of Insurance Services Office, Inc.

**CG 71 66 08 11**                                                                 **Page 2 of 2**

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (Section **II**).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section **V**).

The provisions of this policy apply only as respects Employee Benefits Liability coverage. All other terms and conditions of any other policy issued to you by us shall not be affected by any provision of this policy

## SECTION I - COVERAGE

### 1. Insuring Agreement

We will pay those sums that the insured becomes legally obligated to pay as damages because of any negligent act, error or omission of the insured committed in the "administration" of your "employee benefit program." This insurance applies only to negligent acts, errors or omissions which occur during the policy period. The negligent acts, errors, or omissions must take place in the "coverage territory".

We will have the right and duty to defend any "suit" seeking these damages. However, we will have no duty to defend the insured against any "suit" seeking damages for any negligent acts, errors or omissions to which this insurance does not apply. We may at our discretion, investigate any report of a negligent act, error or omission and settle any claim or "suit" that may result. But:

**a.** The amount we will pay for damages is limited as described in **SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE**; and

**b.** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **3. Supplementary Payments** which follows.

### 2. Exclusions

This insurance does not apply to:

**a.** "Bodily injury," "property damage," "personal injury" or "advertising injury";

**b.** Loss arising out of failure of an insured to perform a contract;

**c.** Loss arising out of failure of an insurer to perform a contract;

**d.** Loss arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by an insured;

**e.** Loss arising out of any insufficiency of funds to meet any obligations under any plan included in the "employee benefit program";

**f.** Any claim or "suit" based upon:

    **(1)** Failure of any investment to perform as represented by any insured or by the plan provider on behalf of the insured; or

    **(2)** Advice given to any person to participate or not to participate in any plan included in the "employee benefit program";

EB 70 01 11 97                                                                                                    Page 1 of 7

g. Loss arising out of the insured's failure to comply with mandatory provisions of laws concerning:

    **(1)** Workers' Compensation;

    **(2)** Unemployment Insurance;

    **(3)** Social Security;

    **(4)** Disability benefits; or

    **(5)** Any similar law.

h. Loss arising out of liability of an insured as a fiduciary under:

    **(1)** EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; or

    **(2)** INTERNAL REVENUE CODE OF 1986 (including the INTERNAL REVENUE CODE OF 1954); and

    **(3)** Any amendments of **1.** and **2.** above.

i. Loss arising out of any discriminatory act committed in the "administration" of your "employee benefit program".

### 3. Supplementary Payments

We will pay with respect to any claim we investigate or settle or any "suit" we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit".

e. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limit of Insurance.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

     **EB 70 01 11 97**

2.   Each of the following is also an insured:

  a.   Your "employees" who have been given responsibility for the "administration" of your "employee benefit program" as part of their regular job duties, but only for acts within the scope of their duties.

  b.   Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this coverage part.

3.   Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

  a.   Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

  b.   Coverage under this provision does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

1.   The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

  a.   Insureds;

  b.   Claims made or "suits" brought;

  c.   Persons or organizations making claims or bringing "suits";

  d.   Acts, errors or omissions which result in loss; or

  e.   Plans included in your "employee benefit program."

2.   The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

3.   Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee," including the "employee's" dependents and beneficiaries, because of acts, errors or omissions committed in the "administration" of your "employee benefit program".

The limits afforded by this coverage part apply separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

4.   **DEDUCTIBLE**

  a.   Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Declarations as applicable to Each Employee. The Limits of Insurance applicable to Each Employee will be reduced by the amount of this deductible. The Aggregate Limit will not be reduced by the application of such deductible.

  b.   The deductible amount stated in the Declarations applies to all damages sustained by an "employee" because of an act, error or omission covered by this insurance.

    **c.** The terms of this insurance, including those with respect to:

        **(1)** Our right and duty to defend "suits" seeking those damages; and

        **(2)** Your duties in the event of an act, error, omission, claim or "suit;"

    apply irrespective of the application of the deductible amount.

    **d.** We may pay any part or all of the deductible amount to effect settlement of a claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for that part of the deductible amount paid by us.

## SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of An Act, Error, Omission, Claim or Suit

    **a.** You must see to it that we are notified as soon as practicable of any act, error or omission which may result in a claim. Notice should include:

        **(1)** A description of the act, error or omission and when it occurred.

        **(2)** The name and address of any "employee" or beneficiary who may suffer damages as a result of the act, error or omission.

    Notice of any act, error or omission is not notice of a claim

    **b.** If a claim is received by any insured, you must:

        **(1)** Immediately record the specifics of the claim and the data received; and

        **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim as soon as practicable.

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

        **(4)** Assist us, upon request, in the enforcement of any rights against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

    **d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent; to do so will jeopardize your coverage under this policy.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

    **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against the insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this coverage part, our obligations are limited as follows:

**a.** Primary Insurance

This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with any other insurance by the method described in **b.** below.

**b.** Method of Sharing

If the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it:

**(1)** Has paid its applicable limit of insurance; or

**(2)** None of the loss remains;

whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable limits of insurance of all insurers.

### 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premium paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete.

**b.** Those statements are based on representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

### 7. Separation of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies;

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer of Rights of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.   When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.**   "Administration" means:

**a.**   Providing information to "employees," including their dependents and beneficiaries, with respect to the "employee benefit program";

**b.**   Handling records in connection with the "employee benefit program";

**c.**   Effecting or terminating any "employee's" participation in a plan included in the "employee benefit program".

**2.**   "Advertising injury" means injury arising out of one or more of the following offenses:

**a.**   Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**b.**   Oral or written publication of material that violates a person's right of privacy;

**c.**   Misappropriation of advertising ideas or style of doing business; or

**d.**   Infringement of copyright, title or slogan.

**3.**   "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting form any of these at any time.

**4.**   "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**5.**   "Employees" mean your officers, partners and employees whether actively employed, disabled or retired.

**6.**   "Employee benefit program" means the following plans:

**a.**   "Pension plans" under the Employee Retirement Income Security Act; and

**b.**   "Welfare benefit plans" under the Employee Retirement Income Security Act.

**7.**   "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.**   "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**9.**   "Pension plans" mean any plan, fund, or program which is established or maintained by an employer or by an employee organization (such as a labor union), or by both, to the extent that by its express terms or as a result of surrounding circumstances such plan, fund, or program (1) provides retirement income to employees, or (2) results in a deferral of income by employees for periods extending to the termination of covered employment or beyond regardless of the method of calculating the contributions made to the plan, the method of calculating the benefits under the plan, or the method of distributing benefits from the plan. This definition includes all qualified pension, profit-sharing, stock bonus, and similar plans.

**10.**   "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.**   False arrest, detention or imprisonment;

**b.**   Malicious prosecution;

**c.**   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor.

**d.**   Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.**   Oral or written publication of material that violates a person's right of privacy; or

EB 70 01 11 97

11. "Property damage" means:

    a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

12. "Suit" means a civil proceeding in which damages are alleged because of an act, error or omission to which this insurance applies. "Suit" includes:

    a.  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

13. "Welfare benefit plans" mean any plan, fund, or program established or maintained by an employer or by an employee organization, or by both, for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability, death or unemployment, or vacation benefits, apprenticeship or other training programs, or day care centers, scholarship funds, or prepaid legal services.

POLICY NUMBER: CPP20926450602

**COMMERCIAL INLAND MARINE**
CM DS 70 01 09 06

# COMMERCIAL INLAND MARINE DECLARATIONS

**EFFECTIVE DATE** 07/01/2020

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY<br>26777 HALSTED ROAD<br>FARMINGTON HILLS, MI 48331-3586 | ASSURANCE AGENCY, LTD<br>20 N. MARTINGALE RD.<br>SCHAUMBURG, IL 60173 |

**NAMED INSURED** PREMIER DESIGN & BUILD GROUP, LLC

**MAILING ADDRESS** 1000 W. IRVING PARK ROAD       SUITE 200

ITASCA, IL 60143

**POLICY PERIOD:** From _____ 07/01/2020 _____ to _____ 07/01/2021 _____ at
12:01 A.M. Standard Time at your mailing address shown above.

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**Business Description:** CONTRACTOR

| | |
|---|---|
| **Balance to Minimum Premium** | $ _____ |
| **Terrorism Premium** | $ _____ |
| **Taxes, Surcharges & Fees** | $ _____ |
| **Premium for this Coverage Part** | $ _____ |

**Forms applicable to the Commercial Inland Marine Coverage Part** _____
SEE FORMS AND ENDORSEMENTS SCHEDULE

**COUNTERSIGNED** _____ **BY** _____
                        (Date)                         (Authorized Representative)

**NOTE**
OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

**ISSUE DATE:** 07/16/2020
**CM DS 70 01 09 06**        Copyright, Insurance Services Office, Inc., 2000        **Page 1 of 1**

## Named Insured Schedule

**POLICY NUMBER** CPP20926450602                **EFFECTIVE DATE** 07/01/2020

**NAMED INSURED** PREMIER DESIGN & BUILD GROUP, LLC

**Named Insured**

PREMIER DESIGN & BUILD GROUP, LLC

1000 W. IRVING PARK ROAD, LLC

WISCINOIS, LLC

**IL DS 71 04 09 06**                                              **Page** 1   **of** 1

# Forms and Endorsements Schedule

**Policy Number:**    CPP20926450602          **Effective Date:** 07/01/2020

**Named Insured:**    PREMIER DESIGN & BUILD GROUP, LLC

| Form Number | Description |
|---|---|
| **GROUP A. FORMS** | **APPLY TO ALL INLAND MARINE COVERAGES** |
| CL 06 10 01 15 | CERTIFIED ACT OF TERRORISM EXCLUSION |
| **GROUP B. FORMS** | **APPLY TO THE FOLLOWING LISTED COVERAGES** |
| CL 01 00 03 99 | COMMON POLICY CONDITIONS |
| CL 01 20 11 17 | AMENDATORY ENDORSEMENT - ILLINOIS |
| CL 01 21 05 03 | AMENDATORY ENDORSEMENT - ILLINOIS |
| CL 07 00 10 06 | VIRUS OR BACTERIA EXCLUSION |
| IM 20 27 08 09 | AMENDATORY ENDORSEMENT - ILLINOIS |
| IM 78 54 11 17 | LOSS PAYABLE OPTIONS |
| IM 79 02 01 12 | LOSS PAYABLE SCHEDULE |
| IM 99 05 07 10 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| **CONTRACTORS EQUIPMENT COVERAGE** | |
| IM 91 04 09 08 | CONTRACTORS EQUIPMENT COVERAGE - SCHEDULED CONTRACTORS |
| IM 91 10 01 11 | CONTRACTORS EQUIP WAIV OF THEFT DEDUCTIBLE REGISTRATION WITH NATL EQUIP REGISTER |
| IM 91 11 05 11 | REVISED VALUATION CLAUSE - REPLACEMENT COST FOR NEWER EQUIPMENT |
| IM 91 13 10 15 | LOANED OR BORROWED CONTRACTORS' EQUIPMENT |
| IM 91 14 05 11 | REVISED "TOOLS" DEFINITION |
| IM 91 18 05 13 | LIMITED WAIVER FOR DEPRECIATION |
| IM 99 12 10 15 | EMPLOYEE TOOLS EXPANDED COVERAGE ENDORSEMENT |
| **ELECTRONIC DATA PROCESSING COVERAGE** | |
| IM 72 00 10 02 | ELECTRONIC DATA PROCESSING - EQUIPMENT COVERAGE PART - SCHEDULED LIMITS |
| IM 72 15 09 03 | ELECTRONIC DATA PROCESSING - INCOME COVERAGE PART |
| IM 72 39 01 12 | EARTHQUAKE, FLOOD AND SEWER BACKUP SCHEDULE |
| **INSTALLATION FLOATER COVERAGE** | |
| IM 80 03 12 06 | INSTALLATION FLOATER COVERAGE - REPORTING FORM |
| **MISCELLANEOUS N.O.C COVERAGE** | |
| IM 75 00 10 09 | SCHEDULED PROPERTY FLOATER |

**AAIS**
**CL 0610 01 15**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# CERTIFIED ACT OF TERRORISM EXCLUSION

1. The following definition is added.

   "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

   a. to be an act of terrorism;

   b. to be a violent act or an act that is dangerous to human life, property, or infrastructure;

   c. to have resulted in damage:

      1) within the United States; or
      2) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

   d. to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

   e. to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

2. The following exclusion is added.

   **CERTIFIED ACT OF TERRORISM EXCLUSION**

   "We" will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

3. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion; and

   b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

   _____

   **CL 0610 01 15**

Copyright, American Association of Insurance Services, Inc., 2015

**AAIS**
**CL 0100 03 99**
**Page 1 of 1**

# COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without "our" written consent.

2. **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections** -- "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records** -- "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

---

**CL 0100 03 99**
Copyright, American Association of Insurance Services, 1998

**AAIS**
**CL 0120 11 17**
**Page** 1 **of 4**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## ILLINOIS

1. The following applies only to property policies issued to cover one-to-four family residential real or personal property or any household or personal property that is usual or incidental to the occupancy to any premises used for residential purposes:

    Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

    **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel this policy by mailing "our" written notice of cancellation to "you" at the last mailing address known to "us". "Our" notice to "you" will state the reason or reasons for cancellation. Proof of mailing on a form acceptable to the U.S. Postal Service or other commercial mail delivery service is sufficient proof of notice.

    "We" will also send a notice to "your" broker, if known, or to the agent of record, if known, and to any mortgagee or lienholder listed on the "declarations". However, notice to the broker, agent of record, mortgagee, or lienholder is not a condition of cancellation. Notice may be provided electronically to any such mortgagee, lienholder, broker, or agent of record who opts to accept notification electronically.

    If this policy has been in effect for 60 days or less, "we" may cancel for any reason.

    If this policy has been in effect more than 60 days, or if it is a renewal of a policy issued by "us", "we" may cancel if one or more of the following reasons apply:

    a. the premium has not been paid when due;

    b. the policy was obtained by misrepresentation or fraud; or

    c. there has been an act that measurably increases the risk originally accepted.

    If "we" cancel for nonpayment of premium, "we" will mail the cancellation notice to "you" at least ten days before the effective date of cancellation.

    If "we" cancel for any reason other than nonpayment of premium, "we" will mail the cancellation notice to "you" at least 30 days before the effective date of cancellation.

    "Your" return premium, if any, will be calculated according to "our" rules and will be refunded to "you" at the time of the cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

2. The following applies only to property policies issued to cover real property other than one-to-four family residential property or any household or personal property that is usual or incidental to the occupancy to any premises used for residential purposes:

    Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

    **Cancellation**

    a. "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    b. "We" may cancel this policy by mailing "our" written notice of cancellation to "you" at the last mailing address known to "us". "Our" notice to "you" will state the reason or reasons for cancellation. Proof of mailing on a form acceptable to the U.S. Postal Service or other commercial mail delivery service is sufficient proof of notice.

Copyright, American Association of Insurance Services, Inc., 2018

"We" will also send a notice to "your" broker, if known, or to the agent of record, if known, and any mortgagee or lienholder listed on the "declarations". However, notice to the broker, agent of record, mortgagee, or lienholder is not a condition of cancellation. Notice may be provided electronically to any such mortgagee, lienholder, broker, or agent of record who opts to accept notification electronically.

c. "We" may cancel this policy at any time during the policy period if the premium has not been paid. "We" will mail the cancellation notice to "you" at least ten days before the effective date of cancellation.

d. "We" may cancel this policy at any time during the policy period, if the insured property consists of one or more buildings:

1) to which, following a fire loss, permanent repairs have not commenced within 60 days after satisfactory adjustment of loss, unless such delay is a direct result of a labor dispute or weather conditions;

2) that have been unoccupied for 60 consecutive days, except buildings which have a seasonal occupancy and buildings which are undergoing construction, repair, or reconstruction and are properly secured against unauthorized entry;

3) for which, because of their physical condition, there is an outstanding demolition order, or which have been declared unsafe in accordance with applicable law; or

4) to which heat, water, sewer service, or public lighting have not been connected for 30 consecutive days or more.

If "we" cancel this policy for reasons listed under d.1) through d.4) above, cancellation will be effective ten days after "you" have received "our" notice. The notice of cancellation will be sent to "you" by regular mail and certified mail, and "your" return premium, if any, will be calculated on a pro rata basis.

e. If this policy has been in effect for 60 days or less, "we" may cancel for any reason. "We" will mail the cancellation notice to "you" at least 30 days before the effective date of cancellation for cancellation other than described in c. or d. above.

f. If this policy has been in effect more than 60 days, or if it is a renewal of a policy issued by "us", "we" may cancel if one or more of the following reasons apply:

1) the policy was obtained through a material misrepresentation;
2) any "insured" has violated any of the "terms" and conditions of the policy;
3) the risk originally accepted has measurably increased;
4) certification of the Director of the loss of reinsurance which provided coverage to "us" for all or a substantial part of the underlying risk insured; or
5) a determination by the Director that the continuation of the policy could place "us" in violation of the insurance laws of this state.

If "we" cancel for any of these reasons, "we" will mail the cancellation notice to "you" at least 60 days before the effective date of cancellation.

g. "Your" return premium, if any, will be calculated according to "our" rules, and will be refunded to "you" at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

Copyright, American Association of Insurance Services, Inc., 2018

**AAIS**
**CL 0120 11 17**
**Page 3 of 4**

3. If 1. or 2. above do not apply, under Common Policy Conditions, Cancellation is deleted and replaced by the following:

    **Cancellation** -- "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel this policy by mailing "our" written notice of cancellation to "you" at the last mailing address known to "us". "Our" notice to "you" will state the reason or reasons for cancellation. Proof of mailing on a form acceptable to the U.S. Postal Service or other commercial mail delivery service is sufficient proof of notice.

    "We" will also send a notice to "your" broker, if known, or to the agent of record, if known. However, notice to the broker or agent of record is not a condition of cancellation. Notice may be provided electronically to any such broker or agent of record who opts to accept notification electronically.

    If this policy has been in effect for 60 days or less, "we" may cancel for any reason. If "we" cancel for any reason other than nonpayment of premium, "we" will mail the cancellation notice to "you" at least 30 days before the effective date of cancellation.

    If this policy has been in effect more than 60 days, or if it is a renewal of a policy issued by "us", "we" may cancel if one or more of the following reasons apply:

    a. the premium has not been paid when due;

    b. the policy was obtained through a material misrepresentation;

    c. any "insured" has violated any of the "terms" and conditions of the policy;

    d. the risk originally accepted has measurably increased;

    e. certification of the Director of the loss of reinsurance which provided coverage to "us" for all or a substantial part of the underlying risk insured; or

    f. a determination by the Director that the continuation of the policy could place "us" in violation of the insurance laws of this state.

    If "we" cancel for nonpayment of premium, "we" will mail the cancellation notice to "you" at least ten days before the effective date of cancellation.

    If "we" cancel this policy for any reason other than nonpayment of premium when it has been in effect for more than 60 days, "we" will mail the cancellation notice to "you" at least 60 days before the effective date of cancellation.

    "Your" return premium, if any, will be calculated according to "our" rules and will be refunded to "you" at the time of cancellation notice or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

4. The following applies only to property policies issued to cover one-to-four family residential real or personal property or any household or personal property that is usual or incidental to the occupancy to any premises used for residential purposes:

    Under Common Policy Conditions, the following condition is added:

    **Nonrenewal**

    If "we" decide not to renew this policy, "we" will mail "our" notice of nonrenewal to "you" at least 30 days before the end of the policy period. Nonrenewal will not become effective until at least 30 days from the proof of mailing date of the notice to "you". "Our" notice to "you" will state the reason or reasons for nonrenewal. Proof of mailing on a form acceptable to the U.S. Postal Service or other commercial mail delivery service is sufficient proof of notice.

Copyright, American Association of Insurance Services, Inc., 2018

**AAIS**
**CL 0120 11 17**
**Page 4 of 4**

"We" will also send a notice to "your" broker, if known, or to the agent of record, if known, and the last known mortgagee or lienholder. Notice may be provided electronically to any such mortgagee, lienholder, broker, or agent of record who opts to accept notification electronically. However, notice to the broker, agent of record, mortgagee, or lienholder is not a condition of nonrenewal.

5. If item 4. above does not apply, under Common Policy Conditions, the following condition is added:

### Nonrenewal

If "we" decide not to renew this policy, "we" will mail "our" notice of nonrenewal to "you" at least 60 days before the end of the policy period. "Our" notice to "you" will state the reason or reasons for nonrenewal. Proof of mailing on a form acceptable to the U.S. Postal Service or other commercial mail delivery service is sufficient proof of notice.

"We" will also send a notice to "your" broker, if known, to the agent of record, if known, and any mortgagee or lienholder listed on the "declarations". Notice may be provided electronically to any such mortgagee, lienholder, broker, or agent of record who opts to accept notification electronically. However, notice to the broker, agent of record, mortgagee, or lienholder is not a condition of nonrenewal.

6. Under Common Policy Conditions, the following condition is added:

**Renewal** -- If "we" decide to renew this policy with premium increases of 30% or higher, or impose changes in deductible or coverage that materially alter the policy, "we" will mail to "you" written notice of such increase or change in deductible or coverage at least 60 days before the renewal or anniversary date. The 60-day prior notification because of premium increase is not necessary where increases exceeding 30% are due to changed conditions or increased or broadened coverage initiated by "you".

"We" will also send a notice to "your" broker, if known, to the agent of record, and any mortgagee or lienholder listed on the "declarations". Notice may be provided electronically to any such mortgagee, lienholder, broker, or agent of record who opts to accept notification electronically.

If "we" decide to renew this policy with premium increases of less than 30%, "we" will mail to "you" written notice of such increase before the renewal or anniversary date. "We" will also send a notice to "your" broker, if known, to the agent of record, if known, and any mortgagee or lienholder listed on the "declarations". Notice may be provided electronically to any such mortgagee, lienholder, broker, or agent of record who opts to accept notification electronically.

Proof of mailing is sufficient proof of notice.

**CL 0120 11 17**

Copyright, American Association of Insurance Services, Inc., 2018

**AAIS**
**CL 0121 05 03**
**Page 1 of 2**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## ILLINOIS

1.  Under Common Policy Conditions, Cancellation is deleted and replaced by the following:

### Cancellation --

a.  "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

b.  "We" may cancel this policy by mailing "our" written notice of cancellation to "you" and any mortgagee or lienholder at the last mailing address known to "us". "Our" notice will include the reason or reasons for cancellation. "We" will also mail a copy of the notice to "your" broker, if known, or to the agent of record. Proof of mailing is sufficient proof of notice.

c.  During the first 60 days this policy is in effect, "we" may cancel this policy for any reason. If "we" cancel for any reason other than those listed in d. or e. below, "we" will mail the notice of cancellation 30 days before the effective date of cancellation.

d.  For policies not issued to cover one- to four-family dwellings, "we" may cancel this policy at any time during the policy period, if the insured property consists of one or more buildings:

    1)  to which, following a fire loss, permanent repairs have not commenced within 60 days after satisfactory adjustment of loss, unless such delay is a direct result of a labor dispute or weather conditions;

    2)  that have been unoccupied for 60 consecutive days, except buildings which have a seasonal occupancy and buildings which are undergoing construction, repair, or reconstruction and are properly secured against unauthorized entry;

    3)  for which, because of their physical condition, there is an outstanding demolition order, or which have been declared unsafe in accordance with applicable law; or

    4)  to which heat, water, sewer service, or public lighting have not been connected for 30 consecutive days or more.

    If "we" cancel this policy for reasons listed under d.1) through d.4) above, cancellation will be effective ten days after "you" and any mortgagee or lienholder have received "our" notice. The notice of cancellation will be sent by regular mail and certified mail, and "your" return premium, if any, will be calculated on a pro rata basis.

e.  "We" may cancel this policy at any time during the policy period if the premium has not been paid when due. If "we" cancel this policy for non-payment of premium, "we" will mail the cancellation notice at least ten days before the effective date of cancellation.

f.  If this policy has been in effect more than 60 days, or if it is a renewal of a policy issued by "us", "we" may cancel this policy according to the "terms" set forth under item d. or item e. above, or "we" may cancel if one or more of the following reasons apply:

    1)  If this policy covers one- to four-family dwellings used for residential purposes or any personal property incidental to residential occupancies, "we" may cancel this coverage when:

        a)  the policy was obtained by misrepresentation or fraud; or

        b)  there has been an act that measurably increases the risk originally accepted.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**CL 0121 05 03**
**Page 2 of 2**

2) If this policy covers any other type of property, "we" may cancel this coverage when:

   a) the policy was obtained through a material misrepresentation;
   b) any "insured" has violated any of the "terms" and conditions of the policy;
   c) the risk originally accepted has measurably increased;
   d) certification of the Director of the loss of reinsurance which provided coverage to "us" for all or a substantial part of the underlying risk insured; or
   e) a determination by the Director that the continuation of the policy could place "us" in violation of the insurance laws of this state.

If "we" cancel this policy for any of the reasons listed under f.1) or f.2) above, "we" will mail the cancellation notice at least 60 days before the effective date of cancellation.

g. "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

2. Under Common Policy Conditions, the following condition is added:

**Nonrenewal --**

If "we" decide not to renew this policy, "we" will mail "our" notice of nonrenewal to "you" at least 60 days before the end of the policy period or anniversary date. "We" will also mail a copy of the notice to "your" broker, if known, or to the agent of record and any mortgagee or lienholder at the last mailing address known to "us". Proof of mailing is sufficient proof of notice. "Our" notice will include the reasons for nonrenewal.

3. Under Common Policy Conditions, the following condition is added:

**Renewal** -- If "we" decide to renew this policy with premium increases of 30% or higher, or impose changes in deductible or coverage that materially alter the policy, "we" will mail to "you" written notice of such increase or change in deductible or coverage at least 60 days before the renewal or anniversary date. "We" will also mail a copy of the notice to "your" broker, if known, or to the agent of record. Proof of mailing is sufficient proof of notice. The 60-day prior notification because of premium increase is not necessary where increases exceeding 30% are due to changed conditions or increased or broadened coverage initiated by "you".

**CL 0121 05 03**

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**CL 0700 10 06**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

### Definitions Amended --

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria --**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

### Other Terms Remain in Effect --

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

**CL 0700 10 06**

Copyright, American Association of Insurance Services, Inc., 2006

**AAIS**
**IM 2027 08 09**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## ILLINOIS

1. Under Definitions, item b. of Pollutants is deleted.

2. Under Coverage Extensions, Defense Costs, if applicable, is amended as follows:

   a. Paragraph a. Coverage is deleted and replaced by the following:

      a. **Coverage** -- "We" have the right and duty to defend any "suit" brought against "you" as a result of damage to covered property caused by a covered loss. "We" may investigate and settle a claim or "suit".

   b. Under paragraph d., item 4) is deleted and replaced by the following:

      4) expenses that "you" incur for expert testimony or court-ordered arbitration or mediation;

   c. The following paragraph is added:

      The expenses "we" incur under Defense Costs will not reduce the applicable "limit" for coverage described under Property Covered.

3. Under Perils Excluded, Criminal, Fraudulent, Dishonest, Or Illegal Acts is amended to include the following:

   However, if the loss is caused by an act arising out of a pattern of criminal domestic violence and the perpetrator of the loss is criminally prosecuted for the act causing the loss, this exclusion does not apply to an otherwise covered loss suffered by another insured who did not cooperate in or contribute to the act that caused the loss.

   Subject to the "terms" under How Much We Pay and all other "terms" of this policy, "our" payment to an insured who did not cooperate in or contribute to the act that caused the loss may be limited to the claimant's

insurable interest less payments made to a mortgagee or other party with a legal secured interest in the property.

4. Under Other Conditions, Misrepresentation, Concealment, Or Fraud is deleted and replaced by the following:

   **Misrepresentation, Concealment, Or Fraud** -- "We" do not provide coverage for an insured who has:

   a. willfully concealed or misrepresented:

      1) a material fact or circumstance with respect to this insurance; or
      2) an insured's interest herein; or

   b. engaged in fraudulent conduct or sworn falsely with respect to this insurance or the subject thereof.

5. Under Other Conditions, Subrogation is amended to include the following:

   An innocent insured who is the subject of criminal domestic violence by another insured cannot waive his or her right to recover. "We" retain all rights set forth by this Subrogation condition with regard to "our" right to recover, up to the amount "we" pay, for loss caused by an act of criminal domestic violence.

6. In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, Suit Against Us is amended to include the following:

   However, this period is extended by the number of days between the date proof of loss is submitted and the claim is denied in whole or in part.

**IM 2027 08 09**

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7854 11 17**
**Page** 1 **of 1**

This endorsement changes
the Inland Marine Coverage
**-- PLEASE READ THIS CAREFULLY --**

# LOSS PAYABLE OPTIONS

If indicated on the Loss Payable Schedule, the following conditions apply to the property described on the schedule. The following conditions apply in addition to the policy "terms" which are contained in the Inland Marine Coverage(s).

## LOSS PAYABLE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

## LENDER'S LOSS PAYABLE

Any loss will be payable to "you" and the loss payee described on the schedule as interests appear. If more than one loss payee is named, they will be paid in order of precedence.

The insurance for the loss payee continues in effect even when "your" insurance may be void because of "your" acts, neglect, or failure to comply with the coverage "terms". The insurance for the loss payee does not continue in effect if the loss payee is aware of changes in ownership or substantial increase in risk and does not notify "us".

"We" may request payment of the premium from the loss payee, if "you" fail to pay the premium.

If "we" pay the loss payee for a loss where "your" insurance may be void, the loss payee's right to collect that portion of the debt from "you" then belongs to "us". This does not affect the loss payee's right to collect the remainder of the debt from "you". As an alternative, "we" may pay the loss payee the remaining principal and accrued interest in return for a full assignment of the loss payee's interest and any instruments given as security for the debt.

## CONTRACT OF SALE

Any loss will be adjusted with "you" and will be payable to "you" and the loss payee described on the schedule as "your" and their interests appear.

The loss payee shown on the schedule is a person or organization "you" have entered into a contract with for the sale of covered property.

When covered property is the subject of a contract of sale, the word "you" also means the loss payee.

## CANCELLATION OR NONRENEWAL

If "we" cancel or choose not to renew this policy, "we" will provide notice to the loss payee using the same "terms" as the cancellation or nonrenewal notice "we" provide to "you". However, notice to the loss payee is not a condition of cancellation.

IM 7854 11 17

Copyright, American Association of Insurance Services, Inc., 2017

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

CPP20926450602

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[  ]  Lender's Loss Payable
[  ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #3-MO1264 MOBILE OFFICE TRAILER | ACTON MOBILE INDUSTRIES 44W300 IL ROUTE 64 <br><br> MAPLE PARK, IL, 60151 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[ ] Loss Payable
[X] Lender's Loss Payable
[ ] Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #4-2006 MMS 10X50 TRAILER #R1391 | FLAGSTAR BANK, FSB<br>MAIL STOP E-203-3<br>5151 CORPORATE DRIVE<br>TROY, MI, 48098 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[  ]   Lender's Loss Payable
[  ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #4-2006 MMS 10X50 TRAILER, #R1391 | MCDONALD MODULAR SOLLUTIONS<br>54500 PONTIAC TRAIL<br><br>MILFORD, MI, 48380 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

AAIS
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable

[ ]  Lender's Loss Payable

[ ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #5-OFFICE TRAILER | MODULAR SPACE CORPORATION 1200 SWEDSFORD ROAD<br><br>BERWYN, PA, 19312 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

CPP20926450602

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[  ]   Lender's Loss Payable
[  ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #6-2014 DIAMOND 12X60 OFFICE TRAILER | SATELLITE SHELTERS, INC. - NEW ORLEANS 3700 US HWY. 51 |
| | | | LA PLACE, LA, 70068 599 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X] Loss Payable

[ ] Lender's Loss Payable

[ ] Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #7-10X40 MOBILE OFFICE | SATELLITE SHELTERS, INC.-CINCINNATI 3085 E. CRESENTVILLE ROAD WEST CHESTER, OH, 45069 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
CPP20926450602

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[  ]  Lender's Loss Payable
[  ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #31-WILLIAMS SCOTSMAN 32X8 MOBILE OFFICE, MO328-$13,629 | WILLIAMS SCOTSMAN, INC. 100 PENNVAL ROAD<br><br>WOODBRIDGE, NJ, 070953869 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[ ]   Lender's Loss Payable
[ ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #22-60X12 MOBILE OFFICE | WILLIAMS SCOTMAN, INC. 1625 WESTERN DRIVE WEST CHICAGO, IL, 601851879 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[  ]  Lender's Loss Payable
[  ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #21-60X12 MOBILE OFFICE | WILLIAMS SCOTSMAN, INC 125 DISTRIBUTION DRIVE<br><br>HAMILTON, OH, 450154257 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[  ]   Lender's Loss Payable
[  ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #18-48X10 MOBILE OFFICE | WILLIAMS SCOTSMAN, INC. 100 PENNVAL ROAD WOODBRIDGE, NJ, 070953869 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[  ]   Lender's Loss Payable
[  ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #25-STORAGE CONTRAINER AND #26-60X12 MOBILE OFFICE | WILLIAMS SCOTSMAN, INC. 1425 GIFFORD ROAD ELGIN, IL, 60120 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[  ]  Lender's Loss Payable
[  ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | ITEM #28-WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | WILLIAMS SCOTSMAN, INC. 1425 GIFFORD ROAD<br><br>ELGIN, IL, 60120 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[  ]   Lender's Loss Payable
[  ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #24-60X12 MOBILE OFFICE W/PORTABLE RESTROOM | WILLIAMS SCOTSMAN, INC. 3030 UNIONVILLE PIKE  HATFIELD, PA, 194401821 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]   Loss Payable
[ ]   Lender's Loss Payable
[ ]   Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #29-WILLIAMS SCOTSMAN 20X8 CONTAINER | WILLIAMS SCOTSMAN, INC.<br>901 S BOND STREET<br>SUITE 600<br>BALTIMORE, MD, 212313357 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**
**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[  ]  Lender's Loss Payable
[  ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | #27-60X12 MOBILE OFFICE/TRAILER-$31,262 | WILLIAMS SCOTSMAN, INC.<br>901 S. BOND STREET, SUITE 600<br><br>BALTIMORE, MD, 212313357 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**THIS ENDORSEMENT  CHANGES  THE POLICY.  PLEASE  READ IT CAREFULLY.**

# EXCLUSION  OF  CERTAIN  COMPUTER-RELATED  LOSSES

This endorsement modifies insurance provided under the following:

### AAIS INLAND MARINE COVERAGE FORMS

**A.** We will not pay for loss or damage caused directly or indirectly by the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

    **1.** The failure, malfunction or inadequacy of,

        **a.** Any of the following, whether belonging to any insured or to others;

            **(1)** Computer hardware, including microprocessors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of the computer system; or

            **(6)** Any other computerized or electronic equipment or components: or

        **b.** Any other products, any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph **A.1.a.** of this endorsement;

        due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates and times.  An example is the inability of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss is described in Paragraph **A.** of this endorsement results:

    **1.** In a loss by a "Specified Peril" under the **AAIS INLAND MARINE COVERAGE FORM,**

    we will pay only for the loss or damage caused by such "Specified Peril" or "Named Causes of Loss".

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

**IM 99 05 07 10**

MISCELLANEOUS COVERAGE DECLARATIONS
COMMERCIAL INLAND MARINE COVERAGE PART

| NAMED INSURED<br>PREMIER DESIGN & BUILD GROUP, LLC | EFFECTIVE DATE<br>07/01/2020 | POLICY NUMBER<br>CPP20926450602 |
|---|---|---|

**COVERAGES:** ELECTRONIC DATA PROCESSING COV - BUS INCOME COV
ELECTRONIC DATA PROCESSING COVERAGE

IN RETURN FOR THE PAYMENT OF PREMIUM AND SUBJECT TO ALL THE "TERMS" OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY. THE COMMON POLICY DECLARATIONS AND COMMERCIAL INLAND MARINE CONDITIONS ALSO APPLY.

**PLEASE READ THIS CAREFULLY**

**ENDORSEMENTS ATTACHED**

**SEE ENDORSEMENT SCHEDULE**

**TAX OR SURCHARGE:** SEE TAX, SURCHARGE & FEE SCHEDULE

**TOTAL ANNUAL PREMIUM FOR THIS COVERAGE(S):** ▮▮▮▮

IM DS 70 42 05 10

Contractors Equipment Coverage

**CONTRACTORS' EQUIPMENT COVERAGE DECLARATIONS**
**COMMERCIAL INLAND MARINE COVERAGE PART**

| NAMED INSURED<br>PREMIER DESIGN & BUILD GROUP, LLC | EFFECTIVE DATE<br>07/01/2020 | POLICY NUMBER<br>CPP20926450602 |
|---|---|---|

**COVERAGES (Check all that apply)**

☐ Contractors' Equipment – Blanket Coverage

☒ Contractors' Equipment – Scheduled Contractors' Equipment

☐ Contractors' Equipment – Small Tools Floater

☐ Contractors' Equipment – Leased or Rented Equipment

IN RETURN FOR THE PAYMENT OF PREMIUM AND SUBJECT TO ALL THE "TERMS" OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY. THE COMMON POLICY DECLARATIONS AND COMMERCIAL INLAND MARINE CONDITIONS ALSO APPLY.

**PLEASE READ THIS CAREFULLY**

**ENDORSEMENTS ATTACHED**

**SEE ENDORSEMENT SCHEDULE**

**TAX OR SURCHARGE:    SEE TAX, SURCHARGE & FEE SCHEDULE**

**TOTAL ANNUAL PREMIUM FOR THIS COVERAGE(S):** ▮▮▮▮▮

IM DS 70 01 05 10

# SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT
## SCHEDULED EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages"
or Schedule of Equipment.)

## PROPERTY COVERED

(Check one)

[X] Scheduled Equipment (Refer to Equipment Schedule)

|  | **Limit** |
|---|---|
| **Catastrophe Limit** -- The most "we" pay for loss in any one occurrence is: | $ 614,837 |

## COVERAGE EXTENSIONS

| Additional Debris Removal Expenses | $_____ |
|---|---|

## SUPPLEMENTAL COVERAGES

Tools

| Unscheduled Small Tools | Per item | $ 1,000 |
|---|---|---|
|  | Per occurrence | $ 20,000 |
| Employee Tools | Per item | $_____ |
|  | Per occurrence | $_____ |

| Equipment Leased or Rented From Others | $ 100,000 |
|---|---|
| Equipment Leased or Rented To Others | $_____ |
| Equipment Borrowed From Others | $_____ |
| Equipment Loaned to Others | $_____ |

Newly Purchased Equipment (check those that apply)

[ ] Annual Audit

| [ ] Dollar Limit | $_____ |
|---|---|
| Pollutant Cleanup and Removal | $_____ |

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM DS 70 29 10 15**                                    **Page 1 of 3**

Rental Reimbursement

    -- Reimbursement Limit                    $_____

    -- Waiting Period (24 hour minimum)     _____

Reward For Recovery of Stolen Equipment    $_____

Spare Parts and Fuel                       $_____

Errors & Omissions                       $_____

Waterborne Property                    $_____

## COINSURANCE

(Check one)

[X] 80%    [ ] 90%    [ ] 100%    [ ] Other   _____%

## REPORTING CONDITIONS

(Check if applicable)

[ ] **Equipment Leased or Rented From Others**

    -- Reporting Rate               $_____

    -- Deposit Premium           $_____

    -- Minimum Premium          $_____

## DEDUCTIBLE

GENERAL DEDUCTIBLE

**As shown below, unless specifically scheduled elsewhere in the policy.**

(Check one)

[ ] Flat Deductible Amount         $_____

[ ] Percentage Deductible         _____%

    Maximum Deductible Amount    $_____

    Minimum Deductible Amount    $_____

EQUIPMENT LEASED OR RENTED FROM OTHERS

If no amount is filled in, the above General    $ 1,000_____
Deductible applies

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM DS 70 29 10 15**                               **Page 2 of 3**

<u>TOOLS</u>

EMPLOYEE TOOLS - If no amount is filled in,    $_____
the above General Deductible applies

UNSCHEDULED SMALL TOOLS - If no amount    $ 1,000_____
is filled in, the above General Deductible applies

**OPTIONAL COVERAGES AND ENDORSEMENTS**

## CONTRACTOR EQUIPMENT SCHEDULE

### AS OF  07/01/2018

| Item | YR. | Description | Model # | Serial # | Limit of Insurance | Deductible | Check if Equipment Breakdown Coverage Applies | Check if Replacement Cost If not checked ACV applies |
|---|---|---|---|---|---|---|---|---|
| 1 | | AMERICAN SPORTSWORKS UTILITY VEHICLE | 200 SERIES | L5KUA007XGGB00886 | $4,000 | $1,000 | | SEE IM 91 11 |
| 2 | 0 | AMERICAN SPORTSWORKS UTILITY VEHICLE | 200 SERIES | L6KUA007XDC001562 | $4,000 | $1,000 | | SEE IM 91 11 |
| 3 | | MOBILE OFFICE TRAILER 12 X 60 | MO1264 | AMI32326 | $32,500 | $1,000 | | SEE IM 91 11 |
| 4 | 2006 | MMS 10 X 50 | | R1391 | $17,705 | $1,000 | | SEE IM 91 11 |
| 5 | | OFFICE TRAILER | | | $22,000 | $1,000 | | SEE IM 91 11 |
| 6 | 2014 | DIAMOND OFFICE TRAILER  12 X 60 | | 6225 | $31,000 | $1,000 | | SEE IM 91 11 |
| 7 | | MOBILE OFFICE TRAILER  10 X 40 | | 040918 | $23,356 | $1,000 | | SEE IM 91 11 |
| 8 | 2008 | YAMAHA ATV | | 5Y4AM23Y98A002056 | $4,800 | $1,000 | | SEE IM 91 11 |
| 9 | | JOHN DEERE GATOR | 620I | M0XUVGF082865 | $5,000 | $1,000 | | SEE IM 91 11 |
| 10 | | GENERATOR | | | $9,800 | $1,000 | | SEE IM 91 11 |
| 11 | 1979 | FRUE TRAILER | | CHV3100333 | $2,000 | $1,000 | | SEE IM 91 11 |
| 12 | 1996 | GREAT DANE TRI-VAN VANCO TRAILER | | 1UWW5323T1010361 | $2,000 | $1,000 | | SEE IM 91 11 |
| 13 | 1997 | GREAT DANE TRAILER | | 1GRAA5614VB159801 | $2,000 | $1,000 | | SEE IM 91 11 |
| 14 | 1992 | GREAT DANE SEMI TRAILER | | 1GRAA9612NB061101 | $2,000 | $1,000 | | SEE IM 91 11 |

**IM DS 71 06 10 15**                    1    **of** 3

| 15 | 0 | GENERATOR MOUNTED ON TRAILER WITH WATER TANK | | VIN#4TCSU1061BH611959 | | | | SEE IM 91 11 |
|---|---|---|---|---|---|---|---|---|
| 16 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | | DS08675 | $30,069 | $1,000 | | SEE IM 91 11 |
| 17 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | | 602350 | $15,085 | $1,000 | | SEE IM 91 11 |
| 18 | | WILLIAMS SCOTSMAN 48X10 MOBILE OFFICE | MO4810 | | $24,928 | $1,000 | | SEE IM 91 11 |
| 19 | 2007 | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 | AMO35427 | $30,069 | $1,000 | | SEE IM 91 11 |
| 20 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE; MODSPACE ETOWN | | MDS668228 | $36,750 | $1,000 | | SEE IM 91 11 |
| 21 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 (JOB 1909) | | $30,069 | $1,000 | | SEE IM 91 11 |
| 22 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 (JOB 1886) | | $31,262 | $1,000 | | SEE IM 91 11 |
| 23 | 2015 | ATLAS GENERATOR ATTACHED TO TRAILER | COPCO QAS45KD | HOP101136 | $28,000 | $1,000 | | SEE IM 91 11 |
| 24 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE W/PORTABLE RESTROOM | MO6012 & CT408 | MDS800295 | $34,569 | $1,000 | | SEE IM 91 11 |
| 25 | | WILLIAMS SCOTSMAN STORAGE CONTAINER | CO208 | | $10,860 | $1,000 | | SEE IM 91 11 |
| 26 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 | MIE16275 | $31,262 | $1,000 | | SEE IM 91 11 |
| 27 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE/TRAILER | MO6012 | | $31,262 | $1,000 | | SEE IM 91 11 |
| 28 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 | | $31,262 | $1,000 | | SEE IM 91 11 |
| 29 | | WILLIAMS SCOTSMAN 20X8 CONTAINER | CT208 | | $3,600 | $1,000 | | SEE IM 91 11 |
| 30 | | 10X50 MOBILE OFFICE C & B CUSTOM MODULAR | MO1050 | 1921428 | $50,000 | $1,000 | | SEE IM 91 11 |
| 31 | 2016 | WILLIAMS SCOTSMAN 32X8 MOBILE OFFICE | MO328 | | $13,629 | $1,000 | | SEE IM 91 11 |

Total Limits: $614,837.00
Contractors Equipment Premium (excl Equipment Breakdown):
Equipment Breakdown Premium:
**Amerisure Premium:**

## SUMMARY

|  |  |  |  | RATE |  |  |
|---|---|---|---|---|---|---|
| **EQUIPMENT TYPE** | **VALUES** | **RECEIPTS** | **DEDUCTIBLE** | **VALUES** | **RECEIPTS** | **PREMIUM** |
| CONTRACTORS EQUIPMENT | $614,837 |  | $1,000 |  |  |  |
| EQUIP LEASED/RENTED FROM OTHERS | $100,000 | $100,000 | $1,000 |  |  |  |
| UNSCHEDULED SMALL TOOLS | $1,000  PER ITEM |  |  |  |  |  |
|  | $20,000  PER OCCUR |  |  |  |  |  |

**This summary reflects quantitative variables, used to determine the premium, as of the inception date of "your" policy.**

**Any additions, deletions or changes made subsequent to the inception date will be reflected in endorsements added to "your" policy.**

**IM DS 71 06 10 15**                                            3 **of** 3

# CONTRACTORS' EQUIPMENT COVERAGE
# SCHEDULED CONTRACTORS EQUIPMENT

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Contractors' Equipment Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Contractors' equipment" means machinery, equipment, and "tools" of a mobile nature that "you" use in "your" contracting, installation, erection, repair, or moving operations or projects.

   "Contractors' equipment" also means:

   a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

   b. vehicles designed for highway use that are unlicensed and not operated on public roads.

4. "Equipment schedule" means a schedule of "contractors' equipment" that is attached to this policy and that describes each piece of covered equipment.

5. "Jobsite" means any location, project, or work site where "you" are in the process of construction, installation, erection, repair, or moving.

6. "Limit" means the amount of coverage that applies.

7. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

8.  "Schedule of coverages" means:

    a.  all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b.  declarations or supplemental declarations which pertain to this coverage.

9.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a.  personal property in the open; or

    b.  the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Tools" mean equipment, laptop computers, apparatus or utensils of a mobile nature that "you" or "your" employees use in "your" contracting, installation, erection, repair or moving operations or projects.

13. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1.  **Scheduled Equipment --**

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

        1)  "your" "contractors' equipment"; and
        2)  "contractors' equipment" of others in "your" care, custody, or control.

    b.  **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

        1)  that are described on the "equipment schedule"; and
        2)  when Scheduled Equipment is indicated on the "schedule of coverages".

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

2. **Schedule On File** --

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

        1) "your" "contractors' equipment"; and

        2) "contractors' equipment" of others in "your" care, custody, or control.

    b. **Coverage Limitation** -- "We" only cover "your" "contractors' equipment" and "contractors' equipment" of others:

        1) that are listed in a schedule which "you" must submit to "us" and "we" keep on file, the schedule must contain a description of each item to be covered and a "limit" for each item; and

        2) when Schedule on File is indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. **Underground Mining Operations** -- "We" do not cover property while stored or operated underground in connection with any mining operations.

4. **Vehicles** -- "We" do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use and used for over the road transportation of people or cargo. However, this does not include:

    a. self-propelled vehicles designed and used primarily to carry mounted equipment; or

    b. vehicles designed for highway use that are unlicensed and not operated on public roads.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

<u>**Page 4 of 15**</u>

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal --**

1. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** -- This coverage does not include costs to:

    a.  extract "pollutants" from land or water; or

    b.  remove, restore, or replace polluted land or water.

3. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage plus the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

**Page 5 of 15**

1. **Employee Tools** --

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "tools" owned by "your" employees.

    b. **Coverage Limitation** -- "We" only cover "tools" owned by "your" employees while:

        1) at a premises that "you" own or operate; or
        2) at a "jobsite"; or
        3) in transit between an owned location and a "jobsite; or
        4) in transit between "jobsites".

    c. **Limit** -- The most "we" pay in any one occurrence for loss to employee "tools" is $2,500 for any one item and $2500 for any one occurrence unless different limits are shown in the Schedule of Coverages.

2. **Unscheduled Small Tools**

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to small "tools" that are not scheduled and owned by you, anywhere within the territorial limits.

    b. **Limit** -- The most "we" pay in any one occurrence for loss to small "tools" is $2,500 for any one item And $2500 for any one occurrence unless different limits are shown in the Schedule of Coverages

3. **Equipment Leased Or Rented From Others** --

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented from others.

    b. **Limit** -- The most "we" pay in any one occurrence for equipment leased or rented from others is $25,000.

4. **Equipment Leased or Rented To Others** -

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "contractors' equipment" that "you" have leased or rented to others.

    b. **Limit** -- The most "we" pay in any one occurrence for equipment leased or rented to others is $25,000.

5. **Fire Department Service Charges** --

    a. **Coverage** -- "We" cover "your" liability, assumed by contract or agreement prior to the loss, for fire department service charges. No deductible applies to this Supplemental Coverage.

    b. **Coverage Limitations** -- "We" only pay for:

        1) fire department service charges that relate to covered property at "jobsites"; and
        2) charges incurred when the fire department is called to save or protect covered property from a covered peril.

6. **Loaned Equipment** -

    a. **Coverage** -- "We" cover direct physical loss by a covered peril to "contractors' equipment" that "you" have borrowed from others.

    b. **Limit** -- The most "we" pay in any one occurrence for loaned equipment is $25,000.

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

7.  **Newly Purchased Property** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "contractors' equipment" that "you" purchase during the policy period.

    b.  **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of the:

        1)  actual cash value of the covered property; or
        2)  "limit" for newly purchased property indicated on the "schedule of coverages". If no "limit" is indicated, then 30% of the Catastrophe Limit indicated on the "schedule of coverages" applies to this coverage.

    c.  **Time Limitation** -- "We" extend coverage to the additional "contractors' equipment" that "you" purchase for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        1)  this policy expires;
        2)  60 days after "you" obtain the additional "contractors' equipment"; or
        3)  "you" report the additional "contractors' equipment" to "us".

    d.  **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase the additional "contractors' equipment".

8.  **Pollutant Cleanup And Removal** --

    a.  **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

    b.  **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

    c.  **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

        However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

    d.  **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

9.  **Rental Reimbursement** --

    a.  **Coverage** -- In the event of a direct physical loss by a covered peril to "contractors' equipment", "we" reimburse "you" for "your" additional expense to rent similar "contractors' equipment" while such equipment is inoperable.

        The deductible amount indicated on the "schedule of coverages" does not apply to a loss covered under this supplemental coverage.

    b.  **Waiting Period** -- "We" will not reimburse "you" for the rental of equipment until after the first 72-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss to "your" "contractors' equipment" caused by a covered peril.

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

Page 7 of 15

c. **Incurred Rental Expenses** -- After the waiting period has passed, "we" will only reimburse "you" for the rental expenses that "you" actually incur.

d. **Coverage After Expiration Date** -- "We" will continue to reimburse "you" for the rental of equipment after the expiration date of this coverage, provided the loss occurred before the expiration date.

e. **Coverage Limitations** -- "We" will not reimburse "you":

1) if "you" can continue or resume "your" operations with similar equipment that is available to "you" at no additional expense to "you"; or
2) for the rental expense of any equipment unless "you" make every reasonable effort to repair, replace, or rebuild the inoperable equipment after the loss by a covered peril occurs.

f. **Limit** -- The most "we" reimburse "you" in any one occurrence for rental expenses is $5,000.

10. **Reward For Recovery Of Stolen Equipment** --

a. **Coverage** -- "We" pay a reward for information that leads to the recovery of covered property that was stolen. The recovery must involve a covered theft loss.

b. **Coverage Limitation** -- The amount "we" pay is not increased by the number of persons involved in providing the information.

c. **Limit**-- The most "we" pay in any one occurrence as a reward for information is 10% of the value of the covered item stolen up to a maximum of $5,000.

11. **Spare Parts And Fuel** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

1) spare parts and accessories for "contractors' equipment"; and
2) fluids for vehicles and "contractors' equipment"; fluids include gasoline, oil, and hydraulic fluid.

b. **Limit** -- The most "we" pay in any one occurrence for loss to spare parts and accessories is $5,000.

12. **Errors and Omissions** –

"We" will pay up to $10,000 for any unintentional error or omission "you" made in determining values, reporting values, describing the covered property. "You" must report such error or omission to "us" in writing as soon as its discovered. "You" also agree to pay additional premium as may be appropriate.

13. **Waterborne** –

We cover direct physical loss or damage to covered property while waterborne. The most we will pay in any one occurrence for loss to property while waterborne is $5,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

Page 8 of 15

## PERILS EXCLUDED

1.  "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

    a.  **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

       "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

    b.  **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

    c.  **War And Military Action** -- "We" do not pay for loss caused by:

        1)  war, including undeclared war or civil war; or
        2)  a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
        3)  insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

       With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

    a.  **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

       But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

    b.  **Criminal, Fraudulent, Dishonest Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

        1)  "you";
        2)  others who have an interest in the property;
        3)  others to whom "you" entrust the property;
        4)  "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
        5)  the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

       This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

**Page 9 of 15**

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

d. **Mechanical Breakdown** -- "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

But if a mechanical, structural, or electrical breakdown or malfunction results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

e. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

f. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

   1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
   2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

   "We" do cover any resulting loss caused by a "specified peril".

g. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

h. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

i. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

**Page 10 of 15**

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

   b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title or ownership of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation) unless replacement cost is indicated on the "schedule of coverages".

2. **Replacement Cost** -- The value of covered property will be based on the replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages".

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

a. **Replacement Cost Limitation** -- The replacement cost is limited to the cost of repair or replacement with similar materials and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

b. **Replacement Cost Does Not Apply Until Repair Or Replacement** -- Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

c. **Time Limitation** -- "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

3. **Pair Or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

5. **Leased and Rented Equipment From Others** -- will be valued as per the lease agreement wording with the lessor.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Flat Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence unless Percentage Deductible is indicated on the "schedule of coverages".

3. **Percentage Deductible** -- When a percentage deductible is indicated on the "schedule of coverages", "we" pay only that part of "your" loss over the deductible amount as determined below.

   a. **Determining The Deductible Amount** -- The deductible amount is determined by applying the percentage indicated on the "schedule of coverages" to the value of the covered property that is involved in the loss. The value is determined by the provisions described under the Valuation section of this policy.

   b. **Two Or More Items** -- If a loss involves two or more pieces of equipment, the percentage indicated on the "schedule of coverages" will apply only to the covered property with the highest value.

   c. **Minimum and Maximum Deductible** -- The percentage deductible will not exceed the Maximum Deductible amount and will not be less than the Minimum Deductible amount indicated on the "schedule of coverages".

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property. However, the most "we" pay for loss in any one occurrence is the Catastrophe Limit indicated on the "schedule of coverages".

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

**Page 12 of 15**

5. **Coinsurance** --

   a. **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

   b. **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
      2) divide the "limit" for covered property by the result determined in b.1) above;
      3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

      The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

   c. **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

   d. **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

   e. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

7. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

# LOSS PAYMENT

1. **Loss Payment Options** --

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

   a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

   b. **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

      1) a satisfactory proof of loss is received, and
      2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

   a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

      1) "you" on behalf of the owner; or
      2) the owner.

   b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

---

# REPORTING CONDITIONS

---

**Equipment Leased Or Rented From Others** -- If indicated on the "schedule of coverages", the following reporting conditions apply.

1. **Reports** --

   a. **You Will Report To Us** -- Within 30 days after the end of the policy period, "you" will report to "us" the total amount of "your" expenditures for "contractors' equipment" that "you" lease or rent from others.

   b. **Cancellation** -- If this policy is canceled, "you" will report the total amount of expenditures up to and including the date of cancellation.

2. **Premium Computation And Adjustment** --

   a. The premium will be adjusted at the end of the policy period. The total computed premium will be determined by multiplying "your" total equipment expenditures by the reporting rate indicated on the "schedule of coverages" for Equipment Leased or Rented From Others.

   b. "We" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

3. **Provisions That Affect How Much We Pay** -- The following provisions apply to reports that are submitted and may affect How Much We Pay:

   a. **Failure To Submit Reports** -- If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

   b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual value of "your" expenditures for "contractors' equipment" that "you" lease or rent from others, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total expenditures "you" reported divided by "your" actual expenditures for "contractors' equipment" that "you" lease or rent from others during the reporting period.

   c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit to Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM 91 04 09 08**

b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limit" unless it is a total loss to a scheduled item. In the event of a total loss to a scheduled item, "we" refund the unearned premium on that item.

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

Includes copyrighted material of American Association of Insurance Services, Inc.

IM 91 04 09 08

**CONTRACTORS' EQUIPMENT**
**WAIVER OF THEFT DEDUCTIBLE**
**REGISTRATION WITH NATIONAL EQUIPMENT REGISTER**

**THIS ENDORSMENT CHANGES THE POLICY.**
**PLEASE READ IT CAREFULLY.**

The following is added to the deductible provision under How Much We Will Pay:

## HOW MUCH WE WILL PAY

In the event of a theft "loss" to mobile contractors' equipment, we will waive up to $10,000 of the deductible amount if the items of stolen equipment are registered on the National Equipment Register (NER) database and NER warning decals have been affixed to the registered equipment prior to the date and time of the theft.

We will not waive the deductible, if there are other items of covered contractors' equipment that are subject to the same loss from the peril of theft that are not registered with the National Equipment Register.

> In such circumstances we first will apply the deductible to the contractors' equipment not registered with the National Equipment Register. If the deductible amount is not fully satisfied by the non-registered equipment, we will then waive the remainder of the deductible, up to $10,000, to the covered equipment that is registered with the National Equipment Register.

If your policy deductible is greater than this amount, after we have waived $10,000 of the covered theft loss deductible, you will be responsible for the deductible in excess of this amount.

## YOUR DUTIES UNDER THIS ENDORSMENT

We will waive the deductible for theft "loss" to mobile contractors' equipment as outlined above only if you have done all of the following:

1. Properly registered the stolen mobile contractors' equipment with the National Equipment Register, and have affixed warning decals to the equipment, prior to the theft of such property;

2. Reported the theft to the local law enforcement agency having jurisdiction as soon as you became aware of the theft; and

3. Reported the claim to "us" in accordance with the terms and conditions of this policy.

Equipment may be registered with NER by calling 201-469-2030 or at www.NER.net.

ALL OTHER TERMS AND CONDITONS REMAIN UNCHANGED.

**IM 91 10 01 11**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REVISED VALUATION CLAUSE
# REPLACEMENT COST FOR NEWER EQUIPMENT

This endorsement modifies the following form:

**CONTRACTORS' EQUIPMENT COVERAGE – SCHEDULED CONTRACTORS EQUIPMENT**

**CONTRACTORS' EQUIPMENT COVERAGE – BLANKET EQUIPMENT FORM**

**CONTRACTORS' EQUIPMENT COVERAGE – LEASED OR RENTED EQUIPMENT FORM**

The VALUATION clause in your policy is deleted in its entirety and replaced with the following:

**Replacement Cost** - The value of covered property will be based on the replacement cost at the time of loss without any deduction for depreciation, subject to paragraphs 1 – 4 below;

1. **Replacement Cost Limitation** - The replacement cost is limited to the cost to repair or replacement with similar equipment and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

2. **Replacement Cost does not apply Until Repair or Replacement**
Replacement Cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

3. **Time Limitation** - "You" may make a claim for Actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days of the loss.

4. **Replacement Cost Age (Year of manufacture) Restriction** - For Replacement Cost to apply the equipment must be less than 5 years of age as determined by the year in which the policy is effective. Applying this method, If the equipment is older than 5 years, Actual Cash Value applies.

> EXAMPLE    An item of contractors' equipment manufactured at any time during 2003 would be considered 5 years of age, or older, under any policy effective January 1, 2009, or after.
>
> That same item would be considered less than 5 years of age under any policy effective December 31, 2008, or earlier.

**Actual Cash Value** is defined as Replacement Cost value less a deduction for depreciation.

**Pairs or sets** - The value of a lost or damaged article which is part of a pair or set is based on reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

**Loss to parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**Leased or Rented Equipment From Others** - the equipment will be valued as per the lease agreement wording with the lessor.

**IM 91 11 05 11**                                                                                                    **Page 1 OF 1**

This endorsement changes the
Contractors' Equipment Coverage
**PLEASE READ THIS CAREFULLY**

# LOANED OR BORROWED CONTRACTORS' EQUIPMENT

(The entries required to complete this endorsement will be
shown below.)

## LIMITS OF INSURANCE

**This coverage extension applies to "your" contractors' equipment coverage.**

| | Limit |
|---|---|
| **Property "You" Loan to Others (Jobsite Coverage)** | |
| The most "we" pay, in any one occurrence, for loss to covered property that "you" loan to others is: | $ **25,000** |
| **Property "You" Borrow From Others – Per Item Limit** | |
| The most "we" pay, for loss to any one item of borrowed equipment is: | $ **25,000** |
| **Property "You" Borrow From Others – Occurrence Limit** | |
| The most "we" pay, in any one occurrence for loss to all borrowed equipment is: | $ **25,000** |

## ADDITIONAL PROVISIONS THAT APPLY TO THE ABOVE

These provisions are in addition to all other terms and conditions of "your" Contractors' Equipment Policy.

The following form, is amended as shown:

**IM 91 04** Contractors' Equipment Coverage – Scheduled Contractors' Equipment, coverage
**6. Loaned Equipment under Supplemental Coverages is deleted;**

**And replaced by the following:**

**Property "You" Loan to Others (Jobsite Coverage)**

1   **Coverage** -- "We" cover direct physical loss, caused by a covered peril, to covered property that "you" loan to others.

2   **Coverage Limitation** -- "We" only cover loss to covered property that "you" loan to others. Coverage only applies while the property is at a "jobsite" where "you" also operate.

Includes copyrighted material of American Association of Insurance Services, with its permission.

**IM 91 13 10 15**                                                                                    **Page 1 of 2**

## Property "You" Borrow From Others

1  **Coverage** -- "We" cover direct physical loss, caused by a covered peril, to covered property that "you" borrow from other contractors or individuals.

2  **Coverage Limitation** -- "We" only cover loss to borrowed covered property that is:

   a.   similar to "your" covered property: and
   b.   not described on the "equipment schedule" or otherwise scheduled.

All other terms and conditions remain unchanged.

Includes copyrighted material of American Association of Insurance Services, with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REVISED "TOOLS" DEFINITION

This endorsement modifies the following forms:

**CONTRACTORS' EQUIPMENT COVERAGE – SCHEDULED CONTRACTORS EQUIPMENT**

**CONTRACTORS' EQUIPMENT COVERAGE – BLANKET EQUIPMENT FORM**

If "your" "contractors' equipment" is covered under the **CONTRACTORS' EQUIPMENT COVERAGE – SCHEDULED CONTRACTORS EQUIPMENT FORM IM 91 04,** the definition of "Tools" under **DEFINITIONS,** definition number **12**; or if "your" "contractors' equipment" is covered under the **CONTRACTORS' EQUIPMENT COVERAGE – BLANKET EQUIPMENT FORM IM 91 03,** the definition of "Tools" under **DEFINITIONS,** definition number **13**; is **deleted** in its entirety, and **replaced** by the following definition:

"Tools", includes small tools, and means a hand held device, instrument or apparatus, of a mobile nature that "you", or "your" employees, use in performing an operation or accomplishing a task in "your" contracting, installation, erection, repair, or moving operations or projects.
It does not mean such items that are capable of producing, or must be connected to a source of;

**A.** mechanical power exceeding five (5) horsepower; or
**B.** electrical power exceeding three thousand seven hundred and thirty (3,730) watts.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

IM 91 14 05 11                                                                                          Page 1 of 1

| This endorsement changes the<br>Contractors' Equipment Coverage<br>-- PLEASE READ THIS CAREFULLY -- | **POLICY NUMBER**<br><br>CPP20926450602 |
|---|---|

# LIMITED WAIVER FOR DEPRECIATION

## VALUATION

The Actual Cash Value provision under Valuation is replaced by the following:

**Modified Actual Cash Value** -- The value of covered property will be based on the actual cash value at the time of the loss or damage (with a deduction for depreciation).

However, in the event of a partial loss, if the amount of loss or damage is equal to or less than 20% (twenty percent) of the value of that covered property, "we" will waive the deduction for depreciation.

As regards this endorsement, covered property refers to the covered property that is lost or damaged. If two or more items are involved in the same loss, this condition shall apply to each item separately.

**IM 91 18 05 13**                                                                                                          **Page 1 of 1**

Includes copyrighted material with permission of American Association of Insurance Services, Inc., 2012

This endorsement changes the
Contractors' Equipment Coverage
**PLEASE READ THIS CAREFULLY**

# EMPLOYEE TOOLS
# EXPANDED COVERAGE ENDORSEMENT

(The entries required to complete this endorsement will be
shown below or on the "schedule of coverages".)

This endorsement modifies insurance provided under the following:

CONTRACTORS' EQUIPMENT COVERAGE - BLANKET EQUIPMENT FORM  IM 91 03

CONTRACTORS' EQUIPMENT COVERAGE - SCHEDULED CONTRACTORS EQUIPMENT  IM 91 04

Under **SUPPLEMENTAL COVERAGES**, the Supplemental Coverage for **Employee Tools** is deleted in its entirety and replaced by the following:

**Employee Tools** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to "tools" owned by "your" employees.

    b.  **Coverage Limitation** -- "We" only cover "tools" owned by "your" employees while anywhere within the Territorial Limits.

    c.  **Limit** -- The most "we" pay in any one occurrence for loss to employee "tools" is $2,500 for any one item and $2,500 for any one occurrence unless different limits are shown in the Schedule of Coverages.

All other terms and conditions remain unchanged.

Includes copyrighted material of American Association of Insurance Services, with its permission.

IM 99 12 10 15                                        **Page 1 of 1**

Electronic Data Processing Coverage

**AAIS**
**IM 7205 01 12**
**Page 1 of 7**

# ELECTRONIC DATA PROCESSING
# SCHEDULE OF COVERAGES
## SCHEDULED LIMITS

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## DESCRIBED PREMISES

| Loc. No. | LOCATIONS |
|---|---|
| 001 | **1000 W. IRVING PARK ROAD SUITE 200 ITASCA, IL 60143** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Check if applicable:

[ ]  Attach Additional Locations Schedule to schedule more locations

Copyright, American Association of Insurance Services, Inc., 2012

AAIS
IM 7205 01 12
Page 2 of 7

## LOCATION LIMITS

| Loc. No. | "Hardware" | "Media" | "Programs and Applications" |
|---|---|---|---|
| 001 | $ 50,000 | $ INCL IN HARDWARE | $ INCL IN HARDWARE |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |

| Loc. No. | "Data Records" | "Proprietary Programs" | Income Coverage |
|---|---|---|---|
| 001 | $ INCL IN HARDWARE | $ INCL IN HARDWARE | $ 100,000 |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7205 01 12**
**Page 3 of 7**

---

## WEB SITE SERVER

---

| **WEB SITE SERVER LIMITS:** (check if applicable) | **"Limits"** |
|---|---|

[ ]  **On-Site Server**

**Server Coverage** -- The most "we" pay for loss to
"on-site servers" in any one occurrence is:                    $_____

**Software Coverage** -- The most "we" pay for loss
to "Web site software" in "on-site servers" in
any one occurrence is:                                         $_____

[X]  **On-Site Server Coverage Under Hardware and Software**

Coverage for "on-site server" is provided under Hardware; and coverage for
"Web site software" is provided under Software.

[ ]  **Off-Site Server**

**Server Coverage** -- The most "we" pay for loss to
"off-site servers" in any one occurrence is:                  $_____

**Software Coverage** -- The most "we" pay for loss
to "Web site software" in "off-site servers" in
any one occurrence is:                                        $_____

---

## EQUIPMENT COVERAGE PART

---

| **COVERAGE EXTENSIONS** | **"Limits"** |
|---|---|
| Additional Debris Removal Expenses | $_____ |
| Electrical and Power Supply Disturbance | _____ |
| Emergency Removal | _____days |
| Emergency Removal Expenses | $_____ |
| Fraud and Deceit | $_____ |
| Mechanical Breakdown Coverage | _____ |

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7205 01 12**
**Page 4 of 7**

| SUPPLEMENTAL COVERAGES | "Limits" |
|---|---|
| Acquired Locations | $_____ |

Earthquake Coverage (check one)

    [ ]   Coverage Provided

    [ ]   Coverage Not Provided

    [X]   Refer To Earthquake, Flood and Sewer Backup Endorsement

Flood Coverage (check one)

    [ ]   Coverage Provided

    [ ]   Coverage Not Provided

    [X]   Refer To Earthquake, Flood and Sewer Backup Endorsement

| | |
|---|---|
| Newly Purchased or Leased Hardware | $ 100,000 |
| Off-Site Computers | $_____ |
| Pollutant Cleanup and Removal | $_____ |
| Property In Transit | $_____ |
| Protection and Control Systems | $_____ |
| Recharge of Fire Extinguishing Equipment | $_____ |
| Reproduction Equipment | $_____ |
| Rewards | $_____ |

Sewer Backup (check one)

    [ ]   Coverage Provided

    [ ]   Coverage Not Provided

    [X]   Refer To Earthquake, Flood and Sewer Backup Endorsement

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7205 01 12**
**Page 5 of 7**

| SUPPLEMENTAL COVERAGES (cont.) | "Limits" |
|---|---|
| Software Storage | $_____ |
| Telecommunications Equipment | $_____ |
| Virus and Hacking Coverage | |
|    - Limit Any One Occurrence | $_____ |
|    - Limit Each Separate 12 month Period | $_____ |

## DEDUCTIBLE AND COINSURANCE

### DEDUCTIBLE

Deductible Amount

| | |
|---|---|
| For all covered perils unless a different deductible is indicated below | $ **500**_____ |
| Earthquake and Volcanic Eruption | $_____ |
| "Flood" | $_____ |
| "Mechanical Breakdown", "Electrical Disturbance", and "Power Supply Disturbance" | $_____ |

### COINSURANCE

"Hardware", "Media", and "Programs and Applications"

   [X]  Not Applicable

   [ ]  100%      [ ] 90%      [ ] 80%      [ ] Other _____ %

"Data Records" and "Proprietary Programs"

   [X]  Not Applicable

   [ ]  100%      [ ] 90%      [ ] 80%      [ ] Other _____ %

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7205 01 12**
**Page 6 of 7**

## INCOME COVERAGE PART

### COVERAGE OPTIONS (check one)

    [ ]  Earnings and Extra Expense

    [X]  Extra Expense only

    [ ]  Income Coverage Not Provided

### INCOME COVERAGE EXTENSIONS

Interruption by Civil Authority                     _____days

Period of Loss Extension                         _____days

### SUPPLEMENTAL INCOME COVERAGES

Acquired Locations                             $_____

Earthquake Coverage (check one)

    [ ]  Coverage Provided

    [X]  Coverage Not Provided

    [ ]  Refer To Earthquake, Flood and Sewer Backup Endorsement

Flood Coverage (check one)

    [ ]  Coverage Provided

    [X]  Coverage Not Provided

    [ ]  Refer To Earthquake, Flood and Sewer Backup Endorsement

Off Premises Utility Service Interruption

    - Limit                           $_____

    [ ]  Overhead Transmission Lines Excluded (check if applicable)

    - Waiting Period             _____hours

Property In Transit                         $_____

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7205 01 12**
**Page 7 of 7**

### SUPPLEMENTAL INCOME COVERAGES (cont.)

Sewer Backup (check one)

    [ ]   Coverage Provided

    [X]   Coverage Not Provided

    [ ]   Refer To Earthquake, Flood and Sewer Backup Endorsement

Virus and Hacking Coverage

    - Limit Any One Occurrence              $_____

    - Limit Each Separate 12 month Period     $_____

    - Waiting Period                         _____hours

### INCOME COVERAGE OPTIONS

Income Coverage Waiting Period (check one)

    [X]   Not Applicable

    [ ]   Waiting Period                    _____hours

Coinsurance (check one)

    [X]   Not Applicable

    [ ]   100%         [ ] 90%         [ ] 80%         [ ] Other _____%

### ADDITIONAL INFORMATION

_____

_____

_____

_____

_____

_____

**IM 7205 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7200 10 02**
**Page 1 of 19**

# ELECTRONIC DATA PROCESSING
# EQUIPMENT COVERAGE PART
## SCHEDULED LIMITS

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Electronic Data Processing - Equipment Coverage Part. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of coverages".

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Computer hacking" means an unauthorized intrusion:

    a.  by an individual or group of individuals, whether employed by "you" or not, into "hardware", "software", Web site, or a computer network; and

    b.  that results in but is not limited to:

        1)  deletion, destruction, generation, or modification of "software";
        2)  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";
        3)  observation, scanning, or copying of "data records", "programs and applications", and "proprietary programs";
        4)  damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", "Web site server", or "media" used with "hardware" or "Web site server"; or
        5)  denial of access to or denial of services from "your" "hardware", "Web site server", or "your" computer network.

4.  "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

    a.  into "hardware", "software", or "Web site server"; and

    b.  that is intended to result in, but is not limited to:

        1)  deletion, destruction, generation, or modification of "software";
        2)  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";
        3)  damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", "Web site server", or "media" used with "hardware" or "Web site server"; or
        4)  denial of access to or denial of services from "your" "hardware", "Web site server", or "your" computer network.

Copyright, American Association of Insurance Services, Inc., 2002

AAIS
IM 7200 10 02
Page 2 of 19

5. "Data records" means files, documents, and information in an electronic format and that are stored on "media".

6. "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

7. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

8. "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

   a. **Hardware Includes** -- "Hardware" includes but is not limited to:

      1) mainframe and mid-range computers and network servers;
      2) personal computers and workstations;
      3) laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and
      4) peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

   b. **Hardware Does Not Include** -- "Hardware" does not include:

      1) "software";
      2) "telecommunications equipment";
      3) "reproduction equipment";
      4) "protection and control systems"; and
      5) "off-site server" and "on-site server".

9. "Limit" means the amount of coverage that applies.

10. "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

11. "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

12. "Off-site server" means a server for "your" Web site:

    a. that is not at a premises described on the "schedule of coverages"; and

    b. that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.

13. "On-site server" means a server for "your" Web site:

    a. that is at a premises occupied by "you" and that is described on the "schedule of coverages"; and

    b. that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.

14. "Pollutant" means:

    a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

15. "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 3 of 19**

16. "Programs and applications" means operating programs and applications that "you" purchase and that are:

    a. stored on "media"; or

    b. pre-installed and stored in "hardware".

17. "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

    a. stored on "media"; or

    b. installed and stored in "hardware".

18. "Protection and control systems" means:

    a. air conditioning equipment used exclusively in the operation of the "hardware";

    b. fire protection equipment used for the protection of the "hardware", including automatic and manual fire suppression equipment, and smoke and heat detectors; and

    c. uninterruptible power supply system, line conditioner, and voltage regulator.

19. "Reproduction equipment" means a network of equipment and software designed for the scanning, copying, storage, and retrieval of paper documents.

20. "Schedule of coverages" means:

    a. all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    b. declarations or supplemental declarations which pertain to this coverage.

21. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

22. "Software" means "media", "data records", "programs and applications", and "proprietary programs".

    Software does not mean "Web site software".

23. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a. personal property in the open; or

    b. to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

24. "Telecommunications equipment" means telephone components and equipment used for the transmission of communications.

    Telecommunications equipment includes but is not limited to:

    a. telephone switchgear (including PBX systems);

    b. telephone operating programs and related software;

    c. facsimile transmission equipment;

    d. video conferencing equipment; and

    e. other related telephone hardware (including computers dedicated to voice mail).

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 4 of 19**

25. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

26. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

27. "Web site server" means "on-site server" and "off-site server".

28. "Web site software" means the following software that are used in "your" "Web site server":

    a.  "media";

    b.  "data records";

    c.  programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and

    d.  proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers".

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1.  **Hardware** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control.

    b.  **Coverage Limitations** -- "We" only cover "hardware" and similar property of others:

        1)  when a "limit" for "hardware" is indicated on the "schedule of coverages"; and

        2)  while at a premises described on the "schedule of coverages".

2.  **Software** --

    a.  **Media, Programs, and Applications** --

        1)  **Coverage** -- "We" cover direct physical loss caused by a covered peril to "media", "programs and applications", and similar property of others that is in "your" care, custody, or control.

        2)  **Coverage Limitations** -- "We" only cover "media", "programs and applications", and similar property of others:

            a)  when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages"; and

            b)  while at a premises described on the "schedule of coverages".

    b.  **Data Records and Proprietary Programs** --

        1)  **Coverage** -- "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records", "proprietary programs", and similar property of others that is in "your" care, custody, or control.

        2)  **Coverage Limitations** -- "We" only cover "data records", "proprietary programs", and similar property of others:

            a)  when a "limit" for "data records" and "proprietary programs" is indicated on the "schedule of coverages";

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 5 of 19**

b) while at a premises described on the "schedule of coverages"; and

c) if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs".

3. **Web Site Server** --

a. **On-Site Server** --

1) **Server Coverage** -- "We" cover direct physical loss caused by a covered peril to an "on-site server".

2) **Software Coverage** -- "We" also cover direct physical loss caused by a covered peril to the "Web site software" housed on an "on-site server".

3) **Coverage Limitations** -- "We" only cover "on-site server" and "Web site software":

a) when a "limit" for "on-site server" and "Web site software" is indicated on the "schedule of coverages"; and

b) while at a premises described on the "schedule of coverages".

b. **On-Site Server Coverage Under Hardware and Software** --

1) **Coverage** -- If indicated on the "schedule of coverages", coverage for:

a) an "on-site server" is provided as part of the coverage described under 1. Hardware; and

b) the "Web site software" housed on an "on-site server" is provided as part of the coverage described under 2. Software.

2) **Coverage Limitations** --

a) The "limits" applicable to Hardware and Software are not increased when coverage for "on-site server" and "Web site software" are included under the Hardware and Software coverage sections; and

b) "we" only cover "on-site server" and "Web site software" while at a premises described on the "schedule of coverages".

c. **Off-Site Server** --

1) **Server Coverage** -- "We" cover direct physical loss caused by a covered peril to an "off-site server" that "you":

a) own; or

b) lease and are contractually obligated to insure for loss or damage.

2) **Software Coverage** -- "We" also cover direct physical loss caused by a covered peril to the "Web site software" housed on an "off-site server".

3) **Coverage Limitation** -- "We" only cover "off-site server" and "Web site software" when a "limit" for "off-site server" and "Web site software" is indicated on the "schedule of coverages".

d. **Software Coverage Condition** -- "We" only cover "Web site software" if a duplicate or back-up of the "Web site software" is stored at a building that is at least 100 feet away from the premises where the "on-site server" or "off-site server" is being hosted.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 6 of 19**

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** -- "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** -- "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** -- "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** -- "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** -- "We" do not cover "your" stock in trade.

7. **Loss of Internet Service Provider or Web Host** -- "We" do not cover loss to "your" "Web site server" or "Web site software" that results from the bankruptcy, liquidation, or otherwise going out of business by "your" Internet service provider or Web host.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal** --

   a. **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

   b. **We Do Not Cover** -- This coverage does not include costs to:

      1) extract "pollutants" from land or water; or
      2) remove, restore, or replace polluted land or water.

   c. **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 7 of 19**

d. **Additional Limit** -- "We" pay up to an additional $10,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

e. **You Must Report Your Expenses --** "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Electrical and Power Supply Disturbance** -- "We" cover direct physical loss to covered property caused by:

a. "electrical disturbance"; or

b. "power supply disturbance".

3. **Emergency Removal --**

a. **Coverage** -- "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

b. **Time Limitation** -- This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

4. **Emergency Removal Expenses --**

a. **Coverage** -- "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

b. **Time Limitation** -- This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

c. **Limit** -- The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $2,500.

d. **This Is A Separate Limit** -- The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

5. **Fraud and Deceit --**

a. **Coverage** -- "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

1) to persons who falsely represent themselves as the proper persons to receive the property; or

2) by the acceptance of fraudulent bills of lading or shipping receipts.

b. **Limit** -- The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $2,500.

6. **Mechanical Breakdown Coverage** -- "We" pay for loss to covered property caused by "mechanical breakdown".

---

# SUPPLEMENTAL COVERAGES

---

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 8 of 19**

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1.  **Acquired Locations --**

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.

    b.  **Limit** -- "We" pay up to $500,000 for covered property at locations that "you" acquire.

    c.  **Time Limitation** -- This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

However, this coverage does not go beyond the end of the policy period.

    d.  **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the location.

2.  **Earthquake Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages".

3.  **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages".

4.  **Newly Purchased or Leased Hardware --**

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.

    b.  **Limit** -- The most that "we" pay for any loss under this additional coverage is the least of:

        1)  the actual cash value of the covered property; or
        2)  $500,000.

    c.  **Time Limitation** -- "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        1)  this policy expires;
        2)  60 days after "you" obtain the additional "hardware"; or
        3)  "you" report the additional "hardware" to "us".

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 9 of 19**

d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware".

5. **Off-Site Computers** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you", "your" officers, "your" partners, or "your" employees, while:

   1) at "your" residence or the residence of "your" officers, partners, or employees;
   2) temporarily at a premises that is not described on the "schedule of coverages"; or
   3) in transit between a:

      a) residence or temporary premises; and
      b) premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to off-site covered property is $5,000.

6. **Pollutant Cleanup and Removal** --

a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

7. **Property In Transit** --

a. **Coverage** -- "We" cover direct physical loss to covered property caused by a covered peril while in transit.

b. **Limit** -- The most "we" pay in any one occurrence for loss to covered property in transit is $10,000.

8. **Protection and Control Systems** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "protection and control systems" while at a premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to "protection and control systems" is $10,000.

9. **Recharge of Fire Extinguishing Equipment** --

a. **Coverage** -- "We" pay the expenses "you" incur to recharge "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment when the equipment is discharged:

   1) to fight a fire;
   2) as a result of a covered peril; or
   3) as a result of an accidental discharge.

b. **We Do Not Cover** -- "We" do not pay for "your" expenses to recharge equipment as a result of a discharge during testing or installation.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 10 of 19**

---

c. **Limit** -- The most "we" pay in any one occurrence for "your" expenses to recharge "your" fire extinguishing equipment is $15,000.

d. **Conditions For Replacing Rather Than Recharging** -- If it is less expensive to do so, "we" will pay "your" costs to replace "your" automatic fire extinguishing equipment or hand held fire extinguishing equipment rather than recharge the equipment.

10. **Reproduction Equipment** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "reproduction equipment" while at a premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to "reproduction equipment" is $10,000.

11. **Rewards** --

a. **Coverage** -- "We" pay for reward information that leads to a conviction for:

1) arson,
2) theft, or
3) vandalism including, but not limited to, "computer hacking" and "computer virus".

The conviction must involve a covered loss caused by arson, theft, or vandalism.

b. **Limit** -- The most "we" pay in any one occurrence for reward information is $2,500.

c. **Limit Is Not Increased By The Number of Persons Providing Information** -- The amount "we" pay is not increased by the number of persons involved in providing the information.

12. **Sewer Backup and Water Below the Surface** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by:

a. water that backs up through a sewer or drain; or

b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

13. **Software Storage** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.

b. **Coverage Condition** -- Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages".

c. **Limit** -- The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $50,000.

14. **Telecommunications Equipment** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to "telecommunications equipment" while at a premises described on the "schedule of coverages".

b. **Limit** -- The most "we" pay in any one occurrence for loss to "telecommunications equipment" is $10,000.

15. **Virus and Hacking Coverage** --

a. **Coverage** -- "We" cover direct physical loss to covered "hardware", "software", "Web site server", and "Web site software" caused by a "computer virus" or by "computer hacking".

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS
IM 7200 10 02
Page 11 of 19**

b. **We Do Not Cover** -- "We" do not cover:

1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware", or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

4) except as provided under the Supplemental Income Coverages section of the Electronic Data Processing - Income Coverage Part (if attached to this policy), denial of access to or services from "your" "hardware", "your" computer network, or "your" Web site.

c. **Limits** -- The most "we" pay in any one occurrence under this Supplemental Coverage is $25,000.

The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $75,000.

# PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

# PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement** -- Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

"We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

c. **Flood** -- Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood". However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 12 of 19**

---

d. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **Sewer Backup and Water Below the Surface** -- Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

   1) water that backs up through a sewer or drain; or
   2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

   But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

f. **War and Military Action** -- "We" do not pay for loss caused by:

   1) war, including undeclared war or civil war; or
   2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
   3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

a. **Computer Virus or Computer Hacking** -- Except as provided under Supplemental Coverages - Virus and Hacking Coverage, "we" do not pay for:

   1) any direct or indirect loss or damage; or
   2) loss of access, loss of use, or loss of functionality

   caused by a "computer virus" or by "computer hacking".

b. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

   1) "you";
   2) others who have an interest in the property;
   3) others to whom "you" entrust the property;
   4) "your" partners, officers, directors, trustees, or joint adventurers; or
   5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

   This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

   This exclusion does not apply to covered property in the custody of a carrier for hire.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 13 of 19**

c. **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

d. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril".

"We" do pay for any resulting loss caused by a "specified peril".

e. **Temperature/Humidity** -- "We" do not pay for loss to covered property caused by:

1) dryness, dampness, humidity; or
2) changes in or extremes of temperature.

However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware".

f. **Voluntary Parting** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

a. **Contamination, Deterioration, Rust, or Corrosion** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

This exclusion does not apply to loss caused by "mechanical breakdown".

b. **Wear and Tear or Obsolescence** -- "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

a. give "us" or "our" agent prompt notice, including a description of the property involved ("we" may request written notice); and

b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

a. **Payment of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs.

b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3. **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

a. the time, place, and circumstances of the loss;

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 14 of 19**

b. other policies of insurance that may cover the loss;

c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d. changes in title of the covered property during the policy period; and

e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Hardware and Web Site Servers** -- The following is the value of "hardware" and "Web site servers":

   a. **Hardware and Servers That Are Replaced** -- The value of "hardware" and "Web site servers" that are replaced will be based on the cost of replacing the "hardware" and "Web site servers" with new equipment that is functionally comparable to the "hardware" and "Web site servers" that are being replaced.

   b. **Hardware and Servers That Are Not Replaced** -- The value of "hardware" and "Web site servers" that are not repaired or replaced will be based on the actual cash value at the time of loss (with a deduction for depreciation).

   c. **Partial Loss** -- In no event will "we" pay more than the reasonable cost of restoring partially damaged "hardware" and "Web site servers" to their condition directly prior to the damage.

2. **Software** -- The following is the value of "software" and, for the purposes of determining valuation only, includes "Web site software":

   a. **Programs and Applications** --

      1) **Cost To Reinstall** -- The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

      2) **If The Original Discs Are Lost** -- If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 15 of 19**

b. **Proprietary Programs --**

1) **Cost of Reproduction --** The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

2) **If Duplicate Copies Do Not Exist --** If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs".

c. **Data Records --**

1) **Cost of Reproduction --** The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

2) **If Duplicate Copies Do Not Exist --** If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

d. **Media --** The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3. **Other Equipment --**

a. **Replacement Cost --** The value of "telecommunications equipment", "reproduction equipment", and "protection and control systems" will be based on the replacement cost without any deduction for depreciation.

b. **Replacement Cost Limitation --** The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

c. **Replacement Cost Does Not Apply Until Repair or Replacement --** Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

d. **Time Limitation --** "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

4. **Pair or Set --**

a. **Reasonable Proportion of Value --**The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

b. **Provision Does Not Apply To Software --** The Pair or Set provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

5. **Loss To Parts --** The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 16 of 19**

## HOW MUCH WE PAY

1.  **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2.  **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

3.  **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

    The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

4.  **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., 6., and 7. under How Much We Pay, "we" pay the lesser of:

    a.  the amount determined under Valuation;

    b.  the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

    c.  the "limit" that applies to the covered property.

5.  **Coinsurance** --

    a.  **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

    b.  **How We Determine Our Part of The Loss** -- "Our" part of the loss is determined using the following steps:

        1)  multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
        2)  divide the "limit" for covered property by the result determined in 5.a. above;
        3)  multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

        The most "we" pay is the amount determined in 5.c. above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

    c.  **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

    d.  **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

    e.  **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

6.  **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 17 of 19**

7. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

   b. **Notice of Our Intent To Rebuild, Repair, or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

   a. **Adjustment and Payment of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

   b. **Conditions For Payment of Loss** -- An insured loss will be payable 30 days after:

      1) a satisfactory proof of loss is received, and
      2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property of Others** --

   a. **Adjustment And Payment of Loss To Property of Others** -- Losses to property of others may be adjusted with and paid to:

      1) "you" on behalf of the owner; or
      2) the owner.

   b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 18 of 19**

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

   2) "your" legal representative.

   This person or organization is an insured only with respect to property covered by this coverage.

   b. Policy Period Is Not Extended -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7200 10 02**
**Page 19 of 19**

e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** -- Except as indicated under Virus and Hacking Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**IM 7200 10 02**

Copyright, American Association of Insurance Services, Inc., 2002

**AAIS**
**IM 7215 09 03**
**Page 1 of 8**

# ELECTRONIC DATA PROCESSING
## INCOME COVERAGE PART

Coverage provided under this coverage part is also subject to the "terms" and conditions in the Electronic Data Processing - Equipment Coverage Part under the sections titled Agreement, Definitions, Property Not Covered, What Must Be Done In Case Of Loss, Loss Payment, and Other Conditions.

## ADDITIONAL DEFINITIONS

1. "Business" means the usual business operations occurring at a premises described on the "schedule of coverages".

2. "Restoration period" means:

    a. The time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" that is caused by a covered peril and ending on the date:

        1) the property should be rebuilt, repaired, or replaced; or
        2) business is resumed at a new permanent location.

        This is not limited by the expiration date of the policy.

    b. The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

        1) regulates the construction, use, or repair of any property; or

    2) requires the demolition of any property, in part or in whole, not damaged by a covered peril.

    The ordinance, law, or decree must be in force at the time of loss.

    "Restoration period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants".

    c. Only as regards coverage described under Off Premises Utility Service Interruption; Interruption of Web Site (if added to this coverage part by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

        1) property not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another utility supplier;
        2) "your" Web Site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and
        3) property in transit;

    and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
IM 7215 09 03
Page 2 of 8

## COVERAGE OPTIONS

One of the following described coverage options applies when that option is indicated on the "schedule of coverages":

1.  Earnings and Extra Expense; or

2.  Extra Expense only.

## COVERAGES

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1.  **Coverages** --

    a.  **Covered Property** -- "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" as a result of a covered peril.

    b.  **Described Premises And Air Conditioning System** -- "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted as a result of direct physical loss of or damage to:

        1)  a premises described on the "schedule of coverages" that prevents "you" from using covered property; or
        2)  the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business".

    c.  **If You Lease Your Premises** -- If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

2.  **Earnings** -- "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business", including but not limited to payroll expense.

3.  **Extra Expense** -- "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a covered peril.

    a.  **Expenses To Reduce Interruption** -- "We" cover any extra expense to avoid or reduce the interruption of "your" data processing operations and continue operating at a premises described on the "schedule of coverages", replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

        "We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period".

    b.  **Expenses To Repair/Restore Property And Information** -- To the extent that they reduce a loss otherwise payable under this Coverage Part, "we" will cover any extra expenses to:

        1)  repair, replace, or restore any property; and
        2)  research, replace, or restore information on damaged documents, manuscripts, or records that:

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
IM 7215 09 03
Page 3 of 8

a) are inscribed, printed, or written; or
b) exist on electronic or magnetic media.

## EXCLUSIONS AND LIMITATIONS

The following exclusions apply in addition to the exclusions and limitations in the Electronic Data Processing - Equipment Coverage Part.

1. **Error or Omission In Programming** -- "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware".

2. **Leases, Licenses, Contracts, or Orders** -- "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

   However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business".

   "We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period".

3. **Strikes, Protests, and Other Interference** -- "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages". This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business".

4. **Utility Failure** -- Except as provided under Supplemental Income Coverages, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises.

"We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

5. **Interruption of Web Site** -- "We" do not pay for loss caused by or resulting from the interruption of "your" Web site. "We" do not pay for loss caused by or resulting from the interruption of "your" Web site regardless of the cause of the interruption.

## INCOME COVERAGE EXTENSIONS

**Provisions That Apply To Income Coverage Extensions** -- The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages". If a different "limit" or limitation is indicated on the "schedule of coverages", that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit".

1. **Interruption by Civil Authority** --

   a. **Coverage** -- "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" is specifically denied by an order of civil authority.

   b. **Coverage Limitation** -- The order of civil authority must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" and must be caused by a covered peril.

   c. **Time Limitation** -- Unless otherwise indicated on the "schedule of coverages", this coverage extension is limited to 30 consecutive days from the date of the order.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7215 09 03**
**Page 4 of 8**

2. **Period of Loss Extension After Business Resumes** --

   a. **Coverage** -- "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

      1) the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages"); or
      2) the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

      whichever is earlier.

   b. **Coverage Limitation** -- Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" as a result of a covered peril.

# SUPPLEMENTAL INCOME COVERAGES

**Provisions That Apply To Supplemental Income Coverages** -- Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages".

The following Supplemental Income Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages". If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit". The "limit" available for coverage described under a Supplemental Income Coverage:

a. is the only "limit" available for the described coverage; and

b. is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit".

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

1. **Acquired Locations** --

   a. **Coverage** -- "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

   b. **Time Limitation** -- This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us", whichever occurs first.

      However, this coverage does not go beyond the end of the policy period.

   c. **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the location.

   d. **Limit** -- The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $50,000.

2. **Earthquake Coverage** -- If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by earthquake and volcanic eruption.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7215 09 03**
**Page 5 of 8**

3. **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by "flood".

4. **Off Premises Utility Service Interruption** --

   a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a premises described on the "schedule of coverages" and that is owned by a utility, a landlord, or another supplier who provides "you" with:

      1) power or gas;
      2) telecommunications including, but not limited to, Internet access; or
      3) water.

   b. **Overhead Transmission Lines Exclusion** -- If the "schedule of coverages" indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you". Overhead transmission lines include, but are not limited to:

      1) overhead transmission and distribution lines;
      2) overhead transformers and similar equipment; and
      3) supporting poles and towers.

   c. **Waiting Period Limitation** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

   d. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Coverage is $25,000.

5. **Property In Transit** --

   a. **Coverage** -- Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

   b. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

6. **Sewer Backup and Water Below the Surface** -- If coverage is indicated on the "schedule of coverages", "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by:

   a. water that backs up through a sewer or drain; or

   b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7215 09 03**
**Page 6 of 8**

7. **Virus and Hacking Coverage** --

   a. **Coverage** -- Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:

      1) direct physical loss or damage to covered "software" and "hardware"; or
      2) denial of access to or services from "your" "hardware" or "your" computer network.

   b. **We Do Not Cover** -- "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:

      1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
      2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered; and
      3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs.

      Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets.

   c. **Waiting Period Limitation** -- Unless otherwise indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

   d. **Limit** -- The most "we" pay in any one occurrence under this Supplemental Income Coverage is $25,000.

      The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $75,000.

## WHAT MUST BE DONE IN CASE OF LOSS

Other "terms" relating to What Must Be Done In Case Of Loss also apply. These "terms" are described in the Electronic Data Processing - Equipment Coverage Part.

1. **Notice** -- In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **Intent To Continue Business** -- If "you" intend to continue "your" "business", "you" must resume all or part of "your" "business" as soon as possible.

## VALUATION

1. **Earnings** --

   a. **Determining An Earnings Loss** -- In determining an earnings loss, "we" consider:

      1) the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

Copyright, American Association of Insurance Services, Inc., 2003

2) "your" continuing operating expenses normally incurred by "your" "business", including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

3) pertinent sources of information and reports including:

   a) "your" accounting procedures and financial records;
   b) bills, invoices, and other vouchers;
   c) contracts, deeds, and liens;
   d) reports on feasibility and status; and
   e) records documenting "your" budget and marketing objectives and results.

b. **Conditions For Non-Payment of Increased Loss** -- "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business". This includes making use of other locations and property to reduce the loss.

c. **Loss Payment If You Do Not Resume Your Business** -- If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

2. **Extra Expense** -- In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

## HOW MUCH WE PAY

Other "terms" relating to How Much We Pay also apply. These "terms" are described in the Electronic Data Processing - Equipment Coverage Part.

1. **Income Coverage Limit** -- "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" for any one loss. Payment for earnings and extra expense combined does not exceed the "limit".

2. **Waiting Period** --

   a. **Waiting Period Limitation** -- If an Income Coverage waiting period is indicated on the "schedule of coverages", "we" do not pay for "your" loss of earnings until after the first 24-hours (unless otherwise indicated on the "schedule of coverages") following the direct physical loss of or damage to covered property caused by a covered peril.

   This waiting period does not apply to extra expenses that "you" incur.

   b. **Waiting Period Limitation For Civil Authority** -- As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

      1) for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages") after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and
      2) for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7215 09 03**
**Page 8 of 8**

c. **Other Waiting Period Limitations** -- The waiting period described under Off Premises Utility Service Interruption, Interruption of Web Site (if added to this coverage part by endorsement), and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

3. **Coinsurance --**

a. **When Coinsurance Applies** -- "We" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of:

1) "your" net income (net profit or loss before income taxes); and
2) continuing operating expenses

projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business".

b. **How We Determine Our Part of The Loss** -- "Our" part of the loss is determined using the following steps:

1) multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;
2) divide the "limit" by the figure determined in 1) above; and
3) multiply the total amount of loss by the figure determined in 2) above.

"We" pay the amount determined in 3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

c. **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply:

1) unless a coinsurance percentage is indicated on the "schedule of coverages"; and
2) to coverage for extra expense.

## LOSS PAYMENT

See the Electronic Data Processing - Equipment Coverage Part.

## OTHER CONDITIONS

The following condition applies as it relates to this Coverage Part, other "terms" also apply. These "terms" are described in the Electronic Data Processing - Equipment Coverage Part.

**Appraisal** -- If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by appraisal in accordance with the provisions described In the Electronic Data Processing - Equipment Coverage Part under Other Conditions, Appraisal.

**IM 7215 09 03**

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**IM 7239 01 12**
**Page 1 of 2**

**POLICY NUMBER**
**CPP20926450602**

# EARTHQUAKE, FLOOD, AND SEWER BACKUP SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## EARTHQUAKE COVERAGE

[X] **Coverage Not Provided**

**Covered Locations** (check one)

[ ] Coverage applies to all locations described on the "schedule of coverages".

[ ] Indicate location number that corresponds to location that is described on the "schedule of coverages":

Loc. No. ___     Loc. No. ___     Loc. No. ___     Loc. No. ___     Loc. No. ___

Loc. No. ___     Loc. No. ___     Loc. No. ___     Loc. No. ___     Loc. No. ___

**Limits**

"Aggregate Limit"   $_____        "Occurrence Limit"   $_____

"Catastrophe Limit" $_____

**Income Coverage**

[ ] Coverage Included

[X] Coverage Not Provided

## FLOOD COVERAGE

[X] **Coverage Not Provided**

**Covered Locations** (check one)

[ ] Coverage applies to all locations described on the "schedule of coverages".

Copyright, American Association of Insurance Services, Inc., 2012

**AAIS**
**IM 7239 01 12**
**Page 2 of 2**

[ ] Indicate location number that corresponds to location that is described on the "schedule of coverages":

Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___

Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___

**Limits**

"Aggregate Limit"  $_____    "Occurrence Limit"  $_____

"Catastrophe Limit" $_____

**Income Coverage**

[ ] Coverage Included

[X] Coverage Not Provided

---

## SEWER BACKUP COVERAGE

---

[X] **Coverage Not Provided**

**Covered Locations** (check one)

[ ] Coverage applies to all locations described on the "schedule of coverages".

[ ] Indicate location number that corresponds to location that is described on the "schedule of coverages":

Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___

Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___    Loc. No. ___

**Limits**

"Aggregate Limit"  $_____    "Occurrence Limit"  $_____

"Catastrophe Limit" $_____

**Income Coverage**

[ ] Coverage Included

[X] Coverage Not Provided

---

**IM 7239 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

Installation Floater Coverage

**INSTALLATION FLOATER COVERAGE DECLARATIONS**
**COMMERCIAL INLAND MARINE COVERAGE PART**

| NAMED INSURED<br>PREMIER DESIGN & BUILD GROUP, LLC | EFFECTIVE DATE<br>07/01/2020 | POLICY NUMBER<br>CPP20926450602 |
|---|---|---|

**COVERAGES**

[X] Installation Floater Coverage – Reporting Form

[  ] Installation Floater Coverage – Scheduled Locations

IN RETURN FOR THE PAYMENT OF PREMIUM AND SUBJECT TO ALL THE "TERMS" OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY. THE COMMON POLICY DECLARATIONS AND COMMERCIAL INLAND MARINE CONDITIONS ALSO APPLY.

**PLEASE READ THIS CAREFULLY**

**ENDORSEMENTS ATTACHED**

**SEE ENDORSEMENT SCHEDULE**

**TAX OR SURCHARGE:    SEE TAX, SURCHARGE & FEE SCHEDULE**

**TOTAL ANNUAL PREMIUM FOR THIS COVERAGE(S):**  ▮

IM DS 70 39 05 10

**Page 1 of 3**

# SCHEDULE OF COVERAGES
## INSTALLATION FLOATER COVERAGE
## REPORTING FORM

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## PROPERTY COVERED

Limit

**Jobsite Limit** -- The most
"we" pay for loss to any one "jobsite" is:                 $ 100,000

**Catastrophe Limit** -- The most "we" pay for loss
in any one occurrence is:                                 $ 100,000

## COVERAGE EXTENSIONS

| | |
|---|---|
| Additional Debris Removal Expenses | $ |
| Emergency Removal | _____ days |
| Emergency Removal Expenses (N/A Arkansas) | $ |
| Fraud and Deceit | $ |
| Limited Fungus Coverage (N/A Louisiana – New York) | $ |
| Waterborne Property | $ |

## SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Contract Penalty | $ |
| Expediting Expenses | $ |
| Personal Property | $ |
| Pollutant Cleanup And Removal | $ |
| Rewards (N/A New York) | $ |
| Sewer Backup Coverage | $ |
| Storage Locations | $ 100,000 |
| Testing | $ 10,000 |
| Transit | $ 100,000 |

**IM DS 70 34 10 15**

Page 2 of 3

## SUPPLEMENTAL COVERAGES (cont)

Earth Movement and Volcanic Eruption Coverage (check one)

[X]  Coverage Not Provided

[ ]  Coverage Provided, as described below:

Earth Movement Limit -- The most "we" pay
for loss to property in any one building or
structure is:                                                            $_____

Earth Movement Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:                  $_____

Flood Coverage (check one)

[X]  Coverage Not Provided

[ ]  Coverage Provided, as described below:

Flood Limit -- The most "we" pay
for loss to property in any one building or
structure is:                                                            $_____

Flood Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:                  $_____

## REPORTING CONDITIONS (check one)

[X]  Reporting Conditions waived

[ ]  Reporting Conditions applicable as described below:

(check one)
-- Reporting Period                     -- Adjustment Period

  [ ]  Monthly                               [ ]  Monthly

  [ ]  Quarterly                             [ ]  Quarterly

  [ ]  Annual                                [ ]  Annual

**Additional Premium Due After Expiration** -- When the premium for the
coverage provided by this policy is based upon reports of value any additional
premium owed to "us" is due on the due date that appears on the billing notice.

Includes copyrighted material of American Association of Insurance Services, 2005,
with its permission.

IM DS 70 34 10 15

**Page 3 of 3**

## REPORTING CONDITIONS (cont.)

| Rate | Project/Installation |
|------|---------------------|
| | **VARIOUS** |
| | **JOBSITES, IL 60143** |
| 0.1100 | |
| | |
| | |

-- Premiums

Deposit Premium                                    $ .00

Minimum Premium                                    $

## DEDUCTIBLE

Deductible Amount                                  $ 1,000

| Check if applicable: | Dollar Deductible Amount | Percentage Deductible Amount |
|---|---|---|
| [ ]  Earth Movement Coverage | $ | |
| [ ]  Flood Coverage | $ | |
| [ ]  Sewer Backup Coverage | $ | |
| [ ]  Wind and Hail | $ | _____ % |

## OPTIONAL COVERAGES AND ENDORSEMENTS

Includes copyrighted material of American Association of Insurance Services, 2005, with its permission.

IM DS 70 34 10 15

Page 1 of 19

# INSTALLATION FLOATER COVERAGE
## REPORTING FORM

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Installation Floater Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2.  The words "we", "us", and "our" mean the company providing this coverage.

3.  "Earth movement" means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting, of earth.

4.  "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

5.  "Fungus" means:

    a.  a fungus, including but not limited to mildew and mold;

    b.  a protist, including but not limited to algae and slime mold;

    c.  wet rot and dry rot;

    d.  a bacterium; or

    e.  a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

6.  "Jobsite" means any location, project, or work site where "you" are involved in an installation or construction project.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

7.  "Limit" means the amount of coverage that applies.

8.  "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

9.  "Schedule of coverages" means:

    a.  all pages labeled schedule of coverages or schedules that pertain to this coverage; and

    b.  declarations or supplemental declarations that pertain to this coverage.

10. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

11. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a.  personal property in the open; or

    b.  the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

12. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

13. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that "you" are installing, constructing, or rigging as part of "your" installation or construction project.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

2. **Coverage Limitations** -- "We" only cover:

   a. materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" completed installation or construction project; and

   b. an installation or construction project at "your" "jobsite".

3. **Materials, Supplies, Machinery, Fixtures, And Equipment Means** -- Materials, supplies, machinery, fixtures, and equipment means:

   a. "your" materials, supplies, machinery, fixtures, and equipment; and

   b. similar property of others that is in "your" care, custody, or control.

## PROPERTY NOT COVERED

1. **Airborne Property** -- "We" do not cover property while airborne except while in transit on a regularly scheduled airline flight.

2. **Buildings, Structures, And Land** -- "We" do not cover buildings, structures, or land.

   However, "we" do cover property that is part of "your" installation or construction project and is in connection with any building or structure.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Machinery, Tools, Equipment** -- "We" do not cover machinery, tools, equipment, or similar property that will not become a permanent part of "your" installation or construction project.

5. **Money And Securities** -- "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6. **Trees, Shrubs, And Plants** -- "We" do not cover trees, shrubs, plants, or lawns.

7. **Waterborne Property** -- Except as provided under Coverage Extensions - Waterborne Property, "we" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Page 4 of 19

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1.  **Debris Removal** --

    a.  **Coverage** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

    b.  **We Do Not Cover** -- This coverage does not include costs to:

        1)  extract "pollutants" from land or water; or
        2)  remove, restore, or replace polluted land or water.

    c.  **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

    d.  **Additional Limit** -- "We" pay up to an additional $20,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.
    e.  **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2.  **Emergency Removal** --

    a.  **Coverage** -- "We" cover any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

    b.  **Time Limitation** -- This coverage applies for up to ten days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

3.  **Emergency Removal Expenses** --

    a.  **Coverage** -- "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

    b.  **Time Limitation** -- This coverage applies for up to ten days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

    c.  **Limit** -- The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $10,000.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

d. **This Is A Separate Limit** -- The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

4. **Fraud And Deceit** --

   a. **Coverage** -- "We" cover theft of covered property when "you", "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

      1) to persons who falsely represent themselves as the proper persons to receive the property;
      2) by the acceptance of fraudulent bills of lading or shipping receipts; or
      3) as a result of or directly related to the use of any electronic data processing hardware or software.

   b. **Limit** -- The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $10,000.

5. **Limited Fungus Coverage** --

   a. **Coverage** -- "We" pay for direct physical loss to covered property caused by or relating to the existence of or any activity of "fungus".

   b. **Coverage Limitation** -- "We" only cover loss caused by "fungus":

      1) when the "fungus" is the result of:

         a) a "specified peril" other than fire or lightning; or
         b) "flood" (if the Flood Coverage is provided under this policy);

         that occurs during the policy period; and

      2) if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

   c. **Limit** -- The most "we" pay for all losses at all installation or construction projects is $15,000, unless another "limit" is indicated on the "schedule of coverages". The Limited Fungus Limit applies regardless of the number of claims made.

      The Limited Fungus Limit applies regardless of the number of locations, buildings or structures, or projects insured under this policy.

      The Limited Fungus Limit is the most that "we" pay for the total of all loss or damage arising out of all occurrences of "specified perils", other than fire or lightning, or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

   d. **If The Policy Period Is Extended** -- If the policy period is extended for an additional period of less than 12 months, this additional period will be considered part of the preceding period for the purpose of determining the Limited Fungus Limit.

   e. **Recurrence And Continuation Of Fungus** -- Limited Fungus Limit is the most that "we" pay with respect to a specific occurrence of a loss which results in "fungus" even if such "fungus" recurs or continues to exist during this or any future policy period.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Page 6 of 19

    f.  **Limit Applies To Other Costs Or Expenses** -- Limited Fungus Limit also applies to any cost or expense to:

      1)  clean up, contain, treat, detoxify, or neutralize "fungus" on covered property or remove "fungus" from covered property;

      2)  remove and replace those parts of covered property necessary to gain access to "fungus"; and

      3)  test for the existence or level of "fungus" following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus" is present.

    g.  **Loss Not Caused By Fungus** -- If there is a covered loss or damage to covered property not caused by "fungus", loss payment will not be limited by the "terms" of this coverage extension. However, to the extent that "fungus" causes an increase in the loss, that increase is subject to the "terms" of this coverage extension.

6.  **Waterborne Property** --

    a.  **Coverage** -- "We" cover direct physical loss caused by a covered peril to covered property while waterborne.

    b.  **Limit** -- The most "we" pay in any one occurrence for loss to waterborne property is $10,000.

---

# SUPPLEMENTAL COVERAGES

---

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

<u>Page 7 of 19</u>

1. **Contract Penalty** --

   a. **Coverage** -- "We" pay for the cost of contractual penalties for non-completion that "you" are assessed or are required to pay because "you" are unable to complete work on a covered installation or construction project in accordance with the terms or conditions of the installation or construction contract.

   b. **Coverage Limitation** -- "Your" inability to complete "your" installation or construction project on time must be as a direct result of a loss by a covered peril to a covered installation or construction project.

   c. **Limit** -- The most "we" pay in any one occurrence for all contractual penalties is $5,000.

2. **Earth Movement and Volcanic Eruption Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property.

3. **Expediting Expenses** --

   a. **Coverage** -- When a covered peril occurs to a covered installation or construction project, "we" pay for reasonable expediting expenses necessary to complete installation or construction within the time frame specified in the installation or construction contract.

      Expediting expenses include, but are not limited to, additional:

      1) labor or overtime;
      2) transportation costs and storage expense;
      3) expense to rent additional equipment; and
      4) similar installation or construction expenses.

   b. **Limit** -- The most "we" pay in any one occurrence for all expediting expenses is $10,000.

4. **Flood Coverage** -- If coverage is indicated on the "schedule of coverages", "we" cover direct physical loss caused by "flood" to covered property.

   We will pay for direct physical loss or damage to covered property, designated in the "schedule of coverages" caused by flood of a building or any part of a building insured under this Endorsement, if the flood is caused by;

   1) the overflow of a river, stream or other body of water; or
   2) the bursting, collapse of or overflow from a dam or reservoir.

Flood coverage does not apply to any location(s) designated by the Federal Emergency Management Agency, as Flood Zone "A", "AE", "A1-30", "AH", "AO", "AR", "A99", "V", "VE" AND "V1-30".

5. **Personal Property** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to business personal property that will not become a permanent part of a covered installation or construction project.

   b. **Coverage Limitation** -- "We" only cover business personal property while being installed or stored in a covered installation or construction project.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

**IM 80 03 12 06**

    c. **Limit** -- The most "we" pay in any one occurrence for loss to personal property is $10,000.

6. **Pollutant Cleanup And Removal** --

    a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

    b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

    c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

    However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

    d. **Limit** -- The most "we" pay for each location is $25,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

7. **Rewards** --

    a. **Coverage** -- "We" pay a reward for information that leads to a conviction for:

        1) arson;
        2) theft; or
        3) vandalism.

    The conviction must involve a covered loss caused by arson, theft, or vandalism.

    b. **Limit** -- The most "we" pay in any one occurrence for a reward for information is $5,000.

    c. **Limit Is Not Increased By The Number Of Persons Providing Information** -- The amount "we" pay is not increased by the number of persons involved in providing the information.

8. **Sewer Backup Coverage** --

    a. **Coverage** -- "We" cover direct physical loss to a covered installation or construction project caused by:

        1) water that backs up through a sewer or drain; or
        2) water below the surface of the ground including water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

    b. **Limit** -- The most "we" pay in any one occurrence for loss caused by sewer backup and water below the surface is $10,000.

9. **Storage Locations** --

    a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" installation or construction project while they are at a storage location that is not described on the "schedule of coverages". This includes location of insured.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

b. **Limit** -- The most "we" pay in any one occurrence for loss to property at a storage location is $10,000.

10. **Testing** --

a. **Coverage** -- "We" cover direct physical loss to covered property caused by a covered peril that results from testing.

   Testing includes start-up, performance, stress, pressure, or overload testing of materials, supplies, machinery, fixtures, and equipment that will become a permanent part of a covered installation or construction project.

b. **Limit** -- The most "we" pay in any one occurrence for loss resulting from testing is $10,000.

11. **Transit** --

a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to materials, supplies, machinery, fixtures, and equipment that will become a permanent part of "your" installation or construction project while they are in transit.

b. **Limit** -- The most "we" pay in any one occurrence for loss to property in transit is $10,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement Or Volcanic Eruption** -- Except as provided under Supplemental Coverages – Earth Movement Coverage, "we" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

   "We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

This exclusion does not apply to covered property while in transit.

c.  **Flood** -- Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood".

   "We" do cover direct loss by fire, explosion, or sprinkler leakage resulting from "flood".

   This exclusion does not apply to covered property while in transit.

d.  **Fungus** -- Except as provided under Coverage Extensions - Limited Fungus Coverage, "we" do not pay for loss, cost, or expense caused by or relating to the existence of or any activity of "fungus".

   But if "fungus" results in a "specified peril", we cover loss or damage caused by that "specified peril".

   This exclusion does not apply to:

   1)  loss that results from fire or lightning; or
   2)  collapse caused by hidden decay.

e.  **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

f.  **Ordinance Or Law** -- "We" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

   "We" do not pay for loss regardless if the loss is caused by or results from the:

   1)  enforcement of any code, ordinance, or law even if a building or structure has not been damaged; or
   2)  increased costs that "you" incur because of "your" compliance with a code, ordinance, or law during the construction, repair, rehabilitation, remodeling, or razing of a building or structure, including the removal of debris, following a direct physical loss to the property.

g.  **Penalties** -- Except as provided under Supplemental Coverages - Contract Penalty, "we" do not pay for loss caused by penalties for non-completion or non-compliance with any contract terms or conditions.

h.  **Sewer Backup And Water Below The Surface** -- Except as provided under Supplemental Coverages - Sewer Backup Coverage, "we" do not pay for loss caused by:

   1)  water that backs up through a sewer or drain; or
   2)  water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

   "We" do cover direct loss by fire, explosion, or theft resulting from either water that backs up through a sewer or drain or water below the surface of the ground.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

This exclusion does not apply to covered property while in transit.

i. **War And Military Action** -- "We" do not pay for loss caused by:

1) war, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

a. **Contamination Or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

But if contamination or deterioration results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

b. **Criminal, Fraudulent, Dishonest, Or Illegal Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Defects, Errors, And Omissions** -- "We" do not pay for loss caused by:

1) an act, defect, error, or omission (negligent or not) relating to:

a) design or specifications;
b) workmanship or construction; or
c) repair, renovation, or remodeling; or

2) a defect, weakness, inadequacy, fault, or unsoundness in materials.

But if a defect, error or omission as described above results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

d. **Electrical Currents** -- "We" do not pay for loss caused by arcing or by electrical currents other than lightning.

But if arcing or electrical currents other than lightning result in a covered peril, "we" do cover the loss or damage caused by that covered peril.

However, this exclusion does not apply to loss resulting from testing as specifically provided under Supplemental Coverages - Testing.

e. **Explosion, Rupture, Or Bursting** -- "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines.

This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

f. **Loss Of Use** -- "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

g. **Mechanical Breakdown** -- "We" do not pay for loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force.

But if a mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

However, this exclusion does not apply to loss resulting from testing as specifically provided under Supplemental Coverages - Testing.

h. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

i. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or
2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

j. **Temperature/Humidity** -- "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

But if drying, dampness, humidity, or changes in or extremes of temperature results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Page 13 of 19

k. **Voluntary Parting** -- Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l. **Wear And Tear** -- "We" do not pay for loss caused by wear and tear, marring, or scratching.

But if wear and tear, marring, or scratching results in a covered peril, "we" do cover the loss or damage caused by that covered peril.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

    a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

    b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

    a. **Payment Of Reasonable Costs** -- "We" pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

    b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

    a. the time, place, and circumstances of the loss;

    b. other policies of insurance that may cover the loss;

    c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

    d. changes in title of the covered property during the policy period; and

    e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

5.  **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.  **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7.  **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.  **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9.  **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

---

## VALUATION

1.  **Actual Cost To Repair, Replace, Or Rebuild** --

    a.  **The Value Will Be Based On** -- The value of covered property will be based on the lesser of the following amounts:

        1)  The actual cost to repair, replace, or rebuild the covered property with materials of like kind and quality. The actual cost may include material, labor, reasonable overhead and profit, and delivery charges.
        2)  The amount "you" actually spend to repair, replace, or rebuild the covered property.

    b.  **Payment Limitation** -- In no event will "we" pay more than the "limit" indicated on the "schedule of coverages".

2.  **Pair Or Set** -- The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3.  **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

---

## HOW MUCH WE PAY

1.  **Insurable Interest** -- "We" do not pay for more than "your" insurable interest in any property.

2.  **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Earth Movement, Flood, Sewer Back-up and Wind may be shown as a dollar or a percentage. When indicated as a percentage, the deductible is that percentage of the value of the covered property(s) at the time of loss.

3. **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single loss. This 168-hour period is not limited by the policy expiration.

4. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 3., 5., and 6. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** --

   a. **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   b. **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1. **Loss Payment Options** --

   a. **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;
      2) pay the cost of repairing or replacing the lost or damaged property;
      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
      4) take all or any part of the property at the agreed or appraised value.

   b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** --

   a. **Adjustment And Payment Of Loss** -- "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Page 16 of 19

   b.  **Conditions For Payment Of Loss** -- An insured loss will be payable 30 days after:

       1)  a satisfactory proof of loss is received; and
       2)  the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others** --

   a.  **Adjustment And Payment Of Loss To Property Of Others** -- Losses to property of others may be adjusted with and paid to:

       1)  "you" on behalf of the owner; or
       2)  the owner.

   b.  **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

---

# REPORTING CONDITIONS

---

1. **Reports** --

   a.  **You Will Report To Us** -- Within 30 days after the end of each reporting period indicated on the "schedule of coverages", "you" will report to "us" the total receipts (collected and uncollected) earned from "your" installation or construction projects during the reporting period indicated on the "schedule of coverages". Receipts include the amounts "you" earn from materials, labor, reasonable overhead and profit, and delivery charges that are part of "your" installation or construction projects.

   b.  **Cancellation** -- If "your" coverage is canceled, "you" will report the total receipts (collected and uncollected) earned from "your" installation or construction projects up to and including the date of cancellation and pay any additional premium due.

2. **Premium Computation And Adjustment** -- The premium will be adjusted as of each adjustment period indicated on the "schedule of coverages". The computed premium will be determined by multiplying the total earned receipts by the rate indicated on the schedule.

   a.  **Annual Adjustment** -- When an annual adjustment period is indicated on the "schedule of coverages", "we" will compare the total computed premium to the deposit premium. If it is more than the deposit premium, "you" will pay "us" the difference. If it is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the schedule.

   b.  **Other Adjustment Period** -- When any other premium adjustment period is indicated, "we" will apply the computed premium to the deposit premium until it is exhausted. "You" will pay "us" all premiums that exceed the deposit premium. At the end of the policy period, if the computed premium is less than the deposit premium, "we" will pay "you" the difference subject to the minimum premium indicated on the "schedule of coverages".

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

3. **Provisions That Affect How Much We Pay** -- The following provisions apply to reports that are submitted and may affect How Much We Pay:

   a. **Failure To Submit Reports** -- If "you" have failed to submit the required reports or no report has been submitted, the most "we" will pay is 90% of the "limit".

   b. **Reported Values Are Less Than The Full Value** -- If "your" last report before a loss shows less than the actual total receipts earned during the reporting period, "we" will only pay a part of the loss. "We" will not pay a greater portion of the loss, prior to the application of the deductible, than the total receipts "you" reported divided by the total receipts "you" actually earned from "your" projects during the reporting period.

   c. **We Will Not Pay More Than The Limit** -- "We" will not pay more than the applicable "limit" regardless of any reported value used in computing the premium.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

   a. **Your Death** -- On "your" death, "we" cover the following as an insured:

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Page 18 of 19

1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

2) "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

a. "you" or any other insured have willfully concealed or misrepresented:

1) a material fact or circumstance that relates to this insurance or the subject thereof; or

2) "your" interest herein.

b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

a. "you" must notify "us" promptly if "you" recover property or receive payment;

b. "we" must notify "you" promptly if "we" recover property or receive payment;

c. any recovery expenses incurred by either are reimbursed first;

d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- Except as indicated under Limited Fungus Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

a. all of the "terms" of this coverage have been complied with; and

b. the suit has been brought within two years after "you" first have knowledge of the loss.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

12. **Carriers For Hire** -- "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the actual cash value of the covered property.

## ADDITIONAL COVERAGE LIMITATIONS

**When Coverage Ceases** -- Coverage ends when one of the following first occurs:

1. this policy expires or is canceled;

2. the covered installation or construction project is accepted by the purchaser;

3. "your" insurable interest in the covered property ceases;

4. "you" abandon the installation or construction project with no intent to complete it;

5. the installation or construction project has been completed for more than 30 days; or

6. the covered property has been put to its intended use. However, this does not apply to roofs or walls.

Includes copyrighted material of American Association of Insurance Services, 2004, with its permission.

IM 80 03 12 06

Miscellaneous N.O.C Coverage

**AAIS**
**IM 7500 10 09**
**Page 1 of 12**

# SCHEDULED PROPERTY FLOATER

In this coverage form, the words "you" and "your" mean the persons or organizations named as the insured on the declarations and the words "we", "us", and "our" mean the company providing this coverage.

Refer to the Definitions section at the end of this coverage form for additional words and phrases that have special meaning. These words and phrases are shown in quotation marks.

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Scheduled Property Floater. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Coverage** -- "We" cover direct physical loss caused by a covered peril to:

   a. "your" property; and

   b. property of others in "your" care, custody, and control.

2. **Coverage Limitation** -- "We" only cover "your" property and property of others that are described on the "schedule of coverages".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** -- "We" do not cover aircraft or watercraft.

2. **Buildings And Land** -- "We" do not cover buildings or land including land on which covered property is located.

3. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Money And Securities** -- "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

5. **Vehicles** -- "We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

6. **Waterborne Property** -- "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** -- The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 2 of 12**

However, if no "limit" is indicated for a Coverage Extension within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage, including a Coverage Extension, Supplemental Coverage, or other coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following Coverage Extensions are not subject to and not considered in applying coinsurance conditions.

**Debris Removal --**

1.  **Coverage** -- "We" pay the cost of debris removal. Debris removal means the costs for the demolition, clearing, and removal of debris of covered property if such debris results from a covered peril.

2.  **We Do Not Cover** -- This coverage does not include costs to:

    a.  extract "pollutants" from land or water; or

    b.  remove, restore, or replace polluted land or water.

3.  **Limit** -- "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss or damage exclusive of the costs for debris removal. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4.  **Additional Limit** -- "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5.  **You Must Report Your Expenses** -- "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.  is the only "limit" available for the described coverage; and

b.  is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 3 of 12**

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension, including a Supplemental Coverage, Coverage Extension, or other coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following Supplemental Coverages are not subject to and not considered in applying coinsurance conditions.

1. **Newly Acquired Property** --

   a. **Coverage** -- "We" cover direct physical loss caused by a covered peril to additional property that:

      1) is similar to the property described on the "schedule of coverages"; and
      2) "you" acquire during the policy period.

   b. **Limit** -- The most that "we" pay for any loss under this supplemental coverage is the least of:

      1) the value of covered property as described in the Valuation section of this coverage form; or
      2) $15,000.

   c. **Time Limitation** -- "We" extend coverage to the additional property that "you" acquire for up to 60 days.

      This supplemental coverage will end when any of the following first occur:

      1) this policy expires;
      2) 60 days after "you" obtain the additional property; or
      3) "you" report the additional property to "us".

   d. **Additional Premium** -- "You" must pay any additional premium due from the date "you" acquire the additional property.

2. **Pollutant Cleanup And Removal** --

   a. **Coverage** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   b. **Time Limitation** -- The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   c. **We Do Not Cover** -- "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

      However, "we" pay the cost of testing that is necessary for the extraction of "pollutants" from land or water.

   d. **Limit** -- The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

---

## PERILS COVERED

---

"We" cover risks of direct physical loss or damage unless the loss is limited or caused by a peril that is excluded.

---

## PERILS EXCLUDED

---

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 4 of 12**

a. **Civil Authority** -- Order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement** -- Any "earth movement".

However, if eruption, explosion, or effusion of a volcano results in "volcanic action", "we" will pay for the loss or damage caused by that "volcanic action".

If "earth movement" results in fire, "we" will pay for the loss or damage caused by that fire. If "earth movement" (other than eruption, explosion, or effusion of a volcano) results in explosion, "we" will pay for the loss or damage caused by that explosion.

This exclusion does not apply to covered property while in transit.

c. **Flood** -- "Flood".

"We" also do not cover waterborne material carried or otherwise moved by "flood", whether or not driven by wind, including storm surge, or material carried or otherwise moved by mudslide or mudflow.

However, if "flood" results in fire, explosion, or sprinkler leakage, "we" will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

d. **Nuclear Hazard** -- Nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **Sewer, Septic Tank, Sump, Or Drain Backup And Water Below The Surface** --

1) Water or waterborne material that backs up, overflows or is otherwise discharged through a sewer or drain, sump or septic tank, eaves trough or downspout; or
2) water or waterborne material below the surface of the ground, whether naturally or artificially occurring, including but not limited to water or waterborne material that exerts pressure on or flows, seeps, or leaks through or into a building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

But if sewer, drain, sump, septic tank, eaves trough, or downspout backup and water or waterborne material below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

f. **War And Military Action** --

1) War, including undeclared war or civil war; or
2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 5 of 12**

3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War And Military Action exclusion will apply in place of the Nuclear Hazard exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination Or Deterioration --** "We" do not pay for loss or damage caused by or resulting from contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   b. **Criminal, Fraudulent, Dishonest, Or Illegal Acts** -- "We" do not pay for loss or damage caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

      1) "you";
      2) others who have an interest in the property;
      3) others to whom "you" entrust the property;
      4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or
      5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

   This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

   This exclusion does not apply to covered property in the custody of a carrier for hire.

   c. **Electrical Currents** -- "We" do not pay for loss or damage caused by or resulting from arcing or by electrical currents other than lightning.

   But if arcing or electrical currents other than lightning result in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

   d. **Explosion, Rupture, Or Bursting** -- "We" do not pay for loss or damage caused by or resulting from explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

   e. **Loss Of Use** -- "We" do not pay for loss or damage caused by or resulting from loss of use, delay, or loss of market.

   f. **Mechanical Breakdown** -- "We" do not pay for loss or damage caused by or resulting from any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

   g. **Missing Property** -- "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

   This exclusion does not apply to covered property in the custody of a carrier for hire.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 6 of 12**

h. **Pollutants** -- "We" do not pay for loss or damage caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

"We" do cover any resulting loss caused by a "specified peril".

i. **Temperature/Humidity** -- "We" do not pay for loss or damage caused by or resulting from dryness, dampness, humidity, or changes in or extremes of temperature.

But if dryness, dampness, humidity, or changes in or extremes of temperature result in a "specified peril", "we" do cover the loss of damage caused by that "specified peril".

j. **Theft From An Unattended Vehicle** -- "We" do not pay for theft from an unattended vehicle except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced.

This exclusion does not apply to covered property in the custody of a carrier for hire.

k. **Voluntary Parting** -- "We" do not pay for loss or damage caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l. **Wear And Tear** -- "We" do not pay for loss or damage caused by or resulting from wear and tear, marring, or scratching.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, "you" must:

a. give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

a. **Payment Of Reasonable Costs** -- "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

b. **We Do Not Pay** -- "We" do not pay for such repairs or emergency measures performed on property that has not been damaged by a peril insured against.

3. **Proof Of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

a. the time, place, and circumstances of the loss;

b. other policies of insurance that may cover the loss;

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 7 of 12**

c.  "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d.  changes in title of the covered property during the policy period; and

e.  estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.  **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5.  **Records** -- "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.  **Damaged Property** -- "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7.  **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.  **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9.  **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1.  **Actual Cash Value** --The value of covered property will be based on the actual cash value at the time of loss (with a deduction for depreciation).

2.  **Pair Or Set** -- The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3.  **Loss To Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1.  **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2.  **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3.  **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

    a.  the amount determined under Valuation;

    b.  the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

    c.  the "limit" that applies to the covered property.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 8 of 12**

4.  **Coinsurance** --

    a.  **When Coinsurance Applies** -- "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages".

    b.  **How We Determine Our Part Of The Loss** -- "Our" part of the loss is determined using the following steps:

        1)  multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;
        2)  divide the "limit" for covered property by the result determined in b.1) above;
        3)  multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

        The most "we" pay is the amount determined in b.3) above or the "limit", whichever is less. "We" do not pay any remaining part of the loss.

    c.  **If There Is More Than One Limit** -- If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

    d.  **If There Is Only One Limit** -- If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

    e.  **When Coinsurance Does Not Apply** -- Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages".

5.  **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6.  **Insurance Under More Than One Policy** --

    a.  **Proportional Share** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

    b.  **Excess Amount** -- If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

---

## LOSS PAYMENT

---

1.  **Loss Payment Options** --

    a.  **Our Options** -- In the event of loss covered by this coverage form, "we" have the following options:

        1)  pay the value of the lost or damaged property;
        2)  pay the cost of repairing or replacing the lost or damaged property;
        3)  rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or
        4)  take all or any part of the property at the agreed or appraised value.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 9 of 12**

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** -- "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses --**

a. **Adjustment And Payment Of Loss --** "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

b. **Conditions For Payment Of Loss --** An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received; and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

3. **Property Of Others --**

a. **Adjustment And Payment Of Loss To Property Of Others** -- Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or
2) the owner.

b. **We Do Not Have To Pay You If We Pay The Owner** -- If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Benefit To Others** -- Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 10 of 12**

3. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** -- This provision applies only if the insured is an individual.

    a. **Your Death** -- On "your" death, "we" cover the following as an insured:

        1) the person who has custody of "your" property until a legal representative is qualified and appointed; or
        2) "your" legal representative.

        This person or organization is an insured only with respect to property covered by this coverage.

    b. **Policy Period Is Not Extended** -- This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

    a. "you" or any other insured have willfully concealed or misrepresented:

        1) a material fact or circumstance that relates to this insurance or the subject thereof; or
        2) "your" interest herein; or

    b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** -- If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

    a. "you" must notify "us" promptly if "you" recover property or receive payment;

    b. "we" must notify "you" promptly if "we" recover property or receive payment;

    c. any recovery expenses incurred by either are reimbursed first;

    d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

    e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

    "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

Copyright, American Association of Insurance Services, Inc., 2009

b.  the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

## DEFINITIONS

1.  "Earth movement" means:

    a.  earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

    b.  landslide, mudslide or mudflow;

    c.  mine subsidence whether or not the non-natural mine is currently in use;

    d.  any other movement of earth, including sinking (other than "sinkhole collapse"), shifting, or rising of earth including, but not limited to, erosion, expansion, shrinking, freezing, thawing, improper soil compaction, and movement of water under the surface of the ground that cause cracking, settling, or shifting of foundations, buildings, or structures; or

    e.  eruption, explosion, or effusion of a volcano.

2.  "Flood" means an overflowing or inundation by water of an area that was previously and normally dry or not covered by water, whether caused artificially or naturally, by human or animal forces or by an act of nature. "Flood" includes, but is not limited to:

    a.  overflow of inland or tidal waters, waves, tidal waves, or tsunamis, or spray that results from any of these, all whether driven by wind or not, including but not limited to storm surge;

    b.  unusual and rapid accumulation or runoff of surface waters from any source; or

    c.  mudslides or mudflows if caused by:

        1)  unusual and rapid accumulation or runoff of surface waters or waves; or
        2)  currents of water exceeding anticipated cyclical levels.

3.  "Limit" means the amount of coverage that applies.

4.  "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

5.  "Schedule of coverages" means:

    a.  all pages labeled "schedule of coverages" or schedules that pertain to this coverage; and

    b.  declarations or supplemental declarations that pertain to this coverage.

Copyright, American Association of Insurance Services, Inc., 2009

**AAIS**
**IM 7500 10 09**
**Page 12 of 12**

6. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

7. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to:

   a. personal property in the open; or

   b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

8. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

9. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

   "Volcanic action" does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to the covered property.

**IM 7500 10 09**

Copyright, American Association of Insurance Services, Inc., 2009

## IMPORTANT NOTICE

Amerisure Mutual Insurance Company is a stock insurer.

A 60 27 02 10

# Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
## POLICY CHANGES

POLICY CHANGE NUMBER: 1

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP20926450602 | 07/01/2020 | AMERISURE MUTUAL INSURANCE COMPANY |

| ACCOUNT NUMBER | POLICY PERIOD | GROUP NAME |
|---|---|---|
| 20061708 | 07/01/2020 to 07/01/2021 | **GROUP NUMBER** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| PREMIER DESIGN & BUILD GROUP, LLC<br>1000 W. IRVING PARK ROAD<br>SUITE 200<br>ITASCA, IL 60143 | ASSURANCE AGENCY, LTD<br>0295855-20 |

**COVERAGE PARTS AFFECTED**
CP, GL, IM

### CHANGES

| | | | |
|---|---|---|---|
| ☒ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☒ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | CoveredProperty/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

**DESCRIPTION OF CHANGE:**

AMENDING THE NAMED INSURED PER THE ATTACHED.

**THE ABOVE AMENDMENTS RESULT IN A CHANGE IN THE PREMIUM AS FOLLOWS:**

| X NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|

This endorsement reflects a net premium change
Total Policy Premium:
Taxes and Surcharges:
Balance to Minimum:

AUTHORIZED REPRESENTATIVE SIGNATURE

IL 70 44 07 08  Includes copyrighted material of Insurance Services  08/11/2020
Office, Inc. with its permission.
Insurance Services Office, Inc., 2004
INSURED COPY

## Named Insured Schedule

**POLICY NUMBER** CPP20926450602          **EFFECTIVE DATE** 07/01/2020

**NAMED INSURED** PREMIER DESIGN & BUILD GROUP, LLC

**Named Insured**

PREMIER DESIGN & BUILD GROUP, LLC

1000 W. IRVING PARK ROAD, LLC

PDBG MANAGEMENT, LLC

WISCINOIS, LLC

**IL DS 71 04 09 06**                                                                 **Page** 1   **of** 1

# Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLICY CHANGES

POLICY CHANGE NUMBER: 2

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP20926450602 | 09/15/2020 | AMERISURE MUTUAL INSURANCE COMPANY |

| ACCOUNT NUMBER | POLICY PERIOD | GROUP NAME |
|---|---|---|
| 20061708 | 07/01/2020 to 07/01/2021 | GROUP NUMBER |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| PREMIER DESIGN & BUILD GROUP, LLC<br>1000 W. IRVING PARK ROAD<br>SUITE 200<br>ITASCA, IL 60143 | ASSURANCE AGENCY, LTD<br>0295855-20 |

**COVERAGE PARTS AFFECTED**
IM

### CHANGES

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | CoveredProperty/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

**DESCRIPTION OF CHANGE:**

ADDING CONTRACTORS EQUIPMENT #32, WILLIAMS SCOTSMAN MOBILE OFFICE. SEE UPDATED SCHEDULE OF EQUIPMENT ATTACHED FOR VALUE AND DEDUCTIBLE.

**THE ABOVE AMENDMENTS RESULT IN A CHANGE IN THE PREMIUM AS FOLLOWS:**

| NO CHANGES | TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|
| ☐ | ☐ | ████ | |

This endorsement reflects a net premium change
Total Policy Premium:
Taxes and Surcharges:
Balance to Minimum:

AUTHORIZED REPRESENTATIVE SIGNATURE

IL 70 44 07 08    Includes copyrighted material of Insurance Services Office, Inc. with its permission.    09/21/2020
Insurance Services Office, Inc., 2004
INSURED COPY

# SCHEDULE OF COVERAGES
## CONTRACTORS' EQUIPMENT
## SCHEDULED EQUIPMENT

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages"
or Schedule of Equipment.)

## PROPERTY COVERED

(Check one)

[X] Scheduled Equipment (Refer to Equipment Schedule)

**Limit**

**Catastrophe Limit** -- The most "we" pay
for loss in any one occurrence is: $ **628,466**

## COVERAGE EXTENSIONS

Additional Debris Removal Expenses $_____

## SUPPLEMENTAL COVERAGES

Tools

| | | |
|---|---|---|
| Unscheduled Small Tools | Per item | $ **1,000** |
| | Per occurrence | $ **20,000** |
| Employee Tools | Per item | $_____ |
| | Per occurrence | $_____ |

Equipment Leased or Rented From Others $ **100,000**

Equipment Leased or Rented To Others $_____

Equipment Borrowed From Others $_____

Equipment Loaned to Others $_____

Newly Purchased Equipment (check those that apply)

[ ] Annual Audit

[ ] Dollar Limit $_____

Pollutant Cleanup and Removal $_____

Includes copyright material of American Association of Insurance Services, Inc.

**IM DS 70 29 10 15** **Page 1 of 3**

Rental Reimbursement

    -- Reimbursement Limit                 $_____

    -- Waiting Period (24 hour minimum)      _____

Reward For Recovery of Stolen Equipment      $_____

Spare Parts and Fuel                       $_____

Errors & Omissions                        $_____

Waterborne Property                    $_____

## COINSURANCE

(Check one)

[X] 80%     [ ] 90%     [ ] 100%       [ ] Other   _____%

## REPORTING CONDITIONS

(Check if applicable)

[ ] **Equipment Leased or Rented From Others**

    -- Reporting Rate                    $_____

    -- Deposit Premium                 $_____

    -- Minimum Premium               $_____

## DEDUCTIBLE

GENERAL DEDUCTIBLE

**As shown below, unless specifically scheduled elsewhere in the policy.**

(Check one)

[ ] Flat Deductible Amount            $_____

[ ] Percentage Deductible             _____%

    Maximum Deductible Amount      $_____

    Minimum Deductible Amount      $_____

EQUIPMENT LEASED OR RENTED FROM OTHERS

If no amount is filled in, the above General    $ 1,000 _____
Deductible applies

Includes copyrighted material of American Association of Insurance Services, Inc.

**IM DS 70 29 10 15**                                              **Page 2 of 3**

<u>TOOLS</u>

EMPLOYEE TOOLS - If no amount is filled in,     $_____
the above General Deductible applies

UNSCHEDULED SMALL TOOLS - If no amount     $ **1,000**_____
is filled in, the above General Deductible applies

## OPTIONAL COVERAGES AND ENDORSEMENTS

**CONTRACTOR EQUIPMENT SCHEDULE**

| Item | YR. | Description | Model # | Serial # | Limit of Insurance | Deductible | Check if Equipment Breakdown Coverage Applies | Check if Replacement Cost If not checked ACV applies |
|---|---|---|---|---|---|---|---|---|
| 1 | | AMERICAN SPORTSWORKS UTILITY VEHICLE | 200 SERIES | L5KUA007XGGB00886 | $4,000 | $1,000 | | SEE IM 91 11 |
| 2 | 0 | AMERICAN SPORTSWORKS UTILITY VEHICLE | 200 SERIES | L6KUA007XDC001562 | $4,000 | $1,000 | | SEE IM 91 11 |
| 3 | | MOBILE OFFICE TRAILER 12 X 60 | MO1264 | AMI32326 | $32,500 | $1,000 | | SEE IM 91 11 |
| 4 | 2006 | MMS 10 X 50 | | R1391 | $17,705 | $1,000 | | SEE IM 91 11 |
| 5 | | OFFICE TRAILER | | | $22,000 | $1,000 | | SEE IM 91 11 |
| 6 | 2014 | DIAMOND OFFICE TRAILER  12 X 60 | | 6225 | $31,000 | $1,000 | | SEE IM 91 11 |
| 7 | | MOBILE OFFICE TRAILER  10 X 40 | | 040918 | $23,356 | $1,000 | | SEE IM 91 11 |
| 8 | 2008 | YAMAHA ATV | | 5Y4AM23Y98A002056 | $4,800 | $1,000 | | SEE IM 91 11 |
| 9 | | JOHN DEERE GATOR | 620I | M0XUVGF082865 | $5,000 | $1,000 | | SEE IM 91 11 |
| 10 | | GENERATOR | | | $9,800 | $1,000 | | SEE IM 91 11 |
| 11 | 1979 | FRUE TRAILER | | CHV3100333 | $2,000 | $1,000 | | SEE IM 91 11 |
| 12 | 1996 | GREAT DANE TRI-VAN VANCO TRAILER | | 1UWW5323T1010361 | $2,000 | $1,000 | | SEE IM 91 11 |
| 13 | 1997 | GREAT DANE TRAILER | | 1GRAA5614VB159801 | $2,000 | $1,000 | | SEE IM 91 11 |
| 14 | 1992 | GREAT DANE SEMI TRAILER | | 1GRAA9612NB061101 | $2,000 | $1,000 | | SEE IM 91 11 |

**IM DS 71 06 10 15**                                    1    **of** 3

Case: 1:23-cv-04098 Document #: 262-18 Filed: 07/10/26 Page 396 of 413 PageID #:56266

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | 0 | GENERATOR MOUNTED ON TRACTOR TRAILER VIN#4TCSU1061BH611959 | | | $3,600 | $1,000 | | SEE IM 91 11 |
| 16 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | | DS08675 | $30,069 | $1,000 | | SEE IM 91 11 |
| 17 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | | 602350 | $15,085 | $1,000 | | SEE IM 91 11 |
| 18 | | WILLIAMS SCOTSMAN 48X10 MOBILE OFFICE | MO4810 | | $24,928 | $1,000 | | SEE IM 91 11 |
| 19 | 2007 | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 | AMO35427 | $30,069 | $1,000 | | SEE IM 91 11 |
| 20 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE; MODSPACE ETOWN | | MDS668228 | $36,750 | $1,000 | | SEE IM 91 11 |
| 21 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 (JOB 1909) | | $30,069 | $1,000 | | SEE IM 91 11 |
| 22 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 (JOB 1886) | | $31,262 | $1,000 | | SEE IM 91 11 |
| 23 | 2015 | ATLAS GENERATOR ATTACHED TO TRAILER | COPCO QAS45KD | HOP101136 | $28,000 | $1,000 | | SEE IM 91 11 |
| 24 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE W/PORTABLE RESTROOM | MO6012 & CT408 | MDS800295 | $34,569 | $1,000 | | SEE IM 91 11 |
| 25 | | WILLIAMS SCOTSMAN STORAGE CONTAINER | CO208 | | $10,860 | $1,000 | | SEE IM 91 11 |
| 26 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 | MIE16275 | $31,262 | $1,000 | | SEE IM 91 11 |
| 27 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE/TRAILER | MO6012 | | $31,262 | $1,000 | | SEE IM 91 11 |
| 28 | | WILLIAMS SCOTSMAN 60X12 MOBILE OFFICE | MO6012 | | $31,262 | $1,000 | | SEE IM 91 11 |
| 29 | | WILLIAMS SCOTSMAN 20X8 CONTAINER | CT208 | | $3,600 | $1,000 | | SEE IM 91 11 |
| 30 | | 10X50 MOBILE OFFICE C & B CUSTOM MODULAR | MO1050 | 1921428 | $50,000 | $1,000 | | SEE IM 91 11 |
| 31 | 2016 | WILLIAMS SCOTSMAN 32X8 MOBILE OFFICE | MO328 | | $13,629 | $1,000 | | SEE IM 91 11 |
| 32 | | WILLIAMS SCOTSMAN 32X8 MOBILE OFFICE | MO328 | | $13,629 | $1,000 | | SEE IM 91 11 |

**IM DS 71 06 10 15**

2 **of** 3

Total Limits:
Contractors Equipment Premium (excl Equipment Breakdown):
Equipment Breakdown Premium:
**Amerisure Premium:**

## SUMMARY

| EQUIPMENT TYPE | VALUES | | RECEIPTS | DEDUCTIBLE | RATE | | |
|---|---|---|---|---|---|---|---|
| | | | | | VALUES | RECEIPTS | PREMIUM |
| CONTRACTORS EQUIPMENT | $628,466 | | | $1,000 | | | |
| EQUIP LEASED/RENTED FROM OTHERS | $100,000 | | $100,000 | $1,000 | | | |
| UNSCHEDULED SMALL TOOLS | $1,000 | PER ITEM | | | | | |
| | $20,000 | PER OCCUR | | | | | |

This summary reflects quantitative variables, used to determine the premium, as of the inception date of "your" policy.

Any additions, deletions or changes made subsequent to the inception date will be reflected in endorsements added to "your" policy.

**IM DS 71 06 10 15**                                       3    **of** 3

# Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# POLICY CHANGES

POLICY CHANGE NUMBER: 3

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP20926450602 | 09/15/2020 | AMERISURE MUTUAL INSURANCE COMPANY |

| ACCOUNT NUMBER | POLICY PERIOD | GROUP NAME |
|---|---|---|
| 20061708 | 07/01/2020 to 07/01/2021 | **GROUP NUMBER** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| PREMIER DESIGN & BUILD GROUP, LLC<br>1000 W. IRVING PARK ROAD<br>SUITE 200<br>ITASCA, IL 60143 | ASSURANCE AGENCY, LTD<br>0295855-20 |

**COVERAGE PARTS AFFECTED**
IM

### CHANGES

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | CoveredProperty/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

**DESCRIPTION OF CHANGE:**

ADDING IM 79 02 01 12, LOSS PAYABLE, PER THE ATTACHED.

**THE ABOVE AMENDMENTS RESULT IN A CHANGE IN THE PREMIUM AS FOLLOWS:**

| [X] NO CHANGES | [ ] TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|
| This endorsement reflects a net premium change | | | |
| Total Policy Premium: | | | |
| Taxes and Surcharges: | | | |
| Balance to Minimum: | | | |

_____
**AUTHORIZED REPRESENTATIVE SIGNATURE**

IL 70 44 07 08          Includes copyrighted material of Insurance Services          **10/07/2020**
Office, Inc. with its permission.
Insurance Services Office, Inc., 2004
INSURED COPY

## Forms and Endorsements Schedule

**Policy Number:**   CPP20926450602          **Effective Date:**  07/01/2020

**Named Insured:**   PREMIER DESIGN & BUILD GROUP, LLC


| Form Number | Description |
| --- | --- |
| **GROUP B. FORMS** | **APPLY TO THE FOLLOWING LISTED COVERAGES** |
| IM 79 02 01 12 | LOSS PAYABLE SCHEDULE |

IL DS 71 01 09 06                                                                                    Page 1   of 1

**AAIS**
**IM 7902 01 12**
**Page 1 of 1**

**POLICY NUMBER**

**CPP20926450602**

# LOSS PAYABLE SCHEDULE

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

Indicate applicable provision:

[X]  Loss Payable
[  ]  Lender's Loss Payable
[  ]  Contract of Sale

## SCHEDULE

| Location Number | Address | Covered Property | Name and Address of Loss Payee |
|---|---|---|---|
| | | 32 X 8 MOBILE OFFICE, MO328 | WILLIAMS SCOTSMAN INC<br>1200 SWEDESFORD RD<br><br>BERWYN, PA, 19312 |

**IM 7902 01 12**

Copyright, American Association of Insurance Services, Inc., 2012

# Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
## POLICY CHANGES

POLICY CHANGE NUMBER: 4

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP20926450602 | 07/01/2020 | AMERISURE MUTUAL INSURANCE COMPANY |

| ACCOUNT NUMBER | POLICY PERIOD | GROUP NAME |
|---|---|---|
| 20061708 | 07/01/2020 to 07/01/2021 | |
| | | GROUP NUMBER |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| PREMIER DESIGN & BUILD GROUP, LLC<br>1000 W. IRVING PARK ROAD<br>SUITE 200<br>ITASCA, IL 60143 | ASSURANCE AGENCY, LTD<br>0295855-20 |

**COVERAGE PARTS AFFECTED**
IM

### CHANGES
This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

| | | | | |
|---|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | CoveredProperty/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

**DESCRIPTION OF CHANGE:**

AMENDING SERIAL # FOR CONTRACTORS' EQUIPMENT ITEM #30-10X50 MOBILE OFFICE C & B CUSTOM MODULAR, MO1050, S#1921418-$50,000.

**THE ABOVE AMENDMENTS RESULT IN A CHANGE IN THE PREMIUM AS FOLLOWS:**

| X    NO CHANGES | ☐   TO BE ADJUSTED<br>AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|

This endorsement reflects a net premium change
Total Policy Premium:
Taxes and Surcharges:
Balance to Minimum:

_____
AUTHORIZED REPRESENTATIVE SIGNATURE

IL 70 44 07 08    Includes copyrighted material of Insurance Services    04/22/2021
Office, Inc. with its permission.
Insurance Services Office, Inc., 2004
INSURED COPY

# Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

POLICY CHANGE NUMBER: 5

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CPP20926450602 | 04/19/2021 | AMERISURE MUTUAL INSURANCE COMPANY |

| ACCOUNT NUMBER | POLICY PERIOD | GROUP NAME |
|---|---|---|
| 20061708 | 07/01/2020 to 07/01/2021 | **GROUP NUMBER** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| PREMIER DESIGN & BUILD GROUP, LLC<br>1000 W. IRVING PARK ROAD<br>SUITE 200<br>ITASCA, IL 60143 | ASSURANCE AGENCY, LTD<br>0295855-20 |

**COVERAGE PARTS AFFECTED**
GL

## CHANGES

| | | | |
|---|---|---|---|
| ☐ | Insured's Name | ☐ | Insured's Mailing Address |
| ☐ | Policy Number | ☐ | Company |
| ☐ | Effective/Expiration Date | ☐ | Insured's Legal Status/Business of Insured |
| ☐ | Payment Plan | ☐ | Premium Determination |
| ☐ | Additional Interested Parties | ☐ | Coverage Forms and Endorsements |
| ☐ | Limits/Exposures | ☐ | Deductibles |
| ☐ | CoveredProperty/Location Description | ☐ | Classification/Class Codes |
| ☐ | Rates | ☐ | Underlying Insurance |

**DESCRIPTION OF CHANGE:**

ADDING CG 20 12 05 09-ADDITIONAL INSURED IN FAVOR OF THE COUNTY OF LOS ANGELES AND PUBLIC ENTITY OR SPECIAL DISTRICT FOR WHICH THE LOS ANGELES COUNTY BOARD OF SUPERVISORS IS THE GOVERNING BODY, AND THEIR AGENTS, OFFICERS AND EMPLOYEES PER THE ATTACHED.

**THE ABOVE AMENDMENTS RESULT IN A CHANGE IN THE PREMIUM AS FOLLOWS:**

| [X] NO CHANGES | ☐ TO BE ADJUSTED AT AUDIT | ADDITIONAL PREMIUM | RETURN PREMIUM |
|---|---|---|---|

This endorsement reflects a net premium change
Total Policy Premium:
Taxes and Surcharges:
Balance to Minimum:

**AUTHORIZED REPRESENTATIVE SIGNATURE**

IL 70 44 07 08          Includes copyrighted material of Insurance Services          05/05/2021
Office, Inc. with its permission.
Insurance Services Office, Inc., 2004
INSURED COPY

## Forms and Endorsements Schedule

Page 1   of 1

**Policy Number:**   CPP20926450602         **Effective Date:**  07/01/2020

**Named Insured:**   PREMIER DESIGN & BUILD GROUP, LLC


**Form Number**         **Description**
**COMMERCIAL GENERAL LIABILITY**
CG 20 12 05 09      ADDL INSURED-STATE OR GOVL AGENCY OR SUB OR POLITICAL SUB - PERMITS OR AUTH


IL DS 71 01 09 06                                                          Page 1   of 1

POLICY NUMBER: CPP20926450602

**COMMERCIAL GENERAL LIABILITY**
CG 20 12 05 09

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – STATE OR GOVERNMENTAL AGENCY OR SUBDIVISION OR POLITICAL SUBDIVISION – PERMITS OR AUTHORIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| State Or Governmental Agency Or Subdivision Or Political Subdivision: |
|---|
| THE COUNTY OF LOS ANGELES-REFER TO "POLICY CHANGES" FOR FULL NAME |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Who Is An Insured** is amended to include as an insured any state or governmental agency or subdivision or political subdivision shown in the Schedule, subject to the following provisions:

1. This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

2. This insurance does not apply to:

   a. "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

   b. "Bodily injury" or "property damage" included within the "products-completed operations hazard".

CG 20 12 05 09

© Insurance Services Office, Inc., 2008

Page 1 of 1

# Insured Copy

# Commercial Package Policy Audit Summary

**Policy Number:** CPP20926450602

**Policy Effective Date:** 07/01/2020

**Policy Expiration Date:** 07/01/2021

**Producer:** ASSURANCE AGENCY, LTD

**Date:** 09/01/2021

**Transaction:** AUDIT

**Transaction Effective Date:** 07/01/2020

**Company:** AMERISURE MUTUAL INSURANCE COMPANY

**Branch:** CHICAGO BRANCH

**Insured Name & Address:**

PREMIER DESIGN & BUILD GROUP, LLC
1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143



| Line of Business | Total Premium | Less Advance and/or Reported Premium | Difference | Reporting Frequency |
|---|---|---|---|---|
| GENERAL LIABILITY | | | | ANNUAL |
| COMMERCIAL PROPERTY | | | | |
| INLAND MARINE | | | | ANNUAL |
| TOTAL | | | | |

# AUDIT SUMMARY

**AMERISURE MUTUAL INSURANCE COMPANY**

| POLICY NUMBER | AGENCY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION/ CANCELLATION DATE | DATE |
|---|---|---|---|---|
| CPP20926450602 | 0295855 | 07/01/2020 | 07/01/2021 | 09/01/2021 |

| ACCOUNT NUMBER | ISSUING OFFICE |
|---|---|
| 20061708 | CHICAGO BRANCH |

**INSURED**
PREMIER DESIGN & BUILD GROUP, LLC
1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143

**AGENCY**
ASSURANCE AGENCY, LTD

**Coverage Form:**
COMMERCIAL GENERAL LIABILITY

**Premium Period:** 07/01/2020

**Composite Coverages**

| State Composite Rate Description | | Rate | Exposure | Premium |
|---|---|---|---|---|
|  | |  | | |

**CA**

| Loc | Class Code | Description | Subline | Rate | Exposure | Premium |
|---|---|---|---|---|---|---|
| Additional Insured(s) | | | | | | |
| | | CITY OF OCEANSIDE | PREM/OPS | | | |

**IL**

| Loc | Class Code | Description | Subline | Rate | Exposure | Premium |
|---|---|---|---|---|---|---|
| Additional Insured(s) | | | | | | |
| | | ANDRIANA WHITE, TRUSTEE OF THE ANDRIANA WHITE 2010 SEPARATE PROPERTY TRUST DATED OCTOBER 5, 2010 | PREM/OPS | | | |
| | | JOSEPH VICTOR DICARLO, TRUSTEE OF THE VICTOR DICARLO REVOCABLE TRUST | PREM/OPS | | | |
| | | MISTRETTA FAMILY PROPERTIES LLC C/O WIND WATER REALTY INC. IT'S PROPERTY MANAGEMENT | PREM/OPS | | | |

**NJ**

| Loc | Class Code | Description | Subline | Rate | Exposure | Premium |
|---|---|---|---|---|---|---|
| Additional Insured(s) | | | | | | |

A 41 02 04 07      **THIS IS NOT AN INVOICE.** Any premium charge or return for this policy will be reflected on your next statement.      Page 1 of 2
INSURED COPY

BMO HARRIS BANK N.A. ATIMA/ISAOA      PREM/OPS

WOODBRIDGE PLACE ASSOCIATES II L.L.C.C/O ROBERT
R. LEVINSON ESQ.      PREM/OPS



## Non Auditable Coverages

     CONTRACTOR'S BLANKET ADDITIONAL INSURED –
     FORM A

     CONTRACTORS GENERAL LIABILITY EXTENSION

**Coverage Form:**
EMPLOYEE BENEFITS LIABILITY

**Premium Period:** 07/01/2020

IL

| Loc | Class Code | Description | Subline | Rate | Exposure | Premium |
|-----|-----------|-------------|---------|------|----------|---------|
| 001 | 92100 | EMPLOYEE BENEFITS LIABILITY COVERAGE | EBL | | ███████ | |



Total Audited Premium
Less Advance and/or Reported Premium
Difference

## THIS IS NOT AN INVOICE. Any premium charge or return for this policy will be reflected on your next statement.

A 41 02 04 07      **THIS IS NOT AN INVOICE.** Any premium charge
or return for this policy will be reflected
on your next statement.      Page 2 of 2
INSURED COPY

# AUDIT SUMMARY

**AMERISURE MUTUAL INSURANCE COMPANY**

| POLICY NUMBER | AGENCY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION/ CANCELLATION DATE | DATE |
|---|---|---|---|---|
| CPP20926450602 | 0295855 | 07/01/2020 | 07/01/2021 | 09/01/2021 |

| ACCOUNT NUMBER | ISSUING OFFICE |
|---|---|
| 20061708 | CHICAGO BRANCH |

**INSURED**
PREMIER DESIGN & BUILD GROUP, LLC
1000 W. IRVING PARK ROAD
SUITE 200
ITASCA, IL 60143

**AGENCY**
ASSURANCE AGENCY, LTD

**Premium Period** 07/01/2020 **to** 09/15/2020

| Loc No./Risk | Coverage | Rate | Values / Limit | Premium |
|---|---|---|---|---|
| IL | | | | |

**AAIS Non Auditable Coverages – LOCATION**

| 001 | CONTRACTORS EQUIPMENT COVERAGE – SCHEDULED | | | |
|---|---|---|---|---|
| 001 | | | | |
| | CONTRACTOR'S EQUIPMENT / 1,000 DED | | | ▮ |
| | UNSCHEDULED SMALL TOOLS | | | |
| | EQUIP LEASED/RENTED FROM OTHERS / 100,000 RECEIPTS | | | |

**Premium Period** 07/01/2020 **to** 07/01/2021

| Loc No./Risk | Coverage | Rate | Values / Limit | Premium |
|---|---|---|---|---|
| IL | | | | |

**AAIS Auditable Coverages – JOBSITE**

| VARIOUS | INSTALLATION FLOATER COVERAGE | | | ▮ |
|---|---|---|---|---|

**AAIS Non Auditable Coverages – JOBSITE**

| VARIOUS | INSTALLATION FLOATER – TESTING COVERAGE | | | ▮ |
|---|---|---|---|---|

**AAIS Non Auditable Coverages – LOCATION**

| 001 | ELECTRONIC DATA PROCESSING COVERAGE | | | ▮ |
|---|---|---|---|---|
| 001 | | | | |

A 41 04 04 07     **THIS IS NOT AN INVOICE.** Any premium charge or return for this policy will be reflected on your next statement.
INSURED COPY

Page 1 of 2

001                ELECTRONIC DATA PROCESSING COVERAGE –
                         BUSINESS INCOME COVERAGE

001

**Premium Period** 09/15/2020 **to** 07/01/2021

| Loc No./Risk | Coverage | Rate | Values / Limit | Premium |
|---|---|---|---|---|

**IL**

**AAIS Non Auditable Coverages – LOCATION**

001                CONTRACTORS EQUIPMENT COVERAGE –
                         SCHEDULED

001

                         CONTRACTOR'S EQUIPMENT / 1,000 DED

                         UNSCHEDULED SMALL TOOLS

                         EQUIP LEASED/RENTED FROM OTHERS /
                         100,000 RECEIPTS
                         TERRORISM



                                   Total Audited Premium
                                     Less Advance and/or Reported Premium
                                     Difference

A 41 04 04 07        **THIS IS NOT AN INVOICE.** Any premium charge        Page 2 of 2
                             or return for this policy will be reflected
                             on your next statement.
                                  INSURED COPY