**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) ) | No. 1:23-CV-04098 |
| Plaintiffs, | ) ) | Honorable Sara L. Ellis |
| v. | ) ) | |
| PREMIER DESIGN + BUILD GROUP, LLC, et. al. | ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) ) ) | |

## CNA'S MOTION FOR SUMMARY JUDGMENT

Defendants, the Continental Insurance Company ("Continental"), Continental Casualty Company ("Continental Casualty"), and American Casualty Co. of Reading, PA ("American Reading") (collectively, "CNA" or "CNA Defendants"), pursuant to Fed. Rule Civ. P. 56, Local Rule 56.1 and the Court's "Summary Judgment Practice" Case Procedure, hereby present their Motion for Summary Judgment against Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively, "Amerisure"), respectfully requesting that this Court enter judgment in favor of CNA and against Amerisure finding that:[1] (1) CNA does not owe a duty to defend Premier Design + Build Group, LLC or Premier Group and Premier Design + Build National, LLC. (collectively, "Premier Design"), as an additional insured under the CNA policies issued to Soils Engineering Services, Inc. ("SESI"), with respect to the underlying actions captioned *Duke Realty ePort Urban Renewal LLC v. Premier Design + Build National, LLC, et al.*, Case No. 2023 L 004533 (Cir. Ct. Cook Cnty., Ill.) (the "Illinois Action"), and *Duke Realty*

---

[1] CNA incorporates the Joint Statement of Undisputed Material Facts and its Memorandum of Law filed contemporaneously with this Motion.

*ePort Urban Renewal LLC v. Viridian Partners, LLC, et al.*, No. MID-L-001767-23 (N.J. Super. Ct., Middlesex Cnty.) (the "New Jersey Action"); and (2) Amerisure, by and through Premier Design, is not entitled to any relief in its complaint against CNA, and that its complaint should be dismissed with prejudice.

As set forth in CNA's Memorandum of Law, CNA does not owe a duty to defend Premier Design as an additional insured under any of the CNA policies because: (1) Amerisure cannot establish the existence of a written agreement obligating SESI to name Premier Design as an additional insured, which is required under the CNA Policies' blanket additional insured endorsements; (2), Amerisure cannot establish that the underlying complaints allege property damage caused by or arising from SESI's acts or omissions under the written agreement, as required under the CNA policies' blanket additional insured endorsements; (3) The 2018 and 2019 CNA Policies' exclusions bar coverage because the underlying allegations; and (5) the "known loss" doctrine and 2020-2024 CNA policies' exclusions bar coverage of the New Jersey and Illinois Actions under those policies.

## Compliance With Meet and Confer Requirement

CNA certifies that it has satisfied the Court's Meet and Confer Requirement applicable to motions for summary judgment. In accordance with the Court's Meet and Confer Requirement, CNA sent correspondence to Amerisure dated April 7, 2026, and July 8, 2026, setting forth the legal and factual grounds supporting this Motion. Additionally, the parties participated in a Zoom mediation before Magistrate Judge Kim on April 21, 2026, during which Amerisure's counsel articulated the arguments it contends preclude summary judgment in CNA's favor.

Dated: July 13, 2026                                   Respectfully Submitted,

2

HINKHOUSE WILLIAMS WALSH LLP

By: _____

Douglas M. DeWitt, One of the Attorneys
for Defendants, The Continental Insurance
Company, Continental Casualty Company,
and American Casualty Co. of Reading, PA

Douglas M. DeWitt (# 6274805)
Zachary W. Johnson (# 6321864)
**Hinkhouse Williams Walsh LLP**
180 North Stetson, Suite 3400
Chicago, IL 60601
ddewitt@hww-law.com
zjohnson@hww-law.com
Telephone: 312-784-5400

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed the aforesaid document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Douglas M. DeWitt*
Douglas M. DeWitt

4